**FILED**

DEC 0 1 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MICHAEL T. FLYNN ) <br> ) <br> Defendant. ) <br> ) | Criminal No.: 17-cr-232 |

## ORDER

Upon consideration of the Government's unopposed request and the parties' representation that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) by the Metropolitan Police Department in this case, it is this 1st day of December, 2017, hereby

ORDERED that on a date mutually agreeable to the parties, the defendant shall be accompanied by a Special Agent of the Federal Bureau of Investigation designated by the Special Counsel's Office to the Central Cell Block of the Metropolitan Police Department and the United States Marshal's Office for "routine processing" and that this be a condition of his being released on bond.

_____
Hon. Rudolph Contreras
United States District Court Judge

cc:   Government counsel
      Defense counsel