**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

**JOINT STATUS REPORT**

COMES NOW, the United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant through his counsel, and file this joint status report to provide the Court with the current status of this matter.

1. On December 1, 2017, the defendant entered a guilty plea to an Information charging the defendant with making false statements, in violation of 18 U.S.C. § 1001. Due to the status of the Special Counsel's investigation, the parties do not believe that this matter is ready to be scheduled for a sentencing hearing at this time.

2. Accordingly, the parties respectfully request that they provide a joint status report within ninety days, no later than May 1, 2018. A proposed Order is attached.

Respectfully submitted,

_____
ROBERT S. MUELLER, III
Special Counsel
BRANDON L. VAN GRACK
ZAINAB N. AHMAD
Senior Assistant Special Counsels

_____
ROBERT K. KELNER
STEPHEN P. ANTHONY
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## ORDER

Upon consideration of the representations made in the January 31, 2018 Joint Status Report and for good cause shown, it is this _____day of _____, 2018,

ORDERED that the parties submit a joint status report and proposed order on or before May 1, 2018.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge