UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## ORDER

Upon consideration of the representations made in the January 31, 2018 Joint Status Report and for good cause shown, it is this _____day of _____, 2018,

ORDERED that the parties submit a joint status report and proposed order on or before May 1, 2018.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge