UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

UNOPPOSED MOTION FOR
PROTECTIVE ORDER GOVERNING DISCOVERY

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America, by and through Special Counsel Robert S. Mueller, III, hereby respectfully moves the Court for entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States has conferred with counsel for the defendant, and the defendant consents to this motion and entry of the attached protective order.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: February 14, 2018          By: /s/ Brandon L. Van Grack
                                  Brandon L. Van Grack
                                  Zainab N. Ahmad
                                  (202) 616-0800