**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MICHAEL T. FLYNN,** <br><br><br> **Defendant** | **Crim. No. 17-232 (EGS)** |

**UNOPPOSED MOTION FOR
<u>PROTECTIVE ORDER GOVERNING DISCOVERY</u>**

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America, by and through Special Counsel Robert S. Mueller, III, hereby respectfully moves the Court for entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States has conferred with counsel for the defendant, and the defendant consents to this motion and entry of the attached protective order. The attached protective order incorporates the Court's changes issued by Minute Order on February 14, 2018, to which neither the United States nor the defendant objects.

                                                Respectfully submitted,

                                                ROBERT S. MUELLER III
                                                Special Counsel

Dated: February 20, 2018          By:        _____/s/_____
                                                           Brandon L. Van Grack
                                                            Zainab N. Ahmad
                                                           (202) 616-0800