UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>                     Defendant | Crim. No. 17-232 (EGS) |

## JOINT STATUS REPORT

COMES NOW, the United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant through his counsel, and file this joint status report to provide the Court with the current status of this matter.

1. On February 1, 2018, the Court ordered the parties to file a joint status report by no later than May 1, 2018. Due to the status of the Special Counsel's investigation, the parties do not believe that this matter is ready to be scheduled for a sentencing hearing at this time.

2. Accordingly, the parties respectfully request that they provide a joint status report within sixty days, no later than June 29, 2018. A proposed Order is attached.

                                                                                      Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER, III<br>Special Counsel<br>BRANDON L. VAN GRACK<br>ZAINAB N. AHMAD<br>Senior Assistant Special Counsels | ROBERT K. KELNER<br>STEPHEN P. ANTHONY<br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>　　　　　Defendant | Crim. No. 17-232 (EGS) |

### ORDER

Upon consideration of the representations made in the May 1, 2018 Joint Status Report and for good cause shown, it is this _____ day of _____, 2018,

ORDERED that the parties file a joint status report by no later than June 29, 2018, stating whether the matter should be scheduled for sentencing or whether a deadline should be set for filing another joint status report.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　United States District Judge