UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

### ORDER

Upon consideration of the representations made in the May 1, 2018 Joint Status Report and for good cause shown, it is this _____ day of _____, 2018,

ORDERED that the parties file a joint status report by no later than June 29, 2018, stating whether the matter should be scheduled for sentencing or whether a deadline should be set for filing another joint status report.

IT IS SO ORDERED.

                                                    The Honorable Emmet G. Sullivan
                                                    United States District Judge