UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## ORDER

Upon consideration of the representations made in the June 29, 2018 Joint Status Report and for good cause shown, it is this _____ day of _____, 2018,

ORDERED that the Probation Office shall prepare a Presentence Investigation Report; and it is further

ORDERED that the parties file a joint status report by no later than August 24, 2018, stating whether the matter should be scheduled for sentencing or whether a deadline should be set for filing another joint status report.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge