UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

## JOINT STATUS REPORT

COMES NOW, the United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant through his counsel, and file this joint status report to provide the Court with the current status of this matter.

1. On July 10, 2018, the Court ordered the parties to file a status report by no later than August 24, 2018. Due to the status of its investigation, the Special Counsel's Office does not believe that this matter is ready to be scheduled for a sentencing hearing at this time.

2. Accordingly, the parties respectfully request that they provide a status report within thirty days, no later than September 17, 2018.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel
BRANDON L. VAN GRACK
ZAINAB N. AHMAD
Senior Assistant Special Counsels

ROBERT K. KELNER
STEPHEN P. ANTHONY
Attorneys for Defendant