UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

### JOINT STATUS REPORT

COMES NOW, the United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant through his counsel, and file this joint status report to provide the Court with the current status of this matter.

1. On August 21, 2018, the Court ordered the parties to file a status report by no later than September 17, 2018. The matter is now ready to be scheduled for sentencing.

2. Accordingly, the parties respectfully request that the Court set a date for sentencing. The parties are available on November 28, 2018, or any of the following seven business days. The parties also respectfully request that any memoranda the parties are required to file with respect to sentencing be filed no more than two weeks prior to the date the Court selects for sentencing.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel
BRANDON L. VAN GRACK
ZAINAB N. AHMAD
Senior Assistant Special Counsels

ROBERT K. KELNER
STEPHEN P. ANTHONY
Attorneys for Defendant