**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

    *v.*

**MICHAEL T. FLYNN,**

          **Defendant**

**Crim No.: 17-232 (EGS)**

<u>**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**</u>

Robert K. Kelner
Stephen P. Anthony
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

*Counsel for the Defendant*

December 11, 2018

## TABLE OF CONTENTS

I.   A Sentence of Probation Is Warranted In Light of the 18 U.S.C. § 3553(a) Factors .................................................................................................................. 1

    A.   The History and Characteristics of the Defendant ............................................ 2

    B.   The Nature and Circumstances of the Offense .................................................. 7

    C.   The Seriousness of the Offense, Just Punishment, and Respect for the Law ..................................................................................................................... 9

II.   The Nature and Extent of General Flynn's Cooperation ........................................... 12

III.  Conclusion ................................................................................................................... 13

# INDEX OF EXHIBITS

## Letters of Support

A1.    Frank Larkin, former U.S. Senate Sergeant-At-Arms

A2.    Clare Eckert, on behalf of Flynn siblings

A3.    General Jack Keane (Ret.), former Vice Chief of Staff, U.S. Army

A4.    Colonel Yvette Hopkins (Ret.), U.S. Army

A5.    Captain Seth Walters, U.S. Navy

A6.    John Bucklew, United States Southern Command

A7.    Kris Hager, Gold Star father

A8.    Herber Felix, Deputy Assistant Chief Of Staff, G2 (Support) of the XVIII Airborne Corps, U.S. Army

A9.    Joe Flynn, brother

A10.   Chief Master Sergeant Rod Hartsook (Ret.), U.S. Air Force

A11.   Chief Master Sergeant Troy Eden (Ret.), U.S. Air Force

A12.   Katherine Velez, Civilian Officer, Department of Defense

A13.   Colonel Thomas Heaney (Ret.), U.S. Army

A14.   Admiral Paul Becker (Ret.), Rear Admiral, U.S. Navy

A15.   Rosalinda Ortega Pemberton, former Executive Assistant

A16.   Nancy Walters, Army spouse and family friend

A17.   Colonel Christopher Vanek, U.S. Army

A18.   Margaret McDeed, Army spouse and family friend

A19.   Lt. Colonel Scott McDeed (Ret.), U.S. Army

A20.   Colonel Tom Faust (Ret.), U.S. Army

A21.   Patricia O'Connell, Army spouse and family friend

A22.   Marian Elmore, Vice President of McJunkin Family Charitable Foundation

A23.   Patricia Houchens and Ken Jones, President and Vice President of McJunkin Family
       Charitable Foundation

A24.   Major General Robert Walters, U.S. Army

A25.   Paula Beckman, Army spouse and family friend

A26.   Master Sergeant William Beckman (Ret.), U.S. Army

A27.   Kimberly Becker, Navy spouse and family friend

A28.   George Andrade, brother-in-law

A29.   Elizabeth MacPherson, Army spouse and family friend

A30.   Colonel Joseph Blair (Ret.), U.S. Army

A31.   Cheryl Quinn, cousin-in-law

A32.   Colonel Sharon Hamilton (Ret.), U.S. Army

A33.   Captain Agustin Taveras (Ret.), U.S. Army

A34.   Colonel Rey Velez (Ret.), U.S. Army

A35.   Colonel Nichoel Brooks, U.S. Army

A36.   Colonel Benjamin Clark (Ret.), U.S. Army

A37.   John MacPherson, family friend

A38.   Barbara Ledeen, family friend

A39.   Sergeant Steven Kallemeyn (Ret.), U.S. Marine Corps

A40.   Colonel Lawrence Connell (Ret.), U.S. Army and childhood friend

A41.   Lt. Commander Harrison Coleman, U.S. Navy and former Aide-de-Camp

A42.   Colonel Andres Nazario, U.S. Air Force

A43.   Captain Rick Myllenbeck (Ret.), U.S. Navy and former Aide-de-Camp

A44.   Colonel Joseph Cox (Ret.), U.S. Army

A45.   Colonel James Waurishuk (Ret.), U.S. Air Force

A46.   Major Harry Hurst (Ret.), U.S. Army

A47.   Lyndon Searles, Civilian Officer, Department of Defense

A48.   Colonel Anthony MacDonald (Ret.), U.S. Army

A49.   Lt. Colonel Michael Herbert (Ret.), U.S. Army

A50.   Colonel Timothy Kiely (Ret.), U.S. Army

**Military Service Materials**

B1.   Form DD-214

B2.   2004 Legion of Merit Citation

B3.   December 1988 Army Evaluation

B4.   April 1997 Army Evaluation

B5.   September 1997 Army Evaluation

B6.   April 2007 Army Evaluation

B7.   2002 Bronze Star Citation

## PRELIMINARY STATEMENT

The defendant, through his attorneys, submits this Memorandum in Aid of Sentencing and respectfully requests that the Court grant the Government's Motion for Downward Departure pursuant to § 5K1.1 of the United States Sentencing Guidelines, and sentence him to a term of probation not to exceed one year, with minimal conditions of supervision, along with 200 hours of community service.  General Flynn has accepted responsibility for his conduct.  He has cooperated extensively with several Department of Justice investigations, as detailed in the addendum to the Government's Memorandum in Aid of Sentencing.  As the Government has made clear, his cooperation was not grudging or delayed.  Rather, it preceded his guilty plea or any threatened indictment and began very shortly after he was first contacted for assistance by the Special Counsel's Office.  Following extraordinary public service in the United States Army, during which his innovations as a highly decorated intelligence officer saved countless American lives, and a lifetime of faithful devotion to his family and fellow service members and veterans, as described in the powerful letters of support that accompany this submission, a sentence of non-incarceration is both appropriate and warranted.

## I.     A Sentence of Probation Is Warranted In Light of the 18 U.S.C. § 3553(a) Factors

Viewed against the backdrop of the many cases that have come before this Court over the years, General Flynn's case stands out in several respects: his exceptional record of military service; his genuine contrition for the uncharacteristic error in judgment that brought him before this Court; and his deep respect for the law, as reflected in his extensive cooperation with the Government's efforts to get to the truth and to enforce the laws.

The federal sentencing statute requires that the Court tailor an individualized sentence that is "sufficient, but not greater than necessary" to comply with the purpose of 18 U.S.C. § 3553(a)(2), and, in "determining the particular sentence to be imposed, shall consider—

(1)     the nature and circumstances of the offense and the history and characteristics of the defendant;

(2)     the need for the sentence imposed—

(A)     to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
(B)     to afford adequate deterrence to criminal conduct;
(C)     to protect the public from further crimes of the defendant; and
(D)     to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

18 U.S.C. § 3553(a).  In this case, a sentence of probation is just and appropriate, for the reasons stated below.

## A.       The History and Characteristics of the Defendant

General Flynn has dedicated nearly his entire adult life to the United States Army, serving for 33 years and four months.  He spent five of those years in combat in Grenada, Haiti, Iraq, and Afghanistan, putting himself in harm's way and spending long periods far from his family.[1]

Prior to his military career, General Flynn grew up in modest, working class circumstances, in a tight-knit family of nine siblings living in a small house in Rhode Island, the son of a career Army non-commissioned officer and a mother who, after raising a large family, graduated from law school at the age of 63.  His parents raised two sons who would go on to be U.S. Army generals, along with other siblings who became CEOs and schoolteachers.  He worked as a lifeguard as a teenager, graduated from the ROTC program at the University of Rhode Island, and then joined the regular Army.  As a young intelligence officer deployed to Grenada during the U.S. invasion of that island nation in 1983, he spotted two U.S. servicemen

---

[1] *See* Form DD-214 (Ex. B1); Presentence Investigation Report ("PSR") ¶ 70, *United States v. Flynn*, 17 CR 232 (D.D.C. Nov. 20, 2018) (Doc. 45).

2

being swept out to sea.  Drawing on his lifeguarding experience from the Rhode Island beaches, he promptly dove off a 40-foot cliff into the ocean and rescued each of the servicemen, swimming them back to shore one-by-one.[2]  Though a celebrated story among his Army buddies and family, it was not the only time he saved a life, both in the military and as a civilian.[3]

Even in a military that tends to favor academy graduates, he rose steadily through the ranks by virtue of his skill as an intelligence officer and his recognized talent for leadership, ultimately serving in many of the Army's key staff and command positions for intelligence.  He served for 16 years as a paratrooper, including in the 82nd Airborne Division, and qualified as an elite U.S. Army Ranger, making more than 150 combat training jumps during the course of his career.  He eventually served as the senior intelligence officer for the 82nd Airborne Division and for the 18th Airborne Corps; Director of Intelligence for U.S. Forces in Afghanistan (in 2002 and again in 2009-10); Director of Intelligence for the Joint Special Operations Command, including service in Iraq and Afghanistan; Director of Intelligence for the U.S. Central Command; Director of Intelligence for the Joint Chiefs of Staff; Assistant Director of National Intelligence, in the Office of the Director of National Intelligence; and finally, Director of the Defense Intelligence Agency.

In recognition of his most significant accomplishments in the military, he was awarded, on multiple occasions, the following decorations, among others:

- The Army Commendation Medal (1983, 1984, 1990, 1991, 1996)

- The Meritorious Service Medal (1982, 1987, 1992, 1995, 1997, 2000)

---

[2] Letter of Support from Clare Eckert at 5 (Ex. A2).

[3] As a teenager, he was recognized in his hometown for saving the lives of two children, whom he and a friend pulled from the path of a rolling car, resulting in a commendation from the Mayor.  *See id.* at 2.

3

- The Joint Service Commendation Medal (1995)

- The Legion of Merit (2002, 2004)

- The Bronze Star (2002, 2005, 2006, 2007)

- The Defense Superior Service Medal (2007, 2008, 2009, 2010)

- The Defense Distinguished Service Medal (2014)[4]

Citations accompanying these many awards and decorations tell a story of valor and accomplishment on the battlefield that, for example, helped turn the tide of battle in Iraq. The citation for one of his four Bronze Stars received for his service in Afghanistan recounts how he "reorganized multiple joint and combined intelligence teams and processes to produce a dramatic economy of force while intelligently leveraging and focusing collection assets against the enemy.... His performance of duty in a combat zone reflects great credit upon him...."[5]

Four-star General Jack Keane (Ret.), who at that time oversaw operations in Iraq and Afghanistan as Vice Chief of Staff of the U.S. Army, writes in his attached letter of support that General Flynn was "the officer who single-handedly changed how we created, processed, and used intelligence during combat in the 9/11 wars." General Keane describes General Flynn as a "change agent and innovator," adding that –

> by sheer force of persuasion, uncommon good judgment and moral courage, he changed the US operational and tactical intelligence system, making it responsive to our warfighters. At their fingertips was valuable information from data mining, photographs of suspected terrorists, behavior patterns of enemy leaders and their organizations, transcripts of phone conversations and terrorist email exchanges. There is no doubt that Mike's contribution was consequential to mission success and the preservation of life.[6]

---

[4] *See* Form DD-214 (Ex. B1); PSR ¶ 71.

[5] 2002 Bronze Star citation (Ex. B7).

[6] Letter of Support from General Jack Keane at 2 (Ex. A3).

This tells an important part of General Flynn's story, but the soldiers who fought alongside him, as well as his commanders, emphasize the personal qualities that set him apart from other general officers.  They call him a "Soldier's Soldier" because of his genuine devotion to his troops,[7] describing him as a "caring" leader, a "mentor," and a man who demonstrated "sincere" and "selfless" commitment to his country.[8]  He showed compassion not only for the soldiers under his command, but also for their families.  As both a Captain and Lieutenant Colonel, he created care programs for service members and their families.[9]  Colonel Tom Faust (Ret.) recalls that "Mike Flynn was superb at creating a more family-friendly construct for his Soldiers and their families," and "[h]e and his wife, Lori, raised a tremendous Army Family and provided an example of balance and teamwork that became an example for others to adopt and to use across the Army."[10]

General Flynn served in Iraq from July 16, 2004 until June 15, 2007.[11]  According to those who served with him in the Joint Special Operations Command in Iraq, he demonstrated

---

[7] Letter of Support from Thomas Heaney at 2 (Ex. A13).

[8] Letter of Support from Anthony MacDonald at 1 (Ex. A48) (describing General Flynn's "outstanding leadership, selfless commitment, and unwavering loyalty"); Letter of Support from Tom Faust at 4 (Ex. A20) ("[Mike] led, trained, mentored, coached, and protected thousands to success…."  ); 2004 Legion of Merit Citation (Ex. B2) ("He executed all missions with sincere passion and dedication to duty and country"); December 1988 Army Evaluation at 2 (Ex. B3) ("CPT Flynn has established a command climate based on active command presence, caring leadership…."  ); April 1997 Army Evaluation at 2 (Ex. B4) ("Mike is…a [t]remendous leader, trainer and mentor…."  ).

[9] September 1997 Army Evaluation at 2 (Ex. B5) ("[Mike Flynn is] [a] truly concerned and natural leader, Mike's soldier and family care programs have made a believer out of his troopers."); December 1988 Army Evaluation at 2 (Ex. B3) ("CPT Flynn has established a command climate based on active command presence, caring leadership, concern for the soldier's family, and by establishing high standards of discipline in every activity.").

[10] Letter of Support from Tom Faust at 2 (Ex. A20).

[11] Form DD-214 (Ex. B1).

selflessness and bravery.[12]  In the Army's 2007 formal evaluation of General Flynn, his commanding officer, General Stanley McChrystal, lauded General Flynn's actions during this period, noting that "Mike Flynn's impact on the nation's War on Terror probably trumps any other single person as his energy and skill at harnessing the Intelligence Community into a focused effort was literally historic."[13]

While General Flynn is profoundly grateful for the opportunity to have served the United States, his service did involve personal sacrifice.  The years he spent on combat tours required separation from his wife Lori, the high school sweetheart to whom he has been married for thirty seven-years, and his two children, Matthew and Michael Jr.  He missed countless moments with his family, including birthdays, weddings, and anniversaries.  General Flynn's military service, including in combat zones, also resulted in serious, chronic health issues detailed in the Presentence Investigation Report, to which we direct the Court's attention.[14]

Following his retirement from the Army, General Flynn served those less fortunate than himself in the communities where he has lived and worked.  This service has continued during the pendency of this case.[15]  He works with the Special Operations Warrior Foundation and Operation 300 to raise money for college scholarships and educational counseling for the surviving children of Special Operations personnel killed in the line of duty, and the McJunkin Family Charitable Foundation, which provides funding for veterans-related issues.[16]  He is also

---

[12] *See* Letter of Support from John Bucklew at 1 (Ex. A6); Letter of Support from Anthony MacDonald at 1 (Ex. A48).

[13] April 2007 Army Evaluation at 2 (Ex. B6).

[14] *See* PSR ¶¶ 49-53.

[15] Letter of Support from Rod Hartsook  at 2 (Ex. A10); Letter of Support from Marian Elmore at 1 (Ex. A22); Letter of Support from Patricia Houchens and Ken Jones  at 1 (Ex. A23).

[16] *Id.*

heavily involved in providing support for Gold Star Families who have lost a loved one in combat.[17]  As former Sergeant at Arms of the U.S. Senate, Frank Larkin, a Gold Star parent, put it, General Flynn "devotes a considerable amount of his time advocating for Gold Star Families whose loved ones made the ultimate sacrifice for this nation....  Mike Flynn will passionately roll up his sleeves and lean forward to make a measurable difference in the lives of many veterans in need."[18]

Finally, General Flynn and his family are very active in their local Catholic communities at St. Mary's and Jesus Savior Churches in Newport, Rhode Island.  Many of the churches' parishioners and priests have known General Flynn for decades and have shared memories with him, both joyful and tragic.  His Catholic faith and these communities remain an integral part of his life.  General Flynn's commitment to community service, especially with respect to military families and veterans, spans his lifetime, and he would welcome the opportunity to continue to expand that community service.

### B.        The Nature and Circumstances of the Offense

General Flynn does not take issue with the description of the nature and circumstances of the offense contained in the Government's sentencing memorandum and the Presentence Investigation Report.  *See* Government's Memorandum in Aid of Sentencing ("Gov. Sent. Mem.") at 2-5, *United States v. Flynn*,  17 CR 232 (D.D.C. Dec. 4, 2018) (Doc. 46); PSR ¶¶ 15-22.  As General Flynn has frankly acknowledged in his own words, he recognizes that his actions were wrong and he accepts full responsibility for them.[19]  There are, at the same time, some

---

[17] Letter of Support from Kris Hager at 1 (Ex. A7); Letter of Support from Frank Larkin at 2 (Ex. A1).

[18] Letter of Support from Frank Larkin  at 2 (Ex. A1).

[19] *See* PSR ¶ 7.

additional facts regarding the circumstances of the FBI interview of General Flynn on January 24, 2017, that are relevant to the Court's consideration of a just punishment.

At 12:35 p.m. on January 24, 2017, the first Tuesday after the presidential inauguration, General Flynn received a phone call from then-Deputy Director of the FBI, Andrew McCabe, on a secure phone in his office in the West Wing.[20]  General Flynn had for many years been accustomed to working in cooperation with the FBI on matters of national security.  He and Mr. McCabe briefly discussed a security training session the FBI had recently conducted at the White House before Mr. McCabe, by his own account, stated that he "felt that we needed to have two of our agents sit down" with General Flynn to talk about his communications with Russian representatives.[21]

Mr. McCabe's account states: "I explained that I thought the quickest way to get this done was to have a conversation between [General Flynn] and the agents only.  I further stated that if LTG Flynn wished to include anyone else in the meeting, like the White House Counsel for instance, that I would need to involve the Department of Justice.  [General Flynn] stated that this would not be necessary and agreed to meet with the agents without any additional participants."[22]

---

[20] Certain information summarized or quoted in this Memorandum derives from documents furnished to Defendant's counsel pursuant to the Protective Order, *United States v. Flynn*, 17 CR 232 (D.D.C. Feb. 21, 2018) (Doc. 22).  Undersigned counsel conferred with the Government, which represented that disclosing the selected information does not constitute a violation of the Protective Order.

[21] Memorandum dated Jan. 24, 2017.

[22] *Id.*

Less than two hours later, at 2:15 p.m., FBI Deputy Assistant Director Peter Strzok and a second FBI agent arrived at the White House to interview General Flynn.[23]  By the agents' account, General Flynn was "relaxed and jocular" and offered to give the agents "a little tour" of the area around his West Wing office.[24]  The agents did not provide General Flynn with a warning of the penalties for making a false statement under 18 U.S.C. § 1001 before, during, or after the interview.  Prior to the FBI's interview of General Flynn, Mr. McCabe and other FBI officials "decided the agents would not warn Flynn that it was a crime to lie during an FBI interview because they wanted Flynn to be relaxed, and they were concerned that giving the warnings might adversely affect the rapport," one of the agents reported.[25]  Before the interview, FBI officials had also decided that, if "Flynn said he did not remember something they knew he said, they would use the exact words Flynn used, . . . to try to refresh his recollection.  If Flynn still would not confirm what he said, . . .  they would not confront him or talk him through it."[26]  One of the agents reported that General Flynn was "unguarded" during the interview and "clearly saw the FBI agents as allies."[27]

### C.    The Seriousness of the Offense, Just Punishment, and Respect for the Law

While General Flynn has fully acknowledged his wrongful conduct and comes before the Court to accept the consequences, the circumstances described above warrant the Court's consideration as it evaluates the seriousness of the offense, relative to the circumstances of

---

[23] FD-302 dated Aug. 22, 2017, at 3.

[24] *Id.*

[25] *Id.*

[26] *Id.*

[27] *Id.*

witness interviews in typical cases charged under 18 U.S.C. § 1001, including the two cases

prosecuted by the Special Counsel that are discussed below.

General Flynn's respect for the law is demonstrated by his decision to accept

responsibility for his actions soon after the Special Counsel's Office reached out to him and

sought his cooperation.  Even when circumstances later came to light that prompted extensive

public debate about the investigation of General Flynn, including revelations that certain FBI

officials involved in the January 24 interview of General Flynn were themselves being

investigated for misconduct, General Flynn did not back away from accepting responsibility for

his actions.

A term of probation with minimal conditions of supervision is a just punishment.[28]  We

have identified thirteen cases over the past ten years that have proceeded to sentencing in the

U.S. District Court for the District of Columbia involving a violation of 18 U.S.C. § 1001 in

which the total offense level was 4, as it is in this case.[29]  Only two of those thirteen cases

---

[28] We ask the Court to exercise its discretion by deleting conditions 2, 3, 6, and 7 of the standard conditions recommended under U.S.S.G. § 5B1.3(c).  We also request that the Court conclude based on the Presentence Investigation Report that drug testing is not necessary, in accordance with U.S.S.G. § 5B1.3(a)(5) and 18 U.S.C. § 3563(a)(5).  As noted above, we submit that a condition requiring community service would be appropriate under U.S.S.G. § 5B1.3(a)(2) and 18 U.S.C. §§ 3563(a)(2) and (b)(12).

[29] *United States v. Van Der Zwaan*, 18 CR 31 (D.D.C. 2018); *United States v. Zagaytov*, 17 CR 36 (D.D.C. 2017); *United States v. Papadopoulos*, 17 CR 182 (D.D.C. 2017); *United States v. Soto*, 14 CR 108 (D.D.C. 2014); *United States v. Perez*, 14 CR 109 (D.D.C. 2014); *United States v. Rodriguez*, 13 CR 061 (D.D.C 2013); *United States v. Brooks*, 12 CR 130 (D.D.C. 2012); *United States v. Polozola*, 11 CR 374 (D.D.C. 2011); *United States v. Rodney,* 11 CR 038 (D.D.C. 2011); *United States v. Walston*, 10 CR 110-3 (D.D.C. 2010); *United States v. Lieb*, 10 CR 144 (D.D.C. 2010); *United States v. Lerch*, 10 CR 264 (D.D.C. 2010); *United States v. Mahler*, 09 CR 266 (D.D.C. 2009).  Judges in the District Court for the District of Columbia have also sentenced defendants to probation in several 18 U.S.C. § 1001 cases where the total offense level was 6 rather than 4, as it is in this case. *See, e.g.*, *United States v. Humphrey*, 14 CR 82 (D.D.C. 2017); *United States v. Silva*, 16 CR 69 (D.D.C. 2016); *United States v. Adams*, 14 CR 161 (D.D.C. 2014).

resulted in a sentence of imprisonment.  Both involved defendants charged by the Special

Counsel's Office.[30]  Even before taking into account his substantial assistance, as reflected in the

Government's Motion for Downward Departure, *United States v. Flynn*, 17 CR 232 (D.D.C.

Nov. 20, 2018) (Doc. 47), General Flynn's case is distinguishable from those two cases.

General Flynn's case differs from that of Alexander Van der Zwaan, who pled guilty to

lying to the Special Counsel and failing to produce requested documents.  Unlike General Flynn,

Mr. Van der Zwaan is a trained attorney who was represented by counsel during the interview;

he was interviewed at a time when there was a publicly disclosed, full-bore investigation

regarding Russian interference in the 2016 election; and he was given a warning that it is a

federal crime to lie during the interview.[31]

General Flynn's case also differs from that of George Papadopoulos, who pled guilty to

making false statements regarding his communications with Russians and Russian

intermediaries.  Mr. Papadopoulos was specifically notified of the seriousness of the

investigation, and "was told that he may have important information to provide."[32]  He was

warned that lying to investigators was a "federal offense" that could get him "in trouble."[33]  Mr.

Papadopoulos's interview was "not a hurried" encounter, and he had time to reflect on his

answers as he traveled from his home to the FBI office in Chicago to continue the interview.[34]

---

[30] *See United States v. Van Der Zwaan*, 18 CR 31 (D.D.C. 2018) (Docs. 1, 28); *United States v. Papadopoulos*, 17 CR 182 (D.D.C. 2017) ( Docs. 1, 48).

[31] *United States v. Van Der Zwaan,* 18 CR 31, Sentencing Hr'g Tr. 7-9, 31, 33, 37, Apr. 3, 2018.

[32] *United States v. Papadopoulos*, 17 CR 182, Govt. Sentencing Mem. at 1, Aug. 17, 2018.

[33] *Id.*

[34] *Id.* at 2.

He met with the FBI the following month for a further set of interviews, accompanied by his counsel, and did not correct his false statements.[35]

## II.     The Nature and Extent of General Flynn's Cooperation

We cannot say it any better than the Special Counsel's Office has: Given all the circumstances, "a sentence at the low end of the guideline range – including a sentence that does not impose a term of incarceration – is appropriate and warranted."[36]  General Flynn provided timely and substantial assistance to law enforcement.  He agreed to a proffer with the Special Counsel's Office upon its first request to speak with him, and with only the scanty protections of a typical Department of Justice proffer letter.  As the Government states, his early "decision to plead guilty and cooperate likely affected the decisions of related firsthand witnesses to be forthcoming with the SCO and cooperate."[37]  He participated in five pre-plea proffer sessions with the Special Counsel's Office and fourteen additional meetings with the Government pursuant to the Plea Agreement entered on December 1, 2017.  In total, he participated in nineteen meetings with the Special Counsel's Office and other components of the Government, totaling approximately sixty-two hours and forty-five minutes.

Additionally, General Flynn has produced thousands of documents to the Department of Justice.  Even before his voluntary pre-plea proffer sessions, he had chosen to produce sweeping categories of documents held by his two companies, rather than fight over the breadth of subpoenas, and facilitated the production of electronic devices.  After his Plea Agreement, he made another five productions of documents.

---

[35] *Id.* at 6; *United States v. Papadopoulos*, 17 CR 182, Sentencing Hr'g Tr. 39-40.

[36] Gov. Sent. Mem. at 1.

[37] Addendum to Gov. Sent. Mem. at 5.

A false statements case with a guideline range of 0 to 6 months, on top of which the Government has moved for a downward departure under § 5K1.1, presents a particularly strong argument for a non-custodial sentence. Throughout the federal court system in fiscal year 2017, a total of 130 defendants faced sentencing where the "primary offense category" was either "Administration of Justice Offenses" (a term that includes such serious crimes as perjury and obstruction of justice) or "Other Miscellaneous Offenses" (a residual category that includes 18 U.S.C. § 1001). According to the United States Sentencing Commission, the median sentence imposed in those 130 cases was zero months, and the median percent decrease from the guideline minimum was 100.0 percent.[38]

## III.   Conclusion

General Flynn devoted his career to serving and protecting the Nation. Having made a serious error in judgment, for which he has shown true contrition, he recognized it was consistent with the values by which he has led his life simply to provide the facts to those charged with enforcing our laws. On the day he entered his guilty plea, he said he was "working to set things right." He has done so.

