# Attachment B

FD-302 (Rev 5-8-10)                           - 1 of 5 -                                    OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   08/22/2017

**DOCUMENT RESTRICTED TO CASE PARTICIPANTS**
This document contains information that is restricted to case participants.

(U//FOUO)   FBI Deputy Assistant Director (DAD) Peter P. Strzok was interviewed in his office in the Special Counsel's Office in Washington D.C. Participating in the interview were Senior Assistant Special Counsel ▇▇▇▇▇▇▇▇ and FBI Supervisory Special Agent ▇▇▇▇▇▇▇▇. The purpose of the interview was to collect certain information regarding Strzok's involvement in various aspects of what has become the Special Counsel's investigation. Strzok provided the following information:

▇   As FBI Counterintelligence DAD, Strzok had involvement in several FBI investigations which were subsequently taken over by the Special Counsel. Specifically, FBI investigations regarding then-National Security Adviser, General Michael Flynn; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   At various times, Strzok and then-FBI Director James Comey briefed Deputy Attorney General/Acting Attorney General Sally Yates and other DOJ representatives on the entire span of the FBI's Russian election interference/collusion investigations.

(U//FOUO) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ He worked closely with multiple DOJ National Security Division (NSD) attorneys, up to Acting NSD Assistant Attorney General Mary McCord.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| Investigation on | 07/19/2017 | at | Washington, District Of Columbia, United States (In Person) |
| File # | ▇▇▇▇▇▇▇▇ | | Date drafted   07/20/2017 |
| by | ▇▇▇▇▇▇▇▇ | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of (U//FOUO) DAD Peter P. Strzok interview , On 07/19/2017 , Page 2 of 5

(U//FOUO)   On January 24, 2017, McCabe told Strzok to interview Flynn. McCabe called Flynn at 12:30 p.m. and Flynn agreed to be interviewed that day at 2:30 p.m. McCabe may have documented the conversation. Comey was going to tell Yates right before the interview, but she called him first for another reason before he had a chance to

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of (U//FOUO) DAD Peter P. Strzok interview , On 07/19/2017 , Page 3 of 5

call. When he told her the FBI was interviewing Flynn she was not happy.

(U//FOUO) Strzok and FBI SSA ▮▮▮▮▮, his interview partner, got access to the White House with the assistance of an FBI White House detailee. Flynn met them at about 2:15, which was earlier than agreed. Flynn was alone and "relaxed and jocular." He wanted to give them a little tour of the area around his office. During their walk through the West Wing, President Trump and some movers who were discussing where to place some art work walked between Strzok and ▮▮▮▮▮, but nobody paid attention to the agents. Flynn did not introduce them to anyone.

(U//FOUO) Before the interview, McCabe, ▮▮▮▮▮ and others decided the agents would not warn Flynn that it was a crime to lie during an FBI interview because they wanted Flynn to be relaxed, and they were concerned that giving the warnings might adversely affect the rapport.

(U//FOUO) Flynn was unguarded and clearly saw the FBI agents as allies. He talked about various subjects, including hotels where they stayed during the campaign and the President's knack for interior design. He talked about the long hours of the job and complained about the politics surrounding it, but Flynn always seemed to work his way to the subject of terrorism. Flynn was so talkative, and had so much time for them, that Strzok wondered if the National Security Adviser did not have more important things to do than have such a relaxed, non-pertinent discussion with them.

▮▮▮▮▮ It was decided before the interview the agents ▮▮▮▮▮, but if Flynn said he did not remember something they knew he said, they would use the exact words Flynn used, such as ▮▮▮▮▮ to try to refresh his recollection. If Flynn still would not confirm what he said ▮▮▮▮▮, they would not confront him or talk him through it. ▮▮▮▮▮

(U//FOUO) Strzok conducted the interview and ▮▮▮▮▮ was primarily responsible for taking notes and writing the FD-302.

(U//FOUO) Throughout the interview, Flynn had a very "sure" demeanor and did not give any indicators of deception. He did not parse his words or hesitate in any of his answers. He only hedged once, which they

FD-302a (Rev. 05-08-10)



Continuation of FD-302 of (U//FOUO) SSA Peter P. Strzok interview , On 07/19/2017 , Page 4 of 5

documented in the 302. Strzok and ▮▮▮ both had the impression at the time that Flynn was not lying or did not think he was lying. Flynn struck Strzok as "bright, but not profoundly sophisticated."

(U//FOUO) The agents left Flynn in a collegial, positive way. There was no discussion of follow-up.

(U//FOUO) Strzok and ▮▮▮ returned to FBI Headquarters and briefed McCabe and ▮▮▮ on the interview. McCabe briefed Comey. Strzok was aware that ▮▮▮ and ▮▮▮▮▮▮▮▮▮▮ later argued about the FBI's decision to interview Flynn.

(U//FOUO) Shortly after the interview, Yates and McCord briefed White House staff on the Flynn calls.



FD-302a (Rev. 05-08-10)



Continuation of FD-302 of  (U//FOUO) SA Peter P. Strzok interview  , On  07/19/2017  , Page  5 of 5