FD-302 (Rev. 5-8-10)                      - 1 of 5 -                          

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    02/15/2017

DRAFT DOCUMENT/DELIBERATIVE MATERIAL

Do not disseminate outside the FBI without the permission of the originator or program
manager.

On January 24, 2017, Deputy Assistant Director (DAD) Peter
P. Strzok II and ▮▮▮▮▮▮▮ interviewed United States
(U.S.) National Security Advisor Michael T. FLYNN, date of birth
(DOB) ▮▮▮▮▮▮▮▮▮▮▮ at his office at the White House.  After
being advised of the identities of the interviewing agents and the
nature of the interview, FLYNN provided the following information:

FLYNN's first invitation to Russia occurred when he was the
Director of the Defense Intelligence Agency (DIA).  FLYNN was the
first DIA Director to be invited to GRU headquarters.  During that
four day trip in 2013, he participated in a leadership development
program at GRU (Russian Military Intelligence) headquarters.  FLYNN
received proper authorization within the U.S. Government prior to
conducting the trip.  FLYNN could not recall if he met Russia's
Ambassador to the United States, Sergey Ivanovich KISLYAK, during
this trip.  FLYNN described the Russians as very appreciative of his
visit.  During this trip to Russia as DIA Director, FLYNN first met
the then-GRU Director Igor SERGUN.  Following the trip, FLYNN and
SERGUN continued their relationship on at least one occasion through
video teleconference (VTC) and were planning a visit for SERGUN to
travel to the United States on February 28, 2014.  Russia invaded
Crimea in the weeks prior to SERGUN's planned trip, SERGUN's trip
was cancelled, and FLYNN had no further contact with the GRU
Director.  FLYNN described SERGUN as having common ground with FLYNN
in that they had similar backgrounds, their sons were the same age,
and they had a connection in fighting terrorism.  SERGUN had scars
from Chechnya and they shared stories about Afghanistan.  FLYNN
stated he called Ambassador KISLYAK following SERGUN's death in



| Investigation on | 01/24/2017 | at | Washington, District Of Columbia, United States (In Person) |
|---|---|---|---|

File # ▮▮▮▮▮▮▮▮▮▮▮                                              Date drafted    01/24/2017

by ▮▮▮▮▮▮▮▮      STRZOK PETER P II

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of Michael Flynn , On 01/24/2017 , Page 2 of 5

Lebanon early last year to express his condolences.
FLYNN said he was not really part of the TRUMP campaign at the time of this call to KISLYAK.

FLYNN stated his second trip to Russia, after he left U.S. government service, had received so much press attention that "it [was] unbelievable." As background, FLYNN explained that he was never paid directly by media entities, however, he had been a contributor to a variety of media entities including Al Jazeera, Russia Today (RT), Sky, and MSNBC.



Prior to the Presidential inauguration, FLYNN spoke to e representatives in each of approximately thirty countries' governments. FLYNN stated the only exception to that practice was Russia, in that FLYNN had substantive conversations only with KISLYAK, and no other members of the Government of Russia. FLYNN's interest in Russia was as a common partner in the war on terror. FLYNN does not know if PUTIN and TRUMP will get along, but it is FLYNN's job to figure out paths to work with Russia to fight terrorism.

Sometime prior to Christmas, 2016, the Russian Ambassador ey was assassinated. FLYNN called KISLYAK the next day to say he was sorry and to reinforce that terrorism was our common problem. FLYNN noted that it was a short call, and "that was it." On Christmas Day, a Russian military plane crashed and killed all on board to include what was the equivalent to the "Russian USO;" it was the same Russian choir that sang at the RT event. FLYNN called KISLYAK to pass his condolences, as his intent was to try to keep the relationship with KISLYAK going. FLYNN expanded that he has no particular affinity for Russia, but that KISLYAK was his

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of ████████  Michael Flynn _____ , On  01/24/2017 , Page  3 of 5

counterpart, and maintaining trusted relationships within foreign governments is important.

