UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v*.<br><br>MICHAEL T. FLYNN,<br><br>　　　　　　Defendant | Crim No.: 17-232 (EGS) |

## ORDER

The Defendant, through his counsel, has moved to modify his conditions of release. Having considered the motion, it is hereby:

ORDERED that the motion is GRANTED that the Defendant must stay within 40 miles of Middletown, Rhode Island or within 20 miles of the District of Columbia.  The Defendant is permitted to travel to and from those two locations, upon two days' advance notice to the Pretrial Services Agency.  To the extent the Defendant wishes to travel outside either of those areas, he is directed to file a motion seeking leave of Court.  The requirement that the Defendant surrender his passport to Pretrial Services by January 4, 2019 remains in force.

　　　　SIGNED AND ENTERED this _____ day of _____, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　United States District Judge