# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **MICHAEL T. FLYNN** | : | **CRIMINAL NO. 17-232 (EGS)** |
| | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Deborah Curtis, at telephone number 202-252-6920, hereby informs the Court that she is entering her appearance as co-counsel in this matter on behalf of the United States.

    Respectfully submitted,

    JESSIE K. LIU
    United States Attorney
    D.C. Bar No. 472845

BY:    /s/ *Deborah A. Curtis*
    DEBORAH A. CURTIS
    Assistant United States Attorney
    CA Bar No. 172208
    U.S. Attorney's Office
    555 4th Street, NW
    Washington, D.C. 20530
    (202) 252-6920
    deborah.curtis@usdoj.gov