**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No. 17-232 (EGS)** |
| v. : | |
| : | |
| **MICHAEL T. FLYNN** : | |

## NOTICE OF FILING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice of Filing. On May 16, 2019, the Court ordered the government to file the publicly-available version of Special Counsel Robert S. Mueller, III's Report on the Investigation into Russian Interference in the 2016 Presidential Election ("the Report") on the public docket in this matter by May 17, 2019. The government is unable to electronically file the Report via the Case Management/Electronic Case Files ("CM/ECF") system because the CM/ECF system only accepts attachments up to 35 megabytes in size; however, the Report is 135 megabytes in size. The government will submit a hardcopy version of the Report to chambers today. The Report is also available at https://www.justice.gov/storage/report.pdf.

        Respectfully submitted,
        JESSIE K. LIU
        UNITED STATES ATTORNEY
        D.C. Bar No. 472845

        _____/s/_____
        Brandon L. Van Grack
        National Security Division
        U.S. Department of Justice
        950 Pennsylvania Ave., NW
        Washington, DC 20530

        Deborah Curtis
        Assistant United States Attorney
        555 4th Street NW
        Washington, D.C. 20530

Dated:  May 17, 2019

**<u>Certificate of Service</u>**

I, Deborah Curtis, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for defendant Michael T. Flynn on May 17, 2019.

/s/
Deborah Curtis
Assistant United States Attorney