# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No. 17-232 (EGS)** |
| **v.** : | |
| : | |
| **MICHAEL T. FLYNN** : | |

## NOTICE OF FILING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice of Filing. On May 17, 2019, the Court ordered the government to file the publicly-available version of Special Counsel Robert S. Mueller, III's Report on the Investigation into Russian Interference in the 2016 Presidential Election ("the Report") in multiple parts on the public docket. The government attaches to this notice the Report, broken into nine separate documents, to comply with the limitations on attachment size in the CM/ECF system.

Respectfully submitted,
JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

           /s/
Brandon L. Van Grack
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Deborah Curtis
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

Dated:  May 17, 2019

**Certificate of Service**

  I, Deborah Curtis, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for defendant Michael T. Flynn on May 17, 2019.

                 _____/s/_____
                  Deborah Curtis
                  Assistant United States Attorney