UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim No.: 17-232 (EGS)** |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Criminal Rule 44.5(d), undersigned counsel respectfully moves to withdraw as counsel of record for the Defendant, Lt. General (Ret.) Michael T. Flynn. General Flynn has notified the undersigned that he is terminating Covington & Burling LLP as his counsel and has already retained new counsel for this matter.

Under Rule 44.5(d), the Court may deny a motion to withdraw if withdrawal "would unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice." As only sentencing remains in this case, sentencing has not yet been scheduled, and General Flynn has already retained new counsel, withdrawal at this time would not be prejudicial to any of the parties or otherwise inconsistent with the interests of justice.

June 6, 2019                                         Respectfully submitted,

                                                          /s/
                                            _____

                                            Robert K. Kelner (D.C. Bar No. 466880)
                                            Stephen P. Anthony (D.C. Bar No. 426536)
                                            Covington & Burling LLP
                                            One City Center
                                            850 Tenth Street, NW
                                            Washington, DC 20001-4956
                                            (202) 662-5503

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 6th day of June 2019, a true and accurate copy of the foregoing Motion for Leave to Withdraw as Counsel of Record was delivered to the Defendant and to counsels of record for the United States:

Brandon L. Van Grack, Esq.
National Security Division
U.S. Department of Justice
BVG@usdoj.gov
(202) 616-0800

Deborah Curtis, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
deborah.curtis@usdoj.gov
(202) 252-6920

                                              /s/

                                      Robert K. Kelner
                                      Covington & Burling LLP
                                      One City Center
                                      850 Tenth Street, NW
                                      Washington, DC 20001-4956
                                      Phone:  (202) 662-6000