UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  *v.*<br><br>MICHAEL T. FLYNN,<br><br>            **Defendant** | Crim No.: 17-232 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to Withdraw as Counsel of Record submitted by counsel of record for Defendant Michael T. Flynn, it is this _____ day of _____, 2019, hereby

ORDERED, that the motion is GRANTED.

_____
The Honorable Emmet G. Sullivan
United States District Judge