UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

## JOINT STATUS REPORT

The United States of America, by and through the U.S. Attorney for the District of Columbia, and the defendant through his counsel, file this joint status report to provide the Court with the current status of this matter.

1.    On December 18, 2018, the Court held what was scheduled to be a sentencing hearing in this matter.  The defendant requested a continuance at that hearing, "to allow him to complete [his] cooperation" in a related case charged in the Eastern District of Virginia ("EDVA"). *See* Dec. 18, 2018 Sentencing Hearing Transcript, at 30-31, 46-50.  The Court granted the defendant's request and ordered the parties to file a status report by March 13, 2019.  The parties filed a status report on March 12, 2019, and, in response, the Court ordered the parties to file another status report by no later than June 14, 2019, "to update the Court on the status of the defendant's cooperation."

2.    With the exception of the EDVA case, the defendant's cooperation is complete.  The trial in EDVA is scheduled to begin on July 15, 2019, and expected to last more than one week. The defendant could be called as a witness at the trial.

3.      Defendant has retained new counsel. Prior counsel now has the file available for new counsel, and they have advised it is voluminous. Undersigned defense counsel is already in possession of a massive amount of information to process. Local co-counsel is being retained, and *perforce*, they have no familiarity with the case.

4.      The parties propose filing another status report within 60 days. Based on the current trial date in the EDVA case and estimated length of that trial, the government believes 60 days should provide sufficient time for the defendant to complete his cooperation, which was the basis for the defendant's request for a continuance. Defense counsel's concerns about the amount of information to review in preparation for sentencing will be addressed again in 60 days, when the defendant's cooperation is likely to be complete.

Respectfully submitted,

JESSIE K. LIU                                                SIDNEY POWELL
U.S. Attorney for the District of Columbia    Attorney for Defendant

BRANDON L. VAN GRACK
Deputy Chief, National Security Division

DEBORACH CURTIS
Assistant United States Attorney

2