**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim No. 17-232 (EGS)** |
| **MICHAEL T. FLYNN,** | |
| Defendant. | |

### GOVERNMENT'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

The United States of America, by and through the U.S. Attorney for the District of Columbia, respectfully requests that the Court reschedule the status conference presently set for June 19, 2019, to June 24, 2019. Unfortunately, lead government counsel is out of town during the week of June 17, 2019 and, as such, will be unable to appear on the date set by the Court. The defendant's retained counsel has no objection to this request.

                                                      Respectfully submitted,

                                                      JESSIE K. LIU
                                                      United States Attorney

                                                      By: */s/*
                                                      Brandon L. Van Grack
                                                      U.S. Department of Justice
                                                      950 Pennsylvania Ave., NW
                                                      Washington, DC 20530

                                                      Deborah A. Curtis
                                                      Assistant United States Attorney
                                                      555 4th Street NW
                                                      Washington, DC 20530

Dated: June 14, 2019

## CERTIFICATE OF SERVICE

    I, Deborah A. Curtis, hereby certify that on June 14, 2019, I caused a copy of the foregoing filing to be transmitted to Sidney Powell, retained counsel for the defendant.

                      By: /s/_____
                      Deborah A. Curtis
                      Assistant United States Attorney
                      555 Fourth Street NW
                      Washington D.C. 20530