**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 17-232 (EGS)** |
| **MICHAEL T. FLYNN,** | |
| **Defendant.** | |

**ORDER**

The United States of America, by and through the U.S. Attorney for the District of Columbia, has moved to reschedule the status conference presently set for June 19, 2019 because lead government counsel is unable to appear.  Accordingly, it is hereby:

ORDERED that the motion is GRANTED;

It is FURTHER ORDERED that the status conference be rescheduled to June 24, 2019 at _____ in Courtroom 24A.

SIGNED AND ENTERED this _____ day of _____, 2019.

_____
The Honorable Emmet G. Sullivan
United States District Judge