NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                         Criminal Number  1:17-cr-00232 (EGS)

**MICHAEL T. FLYNN**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

**Jesse R. Binnall, VSB #79292**
*(Attorney & Bar ID Number)*
Harvey & Binnall, PLLC
*(Firm Name)*
**717 King Street - Suite 300**
*(Street Address)*
**Alexandria, VA 22314**
*(City)*        *(State)*       *(Zip)*
**(703) 888-1943**
*(Telephone Number)*