## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:17-cr-00232 (EGS) |
| MICHAEL T. FLYNN, | |
| Defendant. | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(d), Jesse R. Binnall, moves for the admission and appearance of attorney Sidney Powell *pro hac vice* in the above-entitled action. This motion is supported by the attached Declaration of Sidney Powell. As set forth in Ms. Powell's declaration, she is admitted and is an active member in good standing with the following courts and bars: the Texas State Bar; the United States Supreme Court; the United States Courts of Appeals of the Second, Fourth, Fifth, Ninth, Tenth, Eleventh, and Federal Circuits; and, the United States District Courts for the Northern, Southern, and Western Districts of Texas. This motion is supported and signed by Jesse R. Binnall, an active and sponsoring member of the Bar of this Court.

Dated this 17th day of June, 2019.

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB #79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 17th day of June 2019, true and genuine copies of Motion to Appear *Pro Hac Vice* on behalf of Defendant Michael T. Flynn and Declaration of Sidney Powell were served via electronic mail by the Court's CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 88-1930
jbinnall@harveybinnall.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:17-cr-00232 (EGS) |
| MICHAEL T. FLYNN, | |
| Defendant. | |

## DECLARATION OF SIDNEY POWELL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Sidney Powell, hereby declare:

1. My name, office address, and telephone number are as follows:

   Sidney Powell
   Sidney Powell, P.C.
   2911 Turtle Creek Blvd. #300
   Dallas, Texas 75219
   Tel: 214-707-1775

2. I am admitted to the following courts and bars:

   Texas State Bar (Nov. 1978) Texas Bar #16209700
   United States Supreme Court
   United States Courts of Appeals for the Second, Fourth, Fifth, Ninth, Tenth, Eleventh, and the Federal Circuits
   U.S. District Court for the Northern District of Texas
   U.S. District Court for the Southern District of Texas
   U.S. District Court for the Western District of Texas

3. I am currently in good standing with all states, courts, and bars in which I am admitted and I have never been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of June 2019.

Respectfully submitted,

*/s/ Sidney Powell*

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd.
Suite 300
Dallas, Texas 75219
Tel: 214-707-1775
sidney@federalappeals.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:17-cr-00232 (EGS) |
| MICHAEL T. FLYNN, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
OF ATTORNEY SIDNEY POWELL *PRO HAC VICE***

The Court has reviewed the Defendant's Motion for Admission of SIDNEY POWELL *pro hac vice*. Upon consideration of that motion, the Court grants attorney SIDNEY POWELL *pro hac vice* admission to this Court, in the above captioned matter.

IT IS SO ORDERED.

DATED: _____

                                 Emmet G. Sullivan, Jr.
                                 United States District Judge