IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:17-cr-00232 (EGS) |
| MICHAEL T. FLYNN, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY SIDNEY POWELL *PRO HAC VICE***

The Court has reviewed the Defendant's Motion for Admission of SIDNEY POWELL *pro hac vice*. Upon consideration of that motion, the Court grants attorney SIDNEY POWELL *pro hac vice* admission to this Court, in the above captioned matter.

IT IS SO ORDERED.

DATED: _____      _____
Emmet G. Sullivan, Jr.
United States District Judge