# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:17-cr-00232 (EGS) |
| MICHAEL T. FLYNN, | |
| Defendant. | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Criminal Rule 43.1(d), Jesse R. Binnall, moves for the admission and appearance of attorney W. William Hodes *pro hac vice* in the above-entitled action. This motion is supported by the attached Declaration of W. William Hodes. As set forth in Mr. Hodes's declaration, he is admitted and is an active member in good standing with the following courts and bars: the Florida State Bar; the Indiana State Bar; the United States Supreme Court; the United States Courts of Appeals for the Seventh Circuit; and the United States District Court for the Southern District of Indiana. This motion is supported and signed by Jesse R. Binnall, an active and sponsoring member of the Bar of this Court.

Dated this 23rd day of June, 2019.                    Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB #79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 23rd day of June 2019, true and genuine copies of Motion to Appear *Pro Hac Vice* on behalf of Defendant Michael T. Flynn and Declaration of W. William Hodes were served via electronic mail by the Court's CM/ECF system, which will notify all counsel of record.

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Criminal Action No. 1:17-cr-00232
(EGS)

MICHAEL T. FLYNN,

Defendant.

DECLARATION OF W. WILLIAM HODES IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

I, W. William Hodes, hereby declare:

1. My name, office address, and telephone number are as follows:

    W. William Hodes
    The William Hodes Law Firm
    3658 Conservation Trail
    The Villages, FL 32163
    Tel: (352) 399-0531

2. I am admitted to the following courts and bars:
    Florida State Bar
    Admitted in January 2011
    Florida State Bar No. 87764

    Indiana State Bar
    Admitted October 1999
    Indiana State Bar No. 21444-49

    United States Supreme Court

United States Courts of Appeals for the Seventh Circuit

U.S. District Court for the Southern District of Indiana

3. I am currently in good standing with all states, courts, and bars in which I am admitted and I have never been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of June, 2019.

Respectfully submitted,

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, FL 32163
Tel: (352) 399-0531
Fax: (352) 240-3489
wwh@hodeslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>　　Defendant. | Criminal Action No. 1:17-cr-00232<br>(EGS) |

ORDER GRANTING MOTION FOR ADMISSION
OF ATTORNEY W. WILLIAM HODES *PRO HAC VICE*

　　The Court has reviewed the Defendant's Motion for Admission of W. WILLIAM HODES *pro hac vice*. Upon consideration of that motion, the Court grants attorney W. WILLIAM HODES *pro hac vice* admission to this Court.

　　IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Emmet G. Sullivan Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge