IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:17-cr-00232 (EGS) |
| MICHAEL T. FLYNN, | |
| Defendant. | |

### DECLARATION OF W. WILLIAM HODES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, W. William Hodes, hereby declare:

1. My name, office address, and telephone number are as follows:

   W. William Hodes
   The William Hodes Law Firm
   3658 Conservation Trail
   The Villages, FL 32163
   Tel: (352) 399-0531

2. I am admitted to the following courts and bars:
   Florida State Bar
   Admitted in January 2011
   Florida State Bar No. 87764

   Indiana State Bar
   Admitted October 1999
   Indiana State Bar No. 21444-49

   United States Supreme Court

United States Courts of Appeals for the Seventh Circuit

U.S. District Court for the Southern District of Indiana

3. I am currently in good standing with all states, courts, and bars in which I am admitted and I have never been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2019.

Respectfully submitted,

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, FL 32163
Tel: (352) 399-0531
Fax: (352) 240-3489
wwh@hodeslaw.com