IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>     Defendant. | Criminal Action No. 1:17-cr-00232<br>(EGS) |

ORDER GRANTING MOTION FOR ADMISSION
OF ATTORNEY W. WILLIAM HODES *PRO HAC VICE*

The Court has reviewed the Defendant's Motion for Admission of W. WILLIAM HODES *pro hac vice*. Upon consideration of that motion, the Court grants attorney W. WILLIAM HODES *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                Emmet G. Sullivan Jr.
                                                United States District Judge