# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. No. 17-232 (EGS)** |
| **MICHAEL T. FLYNN,** | |
| **Defendant** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Jocelyn Ballantine is assigned to the case, along with Special Assistant United States Attorney Brandon Van Grack and Assistant United States Attorney Deborah Curtis, who are currently counsel of record. Jocelyn Ballantine can be contacted at telephone number (202) 252-7252 and/or email address Jocelyn.Ballantine2@usdoj.gov. This is her notice of appearance in this matter on behalf of the United States.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By: */s/*  _____

JOCELYN BALLANTINE
CA Bar No. 208267
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530