## COOPERATION TIME for EDVA

| Dates | Interviewee | Time of Interview | Flynn Lawyers Present |
|---|---|---|---|
| 06/13/2018 | GF | 9:00 a.m. – 3:00 p.m. | RK, SA, AL |
| 06/14/2018 | GF | 9:00 a.m. – 1:00 p.m. | RK, SA, AL |
| 06/21/2018 | RK | No Time Recorded | RP, BB |
| 06/25/2018 | GF | No Time Recorded | RK, SA, AL |
| 07/12/2018 | RL | 11:00 a.m. – 12:00 p.m. | SA, AL |
| 07/26/2018 | GF | 1:00 p.m. – 1:45 p.m. | RK, SA, AL |
| 01/28/2019 | GF | 9:30 a.m. – 1:00 p.m. | RK, SA, AL |
| 02/28/2019 | GF | 9:30 a.m.- 1:25 p.m. | RK, SA, AL |
| 04/05/2019 | GF | 9:30 a.m. – 1:25 p.m. | RK, SA, AL |
| 05/29/2019 | RK | 2:00 p.m. – 4:30 p.m. | RK, BB |
| 06/03/2019 | BS | 3:00 p.m. – 4:30 p.m. | BB, RP |
| 06/06/2019 | GF | 10:00 a.m. – 1:45 p.m. | SKP, WWH |
| 06/25/2019 | GF | No Time Recorded | SKP, WWH, JB, LM |
| 06/27/2019 | N/A | No Time Recorded | SKP, WWH, JB, LM |
| 07/03/2019 | RK | 2:00 p.m. – 4:00 p.m. | SKP, JB, DW, LM |
| 07/11/2019 | RK | No Time Recorded | JB, WWH |

Flynn Attorneys: Robert Kelner (RK), Stephen Anthony (SA), and Alexandra Langton (Covington & Burling); Sidney K. Powell (SKP), Jesse Binnall (JB), William W. Hodes (WWH), Lindsay McKasson (LM), David Warrington (DW—FIG Counsel).

Witnesses: General Flynn (GF), Robert Kelner (RK), Brian Smith (BS), and Robert Lenhard (RL).