| | |
|---|---|
| **From:** | "Kelner, Robert" <rkelner@cov.com> |
| **To:** | kverderame@ponderainternational.com |
| **Cc:** | "Smith, Brian" <bdsmith@cov.com>, "Anthony, Stephen" <santhony@cov.com>, "Langton, Alexandra" <alangton@cov.com> |
| **Date:** | Tue, 07 Mar 2017 23:04:11 -0500 |
| **Attachments:** | image001.png (2.66 kB) |

They are working late at the FARA Unit.

Sent from my iPhone

Begin forwarded message:

> **From:** "Hunt, Heather H. (NSD)" <Heather.Hunt@usdoj.gov>
> **Date:** March 7, 2017 at 10:50:18 PM EST
> **To:** "Smith, Brian" <bdsmith@cov.com>
> **Cc:** "Kelner, Robert" <rkelner@cov.com>
> **Subject: RE: Flynn Intel Group, Inc.**

Brian –

Thank you for your email. This is to advise you that we are in receipt of the FARA filing for Flynn Intel Group, Inc. (6:02pm on March 7, 2017). We will process the filing as quickly as possible, including your request to redact residential addresses and your request to include Rob Kelner's cover letter as part of the public file.

Please contact me if you have any questions or concerns.

Thank you,

Heather


**Heather H. Hunt**

Chief, FARA Registration Unit

Counterintelligence and Export Control Section

National Security Division

U.S. Department of Justice

Washington, DC 20530

(202) 233-0776/0777

heather.hunt@usdoj.gov