# memo

To:     Jim Gillis and Prosecution Team in U.S. v. Rafiekian

From:   Sidney Powell and Michael Flynn Defense Team

Date:   June 27, 2019 [CORRECTED]

Subject: Privileged Material from Covington & Burling Flynn File

We have transmitted to you two *nonprivileged* items of interest that we discovered during our review of some of the materials we received from Covington & Burling as successor counsel in the Michael Flynn representation.

In the spirit of full cooperation, and to further allay your concerns about communications between our client and his former counsel, we now transmit to you 8 handwritten pages of the notes of the initial interview of Michael Flynn by Covington & Burling, which occurred on January 2, 2017. Also attached to this memo are 2 typewritten pages that we produced yesterday; they decipher some of what is contained in the handwritten notes.

These notes are obviously protected by Michael Flynn's attorney-client privilege, and we are waiving that privilege only for purposes of this proceeding, and only with respect to FARA-related matters.

B

# memo

To: Jim Gillis and Prosecution Team in U.S. v. Rafiekian

From: Sidney Powell and Michael Flynn Defense Team

Date: September 27, 2019

Subject: Privileged Material from Covington & Burling Flynn File

We have transmitted to you two *nonprivileged* items of interest that we discovered during our review of some of the materials we received from Covington & Burling as successor counsel in the Michael Flynn representation.

In the spirit of full cooperation, and to further allay your concerns about communications between our client and his former counsel, we now transmit to you 8 handwritten pages of the notes of the initial interview of Michael Flynn by Covington & Burling, which occurred on January 2, 2017 as well as 2 handwritten pages from the Covington & Burling notes concerning a phone conference with Michael Flynn on February 14, 2017. Also attached to this memo are 2 typewritten pages that we produced yesterday; they decipher some of what is contained in the handwritten notes.

These notes are obviously protected by Michael Flynn's attorney-client privilege, and we are waiving that privilege only for purposes of this proceeding, and only with respect to FARA-related matters.

A·C - WP - P&C

MF

No other,

Levicks — W. Coast — Levyx — Iranian American founder.
Brainwave Bluesky. [illegible]

Adrian — Advise, consult Business development

Introduced Levyx to Verizon
  Founder Dr. "Reza Sadri" — grew up in U.S.

Brainwave Science — Advisor to the company
  Indian American Krishna Sarka.
U.S. company in Massachusetts
  Train for law enforcement
  Trains — it law enforcement — FBI
  Founder may have reached out to government
  Business development → Sales and revenue

[illegible] — Can from
  Vice Chair — Bijan
  "Aynin" Alptekin — Serves on Turkish-Am Business Council
  Nowrooz Commission — Iranian American New Year,
  They call reps Ambassadors.

July/August 2016 — initial discussions
  Consult for Inovo. Post conv.
  Create confidence in Turkish business to invest in Turkey

Agreed to consult to Inovo. August 9.
  Advising consult services to Inovo. Create confidence &
  invest in Turkey

Post Convention - August 5-11 in Texas
  Busy w/ Campaign and Trump
  Busy schedule

Bijan - Vice Chairman 30%
Mike owns 35%                    remaining have
                                 small %'s
  Mike has LLC for book and speaking

Bijan - Iranian American. US naturalized
  Former member of Ex Im
  Served Bush and Obama
  Ran 0 Dept of State at Cl.

Ndrouse Gamillian, USA, Iranian-American SLA.

Aymin - is Ex. Invo.
Bijan says Dwan to FIG.

Conversation on what we would do.
Came to DC. Friday afternoon phone calls to Aymin
  update on our efforts
  2x calls ≈ 30 minutes each.

Aymin set up meeting in September.
  Minister of Turkey in NY for UNGA
  met 2 Minister - Transportation and Foreign
  pet, Woolsey, Aymin, Bijan
  30 - 45 minutes.

