**General Flynn 1/2/17 (Brian Smith handwritten notes) Transcription by Sidney Powell**

Page   1.  [relevant portions]
   MF
   No others


   Agreement to ___ to Inovo. August 9.
   Advisory consult services to Inovo.  Create confidence to invest in Turkey.

Page 2.  Post convention  – August 9-11 in Texas
   Busy with campaign and Trump
   Busy schedule
   Bijan – vice chairman 30%
   Mike owns 35%

   Bijan – Iranian American - ___ naturalized
   Former member of ExIm [bank]
   Served Bush and Obama
   _____

   _____ commission, ____, Iranian- American staff

   Aquim [sic] is Inovo.
    Bijan brought business to FIG
   Conversation on what we would do
   Came to DC.  Friday afternoon phone calls to Aquim
   Update on our efforts
   2 x calls ~ 30 minutes each

   "Aquim [sic] set up meeting in September.
   Minister of Turkey in NY for UNGA.
      Met 2 ministers – Transportation and Foreign
      Me, Woolsey, Aquim [sic], Bijan –
      30-45 mins."

## Page 3

   RK: Details?

   MF:  only in ___ engagement a bit
   Laid out for Aquim [sic] how we'd do what we do
   Heard from them on the challenges they're facing

~ 2 months after the coup
Research – how things are in Turkey

RK:  Gulen?

MF:  They did.  Where we are w/ relationship.

RK:  Notes?
MF:  Didn't know of any – maybe Turkish side

KV:  Have the emails from Mike's account.
        Use Virtue

MF2:  FIG accounts shut down in December except MF
Backed-up me and Bijan
Have file that's backup of Bijan
Can get the file from him
Can't access his.  Have mine and MF1
Gmail accounts – Virtue on top of certain emails
He has access to those.  We don't

Virtru

K:  Have some emails

K;  Weird to sit with Turkish ministers?

MF1:  yes had just come from other meeting on campaign side.
        Talked about where we were @ the time
Were not very far

KV: Research into Gulen -- ___ *near?* Advisor   Brian McCauley → principal
        former FBI

 Project Confidence – 75-page report re Gulen
        Plan for disseminating what they found based on report

        Bijan says that report was an idea.

        RK: Specific contract.  _____ of individuals.
        Have retrieved film and production crew

        MF1:  Other emails that show the details
                Mike Boston

2

RK: Findings and criminal referrals
    Sphere Consulting

MF1: Investigation we conducted

RK: Network in US

MF1: Sphere brought in by Bijan.
    To create video, story. Turkey to invest in.
    Confidence in the country to invest.

RK: Op Ed and sleeper networks, plus criminal referrals – changes context

5. MF1: Left details to Bijan

RK: Bob Kelly – on LDA

MF1: Sept/August -- Abundance of caution
Bob Kelly – register – don't know what that is
    We'll be doing work for this *make up?*
    Out of my depth.
    Kelly didn't work on underlying work.

RK: Kelly listed not you

MF1: yes

KV: asked Bob. Dutch company.
    Bijan told me it was Dutch company
    Bob is attorney

    Mike Boston   responsible to oversee
    Bijan gave prices to everyone

MF: I wasn't involved day to day
    Conference calls and meetings
    Contract is for 90 days
  Decided not to continue

RK: Captain *Akemin?*
MF1: Don't know

KV: Bijan has answers. Contradicted by emails.

        Inovo services company. Aquim is consultant
        Bijan said it's to look smart in meetings

    6. KV: Ekim -- emails show Turkey.
Mike copied on many the emails.

MF1: my calendar jam packed – few hours only

KV: Ekim → Bijan and MF1 – August 4

Money from ministry

Bob Kelly --- sole practitioner.

      Counsel outside "to the project"

    Government behind it, and Mike copied.

RK: Call from someone in August.

    FARA advice -- referred to other lawyer.

MF1: July 19 convention –

    Did some speeches on LLC

MF2: This project. Comm w/Bijan on wire transfers.

    to FIG and to Ekim.

    Accepted payments from Inovo.

    Ekim paid.

KV: Contract 3 x 200K

    Second was 185

    Then another for 185

    Bijan said no PR or lobbying so sent them money back

    Hired Ekim as consultant

   MF2: Never asked or doubted

   KV: trusted Bijan
      FIG shut down Nov. 30

   MF2: he has the back up zip file. His FIG materials.
   KV: Notice to preserve w/o checking or inquiring

7. MF2 – Bijan acknowledged.

KV: Shut down. Don't delete. End of November.

RK: Where is it?

MF2: Google business. Archive data  -  Yes

    It sends you an email w/ links

BDS: Google may still have it?  Paid up?

MF2: Yes paid by MF1 still his email.

RK: Do everything humanly possible

    *Stroz?*

MF2: Have access to his email. Send terms, names.

    Searched as many as I could

    61 pp emails.

KV: lots of emails say Mike is in charge

[?????]  lied in meeting with us

MF2: He didn't bring computer to meeting.

RK: Op Ed

MF: wanted it to go before election. Shipped out

    Hill picked it up

    I've been very strong on Islam.  Taxpayer funded charter schools

    Russia trying to drive wedge

…Friend in need is friend indeed – my title

Published _____ on my part. Admin losing our ally – NATO

    Losing to Russia

    Gulen was creating tension

Page 8:

    RK:  Connection to Inovo?

MF:   Paying closer attention to it, got me thinking.

    Book tour in Texas. Ron White.

    Irving Texas mayor – August on challenges with Gulen charter schools.  Book on July 12."

    Wrote several op-eds.
    RK:  Whose idea?

    MF:  Jointly to do it. I crafted ideas – he had other people edit.

RK: First draft?

MF:  He [Bijan] did

    talked about ways to do project    Confidence project

MF2:  Ekim isn't comfortable

KV:  Given doc to review and edit

MF1:  Ekim says he didn't like article

KV:   Hank Cox – Sphere consulting—had role in edits

    Sphere did the shopping of Op Ed

Page 9:  [relevant comments]

RK:  Sphere registered November

    Documents  -- Gulan op research, not commercial

MF1:  Sphere w/ Ekim  - handful of times