## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| *v.* | **Crim No.: 17-232 (EGS)** |
| **MICHAEL T. FLYNN,** | |
| **Defendant** | |

## MOTION FOR LEAVE TO FILE NOTICE
## REGARDING TRANSFER OF CASE FILE TO NEW COUNSEL

Covington & Burling LLP, former counsel to Defendant Michael T. Flynn, respectfully requests leave to file a Notice Regarding Transfer of Case File to Defendant's New Counsel. The proposed Notice, which is attached, provides information to the Court regarding the status of Covington's transfer of its file of its representation of General Flynn.

July 25, 2019

Respectfully submitted,

Robert K. Kelner (D.C. Bar No. 466880)
Stephen P. Anthony (D.C. Bar No. 426536)
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of July 2019, I caused the foregoing to be sent

by electronic mail and by certified mail to the following:

Brandon L. Van Grack
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 616-0800
brandon.van.grack@usdoj.gov

Deborah A. Curtis
U.S. Attorney's Office for the District of
Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6920
deborah.curtis@usdoj.gov

Jocelyn S. Ballantine
U.S. Attorney's Office for the District of
Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7252
jocelyn.ballantine2@usdoj.gov

Jesse R. Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
(703) 888-1943
jbinnall@harveybinnall.com

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, FL 32163
(352) 399-0531
wwh@hodeslaw.com

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd. #300
Dallas, TX 75219
(214) 707-1775
sidney@federalappeals.com

Robert K. Kelner
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Phone:  (202) 662-6000