UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim No.: 17-232 (EGS) |

### [PROPOSED] ORDER

Upon consideration of Covington & Burling LLP's Motion for Leave to File Notice Regarding Transfer of Case File to New Counsel, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Covington & Burling LLP's Notice of Transfer of Case File to New Counsel is deemed filed in the above-captioned proceeding.

SO ORDERED.

_____, 2019

_____
The Honorable Emmet G. Sullivan
United States District Judge