UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL T. FLYNN,

          Defendant

Crim No.: 17-232 (EGS)

## ORDER

Upon consideration of Covington & Burling LLP's Motion for Leave to File Notice Regarding Transfer of Case File to New Counsel, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Covington & Burling LLP's Notice of Transfer of Case File to New Counsel is deemed filed in the above-captioned proceeding.

SO ORDERED.

July 29, 2019

/s/ Emmet G. Sullivan
The Honorable Emmet G. Sullivan
United States District Judge