# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**MICHAEL T. FLYNN**,

Defendant.

Criminal Action No. 17-232-EGS

## PROPOSED ORDER

Upon consideration of Mr. Flynn's unopposed Motion To Clarify Travel Parameters filed August 14, 2019, and the government's response thereto noting full deference to the Court and Pre-Trial Services, it is hereby ORDERED that, consistent with the Court's comments at the hearing on June 24, 2019, Mr. Flynn is authorized to travel within the United States so long as he fully complies with the standard rules and requirements imposed by the Court's Pre-Trial Services Officer. Mr. Flynn may continue to follow these procedures unless and until further order of this Court.

SO ORDERED the ____ of August, 2019

_____
The Honorable Emmet G. Sullivan, Jr.
United States District Judge