IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **Criminal Action No. 1:17-cr-00232 (EGS)** |
| **MICHAEL T. FLYNN,** | |
| **Defendant.** | |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Jesse R. Binnall, moves for the admission and appearance of attorney Lindsay R. McKasson *pro hac vice* in the above-entitled action. This motion is supported by the attached Declaration of Lindsay R. McKasson. As set forth in Ms. McKasson's declaration, she is admitted and is an active member in good standing with the following courts and bars: the California State Bar, the District of Columbia Bar, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, and the United States District Court for the Eastern District of Wisconsin. This motion is supported and signed by Jesse R. Binnall, an active and sponsoring member of the Bar of this Court.

Dated this 21st day of August, 2019.   Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB #79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of August 2019, true and genuine copies of Motion to Appear *Pro Hac Vice* on behalf of Defendant Michael T. Flynn and Declaration of Lindsay R. McKasson were served via electronic mail by the Court's CM/ECF system to the following:

Brandon L. Van Grack, Esq.
National Security Division U.S. Department of Justice
BVG@usdoj.gov
(202) 616-0800


Deborah Curtis, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
deborah.curtis@usdoj.gov
(202) 252-6920

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 88-1930
jbinnall@harveybinnall.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:17-cr-00232 (EGS) |
| MICHAEL T. FLYNN, | |
| Defendant. | |

### DECLARATION OF LINDSAY R. MCKASSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Lindsay R. McKasson, hereby declare:

1. My name, office address, and telephone number are as follows:

   Lindsay R. McKasson
   Harvey & Binnall, PLLC
   717 King Street, Suite 300
   Alexandria, VA 22314
   Tel: (703) 888-1943

2. I am admitted to the following courts and bars:

   California State Bar, California State Bar #293144
   District of Columbia Bar, D.C. Bar #1617840
   United States Courts of Appeals for the Ninth Circuit
   U.S. District Court for the Northern District of California
   U.S. District Court for the Eastern District of California
   U.S. District Court for the Eastern District of Wisconsin

3. I am currently in good standing with all states, courts, and bars in which I am admitted and I have never been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of August 2019.

Respectfully submitted,

Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1940
lmckasson@harveybinnall.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>　　Defendant. | **Criminal Action No. 1:17-cr-00232 (EGS)** |

**ORDER GRANTING MOTION FOR ADMISSION
OF ATTORNEY LINDSAY R. MCKASSON *PRO HAC VICE***

　　The Court has reviewed the Defendant's Motion for Admission of LINDSAY R. MCKASSON *pro hac vice*. Upon consideration of that motion, the Court grants attorney LINDSAY R. MCKASSON *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　Emmet G. Sullivan Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge