# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**v.**

**MICHAEL T. FLYNN,**

       **Defendant.**

**Criminal Action No. 1:17-cr-00232
(EGS)**

## ORDER GRANTING MOTION FOR ADMISSION
## OF ATTORNEY LINDSAY R. MCKASSON *PRO HAC VICE*

The Court has reviewed the Defendant's Motion for Admission of LINDSAY R. MCKASSON *pro hac vice*. Upon consideration of that motion, the Court grants attorney LINDSAY R. MCKASSON *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
Emmet G. Sullivan Jr.
United States District Judge