IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Criminal Action No. 1:17-cr-00232 (EGS) |
| **MICHAEL T. FLYNN,** | |
| Defendant. | |

**ORDER GRANTING MOTION FOR ADMISSION
OF ATTORNEY MOLLY MCCANN *PRO HAC VICE***

The Court has reviewed the Defendant's Motion for Admission of MOLLY MCCANN *pro hac vice*. Upon consideration of that motion, the Court grants attorney MOLLY MCCANN *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                    Emmet G. Sullivan Jr.
                                                    United States District Judge