**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | **Criminal Action No. 17-232-EGS** |

### ORDER GRANTING APPLICATION TO RESET HEARING DATE

Mr. Flynn seeks to reset the hearing on his Motion to Compel Production of Brady Material and for an Order to Show Cause.

Mr. Flynn's application is GRANTED.

THE COURT ORDERS that the hearing on the Motion to Compel Production of Brady Material is reset from November 5, 2019 to _____, 2019.

SO ORDERED.

Date: _____    _____
                                                                                The Honorable Emmet G. Sullivan, Jr.
                                                                                United States District Judge