UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

### AMENDMENT TO MR. FLYNN'S AUGUST 30TH MOTION TO COMPEL PRODUCTION OF *BRADY* MATERIAL AND FOR AN ORDER TO SHOW CAUSE

Michael T. Flynn "Mr. Flynn" respectfully submits this amendment to his Motion to Compel Production of *Brady* Material and for an Order to Show Cause ["the Motion"], filed August 30, 2019 (Dkt. 111).

1. On page 4, paragraph 3 of the Motion, Mr. Flynn requests any drafts, electronic communications ("ECs"), emails, and texts related to Nellie Ohr's research on Mr. Flynn, and all CIA cables on the topic as well.

2. On page 4, paragraph 4, Mr. Flynn additionally requests with respect to Col. (Ret.) James Baker, the current head of DOD Office of Net Assessment, production of Col. Baker's calendar showing his meetings with or any other communications with David Ignatius from July 1, 2015 through March 2017.

3. On page 4, paragraph 8, Mr. Flynn further requests ECs in addition to human sources.

4. On page 5, paragraph 16, the date of the Russia Today dinner is incorrect. The date of the dinner was December 10, 2015, rather than December 17, 2015.

Counsel does not anticipate the government's need for additional time to respond in light of these minor amendments but does not oppose if needed.

Dated: September 23, 2019.

                Respectfully submitted,

/s/ Sidney Powell
Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd.,
Suite 300
Dallas, Texas 75219
Tel: 214-707-1775
sidney@federalappeals.com
Admitted *Pro Hac Vice*


/s/ Jesse R. Binnall
Jesse R. Binnall, VSB # 79292
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
lmckasson@harveybinnall.com
Admitted *Pro Hac Vice*


W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
wwh@hodeslaw.com
Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 23, 2019, true and genuine copies of Mr. Flynn's Amendment to his Motion to Compel Production of *Brady* Material and for an Order to Show Cause were served via electronic mail by the Court's CM/ECF system to all counsel of record, including:

    Jessie K. Liu, U.S. Attorney for the District of Columbia
    Brandon L. Van Grack, Special Assistant U.S. Attorney
    Deborah Curtis, Assistant U.S. Attorney
    Jocelyn Ballantine, Assistant U.S. Attorney
    555 Street, NW
    Washington, D.C. 20530

    Respectfully submitted,

    */s/* Jesse R. Binnall
    Jesse R. Binnall, VSB# 79272
    HARVEY & BINNALL, PLLC
    717 King Street, Suite 300
    Alexandria, VA 22314
    Tel: (703) 888-1943
    Fax: (703) 888-1930
    jbinnall@harveybinnall.com