**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **MICHAEL T. FLYNN,** | **Crim. No. 17-232 (EGS)** |
| **Defendant** | |

**[CONSENT PROPOSED] ORDER**

On September 23, 2019, defendant Michael Flynn filed an "Amendment" to his August 30, 2019, motion to compel production of *Brady* material.  (ECF #116).  At the time of this filing, the defendant did not oppose a request by the government to seek additional time to respond.

On September 23, 2019, the government filed a consent motion seeking limited, additional time to review and respond to defendant's specific requests.

Upon consideration of both of these requests, it is hereby ORDERED that:

Defendant's motion to amend his August 30 motion to compel the production of *Brady* material and to compel the government to show cause is GRANTED; and

The consent motion to permit the government an extension of time to respond to this motion to October 1, 2019, is GRANTED; and

The consent motion to permit the defendant an extension of time to reply to the government's response to October 22, 2019, is GRANTED.

IT IS SO ORDERED.

Date:_____        _____
                                  The Honorable Emmett J. Sullivan Jr.
                                  United States District Judge