UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | Criminal Action No. 17-232-EGS |

**ORDER GRANTING MOTION TO PRODUCE**
**NEWLY DISCOVERED *BRADY* EVIDENCE**

Mr. Flynn moved to compel the government's production of newly discovered *Brady* evidence.

It is ORDERED that Mr. Flynn's motion is GRANTED.

Date: _____      _____
The Honorable Emmet G. Sullivan, Jr.
United States District Judge