## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| **v.** | **Criminal Action No. 17-232-EGS** |
| **MICHAEL T. FLYNN,** | |
| **Defendant.** | |

## UNOPPOSED MOTION FOR LEAVE TO
## EXCEED PAGE LIMITS SET BY LOCAL RULE

Michael T. Flynn ("Mr. Flynn") respectfully requests to file his reply brief to the Government's Response (Dkt. 122) to the Defendant's Motion to Compel the Production of *Brady* Material and For an Order to Show Cause (Dkt. 111) in excess of the page limits specified in Local Criminal Rule 47(e). Mr. Flynn requests that leave be granted to file a reply brief not exceeding 35 pages. Counsel for Mr. Flynn consulted with counsel for the Government, who state that they "do not oppose" this requested relief.

Dated: October 21, 2019                    Respectfully Submitted,


/s/ Jesse R. Binnall
Jesse R. Binnall, VSB # 79292
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
lmckasson@harveybinnall.com
Admitted *Pro Hac Vice*

/s/ Sidney Powell
Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219
Tel: 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
sidney@federalappeals.com
*Admitted Pro Hac Vice*


W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
wwh@hodeslaw.com
Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, true and genuine copies of Mr. Flynn's Motion

for Leave to Exceed Page Limits were served via electronic mail by the Court's CM/ECF system

to all counsel of record, including:

> Jessie K. Liu, U.S. Attorney for the District of Columbia
> Brandon L. Van Grack, Special Assistant U.S. Attorney
> Jocelyn Ballantine, Assistant U.S. Attorney
> 555 4th Street, NW
> Washington, D.C. 20530

Respectfully submitted,

*/s/*  Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com