UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | Criminal Action No. 17-232-EGS |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

Mr. Flynn moved for an order granting him permission to file ten excess pages for his Reply Brief to the government's Response (Dkt. 122).

It is ORDERED that Mr. Flynn's motion is GRANTED.

Date: _____    _____
The Honorable Emmet G. Sullivan, Jr.
United States District Court Judge