UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | Criminal Action No. 17-232-EGS |

**ORDER GRANTING MOTION TO FILE PROPOSED REDACTED REPLY BRIEF**

Mr. Flynn filed a motion requesting the Court file his proposed redacted Reply brief on the public docket.

Mr. Flynn's motion is GRANTED.

THE COURT ORDERS the proposed redacted Reply brief, with Mr. Flynn's motion, be filed on the public docket.

Date: _____         _____
                                                                       The Honorable Emmet G. Sullivan, Jr.
                                                                       United States District Judge