# EXHIBIT 2

 Molly McCann <mccann.mol@gmail.com>

### Re: Exhibits and references in Reply
1 message

**Molly McCann**     Sun, Oct 20, 2019 at 1:49 PM
To: "Van Grack, Brandon (NSD)"
Cc: Sidney Powell    , "Ballantine, Jocelyn (USADC)"    ,
William Hodes    , Jesse Binnall    ,
   >

Mr. Van Grack,

Yes, please begin the process to clear the full documents that Ms. Powell mentioned in the original email: the various 302s of the 24th, ▓▓▓▓▓ , ▓▓ 's 302, and the agents' notes.

Thank you,

Molly McCann

On Sun, Oct 20, 2019 at 1:36 PM Van Grack, Brandon (NSD) <▓▓▓▓▓> wrote:

> Thank you for your email and effort to coordinate. We cannot unilaterally clear for public release any references, quotes, or materials subject to the protective order. There are equity holders, in particular the FBI, with whom we must consult.
>
> As soon as you provide us with all such references, quotes, and materials, we'll begin the review process. While that can include waiting until you transmit your sealed filing, we're also happy to start that process earlier, should you wish provide us with all the relevant items before Tuesday. We also draw your attention to the fact that portions of the 1/24/17 Flynn 302 and the 7/19/17 Strzok 302 have already been filed publicly—any references to publicly-available portions of those documents need not be filed under seal.
>
> We look forward to hearing from you.
>
> Brandon
>
> **From:** Sidney Powell <▓▓▓▓▓>
> **Sent:** Saturday, October 19, 2019 3:54 PM
> **To:** Ballantine, Jocelyn (USADC) <▓▓▓▓▓>
> **Cc:** Van Grack, Brandon (NSD) <▓▓▓▓▓>; William Hodes <▓▓▓▓▓>; Jesse Binnall <▓▓▓▓▓>; Molly McCann

> <█████████████████>; ████████████████████
> **Subject:** Exhibits and references in Reply
>
> Ms. Ballantine, As it stands now, we plan to include references to and quotes from some of the materials under the protective order. This includes the various 302s of the 24th, ████████████████, ████s 302, and the agents notes.  Please as advise if you agree we may file and discuss those exhibits without being sealed. Thank you, Sidney Powell
>
>
> Sidney Powell PC
> SidneyPowell.com
> FederalAppeals.com
>
> Federal appellate attorney + author of best-seller LICENSED TO LIE: Exposing Corruption in the Department of Justice + Senior Fellow of the London Center for Policy Research
> This communication is attorney-client privileged and confidential.

--
**Molly McCann**
**Of Counsel, Sidney Powell P.C.**
████████████
[federalappeals.com](federalappeals.com)
@molmccann



**Molly McCann**

# Re: Please Review & Advise
1 message

**Sidney Powell**  Wed, Oct 23, 2019 at 11:10 AM
To: Molly McCann <​​​​​​​​​​​​​​​​​​>, "Van Grack, Brandon (NSD)" <​​​​​​​​​​​​​​​​​​>, "Ballantine, Jocelyn (USADC)" <​​​​​​​​​​​​​​​​​​>
Cc: "Jesse R. Binnall" <​​​​​​​​​​​​​​​​​​>, William Hodes <​​​​​​​​​​​​​​​​​​>, Lindsay McKasson <​​​​​​​​​​​​​​​​​​>

Without a proposed redacted version from you that can be unsealed today or an assurance it will be resolved today, we will be seeking relief from the court by 5 p.m. Thank you, Sidney Powell

Sidney Powell PC
SidneyPowell.com
FederalAppeals.com

Federal appellate attorney + author of best-seller LICENSED TO LIE: Exposing Corruption in the Department of Justice + Senior Fellow of the London Center for Policy Research
This communication is attorney-client privileged and confidential.

---

**From:** Ballantine, Jocelyn (USADC) <​​​​​​​​​​​​​​​​​​>
**Sent:** Wednesday, October 23, 2019 10:39:26 AM
**To:** Sidney Powell <​​​​​​​​​​​​​​​​​​>; Molly McCann <​​​​​​​​​​​​​​​​​​>; Van Grack, Brandon (NSD) <​​​​​​​​​​​​​​​​​​>
**Cc:** Jesse R. Binnall <​​​​​​​​​​​​​​​​​​>; William Hodes <​​​​​​​​​​​​​​​​​​>; Lindsay McKasson <​​​​​​​​​​​​​​​​​​>
**Subject:** RE: Please Review & Advise

Ms. Powell,

As Mr. Van Grack explained to you yesterday, we promptly forwarded your filing to the various equity holders to review for redaction. There is information in your filing beyond that which you flagged for us on Sunday. In addition, there is one sensitive matter that is unlikely to be resolved before the end of the day. We are working expeditiously to address these issues.

Jocelyn

**From:** Sidney Powell <​​​​​​​​​​​​​​​​​​>
**Sent:** Wednesday, October 23, 2019 10:33 AM
**To:** Molly McCann <​​​​​​​​​​​​​​​​​​>; Ballantine, Jocelyn (USADC)

<███████████>; Van Grack, Brandon (NSD) <███████████>
**Cc:** Jesse R. Binnall <███████████>; William Hodes <███████████>; Lindsay McKasson <███████████>
**Subject:** Re: Please Review & Advise

Mr. Van Grack, Please be advised if we have not received your proposed redactions as to the Reply brief itself by 1 p.m. today, we will be filing a motion with the court. Sidney Powell

Sidney Powell PC

SidneyPowell.com

FederalAppeals.com

Federal appellate attorney + author of best-seller LICENSED TO LIE: Exposing Corruption in the Department of Justice + Senior Fellow of the London Center for Policy Research

This communication is attorney-client privileged and confidential.

---

**From:** Van Grack, Brandon (NSD) <███████████>
**Sent:** Tuesday, October 22, 2019 3:34:36 PM
**To:** Molly McCann <███████████>; Ballantine, Jocelyn (USADC) <███████████>
**Cc:** Jesse R. Binnall <███████████>; William Hodes <███████████>; Sidney Powell <███████████>; Lindsay McKasson <███████████>
**Subject:** RE: Please Review & Advise

Thank you, Molly. We have circulated the motion, and your proposed edits, to the appropriate entities. I don't know when that review will be complete, but we will move as fast as we can. Nevertheless, I can represent that we will need to request redactions beyond what you propose.

Brandon

**From:** Molly McCann <███████████>
**Sent:** Tuesday, October 22, 2019 12:45 PM
**To:** Van Grack, Brandon (NSD) <███████████>; Ballantine, Jocelyn (USADC) <███████████>
**Cc:** Jesse R. Binnall <███████████>; William Hodes <███████████>; Sidney Powell <███████████>; Lindsay McKasson <███████████>
**Subject:** Please Review & Advise



Dear Counsel,

Attached for your review are our proposed redactions, in accord with the redactions you made in the original Motion to Compel. In addition, until you can complete your review process we would expect to keep the exhibits under seal.

We'd like to resolve this as soon as possible given the national interest in this litigation and the fair administration of justice.

Please advise,

Molly McCann

**Molly McCann**

**Of Counsel, Sidney Powell P.C.**

███████████

[federalappeals.com](federalappeals.com)

@molmccann