IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

**CONSENT MOTION TO FILE REDACTED REPLY BRIEF**

Mr. Flynn filed his Reply to the Government's Opposition to the Motion to Compel on October 22, 2019, under seal because it refers to information covered by the Agreed Protective Order. Dkt. 127. The government has now circulated proposed redactions to Mr. Flynn's Reply, as well as proposed redactions to five of the exhibits Mr. Flynn included in his filing—Exhibits 2, 5, 6, 11, and 12. The government has not redacted anything from Exhibits 1, 3, 4, 7, 8, 9, 10, 13, 14, 15, 16. Mr. Flynn accepts the government's proposed redactions to the brief and to the five exhibits. Therefore, Mr. Flynn and the government agree that these documents may all be filed on the public docket.

Dated: October 24, 2019

Respectfully submitted,

<u>Sidney Powell</u>
Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219
Tel: (214) 07-1775
sidney@federalappeals.com
*Admitted Pro Hac Vice*

2

<u>Jesse R. Binnall</u>
Jesse R. Binnall, VSB # 79292
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
jbinnall@harveybinnall.com


<u>W. William Hodes</u>
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32163
Tel: (352) 399-0531
wwh@hodeslaw.com
Admitted *Pro Hac Vice*