# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | Criminal Action No. 17-232-EGS |

## ORDER GRANTING MOTION TO FILE PROPOSED REDACTED REPLY BRIEF

Mr. Flynn filed a Motion, agreed by the government, requesting the Court filed his Reply and exhibits, as redacted by the government, on the public docket.

Mr. Flynn's motion is GRANTED.

THE COURT ORDERS the redacted Reply brief, five redacted exhibits, and 11 unredacted exhibits—all attached as Exhibit A to Mr. Flynn's motion—be filed on the public docket.

Date: _____        _____
The Honorable Emmet G. Sullivan, Jr.
United States District Judge