| | |
|---|---|
| | **FLYNN KEY EVENT TIMELINE** |
| **Date** | **Event** |
| 07/19/2016 | Lisa Page texts Peter Strzok "*Donald Trump is an enormous d\*uche*" |
| 07/21/2016 | Trump accepts the GOP nomination (General Flynn joined the Trump Campaign sometime in 2015) |
| 07/25/2016 | Lisa Page texts Peter Strzok: "*I can't imagine either one of you could talk about anything in detail meaningful enough to warrant recusal*," referring to Judge Contreras. Peter Strzok replies: "*Really? Rudy, I'm in charge of espionage for the FBI. Any espionage FISA comes before him, what should he do? Given his friend oversees them?*" |
| 10/15/2016 | John Carlin announced his resignation on 9/27/2016 - Formally left the NSD on 10/15/2016 |
| 10/20/2016 | Strzok texts "…*Trump is a fucking idiot*…" |
| 11/8/2016 | Trump Election Day; Gen. Flynn publishes op-ed in The Hill about Gulen |
| 11/17/2016 | President-elect Trump names Michael Flynn as his National Security Advisor |
| 11/30/2016 | DOJ issues FARA to Flynn |
| 12/22/2016 | Flynn calls multiple countries re: UN Action |
| 12/29/2017 | Flynn returns call from Kislyak in DR |
| 01/10/2017 | Passing the Baton Ceremony |
| Jan/2017 | DOJ/FBI know no basis to prosecute Flynn for Logan Act |
| 01/12/2017 | David Ignatius -- Washington Post: "According to a senior U.S. government official, Flynn phoned Russian Ambassador Sergey Kislyak several times on Dec. 29, the day the Obama administration announced the expulsion of 35 Russian officials. . . . " |
| 01/22/2017 | General Flynn is sworn in as National Security Advisor. The Wall Street Journal reports that US counterintelligence agents have been investigating Flynn's communications with Russian officials |
| 01/23/2017 | WP reports, "There was no active investigation on Flynn & no evidence of wrong doing U.S. officials said." |
| 01/23/2017 | Lisa Page texts Peter Strzok: "*I can feel my heart beating harder, I'm so stressed about all the ways THIS has the potential to go fully off the rails*." |
| 01/23/2017 | Multiple FBI executives meet to plan/strategize interview of Flynn so as not to alert him to investigation and to keep him "relaxed" |
| 01/24/2017 | FBI Agents interview Flynn; report to multiple people they believed Flynn |
| 01/24/2017 | Peter Strzok texts Lisa Page: "*Describe the feeling, nervousness, excitement knowing we had just heard him denying it all, knowing we'd have to pivot into asking. Puzzle round and round about it. Talk about the funny details. Remember what I said that made Andy laugh and ask if he really said that*." |

| | |
|---|---|
| 01/30/2017 | DOJ has internal memo--still not produced--that clears Flynn of being an "agent of Russia." |
| 02/13/2017 | Gen. Flynn resigns as National Security Advisor |
| 02/13/2017 | DOJ FARA division David Laufman calls Covington to pressure FARA filing |
| 02/14/2017 | Comey meets with Trump who "hopes" he will "let the Flynn thing go." Comey writes memo with obstruction claim. Strzok-Page text: "Also, is Andy good with F 302?" Strzok-Page text "Launch on f 302" |
| 02/15/2017 | McCabe approves Flynn 302 |
| 03/07/2017 | Covington files FARA Registration |
| 03/31/2017 | First reports allege Flynn relationship with Svetlana Lokhova - instigated by Stefan Halper |
| 04/05/2017 | The Department of Justice issues subpoena on Flynn Intel Group Inc. re: FARA registration |
| 05/09/2017 | President Trump fires James Comey |
| 05/09/2017 | Page/Strzok text: "And we need to open the case we have been waiting on now while Andy is acting." |
| 05/10/2017 | McCabe opens obstruction investigation on President Trump |
| 05/10/2017 | Senate Intel Committee Subpoenas Flynn |
