| FLYNN MEETINGS WITH SCO AND PROSECUTORS & GOVERNMENT PRODUCTIONS OF DOCS | | |
|---|---|---|
| Date | With Whom | Person Interviewed |
| **Nov. 16, 2017** | SCO | Flynn |
| **Nov. 17, 2017** | SCO | Flynn |
| **Nov. 20, 2017** | SCO | Flynn |
| **Nov. 21, 2017** | SCO | Flynn |
| **Nov. 22, 2017** | SCO produces 302 (final) | |
| **Nov. 29, 2017** | SCO | Flynn agreed to plead |
| **Nov. 30, 2017** | SCO | Plea agreement signed |
| **Jan. 11, 2018** | SCO | Flynn |
| **Jan. 19, 2018** | SCO | Flynn |
| **Jan. 24, 2018** | SCO | Flynn |
| **March 1, 2018** | SCO | CB Phone Call |
| **March 13, 2018** | First Government Production | |
| **Apr. 25, 2018** | SCO | Flynn |
| **May 1, 2018** | SCO | Flynn |
| **May 4, 2018** | SCO | Flynn |
| **May 17, 2018** | SCO | Flynn |
| **May 23, 2018** | SCO | Flynn |
| **May 25, 2018** | Second Gov. Production | |
| **June 1, 2018** | Third Gov. Production | |
| **June 13, 2018** | SCO | Flynn |
| **June 14, 2018** | SCO | Flynn |
| **June 24, 2018** | Fourth Gov. Production | |
| **June 25, 2018** | EDVA | Flynn |
| **July 26, 2018** | EDVA | Flynn |
| **July 26, 2018** | SCO | Flynn |
| **Sept. 17, 2018** | SCO | Flynn |
| **Oct. 4, 2018** | Fifth Gov. Production Letter | |
| **Oct. 24, 2018** | CB Call with SCO | |
| **Nov. 8, 2018** | Gov. reply to Oct. 15 letter from CB | |
| **Nov. 15, 2018** | CB Call with SCO | |
| **Dec. 14, 2018** | Sixth Production Letter | |
| **Dec. 17, 2018** | CB Call with SCO | |
| **Dec. 18, 2018** | Scheduled Sentencing | POSTPONED |
| **Jan. 28, 2019** | EDVA | Flynn |
| **Feb. 5, 2019** | EDVA | Flynn |
| **Feb. 28, 2019** | EDVA | Flynn |
| **Apr. 5, 2019** | EDVA | Flynn |
| **June 6, 2019** | EDVA | Flynn |
| **June 25, 2019** | EDVA | Flynn |
| **August 16, 2019** | Seventh Gov. Production letter | |