# EXHIBIT 1

1430

[REDACTED]

4 subjects
2 calls ① TRUMP - PUTIN call set-up
② Exchange HOLIDAY GREETINGS
③ Offering condolences for lives lost RUSSIAN plane crash
④ SYRIA conference on ISIS

FLY 1st invited w/ster GRU leadership SPD. All approved. 4 day trip. Summer 2013
Kislyak - I don't know if I met w/ him. Very appreciative. Sergun - GRU UTC - in uniform. Set-up visit
Big visit him to come to US. 28th Feb 2014. Went to Crimea - ① more to tell.
NEXT Time. TRIP TO RUSSIA so much press unbelievable. Never paid by media.
Did RT, Aljazeera, Sky, MSNBC, Speakers Bureau LAI. Request to speak
in Moscow @ RE. AT RT 10th Anniversary. I was paid for that. Speakers bureau paid
me. They took 25%. I may have. Sergun heart attack in Lebanon. He was like me.
Similar background. Sons. Heard Daily - send condolences. Really wasn't part of
Campaigns. Really thought Sergun was a guy we could work with. Connection fight
Terrorism. Chechnya combat scars. Talked @ Afghanistan. Turkish Ambassador killed
20 Jan - up to probably spoken to 30 countries. Multiple people in countries.
Only Russia Kislyak. Direction
Common partner in these things. ① know Trump/Putin get along K. Figure out
Paths work with Russia. Russia and Turk. Soury. Common problem. That was it.
Before Christmas. Mid December. Called NEXT DAY. He said his family loss. Christmas
Day - plane crash. Russian USO. Cyber SASH @ my dinner. Took opportunity
to press condolences. Trying to keep relationship. CJS - MPT conversation.

4+1
Chom
~ K
Russia
Iran
ISIS
→

No affinity Russia - Kislyak   counterpart.   vacay Dom Republic
28th Dec Tuesday - he sends me a text. Can you call me? I didn't see it.
24 hours later. Call you 15-20 mins. I took ahead Dom Republic.
Asked me. Set-up VTC Putin/Trump - 21st. Have him good into
Conference in Astana, Kazakh, Russia, Turkey, Iran, opposition groups
Sent USemb prison. I got back to him. Probably only this post week.
Make decision for representation - FRI/SAT. Observer.
Russia wants lead role for Mid East peace. US. Turkey under wing.
Lack of engagement. Email - Meeting person. Met in NY post election.
Closed door meeting Jared Kushner.
Been to Rosens - before I went to speak at Speaker Boehner
DIA briefing prison. Intel courtesy to see Ambo   30-45 mins. Son w/TT
Late midpart of day. Ambas Res. University Club.   NY meeting Nov
Maybe before Thanksgiving. He was in NY. Acutally sensitive meeting JK @
Sensitive - countries & want White House Takeown. No personal relationship Trump w/ Tower
Set expectations - set u/gu for countries.
UN vote - Settlements - Yes good reminder. Jerry SD 22nd December. Litany countries
Set sense   who stood on that vote. UK. Several. Egypt, Israel, Maybe France. Maybe Kislyak
Get a stronger abstain, veto, abstain. This very
More where they stand. I believe we would change anything. There
needed to be so many to abstain. 14 countries permanent council 579.
Only US abstain. US.          Wasn't Hey if you do this it will be that
Senegal came up - how much              Kind of think, Hey where do
& please consider voting this way?           you stand.
No. Where do you stand? Whats position
Egypt. & like it. Other channels. Delayed on own accord.
DRILL   Exercise - how fast can you get someone on the Line - BATTLE DRILL.
NK - How do we act? How respond?
Mar Lago - Friday or Thursday. Right before Christmas. Boxes us in.

Transition of Govt. Policy
Kislyak - Ropp? 29th spoke. Don't. The conversation was on
VTC, Astana. Think, I had no TV, my govt Black Berry
of recollection? Not really, I don't remember. They don't do anything.
Total Surprise. I didn't know about it until media.
Cyber Briefing - Decision. What
Kislyak - Start off on good foot.  Looking forward to relationship.
    I wouldn't understand it. I can understand PUS of our.
  Start good relationship. Move forward.
  I remember making 4-5 calls. If I did lousy place to call.
  ∅ Long drawn out about don't do something.
Ezra
I person here. Approached Hope Hicks - Someone introduced.
 Close to Trump.
Hope Hicks, John McAtee, Dan Scavino
  Leak of Govt Classified handling, Electronic devices,
  Real world examples, here is what is in play. Threat
  Maybe we take adversaries.