# EXHIBIT 2

Contact w/ RGOR Trump campaign thru many
Wilk thru GOP contact
Who, purpose, form
In person?
Email?
Phone?
Calls: Approx how many? Logs

[REDACTED]

1st to be invited @ru HO BPD   Summer '13  4 day trip
Kislyak knew not sure if thru
Surgun @ru head UTC
28 Feb '14 visit to US but then Crimea
                                    cancelled
Next trips to Russia
Doing media stuff but not paid
RT  apple lines  + Al Jazeera  Skyy + many others
LAT Speakers bureau :  speak in Moscow re ME ?
RT 10th anniv                LAT
1-1 panel discussion         set up + paid him
                    Contracted + had fee = 75k
Heard Surgun had heart attack @ Lebanon

died Lebanon + called Kislyak to send condolences around death
Not part of Sergeun - felt we us could work w/ him
Common fighting terr - scores Chechya + AF
Next time Turk Ambo killed post-election
Up to 20 Jan spoke easily 30 different countries + multiple people w/ in countries
Kislyak only person in Russia
4 + 1  PRC APRR Iran Russia ISIS
If cannon partner
Short call: Sorry it happened, common enemy in radical Islam, that was it = before Xmas
mid-Dec day after assassination
(Xmas day airplane crash USO equiv)
Called w/ condolences for crash + that was it
Goal: keep relationship going

Xmas day vacation to Dom Rep 5 days
28th (Tues): Kislyak sends text: Can you call
didn't see text till 29th not checking
29th I'll call 15-20 min
K asked: Can we set up VTC btwn P-T for 1/25
Conference in Astana: Rus (sent someone Turk Iran, oppo groups   from Damb)
My level? No, someone lower
Will get back, but didn't until this past night
Didn't decide until this Fri-Sat to attend
Rus wants lead in ME peace we want Turkey

in Nov early on before Thanksgiving
Met in NY post-election, Grads of [?] advisor came to Trump tower w/ Jared Kushner
Been to Trump before speaking
Did d̶u̶e̶ due diligence prep, then saw Ambo & E̶m̶b̶s̶ prior Amb rus.
30-45 min courtesy call

Kislyak in NY mtg w/ UN Ambo & + JK @ Trump Tower

Treasury sanctions still in bag. Treasury action

He wasn't aware of mtg, sounded late

That's a good reminder

22 Dec UN
Called a bunch        UK      Egypt  Israel
Don't know it called      R   might I did   Senegal
                                              France
14 total 5 + x need to abstain

What is your position
No: hey if you do this...

# Any      vote this way, slow down
       No
Egypt didn't like, was ask to delay 1 day
Appreciate you reminding me that was another convo

Maybe Thurs-Fri prior to Xmas, had been @
FL w/ POTUS
Did Iran GSA campaign R

Spoke on 29th
Expectations                               No recollection of that
Surprise

Still

M.S. calls that day? if so, don't remember. If so, busy
place to make phone calls

Nothing long drawn out Just do something

OP: Hope
    John McAtee
    Don Scavino   , there were some

Ltr classified stuff: Examples
                      Things in story
                      More substantial now than told who
Ezra: Someone knows introduced themselves to Hicks

Mahon Air

DOJSCO-700021195