# EXHIBIT 4

FD-302 (Rev. 5-8-10)

- 1 of 1 -


OFFICIAL RECORD

FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/02/2018

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ was interviewed via telephone. Also present was Senior Assistant Special Counsel Brandon Van Grack. On January 29, 2018, the Special Counsel's Office received an e-mail stating that a member of the media had received information that ▇▇▇▇ told the Office of Inspector General that Deputy Director Andrew McCabe pressured ▇▇▇▇ to change the FD-302 documenting the interview of Michael Flynn. After being advised of the identity of the interviewing Agent and the nature of the interview, ▇▇▇▇ provided the following information:

McCabe did not pressure ▇▇▇▇ to change the FD-302 documenting the interview of Flynn. No one at the FBI pressured ▇▇▇▇ to change the FD-302. ▇▇▇▇ did not tell anyone that McCabe or anyone else at the FBI pressured him to change the FD-302. Peter Strzok never told ▇▇▇▇ that anyone pressured Strzok to change the FD-302. ▇▇▇▇ has no information on any pressure to change the FD-302. ▇▇▇▇ believes that all of the information in the FD-302 is accurate.

Investigation on   01/31/2018   at   Washington, District Of Columbia, United States (Phone)

File #   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇   Date drafted   01/31/2018

by   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJSCO-700022313