# EXHIBIT 5

MEMO TO FILE

Date: November 16, 2017

From: Brandon L. Van Grack

On November 1, 2017, SASC Zainab Ahmad, SA William Barnett, and I met with attorneys for General Michael T. Flynn from Covington, Robert Kelner, Stephen Anthony, and Alexandra Langton to discuss their client assisting the investigation and resolving the matter. At the meeting, I raised the fact that there may be a potential conflict in Mr. Kelner and Covington's representation of General Flynn because among the criminal charges our office was considering were false statements General Flynn made in documents filed with the Department of Justice on March 7, 2017, which Kelner and Covington helped prepare.  At that meeting, Mr. Kelner stated that they (Covington) were aware of the potential conflict, had previously discussed it with their client, and that their client was interested in nevertheless continuing to be represented by Covington.

On November 16, 2017, at approximately 10:00am, Zainab and I spoke with Stephen Anthony over the phone. The purpose of the call was to confirm, before our proffer session with General Flynn later that afternoon, that their client waived any such conflict. Mr. Anthony stated that they had "thoroughly discussed" the issue with their client, including that they (Covington) could be fact witnesses and have differing interests from their client on issues relating to the alleged false statements. Mr. Anthony further represented that Flynn waived "any such conflict."