| Date/Time | Box | Message |
|---|---|---|
| 2016-07-19 02:23:29, Tue | OUTBOX | And wow, Donald Trump is an enormous d*uche. |
| 2016-07-19 10:16:23, Tue | INBOX | Hi. How was Trump, other than a douche? Melania? |
| 2016-07-19 10:18:31, Tue | OUTBOX | Trump barely spoke, but the first thing out of his mouth was "we're going to win soooo big." The whole thing is like living in a bad dream. |
| 2016-07-19 10:19:41, Tue | INBOX | Jesus |

| Date/Time | Box | Message |
|---|---|---|
| 2016-07-19 11:20:06, Tue | OUTBOX | God, it's just a two-bit organization. I do so hope his disorganization comes to bite him hard in November. |
| 2016-07-19 11:21:13, Tue | INBOX | It HAS to, right? Right?!? Panicked \U0001f628 |

| Date/Time | Box | Message |
|---|---|---|
| 2016-07-20 00:14:02, Wed | INBOX | Hopefully you get home in time for crazy - ass grain storage pyramid Ben Carson tonight. |
| 2016-07-20 00:14:10, Wed | INBOX | Pence being introduced |
| 2016-07-20 00:14:42, Wed | INBOX | Blech eating late. |
| 2016-07-20 00:55:52, Wed | OUTBOX | Omg you need to read the top four most popular on nyt right now. Kinda makes you feel like this is all a bad dream?... |
| 2016-07-20 00:58:22, Wed | INBOX | Hell, look at the top 6. I think the downfall of Rome wad like this... |
| 2016-07-20 01:12:03, Wed | OUTBOX | Mitch McConnell always reminds me of a turtle. |

| Date/Time | Box | Message |
|---|---|---|
| 2016-07-21 08:52:19, Thu | OUTBOX | This is really shocking.\n\nDonald Trump Sets Conditions for Defending NATO Allies Against Attack http://nyti.ms/2ai4u3g |
| 2016-07-21 09:09:58, Thu | OUTBOX | This campaign is like watching a train wreck happen over and over and over again.\n\nHow Donald Trump Picked His Running Mate http://nyti.ms/2a8aCJ9 |
| 2016-07-21 09:40:02, Thu | INBOX | Trump is a disaster. I have no idea how destabilizing his Presidency would be |

| Date | Box | Message |
|---|---|---|
| 2016-07-25 00:44:07, Mon | OUTBOX | Peter. It wasn't me. No memory of minority mention or any of it. I'm sorry. |
| 2016-07-25 00:44:47, Mon | OUTBOX | Go ask her. Thought of it because you had to Google FISC judges and saw him there. I'm telling you. |
| 2016-07-25 00:50:43, Mon | INBOX | I just did. She confirmed I hadn't. So either in told you or wanted to tell you and hadn't. She brought up a good point about being circumspect in talking to him in terms of not placing him into a situation where he'd have to recuse himself. |
| 2016-07-25 00:52:07, Mon | OUTBOX | I can't imagine either one of you could talk about anything in detail meaningful enough to warrant recusal. |
| 2016-07-25 00:52:23, Mon | OUTBOX | Anyway, maybe you meant to, but you didn't. |
| 2016-07-25 00:53:08, Mon | INBOX | Really? Rudy, I'm in charge of espionage for the FBI. Any espionage FISA comes before him, what should he do? Given his friend oversees them? |
| 2016-07-25 00:53:55, Mon | INBOX | Ok, I believe you that I didn't. Thought I had. Happy to (indeed, wanted to and thought I did) talk about it with you. |
| 2016-07-25 00:56:24, Mon | OUTBOX | standards for recusal are quite high. I just don't think this poses an actual conflict. And he doesn't know what you do? |
| 2016-07-25 01:00:00, Mon | INBOX | Generally he does know what I do. Not the level or scope or area. But he's super thoughtful and rigorous about ethics and conflicts. M suggested a social setting with others would probably be better than a one on one meeting. I'm sorry, I'm just going to have to invite you to that cocktail party. |
| 2016-07-25 00:09:56, Mon | OUTBOX | Jesus, did you read this?\n\nIs Donald Trump a Racist? http://nyti.ms/2aiqD08 |
| 2016-07-27 00:21:39, Wed | OUTBOX | Yeah, it is pretty cool. She just has to win now. I'm not going to lie, I got a flash of nervousness yesterday about trump. The sandernistas have the potential to make a very big mistake here... |
| 2016-08-06 14:38:09, Sat | OUTBOX | Jesus. You should read this. And Trump should go f himself. \n\nMoment in Convention Glare Shakes Up Khans\u2019 American Life http://nyti.ms/2aHuLE0 |
| 2016-08-06 14:53:36, Sat | INBOX | God that's a great article. \U0001f621\U0001f61e\U0001f61e\u2764\n\nThanks for sharing. \n\nAnd F Trump. |
| 2016-08-06 14:55:00, Sat | OUTBOX | And maybe you're meant to stay where you are because you're meant to protect the country from that menace. To that end, read this: |
| 2016-08-06 14:55:19, Sat | OUTBOX | Trump\u2019s Enablers Will Finally Have to Take a Stand http://nyti.ms/2aFakry |
| 2016-08-06 15:04:43, Sat | INBOX | Thanks. It's absolutely true that we're both very fortunate. \n\nAnd of course I'll try and approach it that way. I just know it will be tough at times.\n\nI can protect our country at many levels, not sure if that helps... |

