SECRET//NOFORN

### RYBICKI, JAMES E. (DO) (FBI)

| | |
|---|---|
| From: | COMEY, JAMES B. (DO) (FBI) |
| Sent: | Saturday, January 07, 2017 1:42 PM |
| To: | MCCABE, ANDREW G. (DO)(FBI); BAKER, JAMES A. (OGC) (FBI); RYBICKI, JAMES E. (DO) (FBI) |
| Cc: | COMEY, JAMES B. (DO) (FBI) |
| Subject: | My notes from private session with PE on 1/6/17 -- SECRET//ORCON/NOFORN |

Classification: SECRET//ORCON/NOFORN

Classified By: Director
Derived From: FBI NSIC dated 20130301
Declassify On: 20271231

What follows are notes I typed in the vehicle immediately upon exiting Trump Tower on 1/6/17. Although I wrote this less than five minutes after the meeting and have tried to use actual words spoken, including quoting directly in some places, I have not used quotation marks throughout because my purpose was to capture the substance of what was said. I am not sure of the proper classification here so have chosen SECRET. Please let me know of it should be higher or lower than that.

Notes begin here:

1.4)(C) uring my briefing on the [redacted] material in the main body of the meeting, I mentioned the derog files on [redacted]
1.4)(c) [redacted]
[redacted] I said we were doing that.

At the conclusion of our session, the COS asked whether there is anything we haven't mentioned that they should know or that might come out. I said there was something that Clapper wanted me to speak to the PE about alone or in a very small group. COS asked whether the group of COS, VPE, and PE was okay or whether I wanted to be alone. I told him it was up to the PE, who quickly said that he and I would meet alone.

After others left the room, we sat at the table. He began by telling me that I had had one heck of a year but that I had conducted myself honorably and had a great reputation. He said I was repeatedly put in impossible positions. He said you saved her and then they hated you for what you did later, but what choice did you have? He said he thought very highly of me and looked forward to working with me, saying he hoped I planned to stay on. I assured him I intended to stay. He said good.

I then executed the session exactly as I had planned. I told him that I wanted to meet with him to tell him more about
1.4)(C) hat is in the reports written by [redacted] although I didn't use that name) I said that the written reports
1.4)(C) emselves were [redacted] and the content known at IC senior level and that I didn't want him caught cold by some of the detail. I then explained that the [redacted]
1.4)(C) [redacted]

1

Classified by: ADCD
Derived from: FBI NSIG,
dated 20130301
Declassify on: 20421231

NSC Declassification Review [EO 13526]   SECRET//NOFORN
DECLASSIFIED IN PART
4/19/2018

SECRET//NOFORN

I said, the Russians allegedly had tapes involving him and prostitutes at the Presidential Suite at the Ritz Carlton in Moscow from about 2013. He interjected, "there were no prostitutes; there were never prostitutes." He then said something about him being the kind of guy who didn't need to "go there" and laughed (which I understood to be communicating that he didn't need to pay for sex). He said "2013" to himself, as if trying to remember that period of time, but didn't add anything. He said he always assumed that hotel rooms he stayed in when he travels are wired in some way. I replied that I do as well.

I said I wasn't saying this was true, only that I wanted him to know both that it had been reported and that the reports were in many hands. I said media like CNN had them and were looking for a news hook. I said it was important that we [1.4)(C)] not give them the excuse to write that the FBI has the material or ▓▓▓▓▓▓▓▓ and that we were keeping it very close-hold. He said he couldn't believe they hadn't gone with it. I said it was inflammatory stuff that they would get killed for reporting straight up from the source reports.

He then started talking about all the women who had falsely accused him of grabbing or touching them (with particular mention of a "stripper" who said he grabbed her) and gave me the sense that he was defending himself to me. I responded that we were not investigating him and the stuff might be totally made up but it was being said out of Russia and our job was to protect the President from efforts to coerce him. I said we try to understand what the Russians are doing and what they might do. I added that I also wanted him to know this in case it came out in the media.

He said he was grateful for the conversation, said more nice things about me and how he looks forward to working with me and we departed the room.

JBC

---

Classification: SECRET//ORCON/NOFORN

2

SECRET//NOFORN

UNCLASSIFIED//FOUO

I attended an Oval office homeland threat briefing for the President today. The meeting was scheduled for 4 pm but was delayed by a prior meeting, which was apparently related to the ongoing litigation over the immigration executive order. The AG and Sec DHS were in the earlier meeting and remained in the Oval when my meeting began, at about 4:15.

