**07/26/2017**
**Washington, District Of Columbia**

I, Peter P. Strzok, having been duly sworn by [REDACTED] [REDACTED] hereby make the following statement to [REDACTED] and [REDACTED], whom I know to be SSAs of the Federal Bureau of Investigation (FBI), assigned to the Inspection Division, Internal Investigations Section:

I entered on duty (EOD) on 09/29/1996, as a Professional Staff employee, and EOD on 04/26/1998 as a Special Agent (SA). I am currently assigned to the Counterintelligence Division (CD) as a Deputy Assistant Director (DAD).

I understand that this is an internal investigation regarding an allegation that Subject(s) Unknown may have provided information to the media concerning a statement made by FBI Executive Management in violation of 4.10 - Unauthorized Disclosure - Sensitive Information. I have been further advised of my rights and responsibilities in connection with this inquiry as set forth on a "Warning and Assurance to Employee Required to Provide Information" form FD-645 which I have read and signed. I understand from my review of the FD-645 that should I **refuse to answer or fail to reply fully and truthfully during this interview, I can expect to be dismissed from the rolls of the FBI**.

I am temporarily assigned to assist with the former FBI director Mueller's Special Counsel's investigation, as of approximately early June 2017.

During my interview, [REDACTED] referred to an email message, dated February 21, 2017, sent by Ms. Sara Carter, identifying herself as a Correspondent with Circa News and

**07/26/2017**
**Washington, District Of Columbia**

Sinclair Broadcasting Group, to Office of Public Affairs (OPA) Assistant Director (AD) Michael P. Kortan. I do not know Ms. Carter and I do not recall ever having any interaction or contact(s) with her.

During my interview, I was provided with a copy of the referenced email message dated February 21, 2017 from Ms. Carter to AD Michael Kortan for my review. *I initialed the copy of the email, which is attached to my statement as Exhibit #1.*



07/26/2017
Washington, District Of Columbia

[redacted] made reference to three issues that were specifically addressed in the referenced email message from Ms. Carter. With respect to the first issue contained within the referenced email, which reads:

> *''POTUS wanted to meet with the sheriff's association and had Flynn call the FBI to arrange for the White House. The NSA office had called the FBI for the POC contacts for the early February discussion. After the call and the request was [sic] made - Deputy Director Andy McCabe was overheard in a staff meeting saying ''Fuck Flynn, and I fucking hate Trump.'' Ghattas was in this meeting as well.''*

I do not recall being in a meeting wherein these matters were discussed, and I do not know to what extent the statements might be accurate regarding the substantive portions. However, my overall impression of the paragraph is that it is ludicrous. I have never heard DD McCabe use language even remotely similar to what is reflected therein. I further feel that whoever spoke to the media about this paragraph was not a person who attended the alleged meeting because the allegations are too wild and inflammatory in nature. Instead, I opine and suspect that the person talking to the media might have learned of the information from someone who have may have overheard someone else talking about the meeting and embellished the details.

With respect to the second issue contained within the referenced email from Ms. Carter relative to an alleged a meeting where two or more Agents disagreed with the nature of General

07/26/2017
Washington, District Of Columbia

(Gen) Flynn's interview and threatened to testify on his behalf, my overall impression is that it does not make sense. I have attended many meetings with DD McCabe regarding Russian influence investigations, including meetings which discussed whether to interview former National Security Advisor Michael Flynn and if so, what interview strategies to use. I do not recall there being any disagreement about Gen Flynn's statement or any employee saying words to the effect of, ''I want to testify.'' There was never any ''threat'' as alleged in Ms. Carter's email. In fact, I am a little confused about this assertion in that the scenario and outcome of Gen Flynn's interview(s) did not lend themselves to anyone needing to ''testify'' on his behalf. If someone were to want to testify, then to whom would they be testifying to? There had not been any charges brought against Gen Flynn at the time of the article and the investigation is currently within the work being done by Special Counsel Mueller.

With respect to the third issue contained within the referenced email from Ms. Carter relative to FBI employees allegedly executing ''high fives'' and saying, ''We got him,'' I have never heard anyone say or do any of the things alleged.

07/26/2017
Washington, District Of Columbia

Page 5 of 8

DOJSCO-700021210

07/26/2017
Washington, District Of Columbia

Page 6 of 8

DOJSCO-700021211



**07/26/2017**
**Washington, District Of Columbia**

I am willing to voluntarily take a polygraph examination concerning the truthfulness of the information contained in this signed, sworn statement. I have no other pertinent information regarding the aforementioned allegations. I have been advised that I should submit any additional information of which I may become aware, regarding this inquiry, to the Internal Investigations Section (IIS)/Inspection Division (INSD) or to the Office of Professional Responsibility (OPR).

I have been given the opportunity to review this statement and make any changes prior to signing it.



**07/26/2017**
**Washington, District Of Columbia**

I have read this statement, consisting of this and seven other pages and it is true and correct.

DAD Peter P. Strzok

Sworn to and subscribed before me on the 14th day of August, 2017, in Washington, District Of Columbia.

Witness:

07/26/2017

Exhibit #1

[redacted] (FBI)

**Subject:** FW: press inquiry from 2-21-17

-------- Original message --------
From: "Kortan, Michael P. (DO) (FBI)" [redacted]@ic.fbi.gov>
Date: 3/9/17 9:00 AM (GMT-05:00)
To: "McNamara, Nancy (INSD) (FBI)" [redacted]@ic.fbi.gov>
Subject: press inquiry from 2-21-17

**From:** Sara Carter [mailto:[redacted]@circanews.com]
**Sent:** Tuesday, February 21, 2017 11:47 AM
**To:** Kortan, Michael P. (DO) (FBI) <[redacted]@ic.fbi.gov>; John Solomon <[redacted]@circanews.com>
**Subject:** Hello

Hi Mike,

I hope all is well.

Below is information I've gathered from several sources and I'm sending this to you because of its sensitivity. Please let me know if we can meet or talk by phone. I've Cc'd John on this and he's been on the long haul with me.

1. POTUS wanted to meet with the sheriff's association and had Flynn call the FBI to arrange for the White House. The NSA office had called the FBI for the POC contacts for the early February discussion. After the call and request was made - Deputy Director Andy McCabe was overheard in a staff meeting saying "Fuck Flynn, and I fucking hate Trump." Ghattas was in this meeting as well.
2. There was another meeting where at least two agents disagreed with the nature of the Flynn interview threatening to testify on Flynn's behalf.
3. After Flynn resigned there were witnesses – high fives and "we got him." –

Can you please check on these – sources are solid but I'm doing everything I can to double and triple check. Also, looking for comment?
My cell is below.

Thanks,

Sara

Sara A. Carter
Senior Correspondent
Sinclair Broadcast Group
Circa News
[redacted]