FD-302 (Rev. 5-8-10)

- 1 of 3 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  11/01/2018

    **Lisa Page** was contacted at the offices of Arnold & Porter, 601 Massachusetts Avenue, N.W., Washington, D.C. Page was accompanied by attorney Amy Jeffress, as well as an associate of the firm. Present for the interview was Senior Assistant Special Counsel (SASC) Brandon Van Grack, SASC Zainab Ahmad, and Assistant Special Agent in Charge (ASAC) William E. McCausland. After being apprised of the official identities of the interviewers, Page provided the following information:

    {NOTE: At the outset of the interview, Page and her attorneys were shown two documents: an email dated 2/10/2017 from Peter Strzok to Page with an attached FD-302; and a two page document listing text messages. Upon completing their review of these documents, Page provided the following:}

    Page stated that on 1/23/2017, a 'pre-meeting' was held at FBIHQ to discuss the next day's proposed interview of National Security Advisor Michael Flynn. Among those present for the 1/23/2017 meeting were Dave Bowdich, Jen Boone, ▇▇▇▇, Strzok, Trish Anderson, and Andrew McCabe.

    Following the interview of Flynn on 1/24/2017, a debriefing took place in McCabe's office at FBIHQ. Page believes that among those present were ▇▇▇▇, Strzok, Jon Moffa, McCabe, Bill Priestap, possibly Bowdich, ▇▇▇▇, and Anderson, and definitely Jim Baker. Page recalled that in the course of the debriefing, the two individuals who interviewed General Flynn, Strzok and ▇▇▇▇, stated they didn't believe he (Flynn) was lying, but were "torn on it." Indications of deception by Flynn in their interaction with him had been hard to see. Their view was that, if he (Flynn) was a liar, he was a good one. As the discussion continued, McCabe was not critical of Strzok or ▇▇▇▇. According to Page, McCabe had no interest in 'jamming up' Flynn. At no point in time did McCabe say "Fuck Flynn."

    Page stated that McCabe never pressured Strzok or ▇▇▇▇ in their drafting of the FD-302 of the interview of Flynn. Rather, the FD-302 was consistent with what was discussed in the debriefing. With respect for Strzok and ▇▇▇▇, McCabe told them to 'write up what you've got.' Page

Investigation on  10/25/2018  at  Washington, District Of Columbia, United States (In Person)

File #  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Date drafted  10/30/2018

by  MCCAUSLAND WILLIAM E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of ▮▮▮  Interview of Lisa Page , On 10/25/2018 , Page 2 of 3

noted that because both agents were very experienced and Strzok in particular was so senior and well-respected, nobody in the room questioned their assessment. McCabe expressed no hostility towards agents in the 1/24/2017 meeting.

{NOTE: Page was asked about certain text messages exchanged with Peter Strzok and shown to her. Her responses are as follows:}
In the text message from 1/24/2017, "denying it all" pertained to General Flynn's response to questions in his interview as to whether his conversation with the Russian Ambassador pertained to sanctions.
In the text message from 1/24/2017, "faith in ▮▮▮ and my assessment" was described by Page as a casual conversation in which Strzok stated that he and ▮▮▮ were giving their read out on their interview with Flynn and asked that everyone have faith in how they 'read it.' No one in FBI management questioned Strzok and ▮▮▮ assessment. However, Page, in casual conversation, had pushed Strzok on whether he was certain.

In the text message from 1/24/2017 mentioning "disagreement," Page stated there was no disagreement between McCabe and the agents. Rather, it was Strzok describing his own internal thinking.

In the text message of 1/24/2017, "finding it hard" was Strzok trying to reconcile whether Flynn believed he was lying in his interview.

In the text message of 1/25/2017, "it was clear you both felt strongly" pertained to Strzok and ▮▮▮.

Page didn't recall whether she took part in editing the FD-302 of the Flynn interview, but upon seeing a text message and the email of 2/10/2017 she believes she must have seen it at some point in the process. Page stated that if she had made any edits to the FD-302, they were merely grammatical edits as part of a peer review and not substantive. As Page put it, with no substantive knowledge she could make no substantive edits. Her edits would likely have been done by hand and handed back. At no point in time did Page consult with McCabe on edits, nor was she ever requested by McCabe to make edits or changes to the FD-302. She doesn't recall any objections from Strzok or ▮▮▮ to her edits. Page stated that it was not unusual for Strzok to ask her to review important documents he was drafting to ensure the use of proper grammar and therefore would not have been out of the ordinary for Strzok to have given her a draft FD-302 to look at.

{NOTE: Page was asked about certain text messages exchanged with Peter Strzok and shown to her. Her responses are as follows:}

DOJSCO-700022317

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of ▮▮▮ Interview of Lisa Page , On 10/25/2018 , Page 3 of 3

In the text message of 2/10/2017, Page was unsure what "considering what you said" meant.

The text of 2/10/2017 containing "Gave my edits to Bill" likely referred to Bill Priestap. Page stated that she possibly tried to return her peer review document to Strozk, whose door may have been locked. In that instance, she would have left the document in Priestap's office. Page had no specific recollection of Priestap wanting to see any edits.

Page could not recall any details regarding the 2/10/2017 text containing "I'm not asking you to edit it this weekend."