**Leading Authorities, Inc.**
1990 M Street, NW, Suite 800, Washington, DC 20036
www.leadingauthorities.com
1-800-SPEAKER | Fax: 202-783-0301



GREAT EVENTS START HERE
WASHINGTON, DC | CHICAGO | LONDON

# *Michael Flynn*
## *Volga-Dnepr Airlines - Middle East & Africa Logistical Logistical & Regional Security Challenges Conference*
### *Wednesday, August 19, 2015*

**MEETING SITE:**            **Dupont Circle Hotel**
                             1500 New Hampshire Avenue, NE
                             Washington, DC 20036

**ON SITE CONTACT:**         **Colon Miller,** *Director Government & Defense Programs*
                             Office: (832) 585-8611
                             Cell: (713) 298-7724

**LEADING AUTHORITIES**      **McKenna Wilkinson,** *Event Coordinator*
**CONTACTS:**                Office: (202) 416-4675
                             Cell: (603) 313-1815

                             **Erin Owenby,** *Event Coordinator*
                             Office: (202) 416-4672
                             Cell: (828) 712-9672

                             **Lisa Raines,** *Senior Program Consultant*
                             Office: (202) 721-7679
                             Cell: (202) 460-4501

**TALENT ONSITE**            **Michael Flynn**
**CONTACT:**                 Cell: (703) 772-8909
                             **Emergency Use Only**

**SCHEDULE OF EVENTS:**

<u>Wednesday, August 19, 2015</u>

| | |
|---|---|
| **7:00 am** | **Ground Transportation from Home to Dupont Circle Hotel** <br> *Driver to wait outside residence* <br> Transportation Company: ACL Transportation <br> Contact: (703) 830-8901 <br> Confirmation #: 22855 <br> Travel Time: 28 minutes <br> *Arranged By LAI* |
| **8:15 am** | **Michael Flynn Arrives for Breakfast** <br> *will be greeted by Colon Miller Cell:(713) 298-7724* <br><br> Location: DuPont Circle Hotel Entrance |
| **8:45 am** | **AV Check** <br><br> <u>AV Requirements:</u> Brings powerpoint and video, glass of water <br><br> Location: The DuPont Room (Main Ballroom) |
| **9:00 am** | **Meeting Begins** <br><br> Location: The DuPont Room (Main Ballroom) <br><br> **Introducer:** Colon Miller, *Director Government & Defense Programs* <br> ** Bio on page 3** |
| **9:30-10:45 am** | **Michael Flynn's Presentation** <br> *Cyber Security* <br> *Format: 60 Minutes of prepared remarks plus Q&A* <br> *Moderated by Colon Miller* <br><br> ***Presentation will not be recorded and no media will be present*** <br> **Attire:** Business <br><br> **Audience Description:** <br> Leaders from various countries in the Middle East and Africa; US company representatives from both Commercial and Government Sectors, etc. |
| **Following:** | General Flynn is invited to attend presentations and lunch |
| **10:45 am** | **Ground Transportation from Dupont Circle Hotel to Home** <br> *Driver to wait at hotel entrance* <br> Transportation Company: ACL Transportation <br> Contact: (703) 830-8901 <br> Confirmation #: 22856 <br> Travel Time: 28 minutes <br> *Arranged By LAI* |

## Volga-Dnepr Airlines Information:

The Group's core businesses are charter cargo operations using unique AN-124-100 and IL-76TD-90VD heavy transporters (Volga-Dnepr Airlines) and scheduled cargo operations using the fleet of Boeing 747 (AirBridgeCargo Airlines) and Boeing 737 (Atran Airlines) freighters. The synergy achieved through combination of these businesses greatly expands the reach and flexibility of air logistics solutions available to clients and enables the Group to sustainably grow and effectively compete in the global air cargo market. Aircraft MRO services (Volga-Dnepr Technics) in Russia, Germany and the United Arab Emirates comprise the third core business of Volga-Dnepr Group.

Volga-Dnepr Group Engineering and Logistics Center (ELC) works 24/7/365 and provides customers with comprehensive logistics services. ELC professionals have over 20 years of experience in the air cargo industry.

Volga-Dnepr Group also includes companies which provide customers and partners with insurance, consulting and educational services. Volga-Dnepr Moscow LLC acts as the managing company and is in charge of strategic management of all structural units within the Group.

Volga-Dnepr pursues the strategy of leadership which is built around promotion of the "Cargo Supermarket" concept and contemplates for mutually complementary use of the best Russian and Western transport aircraft. In its business initiatives and strategic development, the Group advocates for the principles of care for the future, high professionalism, client-centric approach, financial stability and transparency, safety and leadership.