For these reasons, we respectfully request that the Court impose a sentence of probation, as described above, and community service.

---

[38] U.S. Sentencing Commission, Sourcebook of Federal Sentencing Statistics, Table 30 (2017) ("§5K1.1 Substantial Assistance Departure Cases: Degree of Decrease for Offenders in Each Primary Offense Category, Fiscal Year 2017"). The table reports that "Median Sentence in Months" was 0 and "Median Percent Decrease From Guideline Minimum" was 100.0 for 72 cases in which the primary offense category was an Administration of Justice Offense. It also reports identical figures of 0 months and 100.0 percent decrease from guideline minimum for 58 cases in which the primary offense category was an Other Miscellaneous Offense.

Respectfully submitted,

_____ /s/ _____

Robert K. Kelner (D.C. Bar No. 466880)
Stephen P. Anthony (D.C. Bar No. 426536)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

14

Exhibit A1

**Frank J. Larkin**

Annapolis, Maryland 21403

November 15, 2018

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

**Re:    Michael T. Flynn**

Dear Judge Sullivan:

Without hesitation or reservation, I resolutely endorse Michael Flynn's integrity, honor and loyalty to this nation and his fellow soldiers. As you decide Mike's fate, I ask that you consider who Mike Flynn is and what makes him the responsible and accountable leader that many colleagues across our military and government have come to respect and revere.

I have known Mike for more than 10 years both personally and professionally. We served together in the Department of Defense during the wars in Iraq and Afghanistan working counter-IED and counter-terrorism challenges. Mike's love and compassion for his family, his military and this nation defines his core values and motivations. He is a blue collar salt of the earth American who puts others before himself. He is a fixer, who has never been afraid to tackle the tough problems. Mike has always jumped in and grabbed an oar; his rank and position in life had no bearing on his commitment to his fellow man and woman. His focus has always been about ensuring our safety and security.

I have served as the US Senate Sergeant at Arms and worked in the Department of Defense on tough national security threats. As a career US Secret Service agent, I protected presidents and investigated complex organized crime. I have been a homicide detective and a uniformed city police officer walking the beat in tough neighborhoods, where I learned about respecting and protecting the dignity of others who were seeking their life's path and purpose. I am an excellent judge of character and I know how to recognize bad people with bad intentions. Mike Flynn does not and will not ever fit into this category. Mike is a man who is responsible and accountable for himself and the people that he leads. He will accept the consequences of his actions without excuses or blame.

Your Honor, I ask that as you consider any sanctions, that there should be a focus on preserving Mike's ability to help others. Justice and our society will not be served if Mike is sequestered from the same society that he loves and respects. As another law and order professional, I respectfully recommend considering a course of action that would allow Mike to continue helping our wounded warriors and Gold Star families in need.

Mike has a very strong personal sense of responsibility and compassion to help fellow warriors, especially those who have come home from war with visible and invisible wounds. He devotes a considerable amount of his time advocating for our Gold Star families, whose loved ones made the ultimate sacrifice for this nation. If you so determine that a penalty is required in this case, veteran advocacy and support is where Mike can offer the greatest impact. Our wounded warriors and Gold Star families struggle every day with life challenges, often encumbered by the very bureaucracies that are supposed to help them. These heroes need a "fixer". Mike Flynn will passionately roll up his sleeves and lean forward to make a measureable difference in the lives of many veterans in need.

When my wife and I lost our Navy SEAL son a year and a half ago, it was Mike and Laurie Flynn who were the first to knock on our door and wrap us in hugs and shower us in tears. I will never forget the sincere sense of loss and love that they expressed for us. Mike has never forgotten where he has come from or those that he has served with during his long stellar and respected career of selfless service to our nation. This situation should not degrade the great man that he is or detract from the thousands of lives that he has truly impacted in interest of our national security. Mike will always be a trusted close friend, who will be there when I call, someone who will give me the unvarnished ground truth. Likewise, I will always be there for him and Laurie.

Thank you for the opportunity to offer thoughts about my honorable friend and valued colleague.

Sincerely,

Frank J. Larkin
40th US Senate Sergeant at Arms (ret.)

Exhibit A2

The Honorable Judge Emmet G. Sullivan                    November 26, 2018

U.S. District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington D.C. 20001

      Re: Michael T. Flynn

Dear Judge Sullivan:

I am honored on behalf of my siblings and our families to write to you about our brother, Michael T. Flynn. Although the circumstances of this occasion deeply sadden me, nevertheless, writing about Michael's extraordinary life as a child, teenager, college student, young soldier, U.S. Army General and father, husband and friend brings joy to my heart.

My name is Clare Eckert. Michael is my younger brother by nearly a decade.

The age difference between Michael and I is significant as I helped care for him as an infant, watched over him as a toddler and stood in awe as he grew up to be a remarkable man of deep conviction, impeccable character and high moral principles. Throughout a lifetime of achievements that I have personally witnessed, Michael's behavior has demonstrated the virtues of courage, bravery, integrity, humility, compassion for others and an unwavering faith in God and love for his country and his family.

Michael was born on ████████████████████ to Charles F. and Helen F. Andrews Flynn (deceased), two Irish Catholics who raised nine children. Our father served for 20 years in the United States Army, including in both World War II and the Korean War. He retired as a Sergeant First Class. Our mother was an intellectual.  She was valedictorian of her high school class and went on to eventually earn her Juris Doctor degree at 63 years old from New England School of Law. Our family was a military family. We lived in Army quarters in the United States and overseas.

Our parents were salt-of-the-earth people who inspired us to be independent thinkers, good and honest hard-working people, life-long learners, team players and respectful of others.

My brothers, sisters and I were intentionally named. Many of us were named after Catholic Saints. Michael was named after Saint Michael the Archangel. As fate would have it and as my mother and I would often talk about, Michael's life experiences and 33-year military career would come to emulate his namesake as a "protector and the leader of the army of God against the forces of evil." There are many examples in his life that establish the uncanny resemblance he has to his namesake, particularly with respect to Michael's distinguished moral fortitude and inner strength of character.

When Michael was 13 years old, his quick thinking and determination prevented what was sure to be an accidental death of two toddlers as they played in the path of a free-rolling car. A third child had climbed into the car and released its emergency brake. As the car rolled down the driveway towards the toddlers, Michael, who was nearby with a friend, took immediate action and control of the situation by plunging to grab one child out of harm's way while at the same time directing his friend to do the same for the other child. Those children's lives were literally saved that day. When the community discovered his feat of heroism, the local newspaper recognized Michael for his unselfish act.

The instinct to serve as a caretaker, trusted guardian and a voice of reason has always come naturally to Michael. I don't remember Michael ever complaining or putting up a fuss when asked to help around the house. Considering our small home and large family of 11 with children of all ages, conflict and tears were unavoidable.  Michael, however, as a middle child and positive attitude and balanced temperament, learned to be an arbiter of conflict and calming force early on. I could always depend on him to help me take care of the "little kids" as we called the youngest three when I was put "in charge."

Today, I fondly remember, during my teenage years, the many times that I'd be on my way out of our home and Michael would poke his head from the front door of the house wanting to know when I would be returning. Looking back, it was as if he was the last check-in to tell me to

take care of myself because he would be awaiting my safe return. He was no more than seven years old when he began this routine with me. As I sit here today and take inventory of his life, this behavior of watching over others and solving problems has proved to be permanent character traits of Michael.

Michael is also a natural born leader, willing to face obstacles head-on, build teams, and power through challenges with sheer strength of moral character and deep conviction in his belief in fairness and treating others the way he would want to be treated. In so many instances, I have witnessed him inspire myself and countless others during heartfelt remarks to soldiers and their family members during many Change of Command ceremonies. One such ceremony will always hold a special place in my heart.  It took place at Fort Bragg in North Carolina. Michael's wife and love of his life for nearly 40 years, Lori Andrade Flynn, and their two young sons, along with many members from both of their families were in attendance.

This particular ceremony is special to me because, at the time, our Dad was nearly unable to attend.  He was in significantly bad health having lost his toes on both feet to diabetes.  In fact, doctors insisted that our Dad refrain from flying from Rhode Island to North Carolina for medical reasons.  Our father was intent on being there for Michael and so my husband and I happily drove my parents to Fort Bragg.  During Michael's speech that day, he extended tremendous gratitude to our father as a veteran enlisted man of World War II and Korea. Michael selflessly took this opportunity to not only publicly acknowledge his father's service, but to give thanks and praise to *all* soldiers, regardless of rank, for their contributions and service to America and the world. Michael's humility, compassion for others and sense of profound love for soldiers, his family and his country are unmatched. My father talked about Michael and his speech for hours on our ride back to Rhode Island. He was so touched and proud that Michael acknowledged him and the enlisted men and women.  My Dad explained that during his 20 years in the Army (until 1963 when he retired as an E-7) he had never heard an Army officer give such heartfelt thanks and praise to the rank-and-file soldiers for their sacrifices.

Michael has shown the same humility and love for his family time and time again. Whether he gladly visited the local Senior Citizen Center as the "invited guest speaker" or made a congratulatory call or sent a note or email to a brother or sister or niece or nephew about an accomplishment that he had heard about through the family grapevine, he ALWAYS found the time for others. On holidays, we, his brothers and sisters, could always count on Michael to be the first one of us to start an email thread to reconnect wherever we were in the world and let us know he was thinking of us and hoped we enjoyed whatever holiday it was.

Over the years, he has made it a priority to reach out to soldiers' families when they deployed and has mentored many young soldiers along their journeys, including his own nieces and nephew who have joined a military branch of service. He is a trusted friend and confidant who has maintained life-long friendships even as he traveled the world.

When he retired from the Army, I was there, as were many of his family members and friends, to hear him graciously give thanks to the hundreds and hundreds of military men and woman and civilian employees from all branches of military and government who attended the ceremony and/or helped him along the way. Michael's innate kindness, unselfish nature and sincerity all come from deep inside his heart and they remain steadfast to this day, evident through his daily interactions with his family, his friends and all those who cross his path. Earlier this year, one of our sisters, Mary, completed her master's degree. When Michael arrived at a small gathering to celebrate this achievement, he came with a large helium "Congratulations" balloon and a card in hand for Mary. This is the kind of brother Michael is – he always shows up and is always thoughtful and always kind.

When Michael was in high school, he was president of his class, captain of the football team and an all-around great athlete and student. He was well-liked and respected by his friends and teachers.  At one of his football games that I attended with our father, I will never forget a certain kick-off play that sent chills down our spines. As the whistle blew in a quiet stadium to start the game, Michael led the defensive field of players with his arm raised, finger pointing to

the sky proclaiming for his teammates to "CHARGE!".  Down the field, these young teens followed Michael. As my father and I watched him lead the way, we looked at each other in awe knowing that we had just experienced the dynamic strength of Michael's leadership in action. My Dad and I would often remember having witnessed this extraordinary and sentimental moment as Michael's military career took off. It exemplified what he would become later in his life as a three-star Army General – a trustworthy protector and leader of men and women in the most critical war time situations against evil forces that one can only imagine.

Later, while he was in college at the University of Rhode Island on a ROTC scholarship and playing water polo, I would attend the games. Water polo is a sport of mental and physical toughness and endurance. I would watch Michael excel at motivating and directing his teammates to fight on, even as the constant turbulence of the water and rough and tumble action of play allowed for little oxygen and low visibility as to the whereabouts of the ball. Taking it easy or giving up to Michael were never options. His intensity to work hard at everything he has done over his lifetime has never ever wavered.

This competitive swimming experience, along with his years as a lifeguard and his year-round love for surfing along the coastline in Rhode Island, would serve him well in the Army on a deployment to Grenada early in his career. It was in Grenada that he risked his life to save two soldiers who had taken a raft off a local beach and found themselves in a desperate situation: They were holding on to a deflating raft while drifting out to sea in strong currents. Michael had been alerted to this life-threatening situation, saw the two men slipping from their deflating raft into the rough seas and, without hesitation, jeopardized his own life and well-being in an effort to save them.  Instinctively, he knew they needed help and that time was of the essence. His fearless determination and compassion for others kicked into action as he sprang from a 40-foot cliff into the swirling water below and rescued the two soldiers, safely swimming each soldier onto a ledge of the cliff, where later they would be airlifted by helicopter to land for medical care.

Risking it all for the sake of others is not uncommon for Michael. Every day of his military career countless soldiers, civilians and their families in America and on foreign soil depended on Michael's decision-making skills and reflective insight for survival and to help them through the most difficult times. When our family learned that he was receiving backlash for a report he authored to "fix" our country's military intelligence systems, we had his back and understood that Michael knew it had to be done in order to save lives and protect freedom. The visionary intellectual capacity Michael has exhibited throughout his life may not be appreciated by those unwilling to stand up and take necessary stances in the name of freedom and truth, but Michael's tenacious ability to manage difficult tasks and to stand alone, when necessary, to do the right thing is undoubtedly his legacy.

Michael will also be remembered for the hundreds of thousands of relationships he built over his life. He is a warm-hearted person who understands that to know a person, one must listen and learn what matters to them. Prior to Michael's appointment as Director of the Department of Army Intelligence, he traveled the United States meeting with state law enforcement departments and their staff. He has deep respect for public servants and these sessions, among other reasons, were to discover how police officers and their communities operated and where intersections with his expertise in the military could be utilized to help keep Americans safe in their homes. Michael and I talked about this experience and his unbridled recognition as to the critical importance of local communities and their public servants for maintaining the welfare of the public.

This is but one example of our philosophical discussions about the world around us whenever I visited him at his home or when he was visiting Rhode Island. If he was in Rhode Island, these conversations would often include our mother who was an avid reader. It would be very typical for the three of us to sit on the porch of our family home and debate the latest headline news event whether the topic was the local town budget or a new technological advancement that could change the world. The conversations would flow from one topic to the next. Despite all the superficial and downright false news reports about him, Michael is a deep-thinker,

contemplative and a serious scholar with vast interests well beyond his expertise in military intelligence. The reality is that Michael is a respectful professional and genuine, loving person.

Michael is not a politician. When he left the Army in August 2014, he and his wife Lori came back to Rhode Island. At the time, campaign politics was not on his mind. He and I talked about his next career move as potentially becoming a business owner. Having owned my present business for 14 years, he and I would converse about the various challenges and opportunities of business ownership. The chance to strike out on his own and work with his oldest son was something we discussed at length. It wasn't until 2015 that he started his own business, thus his time spent as a business-owner before political personalities called upon him for his foreign policy expertise was a very short time.

Our family was relieved for Michael, Lori and their sons and two grandchildren when he did retire. (Michael would add a third grandchild in April 2017.) We knew Michael would not be going back to a war zone and we would all get a chance to see him, Lori and the kids more regularly. He is a wonderful father and grandfather and loves spending time with family.  He always speaks with a gleam in his eye and love in his heart about his three grandchildren. They call him "PaPa" and his grandkids love his warmth and caring nature, just as we all do. He is one of those grandfathers that will gladly sit at the ocean's edge and help build sandcastles or volunteer to take the kids for long walks along the shoreline so he can spend even more time with them. Michael has always had more enthusiasm for life and energy than anyone else I have ever known. I remember him running barefoot from his wife's family home to our family home in the early morning hours to have a coffee with our mother. The distance of that run is about five miles along side roads and rolling hills. Michael has amazing stamina and strength!

When Michael was called upon to serve his country again as an advisor to political campaigns, I knew he would give his all and do his very best. Little did I, or anyone in our family, realize what the future would hold for Michael and all of us who have all been profoundly affected by the devastating events that have transpired over the last few years. Michael is loved by his siblings

and our families. He has been and continues to be the rock for all of us. He has stood by all of us through our own trials and life challenges and brought immense pride to us all. When our mother died at 89 years old in December 2014, Michael's U.S. Army Airborne wings were laid to rest with her. For two years prior to her passing, I spent as much time as I could with her and would always visit her at least one weekend day. If it was Sunday, the phone was always nearby wherever she and I were sitting because Mom was waiting for her Sunday call from Michael. He never once missed making that call to our Mom. I was there, and I know how much his phone calls meant to her.

Michael's life is remarkable. In my opinion, he is one of the few transformative change agents that history will define for his contribution to the search for world peace and for his willingness to stand up for his beliefs and for others' rights. He told the truth when it mattered the most to the public and to this country.  He has written a best-selling book on his vision to fight global terrorism, and very significantly to me as a woman in the workforce, when he was alerted to the mistreatment and discrimination against a female FBI agent by her superiors, he took action as a high-ranking military officer and publicly supported her without concern for himself, the powerful enemies he may make or his own career.  That is who he is.

He has saved countless lives as part of his life experiences beginning as a 13-year-old boy, continuing as a young soldier who rescued two soldiers caught in the ocean's current, and as an intelligence officer willing to accept the risks to tell the truth in an effort to ensure the safety and security of civilians, American soldiers and our allies and countrymen in America and abroad in warring and war-torn nations.

Perfection escapes humans. We are all imperfect, including my loving brother Michael, who has paid dearly since finding himself in a predicament where he now faces a Court of law, to be sentenced based upon his plea agreement to an Information charge of making a false statement.

It is my hope and belief, Your Honor, that justice will be served and Michael will walk out of your courtroom a free man to the loving and open arms of his family.  Thank you, Your Honor, for considering my words of support for my brother Michael as you determine his sentence.  I am available, at any time, to offer additional insights about my beloved brother Michael.

Sincerely,

*Clare Eckert*

Clare (Flynn) Eckert

███████████████████

Saunderstown, Rhode Island 02874

██████████████

███████████████

Exhibit A3

29 November, 2018

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

   Re: Michael T. Flynn

Dear Judge Sullivan,

   I am Jack Keane, former Vice chief of staff, US Army, retired in October 2003. I was in the Pentagon on 9/11, lost 85 teammates, and oversaw the wars in Afghanistan and Iraq. After retiring, much to my surprise, I was asked to assist the generals who were fighting both wars, all of whom I had worked with at some time during their careers. My involvement lasted well over a decade to include almost four years assisting Dave Petraeus in both Iraq and Afghanistan.

   It was during my tenure as Vice Chief and my repeated visits to Iraq and Afghanistan that Mike Flynn came to my attention, first, as a rising star, intelligence officer, and after, as the officer who single handily changed how we created, processed and used intelligence during combat in the 9/11 wars.

   For your understanding, Iraq and Afghanistan are unconventional wars where the enemy, while using relatively low technology weapons, was a master at deception, by hiding in and the among the people, often in full view. The US intelligence system which served us so well during the Cold War, Desert Storm, the invasion of Afghanistan and Iraq, was designed to find and assess an enemy who moved in ground and maritime formations, had tank parks, airfields and shipyards, which could be seen by our national overhead systems or listened to by our national signal intelligence systems. This conventional intelligence gathering was of little value to those fighting the 9/11 Wars.

Mike Flynn grasped that reality as a change agent and innovator and by sheer force of persuasion, uncommon good judgment and moral courage, he changed the US operational and tactical intelligence system, making it responsive to our warfighters. At their fingertips was valuable information from data mining, photographs of suspected terrorists, behavior patterns of enemy leaders and their organizations, transcripts of phone conversations and terrorist email exchanges. There is no doubt that Mike's contribution was consequential to mission success and the preservation of life.

The pattern of innovation and change continued as the top intelligence officer at Central Command who oversaw the Middle East and South Asia theater and the Department of Defense's top intelligence officer as the Director of the Defense Intelligence Agency.

On a personal level I know Mike to be a family man, a devout Catholic and a person of character and integrity. I trust Mike completely and always will.

Sincerely,

Jack Keane
General
US Army, Retired

# Exhibit A4

November 28, 2018

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Re:  Lieutenant General (LTG) Retired (Ret) Michael T. Flynn

Dear Judge Sullivan

I think it is common knowledge, even a matter of record, that LTG (ret) Michael Flynn is a combat proven warrior, a dynamic leader, a brilliant professional, and a selfless citizen.  But the first descriptors that come to my mind when I think or talk about Michael Flynn, I believe, are more informed.

**Inclusive.  Accessible.  Authentic.  Wry Humorist.  Champion for the underdog.  Vocal advocate for diversity.  Fierce loyalty to our men and women in uniform.  Respected family man.**

I have known Michael Flynn since early 2010 when I was the Military Intelligence Human Resources Assignments officer for the Army in the Pentagon, and he was the Senior Director of Intelligence, International Security Assistance Force (ISAF), in Afghanistan.   At that time, Major General Flynn was looking to build the right team of highly competent officers to identify and defeat terrorist organizations in the region.  The Taliban fighting season and simultaneously, US personnel rotations were impending.  I had not yet met Michael Flynn, but after our first Skype meeting, I knew Michael Flynn was like no other leader I had served with nor witnessed – a coach and player, a teacher and pupil, an active listener, and someone who held himself and his peers personally accountable.  When he asked me to join him in Afghanistan as his Operations, Plans, and Anti-Corruption Task Force officer, I did not hesitate to defer my upcoming War College assignment to be a part of his team. He did not disappoint.

Upon arrival to Afghanistan, I immediately knew I was part of a unique and special warfighting intelligence team, led by an incredible leader. We built an inclusive team drawing in our coalition partners, our interagency colleagues, and our Afghan brothers and sisters.   We immediately felt the impact on our adversaries, and on the advancement of our Nation's objectives. Michael Flynn demonstrated time and again that he was a brilliant operationally focused professional who stood out from his peers.  One of those moments came in summer 2010 when a crisis situation arose.

Unlike other senior officials, Michael Flynn preferred not to sit in his office, but rather in the open and often loud and busy Theater Operations Center, or "TOC".  He did this to make

1

himself accessible to everyone, and to always have his finger on the pulse of operations, so his intelligence enterprise could better serve ISAF.  One rare and quiet day in the TOC – we received notification that a US serviceman was taken by the Taliban.  There were four people in the TOC - a radioman, a British Lieutenant colonel, MG Flynn and me.  Upon that dire notification, he presented himself as the intelligence professional and warrior I would always strive to be.  Within seconds he brought the entire 140,000-troop ISAF command to a singular focus. He directed combat commanders in the field, launched Special Operations aviation assets, coordinated Special Operations Forces, notified Allied partners, shifted focus of local, theater, and national intelligence assets, all in the service of preventing the soldier's captors from trafficking him across the Pakistan border to "No Man's Land".  In this crucible, MG Flynn melded leadership, humility, followership, and trust into one entity, effectively bonding all of the Commands resources into a single line of effort.   No delayed decisions, no confusion, but a Soldier trying his best to save one of his own.  For those who bore witness to these actions, Flynn was the embodiment of selfless service and military values.

I never heard him complain – He was first in and last out every night. He traveled extensively by vehicle, aircraft, and foot to understand the evolving fight and to visit troops to hear their perspective. He knew every Afghan and Pakistani commander on an intimate basis.  He brought together agencies that normally did not talk to each other, and he inspired them to break down barriers and get on with the mission at hand.  He always found time to come to every reenlistment, promotion, or activity that mattered to his Soldiers.  He loved Soldiers and they loved him.  What I didn't know at the time, and he never broadcast, was his own son was in the active area of combat operations.  Michael Flynn was a not only a leader fighting for his people, a warrior fighting for his nation, but a loving father who was also (quietly & deeply) concerned for his son.

Michael Flynn's mentorship and accessibility did not stop after our tours in Afghanistan.  When he was the Assistant Director of National Intelligence in the Office of the Director of National Intelligence (his primary customer being the POTUS), his time was not his own.  He had a very extensive and demanding schedule.  Yet it was not uncommon for him to make the time to personally mentor.  For example, when I was a student at the National War College working on a special extensive research paper, he invested the time to read iterations of my paper, discuss my theses and test my conclusions.  Another time, I caught him on a red-eye from Ft. Huachuca to Washington DC.  He, blurry-eyed from having been the keynote speaker, panelist, and senior officer at long conference, I asked if he would take back my DRAFT command assessment plan and read it at his convenience.  Instead of waiting, he read it, and proceeded to write a Brigade Command mentorship strategy, and then came back to my seat to discuss it with me.  After I took command of my Brigade, and he was now the Director of the Defense Intelligence Agency, he made the time to come and speak to the Soldiers in my brigade as well as take briefings from them.  He spoke about the power of collaboration and the basis for all good units - teamwork.  Three-star Generals, rarely come and spend the day with soldiers.  Those times were impactful to the unit and to my Troops.

2

I also had the privilege of getting to know his family, and while he was a devoted husband, father, and grandfather, it was his relationship with his mother and his sisters I truly enjoyed. Michael Flynn grew up in a family of strong women.  I am sure it was what shaped him to be universally recognized as a champion of women in our Corps.   Not through any outward declaration, but simply ensuring women were given opportunities in non-traditional roles and being keenly aware and supportive of women's issues (and calling out his colleagues who did not); thus, paving the way for the advancement of inclusive policies and human resource action that we as a military and a Nation now enjoy.

Michael Flynn never broke trust with Soldiers and genuinely cared for them and their families. Michael Flynn taught me this: When things get tough for someone - whether a missed promotion or family event, an unscheduled deployment, or loss of a loved one - people will gather around to provide comfort.   But when things get really tough, real friends, such as Michael T. Flynn, will always circle in tighter.  It is that element of what makes him a truly authentic leader and friend.

As a successful 30-year career Military Intelligence Officer with six combat & hostile environment tours, and distinguished opportunities to serve as a Brigade Commander and Director of Intelligence for Special Operations Command, Africa, I would not be where I am without Michael Flynn's mentorship, compassion, and friendship, and I firmly believe, neither would tens of thousands of other US and coalition, Service members and their families.