███████  Shortly after Christmas, 2016, FLYNN took a vacation to the Dominican Republic with his wife.  On December 28th, KISYLAK sent FLYNN a text stating, "Can you call me?"  FLYNN noted cellular reception was poor and he was not checking his phone regularly, and consequently did not see the text until approximately 24 hours later.  Upon seeing the text, FLYNN responded that he would call in 15-20 minutes, and he and KISLYAK subsequently spoke.  The Dominican Republic was one hour ahead of the time in Washington, D.C.  During the call, KISYLAK asked FLYNN to set-up ███████████

In addition, FLYNN and KISLYAK discussed the U.S. sending an observer to ███

FLYNN stated he did not respond back to KISLYAK about the ███ until probably this week.  FLYNN did not make the decision on who would represent the U.S. until the 20th or 21st of January, and finally determined an observer from ███████

███████  The interviewing agents asked FLYNN if he had any other text, email, or personal meetings with KISLYAK or other Russians.  FLYNN volunteered that after the election, he had a closed door meeting with KISLYAK

███████  The interviewing agents asked FLYNN if he recalled any ████ ions with KISLYAK about a United Nations (UN) vote surrounding the issue of Israeli settlements.  FLYNN quickly

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of ▮▮▮  Michael Flynn  , On 01/24/2017 , Page 4 of 5

responded, "Yes, good reminder."  On the 22nd of December, FLYNN called a litany of countries to include Israel, the UK, Senegal, Egypt, maybe France and maybe Russia/KISLYAK.  Part of the reason for FLYNN's calls was to conduct an exercise to see how fast the incoming administration could get someone on the line.  FLYNN likened it to a battle drill to see who the administration could reach in a crisis.  The exercise was conducted at the campaign's GSA transition building on 18th and I Streets N.W., which FLYNN described as a somewhat chaotic environment.  FLYNN stated he conducted these calls to attempt to get a sense of where countries stood on the UN vote, specifically, whether they intended to vote or abstain.

▮▮▮  The interviewing agents asked FLYNN if he made any request of KISLYAK to vote in a particular way or take any action.  FLYNN stated he did not.  FLYNN stated he did not believe his calls to the various countries would change anything.  FLYNN recalled there needed to be a certain number of abstention votes to alter the outcome, and that having looked at the math at the time, he knew it could not be achieved.  FLYNN said 14 countries were voting, and had a recollection of the number of five votes being important.  In the end, only the U.S. abstained.  FLYNN stated his calls were about asking where countries would stand on a vote, not any requests of, "hey if you do this."

▮▮▮  The interviewing agents asked FLYNN if he made any comment to KISLYAK about voting in a certain manner, or slowing down the vote, or if KISLYAK described any Russian response to a request by FLYNN.  FLYNN answered, "No."  FLYNN stated the conversations were along the lines of where do you stand, and what's your position.  FLYNN heard through other channels that ▮▮▮ did not like the vote, and believed the ▮▮▮ of their own ▮ d delayed the vote a day.  FLYNN again stated that he appreciated the interviewing agents reminding him that he had another conversation with KISLYAK.

▮▮▮  The interviewing agents asked FLYNN if he recalled any ▮▮▮ation with KISLYAK surrounding the expulsion of Russian diplomats or closing of Russian properties in response to Russian hacking activities surrounding the election.  FLYNN stated that he did not.  FLYNN reiterated his conversation was about the ▮▮▮ described earlier).  FLYNN noted he was not aware of the then-upcoming actions as he did not have access to television news in the Dominican Republic and his government BlackBerry was not working.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of _____ Michael Flynn _____, On  01/24/2017 , Page  5 of 5

    The interviewing agents asked FLYNN if he recalled any conversation with KISLYAK in which the expulsions were discussed, where FLYNN might have encouraged KISLYAK not to escalate the situation, to keep the Russian response reciprocal, or not to engage in a "tit-for-tat."  FLYNN responded, "Not really.  I don't remember.  It wasn't, 'Don't do anything.'"  The U.S. Government's response was a total surprise to FLYNN.  FLYNN did not know about the Persona Non-Grata (PNG) action until it was in the media. KISLYAK and FLYNN were starting off on a good footing and FLYNN was looking forward to the relationship.  With regard to the scope of the Russians who were expelled, FLYNN said he did not understand it.  FLYNN stated he could understand one PNG, but not thirty-five.

    The interviewing agents asked FLYNN if he recalled any conversation with KISLYAK in which KISLYAK told him the Government of Russia had taken into account the incoming administration's position about the expulsions, or where KISLYAK said the Government of Russia had responded, or chosen to modulate their response, in any way to the U.S.'s actions as a result of a request by the incoming administration.  FLYNN stated it was possible that he talked to KISLYAK on the issue, but if he did, he did not remember doing so.  FLYNN stated he was attempting to start a good relationship with KISLYAK and move forward.  FLYNN remembered making four to five calls that day about this issue, but that the Dominican Republic was a difficult place to make a call as he kept having connectivity issues.  FLYNN reflected and stated he did not think he would have had a conversation with KISLYAK about the matter, as he did not know the expulsions were coming.  FLYNN stated he did not have a long drawn out discussion with KISLYAK where he would have asked him to "don't do something."