MTF-EDVA00048

RK - Debrief?
MF — only in the engagement . Sil
  laid out for Agnia [?] how we'd do what we do
  Heard from them on the challenges they're facing
  = 2 months after corp.
  Research — how are things in Turkey

RK - Gulen?
MF - They did. [unclear] came of [unclear]
RK - Notes?
MF - Don't know of any — Maybe on Turkish side

K - Have emails from Mikio[?], account
    use Virtru

MF 2
  FB accounts shut down in December. except ME
  Bedayed[?] me and Bijan
  Have file that's backup of Bijan.
  Can get the file from him.
  Can't access his. Have mine and MF[?]
  G-mail accounts - Virtru on top of certain emails
  He has access to them, we don't

  Virtru

K - Have some emails —

K. weird to sit w/ Turkish Ministers?

MFI - yes had just come from other meeting on campaign side.
Talked about where we were @ that time
Were not very far

KK Research into Gulen - Tuan Nixon, Brian McCauley
↳ Advisor     ↳ principal
                                                                  former FBI
Project confidence 75pp report re Gulen.
Plan for December on what they found, based on the report

Rijon says that report was our idea.

RK. Specific contract. Celebrity of individuals.
Have retained film and production crew

MFI other emails that show details.
Mike Boston

RK - Findings and criminal referrals.
Sphere Consulting

MFI - Investigation we conducted
RK - Network in U.S.
MFI - Sphere brought in by Rijon.
To create video, story. Turkey ok to invest in.
Confidence in the country to invest
RK. op-ed and sleeper networks, plus criminal deals
Charges cooked

MF1 — Left the details to Bijan

RK - Does Kelly - an LDA
MF1 - Sept / August - Abundance of caution
Ross Kelly - register - Don't know what FLL is
We'll be doing work for this make up.
Out of my depth
Kelly didn't work on underlying work.
RK - Kelly billed not you
MF1 - Yes.
KV - They asked B.b. Dutch company.
Bijan told me it was Dutch company
DAS is city.

Mike Boston responsible to assess.
Bijan gave prices to everyone.
MF1. I wasn't doing day to day
Continue calls and meetings
Contract is for 90 days.
Decided not to continue.

RK - Captain Ahenin ?
MF1 - Don't know.

KV - Bijan has answers. Contradicted by emails
Truro - Seasonal company Agmin is consultant.
Bijan said it's to all look smart in meetings

KV - Ekim - emails show Turkey
  Mike copied on ~~may~~ the emails

MF1 My calendar is jam packed - few hours only.

KV Akim → ~~Bijan~~ and MF1 - August 4.
  Money from Ministry

Bob Kelly - Sole producer. Consul outside "to the project"
Government behind it, and Mike copied.

RK - Call from someone in ~~of~~ August.
  KARA advice - referred to other lawyer.

MK1 July 19 . Convention -
  Did some speeches on LLC

MF2 - This project. Corr of Bijan on wire transfers.
  To FIG out to Ekim
  Accepted payments from Inovo
  Ekim paid

KV - Contract 3 x 200k
  Second was 185
  The ~~3rd~~ 185
  Bijan said no PR or lobbying so sent them money back
  Hired Ekim to as consultant

MF2 - Never asked or doubted.
KV - Trusted Bijan
  FIG shut down Nov 30.
MF2 - We have the back up zip file . His FIG materials
KV - Notice to preserve w/o deleting or denying.

MTF-EDVA00052

MF2 - Bijan acknowledged.
KV - Shut down. Don't delete. end of November.

RK - Where is it?
MF2 - Google business. Archive data. - yes
~~Stored~~ It sends you an email of links
BD) - Google may still have it? Paid w/?
MF2 - Yes paid by MF1 still has email.

RK - Do everything humanly possible.
Stroz?
MF2 - Have access to his email - knows terms, names.
Searched as many as I could
61 M emails.
KV - Lots of emails say Mike in charge
Grid in practice w/ us.

MF2 - He didn't bring computer to meeting

_____

RK - op ed.

MF1 - Wanted it to go before the election. Slipped out
Hill picked it up
I've been very strong on Islam. Tax payer funded charter schools,
Russia trying to drive wedge,
Friend in need is friend indeed - my title
Political motivations on my part. Admin losing an ally - NATO
losing to Russia
Gülen was ~~worth~~ creating tensions

MTF-EDVA00053

RK - Connection to Inovo?