| 05/10/2017 | Page/Strzok Text: "We need to lock in [redacted]. In a formal chargeable way. Soon." |
| 05/11/2017 | Mary McCord - Acting Assistant Attorney General - DOJ's National Security Division leaves DOJ |
| 05/16/2017 | NYT Publishes story based on Comey's leaked memo |
| 05/17/2017 | Robert Mueller named Special Counsel |
| 5/23/2017 | Covington receives 2 subpoenas from SSCI to FIG Inc., FIG LLC, and a narrow subpoena to Gen. Flynn |
| 5/31/2017 | Covington receives 2 subpoenas from HPSCI to Gen. Flynn and FIG LLC dated 5/25/2017 |
| Mid June | Lisa Page leaves Special Counsel and DOJ. IG notifies Mueller of text messages. |
| 07/26/2017 | FBI raids Manafort's home; searches his wife in bed at gunpoint |
| 07/27/2017 | Peter Strzok demoted |
| 07/28/2017 | The Department of Justice collects Gen. Flynn's phone and computer |
| 10/20/2017 | Rosenstein Authorizes Mueller to Target Michael Flynn Jr. |
| 11/16/2017 | General Flynn interviews with the SCO |
| 11/17/2017 | General Flynn interviews with the SCO |
| 11/19/2017 | General Flynn interviews with the SCO |
| 11/20/2017 | General Flynn interviews with the SCO |
| 11/21/2017 | General Flynn interviews with the SCO |
| 11/22/2017 | Prosecution produces Flynn 302 (final one) to Covington |
| 11/29/2017 | Extensive meeting with SCO; late in day Flynn agrees to plead to one count and continue cooperating with US |

| | |
|---|---|
| 11/30/2017 | Late afternoon, prosecutors make last minute telephonic disclosure of electronic communications showing a preference for one candidate<br><br>General Flynn signs plea agreement to one 1001 count for making false statements to the FBI on 01/24/2017 and signs cooperation agreement |
| 12/01/2017 | Judge Contreras takes Flynn guilty plea at 10:30 a.m. |
| 12/02/2017 | Press breaks news of Strzok Page texts, affair, and anti-Trump malice; OIG issues rare statement re investigation |
| 12/04/2017 | CNN reveals that Strzok changed wording of Comey's Clinton speech to avoid statutory language of gross negligence |
| 12/06/2017 | Bruce Ohr demoted at DOJ |
| 12/07/2017 | News breaks that Bruce Ohr was in contact with Fusion GPS while FISA application was submitted and granted;<br>Judge Contreras recused |
| 12/07/2017 | Judge Sullivan assigned case |
| 02/12/2017 | First Brady order entered (Dkt. 10) |
| 12/20/2017 | James Baker - FBI General Counsel - demoted and reassigned |
| 12/23/2017 | Andrew McCabe - Deputy FBI Director - announced retirement effective March 17, 2018 |
| 01/08/2018 | Bruce Ohr - demoted a second time. |
| 01/23/2018 | James Rybicki - Chief of Staff to FBI Director James Comey resigns |
| 01/29/2018 | Andrew McCabe forced to Resign Acting Director Position |
| 02/02/2018 | Josh Campbell - Special Assistant to James Comey – Announced his resignation |
| 02/08/2018 | Michael Kortan FBI Asst. Director Public Affairs - Resigned - Effective 02/15/2018 |
| 02/07/2018 | David Laufman - DOJ National Security Division, Deputy Asst. – announces resignation |
| 02/09/2018 | Rachel Brand - Associate Attorney General - Resigned |
| 02/16/2018 | Judge Sullivan enters Second Brady order (see Dkt. 20) |
| 03/13/2018 | Prosecution's first Brady production includes first actual Strzok-Page texts by link to publicly available information |
| 03/16/2018 | Andrew McCabe - Deputy FBI Director - Fired |
| 3/30/2018 | Greg Bower - FBI Assistant Director for the Office of Congressional Affairs - Resigned |
| 05/04/2018 | James Baker - Senior-Most Legal Counsel at FBI- Resigned |
| 8/10/2018 | Peter Strzok Fired |
| 12/05/2018 | Bill Priestap - Assistant Director - Head of FBI Counterintelligence – announced retirement |