| Date | Box | Message |
|---|---|---|
| 2016-08-26 16:42:40, Fri | INBOX | Just went to a southern Virginia Walmart. I could SMELL the Trump support.... |

| Date | Box | Message |
|---|---|---|
| 2016-10-19 11:54:12, Wed | INBOX | It's ▇ Briefed up Bill with that and dates. He will provide to Andy. |
| 2016-10-19 13:04:19, Wed | INBOX | Came up with election night plan - we should all hit HH somewhere. Figure this damn thing better be called early. \U0001f612\n\nYou watching the debate tonight? |
| 2016-10-19 13:04:50, Wed | OUTBOX | That's a good plan. |
| 2016-10-19 13:04:59, Wed | OUTBOX | ▇ |
| 2016-10-19 20:18:08, Wed | OUTBOX | DAG approved. I told ▇ already to stand by for one edit. Am going to go tell andy now. |
| 2016-10-19 20:23:06, Wed | OUTBOX | Might be a minute past 4:30 because I am waiting for Andy to leave d office to tell him. |
| 2016-10-19 20:31:29, Wed | OUTBOX | Yeah. But still waiting for Andy. |
| 2016-10-20 00:34:16, Thu | INBOX | ▇ You got a bonus from MYE. |
| 2016-10-20 00:37:04, Thu | INBOX | Just write, look, I'm supposed to get some small amount, ▇ or something I, for MYE. Plus some time off. Then do 4-5 days. \n\nPlease. I insist. I'll make up the $ in per diem in London... |
| 2016-10-20 00:54:15, Thu | INBOX | You gotta watch the debates.... |
| 2016-10-20 00:57:07, Thu | OUTBOX | I'm not watching. I honestly don't want to. It is not worth the stress to me. |
| 2016-10-20 01:15:12, Thu | INBOX | ▇ I cannot believe what I am hearing. |
| 2016-10-20 01:15:44, Thu | INBOX | I am riled up. Trump is a fucking idiot, is unable to provide a coherent answer. |
| 2016-10-20 01:16:28, Thu | OUTBOX | Please. I honestly don't want to know. |
| 2016-10-20 01:20:41, Thu | OUTBOX | ▇ It's not worth your stress either. ▇ |

| Date | Box | Message |
|---|---|---|
| 2016-11-08 01:56:33, Tue | INBOX | OMG THIS IS F*CKING TERRIFYING:\nA victory by Mr. Trump remains possible: Mrs. Clinton\u2019s chance of losing is about the same as the probability that an N.F.L. kicker misses a 38-yard field goal. |
| 2016-11-08 02:05:51, Tue | OUTBOX | Yeah, that's not good. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2017-01-23 06:45:42 | ▇ | | Incoming | | I can feel my heart beating harder, I'm so stressed out about all the ways this has the potential to go fully off the rails. |
| 2017-01-23 06:56:28 | ▇ | | Outgoing | Read | I know. I just talked with ▇ we're getting together as soon as I get in to finish that write up for Andy this morning. I reminded ▇ about how I had told Bill and the entire group that we should wait 30 to 60 days after the inauguration to change how were managing this stuff. As it is, he went ahead, and everything is completely falling off the rails. I think our stuff is good on our cases, but I have no hope or understanding about what they're doing on Jens side of the house. |

| | | | |
|---|---|---|---|
| PS-outgoing | 1/24/17 | 19:24 | Describe the feeling, nervousness, excitement knowing we had just h |
| PS-outgoing | 1/24/17 | 19:24 | eard him denying it all, knowing we'd have to pivot into asking. |
| PS-outgoing | 1/24/17 | 19:24 | Puzzle round and round about it. Talk about the funny details. Reme |
| PS-outgoing | 1/24/17 | 19:24 | mber what I said that made Andy laugh and ask if he really said tha |
| PS-outgoing | 1/24/17 | 19:52 | Also, have some faith in ▇ and my assessment. Of course there's room for disagreement or error. But we were pretty convinced. It's fine to disagree - |
| PS-outgoing | 1/24/17 | 19:52 | your hesitation to tell me you did worried me a little bit. |
| PS-incoming | 1/24/17 | 21:31 | Okay, I'm crawling into bed now. I have the utmost faith in both your thinking. And I don't remember andy laughing or saying that! What was it about? Sur |
| PS-outgoing | 1/24/17 | 21:51 | A) thank you. Its important to me that you feel that. I'm finding it hard to go out on a counterintuitive yet strongly felt ledge with so many competent |
| PS-outgoing | 1/24/17 | 21:51 | voices expressing what I feel, too: bullsh*t - that doesn't make sense. B) I made some joke about what F said. Something patriotic or military. C) not t |
| PS-incoming | 1/25/17 | 05:45 | A) I get it. I'm sorry that I don't know what advice to offer you; it was clear that you both walked in and felt very strongly, so that obviously counts |
| PS-incoming | 1/25/17 | 05:45 | for something. B) You made a joke about the military band, though I can remember exactly what you said. C) Jesus, what happened now?! |