There were about a dozen people in the Oval for the homeland session. I sat facing the President over the Resolute Desk in a semi-circle of 6 chairs. DD/CIA sat to my left and D/NCTC to my right. Staff members occupied the couches and chairs behind me. Tom Bossert perched on the arm of a couch to steer the session. I noticed Jared Kushner and Stephen Bannon by face. Mike Dempsey and the VP's NSA were also there, and two or three others (I think including Reince Priebus).

At the completion of the session, the President thanked everyone and said he wanted to speak with me alone. The AG lingered momentarily by my chair, but the President thanked him and said he wanted to meet with Jim. He repeated this at least one more time to usher people out. Everyone left except Jared Kushner, who stopped by my chair to shake hands and exchange pleasantries, including a few brief words about the challenges of the email investigation. The President joined in this brief exchange but then told Mr. Kushner that he wanted to meet with me. That left the two of us alone.

He began by saying he wanted to "talk about Mike Flynn." He then said that, although Flynn "hadn't done anything wrong" in his call with the Russians (a point he made at least two more times in the conversation), he had to let him go because he misled the Vice President, whom he described as "a good guy." He explained that he just couldn't have Flynn misleading the Vice President and, in any event, he had other concerns about Flynn, and had a great guy coming in, so he had to let Flynn go.

He asked me if I had seen Sean Spicer's press briefing today and I replied that I hadn't. He said he had done a great job of explaining why they did what they did. He then asked if "you saw my Tweet this morning." and quickly added that "it is really about the leaks." He then reviewed in some detail the leaks of his calls with the leaders of Mexico and Australia, including how the calls had gone, how he assumed that calls he made on "this beautiful phone [touching the gray phone on the desk]" were confidential, how it couldn't have come from the Mexicans or Australians, how the transcripts actually include things he doesn't remember saying ("and they say I have one of the world's greatest memories"), and that it makes us look terrible to have these things leaking. He then referred at length to the leaks relating to Mike Flynn's call with the Russians, which he stressed was not wrong in any way ("he made lots of calls"), but that the leaks were terrible.

I tried to interject several times to agree with him about the leaks being terrible, but was unsuccessful. When he finished, I said I agreed very much that it was terrible that his calls with foreign leaders leaked. I said they were classified and he needed to be able to speak to foreign leaders in confidence. [NOTE: because this is an

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

unclassified document, I will be limited in how I describe what I said next]. I then explained why leaks purporting to be about FBI intelligence operations were also terrible and a serious violation of the law. I explained that the FBI gathers intelligence in part to equip the President to make decisions, and if people run around telling the press what we do, that ability will be compromised. I said I was eager to find leakers and would like to nail one to the door as a message. I said something about it being difficult and he replied that we need to go after the reporters, and referred to the fact that 10 or 15 years ago we put them in jail to find out what they know, and it worked. He mentioned Judy Miller by name. I explained that I was a fan of pursuing leaks aggressively but that going after reporters was tricky, for legal reasons and because DOJ tends to approach it conservatively. He replied by telling me to talk to "Sessions" and see what we can do about being more aggressive. I told him I would speak to the Attorney General.

At about this point, Reince Priebus opened the wall door by the clock and the President sent him away, saying he would be another minute or two and he knew people were waiting.

He then returned to the topic of Mike Flynn, saying that Flynn is a good guy, and has been through a lot. He misled the Vice President but he didn't do anything wrong in the call. He said, "I hope you can see your way clear to letting this go, to letting Flynn go. He is a good guy. I hope you can let this go." I replied by saying, "I agree he is a good guy," but said no more.

The President then wrapped up our conversation by returning to the issue of finding leakers. I said something about the value of putting a head on a pike as a message. He replied by saying it may involve putting reporters in jail. "They spend a couple days in jail, make a new friend, and they are ready to talk." I laughed as I walked to the door Reince Priebus had opened.

As I walked out the Vice President was standing just outside the door, waiting. We shook hands. There was a large group with him, including Priebus and the newly sworn-in Secretary of HHS, Tom Price. I walked through the group and away from the Oval office, went downstairs, and exited onto the West Executive Drive. On the way out downstairs, I saw John Kelly gathered with staff. I stopped to greet him and he told me he has previously accepted an invitation to speak to HRT at Quantico about leadership and wondered if it was still okay to do it. I said by all means; that would be great.

JBC
2/14/17

2/14/17

UNCLASSIFIED//FOUO