## Biography of Introducer:

### Colon Miller's Intro Bio - Volga-Dnepr Unique Air Cargo

Colon Miller is the Director, Government & Defense Programs for Volga-Dnepr Unique Air Cargo from the North American office out of Houston, Texas.

Colon is a retired Air Force Veteran with over 22 years of service, and 30 years of experience in airlift and logistics. Colon is responsible for logistics and airlift shipments of commercial and military cargo and equipment world-wide. He's responsible for many U.S. Government Key Accounts, working closely with such organizations as; U.S. Department of State, Department of Defense, Department of Transportation, U.S. Transportation Command, Air Mobility Command, USAID, the United Nations, NATO and many Fortune 500 Companies around the globe where he provides logistical support and solutions in support of their global and strategic objectives.

**Leading Authorities, Inc.**
1990 M Street, NW, Suite 800, Washington, DC 20036
www.leadingauthorities.com
1-800-SPEAKER | Fax: 202-783-0301



GREAT EVENTS START HERE
WASHINGTON, DC | CHICAGO | LONDON

## *General Michael Flynn*
## *Kaspersky Government Security Solutions, Inc. - 2015 Kaspersky Government Cybersecurity Forum*
## *Tuesday, October 20, 2015*

**MEETING SITE:**     **Ronald Reagan Building and International Trade Center**
1300 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 312-1399

**ON SITE CONTACT:**    **Sara Herrmann,** *KGSS Marketing Director*
Cell: (339) 234-0978

**LEADING AUTHORITIES**    **Monica Zakeri,** *Event Manager*
**CONTACTS:**    Office: (202) 721-2360
Cell: (703) 282-2360

**Erin Owenby,** *Event Coordinator*
Office: (202) 416-4672
Cell: (828) 712-9672

**Debbie Saylor,** *Vice President*
Office: (202) 721-7654
Cell: (571) 236-0010

**TALENT ONSITE**    **General Michael Flynn**
**CONTACT:**    Cell: (703) 772-8909
\*\**Emergency Use Only*\*\*

## SCHEDULE OF EVENTS:

### Monday, October 19, 2015

| | |
|---|---|
| 4:45 pm | **Ground Transportation from Home to City Club of Washington** |

*Driver to wait outside Michael Flynn's residence then continue to pick up General Flynn*
Transportation Company: ACL Transportation
Contact: (703) 830-8901
Confirmation #: 23165
Travel Time: Approx. 24 minutes
*Arranged By LAI*

**5:30-8:30 pm**  **VIP Dinner Reception**

Location: The City Club of Washington
*The City Club is downstairs when you enter the building from the street.*

**Attendee Description:**
VIP guests include conference speakers, sponsors and a few others of our business development prospects from the public and private sector. There will be approximately 60 people in attendance with the inclusion of KGSS staff.

**8:30 pm**  **Ground Transportation from City Club of Washington to Home**
*Driver to wait at entrance*
Transportation Company: ACL Transportation
Contact: (703) 830-8901
Confirmation #: 23165
Travel Time: Approx. 24 minutes
*Arranged By LAI*

### Tuesday, October 20, 2015

**7:00 am**  **Ground Transportation from Home to Ronald Reagan Building**
*Driver to wait outside Michael Flynn's residence then continue to pick up General Flynn*
Transportation Company: ACL Transportation
Contact: (703) 830-8901
Confirmation #: 23166
Travel Time: Approx. 22 minutes
*Arranged By LAI*