If I can provide any further assistance, please do not hesitate to reach out to me at ████████████████████████████████████████████████████ Scotland, UK ZE2 9JA

Respectfully,

YVETTE C. HOPKINS
COL (Ret)
US ARMY

Enclosures:
Brigade Command Advice: LTG (Ret) Michael T. Flynn to COL (Ret) Yvette Hopkins
Picture with troops, Afghanistan 2010

ENCLOSURE 1:  Brigade Command Advice:  LTG Flynn to COL Hopkins



ENCLOSURE 2:  MG Flynn with Troops (Afghanistan, 2010)



Exhibit A5

28 November 2018

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001
Re: Michael T. Flynn

Dear Judge Sullivan:

The following letter is sent on behalf of LTG Michael T. Flynn, USA (Ret). The intent of this letter is to share my personal stories about my mentor and a truly great American patriot. For context, I am an active duty U.S. Navy CAPTAIN, currently serving at the Pentagon. I worked directly for LTG Flynn on three separate occasions throughout my career. The first was while he served as the Director of Intelligence on the Joint Chiefs of Staff, the second while he was the United States Forces Afghanistan Director of Intelligence, and most recently when he was the Director of the Defense Intelligence Agency (DIA). During two of these assignments I served as his Deputy Executive Assistant, responsible for his daily schedule, briefings, travel, and various social engagements.

LTG Flynn once told me, "Seth, there is nothing more important than people" and he truly lived that out as military leader.  As a U.S. Army General, and a career intelligence officer who was responsible for providing intelligence briefings to our nation's most senior personnel, LTG Flynn always emphasized the importance of taking care of your people. Despite his extremely busy schedule, throughout his career, I personally witnessed LTG Flynn make the time for retirements, promotions, or just to stop and talk to soldiers about their job or how things were going in their lives. He always took the time to meet with the families of his soldiers during these events and would emphasize time be allotted on his calendar to talk with family members. He understood that service was not just about the service member, but was a family service.

During the above assignments, I spent countless hours with LTG Flynn and I would like to highlight that whether we were at work, at a military social engagement, traveling, or just talking in his office, he was the same person, the utmost professional who always treated people with respect. He was the same person no matter if he was talking with a janitor or the Chairman of the Joint Chiefs of Staff.  Moreover, while deployed to Afghanistan, he routinely met with our allied partners, along with Afghani Leaders, and always engaged them in a respectful manner.  Despite being a three Star General and the leader of a combat support agency, he never thought more highly of himself than he should.

I would like to highlight a very personal story while working for LTG Flynn, which to me speaks to the core of who he is. On September 25, 2013 while working at DIA, sitting directly outside of his office, I suffered a massive heart attack and was immediately transferred via ambulance to a nearby DC hospital, where a stint was inserted in my then 41-year-old body, saving my life. LTG Flynn was in a meeting at the time and upon returning to his office, he immediately called my father in Texas and informed him of my status. Moreover, while still in the emergency room, directly after my procedure, I looked up and saw 'three stars' standing next to my bed. LTG Flynn was the first person to be by my side after the procedure. Now some may say that is his job as a military officer, but at the time he was also in charge of a 25,000-person intelligence agency with numerous commitments, yet he immediately left DIA and

came straight to the hospital to see how I was doing. And then called my father to follow-up. Something I will never forget and truly demonstrative of the kind of man he is!

Lastly I would like to address an invaluable lesson I learned from LTG Flynn. Throughout our many hours and days together he was always above reproach. Another quote I specifically remember, "Seth, you don't do the right thing when someone is watching, you do the right thing all the time." He would go on to tell me that, throughout my career, I would be faced with various moral, ethical and "gray" areas, and no matter the consequences, always do the right thing. LTG Flynn lives by those words.

I offer these insights to LTG Flynn from an officer who came to know and respect an individual, not based on his rank or title, but who he was, and is, as a person. While LTG Flynn was an outstanding military soldier and general, who served his country faithfully for over 30 plus years, he is much more than that, he is a man of tremendous integrity and character!

Sincerely,

*Seth a Walters, CAPT USN*

CAPT Seth Walters, USN

Alexandria VA, 22304

Exhibit A6

# John Jeffery Bucklew

Garden Florida

**13 November 2018**

**The Honorable Judge Emmet G. Sullivan**
**U.S. District Court for the District of Columbia**
**333 Constitution Avenue, N.W.**
Washington D.C. 20001

**Honorable Judge Sullivan,**

Understanding all that Mike is going through, I am sending this to you on his behalf. If you will please allow (I know nothing about how these types of letters are written), I will leave you with some stories of our relationship and his character as I have known him since 2004.

I have had the pleasure of serving and knowing him since he was a Colonel, our Director of Intelligence with the Joint Special Operations Command of the United States Special Forces Command. We met in April of 2004, when my helicopter (Chinook 47) made a hard landing at Baghdad International Airport. Flying back from Fallujah, we were shot up by unidentified weapons and landed fairly quickly – and hard – in the middle of the night. The crew chief screamed to all of us "Un-ass the ship RIGHT NOW MOVE MOVE MOVE". I was still young then, just 44 years old, however I'd been disabled since 1998. Running off the Helo with my backpack, equipment and hauling a tuff bin (big box full of stuff I should have just left), I run into some random guy in the way. I move left, he moves left, I move right, he moves right, it might have been funny had the chopper not been at risk of catching fire. Finally this random man grabs one end of my tuff bin and helps me carry this box while saying "Hi, I'm Mike Flynn, I'm your new boss". My response? "That's nice, Colonel – RUN FASTER". This is how I meet the man with whom we created serious impacts against the Jihadist threats at the time. Any other man might have stood aside, being an officer and a high ranking one, at that, yet Mike stepped in and helped. That's the Irishman that he is.

While I cannot go into detail, I can say that Mike displayed leadership through actions – not mere words. He was NOT your average officer which most of those who serve or had served had come to expect. Mike is a do-er, a man of action. While he is good at defining and giving guidance, one thing that set him aside was this. Most officers like to be "briefed" on any given subject, and then make decisions based upon time-restrained briefings. Mike was not that way. He asked (did not command, he ASKED) if he could please kindly be CC'd on all our emails. Not specific briefing emails, but ALL our discussions. We, as intelligence professionals, would have endless discussions through emails about any given subject. Being on the CC lines of these emails allowed him to see ALL the discussions which would amalgamate and condense into the briefings he needed to give to our Commander, MG/LTG McChrystal at the time. Mike read these emails in order to gain a more complete understanding of not only the subjects involved, but moreover to gain insight into all the professionals under his leadership, how we thought, the aspects from which we would view subjects, the varied levels of experience each discussion would uncover. Mike is not a "one bang for the buck" kind of man. He regularly acted as he did so that every action he conducted would give him three or four returns for every effort expended. He was smart that way, understood the value of the

returns of his actions, gaining more insight and better clarity each and every day. Being a 32 year professional I can say the people using that approach were rare, indeed. Mike Flynn defined that rarity.

So as not to make this too long to care to read (I'm old, I know I ramble), I will say that America right now would not be as safe as it is, today, had it not been for Mike Flynn enabling all his professionals to do our jobs. He believed, constantly questioned, enabled, and received our full support after making any decision.

I will stand up for him until the day I'm buried, and even then I'll do it from Heaven.  I have no higher praise than that.


**Sincerely,**



**John Bucklew**

P.S. Should you seek me out, Judge, know I am currently ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Exhibit A7

The Honorable Judge Emmet G. Sullivan                                    November 20, 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

   Re: Michael T. Flynn


Dear Judge Sullivan,

My name is Kris Hager.  I am a Gold Star Father, Chairman of the Board of Gold Star Fathers of
Florida.  The Gold Star is presented to families of soldiers killed in combat in defense of our
Nation's freedom.  My son, SSG Joshua R. Hager, US Army Ranger, was KIA February 22,
2007 in Iraq.

I first met Lt. General Michael Flynn when he spoke with six Gold Star families in August of
2016.  I have been honored to become friends with and be supported by Mike Flynn since that
meeting.

I am often asked if the circumstance of military loss (my son's death) ever gets better.  The
answer is no, but sometimes it does get different.  For my family, sometimes the difference is
made significant by the contribution of a single person.  General Flynn has made an enormous
difference in my life through his steadfast support, regular contact and compassion for my grief
and tears.  General Flynn has, throughout his own travails, never missed an opportunity to give
aid and comfort to me, my wife and youngest son, Carson.  General Flynn has made himself
available to me with his personal phone number, email address and frequent calls, just to say
"hello."  When I have need of direction or connection, he offers his help and advice immediately.
General Flynn has become not only a friend, but also a mentor and advisor.

My relationship with General Flynn comes from his personal experience and life-long
commitment to our Nation and all those who wear the uniform.  His family history is a brilliant
canvas upon which his portrait is painted.  This Gold Star father is honored and blessed to call
Mike Flynn my dear friend.  I know my son looks down from Heaven smiling upon that
friendship.

Sincerely,

Kris Hager

Parrish, FL  34219

# Exhibit A8

The Honorable Judge Emmet G. Sullivan Date
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

26 November 2018

      Re: Michael T. Flynn

Dear Judge Sullivan:

      My name is Heber D. Felix II. I have known LTG ® Michael Flynn for 21 years both professionally and personally. I had the honor to serve with Mike as his Sergeant Major on two occasions. The first time was June 1999-July 2000 when he was the Senior Intelligence Officer (SIO) for the 82ND Airborne Division and again in July 2001-June 2002 when he was again the SIO for the XVIII Airborne Corps, at Fort Bragg, North Carolina.

During the 21 years I've known him, I can tell you that on numerous occasions in the performance of his duties, I found him to be a man of integrity, honor and a devout Catholic man who lives a good Christian Life.  He is truly a caring father, leader, and common sense man. On one occasion on or about December 1999, he and I were headed out for Physical Training. The sky was overcast and rain was in the forecast for that day. The 82ND Division HQ had scheduled that the Division Tactical Main Command Post be set up in preparation for a communication exercise. As we approached the area where the Division Staff held formation for accountability and subsequent Physical Training, Mike approached the Division Operations Sergeant Major whose task it was to get the Main Command Post (CP) set up and asked him if the task of setting up the CP was still going to get done given that rain was forecasted and it made no sense to set up tents in the rain. The Operations Sergeant Major replied that regardless of the weather, the CP set up was still going to occur. Mike then asked him if he wanted him to go see the Division Chief of Staff to get it cancelled as it made no sense. This vignette highlights Mike's concern for the Soldier having to needlessly set up tents in the pouring rain when a one day slip of the set up would have alleviated that hardship on the soldier and still met the timeline for getting the Main Command Post set up.  Mike wasn't worried about what the Chief of Staff might have said or how the question would reflect against him personally.

On another occasion in mid-June of 2000, Mike and I were manifested for an Airborne Proficiency Jump. He was the number one jumper on the right door of the aircraft and I was the number two jumper. He exited and landed fine. I exited and landed hard on my left side. I ended up snapping my left femur bone off at the hip and shattering my left shoulder ball into 16 pieces. These injuries required two separate major surgeries. From the time I was medically evacuated off the drop zone thru my entire four week hospital stay, Mike came and visited me everyday providing me with a lot of positive morale support along with ensuring that my wife and two young children were well taken care of. Again, Mike's main concern was for me, one of his Soldiers and his family and not did not put work ahead of caring for me.

In all of the years I've known Mike and served with him, I've seen dozens of times when he would go out of his way to assist or support anyone who worked for him, whether it was writing a letter of recommendation, going to see someone on their behalf or ensuring they had food or monetary support for themselves or their family.

Mike also has always had a love of the Army and service to his nation. His father was a WWII veteran and at Mike's Change of Command Ceremony from being the Commander of the 313 MI Battalion in June of 1999, Mike eulogized his dad in has departure speech as his hero and talked

about the sacrifice's he had made for him and his brothers and sisters. His father and mother's character and teaching the difference between right and wrong along with their devotion to God and country is what was instilled into Mike's character and molded him to be the great person he is.

I could cite several more instances that highlight Mike's character but in the interest of brevity, I can sum up Mikes character by simply saying that he epitomizes 4 attributes that are the bedrock of the U.S. ARMY- Competence, Commitment, Candor, and Courage. As evidence to what I am saying, LTG ® Flynn was by named requested by LTG Dan McNeill, the XVIII Airborne Corps CDR to be his SIO upon completion of the Naval War College in July of 2001. Mike had served previously for then Major General McNeill as his SIO when he was the 82ND Airborne Division Commander and LTG McNeill knew he was epitome of those four attributes and the single officer he wanted to be his SIO again.

There isn't a human being that I know of who hasn't said or done something wrong or wished they hadn't when they had done so. The difference though is whether or not the infraction was intentional or malicious or whether it was an honest human error.  In Mike's case, I 've never known him to do anything that wasn't honorable and when a mistake was made to admit it to his superiors and accept full responsibility regardless of whether he indeed had been the one to make it or whether one of his subordinates had made it.

I would gladly serve with Mike again in any capacity and truly count him as one of my closest friends and consider myself blessed for having gotten to know him, his entire family and serve with him as well.

Sincerely,

Heber D. Felix II

Fayetteville, NC 28306-4610

Exhibit A9

November 19, 2018

The Honorable Emmet G. Sullivan

U. S. District Court for the District of Columbia

333 Constitution Ave, N. W.

Washington, DC 2001

Re: Michael T. Flynn


Dear Judge Sullivan:

      I am writing today as a personal reference to the character of Lt. Gen (R) Michael T. Flynn.  As the youngest of Michael's eight siblings, I have had the honor and privilege of growing up looking up to him as someone in my life that has had the most positive and lasting impact.  First, as a child, Michael was an ideal older brother who brought me everywhere with him and taught me many things about life. He was an outstanding role model. Whether it was watching sports, going into town, teaching me how surf or whatever activities we engaged in, Michael was a patient and loving older brother.  Unlike a lot of older brothers, Michael encouraged me and his other younger brother Charlie (who is and active duty two-star Army General) to go with him and would watch over us to make sure we could keep up with the older boys.   Most of the sports, I played including basketball, surfing, skateboarding and others, I learned from tagging along with Michael and his friends.  When he was an adolescent, He was an incredibly strong, brave and confident youth. Michael's confidence and leadership skills were apparent from a very young age.  He was mature beyond his years and that maturity and poise were characteristics I always wanted to emulate.  In short, I grew up wanting to be a lot like my older brother Michael and always strived to make him proud.

      He was deeply loved by our parents and his other siblings who understood early on that despite our humble beginnings, Michael had several special gifts that were going to catapult him into success in his life.  Michael remained extremely close to our parents right up until each of their last days and spent most of his family vacations back in Rhode Island visiting them and his in laws who also lived there.   His loyalty and love for family is also manifest in his relationship with his wife Lori, who he met when they were sophomores in High School and have been married for over 37 years.  Michael always put family first no matter what and was always interested in each the lives of his eight brothers and sisters and all their children.  He has close relationships with all his siblings as well as their children and has always made himself available to them if they are ever in need of his advice and counsel.  As a father, even though for many years due to his war multiple war time deployments he was not at home, he is incredibly close to his sons Michael and Mathew and values their love and bond more than anything in his life.  He is also now a grandfather of 3 young children with whom he and Lori spend most of their available free time to make sure those children know that their grandparents are a major part of their lives.

Michael's service to the Nation is very well documented and most importantly appreciated by the leaders he has served under but more importantly by the men and women who have served under his command.  Of the many visits I made to various bases and units Michael commanded over his long military career, I was always struck by the same theme I heard in each military base regardless of the circumstances.  Michael Flynn, as a leader was equally caring and compassionate (especially about his troopers' families) as he was demanding and straightforward. Having come from a very humble background, he understood the struggles of everyday soldiers far better than the average officer who may not have had personal experience with poverty or the family issues that often accompany poverty.

Michael always said that he did not see black, white or Hispanic he only saw soldiers who were sacrificing the best years of their lives for the protection of the Nation.  Michael's humble roots gave him instant credibility with average soldiers and their families many of whom also came from working class backgrounds.  I remember when he was promoted to Brigadier General, one of the troopers pulled me aside and said, "We love General Flynn he really gets it, we like to call him "the People's General".   This statement really stuck with me over the years and demonstrated the affinity his soldiers had for the man.  I believe it had a lot to do with his ability to relate and understand the daily struggles of soldiers and the stress that military life puts on their families no matter what color or background or where they came from in this country.  Michael is a highly decorated 3-star General who is well known for having revolutionized intelligence gathering during wartime.  In military intelligence circles his career is legendary.  His hard work and leadership inspired me to become a leader in business.  I have been a CEO of 3 companies in the past 25 years, following his example and relying on his wise counsel.  But, as a brother, the thing I admire most about him is his down to earth nature and his ability to relate to people on an extremely personal level despite his very public status.  When Michael Flynn speaks to people, the conversation is usually all about them and nothing about him.  He has that uncanny ability to make anyone he engages with feel very important, respected and their voice be heard.

In conclusion, Your Honor writing this letter is difficult.  Seeing Michael go through this unfortunate phase in his life is both shocking and sobering.  With all due respect to your office, as you pass your judgement, I implore you to look at every aspect of his life, his loyalty to his family, his loyalty to his soldiers, his superiors, and the dedication of his life to the service of the Nation.  Michael Flynn is one of the most honorable and honest people I have ever known. As a younger brother I could not be prouder of all he has accomplished and the example he has set for me personally throughout my life.  As one of his closest friends, I feel deeply blessed to have a friend as loyal and honorable as Michael T. Flynn and I would gladly give my life for him without hesitation and at a moment's notice.

Sincerely,

Joseph J. Flynn

Exhibit A10

6 November 2018

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Re: Lieutenant General Michael T. Flynn

Judge Sullivan,

I'm writing to express my complete and unwavering support of Lt General (retired) Michael T. Flynn as he goes into the sentencing phase of his hearing. As a former colleague and subordinate, I can fully attest to his strong character and personal integrity. I write this as a retired Airman with 30 years of service to our nation. My final position was as the General's Senior Enlisted Leader, the Command Chief Master Sergeant, at the Defense Intelligence Agency (DIA).

First, let me tell you about my professional relationship with Lt General Flynn. I met the General when he was assigned as the Director of the DIA in 2012. I was already in place as the Senior Enlisted Leader when he arrived. My first interactions with General Flynn were extremely positive. It was obvious to me that he genuinely cared about the 16,500+ people who served worldwide in support of the DIA's mission. This fit right in with my goals as a Senior Non-Commissioned Officer—to ensure our people were properly trained, equipped, prepared, and ready to conduct the vital mission of providing timely intelligence to our warfighters worldwide. Quite simply put, my job was people-centered—at the very beginning of our time together, it was obvious that the General shared my steadfast devotion to our people, and understood that taking care of them was our first priority, and the most important key to our future success.

Lt General Flynn was the fourth General Officer (star-level) that I had worked for as a Command Chief Master Sergeant. They were all exceptional leaders and fine people of the utmost character; however, General Flynn was different in many aspects. He handled issues I brought forward as if there was nothing more important—what I said mattered more than ever, and he truly listened and cared about the numerous people related issues I brought to his plate on a daily basis. All this, while leading an agency going through major organizational change.

The General's past assignments both downrange in Afghanistan and at the Director of National Intelligence's office, led him to make significant changes to how DIA was structured and operated—changes that were necessary if the agency was to eliminate barriers within and better support the warfighters in the field. However, change does not come easy. For months I watched as General Flynn pondered tough decisions that affected numerous people. I watched as he sought advice from his entire staff and as he "walked the building" at 5:00 AM to seek the input from the

people on the floor—the average civilian or military employee actually performing the mission.  Through all this, General Flynn did it with compassion, caring, integrity, and character beyond anything I had seen in my 30 years of Service—this man was trying to do everything right, everything possibly beneficial to both our people and to the mission of the agency.

Through my personal interactions with General Flynn while at DIA, I saw where his heart lies.  I saw nothing but the passion, the devotion to our nation, and the highest level of honesty, integrity and character.  But, it didn't end there.

After I retired in late 2013 and settled in South Florida, I was approached by a local charitable Trust committee person who was attempting to find suitable Veteran related causes to support financially.  Without hesitation, I contacted General Flynn for help.  He studied the goals of the Trust and made suggestions.  To date, over $500,000.00 has been received by the Special Operations Warrior Foundation and Operation 300.  Both of these organizations support the educational needs of children of our servicemembers who have died while serving—and both would not have benefitted had the General not been willing to provide the effort and research to find the exact type of organizations the committee was looking for.  The General continues to this day to provide for and support his fellow veterans and their families.

Lastly, I want you to know that General Flynn is a true patriot of this nation.  I've seen his passion for our people and our nation.  I personally witnessed the work that he put in to protect and defend both.  I know how important it was and still is to him.   I can honestly say that General Flynn was the hardest working, most dedicated individual I have ever had the pleasure of serving with.

Again, I write this letter to give my full support to General Flynn as he enters the sentencing phase of this most unfortunate incident.  He is a man of impeccable character who gave 33 years of his life to defending this nation.  I implore you to please take this in consideration during sentencing.

Thank you for your time.  Should you want to speak with me personally I can be reached at █████████

Mr. Rod Hartsook, CMSgt, USAF (Retired)

Exhibit A11

TO:  The Honorable Judge Emmet G. Sullivan                                    11 Nov 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W. Washington D.C. 20001

Re: Michael T. Flynn

Dear Judge Sullivan,

I first want to thank you for your service.  Thank you for ensuring the laws of our great nation are enforced.  I respect and understand you're in a very demanding position.  I appreciate the opportunity to provide a little insight into my opinion of Michael Flynn.

It is no coincidence that I write this letter on Veterans Day in support of a veteran.  I also write this letter not as a student of law, but as someone who had the honor to serve with LTG Michael Flynn.  I was the General's Senior Enlisted Leader at the Defense Intelligence Agency (DIA).  I have since retired from active duty military service, but when I look back over my 27 years of service, I can attest that General Flynn was one of the most professional, altruistic leaders I had the privilege to serve under.   He was a great Soldier.  He is a man of character and conviction.  He is a man who dedicated his entire adult life to serving our great nation.   I know when he woke every day that he had the best interest of our Soldiers, Sailors, Airmen, Marines, Coast Guardsmen and our great nation at the forefront of his thoughts.  He spent countless sleepless night thinking about how to best protect this nation.  I witnessed this passion firsthand.  I saw him work 18-hour days to ensure its protection and guard against those nations and extremists' organizations that would do great harm to the United States.  I traveled with him abroad as he represented the United States as the senior most uniformed intelligence officer of our nation.  He was impeccable!  He was someone I wanted to emulate and he was a stellar representation of our country.

I remember when he was preparing for retirement from the military.  He asked me what I wanted to do after my service.  I said, "General, I will probably go back home to Ohio and maybe run for a school board or something like that."  He said, "Troy, don't get into politics!"  I truly wish he would have followed the wisdom he shared with me that day.  I hate the thought of his political career being his legacy.  There is no doubt in my mind that his actions, passion, and dedication on the battlefield protecting our nation saved thousands of service member's lives.  I ask you to please take his 33 years of dedicated and unconditional service to our country into consideration when determining his sentence.  I trust the power you have been granted in your position.  I have faith in our judiciary foundation no matter the outcome of this case.  It's what I spent my 27 years of service trying to preserve.

One last anecdote, when General Flynn was the Director of DIA, he was an extremely busy man.  He would often be seen rushing through the halls of DIA onto his next national-level, strategic meeting.  However, he always had time to stop and talk with the janitorial staff and food workers for a few moments. All the other senior leaders just walked by these people as if they were invisible.  Not General Flynn!  He knew their names.  He knew where they were from and their family situations.  He had the utmost respect for these hardworking individuals.  All my life, I had heard the saying, "you can judge a man by the way he treats those who cannot do anything for him."  By that standard, General Flynn was and still is a great man.  That's the General Flynn I know.  Thank you for your time your Honor.

Sincerely,

CMSgt (Ret) Troy L. Eden, USAF

Beavercreek, Ohio 45434

Exhibit A12

The Honorable Judge Emmet G. Sullivan                    November 12, 2018
U.S. District Court for the District of Colombia
333 Constitution Avenue, N.W.
Washington D.C. 20001

     Re: Michael T. Flynn

Dear Judge Sullivan,

     I first met General Flynn in 2008 while I was working as a civilian officer in
the Intelligence Community. At the time, I had to brief him on a program our agency
was implementing and recall our first meeting very well. The remarkable aspect of
this first encounter was the sense of encouragement and ease I felt in his presence,
all of which, I would later learn, are a hallmark of his leadership style, kindness and
his respect for people in general. Needless to say, the rapport we developed during
our initial meeting led me to view General Flynn as a person I wanted to emulate
and contributed directly to my personal growth and career success.

     At a later date, in 2010, I was fortunate to have an opportunity to serve under
General Flynn in Kabul, Afghanistan as part of the International Security Assistance
Forces in support of the Global War on Terrorism. It is difficult to express how great
an impact General Flynn made on me and my colleagues while deployed in the
combat zone. General Flynn instilled in all of us, a sense of dedication, belonging
and trust. He made us feel valued by recognizing our work and explaining its impact
on the warfighter. He would take time out of his incredibly intense schedule to
personally attend ceremonies for all of our departing officers and ensure they were
recognized. He led by example, being the first one at work and the last one to leave.
And most of all, he watched over us, ensuring our welfare before his own.

     In 2012 I once again served under General Flynn when he became my
organization's Director. During his tenure, he was able to change our agency to a
more relevant, integrated one, which has had an enduring, positive impact on how
we operate and on the defense of our nation. General Flynn always ensured he put
the men and women who served under him first. On one occasion, my office was
officiating a retirement ceremony for a civilian who had served 37 years. That
morning, I stopped by to see General Flynn's executive assistant to ask if I could
have an agency coin to present the retiree. Knowing it was last minute; I did not
expect to receive one. However, what happened next was truly inspiring: General
Flynn stopped by the ceremony to present the coin to the retiring officer in person.
Not only was this not scheduled; he did this while on his way to testify on Capitol
Hill. It demonstrates that even when there are bigger, more pressing things on his
mind, he always takes the time to put people first.

     Now, in 2018, I look back upon my career growth and those who directly
inspired me and supported me. I can truly say that General Michael Flynn was one
of the most important and inspirational people in my life. He is truly a remarkable

human being who dedicated his life to serving our country and ensuring we are better as fellow humans and as a nation. General Flynn's service to our nation and the impact he has made on the men and women who served under him goes beyond what is obvious and demonstrated by his rank and position. His dedication to mentor, develop and support everyone he led is a rare trait and for that I will always be grateful to know him.