FD-302 (Rev. 5-8-10)

- 1 of 5 -



████████████████████████

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    05/31/2017

        On January 24, 2017, Deputy Assistant Director (DAD) Peter
P. Strzok II and ████████████████, interviewed United States (U.
S.) National Security Advisor Michael T. FLYNN, date of birth (DOB)
████████████████ at his office at the White House.  After being
advised of the identities of the interviewing agents and the nature
of the interview, FLYNN provided the following information:

        FLYNN's first invitation to Russia occurred when he was
the Director of the Defense Intelligence Agency (DIA).  FLYNN was
the first DIA Director to be invited to GRU headquarters.  During
that four day trip in 2013, he participated in a leadership
development program at GRU (Russian Military Intelligence)
headquarters.  FLYNN received proper authorization within the U.S.
Government prior to conducting the trip.  FLYNN could not recall if
he met Russia's Ambassador to the United States, Sergey Ivanovich
KISLYAK, during this trip.  FLYNN described the Russians as very
appreciative of his visit.  During this trip to Russia as DIA
Director, FLYNN first met the then-GRU Director Igor
SERGUN.  Following the trip, FLYNN and SERGUN continued their
relationship on at least one occasion through video teleconference
(VTC) and were planning a visit for SERGUN to travel to the United
States on February 28, 2014.  Russia invaded Crimea in the weeks
prior to SERGUN's planned trip, SERGUN's trip was cancelled, and
FLYNN had no further contact with the GRU Director.  FLYNN
described SERGUN as having common ground with FLYNN in that they
had similar backgrounds, their sons were the same age, and they had
a connection in fighting terrorism.  SERGUN had scars from Chechnya
and they shared stories about Afghanistan.  FLYNN stated he called
Ambassador KISLYAK following SERGUN's death in Lebanon early last
year to express his condolences. ████████████████████████████
████████████████  FLYNN said he was not really part of the
TRUMP campaign at the time of this call to KISLYAK.



| | | |
|---|---|---|
| Investigation on | 01/24/2017 | at | Washington, District Of Columbia, United States (In Person) |

| | | |
|---|---|---|
| File # | ████████████████ | | Date drafted   01/24/2017 |
| by | ████████████   STRZOK PETER P II | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of     Michael Flynn           , On   01/24/2017   , Page   2 of 5

FLYNN stated his second trip to Russia, after he left U.S. government service, had received so much press attention that "it [was] unbelievable." As background, FLYNN explained that he was never paid directly by media entities, however, he had been a contributor to a variety of media entities including Al Jazeera, Russia Today (RT), Sky, and MSNBC.

Prior to the Presidential inauguration, FLYNN spoke to multiple representatives in each of approximately thirty countries' governments. FLYNN stated the only exception to that practice was Russia, in that FLYNN had substantive conversations only with KISLYAK, and no other members of the Government of Russia. FLYNN's interest in Russia was as a common partner in the war on terror. FLYNN does not know if PUTIN and TRUMP will get along, but it is FLYNN's job to figure out paths to work with Russia to fight terrorism.

Sometime prior to Christmas, 2016, the Russian Ambassador to Turkey was assassinated. FLYNN called KISYLAK the next day to say he was sorry and to reinforce that terrorism was our common problem. FLYNN noted that it was a short call, and "that was it." On Christmas Day, a Russian military plane crashed and killed all on board to include what was the equivalent to the "Russian USO;" it was the same Russian choir that sang at the RT event. FLYNN called KISLYAK to pass his condolences, as his intent was to try to keep the relationship with KISLYAK going. FLYNN expanded that he has no particular affinity for Russia, but that KISLYAK was his counterpart, and maintaining trusted relationships within foreign governments is important.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of ▮▮▮▮▮ , On 01/24/2017 , Page 3 of 5

Michael Flynn

Shortly after Christmas, 2016, FLYNN took a vacation to the Dominican Republic with his wife.  On December 28th, KISYLAK sent FLYNN a text stating, "Can you call me?"  FLYNN noted cellular reception was poor and he was not checking his phone regularly, and consequently did not see the text until approximately 24 hours later.  Upon seeing the text, FLYNN responded that he would call in 15-20 minutes, and he and KISYLAK subsequently spoke.  The Dominican Republic was one hour ahead of the time in Washington, D. C.  During the call, KISYLAK asked FLYNN to set-up ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮  In addition, FLYNN and KISYLAK discussed the U.S. sending an ▮▮ver to ▮▮▮▮

▮▮▮▮▮  FLYNN stated he did not respond back to KISYLAK about the ▮▮▮▮ until probably this week.  FLYNN did not make the decision on who would represent the U.S. until the 20th or 21st of January, and finally determined an observer from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