MF1 - Paying closer attention to it, just me thinking
       Book tour in Texas, Ron White.
            Irving, Texas Mayor - Argued - Challenges w/ Carlson charter
                  Book on July 12 -                              schools
       Wrote several op eds
RK - whose idea
MF1 - Jointly to do it. I outlined ideas - He had other people edit
RK - first draft
MF1 - He did.
       Talked about way to ___ a project confidence project.
MF2 - Ekim isn't comfortable -
KK   Ekim ___ to review and edit
MF1 - Ekim says ___ the whole.
KK   Hank Cox, Sphere Consulting - had role in edit
       Sphere did the shopping of op ed.

     (Have 3 pm meeting @ GSA building.

1:07
    Break to read documents
1:35

Conference of Flynn
2.14.17  4:30 pm
RK, KV, M Flynn, Lori

KV - Spoke before.
   Documents in email to Cook & Kim
   w/ final to read more carefully.
RK - David Laufman call. HH, CR, on call.
   Unrelated to stuff in the press.
   Time to collect and interview - facts.
   Possible draft registration. Decision of client
   When talking, he asked call and let us know date to talk.
   Read it: File or subpoena may follow.
   If file, possible they'll still look. Take a lot of wind away.
   Focus is whether you register. Could audit the filing
   Subpoena less likely.
MF - yesterday?
RK - Yes.

RK - Where we are. Told them in Jan we expected to file.
   Emails, docs, interviews - little evidence of business/commercial.
      Except after the fact letter.
   Not discussed previously - after the fact.
   Talk to people involved. Little on oil field.
   Focus on Gulen, and a time off focus on Gulen/Turkey
   Meeting w/ govt in September - tried to confidence.
   Op-Ed distributed by Sphere - paid thru contract.
   Op-ed on some topic → Gulen
   LDA only if Turkey not directing and not prin. beneficiary
   Email - green light Bijan insists, not confidence.
   Other view - Ekim/Ratio, business + green light unrelated.
   We could fight it out. Unlikely likely pursue. Court. expensive.
      Might win - but big fight
   Media storm. Conspiracy theories, etc.

- Payments added to clot [illegible]
- Kept this from being factor
- FCPA interconnected

MF - Filing late - legality
   Smart thing to file. Be precise.
RK - Take time with the draft.
   High level - don't have the detail.
   Gaps to explore?
   Meet w/ Heather w/ the document.
   Address any of her concerns
   Cable and cover letter. Single letter summarizing the position
      Cogent explanation of our position
   Careful of public statements. Interconnected. Can all blow back.

MTF-EDVA00056

Selected Covington notes from January 2, 2017, taken by Brian Smith by hand:

Flynn told Covington from the outset:

@2.  "Aquim [sic] set up meeting in September.

    Minister of Turkey in NY for UNGA.

    Met 2 ministers – Transportation and Foreign

Me, Woolsey, Aquim [sic], Bijan –

    30-45 mins."

@3.  Kelner asked about: Gulen?

Flynn replies: "They did. [brought him up].

@4.  "Re____ into Gulen – _____

    Project confidence 75 pp report re: Gulen.

    Plan for _____ on what they found, based on the report."

MF: "Other emails that show details."

RK: "oped and xxxx sleeper networks, plus criminal referrals, changes context

@5.  MF: "Left details to Bijan."

@7.  RK: oped.

    MF: Wanted it to go before the election. Shipped out

    Hill picked it up.

    I've been very strong on Gulen. Taxpayer funded Charter Schools.

    Russia trying to drive wedge.

    Friend in need is friend indeed – my title.

    Published -------- on my part. Admin losing our ally – NATO

        Losing to Russia.

    Gulen was creating tension."

      * * *

      @.     8.

RK: Whose idea?

MF. Jointly to do it. I offered ideas – he had other people edit.

RK: First draft

MF: He did [Bijan]
   Talked about ways to do project Confidence project.

\* \* \*

KV: Hank Cox. . . . had role in edit.