| | | | | |
|---|---|---|---|---|
| 2017-02-07 19:21:33 | ▇ | Incoming | | How did convo re Jen go?<br><br>And god, thP���f▇3▇ %▇ |
| 2017-02-08 19:02:37 | ▇ | Outgoing | | Just heard from ▇, he said he went "up to Flynn's office" and was unable to get valiu��n▇3 %▇ |

| | | | |
|---|---|---|---|
| PS-outgoing | 2/10/17 | 18:02 | Hey I was considering what you said, please just drop off what you have, I will incorporate it tonight /tomorrow and email back out to you. Thanks for yo |
| PS-outgoing | 2/10/17 | 18:02 | ur time on it. |
| PS-incoming | 2/10/17 | 19:09 | It's fine. Unrelated, but you need to finalize that asap. I wouldn't be surprised if following this evening's events that a request comes in to see it. |
| PS-outgoing | 2/10/17 | 19:11 | A) I don+M1625't believe you. And I love you.   B) thank yiu. I'm going back in tonight to do so |
| PS-incoming | 2/10/17 | 19:12 | I gave my edits to Bill to put on your desk. |
| PS-outgoing | 2/10/17 | 21:50 | Bill didn't leave your edits in my office. I found them in his, so pls let me know if you're not ok with my grabbing them (ie, you told me you gave them |
| PS-outgoing | 2/10/17 | 21:50 | to him). And thank you. I appreciate your time. |
| PS-incoming | 2/10/17 | 22:32 | Yes, it's no problem. You can say I emailed you to tell you I left them with him. |
| PS-outgoing | 2/10/17 | 22:36 | I made your edits, and sent them to Joe. I also emailed you an updated 302. I'm not asking you to edit it this weekend, I just wanted to send it to you. |
| PS-outgoing | 2/10/17 | 22:37 | And hopefully it doesn't need much more editing. I will polish it this weekend, and have it ready for Monday. I really appreciate your time and edits. |

| | | | | | |
|---|---|---|---|---|---|
| 2017-02-13 07:58:53 | | | Outgoing | | Cool. Sure. I just told ▌ I was going to go based on what ▌ told me but that I needed to talk to Bill. |
| 2017-02-13 08:28:23 | | | Outgoing | | Hi. You go to morning briefs? |
| 2017-02-13 08:32:42 | | | Incoming | | No |
| 2017-02-13 08:32:53 | | | Incoming | | Had to meet with ▌ re the EAD prep today. |
| 2017-02-13 08:43:35 | | | Outgoing | | Talk quickly? |
| 2017-02-13 08:43:55 | | | Incoming | | Sure. Call dek�� |
| 2017-02-13 08:54:52 | | | Incoming | | I'm done if you want to call back. |
| 2017-02-13 08:56:15 | | | Incoming | | Nevermind I'm making calls. |
| 2017-02-14 15:37:38 | | | Outgoing | | Also, is Andy good with F 302? |

| Date | Phone Number | | Direction | Status | Text Content |
|---|---|---|---|---|---|
| 2017-02-14 15:38:20 | | | Outgoing | | Fyi, have wrap at 345. Done at 430 |
| 2017-02-14 15:50:41 | | | Incoming | | Launch on f 302. |
| 2017-02-14 15:56:29 | | | Outgoing | | K thank you.<br><br>Andy still leaving early? |
| 2017-02-14 15:56:49 | | | Incoming | | Supposed to, but still here. |
| 2017-02-14 21:06:39 | | | Outgoing | | Just imsged |
| 2017-02-15 21:24:00 | From: | Lisa Page | Incoming | Read | Note the bcc. |
| 2017-02-15 21:25:00 | To: | Lisa Page | Outgoing | Sent | K |

| Date | From/To | Contact | Direction | Status | Message |
|---|---|---|---|---|---|
| 2017-05-09 20:14:00 | From: ▓▓▓ Strzok | Peter P. II | Outgoing | Read | And we need to open the case we've been waiting on now while Andy is acting. |
| 2017-05-10 05:29:00 | To: ▓▓▓ Strzok | Peter P. II | Incoming | Sent | We need to lock in ▓▓▓. In a formal chargeable way. Soon. |
| 2017-05-10 05:30:00 | From: ▓▓▓ Strzok | Peter P. II | Outgoing | Read | I agree. I've been pushing and I'll reemphasize with Bill. |

| Date | | Message | |
|---|---|---|---|
| 2017-06-01 10:33:55, Thu | INBOX | Lisa. I don't think that's true. You won't be least impressive. You (and/or i, if I go) will solidly hold our own. Thats more than enough for you when it's all done. And that group will forever take take of itself. Look at the Enron crew. | sms |