**7:45 am**  **Michael Flynn Arrives**
*Meet Sara Herrmann Cell: (339) 234-0978 at registration table*

Location: Atrium Hall Foyer

**8:00 am**  **AV Check**

AV Requirements: Lav Mic and glass of water and powerpoint

Location: Atrium Hall

| | |
|---|---|
| **8:30 am** | **Breakfast Begins**<br>\*\*Agenda on page 5\*\*<br><br>Location: Atrium Hall<br><br>**Introducer:** Phil Bond, *President & CEO, Bond & Associates*<br>\*\* Bio on page 4\*\* |
| **9:00-10:00 am** | **Michael Flynn's Presentation**<br>***Anonymity, Privacy, Technology, Security: Identifying Concerns and Impacts***<br>*Format: 45 Minutes of prepared remarks plus 15 minutes of Q&A*<br>*Stage set-up: The Atrium stage will have a podium and lavaliere for keynote speakers. There will also be a table for panel sessions to follow. A confidence monitor will be available.*<br><br>*\*\*This presentation WILL be recorded\*\**<br>*\*\*Media WILL be invited\*\**<br><br>**Michael Flynn's Attire:** Business<br>**Audience Attire:** Business<br><br>**Audience Description:**<br>400 members of the Information Security community, Government technologists, integrators/solution providers, Washington policy makers, Intelligence Community |
| **10:00 am** | **General Flynn is free to depart** |
| **10:00 am** | **Ground Transportation from Ronald Reagan Building to Home**<br>*Driver to wait outside hotel*<br>Transportation Company: ACL Transportation<br>Contact: (703) 830-8901<br>Confirmation #: 23166<br>Travel Time: Approx. 22 minutes<br>*Arranged By LAI* |

### Kaspersky Government Security Solutions, Inc. Information:

KGSS designs, implements and delivers world-class cybersecurity services and customize solutions to the US Government, their contractors, and the National Critical Infrastructure sector.

### Biography of Introducer:

Phil Bond is one of America's most honored technology policy experts and leader of the firm that bears his name.

A former US Under Secretary of Commerce for Technology, his 25-plus year career in Washington has included numerous citations for his leadership roles in the Executive branch, on Capitol Hill, at major high technology companies, and most recently as the CEO of TechAmerica, the largest technology advocacy association in the US.
Bond has been accorded numerous accolades during his 25-plus years in Washington, DC, including:
- Named to the *Federal 100*, the annual listing by Federal Computer Week of the most influential people in government technology;
- Named one of the *Top 50 Tech Leaders* of 2003 by Scientific American magazine for his policy leadership around nanotechnology;
- Elected Deputy Chair of the World Information Technology and Services Alliance, a federation of more than 70 national technology associations around the world;
- Named a Tech Titan in Washingtonian Magazine's annual listing of tech leaders;
- Recognized by Roll Call, the Capitol Hill newspaper, as one of The Fabulous Fifty, a listing of the most powerful staff in Congress

Earlier in his career, Bond served as Senior Vice President of Government Relations for Monster Worldwide, the world's largest online career site, and General Manager of Monster Government Solutions.

From 2001 to 2005, Bond was Under Secretary of the U.S. Department of Commerce for Technology and, from 2002-2003, served concurrently as Chief of Staff to Commerce Secretary Donald Evans. In his dual role, Bond worked closely with Secretary Evans to increase market access for U.S. goods and services and further advance America's technological leadership at home and around the world. He oversaw the operations of the National Institute of Standards and Technology (NIST), the Office of Technology Policy, and the National Technical Information Service. During his tenure, the Technology Administration was the pre-eminent portal between the federal government and the U.S. technology industry.

Bond joined the Administration from the private sector, where he served as Director of Federal Public Policy for the Hewlett-Packard Company, and previously as Senior Vice President for Government Affairs and Treasurer of the Information Technology Industry Council.

From 1993 to 1998, Bond served as Chief of Staff to the late Congresswoman Jennifer Dunn (R-WA). He was Principal Deputy Assistant Secretary of Defense for Legislative Affairs from 1992 to 1993. Earlier, Bond was Chief of Staff and Rules Committee Associate for Congressman Bob McEwen (R-OH) from 1990 to 1992. From 1987 to 1990, he served as Special Assistant to the Secretary of Defense for Legislative Affairs.

He is a graduate of Linfield College in Oregon. Bond and his wife, Diane, have two daughters and reside in Fairfax Station, Virginia.

Event Agenda:

| TIME | DESCRIPTION | SPEAKER(S) |
|---|---|---|
| 8:00 AM | Breakfast & Registration | N/A |
| 8:30 AM | Welcome & Scripted Skit | Phil Bond /4 Hired Actors |
| 9:00 AM | Opening Keynote: Anonymity, Privacy, Technology, Security: Identifying Concerns and Impacts | Lieutenant General Michael Flynn |
| 10:00 AM | Panel Discussion: The Stumbling Blocks to Removing Anonymity | Dr. Thomas Cellucci<br>John Scott<br>Dr. Beverly Magda<br>Marco Santori<br>Robert Burton<br>Mike Lennon (Moderator) |
| 11:00 AM | Networking Break | N/A |
| 11:15 AM | Morning Keynote: Anonymity, Privacy, Technology, Security: Aligning Top Level Requirements | Adam Firestone |
| 12:15 PM | Lunch Fireside Chat | Joseph Lorenzo Hall<br>Daniel Ford, D. Sc.<br>Henry J. Sienkiewicz |
| 2:15 PM | Congressional Discussion | Congressman Michael T. McCaul |
| 2:45 PM | Networking Break | N/A |
| 3:00 PM | Panel Discussion: The Technical Road Ahead: Ones and Zeroes to Meaningful Privacy and Security | Hillary Fielden<br>Richard Marshall<br>Chuck Brooks<br>César Andrés López<br>Jim Jones<br>Dan Verton (Moderator) |
| 4:00 PM | Closing Keynote: Trustworthy Locks: The Key to Security and Privacy | Deviant Ollam |
| 5:00 PM | Closing Remarks | Phil Bond |