Sincerely,

Katherine L. Velez

Exhibit A13

The Honorable Judge Emmet G. Sullivan                    30 November 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

    Re: Michael T. Flynn

Dear Judge Sullivan:

Thank you for the opportunity to write on behalf of Lieutenant General (Ret) Michael (Mike) T. Flynn. I am Tom Heaney, Colonel (Ret), U.S. Army, Associate Professor U.S. Naval War College. Mike and I are life-long friends; we have known each other for 51 years. I have known his wife Lori for nearly as long.

We come from a small close knit New England community. Our large families know and have a high regard for each other. Our fathers all served their nation and communities. Mike's dad and my dad both served in the military, while Lori's dad was a Rhode Island state policeman. We were raised to love our country and respect the law.

I first met Mike playing Little League baseball. As a returning player who was already on a team, Mike was catching for the coaches at the tryouts. I was coming up to bat and was obviously very nervous. Mike didn't know me at all. However, he picked up on my nervousness and started up a conversation. He told me what to expect about the tryout and what would happen after I batted. His concern put me at ease and I was able to do well because of his outgoing personality. I didn't know it at the time, but that was the start of a lifelong friendship. Over the summer we became close and have been friends ever since.

Mike and I went to middle school, high school and college together. Because of our last names (home rooms and class blocks were determined alphabetically) we were often in the same home room and shared many classes. Mike was always the gregarious one. First to reach out and make friends with others. He was very well liked because he cared about others and made people feel important. He went out of his way to make everyone, especially new kids (a lot of those in this Military community), feel like they belonged. Just like he had done with me at Little League tryouts.

We continued playing sports together in high school and college. Mike was a great teammate, totally selfless. He always did whatever he could to make the teams better. On our high school football team he played offensive guard. Not because he loved being a lineman, but because our football team needed linemen. He was all of 160 pounds, small for a lineman but he didn't let that stop him. He was a great player, smart and fast, with perfect technique. He put everything he had into being a great player and teammate. His efforts were rewarded by his teammates who chose him to be one of the team captains our senior year. His skill was also recognized by his selection to the all-conference team.

In college, Mike introduced me to Reserve Officers Training Corps (ROTC). We roomed together our sophomore year. He kept telling me about the program and how much he was getting out of the ROTC classes. We both had a pretty shaky start scholastically and I could see a change in him. He was focused and really taking charge of his life. We had been leaders for our sports teams in high school, but this was different. He was grounded and had a direction. I wanted some of that and followed Mike's lead into the ROTC program.

The ROTC program was critical to our development as leaders. We both excelled in many leadership positions in the cadet corps during college. Mike and I graduated from college, which was doubtful at the start, and finished the ROTC program as distinguished military graduates. We received Regular Army commissions, vice reserve commissions because we graduated at the top of the corps of cadets.

Commissioning in the U.S. Army together, Mike as an Intelligence Office and me an Infantry Officer, we both thought we would serve our required time and get out. However, we ended up loving the Army, especially our Soldiers (the Army is people) and we both stayed for over 30 years. Mike served over 33 and I served over 30. Mike had a storied career. He is a Soldier's Soldier. The meaning of this is very important. Soldier's respect leaders who put them and their families first. You cannot fake this. He has earned his subordinates respect through his devotion to serving them. This was true from his first assignment as a Second Lieutenant to his last assignment as a Lieutenant General.

In retirement, Mike's desire was to continue to serve his nation. He chose to serve his countrymen by serving in the new administration. Though his time as National Security Advisor was brief, I believe he would have served with the same selfless devotion which characterized his entire career.

Finally, Mike is a devoted husband and father, who loves his family and friends deeply. Mike has selflessly served our country for decades. Mike, Lori and their sons (Thomas and Matthew) have given and continue to give so much to their country and communities. I know of no one I trust and believe in more than Mike Flynn. This sentiment resonates throughout our community. Over the course of the investigation, I have witnessed great outpouring of love and support for Mike and his family. They truly deserve it.

I know this situation has been very hard on the Flynn's and I ask you give Mike every consideration of leniency. I believe his devotion and selfless service to this nation warrant this consideration.

Sincerely,

Colonel (Ret) Thomas A. Heaney, Jr.

Middletown, RI 02842

Exhibit A14

The Honorable Judge Emmet G. Sullivan                    November 30, 2018
U.S District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re: Michael T. Flynn

Dear Judge Sullivan:

      I am Retired Rear Admiral Paul Becker, United States Navy, a close friend of Mike Flynn for 11 years. I write to provide you insight regarding Mike that I hope you will consider while sentencing him.

      I served our country with Mike in Afghanistan and observed the quality of his leadership and content of his character in complex, dangerous situations. I have personally observed his dedication to ethical decision making, equanimity in crisis and prioritizing the well being of his colleagues above himself. Mike is the finest exemplar of "Servant Leadership" I have seen in 30 years of military service. Two specific instances highlight this point.

      The first occurred in Afghanistan in 2009 when our base came under enemy attack by a Vehicle-Borne Improvised Explosive Device. Much of our staff had only recently arrived and procedures for responding to such an attack were lacking. Few had their protective body armor nearby. During the assault, I vividly recall Mike raising his voice and asking, "Who here needs a helmet and body armor?" Many hands were raised. He quickly gave his protective gear away to Colonel Annette Torrisi, ensuring her safety at the risk of his own. His acts of decency and kindness were big and small. I repeatedly saw him at that base's chow hall purposely lingering at the back of the food line knowing the meal was almost gone but wanting to ensure all others ate before him. When I emphasized to him that he had to eat too, his response was always, "Yeah, I'll get something later." Acts such as these made him an extremely admired leader by those around him.

      The second event occurred in Washington D.C. in February 2014. I was the Director for Intelligence of the Joint Chiefs of Staff and Mike was the Director of the Defense Intelligence Agency. I was presenting an intelligence assessment regarding Russia to a group of Assistant / Deputy Secretaries of Defense and senior military officers. Mike was present in a non-speaking role. I prepared well and thought I had a good handle on this problem. The Secretaries disagreed. The briefing was a disaster. The Secretaries took me to task, and frankly, berated me in front of a room of my uniformed peers and seniors. I was devastated. After most attendees left the room, Mike put his arm around me, and declared, "Paul, I think you did great. Those Secretaries chose to highlight their opinions vs. your facts in a disrespectful way. Hold your head high. I'm going to tell the Chairman of the Joint Chiefs how well you performed." Wow. Someone as senior as I was in charge of generating their own morale, but here I couldn't - and Mike Flynn let me know that he still had faith in me, and reminded me that that even if you occasionally fail, you shouldn't feel like a failure. It's an indelible lesson from a uniquely compassionate leader that I benefit from to this day.

      Mike has selflessly served our country for decades, and has led others through difficult and dangerous missions. I feel like I know the content of his character, and he is as fine a man as I have known. He remains a close and loyal friend, who I trust and care deeply about. Thank you, Your Honor, for taking the time to read my heartfelt comments.

Sincerely,

Rear Admiral Paul Becker, USN (Ret)

Alexandria, VA 22314

Exhibit A15

The Honorable Judge Emmet G. Sullivan                    29 November, 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re: Michael T. Flynn

Dear Judge Sullivan:

      Your Honor, I want to open my letter by hoping that you and yours had a wonderful Thanksgiving.

      I am writing this letter on behalf of a special person that I and my family hold in great regard. For General Flynn, I would do just about anything if he needed my help. As a retired Navy Senior Chief with 26 years of honorable service to this great nation and working as a civil servant for the past 12 years, I have had many bosses, but none were more caring, genuine, humble, selfless, or loyal than General Mike Flynn.

      I first met the good General in 2008 when he came onboard the Joint Staff as the new Director for Intelligence. In reading his biography, I found out that he had also served as the Director for Intelligence for the Joint Special Operations Command (JSOC) at Fort Bragg N.C. As a former JSOC Senior Enlisted Advisor for the Intelligence Directorate, I had been there a few years before General Flynn. While we never served together, we certainly chewed the same dirt, so to speak, on overseas deployments. As the Joint Staff J2, General Flynn had certain ideas as to how his front office should operate and that's where I came to know the man I am honored to know today. I remember the day like it was yesterday when he rang the doorbell to my office, asked if he could bother me for a few minutes and proceeded to discuss his ideas with me and described in great detail why I should work for him. Continuity was what he was asking from me. Continuity for the greater good of the organization makes all the difference. From that moment on, I became a believer of Mike Flynn. As his civilian Executive Assistant I was privileged to have a glimpse of a man who loved his family, God and his Country. These are the foundations that I also hold near and dear to my heart and soul. After working for him for about eight months, he had a higher calling to go and try and figure out how to change the tide in the Global War on Terrorism, this time in Afghanistan. I ask your Honor, who leaves everyone and everything they hold dear to deploy for 16 months to a miserable backwards country that gives nothing in return. Mike Flynn does and did. He truly believed that in order to make a change, you had to win the hearts and minds of all that you encountered. I would have followed him there, but my youngest child had just started high school, so I had to stay out of that fight.

      Spring 2011 marked General Flynn's return from Afghanistan. He was slated to become the new Assistant Director for National Intelligence for Partner Engagement. He came to see me and asked if I would go and work for him as his Special Assistant. To say that I was humbled and honored that he valued my work made me throw a cautious life to the wind. That's when my professional adventure began. In August of 2012, General Flynn assumed the Directorship of DIA, and I once again followed him and assumed the position as his Executive Secretary. As the Director, one of the first actions he took was letting his cadre of seniors executives know that he was going to reign in an organization that did not have a good reputation with Congress. This made many senior civilians very uneasy because they did not want to change. He told the workforce that DIA had to become relevant to the taxpayer and the warfighter. That was very powerful message to the thousands of employees who wanted change.

2013 was an extremely volatile time for the federal workforce and yet the annual Combined Federal Campaign (CFC) had to go on. DIA employees had been hit with Sequestration, a two-week government shutdown, five federal holidays, two snowstorms that shut down the government and yet because of him and his involvement with CFC, DIA had the most successful campaign ever surpassing its predetermined goal of $900K for a total of $950K. I believe in my heart it's because the workforce saw that he cared. They say leadership starts at the top and for General Flynn that was what the workforce saw and believed in.

In 2014, General Flynn retired from DIA and I went back to work on the Joint Staff. For the next two years we stayed in close contact. In 2016, he called me once again to let me know that he was going to be nominated as the Assistant to the President for National Security. He asked if I would once again come and work for him, this time as his Executive Coordinator. I had reached the pinnacle of my professional career with that phone call and I owe it all to him. Your Honor in every one of these high tempo, high stress jobs, I witnessed first-hand the true measure of a remarkable person. General Flynn thoroughly enjoyed his jobs. He must have been a happy baby because he always had a genuine smile when he walked in. He never came to work upset or angry and the people who personally worked for him, always wanted to make his daily work day as stress free as possible. Whether they were his Marine Corps Non-commissioned Officer driver, his Secret Service Drivers, his military Aides or Executive Officers, each one of us were his number one fans. We wanted to make sure he was successful in his jobs. If he was successful, then the workforce was successful.

I have witnessed first-hand how General Flynn has always used his positions to help those who needed any type of job recommendation or a good word put forth on their behalf. Each one of these letters were written with heartfelt sincerity. As James Faust said "A grateful heart is a beginning of greatness. It is an expression of humility. It is a foundation for the development of such virtues as prayer, faith, courage, contentment, happiness, love, and well-being." Humility and grace are only a part of the good General's inner makeup. He treats every one as if they are the most important person in the world, and to him they are. Members of Congress were treated with the same deference that he treated the daily cleaning crew. In my honest opinion, he received better feedback from the cleaning crew than he did from anyone else he had to report to.

Your Honor, I could go on and on, but you do not have that kind of time. I'll end with this - Michael Thomas Flynn loves his country, his family and his friends. His father, a retired Army Master Sergeant, and his sweet mother Helen were his conscience. These two people were his foundation for the solid core values that he displays and that all should have today. My life and that of hundreds of ordinary people have been changed for the better because of this one man. I have faith that the truth will prevail and I hope and pray that you will find leniency with this man who only wanted to do what was right.

Thank you for your time your Honor. I wish you and yours a very Merry Christmas.

Sincerely,

Rosalinda Ortega Pemberton

Odenton, MD 21113

2

Exhibit A16

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

     Re: Michael T. Flynn

Dear Judge Sullivan,

I have known Mike and Lori Flynn for over 30 years.  If I had to define Mike with one word, I would say genuine.  His faith, his love for his family, his country, and his integrity, genuine.

As a military spouse, wife and mother, I am blessed and honored to know them, and I believe my husband is a better soldier and husband because of Mike's mentorship.  I am sure I am a better army wife because of knowing them.

Thirty years ago, the army was still in the beginning stages of giving better support to their families.  However, Mike was already doing that for his soldiers and their families because he genuinely cared about them.  Not only did he ensure that there was family support as part of his units but he led by example with his own family.  Absolutely, anyone who met Mike would know his personal faith, his wife Lori, his sons and his extended family back home in Rhode Island were at the core of his heart.

When we were stationed together at a time when our children were younger, we would spend almost every weekend together.  Mike, was always a hands-on father and never hesitated to get as silly as the kids and lead in the fun.  He did not just attend church on Sundays but was an active member of the church, again leading by example.

Throughout the years it was always such a blessing when we could get together and visit Mike and Lori, even if it was for just a couple of hours.  We would always leave sorry to say good bye, but refreshed and encouraged to continue to go the distance as an army family.

Your Honor, Mike Flynn's life is one that has made positive impacts to so many.  His life makes a difference in the way so many hope to achieve.

Thank You,

*Nancy Walters*

Nancy Walters

Ft Huachuca, AZ 85613

Exhibit A17

The Honorable Judge Emmet G. Sullivan Date                          November 9, 2018

U.S. District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington D.C. 20001

  Re: Michael T. Flynn

Dear Judge Sullivan,

It is with both great respect and tremendous trepidation that I provide you with this letter on behalf of Lieutenant General (LTG) Michael T. Flynn.

As directly as I can state, I have never been associated with a more honorable, and selfless Soldier, leader and person during my 28 year career in service to our Nation. I say that with the greatest of thought and care having had the privilege of serving with our Nation's most courageous and selfless servants in recent generations to include Generals Stanley McChrystal and David Petraeus, and Admiral Bill McRaven as well as a host of other senior leaders that have carried the burden of our Nation's fight against violent extremist organizations for the past two decades.

While I've had that privilege, I can tell you without hesitation that the most committed and trustworthy leader and fellow Soldier I have ever served with is LTG (R) Michael Flynn. I served directly with LTG (R) Flynn from 2005-2011 at the height of both of our wars in Afghanistan and Iraq. I spent every day with this man from 2006-07 in Iraq fighting to destroy al Qaeda in Iraq. While our command has received tremendous praise and acknowledgement of our accomplishments and sacrifices, I can personally attest to the fact that the single greatest contributor to that success was LTG (R) Flynn.

Subsequently I maintained a close personal and professional relationship with LTG (R) Flynn because of the respect I maintained for him. While intellectually superior to the rest of us, I was always most appreciative of the manner in which he treated those of us fortunate to work with him. Even our enemies respected LTG (R) Flynn because he always demonstrated the greatest degrees of empathy, consideration, care and respect for his fellow man regardless of what side of the fence that person was on.

LTG (R) Flynn became my mentor and ultimately my friend for life. While I possess the benefit of a large and dignified network of former senior leaders from our military, it has always been LTG (R) Flynn that I turned to with my most difficult challenges.

I could share a lifetime of stories and vignettes where a lesser man would have taken risk with regulations, policies, the law or our rules of engagement. Instead, LTG (R) Flynn served as our generation's moral compass. While he was tenacious in our pursuit of victory, he would never compromise his or our integrity nor values. For any and all of us that had the privilege of serving with him, he represented all that was good in the United States and the belief that our endeavors were morally sound.

Specifically, as the Commander responsible for direct interrogations of all detainees on the Afghanistan battlefield from 2009-11, I was often faced with ethical and moral dilemmas that risked the reputation of our Nation and our belief in the rule of law.  LTG (R) Flynn consistently and without fail always provided the most appropriate and values based advice and counsel that I came to rely upon in the most difficult of situations.  Where other senior leaders would take advantage of the 'grey zone', LTG (R) Flynn was the guiding light of moral turpitude and a generation of Soldiers and leaders of our Nation possess values and character based upon the example that he set for our Army.

While my trepidation resides in my disappointment that a man of such high moral character with the greatest of honorable values could be demonized in the manner in which LTG (R) Flynn has been recently, I am appealing to your sense of both justice and righteousness in your judgement of LTG (R) Flynn.

Judge Sullivan, you are in a unique position to pass judgement upon a fellow man and I trust that you did not arrive in this position without the greatest of past achievements and care.  LTG Flynn (R) has already paid the greatest price any Soldier or person with values could.  His honor and integrity have been impaled on the altar of public opinion.  I would respectfully implore you to carefully consider the lifetime of selfless service and the manner in which that service was provided to our Army, our Nation and its defense.


Sincerely,

Christopher S. Vanek

Colonel, United States Army

Alexandria, VA 22301

Exhibit A18

The Honorable Judge Emmet G. Sullivan                          November 29, 2018
U.S. District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington D.C.  20001

Re: Michael T. Flynn

Dear Judge Sullivan:

My name is Margaret McDeed from Dover, Florida. I offered to write a letter of support for General Michael Flynn (Mike) because quite frankly, I am honored to have the opportunity to do so for such a great, warm, loving man.  I have known him and his family personally for over 15 years. We initially met when my husband (who is now retired from the Army) returned from deployment from Afghanistan and were stationed at Fort Huachuca, Arizona.  Also, my husband worked for and along with Mike at MacDill Air Force Base in Tampa, Florida several years later when he returned from deployment from Iraq. At both locations we had spent time together at many military family events and functions and Mike was the type of person that would always ask how you were doing and if there was anything needed. He always cared about the families on post and the base and his love for our country is so evident.  Everyone that I know who has either worked with him in the military and/or knows him in the civilian sector all say the same thing - What a patriot and brilliant officer he is, and they couldn't know a nicer person. This is so true and all words of his character!

When I initially met the Flynn's there was a genuine warmth and friendliness they exuberated and I felt so comfortable around them. Through the over 20 years of being a military spouse I have been fortunate to meet many people and make friends all over the world. But when it came to the Flynn's I knew it was going to be a lifelong friendship and all these years later I was right!  The Flynn's would take several trips to Tampa when their son Matt lived near me and I always had them over for a special Italian meal while they were visiting. Their two grandchildren were here and they always flew in for birthdays and special occasions. Their world revolves around their grandchildren and devotion to family so apparent. On one of those trips to Florida, my mother asked if she could come to meet Mike. I asked him if it was okay to have them come over as well and he said absolutely, and he was more excited to meet them!  I explained how my mother is a caregiver for my sister who suffered brain damage when she was born, and my father suffered a stroke when he was only 52 years old. He was paralyzed on the right side of his body and lost the ability to speak; however, is able to walk with a cane.  Anyway, when my parents walked in he got right up to hug them as if he knew them all their lives. When we sat down, he positioned himself next to my father and held his hand. It warmed my heart because I knew how excited my 80 year old father was to meet him and he could not communicate with us but with Mike holding his hand that was like speaking a thousand words. When I spoke to my mother the next day she said how honored she was to meet him and what a beautiful person he is inside and out and really enjoyed the visit.  They both could not stop smiling and they too have grown to love him and have so much respect for him. This is just one example and one story of the type of person Mike is. He cares about people and it is so apparent when you see him interacting with his family, especially the grandchildren, and friends.

I feel truly blessed to know Mike, Lori and their family and I am grateful that all those years ago my husband received orders that gave us the opportunity to cross paths. Thank you so much for your time.

Sincerely,

Margaret McDeed

Dover, FL  33527

Exhibit A19



Scott L. McDeed
Lieutenant Colonel, United States Army, Retired

November 6, 2018

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Subject: LTG Michael T. Flynn, USA, Ret.

Dear Judge Sullivan,

LTG Flynn is one of the finest and most honorable men that I have had the privilege to know and serve under while in the United States Army. I can attest beyond any doubt the he was the best leader and well-rounded person that I served with during my Army career.

My introduction to LTG Flynn was on May 21, 2003, at Fort Huachuca, Sierra Vista, Arizona. His reputation as a quality officer and compassionate leader preceded his arrival to the command. LTG Flynn was the new Commander of the 111th Military Intelligence Brigade, and I was one of his officers assigned to the 306th Military Intelligence Battalion. As a young Battalion S3 Operations, Plans and Training Officer, I had firsthand experience in observing my new Brigade Commander.

It didn't take long before I confirmed in my own mind the type and quality of leader that took command of our Brigade. From initial contact with the troops it was very clear that LTG Flynn embodied the total Army Officer and exuded the "U.S. Army Values." Without hesitation he inculcated that spirit and knowledge into the unit. He immediately created a positive and lasting impact to hundreds of Soldiers under his command. In short duration, I observed the Brigade and its transformation to a highly motivated force impacted by one man.

After my departure from the command, it was several years later in 2006 that I saw LTG Flynn at the U.S. Embassy, Baghdad, Iraq. We spoke briefly and then departed ways. While in Iraq, I spoke to numerous Special Operators both officers and noncommissioned officers that served with LTG Flynn. I asked them what they thought of him. A common theme was addressed by each Soldier. They praised him as a leader that was blessed with sound judgement that conveyed a sincerity that honored every man in the unit and their sacrifice. They said, he placed the Soldiers priorities before his own, he manifested both physical and moral courage, he always treated his subordinates, peers, and superiors with the upmost respect. As I listened, it was not just the words that they spoke that moved me. It was their body

Subject: LTG Michael T. Flynn, USA, Ret.

language, their stare, their tone of voice, and their emotional comfort that they embraced knowing that working under the most dangerous combat conditions they had a "leader" that cared about them and their wellbeing. That is LTG Flynn as an officer and leader; that's Michael Flynn as an ordinary compassionate and caring man.

After departing Iraq, I was assigned as an Intelligence Officer, United States Central Command (USCENTCOM), MacDill Air Force Base, Tampa, Florida. Once again, our paths crossed. LTG Flynn was selected as the Director of Intelligence (J2) at USCENTOM. Shortly after he moved into his new position, he selected me to be one of his Executive Officers (XO). I was honored to serve in that position. My knowledge and respect for LTG Flynn increased during that tour of duty. As I reflect on my position as his XO, I was very fortunate with the long hours of exposure to his leadership and the opportunity to assess his attributes and skills. I learned more about him by his deeds than by his words. It was one of the best years of my Army career.

In summary, I have known LTG Flynn for fifteen (15) years. He is a self-driven compassionate man of the highest integrity. He is respected by many. His dedication, sacrifice, and allegiance to our Country is well documented based on his exemplary military service of thirty-three (33) years; his loyalty to our Nation is above reproach. LTG Flynn is a caring man with a great love for his family and respect for his friends. Finally, he had a positive impact on me as a young leader during my military career. I am undoubtedly a better person today because of our professional relationship and life-long friendship.

Sincerely,

Scott L. McDeed, LTC, USA, Ret.

Dover, Florida 33527

Exhibit A20

The Honorable Judge Emmet G.Sullivan                    11 November 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

     Re:  Michael T. Flynn

Dear Judge Sullivan,

     Thank you for the opportunity to provide a longer term perspective on the character and service of Lieutenant General (Retired) Mike Flynn.  Please humor an old Soldier with the length of this document and the military "jargon."  I rarely exceed two pages, but the gravity of issue presented for your decision prompts me to offer more context about Mike than I can capture in two pages.  I cannot but comment on the coincidence that I write this to you on November 11th, 2018—Veteran's Day as I describe my experience with one of the "best and brightest" of his generation of U.S. Army Military Intelligence (MI) officers—by any measurement standard.

     I met then-First Lieutenant Mike Flynn in October 1983 during Operation Urgent Fury in Grenada.  We were both assigned to Fort Bragg, N.C. Mike was a platoon leader in the 313th MI Battalion (Bn) (Airborne) (Abn), 82nd Airborne Division (82d AA). I was a captain and S3 (Operations Officer) of the 519th MI Bn (Abn), 525th MI Group (Abn).  Mike supported the 505th Parachute Infantry Regiment (505th PIR), 82d AA, the largest maneuver force on the island.  I was in Grenada as S3 of Task Force 525, responsible for all intelligence activities on Grenada except for the 313th MI Bn and the Central Intelligence Agency (CIA).  The fluid nature of the environment made synchronization of intelligence operations a key to success and safety of Soldiers and the civilian population.  Mike Flynn was a conduit to me to ensure we did that effectively.  His performance demonstrated forward thinking, rapid action and coordination skills, and keen understanding of the Law of Land Warfare and the Rules of Engagement (ROE) that combined to mitigate potential risks. I am convinced the absence of extensive casualties and collateral damage were direct results of his performance.

     Immediately upon return to Fort Bragg, N.C., I was reassigned from the 519th MI Bn (Abn) to serve as S2 (Senior Intelligence Officer (SIO)), of the 505th PIR, 82d AA. Mike Flynn was my liaison officer and primary point of contact for the 313th MI Bn (Abn) company team of assets in direct support of my Regimental Intelligence Battlefield Operating System (IBOS).  During a fast-paced series of contingency planning sessions and major exercises, the ability of the IBOS to support the 505th PIR was, in great part, due to Mike's participation in planning, rehearsal and training activities.  His competence as a leader and intelligence professional was far greater than expected of his rank and time in service and orders of magnitude ahead of his peers.  The quality and depth of the IBOS capability and capacity in support of the 505th PIR consistently enabled success in a number of diverse mission profiles based upon Mike's contributions and performance earned the absolute trust of the Regimental Commander and the entire staff as we remained ready to put Paratrooper's in harms way anywhere in the world in eighteen hours or less.

In 1985, Mike and I were reassigned from Fort Bragg, N.C. to Fort Huachuca, A.Z.  Mike was assigned to attend the Military Intelligence Officer Advanced Course (MIOAC).  I was assigned to Fort Huachuca as a cadre instructor for tactical intelligence operations, training management and Soviet Threat.  Part of my instructor duties included serving as senior faculty advisor for MIOAC captains and lieutenants in the MI Officer Basic Course (MIOBC).  I had the privilege to serve as Mike Flynn's senior faculty advisor and to watch him lead, train, mentor, collaborate and inspire his classmates with a performance that exceeded course standards and produced one of the most consistently outstanding cohorts of MIOAC graduates I saw in my forty-plus years of total federal service.