The interviewing agents asked FLYNN if he had any other text, email, or personal meetings with KISYLAK or other Russians.  FLYNN volunteered that after the election, he had a closed door meeting with KISYLAK ▮▮▮▮▮▮▮▮▮▮

The interviewing agents asked FLYNN if he recalled any ▮▮▮ions with KISYLAK about a United Nations (UN) vote surrounding the issue of Israeli settlements.  FLYNN quickly

FD-302a (Rev. 05-08-10)

responded, "Yes, good reminder."  On the 22nd of December, FLYNN
called a litany of countries to include Israel, the UK, Senegal,
Egypt, maybe France and maybe Russia/KISLYAK.  Part of the reason
for FLYNN's calls was to conduct an exercise to see how fast the
incoming administration could get someone on the line.  FLYNN
likened it to a battle drill to see who the administration could
reach in a crisis.  The exercise was conducted at the campaign's
GSA transition building on 18th and I Streets N.W., which FLYNN
described as a somewhat chaotic environment.  FLYNN stated he
conducted these calls to attempt to get a sense of where countries
stood on the UN vote, specifically, whether they intended to vote
or abstain.

▮▮▮▮     The interviewing agents asked FLYNN if he made any request
of KISLYAK to vote in a particular way or take any action.  FLYNN
stated he did not.  FLYNN stated he did not believe his calls to
the various countries would change anything.  FLYNN recalled there
needed to be a certain number of abstention votes to alter the
outcome, and that having looked at the math at the time, he knew it
could not be achieved.  FLYNN said 14 countries were voting, and
had a recollection of the number of five votes being important.  In
the end, only the U.S. abstained.  FLYNN stated his calls were
about asking where countries would stand on a vote, not any
requests of, "hey if you do this."

▮▮▮▮     The interviewing agents asked FLYNN if he made any comment
to KISLYAK about voting in a certain manner, or slowing down the
vote, or if KISLYAK described any Russian response to a request by
FLYNN.  FLYNN answered, "No."  FLYNN stated the conversations were
along the lines of where do you stand, and what's your
position.  FLYNN heard through other channels that ▮▮▮ did not
like the vote, and believed the ▮▮▮▮▮▮▮ of their ▮▮▮▮▮ccord
delayed the vote a day.  FLYNN again stated that he appreciated the
interviewing agents reminding him that he had another conversation
with KISLYAK.

▮▮▮▮     The interviewing agents asked FLYNN if he recalled any
conversation with KISLYAK surrounding the expulsion of Russian
diplomats or closing of Russian properties in response to Russian
hacking activities surrounding the election.  FLYNN stated that he
did not.  FLYNN reiterated his conversation was about the ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
described earlier).  FLYNN noted he was not aware of the then-
upcoming actions as he did not have access to television news in

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of ███ ███   Michael Flynn _____ , On 01/24/2017 , Page 5 of 5

the Dominican Republic and his government BlackBerry was not working.

███   The interviewing agents asked FLYNN if he recalled any conversation with KISLYAK in which the expulsions were discussed, where FLYNN might have encouraged KISLYAK not to escalate the situation, to keep the Russian response reciprocal, or not to engage in a "tit-for-tat."  FLYNN responded, "Not really.  I don't remember.  It wasn't, 'Don't do anything.'"  The U.S. Government's response was a total surprise to FLYNN.  FLYNN did not know about the Persona Non-Grata (PNG) action until it was in the media.  KISLYAK and FLYNN were starting off on a good footing and FLYNN was looking forward to the relationship.  With regard to the scope of the Russians who were expelled, FLYNN said he did not understand it.  FLYNN stated he could understand one PNG, but not thirty-five.

███   The interviewing agents asked FLYNN if he recalled any conversation with KISLYAK in which KISLYAK told him the Government of Russia had taken into account the incoming administration's position about the expulsions, or where KISLYAK said the Government of Russia had responded, or chosen to modulate their response, in any way to the U.S.'s actions as a result of a request by the incoming administration.  FLYNN stated it was possible that he talked to KISLYAK on the issue, but if he did, he did not remember doing so.  FLYNN stated he was attempting to start a good relationship with KISLYAK and move forward.  FLYNN remembered making four to five calls that day about this issue, but that the Dominican Republic was a difficult place to make a call as he kept having connectivity issues.  FLYNN reflected and stated he did not think he would have had a conversation with KISLYAK about the matter, as he did not know the expulsions were coming.  FLYNN stated he did not have a long drawn out discussion with KISLYAK where he would have asked him to "don't do something."