RT 10 years on air

December 10, 2015, Moscow
Metropol Hotel Conference hall

# INTERNATIONAL CONFERENCE

## INFORMATION, MESSAGES, POLITICS: THE SHAPE-SHIFTING POWERS OF TODAY'S WORLD

### Program

| | |
|---|---|
| 9:30 – 10:00 | Welcome coffee |
| 10:00 | Welcome address |
| 10:05 – 11:00 | Session 1<br>Frenemies: Defining foes and allies in proxy politics. |
| 11:00 – 12:00 | Session 2<br>InfoWar: Will there be a winner? |
| 12:00 – 12:30 | Coffee break |
| 12:30 – 13:15 | Session 3<br>Public talk: Q&A with U.S. Lieutenant General & frm. Director of Defense Intelligence Agency Michael Flynn on the crisis in the Middle East. |
| 13:15 – 14:15 | Session 4<br>Security or Surveillance: Can the right to privacy and effective anti-terror security coexist in the digital age? |
| 14:15 – 15:00 | Lunch |
| 15:00 – 16:15 | Session 5<br>The role of international news media on the new geopolitical chessboard. |

**RT** 10 years on air — International Conference

**Information, messages, politics:
the shape-shifting powers of today's world**

## 10:05 – 11:00 Frenemies: defining foes and allies in proxy politics.

The conversation will focus on the causes and consequences of Russia's geopolitical re-emergence over the last decade, how it was received and responded to in different parts of the world, and the outlook for the international community.

Moderator: Oksana Boyko, senior political correspondent and host of RT's current affairs program "Worlds Apart".



**Ken Livingstone**
UK politician

Most recently Livingstone was appointed to co-chair the opposition defence review in the UK. He served as the Leader of the Greater London Council (GLC) from 1981 until the Council was abolished in 1986, and then as the first elected Mayor of London from the creation of the office in 2000 until 2008; his leadership during the 2005 London bombings was widely praised. Livingstone also served as the Member of Parliament (MP) 1987-2001 as a member of the Labour Party.



**Cyril Svoboda**
Czech politician

Between 1996 and 1998 Svoboda led the negotiations on Czech accession to the EU. Thereafter he held the posts of the Interior Minister, Deputy Prime Minister and the Minister of Foreign Affairs, Chairman of the government's legislative council and Minister for Regional Development of the Czech Republic.



**Horst Teltschik**
German politician

Teltschik is an expert on foreign policy and security affairs. He served as the National Security Advisor to German Chancellor Helmut Kohl, as well as the Chairman of the Munich Conference on Security Policy, Director General of the Foreign and Domestic Relations, Development Policy and Foreign Security at the Federal Chancellery, Deputy Chief of Staff for the Federal Chancellery and Chief of Staff of the Chairman of the Christian Democratic Union/Christian Social Union (CDU/CSU) Parliamentary Group.



**Willy Wimmer**
German politician

Wimmer was a member of the German Parliament from 1976 to 2009, the defense spokesman of "Union parties" of Germany, and the Parliamentary State Secretary in the Ministry of Defense. His main commitments concerned global security, integration of the armed forces of the GDR into the German Army during and after Unification. Wimmer went on to become the Vice-President of CSCE/OSCE from 1994 to 2000, as well as the member of the foreign affairs committee of the Bundestag & special advisor on global security and international relations to former chancellor Helmut Kohl.



Jill Stein was the Green Party's 2012 candidate for President of the United States. She is an activist, physician, and pioneering environmental-health advocate. She was a principal organizer for the Global Climate Convergence for People, Planet and Peace over Profit.