Upon graduation, Mike joined the Fort Huachuca cadre and assumed command of a training company in the 111th MI Brigade.  His experience and intellect, plus his dynamic enthusiasm created one of the most high performing and successful companies in the Army's extensive school environment.  Performance hallmarks included keen and intuitive instructional innovations based on experience gained on the ground, high standards of performance and conduct, personal and professional, that he set and inspired others to emulate, and boundless enthusiasm.  In addition to his excellence as a Soldier, he demonstrated a commitment and dedication to his family for others to see and to mirror.  The Army is a demanding master that requires us to subsidize it with our time, our resources and our families.  Mike Flynn was superb at creating a more family-friendly construct for his Soldiers and their families at Fort Huachuca and he carried this care and concern for families through every subsequent assignment.  He and his wife, Lori, raised a tremendous Army Family and provided an example of balance and teamwork that became an example for others to adopt and to use across the Army.  He was one of, if not the, most effective company-grade officers in the Army at that time, his positive influence was exported from Fort Huachuca throughout the Army, Active, Reserve and National Guard, and into the Joint force.

I left Fort Huachuca in 1987 and next served with Mike at Fort Bragg, N.C. in 1999.  He was a lieutenant colonel commanding the 313th MI Bn, 82d AA and I returned to Fort Bragg as a colonel to command the 525th MI Brigade (Abn), XVIIIth Airborne Corps.  Fort Bragg was fortunate to have the most talented and capable group of MI bn commanders ever assembled anytime and anywhere—Mike Flynn was the best.  He led and trained Soldiers and provided a level of care for families that was second to none.  His energy, enthusiasm, and demand for high standards and living Army Values of " Loyalty, Duty, Respect, Selfless Service, Honor, Integrity, Personal Courage" set an extremely high aim point for all of us to achieve.

Mike continued to excel as commander of the 111th MI Brigade at Fort Huachuca, A.Z. from 2002-2004.  While I had no daily contact with him, he and his staff helped me in ways that contributed outside the Army and Department of Defense (DOD). I was a retired Army colonel serving as Chief of Staff for the Department of Homeland Security (DHS) Headquarters Intelligence Organization.  I reached to Mike on several occasions for advice and assistance to help me create DHS "Intelligence" in the Headquarters and found his insights, and those of his staff, to be of exceptional value in the dynamic chaos of a newly-formed DHS.  Many of the more complex issues I faced involved balancing protection of individual privacy and necessity for collective security.  I found Mike's guidance to do what was right in all things to be a consistent

and wise admonition.  He imprinted care for Soldiers and families, commitment to Army Values and a strong sense of purpose and innovation to several thousand junior Enlisted, NCO, Warrant and Commissioned officers who carried that throughout the Army and beyond, especially key in a time of war.  As the evolution of technology started to occur in ever shorter cycles, he guided the Army Intelligence Enterprise to adapt and to react and to overcome along the same compressed timeline.  This set conditions for mission success and Soldier safety across the globe from Iraq and Afghanistan to Africa and Asia and at home.

Mike went on to serve as the J2 (SIO), Joint Special Operations Command (JSOC), again at Fort Bragg, N.C. and worked for another exceptional innovator and leader, then-Lieutenant General Stan McChrystal.  Under Stan's command, Mike led an effort that transformed JSOC's IBOS into the most effective and responsive anywhere in DOD and one that provided an incredible record of success in attacking and destroying ISIS, Al Qaida and Taliban networks in all their many forms and locations.  Following the Law of Land Warfare and ROE, his IBOS efforts protected the joint service Special Operations force and underpinned mission success.

Mike then became the J2 (SIO) of US Central Command.  By this time, I was a member of the Defense Intelligence Senior Executive Service (DISES) at the Tier-3 (3-star equivalent level) and serving as Assistant Deputy Chief of Staff for Intelligence (G2), Headquarters, Department of the Army in the Pentagon.  By position, I served as the Army's  senior Civil Service Intelligence officer.  Part of my responsibility was to maintain close communications with Mike to ensure the Army's Title X U.S. Code mission to "man, train, and equip" and provide "ready forces" for the Warfighter was executed properly for intelligence and Intelligence, Reconnaissance, and Surveillance (ISR).  Mike was superb.  Bright, innovative, upbeat, energetic, and always eager to collaborate with us to find new and better capabilities or to make those we had more effective.  His personal dedication to, and care of, supported commanders and their personnel coupled with a clear understanding of what was right and Army Values were evident in every conversation and every action as he helped me help him in a wartime environment.

When he assumed leadership of the Defense Intelligence Agency in 2012, I found him to be a tremendous mission partner, innovative, collaborative and always focused on taking care of employees, uniformed and civilian, and the mission to be done in the DOD Intelligence Enterprise.  Our collaboration opportunity ended when I retired from Civil Service in 2013.

My personal and professional experience with Mike Flynn spans all or part of four decades over two centuries, peace and war, first lieutenant to lieutenant general.  In all that time, I know of no instance in which he deviated from the Army Values, we, as leaders commit to follow.  Leadership, exceptional levels of personal courage and selfless service in support of Military families,  personnel, uniformed and civilian, and the missions critical to execute successfully to protect lives and our nation are his legacies.

I close with a respectful and earnest request to you. As you make the difficult decision that is your responsibility, please consider Mike Flynn's lifetime of service, contributions, and achievements from the longer view and "the whole man."  The most valuable resource of any nation is its young people. Those young American men and

women who volunteer for military service demonstrate the courage and sense of being part of something larger than themselves that make them the most valuable of that resource.  Mike Flynn volunteered for the humbling honor to be responsible for them from platoon leader to Director of DIA, and excelled.  He led, trained, mentored, coached and protected thousands upon thousands to success, many of whom are alive and well today primarily because of where he was and what he did over these many years.

Sincerely,

James T. (Tom) Faust
Colonel (Retired), Military Intelligence, U.S. Army
&
Defense Intelligence Senior Executive Service (Retired)


█████████████████

Centreville, Va 20121

██████████████████

Exhibit A21

The Honorable Judge Emmet G. Sullivan                    November 25, 2018
U S District Court for the District of Columbia
33 Constitution Avenue, N.W.
Washington D.C. 20001

      Re: Michael T. Flynn

Dear Judge Sullivan,

It is with a warm heart that I relate to you fond recollections of my friend of many years,
Michael Flynn. It was in the early 1980's that my husband Tom O'Connell, now
deceased, and I first met Mike and Lori Flynn while assigned to the 82nd Airborne
Division at Ft. Bragg, N.C. As a platoon leader Mike held a critical position in the 313th
Military Intelligence Battalion. I recall on more than one occasion, Tom, the battalion
commander at the time, praising Mike's professionalism, dedication, and devotion to his
Soldiers.

While a member of the battalion, Mike and his wife Lori were a valuable support system
to the families that came under his command as well as to others in our military family.
This was when I first became aware of his dedication to family, friends and colleagues.
He was always going the extra mile to care for others.

In 1983 during the invasion of Grenada by the XVIII Airborne Corps, Mike was singled
out for an act of bravery that sealed my high regard for his character. While on
surveillance duty on a cliff overlooking the island's airport and beach, he became aware
of two soldiers in dire need of rescuing from the unpredictable currents in the bay.
Observers remarked that without hesitation or thought of self he jumped forty feet into
the water and dragged two Navy SEALs to safety.

Through the years we grew even closer with the Flynns, keeping up with each other's
families both through military connections and shared home state Rhode Island
connections. Tom and I always found Mike to be a man with impeccable moral
character, a sharp intellect, and a charming sense of humor.

My husband Tom, a retired Army Colonel and former Assistant Secretary of Defense for
Special Operations submitted Mike's name to the University of Rhode Island ROTC Hall
of Fame which singles out former graduates for their distinguished service to the Nation.
Mike was selected that same year, not an easy honor to attain.

Several years ago, Mike and Lori bought the house next door to his retired mother in Middletown, RI, a true testament to the care, devotion, and loyalty which he has always extended to his family and friends

In 2016, shortly after Mike had retired from the Army, I lost my husband quite suddenly. Within hours Mike and Lori were at our home expressing sympathy and lending support to me and our two sons. Such was their relationship and respect to longtime friends and colleagues. It was at Mike's initiation, encouragement, and help that a special memorial celebration of Tom's life was arranged and attended by over three hundred people. We will be forever grateful for his support during that difficult time.

In closing, our friendship continues as strong and personal as it started many years ago. I'm sure that I remain just one of many whose lives have been positively touched by Michael T. Flynn

Sincerely,

Patricia O'Connell

Patricia O'Connell

Winthrop, Maine 04364

Exhibit A22



## McJunkin Family Charitable Foundation, Inc.

Plantation, Fl. 33317

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

November 14, 2018

Re: Michael T. Flynn

Dear Judge Sullivan:

It is my privilege to provide this letter of character support for General Michael Flynn.  There is no doubt in my mind that General Flynn is of excellent moral character.

I reached out to General Flynn on March 4, 2014 on behalf of the *McJunkin Family Charitable Foundation, Inc.*, requesting recommendations for Veterans organizations for us to consider.  General Flynn responded to my (a total stranger) request within hours!  Since that time, we have had the opportunity to communicate through a personal visit, dozens of emails and phone calls.

May 1, 2017, I had the pleasure and honor of personally meeting General Flynn.  He joined us at a Foundation dinner to discuss foundation goals and Veterans' needs.  It was a memorable evening!  I remember it for many reasons, I met: a true American hero who showed humility, a friend -who showed loyalty to a long-time friend, a man who easily talked about this family and his faith, a Veteran who does not forget and wants to help those who serve/d our country and the sacrifices of their families, an interesting, humorous conversationalist, a very looong dinner and a man who eats desserts.

I learned that General Flynn is a gentleman whose priorities are God, Family and Country.  I was not disappointed. I am thankful I have a new friend, Mike.

Sincerely,

*Marian Elmore*

Marian Elmore, Vice President, Secretary MFCF, Inc.

Exhibit A23



# McJunkin Family
# Charitable Foundation, Inc.

████████████████

### Plantation, Fl. 33317

The Honorable Judge Emmet G. Sullivan                                    November 14, 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

   Re: Michael T. Flynn

Dear Judge Sullivan:

The McJunkin Family Charitable Foundation is pleased to provide this letter of character support for General Flynn. General Flynn continues a relationship with our foundation since March 2016. Our Board members (Patricia Houchens, Ken Jones and Marian Elmore) all agree the General is a respected and valued liaison for the Veterans and our organization.

We are a small private family foundation that was founded by a proud World War II Army Air Corps Veteran and his wife (W.S. and Frances McJunkin). We are charged with funding three major areas: Medical, Salvation Army, and Veterans.

Our goal is to research and obtain reputable information on organizations that we will have the opportunity to fund, with this in mind we reached out to General Flynn.

Out of his deep commitment to our American Veterans, General Flynn has provided us with valuable information and personal introductions to organizations that assist our Veterans, they include: Special Operation Warriors Foundation, Inc., Operation 300, Gold Star Families, and Angel Brigade Radio. The information provided us the opportunity to do our due diligence on these organizations and evaluate how they fit with our foundation. We enthusiastically fund Special Operation Warriors Foundation and Operation 300.

The McJunkin Family Charitable Foundation is honored to have the privilege of having General Flynn as an unpaid consultant.

Sincerely,

*Patricia Houchens*, President, MFCF, Inc.

*Ken Jones*, Vice President, Secretary, MFCF, Inc.

p.p. Marian Elmore
Vice President, Secretary, MFCF, Inc.

Exhibit A24

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Re: Michael T. Flynn

Dear Judge Sullivan,

I have known LTG (R) Mike Flynn since 1986. Throughout these many years, I have continuously witnessed him as a devoted husband, father and friend. As a military leader, Mike set a superb example for countless service members to emulate throughout his exemplary career.

I don't know what happened when he was questioned by the FBI, but I do know that Mike Flynn is a man of character and not a criminal. He has always been an upstanding citizen, Soldier, and is, without a doubt, not a threat to society.

Mike goes out of his way to take care of those around him. When he was the Director of the Defense Intelligence Agency, a position nominated by the President of the United States and confirmed by the United States Senate, he would position himself at the exit of the building in the afternoon to thank the employees for their service prior to them going home.

Mike leads from the heart. When a young lieutenant solicited his support to prepare for the United States Army Ranger school, Mike set aside his personal time to train the lieutenant. His mornings and lunch hours were devoted to training the lieutenant. He spent time at the pool, on the track, and running the mountains to prepare the lieutenant. His selfless commitment resulted in success with another leader in the US Army wearing a Ranger tab and leading Soldiers for over thirty years.

Again, I don't know what happened when questioned by the FBI, but I do know that that isolated incident alone does not accurately reflect on his lifetime of honorable service to our Nation, our Army, and his family.

Thank You,

ROBERT P. WALTERS, JR.
MAJOR GENERAL, U.S. ARMY

Ft. Huachuca, AZ 85613

Exhibit A25

Date: NOV 16, 2018

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia 333 Constitution Avenue, N.W.
Washington D.C. 20001

Re: Michael T. Flynn

Dear Judge Sullivan:

My name is Paula Beckman. I have been friends with Michael and Lori Flynn for over 20 years. My friendship with Mike and Lori started in 1997 at the 313th military intelligence battalion at Fort Bragg North Carolina. My husband was a noncommissioned officer and was the battalions S3 air where Mike Flynn was the Battalion Commander. One day, I was visiting my husband in his office and a gentleman comes out from the back office where Mike was leaving his military gear until he could move into his permit office. My husband introduce us and after a brief conversation Mike turned to me and said, "You need to meet my wife." That's where our friendship began. I met with Lori, and began to volunteer along with Lori. Within the first few months of Mike's command we had a helicopter crash with nine fatalities, five of which were from our Battalion. I went with Mike and the unit chaplain to the homes of our fallen soldiers to meet with the wives and parents. Within days of this sad news the Flynn family also received news that Mike needed to come home to Rhode Island that his father was failing. At one of the unit meetings Mike was very concerned about leaving. He was torn between his two families his personal and military. The final meeting with Mike and the BN Executive officer (XO) Major Greg Potter, I told Mike that we will handle it from this point and you needed to go home. Upon Mike's return after his father's funeral, Mike did not forget those who made sure that the families of the fallen soldiers were cared for in his absence. We received a civilian award and a small token of thanks from Mike and Lori. His loyalty to the soldiers was unheard of. The next two years I had the honor of volunteering for the (then) Lieutenant Colonel Flynn. I enjoyed watching the friendship and loyalty with the men and women of this unit it was amazing. You would see the whole Flynn family walk around the Battalion area and meetings within the unit. Mike was always approachable to all the soldiers in the Battalion. He was always talking with soldiers and asking how you, and your family are doing, always trying to make the unit better in any way he could. The Battalion was a family not just a unit in the 82nd Airborne Division. At one point the soldiers got together and built a new pavilion and named it the Flynn Pavilion. Mike would go out the have lunch with whoever was sitting there. This soldiers would throw weekend barbecues and make sure that the Flynn family always had an invite. They couldn't get enough of their Battalion Commander. I had the pleasure of witnessing the friendship between them all. In the 26 years of being a military spouse I never witnessed the loyalty and the friendship of this kind again. It was very rare .The sad day came too fast for all us when it was time for his change of command. Most of the time, it's a thank you for your service and volunteering your time, but not in this case. Our friendship carried throughout all these years. We never had the honor of being stationed together again but always staying in touch if it was by a call, text, email and an occasional family visit. You always had a place within the Flynn's family. I've had the pleasure of celebrating with the family when Mike pinned his first star and personality being invited by Mike and Lori to attend his retirement ceremony at the Defense Intelligence Agency. That day was so amazing that one man brought together so many people. I personally haven't seen leadership like his in years and look forward to any opportunity to retell all our stories about Mike Flynn and his family. You heard in every story the words leadership, sacrifice and devotion and most of all friendship. These words embody the very being of Lieutenant General Michael T Flynn (Ret) and I could not be more proud to call him and his family a friend.

Sincerely,
Paula Beckman

███████████ n
Sumter, SC 29154

Exhibit A26

Date: NOV 16, 2018

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia 333 Constitution Avenue, N.W.
Washington D.C. 20001

Re: Michael T. Flynn

Dear Judge Sullivan:

My name is William T. Beckman. I First met Mike and Lori Flynn and their boys over 20 years ago. My friendship with Michael Flynn started in 1997 as he was the incoming Battalion Commander (BC) and I was a noncommissioned officer (NCO) and S-3 air for the 313th Military Intelligence (MI BN) one of the most decorated MI BNs in the army. The BN was a separate BN within the 82nd Airborne Division. My office was in the BN Headquarters building, so Mike and I would see each other numerous times a day in passing, and in the meetings on a daily and weekly basis. Over the next two years we worked around one another on many, many projects together and for Mike as the Battalion Commander. My wife volunteered at the BN with Mike and Lori as the co-chair as the family readiness coordinator.

Mike was very loyal to the paratroopers within his command, and in return they were loyal to their BN Commander. Within the first few months of his new command there was a helicopter crash with nine fatalities, 4 of those were from the Aviation BN, and the last 5 were from MI BN. This event was a true test for the BN leadership and the new BN CDR, Mike Flynn. While all of this was going on he had significant events going on with his family life. His father was terminally ill. So with that information he sent Lori and the boy's home for the family and he stayed a few additional days. Continuing to work through the burials of the fallen BN Paratroopers, with their respective families. The BN Executive Officer (XO) Major Greg Potter (now retired Major General) and I convinced him that his military family could handle the burials of the fallen paratroopers. He almost had to be carried out of the BN area, he was as concerned about his paratroopers as much as his personal family matters in Rhode Island. Mike saw and visited with all the families of the fallen paratroopers for the eulogy.

Lori and Mike were always seen around and active in all family readiness group (FRG) meetings for all of the BN and most company events. Mike was the type of commander that new most of his command by first and last names, he was also that guy, he would know paratroopers anniversaries and birthdays. The paratroopers of the BN new they could come to Mike. He mentored the junior officers in his unit as well as the NCOs. When his tenure as the BN CDR was up and he was about to move on they had three separate going away events for him and even name the BN pavilion (Flynn Pavilion). Many times in army units times are forgotten with Mike Flynn as the BN CDR and more after he left. People would often state do you remember when LTC Flynn did......

Once you have met the Flynn's (Lori and Mike) you are considered family. I have met his late mother and most of his brothers and sister though out the years. Being part of the military family as a spouse to a service member for over 26 years. You will come across leaders that are never forgotten and that is the type of leader Mike Flynn was, the paratroopers would follow no matter what, just because he says follow me. As for me and my family our friendship still grows today with Mike and Lori Flynn. When I hear the words Honor, Leadership, Sacrifice, and Devotion. This words embody the very being of Lieutenant General (Ret) Michael T. Flynn. And I am proud to call the Flynn's my friends

Sincerely,
William T Beckman

██████████████

Sumter, SC 29154

Exhibit A27

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

November 30, 2018

Re: Michael T. Flynn

Dear Judge Sullivan:

My name is Kimberly Becker and I have known Mike Flynn and his wife Lori since 2007 when my husband Paul was Mike's military colleague. The four of us became close personal friends and I remain honored to call them friends because I know them to be kind and loving people.

Paul served in the U.S. Navy for thirty-three years, rising to the rank of Rear Admiral before recently retiring. Mike was his superior at United States Central Command, Tampa, Florida from 2007-2009, then again in Kabul, Afghanistan from 2009-2011. I know Mike to be selfless, compassionate, and he always puts family first; especially the military families within his Command.

Four days before Christmas of 2014, my marathon-running, healthy husband, was blindsided with a devastating diagnosis of Multiple Myeloma bone marrow cancer. Fearing that Paul would be stepping down from his position as Director of Intelligence for the Chairman of the Joint Chiefs of Staff, and that we'd be asked to vacate our military quarters, I was terribly worried about the situation and needed advice. Even though Mike was already retired from the Army, I contacted his wife Lori early one morning and asked if I could come to their home to discuss.

Mike immediately put my housing fears to rest; assuring that I didn't need to worry about where we were going to live, encouraging me instead to focus on Paul's medical care and getting him back to good health. That morning Mike helped lift a tremendous burden off my shoulders, which enabled me to better function as my husband's advocate and caregiver.

Two months later and just days after burying his eighty-nine-year-old Mother in Rhode Island, Mike and Lori flew to Washington to be with me at Walter Reed medical center during Paul's five+hour surgery to remove a multiple myeloma tumor from his right leg. Prior to that surgery, doctors were unsure if Paul would lose his leg, so that Mike and Lori prayed with me in the waiting room, brought in food, and encouraged me to remain positive and strong.

Mike was by my side when the Orthopedic Oncologist emerged from the operating room to announce he was able to save Paul's leg and that surgery went well.

On many occasions Mike put his schedule on hold when our family needed support; making several visits to Walter Reed when my husband was going through a stem cell transplant and again when he was in intensive Care.

Throughout two very tough years, we received hundreds of get well cards, flowers and phone calls; which were greatly appreciated, but I also needed strong supportive friends willing to support me at the hospital and after we returned home. The Flynns demonstrated their loyalty and love for our family by providing tireless support - night or day with little to no notice.

Mike's love and compassion for his military colleagues and friends is only surpassed by how absolutely in love he is with his wife Lori; his high school sweetheart, wife of thirty-six years and Mother of their children.

During this entire nightmare it seems that Mike's primary concern has been the safety and wellbeing of his family. I know him to be a strong, loyal patriotic American who loves God, our Country, his family, friends and those who have served alongside him.

Sincerely,

Kimberly J. Becker

Kimberly Becker

Alexandria, Virginia 22314

Exhibit A28

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

    Re: Michael T. Flynn

Dear Judge Sullivan:

It is a pleasure for me to write a character reference letter for General Michael T. Flynn. My name is Andy Andrade and I am the Director of Government Relations for the Rhode Island Department of Elementary and Secondary Education. Mike married my sister Lori and they have two wonderful boys. As his brother-in law, I feel I am in a unique position to give you an idea of his integrity and character.

I have known Mike all my life. We both grew up in Middletown RI. Mike was the 6th child of 9 and I am the oldest of seven children. I watched Mike grow from a young boy to a very good student-athlete to the Army General that he later became. He was brought up in a Catholic Family with loving parents. Mike was a very inquisitive child and developed into an excellent student and one of the best all -around athletes in our area. He was and still is an avid surfer and was the starting guard for our high school state championship football team. Mike was a very popular and respected. You could tell from the very beginning that he possessed leadership ability and that he would be successful in whatever he pursued in life.

In our teenage years, Mike was a lifeguard at a popular town beach and I was the beach manager. I was always impressed how seriously young Mike took his important lifeguard duties. He was intent on making sure families were safe and was dedicated to keeping himself in great physical shape. During those years I witnessed a young man with maturity beyond his years, a caring and empathetic individual.

When thinking about what to tell you about Mike, I had a difficult time just picking a few examples of his character and impact on others. Just last Sunday, Mike, Lori and I met at my brother's house to watch the New England Patriots game and catch up. Mike's son Mike Jr. and his wife and baby also joined us. It was a great family day and it was a pleasure to watch Mike interact with his family. The love he has for my sister is obvious. The love for his son, daughter-in-law and especially his grandson Travis was a joy to watch. Mike loves children and you could easily see that he is a proud grandfather. Even with the stress that he has endured during these several months, Mike has not let it impact his role as husband, father or grandfather.

Finally, I want to share with you an event that left an indelible mark on me and my family. In 2014 my family was invited to attend Mike's retirement ceremony in Washington. Mike was retiring as the Director of the Defense Intelligence Agency. The ceremony was attended by a few hundred people and was a glowing tribute to a man that has accomplished so much in his career. But what impressed me the most was the outpouring of love from the people that worked for Mike at the DIA. During the ceremony, I looked up to the balcony area that circled the hall. Hundreds of DIA employees left their work desks to witness the ceremony. They cheered him on and it was obvious that they respected and appreciated working for/with General Flynn. When the ceremony and reception was concluded DIA employees lined

the halls of the facility and gave Mike and our family a standing ovation. The outpouring of love and respect was something I will never forget.

I hope this letter has given you an idea of the man I have known and respected all my life. It has been a pleasure to be a part of his family and to continue our friendship. Please do not hesitate to contact me if you have any questions or would like any additional information. Thank you.

Sincerely,

George L. Andrade Jr. (Andy)

Middletown, RI 02842

Exhibit A29

The Honorable Judge Emmet G. Sullivan                    November 25, 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

    Re: Michael T. Flynn

Dear Judge Sullivan:

I met Mike Flynn over 35 years ago when my husband was stationed at Ft. Bragg and we
had the good fortune to be assigned to share a duplex with the Flynns. We moved in the
week their first son, Michael, was born and formed a quick bond as new parents. Over
the years we would visit each other as we crisscrossed the country and were stationed
together again at Schofield Barracks, Hawaii where Mike and Lori stood in as Godparents
at our son's christening. We have shared so many experiences, from births to weddings
to losing parents. I count Mike as one of my closest friends and men I truly admire.

Mike's devotion to his family is inspirational. He approached parenthood with such
good humor and always encouraged Matthew and Michael in whatever they chose to do.
He had a career he loved and wanted nothing less for his sons. And now he has three
beautiful grandchildren that adore him as much as he adores them. Seeing him walking
on the beach with two of his grandchildren, picking up shells and chasing crabs, was such
a delight, knowing how much he missed in the years he served in warzones.

And his devotion includes his very large extended family. Having attended several
personal and professional occasions with the Flynn clan, I have witnessed Mike as son,
nephew, brother and uncle. It is amazing to see how close he is to his family, despite 30
plus years away from Rhode Island.

I consider Mike Flynn to be a great patriot and a wonderful person and I am proud and
honored to call him friend.

Sincerely,

Elizabeth MacPherson

Elizabeth MacPherson

Cary, NC 27513

Exhibit A30

The Honorable Judge Emmet G. Sullivan

6 November 2018

U.S. District Court for the District of Columbia

333 Constitution Avenue, N. W.

Washington D. C. 2001

      Re: Michael T. Flynn

Dear Judge Sullivan:

I have known Michael T. Flynn for almost three decades.  He was a young Army Captain in the brigade I commanded in the late 1980's.  Of the hundreds of young officers passing through that brigade, I rated him the best of all of them.  In fact, he was the best of any rank in that brigade.  We judge our officers for their character, integrity, loyalty, forthrightness, candor, truthfulness and other such qualities because lives depend on it in combat.  Michael T. Flynn was the best of the best in regard to these personal traits.