**International Conference**
**Information, messages, politics:**
**the shape-shifting powers of today's world**

## 11:00 – 12:00 InfoWar: will there be a winner?

Escalating "info-wars" between Western news media and that of other countries, particularly Russia, has become a popular talking point over the last few years. The session will explore the prevalent narratives in the media today, who and what is behind the rhetoric, whether it harms the international dialogue, and how we can break the "info-war" cycle.

Moderator: Anissa Naouai, senior political correspondent and host of RT's media and politics commentary show "In the Now".



**Rocky Anderson**
U.S. politician

Anderson is an American attorney and politician, who was the Justice Party's 2012 candidate for President of the United States. He served two terms as the 33rd mayor of Salt Lake City, Utah, from 2000 to 2008. He is the Executive Director of High Road for Human Rights.



**Javier Couso Permuy**
Member of the European Parliament

Prior to becoming elected to the EP, Permuy directed the documentaries about misinformation in Spain and the treatment of information in Latin America. In the European Parliament Permuy is the VP of the Committee on Foreign Affairs, and is a member of the Subcommittee on Security and Defense. He brought the only still-open war crimes court case against the U.S. Army following the death of his brother in the U.S. shelling of a Baghdad hotel in 2003.



**Gregory Copley**
Historian, author and strategic analyst

Australian-born Copley is the President of the International Strategic Studies Association in Washington, DC. He serves as an advisor on strategic issues to a number of governments and leaders. He has authored or co-authored 32 books on strategic and geopolitical issues, history, energy, aviation, and defense; including UnCivilization: Urban Geopolitics in a Time of Chaos and The Art of Victory.



**Information, messages, politics:
the shape-shifting powers of today's world**

## 11:00 – 12:00  InfoWar: will there be a winner?

>>>



**Oliver Stone**
Oscar-winning
filmmaker

Stone is a legendary American filmmaker, an Academy Award-winning writer-director of films that often deal with controversial political issues of the 1960s, such as America's involvement with the Vietnam War. His works include such world-famous titles as JFK, Platoon, Wall Street, Nixon, Bush and Born on the Fourth of July. He is currently producing a film about Edward Snowden, the whistleblower who disclosed information about NSA's surveillance programs.



**Max Blumenthal**
American journalist
and author

Blumenthal is known for his reporting in Israel and Palestine. He was one of the journalists reporting in the Gaza strip during the Israeli offensive in the Summer of 2014. Blumenthal is a senior writer for AlterNet; his writing on Israel-Palestine issues and other foreign-policy issues has appeared in The New York Times, The Los Angeles Times, The Daily Beast, The Nation, The Guardian, The Huffington Post, Salon.com and Al Jazeera English.



**Peter Kuznick**
Director of the Nuclear
Studies Institute at
American University

Kuznick, Professor of History at American University, is active in antiwar and nuclear abolition efforts. In 1995 he founded American University's Nuclear Studies Institute. He is an acclaimed commentator on foreign policy, and particularly nuclear policy issues, for the Washington Post, the New York Times, CBS Sunday Morning, CNN, Al Jazeera, Reuters, and Voice of America and other news outlets. Together with filmmaker Oliver Stone he co-authored the Showtime documentary film series and book both titled The Untold History of the United States.



**International Conference
Information, messages, politics:
the shape-shifting powers of today's world**

## 11:00 – 12:00  Public talk: Q&A with U.S. Lieutenant General & frm. Director of Defense Intelligence Agency Michael Flynn on the crisis in the Middle East.

After 13 years of ongoing conflicts in the Arab world and the Middle East (Iraq, Afghanistan – now Libya, Egypt and of course, Syria), what do we need to do to bring peace to this region?

Interviewer: Sophie Shevardnadze, host of RT's interview series "SophieCo".



Lieutenant General Michael Flynn is a 33-year veteran of the U.S. Army who has led a long and distinguished intelligence career. One of the nation's foremost cyber security experts, he headed the Defense Intelligence Agency (2012-2014), which functions as the main foreign military espionage organization in the United States.

**International Conference**
**Information, messages, politics:**
**the shape-shifting powers of today's world**

## 13:15 – 14:15   Security OR Surveillance: Can the right to privacy and effective anti-terror security coexist in the digital age?

Moderator: Thom Hartmann, acclaimed American author, progressive political commentator, and host of "The Big Picture", political commentary show, on RT America.



**Julian Assange**
Co-founder,
WikiLeaks

Assange is the co-founder and editor-in-chief of WikiLeaks. WikiLeaks achieved particular prominence in 2010 after publishing leaked U.S. military and diplomatic cables. Since 2012, facing extradition to Sweden, Assange has been receiving political asylum at the Embassy of Ecuador in London. His award-winning interview series The Julian Assange Show aired exclusively on RT, generating a media firestorm.