If I wanted the unvarnished truth about some subject or happening,  I asked Mike Flynn who would always get to the truth and heart of matter.

I have had personal and professional contact with Mike Flynn since I first met him in the late 1980's.  After  I retired with thirty-year's service I have remained in contact with Mike Flynn and his family.  I attended some of his promotions and appointments when he became a general officer.  I have participated in social gatherings with Mike and his extended family.  I was especially impressed with his Mother who was a woman of great character who had a profound and positive impact on her children and grandchildren.

Mike and I have had constant correspondence mostly through email over the years. These communiques have covered both personal and professional subjects.

I have observed Mike's outstanding service to our nation over the past decades when he was most often deployed and away from his family in combat zones around the world.  He and his family have sacrificed much and given much to this nation.  He was the officer selected many times by senior generals to be their primary intelligence officer.  In my opinion there was no man in our military that understood radical Islamic terrorists better than Mike Flynn.  That is why those generals always wanted Mike on their battle teams.  I personally recommended him to those in the highest levels of government because of his knowledge and understanding of our enemies.

Being a grandfather, I have also observed Mike Flynn being an outstanding grandfather.  I recall his joy in seeing the wonderful expression on his grandson's face when Mike had taken him fishing and his grandson caught one of his first fish.  Mike was not only one of the very best military professionals to serve this nation, but he is a good family man as well.

If I had a son, I would want him to be like Mike Flynn.

God Bless America,

Joseph M. Blair III, Colonel US Army Retired

Military Intelligence Hall of Fame Inductee

███████████████

Hendersonville, North Carolina, 28729

Exhibit A31

November 21, 2018

The Honorable Judge Emmet G. Sullivan
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

RE: General Michael T. Flynn

Dear Judge Sullivan:

My experiences with General Flynn have all been impressive since I knew him when he dated my cousin Lori Andrade and eventually married her.  He has been a kind, family oriented, a true leader, and a good example of a god fearing individual. He makes my family and I feel good about ourselves and always a true patriot that we all trusted. He attended our church when in town and was available to give helpful advice and choices to his younger extended family members.  I appreciate this opportunity to describe my personal familiarities with this wonderful individual.

For over forty years, I witnessed him at our many family functions and always found him to be a gentleman, respective and attentive to the elders, children and everyone around him.

While following his military career, I was privileged to go to one of his Chain of Command Ceremonies and witness first-hand how General Flynn interacted with everyone no matter what station in life they were. I can remember on many occasions of him walking into the dining room and immediately going behind the serving line to greet and thank everyone by name for being there that day.  The reaction of his friends, fellow soldiers, and coworkers was moving. Whenever I was with Mike, he was always the first to stop and greet everyone.   At a family function or gathering Mike would be the first one to come over and introduce you to the crowd to make you feel welcome.

One of his most accommodating gestures I remember was when my nephew was interested in military service.  Mike took time to sit and speak with him about the pros and cons of joining the armed forces.  Over the years when Mike was home on leave, he always made time for my mother and other relatives in his extended family either by birth or marriage.  A faithful son, he spent many a day with his parents.  His mom loved to walk the beach and when Mike was in town he would make it a point to leave early each morning to meet his mom for their morning walks at the beach despite his busy schedule and responsibilities.

I hope my personal picture of General Flynn is effective to describe him as a true Patriot, a loving family man, loyal to his friends and faithful to God.

Sincerely,

*Cheryl Quinn*

Cheryl Quinn

███████████

Tiverton, Rhode Island 02878

Exhibit A32

The Honorable Judge Emmet G. Sullivan                                        1 December 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

      Re: Michael T. Flynn

Dear Judge Sullivan:

      I had the honor to serve with Lieutenant General Michael Flynn during my Army career and continue to call him a friend. From 2002-2004, LTG Flynn was my direct supervisor when I served as a Battalion Commander for the 344th Military Intelligence Battalion, Goodfellow Air Force Base, Texas. My situation was unique in that I was the first single parent to be selected and serve as a Battalion Commander in the Army. There was significant doubt voiced by senior officers that I could effectively command due to my single parent status. One month after I started, Colonel Flynn took command of 111th Military Intelligence Brigade at Fort Huachuca, Arizona.

      From our very first meeting and throughout my two years in command, he consistently demonstrated and demanded I maintain the highest values of an Army officer to include respect, honor, integrity, selfless service, and loyalty. His unwavering confidence in my abilities empowered me to make complex and difficult decisions. I was the one commander out of the four who served several states away from the Brigade headquarters. In addition to his regular phone calls to check in to discuss how my command was going, I knew I could always call and get through to him days, nights, and weekends if we needed support or to ask for advice. Despite heavy wartime training demands, he flew out to Texas at every opportunity and spent time teaching and listening to the officers and soldiers. He genuinely cared for and enjoyed spending time with each soldier. He shared his keen leadership insights, asked questions to learn more about our issues and successes, challenged us to uphold our commitment to integrity and honor, and built team morale by attending unit social functions and joining our physical training sessions. He was a genuine leader who valued people and proudly upheld Army values.

      I trusted him to guide and provide me opportunities to succeed and grow as an Army officer. At that time in the Army, many senior officers were dismissive or unsupportive of the woman officers coming up through the ranks for the first time. In contrast, Mike Flynn sincerely invested in my professional success by mentoring and supporting me as I navigated that very challenging career path. When I moved on to subsequent military positions, promotions, and life after the Army I kept in contact with Mike Flynn because I genuinely trust his advice, candor, integrity, and commitment to our Nation and the values we hold so dear.

      Michael Flynn is a man of honor and commitment. I have and still do trust him with my life.

Sincerely,

*Sharon R. Hamilton*

Sharon R. Hamilton
Colonel (Retired), U.S. Army
████████ Dahlonega, GA 30533

Exhibit A33

The Honorable Judge Emmet G. Sullivan                                November 30, 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

     Re: Michael T. Flynn

Dear Judge Sullivan:

I want to start by saying, that only recently I felt comfortable calling him Mike [instead of
general or boss] and not because he demanded it, but because I have so much respect for him. I
believe him to be a great friend, an incredible leader, devout soldier, model son, a true patriot
and dedicated family man.  He loved his mama – God rest her soul.  He talked about her
religiously.

I've known Mike Flynn since, before 2006, we met through a mutual friend. At the time we were
both serving in Iraq.  I was an Army captain in charge of supporting the theater intelligence
architecture for Multi-National Forces-Iraq (or MNF-I). He was a rising star amongst Intel
officers in the conventional and Special Operations (or SOF) community -- you would hear his
name everywhere when it came to what right looked like in our functional area [of intelligence].
The earliest memory I have of Mike (and I) is on mid-tour return from Iraq.  We met at our
friend's house for a barbeque - the steak was awful.  I introduced myself, "hey sir how are you
doing?" He asked, "where are you at in theater? Whom are you supporting? I quickly realized he
wasn't just trying to be polite as a senior [to me], he sincerely cared to know what I was sharing
with him.   He quickly was trying to figure out how to help me, help him make things better for
warfighters in Iraq. He is a very selfless individual – "hey are you good… you need anything
from me."  He is an extraordinary human being.

When we join the military there are character attributes that the Army wants soldiers and officers
to aspire to live by, known as the Army Values; I believe Mike personifies all these values;
☐   Loyalty - Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and
other soldiers.
☐   Duty - Fulfill your obligations.
☐   Respect - Treat people as they should be treated.
☐   Selfless Service - Put the welfare of the nation, the Army, and your subordinates before your
own.
☐   Honor - Live up to all the Army values.
☐   Integrity - Do what's right, legally and morally.
☐   Personal Courage - Face fear, danger, or adversity [physical or moral].
If you notice the acronym spells LEADERSHIP, and that's the Mike Flynn I know.

Mike Flynn is also humble and thoughtful. The first time Mike met my dad was post-retirement
in an office in Springfield VA.  My father was in the area visiting, and I had an impromptu
business meeting with the general.  Dad tagged along.  My dad recognized him from television
and from images I had shared with him over the years.  For the record, my father is a very

modest Hispanic man, blue-collar, God-fearing individual and very no-nonsense when it comes to meeting new people. Who goes by the nickname 'Papi.' The general walked up to dad and said, "Hey, Papi how ya doing?" He took the time to sit with him to share a story of an uncle [of Flynn's] that was a priest in the Dominican Republic; the general acted like he had all the time in the world. Completely disarming my dad -- my dad fell in love with him. Mike gave my father his undivided attention, making him feel like he was the most important person in the world, despite his pressing schedule. The truth was we had clients waiting for us in another conference room of the building.  My father is no longer with us, so it's a memory I cherish greatly. I don't think I've ever shared this story with him.

Sincerely,

Agustin Taveras

Alexandria VA 22310

Exhibit A34

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C.  20001

November 11, 2018

Re: Michael T. Flynn

Dear Judge Sullivan:

I have known Lieutenant General (Retired) Michael Flynn since 1986.  At that time he was Captain Flynn and I was Lieutenant Velez.  He was my instructor at Ft. Huachuca, AZ.  He was the schools best instructor and immediately became a mentor to many of us junior officers. Much of what I learned from CPT Flynn during those months at Ft. Huachuca, honesty, integrity, love for country and family, helped me become a better man and a better leader, and guided me throughout the remainder of my military career (26 years) and has made me the Senior Executive I am today.  I was privileged enough to serve with Mike Flynn on several other occasions before and after I retired from the military.  The success we achieved in the latter years of Operation Iraqi Freedom we owe in part to General Flynn.  His service in Afghanistan, where I once again had the honor and privilege to serve at his side, was nothing but spectacular.

In summary, America and all of us Americans owe this man so much.  For over three decades he put his service to nation first.  While many Americans enjoyed birthdays, anniversaries, etc., with family, Michael Flynn was fighting the wars which gave us all the opportunity to have those moments with family.  Believe me when I tell you he missed most of those moments with his family.  He served in the most elite organizations of our military, but because of that, put his life at risk each and every moment, in defense of our nation.  I never heard him complain nor did I ever hear his wife Lori, a wonderful teammate of his, ask him to put her and their children first.

Michael Flynn is an American hero.  He has done so much for us and our families.  Due to the sensitivity of his work, details of his actions can not be discussed in these open forums which are deciding his future; however, trust me judge when I tell you that we are all, including you and yours, much better off thanks to this General's service to his nation.

Sincerely,

Rey A. Velez

Exhibit A35

The Honorable Judge Emmet G. Sullivan                                                    November 15, 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

      Re: Michael T. Flynn

Dear Judge Sullivan:

      Many rank-and-file members of the Military Intelligence Corps have asked me to represent them by writing this letter of support for Lieutenant General Flynn, a distinguished leader and accomplished intelligence professional that we all deeply respect. On behalf of the hundreds of Military Intelligence Soldiers, Noncommissioned Officers, and Officers he has mentored and inspired to strive for excellence, it is my great honor to write this letter.

      I have known Lieutenant General Michael T. Flynn, U.S. Army (Retired) for over fifteen years. Within that period, we served together for two combat tours in Iraq where we coordinated complex and widespread intelligence operational efforts. Later, I worked with him at the Office of the Director of National Intelligence to stand up a partner engagement team that supported national efforts to create transparency that ultimately shaped a collaborative intelligence community. However, it was the fourteen months I spent working as his Executive officer at the Defense Intelligence Agency that gave me the most insight into the exceptional character of Lieutenant General Flynn. In this service I found him to be a man of honor, one who embodies a selfless commitment to his country and his family – a man whose integrity and loyalty are beyond reproach.

      I have witnessed Lieutenant General Flynn in chaotic and dangerous environments and I have always been struck by his calm demeanor. Yet, what I admire most is his unique ability to build teams from the most diverse and contrasting skill sets seamlessly across organizational boundaries. Whether his team members were considered the unit's top performers or not, Lieutenant General Flynn's leadership was infectious across his work force. As a visionary, he sensed that everyone had something to contribute to the accomplishment of our mission. The Marine Corps defines leadership as "the sum of those qualities of intellect, human understanding and moral character that enables a person to inspire and control a group of people successfully." This dictum defines Lieutenant General Flynn's leadership where his guidance, through personal dedication to duty and professionalism, has saved Soldiers' lives and ensured mission successes.

      Suffice to say, it is by Lieutenant General Flynn's example that I have been a successful Senior Intelligence Officer, and equally why so many of his protégés have risen to senior positions. We, like the entire Military Intelligence Corps, owe our successes to him, and are compelled by an unrelenting commitment to perpetuate his legacy of excellence.

      It has been my privilege and honor to know and support Lieutenant General Flynn and I would not hesitate to serve with him again, in war or peace, if the opportunity presented itself. I strongly endorse Lieutenant General Flynn's exceptional character, outstanding leadership, selfless commitment, and unwavering loyalty to our country and its armed forces.

Sincerely,

Nichoel E, Brooks
Colonel, U.S. Army

Alexandria, VA 22314

Exhibit A36

27 November 2018

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Michael T. Flynn

Dear Judge Sullivan,

I served in U.S. Army Infantry, Ranger, Special Forces, and Joint Special Operations assignments from 1979 – 2009. The last five years of my service afforded me the privilege of serving with LTG (ret) Mike Flynn from 2004 – 2009 in the Joint Special Operations Community, while deployed to Afghanistan/Pakistan in support of Operation Enduring Freedom.

I want to tell you about the Mike Flynn I know and respect, a man who is as dedicated and committed a patriot, leader, warrior, and teammate as you could ever hope to call friend. Mike is the kind of military leader and team mate we all want on our team; a man whose loyalty is unquestioned, commitment to mission unrivaled, and care for his soldiers sincere and consistent.

Mike was a leader we could count on to stand up for a fair hearing of a contentious issue, whether it was a complex intelligence judgement or a tough recommendation on key personnel moves. He always ensured that every voice was heard; not just those with seniority, position, or influence. I observed numerous instances of Mike weighing in on tough problems which others in his position would have avoided as politically risky. Mike was always the leader who would pursue doing the right thing, regardless of the perceived politics or career risk. You can't fake that kind of integrity and moral courage, and Mike displayed it in everything he did.

Mike took on hard problem sets and politically risky issues frequently because he believed that's what leaders do – it would have been far easier for Mike to avoid the numerous thorny issues which he instead attacked, leading by example, and from the front. Mike never sent out his subordinates to take the heat; instead, he always provided guidance and direction, along with the necessary top cover, and he always identified himself as the responsible officer, never throwing his junior folks under the bus.

I observed this first hand as Mike championed the effort to revise legacy policies on how we worked with our NATO and coalition partners and Afghan forces, not a popular or easy topic, but Mike took it on because it needed to be done. He received harsh criticism from scores of amateurs and arm chair experts, but Mike was the "man in the arena" and he fought for what he believed was right for mission accomplishment, making his case with great passion but also with great intellectual rigor, letting the chips fall where they may. Mike's success in forging new methods of counterinsurgency assessment and understanding the operational environment in Afghanistan helped to fundamentally refocus US and ISAF operations.

Mike always made his voice heard, even when aware it was contrary to popular opinion or a senior leader's stated position. His sense of professionalism demanded that Mike routinely speak up and make the case for considering all options; yet when the final decision was made, Mike embraced it and executed the mission as his own. That kind of professional behavior set the example for others and encouraged candid discussions and examining hard truths.

Mike took his share of hard knocks but he was never afraid to be wrong. And when he got it wrong, Mike would be the first to acknowledge it. In a community where integrity is a benchmark, Mike stood out as a model of honesty, integrity, candor, and simply doing the right thing, always.

I could not have asked for a better sounding board for advice from my forward deployed location than to hear from Mike – he always made time to address my concerns, cover essential topics and tackle the hard issues, even when the time and energy came out of his own crushing daily schedule or his personal sleep or PT time – Mike was there for his team, always, regardless of the cost. On several occasions I had bad news to share with Mike, and he always took it in stride, asking the key questions, providing encouragement, and never "shooting the messenger" for bringing bad news. That kind of senior leader behavior is what builds loyalty and trust in a good team; Mike displayed it in everything he did.

In short, Mike Flynn is the kind of leader we all respect and admire and exactly the kind of team mate we want to have with us when things get tough. Mike's demonstrated moral courage and personal example, seen consistently through all of his actions and his words, served as a great model to those around him. His unfailing energy, intense intellect, and his love of being a soldier set an example for all of us. Guys like Mike don't come around very often in the lofty positions of responsibility in which he served. I'm proud to say I served with Mike Flynn.

Sincerely,

Benjamin R. Clark
Colonel, US Army, retired

Lakewood, WA 98499

Exhibit A37

**The Honorable Judge Emmet G. Sullivan**          **November 11, 2018**
**U.S. District Court for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington D.C. 20001**


**Re: Michael T. Flynn**


**Dear Judge Sullivan:**

It seems appropriate that I write this note on Veteran's Day, in support of not only a highly decorated veteran, but also a decades-long personal friend, Mike Flynn. Our two small families shared a tiny duplex at Ft. Bragg, NC in the early 1980's. Since then we have been close personal friends, vacationing together, attending each other's children's weddings, and sharing the joy of becoming grandparents.

Although we were junior officers together, we never served in the same unit; I owe him nothing, and he owes me nothing.  So, I know LTG Flynn as 'Mike'. Through the years Mike has been entrusted with some of our nation's most valuable secrets, but a more tight-lipped guardian of them would be impossible to find.   I don't have a series of anecdotes to show Mike's trustworthiness and patriotism.  Just a life-long friendship, which I submit is just as strong a bond. Friends come and go, especially in the armed services, where moving every 3 years (at least) is the norm.  I have kept this friend because he is trustworthy, reliable, and compassionate.  I honestly think that's why our marriages have lasted over 36 years.


There is something terribly wrong with this situation but no matter the outcome, Mike Flynn will continue to be a valuable, trusted part of my life.

**Sincerely,**

**John M. MacPherson**

**Cary, NC  27513**

Exhibit A38

printThe Honorable Judge Emmet G. Sullivan                                    November 18, 2018

U.S. District Court for the District of Columbia

333 Constitution Ave. N.W.

Washington, DC 20001


     Re: Gen. Michael T. Flynn (Ret)


Dear Judge Sullivan:


I am writing to convey to you that I have nothing but the highest esteem for Gen. Flynn, one of the most honorable men I have ever met.

Gen. Flynn was the best friend of the late Col. Tom O'Connell, one of our greatest heroes of the last 30 years. Col O'Connell's parents were friends with my husband's parents and we met Gen. Flynn through these family connections.

Our daughter, who is a specialist in financial crime, was detailed from the U.S. Treasury Department to Afghanistan to work for Gen. McChrystal and Gen. Flynn which she did for several years. During that time, we were in touch with Gen. Flynn to make sure our daughter was safe and he always kept her under his wing. She told us many tales about Gen. Flynn's brilliance as an intelligence leader and was devoted to him.  He worked his staff hard, but he worked hard too and was so self-disciplined he ate only one meal a day and slept a minimum amount. He was totally committed to our troops and our country and set the example for the office. When they returned to the States, the two generals came to a welcome home party for our daughter and spoke eloquently about her service. None of this was required of Gen. Flynn and we are so grateful to him for making sure so many of our combatants returned.

We then became personally friendly and then very close to Gen. Flynn and his wife. People told us how they would walk on burning coals to work for him because of his bravery and commitment. We have been with Gen. Flynn to help wounded soldiers and Gold Star families. His generosity, his spirit, his honest warmth and genuine empathy cannot be disputed.

A simple story: A few years ago, the Flynns and we went together on vacation for a week in Sorrento where we joined up with elderly friends from Israel. One day the Flynns and the 85 year old man from Israel decided to go to Vesuvius. None of them had ever been and all had decided that it was a once-in-a-life-time opportunity.  At a certain point, one has to walk up the volcano because vehicles cannot get through the ash. It was natural for Gen. Flynn to walk with the elderly man and help him up step by step. They returned to Sorrento late in the day and the elderly man was so grateful to Gen. Flynn for making his trip, that last week even, he called me and asked me to convey his gratitude once again to Gen. Flynn

as illness has made it impossible for him to take another trip and before he passes away he wanted to convey his affection and esteem to Gen. Flynn.

One of the first thoughts he expressed to me after he left the White House was of his concern for the people who worked for him, where they would go, what would happen to them. It is a rare man in official Washington and who has such an elevated position to think of his staff and worry about them.

Gen. Flynn is a patriot, a hero and a kind and loving man. He is a man of integrity and honor who believes in law and fairness and devotion to duty, family and country. We have never, not even for a second, doubted this because we know him, have spent a lot of time with him and I hope this brief letter conveys that to you.

Sincerely,

Barbara Ledeen

Chevy Chase, MD 20815

Exhibit A39

The Honorable Judge Emmet G. Sullivan                                          11/20/2018
U.S. District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington D.C. 20001

      Re: Michael T. Flynn

Dear Judge Sullivan:

      My name is Steven Kallemeyn.  I served with Michael T. Flynn while I was a young Marine Corps Sergeant.  I first met the LtGen Flynn in Kabul, Afghanistan in 2010 and I have kept in contact with him ever since.  I would like to just give a brief story of how an ordinary south Chicago kid developed a friendship with an incredible warrior, patriot, and mentor.

      My first encounter with the General was in Kabul, Afghanistan in 2010.  I was part of a security team that supported Department of Defense intelligence personnel.  LtGen Flynn asked our team to provide support to him when needing ground movements.  My first impression of the LtGen was that he was passionate, mission focused, and family oriented.

      LtGen Flynn has always been upfront and honest with me since the day I met him.  His integrity has been adopted in my life in my day to day.  Whenever I was requested to support him and his staff in Afghanistan, he would remember my wife's name, where I came from, and past conversations.  He was a flag officer that cared for people, all people.

      His dedication to the war effort was unprecedented as well.  I didn't think the man slept for a long time.  He was always engaged, proactive, and involved in an activity or operation to further the mission.  Most flag officers at his point in their career would be sitting back and trying not to deploy.  Flynn was opposite; he wanted to be on the front lines invoking change for the better.

      The next encounter I had with the LtGen  Flynn was when he was appointed Director of the Defense Intelligence Agency.  I was his driver and administrative assistant for over a year from 2012-2013.  I recall him asking me my thoughts and assessments when his staff was having meetings in the vehicle.  First, I was an enlisted man.  He was constantly surrounded by higher echelon levels of the federal government with more advanced education than me.  Yet, the LtGen found it important to provide my input in his day to day activities.  Second, he respected my rank as a sergeant in the Marine Corps and as a human being.  There are not a lot of flag officers like that in the world.  Third, he trusted me.  It was one of the biggest honors to have a man of that stature trust me.

      During my retirement from the Marine Corps, LtGen Flynn set up a meet and greet for my parents and pregnant wife.  He wanted to thank me for my service.  He also was kind enough to present a baby gift for my wife.  He spent time with my parents explaining how much he enjoyed having me on his staff.   He always treated me with respect and dignity when most people of that rank didn't even need to look at me.

      I still have a relationship with LtGen Flynn.  He has always been willing to drop everything he is doing to help me out.  This can either be venting about life after our service to professional advice.  LtGen Flynn is one my heroes.  I could not ask for a better friend and mentor.  He is a patriot to this great nation, a model example of a family man, and a trusted friend.

Sincerely,

Steven Kallemeyn

Hudsonville, MI 49426

Exhibit A40

The Honorable Judge Emmet G. Sullivan                                    November 11, 2018
U.S. District Court for the District of
Columbia 333 Constitution Avenue, N.W.
Washington D.C. 20001

Re: LTG Michael T. Flynn

Honorable Judge Sullivan:

   I am writing on behalf of Lieutenant General (R) Michael "Mike" Flynn. I have known Mike
for over 50 years. We both grew up in Middletown, Rhode Island on Tuckerman Ave, just several
houses apart. We both attended Middletown High School and the University of Rhode Island
together. More importantly, I had the distinct privilege of serving with Mike in the U.S. Army in
the defense of our great Nation. I can speak with absolute certainty to the character, honesty,
professionalism, and selfless service of Mike Flynn.

   Throughout my 30 years in the Army, Mike was an incredible mentor. He always provided
me sage advice throughout my career and he played a large part in the success of my career and
my promotion to Colonel. I know of no other military General Officer that displays the
leadership, knowledge and selfless service that Mike Flynn personifies. He is a Soldier's Soldier
and he lives by the Army's Values.

   There are not many Americans who have made the same sacrifice that Mike Flynn has
made for this country. He has spent years of his life deployed to the Middle East and
Afghanistan to fight America's wars. He is without question one of the most talented military
Intelligence Officers the Army has ever produced. Mike has an unyielding drive to provide
nothing but the most useful and actionable intelligence for the warfighter on the ground. His
analysis of the battlefield is both honest and decisive, not to mention impressive. He loves his
country and wants nothing but the best for the United States of America. Mike Flynn is the
epitome of a "Great American" and he is recognized as such by many of his countrymen.

   I respectfully request that you take into consideration the whole person of Mike Flynn and
to recognize the enormous sacrifices he has made for this country as well as the significant
contributions he made to our great Nation. Michael T. Flynn is truly an American Hero and I am
proud to know him as a fellow Soldier and a great friend.

Thank you for your consideration.

Sincerely,

Lawrence Connell
Colonel (R) U.S. Army

Bethesda, MD 20817

Exhibit A41

The Honorable Judge Emmet G. Sullivan                                    21 November 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Re: Michael T. Flynn

Dear Judge Sullivan:

My first meeting with LTG Michael T. Flynn (ret) was in 2012. He was the Director of the Defense Intelligence Agency (DIA) and I was interviewing for the position of his military Aide-de-Camp.  I was a young Lieutenant, so to prepare I read as much of his published writings and remarks as I could. To my surprise however, the interview was less an on-the-spot professional evaluation and more a chance for the LTG to get across what was important to him and to assess what motivated me. He spoke about his wife Lori, his children and grandchildren, and was genuinely interested in my family and how we were handling the rigors of military service. He spoke passionately about the patriotism that guide him to uniformed service, his belief in American values, and why our efforts mattered for the future of our country and our families. We found that we were of like mind. A few weeks later I was notified that I was selected for the position, but did not know it would also be the beginning for an enduring friendship and mentorship.