**Annie Machon**
Whistleblower and
frm. MI5 intelligence
officer

Machon was an intelligence officer for the UK's MI5 in the 1990s, before leaving to help blow the whistle on the activities of the British spy agencies. She is now a writer, media commentator, political campaigner, and international public speaker on a variety of related issues from the war on terrorism to the war on whistleblowers, to the war on drugs, to cyberactivism. She is the Co-Director of Code Red, a global initiative to accelerate reform of security organisations.



**Philip Giraldi**
Military intelligence
expert, frm. CIA officer

Giraldi is a former CIA counter-terrorism specialist and military intelligence officer who served nineteen years overseas in Turkey, Italy, Germany, and Spain. He was the CIA Chief of Base for the Barcelona Olympics in 1992 and was one of the first Americans to enter Afghanistan in December 2001. Giraldi is the Executive Director of the Council for the National Interest, a Washington-based advocacy group that seeks to encourage and promote a U.S. foreign policy in the Middle East that is consistent with American values and interests.



**Raymond McGovern**
Whistleblower and
frm. CIA officer

After serving as an Army intelligence officer, McGovern joined the Analysis Division of CIA, and served there from the Kennedy administration to that of the first President Bush. Ray was Chief of CIA's Soviet Foreign Policy Branch in the 70s, chairing National Intelligence Estimates and preparing the President's Daily Brief, for Reagan's senior national security advisers. In 2003, McGovern helped create Veteran Intelligence Professionals for Sanity (VIPS) to expose the intelligence fraud used to justify the 2003 US invasion of Iraq. He protested CIA's involvement in torture activities and publicly questioned Defense Secretary's Donald Rumsfeld about misleading the American public in the run-up to the war.

**Information, messages, politics:
the shape-shifting powers of today's world**

## 15:00 – 16:15  The role of international news media on the new geopolitical chessboard.

The conversation will address the causes, benefits and challenges resulting from the growing number of international news broadcasters, changes in audiences' demands and expectations when it comes to news, and the role that different opinions play in creating checks and balances for a multipolar world.

Moderator: Raymond Snoddy, British journalist, television presenter, author and media commentator. Until September 2012 he presented the BBC News Channel's weekly viewer right-to-reply programme NewsWatch. Today he writes for a number of publications on issues relating to the news industry.



**Margarita Simonyan**
Editor-in-Chief, RT

Simonyan is the Editor-in-Chief of Russia Today, Russia's first 24/7 global news network, broadcasting in multiple languages to over 700 million people in 100+ countries. RT's mission, embodied by the tagline Question More, is to deliver alternative perspectives on world affairs. Under Ms. Simonyan's helm, RT became the only Russian TV network to garner three International Emmy nominations for news coverage, and the #1 TV news network on the platform with more than 3 billion views. Prior to heading up RT, Simonyan had reported from Chechnya during the Second Chechen Campaign, from the Beslan School Siege, and from Abkhazia, and has received several awards for journalism.



**Patricia Villegas**
President, teleSUR

Villegas is one of the founders of teleSUR international news network and its current president. teleSUR is sponsored by the governments of Argentina, Bolivia, Cuba, Ecuador, Nicaragua, Uruguay and Venezuela, where the channel is headquartered. TeleSUR was launched in 2005 with the objective of providing information to promote the integration of Latin America. In 2014, teleSUR launched an English-language website, with English-language broadcasting kicking off in 2015.



**Nigel Parsons**
CEO, TVC News

Parsons is the CEO of TVC News, a 24-hour pan-African news channel launched in Nigeria in early 2013. As an MD at Al Jazeera English, he oversaw the channel from concept to launch. AJE was quickly recognised as an important global news channel, and within a year had won the accolade of 'Best News Programme of the Year' at the Monte Carlo TV Festival. Previously, Parsons was a Director of Associated Press Television News and, before that, a Vice President of Worldwide Television News. He has also worked as an editor, reporter and producer for the BBC, ABC America, CBC Canada, The New Zealand Herald, and RTHK Hong Kong.



**Liu Ge**

Liu Ge is the deputy director of CCTV NEWS, which is a global news provider & China's 24-hour live English TV news channel, broadcasting worldwide from news centers in Beijing, Washington DC & Nairobi. Prior to the current position, She worked in London as CCTV'S foreign correspondent and later chief editor at Beijing Headquarters' news desk. Currently, as a member of senior management of the channel, she