It would be great to say that I helped him more than he helped me during the 14 months that I acted as his aide, but the reality is I learned more about leadership, loyalty, and devotion to both family and service than I had before or have since. Serving as an aide typically entails being in the shadows of the principal, managing their schedule and giving support from the background. LTG Flynn's view of the role was much different.  He valued diverse viewpoints on an issue, and would take the time to first share his thoughts with me and the rest of our team and then ask our opinion; it was clear as well that this was not pro forma, that he actually thought through what we said and often incorporated our suggestions. Throughout my tour, he made me feel that I was a valued member of his team. This genuine care for and interest in others showed in every part of his leadership. There was never a time that we crossed the quarterdeck, shared an elevator, or walked a passageway with a stranger, because he always took the chance to ask the members what they did for the DIA and how they were doing. Far from a perfunctory ask in the name of leadership, he'd make the time to get to know the individuals and would follow up with them, especially if there was anything wrong. Regardless of the commotion around them, it was always clear that LTG Flynn was focused on the individual he was talking to. He was, is, and will always be a soldier's soldier, invested deeply in those in his charge. A couple years later I encountered a former DIA employee who asked me how LTG Flynn was doing. He went on to tell me about the loss of his son during his time at DIA and how he never forgot that when he had returned to work he was told LTG Flynn had come by and left a hand-written note on his desk. The man was touched that in such a large organization, LTG Flynn knew of his situation, took the time to write a note, and sought out his desk just to express condolences and support.

I saw many folks who had worked with LTG Flynn in the past seek opportunities to serve with him again, because they saw, as I did, the depth and reality of his devotion to service and his loyalty to this country and those he served with. His focus on the mission and care for his subordinates gained our loyalty. It was incredible to work for someone who offered so much and asked for so little in return. Soon after I started as an Aide, my wife delivered our first child. Throughout the pregnancy, he asked about her status, if there was anything we needed, and made clear that whenever she needed me, I was to immediately depart. He shared his experiences becoming a new father and grandfather to ease my concerns. Despite the amount of work and level of responsibility he handled, he made me feel as though my family was a priority. I know that feeling was not built on a false foundation, because LTG Flynn was one of the first calls of congratulations we received at the hospital. It was also not a momentary or cursory interest; later, we would often visit LTG Flynn and Lori at their quarters on base. The LTG would hold my child as though he was his own grandchild, crawling across the room with him on the floor, and showing real delight in how he was growing up. These were real moments of community and friendship that my wife and I still reflect on.

I moved on to other assignments after my 18 months were through, but the LTG did not vanish to focus just on the things in front of him. The emails, mentorship calls, and Christmas cards continued along with occasional get togethers when our families could support it. A couple of years and many miles apart, it was again LTG Flynn who was the first to call when my daughter was born. It was again an astoundingly grounded moment when, a few years after that, he was sitting on my couch surrounded by my three children, engaging with each of them as if they were his own.

LTG Flynn showed me through his service, through his focus on those who worked for him, and through the friendship we built that he is a man who truly cares about this country, his teammates, and the American people. I would gladly serve with him again.

Sincerely,

LCDR Harrison L. Coleman, USN

Sterling VA, 20165

Exhibit A42

# Andres R. Nazario,
# Colonel, USAF

30 November 2018

The Honorable Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Re: Michael T. Flynn

Dear Judge Sullivan:

I am writing this letter on behalf of LTG Michael T, Flynn who is due to be sentenced
shortly. I am Andres R. Nazario and I am proud to be a senior officer (Colonel) in the
United States Air Force. I have known General Flynn both personally and
professionally for a period of 13 years.

I know General Flynn to be a caring senior officer that placed emphasis on mentoring
junior officers, provided vision, and ensured the safety and success of the mission.
The General may not remember this but we first met on a remote post in Afghanistan
right around December 2005 where we were about to engage in what was then a
highly sensitive national mission that needed Presidential approval. That first
experience with then Colonel Flynn, which lasted several days, showed me what the
man, officer, warrior, father was all about. I clearly remember him asking this
question repeatedly: "Naz have we done everything we can do to make this mission
a success and keep the boys safe?"   A question like that was usually followed by a
"how is the family?" type question.  This has been a pattern I have been lucky to
witness many times over in the past 13 years.

I also know the General to be the most humble and personable senior officer I have
ever met.  On the day of his promotion to Lieutenant General, arguably the most
important day of his professional life where he was probably worried about the event,
what to say, his family, his relationships with other senior officers, battles fought in
remote lands, warriors lost along the way and other matters, he took the time to send
me a note to tell me he was about to depart to his ceremony.  Your Honor, I was
thousands of miles away in England; yet, Mike Flynn took the time to send me a
note.  That act alone speaks volumes about the man.  No event too important, no

promotion too important, no position too important to get in the way of a relationship and human connection.  Again, this was not a one off but a pattern I have witnessed many times in the past 13 years.

Your Honor, I don't know the specifics of this case but I do know the man.  I don't know any details but I know the officer before you.  I am respectfully requesting the mercy of this Court when General Flynn is sentenced. I pray that you will give heartfelt consideration in making that decision and that you will take into consideration all of the good that General Flynn has accomplished in his life to the benefit of our nation.

Thank you in advance for your time and for your consideration.

Respectfully submitted,

Andres R. Nazario
Colonel, USAF

Exhibit A43

UNCLASSIFIED

## Richard W. Myllenbeck

Alexandria, VA 22306

The Honorable Judge Emmet G. Sullivan                December 1, 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Re: Michael T. Flynn

Dear Judge Sullivan:

It is an honor to have the opportunity to provide insight and support on behalf of a true
American hero. The amazing life and career of LTG Michael T. "Mike" Flynn, USA
(Ret), is well known and well reported. But I know a side of LTG Flynn that few others
do. I was his Executive Officer (XO)/Aide de Camp when we served together at the
International Security Assistance Force headquarters in Kabul, Afghanistan in 2009-10.

Working as LTG Flynn's XO in a combat zone was a life-changing experience in a very
positive way. First and foremost, this man is a patriot, a mission-focused professional, a
people-first leader and a true visionary. His love for America is second to none, his care
for his troopers was unmatched, and his desire to maintain a strategic advantage was
legendary. He is a winner who is driven to do the right things at the right time to great
effect, and who demands the very best of his people. And his love of family, belief in a
greater force, and loyalty to his people and leaders has been an example and an inspiration
for all.

As his XO, LTG Flynn allowed me into his inner circle where I found him to be deeply
appreciative of his people and genuinely caring of their well-being. He also impressed me
with his concern for those around him – most especially the Afghans and members of the
coalition forces. I also found LTG Flynn to be a visionary who was innately interested in
the application of emerging technology to move efforts along more quickly, accurately and
effectively. He also took a non-traditional approach to decision making and applied proven
business practices to great effect in his day-to-day routine. To say the least, LTG Flynn was
a demanding boss, but also a hands-on leader who inspired all, and who led by example. He
was fair, firm and focused and widely admired. He was like no other senior leader I had
ever served with or worked with before (including those I have worked with in the tech
industry over the past 30-years).

After leaving Afghanistan, I kept in touch with LTG Flynn, who eventually was named
the 18th Director of the Defense Intelligence Agency (DIA) and subsequently became the
top military intelligence officer in the Department of Defense. It was there that I also had
the opportunity to work closely with LTG Flynn as we established the Reserve Integration
Office at DIA – in line with his vision for a single, unified, powerful military intelligence
force. While at DIA, he boldly spearheaded a major and much needed reorganization that
saw the agency align its efforts along geographically focused centers. This has proven an
effective structure, especially with rapidly emerging issues that seem to now occur on a

UNCLASSIFIED

daily basis. At DIA I saw LTG Flynn do the right things in trying to move the agency from being practically stalled in its progress, to one that was nimble, agile and focused on the warfighter. He was held in high esteem by many -- especially the mainstream workforce -- for trying to move DIA to where it needed to be. The impacts of his decisions while serving as its director are still in effect and are still relevant today.

A forward leaning leader, LTG Flynn has been a driven advocate for the use of emerging technologies to increase the effectiveness of intelligence to gain operational superiority. He has been a lightning rod/leading force in focusing on operations-intelligence fusion and greater information and intelligence sharing between the military, law enforcement, intelligence, and international communities. A driven leader who never backed down from a challenge, LTG Flynn is still revered in the Intelligence Community as a decisive, forthright and powerful voice in demanding that timely, relevant and predictive operational intelligence be delivered to the warfighter, At the same time, he is still admired as a loyal, experienced and caring intelligence professional who payed-it-forward at every opportunity.

Beyond his stellar career in the U.S. Army, LTG Flynn is a devoted husband and father who adores his family and enjoys spending time with them. He is also a loyal friend and colleague, full of insightful ideas with practical applications. It was he who initiated the concept that led to the creation and establishment of our successful restaurant venture in Old Town Alexandria, VA. He has been a big supporter of other start-up ventures and is ceaseless in his encouragement and mentorship. His ability to seamlessly transition from the military environment to private industry without missing a beat was impressive. A natural leader, he is capable of leading and managing large teams and organizations while fostering a collaborative environment designed to make decisions and assuring success.

LTG Mike Flynn is a true American hero who loves his country and those around him. He is fearless in combat, unflinching as a leader, thoughtful and compassionate as a manager; loving as a husband and father; loyal as a friend. He is a great visionary who has the uncanny ability to take a small idea and turn it into a big reality. He is one of those rare people who inspires those around him to do greater things that they couldn't have previously imagined -- and then provide guidance and encouragement to ensure a successful outcome.

I am honored to know LTG Flynn, fortunate to have worked with him, and blessed to call him friend. Thank you very much for the opportunity to provide my insight regarding this very remarkable man.

Sincerely,

Riek Myllenbeck
CAPT, U.S. Navy (Ret.)

Exhibit A44

The Honorable Judge Emmet G. Sullivan                                    1 Dec 18
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001


Re: Michael T. Flynn


Dear Judge Sullivan:

Please allow me to endorse in the strongest possible terms the value of Michael T. Flynn's
character, integrity, and contributions to the United States government. I provide the following
comments based on my observations of Mike Flynn when he supervised me while assigned at the
Joint Special Operations Command.

Character. Mike Flynn always did what was right, legally and morally and his "character"
waypoints consistently provided clear purpose, direction, and motivation to a cohesive group of
men who knew their jobs, but they had to *gain superior results* in the most difficult of
circumstances. Once, a valued member of a deployed team asked to return to the United States
and no longer serve in the organization. Though very busy, Mike Flynn asked me to find the
discouraged officer and arrange transportation in order to personally speak with the teammate to
offer options and encouragement – in combat, this is just an example of character in action.

Integrity. Without question, a commissioned officer doesn't achieve the rank of three-star general
in any military service without loving your country and having unmatched integrity. Mike Flynn
has a keen inner sense of what's right and wrong (both morally and professionally) and more
importantly, never cutting corners in order to accomplish a mission. This integrity often made the
difference between success and failure, while critical decisions were made at the most senior levels
of our government and mission command during combat operations in Iraq. Time and again,
Mike Flynn engendered trust from the JSOC; this reflected the center core of the man, the leader,
and the officer.

I respectfully request that you consider the impact of Mr. Flynn had on the lives of thousands of
dedicated servicemembers and civilian employee as your review his case. Mike Flynn brought
energy, purpose, and a calm confidence which encouraged those around him to keep mission first
as an instinct in every case; he never wavered from leading by example and above taking care of
people in some of the most perilous circumstances that I've ever witnessed in almost 30 years of
government service.


Sincerely,

Joseph M. Cox III

Arlington, VA 22202

Exhibit A45

The Honorable Judge Emmet G. Sullivan                          November 28, 2018
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Re:  Michael T. Flynn

Dear Judge Sullivan,

My name is Jim Waurishuk.  I am a retired U.S. Air Force Colonel and served as a career
senior intelligence officer.  Prior to my military retirement, I served as Deputy Director for
Intelligence for the U.S. Central Command (USCENTCOM) in Tampa, FL. I am currently
the Chairman of the Hillsborough County (FL) Republican Party.  Throughout my career, I
served mostly in Joint military assignments and operations within the Joint Special
Operations and across the intelligence community, as did Mike Flynn.  I also served on the
White House National Security Council staff, during the George H. W. Bush administration
and am familiar with the extent and magnitude of the job of the national security advisor.

I met and worked with Lt General Flynn in varying capacities as part of my and his
intelligence responsibilities and efforts supporting Joint operations, projects, and programs
within the intelligence community while on active duty.  Our efforts were critical in the
Global War on Terrorism from 2004-2007 while I served as Deputy Director for Intelligence
for USCENTCOM and General Flynn was Director of Intelligence for the Joint Special
Operations Command, and later Director for Intelligence for USCENTCOM. Our joint
responsibilities and efforts required close collaboration and coordination to ensure absolute
mission effectiveness and success. General Flynn ensured that happened.  Following our
service we met occasionally in defense related conferences and symposiums and
corroborated with the organization Special Ops-OPSEC, of which I was Vice President --
which a private foundation whose mission was to assist and advocate in ensuring that our
nation security, intelligence, and special operations classified missions were maintained and
secure.  As a retired General Officer, Mike Flynn was a periodic adviser to our efforts.

Through my professional and private relationship with General Flynn, I can only speak with
the highest regards of him.  He is a man of the highest degree of integrity, trust, honesty,
professionalism, and patriotism.  He is and has always been the consummate professional --
putting his people, mission, family, and country first!

As a former senior commissioned military officer, I am honored to know him and to have
served our nation with him. Mike Flynn's life-long commitment to our nation has been
paramount and is exemplary – he is a true American Patriot!

Sincerely,

James M. Waurishuk
Colonel, USAF (Ret.)                          ████████████████
                                             Dover, FL 33527
                                             ████████████████

Exhibit A46

The Honorable Judge Emmet G. Sullivan                    01 December 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

      Re: Michael T. Flynn

Dear Judge Sullivan:

Multiple letters will be written and at the end of all those letter it will show a similar finding.  Mike
Flynn loves his Family, Country and puts forth others before his own personal needs without
question.

I have had the opportunity to witness this type of selfless character multiple times over the years.
Mike puts his family first.  I once drove his wife Lorie to Andrews Airforce Base to see Mike coming
back from Afghanistan.  Watching Mike getting off the plane and seeing Lorie about to jump out of
her seat waiting for Mike to exit the aircraft, they were like to newlyweds.  Another time I had Mikes
Son with me in Afghanistan as an analysis and I needed to send him out with ground forces to
conduct intelligence collections. I knew who this young man was and his father.  I sent him out
called Mike in Kabul, at the time I was in Kandahar and told him his son was out on a mission but
wanted to give him a heads up.  Without hesitation he simple said thank you for taking care of my
Son.  He put the mission first and expected that from others.

Words will never truly measure ones character or commitment, but trends, themes and
observations do tell a story.  Mike is a man of good character, loves this Country and puts his
family first.

Sincerely,

*Tres Hurst*

Harry H. Hurst III (Tres)
Executive Vice President – Cotton Commercial USA, Inc.
MAJ (Retired) United States Army
SES ((DISL) Retired)) United States Army
███████████████
Houston, Texas 77009

Exhibit A47

The Honorable Judge Emmet G. Sullivan                           1 December 2018
U.S. District Court for the District of Columbia 333
Constitution Avenue, N.W.
Washington D.C. 20001

Re: Michael T. Flynn

Dear Judge Sullivan:

I strongly support LTG Michael Flynn for his selfless service, humanity, and as a caring husband
and father. I have been lucky enough to deploy with LTG Flynn on two occasions where he
always put himself last behind the Civilians, Military, and Contractors that were with him in
Afghanistan. He chose not to take mid-tour leave in favor of others going home to see their
families. He worked overtime in order for others to leave and he filled in for them. He did this
regardless of the Rank and Grade of the individual who was on leave. I spent many long nights
with him where he missed both sleep and meals to make a difference and improve a product or
talk to a person who was having problems back at home.

During times that he was exhausted and should have taken a break to sleep he honored his
commitments and would attend items appearing on his calendar. When I asked why he didn't
just cancel he explained that someone prepared for him to be there and he did not want to let
them down. He understood that just by showing up and making an appearance would be a
morale boost for the individuals attending.

LTG Flynn has been a leader, a mentor and friend to me I would gladly work for him again
should the need arise without hesitation.


Sincerely,

Lyndon L. Searles

Arlington, VA 22202

Exhibit A48

The Honorable Judge Emmet G. Sullivan                    November 20, 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

     Re: Michael T. Flynn

Dear Judge Sullivan:

I have known Lieutenant General Michael T. Flynn, U.S. Army (Retired) for over thirteen years. Within that period I served with him in Iraq, Afghanistan, and in the United States. In this service I found him to be an honorable man of great character, selflessly committed to his country and to his family, whose integrity and loyalty was beyond reproach.

It is no exaggeration to declare that in his more than three decades of honorable and faithful service to our country, with no less than five of those years in combat, Lieutenant General Flynn's contributions to our national security saved American and allied partner lives. In Iraq and Afghanistan I observed Lieutenant General Flynn in highly demanding and often dangerous conditions where he consistently provided superior leadership to his Soldiers and sound counsel to his commanders.

In Iraq, as the senior intelligence officer for the Joint Special Operations Command and later in Afghanistan as the theater's Senior Intelligence Officer, Lieutenant General Flynn established extraordinary intelligence teams that enabled special operations and conventional forces to successfully support our nation's interests with great and enduring effect. As the senior intelligence officer for the Joint Chiefs of Staff he established the Afghanistan-Pakistan Task Force. The task force provided commanders throughout Afghanistan point-to-point access to intelligence and political-military subject matter experts to answer their most urgent information needs. I was privileged to support or serve in these efforts and can attest to Lieutenant General Flynn's outstanding leadership, selfless commitment, and unwavering loyalty to our country and its armed forces.

It is my honor to know Lieutenant General Michael T. Flynn and I would not hesitate to serve with him again, in war or peace, if the opportunity presented itself.

Sincerely,

Anthony J. MacDonald
Colonel, U.S. Army (Retired)

Fairfax Station, VA  22039

Exhibit A49

The Honorable Judge Emmet G. Sullivan                          November 29, 2018
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W. Washington D.C. 20001

      Re: Michael T. Flynn

Dear Judge Sullivan:

 I am writing this to tell you how General Flynn inspired me while working for him over several years in the Pentagon and in Afghanistan.  As a Lieutenant Colonel on the Joint Staff, assigned in the J2 Ops/Plans, where I was the staff officer for Afghanistan issues.  I was selected by him to be the point man to develop the intelligence section for the Pakistan-Afghanistan Task Force in the Pentagon.  This was because General Flynn sought people who could get things done, provide overall mission guidance on what he wanted as his objective, and left it to me to get the result he wanted in a timely manner.  He provided oversight at first, but once you got results, he trusted his subordinates to do the right thing.  I never failed him in anything he asked me to do, because he trusted me to accomplish the mission.

He was very approachable, a hard but fair boss, and expected everyone – including himself – to earn the pay and complete the mission the Nation gave you to do. Het always made sure to ask about myself and family, and made sure that I carved out time for them. I never failed to complete any task he gave me, either in the Pentagon or in Afghanistan, because he really believed in your talents.  He was a joy to work for because of his devotion to country, the Army, and respect for those who worked for him, no matter the rank or job title one held.

Finally, he inspired me to think about serving in other ways, and now after Army  retirement, I serve as Board of Trustees President for Central Presbyterian Church and as a local elected city council member in my hometown.


Sincerely,

Lieut. Col. Michael A. Herbert, USA Retired

Chambersburg, PA 17201-2715

Exhibit A50

The Honorable Judge Emmet G. Sullivan                         30 November 2018

U.S. District Court for the District of Columbia 333 Constitution Avenue, N.W.

Washington D.C. 20001

Re: Michael T. Flynn

Dear Judge Sullivan:

     I am writing to you today on behalf of and in support of a great American, husband, father, friend, mentor and leader, Lieutenant General (Retired) Michael T. Flynn.  I have had the honor and good fortune to know LTG (Ret) Flynn since 1996.  We have served together in peacetime and wartime and have developed a long-time friendship based on respect, admiration and trust.  I have trusted my life to Mike Flynn and would do so willing again today.  He is quite simply the finest solder and leader with whom I've had the honor to serve and is unquestionably one of the finest men I know.

     I humbly ask that as you consider his sentence that you please keep in mind his lifelong commitment to his country, the countless thousands of lives that he has positively influenced and his future capacity to do great things for our beloved country and its citizens.

     If I can be of any assistance in this matter, please do not hesitate to contact me.  Thank you for your consideration.

Sincerely,

Timothy P. Kiely

Colonel, United States Army (Retired)

███████████████

Colorado Springs, Colorado 80919

███████████████

███████████

Exhibit B1

Exhibit B2



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY ACT OF CONGRESS 20 JULY 1942 HAS AWARDED

## THE LEGION OF MERIT

TO

**COLONEL MICHAEL T. FLYNN, UNITED STATES ARMY**

FOR   exceptionally meritorious service from 26 July 2002 to 25 June 2004 while serving as Commander, 11th Military Intelligence Brigade, Fort Huachuca, Arizona.  Through his leadership and dedication, the Brigade met every challenge and exceeded every goal.  Colonel Flynn's commitment to excellence and the Soldiers under his command was extraordinary.  He executed all missions with sincere passion and dedication to duty and country.  Colonel Flynn's professionalism and commitment to excellence reflect distinct credit upon him, the Intelligence Center, and the United States Army.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

This 22d Day of March 2004



PO 82-3, 22 Mar 04
US ARMY TRAINING AND DOCTRINE COMMAND
Fort Monroe, Virginia

SECRETARY OF THE ARMY
KEVIN P. BYRNES
General, U.S. Army
Commanding

DA FORM 4980-11, JAN 2000.  Previous edition is obsolete.

Exhibit B3

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent
agency is US Army Military Personnel Center.

## PART I — ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | o. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| FLYNN, MICHAEL T. | | CPT | 85 | 01 | 01 | MI | 35D | | 04289 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| Co D, 2d MI Bn, 111th MI Bde (Tng), USAICS Ft Huachuca, AZ 85613-7000 TRADOC | 03 | Change of Rater | TC |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | | | ☐ 1. GIVEN TO OFFICER | |
| 88 | 07 | 16 | 88 | 12 | 12 | 5 | CZ01 | ☐ 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

## PART II — AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| ARGERSINGER, Steven J. | | Steve J. A___ | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| LTC, MI, 2d MI Bn, 111th MI Bde (Tng), USAICS, Battalion Commander | | | 14 Dec 88 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| BLAIR Joseph M. III | | Joseph M Blair | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| COL, MI, 111th MI Bde (Tng), USAICS, Brigade Commander | | | 14 Dec 88 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| M. Flynn T. | | | | | |

## PART III — DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. SSI/MOS |
|---|---|
| Company Commander | 35D |

c. REFER TO PARA IIIb, DA FORM 67-8-1

Command, lead and manage an Initial Entry Training Military Intelligence Company with an assigned strength of 300 soldiers in grades E1 to O2. Responsible for the physical, emotional and social development of all soldiers attending training in three MOS producing courses (96B, 96D, 96H). Responsible for all soldierization requirements as directed by TRADOC and the Intelligence Center and School. Interface with the academic departments ensuring mutual accomplishment of all MOS training requirements. Support twelve field exercises per year. Responsible for the discipline, safety and personal and professional development of all personnel. Responsible for 104 rooms on two floors and $350,000 worth of equipment.

## PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)

| a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be referred in b below.) | | HIGH DEGREE | | | LOW DEGREE | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | | 8. Displays sound judgment | | | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | | | | 1 |
| 3. Maintains appropriate level of physical fitness  8812  PASS | 1 | 10. Is adaptable to changing situations | | | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | | | | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  71/162  YES | | | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | a.2.   An Absolutely superb company commander. a.3,12 Outstanding physical condition and presence as a commander. a.5,8  Unsurpassed as a trainer. b.5.   Always provided honest advice. b.8.   Provided an example of individual integrity for all to emulate. |
|---|---|

DA FORM 67-8
1 SEP 79

REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.

US ARMY OFFICER EVALUATION REPORT

| PERIOD COVERED | 880716-881212 |
|---|---|

**PART V – PERFORMANCE AND POTENTIAL EVALUATION** *(Rater)*

a. RATED OFFICER'S NAME   FLYNN, Michael T.                    SSN ▮▮▮▮

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS        [x] YES    [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

| [XX] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |
|---|---|---|---|---|

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL.

CPT Flynn has been an outstanding company commander.  His company has continually been the pacesetter in the Battalion; always developing programs that are copied by the other companies and always establishing marks for the other companies to meet.  CPT Flynn has established a command climate based on active command presence, caring leadership, concern for the soldier's family, and by establishing high standards of discipline in every activity.  CPT Flynn has ensured a smooth integration of soldierization, physical training and academics, developed a Land Navigation Course for use throughout the Battalion, produced an AIT Soldier Handbook, and has been the Intelligence School spokesman for safety.  He has professionally developed the most outstanding drill sergeants in the Battalion.  CPT Flynn has taken the time to maintain his tactical and technical intelligence skills and actively serve the military community while serving in a time consuming and difficult command.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| [XX] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER *(Explain below)* |
|---|---|---|---|

e. COMMENT ON POTENTIAL

I honestly believe CPT Flynn is part of that very small percentage of Army officers who should be promoted ahead of their contemporaries.  He has continually proved himself to have a level of maturity and judgement for exceeding officers with more time in grade and service.  CPT Flynn should be selected for CGSC at the first opportunity.  He is capable of serving as a battalion S3 now.

**PART VI – INTERMEDIATE RATER**

a. COMMENTS

**PART VII – SENIOR RATER**

a. POTENTIAL EVALUATION *(See Chapter 4, AR 623-105)*

| SR | | DA USE ONLY |
|---|---|---|
| [X] | | HI |
| | ↑ | |
| | ↑↑ | |
| | ↑↑↑↑ | |
| | ↑↑↑↑↑↑↑↑↑↑↑ | |
| | ↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑ | |
| | ↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑↑ | |
| | ↑↑↑↑↑↑↑↑↑↑ | |
| | ↑↑↑↑ | |
| | ↑↑ | |
| | ↑ | |
| | | LO |

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW        [ ] YES   [ ] NO *(Explain in b)*

b. COMMENTS

Promote immediately and select for C&GSC immediately.  CPT Flynn remains the best company commander I have observed in twenty-three years of service.  Select him to command at all ranks.  When not in command assign to XO and S3 positions.  I totally agree with the rater's comments.  CPT Flynn has the potential to succeed in an outstanding manner in any position he is placed in the future.  He and his wife have contributed more to soldiers and families than any company grade husband and wife team in this command.

# SERVICE SCHOOL ACADEMIC EVALUATION REPORT
For use of this form, see AR 623-1; the proponent agency is MILPERCEN.

| | DATE |
|---|---|
| | 21-MAY-89 |

| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BR | 5. SPECIALTY/MOSC |
|---|---|---|---|---|
| FLYNN, MICHAEL T | | CPT | | |

| 6. COURSE TITLE | 7. NAME OF SCHOOL | 8. COMP |
|---|---|---|
| MI OFFICER TACTICAL INTELLIGENCE (TRANS) 3-89 ☐ | USAICS FT HUACHUCA AZ 85613-7000 | RA |

| 9. TYPE OF REPORT | 10. PERIOD OF REPORT (Year, month, day) | | 11. DURATION OF COURSE (Year, month, day) | |
|---|---|---|---|---|
| ☒ RESIDENT | From: 89 04 04  Thru: 89 06 02  ☒ | | From: 89 04 04  Thru: 89 06 02 | |
| ☐ NONRESIDENT | 12. EXPLANATION OF NONRATED PERIODS | | | |

| 13. PERFORMANCE SUMMARY | 14. DEMONSTRATED ABILITIES |
|---|---|
| | **a. WRITTEN COMMUNICATION** |
| *a. ☒ EXCEEDED COURSE STANDARDS | ☒ NOT EVALUATED  ☐ UNSAT  ☐ SAT  ☐ SUPERIOR |
| *(Limited to 20% of class enrollment)* | **b. ORAL COMMUNICATION** |
| | ☐ NOT EVALUATED  ☐ UNSAT  ☐ SAT  ☒ SUPERIOR |
| b. ☐ ACHIEVED COURSE STANDARDS | **c. LEADERSHIP SKILLS** |
| | ☐ NOT EVALUATED  ☐ UNSAT  ☐ SAT  ☒ SUPERIOR |
| *c. ☐ MARGINALLY ACHIEVED COURSE STANDARDS | **d. CONTRIBUTION TO GROUP WORK** |
| | ☐ NOT EVALUATED  ☐ UNSAT  ☐ SAT  ☒ SUPERIOR |
| *d. ☐ FAILED TO ACHIEVE COURSE STANDARDS | **e. EVALUATION OF STUDENT'S RESEARCH ABILITY** |
| | ☒ NOT EVALUATED  ☐ UNSAT  ☐ SAT  ☐ SUPERIOR |
| *Rating must be supported by comments in ITEM 16. | (SUPERIOR/UNSAT rating must be supported by comments in ITEM 16) |

| 15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING? |
|---|
| ☒ YES   ☐ NO   ☐ N/A   (A "NO" response must be supported by comments in ITEM 16) |

**16. COMMENTS** (This item is intended to obtain a word picture of each student that will accurately and completely portray academic performance, intellectual qualities, and communication skills and abilities. The narrative should also discuss broader aspects of the student's potential: leadership capabilities, moral and overall professional qualities. In particular, comments should be made if the student failed to respond to recommendations for improving academic or personal affairs)

CPT Flynn exceeded course standards and graduated with an academic average of 96.00 percent. He exhibited only the highest standards of military professionalism during the course. CPT Flynn readily shared his previous branch experience with fellow students and demonstrated his willingness to help fellow students. CPT Flynn is a team player who was an integral part of group projects such as the Brigade All-Source Intelligence Exercise (BASIX). He is a superb briefer. Throughout the entire course, he consistently sought out professional knowledge in pursuit of becoming a superior military intelligence officer. CPT Flynn demonstrated the ability to analyze requirements and develop sound courses of action. He willingly expended extraordinary efforts to insure the highest quality of results in every action in which he was associated. As class S3, CPT Flynn anticipated requirements and was instrumental in ensuring the course of instruction happened in a smooth and efficient manner. His leadership ability was amply demonstrated in his superb performance as a section leader. CPT Flynn demonstrated his ability to perform the challenging duties of an all-source, multidisciplined intelligence officer. Additionally, he demonstrated his superior physical fitness by scoring 300 points on the APFT.

PASS  8905  71/162  YES

| 17. AUTHENTICATION | |
|---|---|
| a. TYPED NAME, GRADE, BRANCH, AND TITLE OF PREPARING OFFICER | SIGNATURE |
| LANA L. MCGRATH, CPT, MI FACULTY ADVISOR | *Lana L. McGrath* |
| b. TYPED NAME, GRADE, BRANCH, AND TITLE OF REVIEWING OFFICER | SIGNATURE |
| ALEXANDER M. OKIMOTO, COL, MI DIR, DEPT OF TACS, INTEL & MIL SCI | |

| 18. MILITARY PERSONNEL OFFICER | | |
|---|---|---|
| a. FORWARDING ADDRESS (Rated student) | b. DISTRIBUTION | |
| | ☒ STUDENT   ☐ UNIT CDR (P/B NCOES only) | CC01 |
| | ☒ STUDENT'S OFFICIAL MILITARY RECORDS | |

**DA FORM 1059** JAN 87   EDITION OF 1 JUL 73 IS OBSOLETE.   8-0476-003

Exhibit B4

US ARMY OFFICER EVALUATION REPORT

**PART I - ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (IWO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| FLYNN, MICHAEL T. | | LTC | 96 | 08 | 01 | MI | 35 | | 22722 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| JOINT READINESS TRAINING CENTER, OPERATIONS GROUP FORT POLK, LA 71459 | 22 | SR RATER OPTION | TC |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | | | ☐ 1. GIVEN TO OFFICER _____ | |
| 96 | 07 | 16 | 97 | 04 | 27 | 9 | FS14 | ☐ 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

**PART II - AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS data)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| DONOVAN, JOHN V. | | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| COL, IN, OPERATIONS GROUP, JRTC, FORT POLK, LA 71459 | COMMANDER | 28 Apr 97 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | ☐ | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| SHERFIELD, MICHAEL B. | | Michael B. Sherfield | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| MG, GO, HQ, JRTC AND FORT POLK, FORT POLK, LA 71459 | COMMANDING GENERAL | 28 Apr 97 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Michael T. Flynn | 28 Apr 97 | | | | |

**PART III - DUTY DESCRIPTION** (Rater)

| a. PRINCIPAL DUTY TITLE | b. SSI/MOS |
|---|---|
| SR O/C, INTELLIGENCE DIVISION | 35D5P |

c. REFER TO PART IIIa, DA FORM 67-8-1

Senior Intelligence Observer/Controller (O/C) responsible for coaching, teaching, and mentoring members of the Intelligence Battlefield Operating System (BOS) of the Army's light, airborne, air assault, ranger, and special operations forces during 10 annual force-on-force Joint Readiness Training Center rotations. Prepare and present 30 intelligence after-action reviews (AARs) and quality control input to 30 brigade AARs. Lead, manage, and train a division consisting of 8 officers and 23 enlisted soldiers. Provide intelligence BOS coverage to a brigade task force consisting of three infantry battalions, an aviation, a field artillery, an MI company and long-range surveillance detachments. Prepare and provide quality input to 10 written take home packages encompassing training observations and recommendations for each participating unit. Responsible for the maintenance and accountability of 21 vehicles and equipment worth over one million dollars.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM** (Rater)

| a. PROFESSIONAL COMPETENCE | (In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. All comments will be reflected in b below.) | | HIGH DEGREE | | | LOW DEGREE | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | | 1 | 8. Displays sound judgement | | | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | | 1 | 9. Seeks self-improvement | | | | 1 |
| 3. Maintains appropriate level of physical fitness PASS 9702 | | 1 | 10. Is adaptable to changing situations | | | | 1 |
| 4. Motivates, challenges and develops subordinates | | 1 | 11. Sets and enforces high standards | | | | 1 |
| 5. Performs under physical and mental stress | | 1 | 12. Possesses military bearing and appearance 70/155 YES | | | | 1 |
| 6. Encourages candor and frankness in subordinates | | 1 | 13. Supports EO/EEO | | | | 1 |
| 7. Clear and concise in written communication | | 1 | 14. Clear and concise in oral communication | | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| 1. DEDICATION | a.1. Quick, analytical mind. a.3,4,12. Leads from the front; instills confidence in subordinates. a.5. Sound decision maker under the most stressful conditions. a.7,14. Superb communication skills. b.1,3. Completely dedicated to mission and loyal to his organization. |
|---|---|

DA FORM 67-8
1 SEP 79

REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.

US ARMY OFFICER EVALUATION REPORT
USAPPC V3.00

**a. RATED OFFICER'S NAME**   FLYNN. MICHAEL T.   SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS   ☒ YES   ☐ NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

☒ ALWAYS EXCEEDED REQUIREMENTS   ☐ USUALLY EXCEEDED REQUIREMENTS   ☐ MET REQUIREMENTS   ☐ OFTEN FAILED REQUIREMENTS   ☐ USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!**

Mike Flynn is the best of the best and the most complete intelligence officer I have known. Tremendous leader, trainer and mentor, he set the pace for senior observer/controllers. He wrote, produced and directed a videotape on "How To" integrate intelligence into the decision-making process; this first-class product was distributed to the entire Army. He created a handbook on "How To" employ the military intelligence company into brigade task force-level operations. Mike established the "Right Seat" program for client units that offered opportunities to observe and learn from cadre at JRTC, which increased tactical intelligence competencies. This program had an immediate, direct impact on trend reversal, particularly in intelligence pattern analysis for low intensity conflict. Constantly sharing his experiences, Mike moderated professional development seminars at the Intelligence School and participated in presenting training issues at four infantry and three military intelligence pre-command courses. In sum, LTC Flynn made enormous headway in changing the attitude of how warfighters apply the Intelligence Battlefield Operating System (BOS) to the military decision-making process.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

☒ PROMOTE AHEAD OF CONTEMPORARIES   ☐ PROMOTE WITH CONTEMPORARIES   ☐ DO NOT PROMOTE   ☐ OTHER (Explain below)

**e. COMMENT ON POTENTIAL**

Enroute to command a battalion, select at very first opportunity for senior service college. Promote to colonel below the zone and place in command of soldiers. Tremendous potential for key intelligence positions throughout the Department of Defense.

**PART VI - INTERMEDIATE RATER**

**a. COMMENTS**

**PART VII - SENIOR RATER**

**a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)**

SR   DA

☒   HI

LO

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH

☒ YES   ☐ NO (Explain in b)

**b. COMMENTS**

World-class intelligence officer. Mike Flynn is a master of his business. Most importantly, he has continually demonstrated his ability to communicate that knowledge to others at JRTC and the Army at large. Of all the senior observer/controllers, LTC Flynn had the broadest responsibilities throughout the brigade task forces because of the key role of intelligence in all activities. He met those responsibilities magnificently. Mike Flynn is the consummate team player, respected by his peers and supported by his subordinates. He will be a great battalion commander. I see immense potential in LTC Flynn. Select soonest for SSC. Promote early to colonel. He will be a brigade commander and ultimately a senior leader in our Army.

USAPPC V3.00

Exhibit B5

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

**PART I - ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. FMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| FLYNN, MICHAEL T. | | LTC | 96 | 08 | 01 | MI | 35D5P | | 37099 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| 313TH MI BN, 82D ABN DIV, FT BRAGG, NC 28307-5100  FORSCOM | 97 | Close-out | FC |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. NRLPB CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | 5 | FS29 | 1. GIVEN TO OFFICER | |
| 97 | 04 | 28 | 97 | 09 | 30 | | | 2. FORWARDED TO OFFICER | |

s. EXPLANATION OF NONRATED PERIODS

**PART II - AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| WARD, WILLIAM E. | | *Will E. Ward* | |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
BG, GO, HHC, 82D AIRBORNE DIVISION, ASSISTANT DIVISION COMMANDER - SUPPORT

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| | | | |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| KELLOGG, JOSEPH K. | | | |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
MG, GO, HHC, 82D AIRBORNE DIVISION, DIVISION COMMANDER

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| *Michael T. Flynn* | | | | | |

**PART III - DUTY DESCRIPTION** (Rater)

| a. PRINCIPAL DUTY TITLE  BATTALION COMMANDER | b. SSI/MOS  35D5P |
|---|---|

c. REFER TO PART IIIb, DA FORM 67-8-1

Commander of the 313th Military Intelligence Battalion assigned to the 82nd Airborne Division.  Responsible for providing all intelligence and electronic warfare (IEW) support to include long range and aerial platform surveillance in general support to the 82d ABN DIV and direct support to three airborne infantry brigade task forces.  Responsible for the health, morale, safety, discipline, and personal and professional development of 503 paratroopers with 34 different MOSs with 120 linguists.  Responsible for maintaining a high state of combat readiness in support of the 82d ABN DIV's no-notice worldwide deployment mission.  Responsible for all motor and electronic maintenance to include a direct support maintenance activity for 40 IEW systems and a fleet of 246 vehicles, trailers, power generators and associated communications equipment.  Additionally, manage the battalion's $700,000 budget including a $50,000 language training budget.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM** (Rater)

| a. PROFESSIONAL COMPETENCE | (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.) | | HIGH DEGREE | | LOW DEGREE | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | | 1 | 8. Displays sound judgement | | | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | | 1 | 9. Seeks self-improvement | | | | 1 |
| 3. Maintains appropriate level of physical fitness  PASS 9708 | | 1 | 10. Is adaptable to changing situations | | | | 1 |
| 4. Motivates, challenges and develops subordinates | | 1 | 11. Sets and enforces high standards | | | | 1 |
| 5. Performs under physical and mental stress | | 1 | 12. Possesses military bearing and appearance 69/159 YES | | | | 1 |
| 6. Encourages candor and frankness in subordinates | | 1 | 13. Supports EO/EEO | | | | 1 |
| 7. Clear and concise in written communication | | 1 | 14. Clear and concise in oral communication | | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | LTC Mike Flynn sets the standard for others to meet in all areas of professional competence and ethics.  Through personal example he is a model for all to emulate. |
|---|---|

| DA FORM 67-8 1 SEP 79 | REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 78. | US ARMY OFFICER EVALUATION REPORT USAPPC V |
|---|---|---|

PERIOD COVERED  970610-970930

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME  FLYNN, MICHAEL T.   SSN ▮▮▮▮▮▮▮

RATED OFFICER IS ASSIGNED IN ONE OF HIGHER DESIGNATED SPECIALTIES/MOS   ☒ YES   ☐ NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

☒ ALWAYS EXCEEDED REQUIREMENTS   ☐ USUALLY EXCEEDED REQUIREMENTS   ☐ MET REQUIREMENTS   ☐ OFTEN FAILED REQUIREMENTS   ☐ USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL)

Impressive does not come close to describing this magnificent battalion commander. LTC Mike Flynn is the best intelligence officer I have observed and is commanding his battalion in an outstanding fashion. His focus on team leader responsibility and training has thoroughly enhanced the battalions ability to support the infantry brigade task forces. A truly concerned and natural leader, Mike's soldier and family care programs have made a believer out of his troopers. From having one of the best language training programs in FORSCOM to fielding Direct and General Support teams in support of the warfighters, LTC Flynn is demonstrating his complete mastery of intelligence operations. Due to his vast technical and tactical expertise, Mike's programs to integrate training exercises with the infantry brigades and conduct battalion TOCEX's to improve the command and control functions are revolutionizing intelligence support functions in the Division. Bringing a bona fide operational perspective to LRS operations, LTC Flynn has continued improving the 82d LRSD ensuring they remain trained and ready to support any contingency mission. Intelligence drives maneuver and the Division has a master operator in Mike Flynn. He is the best MI battalion commander in the Corps.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

☒ PROMOTE AHEAD OF CONTEMPORARIES   ☐ PROMOTE WITH CONTEMPORARIES   ☐ DO NOT PROMOTE   ☐ OTHER (Explain below)

e. COMMENT ON POTENTIAL

Destined to be a senior leader in our Army. Select Mike Flynn for Senior Service College today and promote below-the-zone to Colonel. My top choice to command the 525th MI Brigade enroute to General Officer.

**PART VI - INTERMEDIATE RATER**

a. COMMENTS

**PART VII - SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)   DA USE ONLY

SR   HI   LO

b. COMMENTS

LTC Flynn is already making his mark as one of the Division's truly exceptional commanders. A superb tactician and gifted commander fully versed in intelligence support operations, Mike Flynn is the ideal officer to be an MI Battalion Commander. He has put in place or reinforced exceptional programs - from training to quality of life. He understands soldiers, soldiering and how to lead them to greatness and they respond accordingly. He sets high standards and enforces them. Bottom line, Mike is a winner. Already shows the talent and potential for early promotion to Colonel and selection for SSC. Will be a great MI Brigade Commander.

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW   ☒ YES   ☐ NO (Explain in b)

USAFPC V3.00

Exhibit B6

| OFFICER EVALUATION REPORT | FOR OFFICIAL USE ONLY (FOUO) |
|---|---|
| For use of this form, see AR 623-3; the proponent agency is DCS, G-1. | SEE PRIVACY ACT STATEMENT IN AR 623-3. |

**PART I - ADMINISTRATIVE DATA**

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (YYYYMMDD) | e. BRANCH | f. DESIGNATES / PMOS (WO) |
|---|---|---|---|---|---|
| FLYNN, MICHAEL T. | | BG | 20061102 | GO | OOB |

| g. 1. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | g.2. STATUS CODE | h. REASON FOR SUBMISSION |
|---|---|---|
| Joint Special Operations Command (JSOC), Ft Bragg, NC 28310 (SOCOM) | 02 | Annual |

| i. PERIOD COVERED | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER'S AKO EMAIL ADDRESS (.gov or .mil) | n. UIC | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM (YYYYMMDD) | THRU (YYYYMMDD) | | | | | | | |
| 20060417 | 20070416 | 12 | | | | W4NYAA | DJ | SC01 |

**PART II - AUTHENTICATION** (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|
| MULHOLLAND, JOHN F., JR. | | BG | DCG | | APR 17 2007 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|
| MCCHRYSTAL, STANLEY A. | | LTG | CG | | APR 2007 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS (.gov or .mil) |
|---|---|---|---|
| Joint Special Operations Command Fort Bragg, North Carolina 28310 | GO | | |

d. This is a referred report, do you wish to make comments?  ☐ Yes, comments are attached  ☒ No

SIGNATURE OF RATED OFFICER     DATE (YYYYMMDD)

**PART III - DUTY DESCRIPTION**

| a. PRINCIPAL DUTY TITLE  Director of Intelligence, J2 JSOC | b. POSITION AOC/BR  OOB |
|---|---|

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1.

Leads, manages, and directs a 195-person Joint Intelligence Directorate responsible for all intelligence, counter-intelligence, and security activities in a deployable sub-unified command headquarters assigned worldwide operational missions. Supports deliberate and crisis action planning and execution of SECDEF-directed operations by joint battlestaff and subordinate operational units by tasking or controlling IMINT, SIGINT, and HUMINT collection assets, directing analysis, production, and dissemination of threat/adversary forces, assessing area environments and point target data, and providing counterintelligence and security support at CONUS headquarters and deployed OCONUS locations. Responsible for maintaining and providing intelligence support for all training exercises and operational missions. Responsible for a $5M budget.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM** (Rater)

CHARACTER Disposition of the leader; combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use Part Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | ☒ | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | ☒ | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | ☒ | | 6. SELFLESS-SERVICE: Places Army priorities before self | ☒ | |
| 3. COURAGE: Manifests physical and moral bravery | ☒ | | 7. DUTY: Fulfills professional, legal, and moral obligations | ☒ | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | ☒ | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "NO" entries.

| b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics | ☒ 1. MENTAL Possesses desire, will, initiative, and discipline ☒ YES ☐ NO | ☐ 2. PHYSICAL Maintains appropriate level of physical fitness and military bearing ☒ YES ☐ NO | ☐ 3. EMOTIONAL Displays self-control; calm under pressure ☒ YES ☐ NO |
|---|---|---|---|
| b.2 SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | ☒ 1. CONCEPTUAL Demonstrates sound judgment, critical/creative thinking, moral reasoning | ☐ 2. INTERPERSONAL Shows skill with people: coaching, teaching, counseling, motivating and empowering ☒ YES ☐ NO | ☐ 3. TECHNICAL Possesses the necessary expertise to accomplish all tasks and functions ☒ YES ☐ NO |
| | ☐ 4. TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | ☒ YES ☐ NO |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| INFLUENCING Method of reaching goals while operating / improving | ☐ 1. COMMUNICATING Displays good oral, written, and listening skills for individuals / groups ☒ YES ☐ NO | ☒ 2. DECISION-MAKING Employs sound judgment, logical reasoning and uses resources wisely ☒ YES ☐ NO | ☐ 3. MOTIVATING Inspires, motivates, and guides others toward mission accomplishment ☒ YES ☐ NO |
|---|---|---|---|
| OPERATING Short-term mission accomplishment | ☒ 4. PLANNING Develops detailed, executable plans that are feasible, acceptable, and suitable | ☒ 5. EXECUTING Shows tactical proficiency, meets mission standards, and takes care of people/resources | ☐ 6. ASSESSING Uses after-action and evaluation tools to facilitate consistent improvement |
| IMPROVING Long-term improvement in the Army its people and organizations | ☐ 7. DEVELOPING Invests adequate time and effort to develop individual subordinates as leaders ☒ YES ☐ NO | ☐ 8. BUILDING Spends time and resources improving teams, groups and units; fosters ethical climate ☒ YES ☐ NO | ☐ 9. LEARNING Seeks self-improvement and organizational growth; envisioning, adapting and leading change ☒ YES ☐ NO |

| c. APFT: PASS | DATE: 20061213 | HEIGHT: 71 | WEIGHT: 153 | YES |
|---|---|---|---|---|

| d. OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF CPTs, LTs, CW2s, AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? | YES ☐ | NO ☒ |
|---|---|---|

| DA FORM 67-9, MAR 2006 | PREVIOUS EDITIONS ARE OBSOLETE. | Page 1 of 2 APD PE v3.01ES |
|---|---|---|

| NAME FLYNN, MICHAEL T. | SSN | PERIOD COVERED 20060417 – 20070416 |
| --- | --- | --- |

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION**

| ☒ OUTSTANDING PERFORMANCE, MUST PROMOTE | ☐ SATISFACTORY PERFORMANCE, PROMOTE | ☐ UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | ☐ OTHER (Explain) |
| --- | --- | --- | --- |

**b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND PART Vb, DA FORM 67-9-1**

The best, most capable Intelligence officer I have ever had the privilege to serve with. Mike Flynn is a rare combination of vision, experience, tactical and technical proficiency, character, and energy. The fused product of this mix is an officer who is unquestionably one of the finest intelligence officers in the Army today. Mike's understanding of today's operational environment, and what it takes for us to be successful against our adversaries, is simply unsurpassed. His willingness to take on the toughest challenges facing our intelligence community with tenacious resolution paired with maturity and professionalism has resulted in enormous strides and cooperation within that community. The "So What" is that our Country's ability to more effectively and productively prosecute operations against our enemies is significantly better as a result of Mike Flynn's leadership. Under Mike's leadership, entirely new paradigms for intelligence structure, organization, and processes have emerged and become integrated in ways that others either only dreamed about or said wasn't possible. A completely selfless, committed professional who exemplifies the modern military Intelligence professional.

**c. COMMENT ON POTENTIAL FOR PROMOTION.**

Recently promoted to BG, Mike Flynn is clearly one of the Army's premier intelligence leaders. His potential to continue to excel and rise to even more important positions of leadership and influence is unlimited.

**d. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

BG Flynn's understanding and mastery of the Joint/Interagency Intelligence Community is unequalled, as is his grasp on terror/counter-terrorist dynamics.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

**a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE**

I currently senior rate **1** officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review ☐ YES ☐ NO (Explain in d)

| ☒ BEST QUALIFIED | ☐ FULLY QUALIFIED | ☐ DO NOT PROMOTE | ☐ OTHER (Explain below) |
| --- | --- | --- | --- |

**b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)**

**c. COMMENT ON PERFORMANCE/POTENTIAL**

☒ **ABOVE CENTER OF MASS** (Less than 50% in top box; Center of Mass if 50% or more in top box)

☐ CENTER OF MASS

☐ BELOW CENTER OF MASS RETAIN

☐ BELOW CENTER OF MASS DO NOT RETAIN

The single most innovative and effective officer in JSOC - easily the best Intelligence professional of any service serving today. Mike Flynn's impact on the nation's War on Terror probably trumps any other single person as his energy and skill at harnessing the Intelligence Community into a focused effort was literally historic. Capable of any job at every level. Future multi-starred senior leader.

**d. LIST THREE FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

J2 Joint Staff; CG INSCOM; Army G2

Exhibit B7



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

# THE BRONZE STAR MEDAL

TO      **COLONEL MICHAEL T. FLYNN**

**HEADQUARTERS AND HEADQUARTERS COMPANY, COMBINED/JOINT TASK FORCE-180**

FOR     exceptionally meritorious achievement while serving as the Director of Intelligence, Combined/Joint Task Force-180, in Bagram, Afghanistan, while deployed in direct support of Operation Enduring Freedom. Colonel Flynn fully and energetically established the Intelligence Directorate and made an immediate impact on the command. He reorganized multiple joint and combined intelligence teams and processes to produce a dramatic economy of force while intelligently leveraging and focusing collection assets against the enemy. Colonel Flynn's expert leadership and remarkable ability to provide actionable and timely intelligence drove this command. His performance of duty in a combat zone reflects great credit upon him, the Combined/Joint Task Force-180, and the United States Central Command.

From 15 April 2002 to 4 July 2002

**GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON**

ON THIS 27th DAY OF JUNE 2002

_Thomas E. White_
SECRETARY OF THE ARMY

_Dan K. McNeill_
THE ADJUTANT GENERAL

Dan K. McNeill
Lieutenant General, US Army
Commanding

DA FORM 4980-5, JAN 2000. Previous edition is obsolete.