## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**MICHAEL T. FLYNN,**

**Defendant.**

**Criminal Action No. 17-232-EGS**

## DECLARATION OF
## KHODY R. DETWILER

I, Khody R. Detwiler of Lesnevich & Detwiler, 7550 Woodbury Pike, Roaring Spring, PA 16673, swear and affirm as follows:

1.      I am of sound mind and over the age of eighteen, and I make the following declaration based on my personal knowledge.

### EXPERT QUALIFICATIONS

2.      I am a forensic document examiner and principal of Lesnevich & Detwiler located in Roaring Spring, Pennsylvania.  I have been involved in the field of forensic document examination since 2008.  My initial training was completed in accordance with the SWGDOC *Standard for Minimum Training Requirements for Forensic Document Examiners*, under the direct supervision and instruction of senior forensic document examiner, Gus R. Lesnevich.

3.      I specialize in handwriting and signature analysis and regularly conduct examinations pertaining to alterations, obliterations, and erasures, as well as non-destructive ink, paper, and

indentation analysis, among other specialties specific to forensic document examination. Since the beginning of my career in the field of forensic document examination over a decade ago, I have conducted a wide variety of forensic examinations on thousands of individual documents and signatures involved in various litigations throughout the United States and abroad.   My international casework has required extensive travel to locations throughout South America, Europe, and the Middle East.

4.      I have been received as an expert, and have presented evidence, on numerous occasions in both state and federal courts throughout the United States, and internationally.   A sampling of some of the key cases I have been involved with are included in my curriculum vitae, attached hereto as **_Exhibit 1_**.   I also contract with a variety of state and federal law enforcement agencies, insurance companies, and private entities to perform forensic document examination services on a regular basis.   My professional qualifications and affiliations are set forth more fully in my curriculum vitae.

**ASSIGNMENT**

5.      I have been retained in this matter by Attorney Sidney Powell, on behalf of Defendant Michael T. Flynn in the above-captioned action, to undertake and address the following:

5.1.      To conduct a forensic handwriting examination and comparison of a series of handwritten notations purported created during an interview that occurred on January 24, 2017, herein referred to as "the (Q-1) notations".   Specifically, I have been asked to determine, if possible, whether the (Q-1) notations were completed in a contemporaneous manner (*i.e.,* during the course of the open interview) or whether they were prepared at some point in time after the interview concluded.   Additionally, I have been asked to determine whether any portion(s) of the submitted notations were modified and/or added to after the fact.

**MATERIALS PROVIDED FOR EXAMINATION**

6.     For the purpose of my analysis, I have been provided with a PDF file containing reproductions of three (3) pages of handwritten notations (Q-1), purportedly authored by FBI Agent, Peter Strzok during an interview with General Michael T. Flynn commencing on January 24, 2017[1].

**SUMMARY OF CONCLUSION**

7.     Based upon the inherent limitations arising from the examination of non-original evidence, compounded with the lack of <u>any</u> known comparison handwritten notations of Agent Peter Strzok (*i.e.,* other non-contested handwritten notations prepared under like conditions), it has been determined that no conclusion can be rendered as to whether the submitted (Q-1) notations were written during the course of the January 24th interview, or prepared at a subsequent time period. Moreover, as a result of the submission of sub-par reproduction quality evidence, no specialized forensic document examinations, such as spectral ink analysis or electrostatic detection analysis, could be conducted to further address whether any portion(s) of the submitted (Q-1) notations were changed or added after the fact.

8.     The conclusion summarized above corresponds to the "no conclusion (totally inconclusive, indeterminable)" point on the nine-point conclusion scale propounded by the Scientific Working Group for Forensic Document Examination ("SWGDOC") [2] *Standard Terminology for Expressing*

---

[1]     Attached as ***Exhibit 2*** is a true and accurate reproduction of the Exhibit Q-1 notations submitted for analysis in this matter.

[2]     The Scientific Working Group for Forensic Document Examination develops standards and guidelines for the field of forensic document examination.  SWGDOC is composed of private examiners and government examiners from local, state, and federal laboratories throughout the United States.  SWGDOC began in 1997 as TWGDOC (Technical Working Group for Questioned Documents), was renamed SWGDOC in 1999, and was reorganized in 2001.  From 2000 to 2012 SWGDOC published their standards through the American Society for Testing and Materials International (now simply ASTM International).  In 2012  SWGDOC stopped publishing their standards

*Conclusions of Forensic Document Examiners*.  On that scale, "no conclusion" is defined as follows: "This is the zero point of the confidence scale.  It is used when there are significantly limiting factors, such as disguise in the questioned and/or known writing <u>or a lack of comparable writing</u>, and the examiner does not have even a leaning one way or another."

### ANALYSIS DISCUSSION

9.     When attempting to determine whether a handwritten entry has been modified or changed, there are several non-destructive examinations that can be conducted by forensic document examiners in an effort to address such a query; however, most (if not all) of these types of specialized examinations require that the analysis be conducted with the original evidence.

10.    On the basis thereof, one of the more common types of non-destructive specialized examinations conducted by forensic document examiners is referred to as a "filtered-light" or "spectral" examination.  In many cases, this type of analysis is routinely completed with the aid of a Video Spectral Comparator (more commonly referred to as a "VSC®").  In our laboratory, we carry out these types of specialized examinations and comparisons with a Foster + Freeman Video Spectral Comparator (Model: VSC®6000/HS)[3].

11.    In short, the VSC® is a scientific instrument, or platform, that allows an examiner to non-destructively examine and evaluate materials, such as inks and papers, beyond the visible light spectrum; which is accomplished by using different light sources (*e.g.,* Infrared and Ultraviolet) together with various light filters.  Since different ink compositions will often absorb and reflect light at different wavelengths, it may be possible through spectral ink analysis to determine if a

---

through ASTM and began self-publishing their standards as is the practice for nearly every other SWG group (http://www.swgdoc.org).

[3]     Attached as *Exhibit 3* is a true and correct copy of the product brochure for the Foster + Freeman Video Spectral Comparator VSC®6000/HS.

handwritten entry (or portions of a handwritten entry) found within a document were written with different writing ink formulas.

12.     Specifically, if you were to examine a handwritten entry that was prepared with two different writing ink formulas, using infrared lighting and bandpass filters, differences in the optical properties of the two ink formulas may become visible.  With the VSC®, these "differences" are often observed as "Grayscale" variations which result in the illusion that one ink formula "disappears" from the document, while the other remains perceptible; however, this phenomenon is the actual visualization of the different ink components absorbing and reflecting the light source at that particular wavelength.  Therefore, if you were to examine a series of handwritten notations that were modified or prepared with a multiple writing ink formulas, it may be possible to visualize and image the changes or additions through non-destructive VSC® spectral ink analysis; however, the original evidence would be required to complete this analysis.

13.     Aside from the vast ink discrimination capabilities, non-destructive VSC® spectral analysis may provide additional pertinent information through a variety of other specialized examinations, including: paper stock analysis, paper fiber disturbance detection (caused by erasures, chemicals, and/or other means), watermark visualization and examination, indentation imaging and decipherment, latent image analysis, security feature detection and examination, as well as font and print process identification and comparison.  When original evidence is submitted for examination, non-destructive VSC® spectral analysis is customarily completed in conjunction with a variety of other forensic document examinations.

14.     When tasked with determining whether modifications or insertions have occurred within a questioned entry or document, non-destructive indentation analysis may provide key evidence when making such a determination.

15.     Indentation examinations are routinely conducted utilizing a variety of lighting techniques (*e.g.,* oblique lighting), as well as a Foster + Freeman Electrostatic Detection Apparatus (more commonly referred to as an "ESDA®")[4].

16.     The ESDA® analysis allows for an examiner to non-destructively develop and examine writing indentations, either visible or latent, that may appear on the surface of a document.  The physical results of the ESDA® analysis are encapsulated as "ESDA® Lifts" which can be used for further examination to sequence writings, or to link the writing impressions to other documents and/or sources.  Additionally, through ESDA® indentation analysis it may possible to establish the "date" a document or entry if the recovered impressions or indentations can be sourced back to another item of a known date or origin.

17.     As indicated, the original evidence would be required to conduct both the VSC® and ESDA® examinations.  If the original (Q-1) notations were made available for inspection a definitive conclusion as to whether or not any portion(s) of the notations were modified or added may be possible through the non-destructive methods outlined above.

**EXAMINATIONS CONDUCTED**

18.     In an attempt to fully-address the proposed assignment in this matter, I completed a series of visual examinations and comparisons of the (Q-1) notations.  To the extent possible, each of the handwriting examinations and comparisons conducted in this matter were non-destructive and conform to the SWGDOC *Standard Guide for Examination of Handwritten Items*.

---

[4]     Attached as ***Exhibit 4*** is a true and correct copy of the product brochure for the Foster + Freeman ESDA®2.

**OBSERVATIONS AND RESULTS OF EXAMINATION**

19.    Although the overall format of (Q-1) notations may not appear to be entirely consistent with the "anticipated" writing format often associated with notetaking (*e.g.,* inter/intra word spacing, formatting, and overall writing size), without access to comparison notations it is not possible to establish a baseline, or habit pattern for how Agent Strzok would normally record notations under similar conditions.  As such, there is no way to determine whether the (Q-1) notations are representative of the complete normal and natural handwriting habits and characteristics of Agent Strzok exhibited under "like" conditions.  Consequently, ***no conclusion***[5] can be rendered as to whether the (Q-1) handwritten notations were prepared during the interview as purported, or at subsequent time.

20.    If additional *comparable*[6] notations of Agent Strzok written under similar conditions could be obtained and submitted for analysis, it may be possible to determine whether the (Q-1) notations were prepared as purported.  In consideration of both the observations made, as well as limitations present, further analysis of the original evidence would likely be necessary to support any definitive conclusions in this matter.

21.    In the event circumstances may warrant, I reserve the right to supplement this declaration upon the receipt of any additional evidence, including the originals or better-quality reproductions, and/or any other pertinent information specific to my analysis in connection with this matter.

---

[5]       "No conclusion (totally inconclusive, indeterminable) – This is the zero point of the confidence scale.  It is used when there are significantly limiting factors, such as disguise in the questioned and/or known writing or a lack of comparable writing, and the examiner does not have even a leaning one way or another." - SWGDOC Standard Terminology for Expressing Conclusions of Forensic Document Examiners.

[6]       "Comparable - pertaining to handwritten items that contain the same type(s) of writing and similar characters, words, and combinations. Contemporaneousness and writing instruments may also be factors." - SWGDOC Standard for Examination of Handwritten Items.

22.    Should testimony become necessary, the appropriate comparison chart illustrations will be produced in advance of any such testimony.   The comparison chart illustrations are detailed demonstrative exhibits (*i.e.,* court charts) which assist in demonstrating, and further explaining, the observations and conclusion rendered in this matter.   In particular, the comparison chart illustrations are comprised of isolated images of the evidence referenced in this report to assist in explaining, and understanding, the basis for the conclusion that has been reached.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: October 16, 2019

Khody R. Detwiler
Forensic Document Examiner

# EXHIBIT 1

CURRICULUM VITAE OF
*KHODY R. DETWILER*

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/ khody-r-detwiler 

7550 Woodbury Pike Roaring Spring, PA 16673 

Roaring Spring, PA 814.793.2377 

Pittsburgh, PA 412.430.3887 

Philadelphia, PA 215.800.0120 

www.lesnevich.com 

## SKILLS

Trials

Civil Litigation

Forensic Research

Criminal Prosecution

Criminal Investigations

Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and signature analysis

electronic signature verification

Non-destructive ink, paper, and indentation analysis

forensic document examination and authentication

## PROFESSIONAL PROFILE

A forensic document specialist with a focus in handwriting and signature analysis. I provide detailed, proprietary reports, and high-quality demonstrative exhibits for attorneys, state and federal law enforcement agencies, insurance agencies, mid to large sized businesses, and private clientele. My objective for every consultation is to provide my clients with the expertise needed so they can confidently proceed to court or make an informed internal decision about the nature or authenticity of a written or digital document.

## HIGHLIGHTS/MAJOR CASES

### PEOPLE VS. CORY BYRD (IND. #2011-749) & PEOPLE V. DAVID STEVENSON (IND. #2013-067)

- Retained by the Orange County District Attorney's Office in Goshen, New York to examine evidence, and provide expert witness testimony, in two separate highly publicized homicide trials involving the murder of a 4-year-old child, and the murder of a 35-year-old mother of four. Both trials resulted in guilty verdicts.

### EXONERATION OF SHAURN THOMAS (PHILADELPHIA, PA)

- Retained by the Pennsylvania Innocence Project and Dechert LLP in the successful exoneration of Shaurn Thomas.   Mr. Thomas spent 24 years in a Pennsylvania prison for a murder that he did not commit.

### PEOPLE VS. ANTHONY D. MARSHALL AND FRANCIS X. MORRISSEY, JR. (BROOKE ASTOR)

- Assisted on a matter in which our firm was retained by the New York County District Attorney's Office (Manhattan) in a highly publicized criminal case involving the Estate of Brooke Astor.

### PAUL D. CEGLIA VS. MARK ELLIOT ZUCKERBERG AND FACEBOOK INC.

- Retained by counsel representing Facebook and Mark Zuckerberg in a breach of contract action brought in Federal Court in Buffalo, New York; alleging a multi-billion-dollar ownership interest in Facebook.

### FLETCHER ET AL. VS. DOIG ET AL.

- Retained by counsel representing famed European artist, Peter Doig, in a civil action brought in Federal Court in Chicago, Illinois; pertaining to the authentication of a purported original "Peter Doig" painting; with an estimated value in excess of 10 million dollars.

The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/ khody-r-detwiler 

7550 Woodbury Pike Roaring Spring, PA 16673 

Roaring Spring, PA 814.793.2377 

Pittsburgh, PA 412.430.3887 

Philadelphia, PA 215.800.0120 

www.lesnevich.com 

## SKILLS

Trials

Civil Litigation

Forensic Research

Criminal Prosecution

Criminal Investigations

Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and signature analysis

electronic signature verification

Non-destructive ink, paper, and indentation analysis

forensic document examination and authentication

## HIGHLIGHTS/MAJOR CASES continued

THE ISLAMIC BANK OF ASIA LTD., VS. AHMAD HAMAD ALGOSAIBI & BROTHERS CO. (SINGAPORE)
• Retained by counsel representing the Islamic Bank of Asia Ltd. in a matter involving multiple fraud claims in connection with a series of multi-million-dollar banking transactions originating from Singapore and Saudi Arabia.

CHEVRON VS. DONZINGER, ET. AL., (S.D.N.Y.); AGUINDA V. CHEVRON (LAGO AGRIO, ECUADOR); CHEVRON V. REPUBLIC OF ECUADOR (THE HAGUE, NETHERLANDS)
• Retained by counsel representing Chevron Corporation in several different international legal proceedings stemming from a multi-billion-dollar environmental lawsuit originating from Lago Agrio, Ecuador.

ALGOSAIBI (AHAB) VS. MAAN AL SANEA (SAAD GROUP) (AL KHOBAR, SAUDI ARABIA)
• Retained by counsel representing Saudi businessman, Maan Al Sanea, in a matter involving multi-billion-dollar fraud claims in multiple jurisdictions with connections to over 100 international banking institutions originating from Saudi Arabia.

REPUBLIC OF GUINEA (SIMANDOU MINING RIGHTS)
• Retained by counsel representing the interests of a large international mining firm in a matter stemming from allegations that the multi-billion-dollar mining rights to Simandou (a large untapped deposit of high grade iron ore located in the Republic of Guinea) were secured through bribery, corruption and fraud.

ESTATE OF BADRI "ARKADY" PATARKATSISHVILI (TBILISI, REPUBLIC OF GEORGIA)
• Assisted on a matter in which our firm was retained by counsel representing the multi-billion-dollar business estate of former Georgian presidential candidate, Badri "Arkady" Patarkatshvili, originating from Tbilisi, Georgia.

SANUM INVESTMENTS LTD VS. GOVERNMENT OF THE LAO PEOPLE'S DEMOCRATIC REPUBLIC
• Retained by counsel representing Macau-based Sanum Investments and Netherlands-based Lao Holdings, NV in bilateral investment treaty arbitration claims against the Government of Laos.

The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120 

www.lesnevich.com 

## SKILLS

Trials

Civil Litigation

Forensic Research

Criminal Prosecution

Criminal Investigations

Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and
signature analysis

electronic signature verification

Non-destructive ink, paper,
and indentation analysis

forensic document examination
and authentication

## TRAINING EXPERIENCE/EMPLOYMENT

FORENSIC DOCUMENT EXAMINER
Lesnevich & Detwiler | December 2008 - Present (Partner 2011)

After completion of the mandatory senior internship, sponsored through Penn State University; I began the formal training program in the field of Forensic Document Examination under the direct supervision and instruction of Gus Lesnevich.

The training program consists of a 24 month, full-time, training period covering all aspects of the Forensic Document Examination field.

My training was completed in accordance with the Scientific Working Group for Forensic Document Examination (SWGDOC) Standard for Minimum Training Requirements for Forensic Document Examiners (formerly known as the ASTM International Standard Designation E-2388-11, Standard for Minimum Training Requirements for Forensic Document Examiners).

Some of the specific areas of instruction included in the training program are as follows:

- Evidence Handling Procedures
- Handwriting/Printing Examination
- Photography and Digital Imaging
- Alterations, Obliterations and Erasures
- Specialized Lighting Techniques
- Expert Witness and Legal Proceedings
- Electronic Signature Analysis
- Demonstrative Court Chart Production

- Examination Procedures
- Printing Processes
- Photocopiers/Facsimiles
- Mechanical Impressions
- Paper and Font Analysis
- Ink Analysis (VSC)
- Indentation Analysis (ESDA)
- Report Preparation

As part of my training, I was also responsible for conducting a wide variety of case-specific research and literature reviews correlating to each of the individual cases submitted to our laboratory for analysis.

This task was primarily accomplished through extensive review and study of the leading authoritative texts and peer-reviewed journal articles published within the Forensic Document Examination field.

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/ khody-r-detwiler 

7550 Woodbury Pike Roaring Spring, PA 16673 

Roaring Spring, PA 814.793.2377 

Pittsburgh, PA 412.430.3887 

Philadelphia, PA 215.800.0120 

www.lesnevich.com 

## SKILLS

Trials

Civil Litigation

Forensic Research

Criminal Prosecution

Criminal Investigations

Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and signature analysis

electronic signature verification

Non-destructive ink, paper, and indentation analysis

forensic document examination and authentication

## TECHNICAL TRAINING

TECHNICAL TRAINING BY FOSTER + FREEMAN USA INC.
(Sterling, Virginia - September 2, 2009)
• Non-Destructive Ink Analysis -Video Spectral Comparator (VSC)
 - Models: VSC 6000, VSC 2000HR and VSC 400
• Non-Destructive Indentation Analysis - Electrostatic Detection Apparatus (ESDA)
 - Models: ESDA2 and ESDA Lite

TECHNICAL TRAINING IN PHOTOGRAPHY AND DIGITAL IMAGING SOFTWARE
(Martinsburg, Pennsylvania)
• Instruction in Adobe Products by professional photographer Gerald T. Leidy
• Following graduation from the Brooks Institute of Photography in Santa Barbara, California, Mr. Leidy enlisted with the United States Navy - Atlantic Fleet Combat Camera Group stationed in Norfolk, Virginia. In 1974, after serving four years with the United States Navy, Mr. Leidy established, and currently maintains, a professional photography studio located in Martinsburg, Pennsylvania.

APPLETON PAPERS SECURITY PAPER SCHOOL
(Roaring Spring, Pennsylvania - December 1, 2011)
• Overview of the paper making and Dandy Roll Processes
• Watermarking and Securities Technology

FUNDAMENTALS OF FORENSIC QUESTIONED DOCUMENTS
Continuing & Professional Education Certificate Program through West Virginia University
(November 2012)
• Instructed by Anthony Iten of West Virginia University

ADVANCED VIDEO SPECTRAL COMPARATOR (VSC) WORKSHOP
(Indianapolis, Indiana - August 29, 2013)
• Instructed by Foster + Freeman Application Engineers Michael Zontini & Owen Lang

ROCHESTER INSTITUTE OF TECHNOLOGY - PRINTING PROCESS IDENTIFICATION AND IMAGE ANALYSIS FOR FORENSIC DOCUMENT EXAMINERS SEMINAR
(Rochester, New York - November 12-15, 2013)
• Some of the topics of instruction included the following:
 - Traditional and Digital Printing Process Identification and Discrimination
 - Image Analysis and Digital Image Processing
 - Security Inks and Security Papers

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/ 
khody-r-detwiler

7550 Woodbury Pike 
Roaring Spring, PA 16673

Roaring Spring, PA 
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

www.lesnevich.com 

## SKILLS

Trials
Civil Litigation
Forensic Research
Criminal Prosecution
Criminal Investigations
Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and
signature analysis

electronic signature verification

Non-destructive ink, paper,
and indentation analysis

forensic document examination
and authentication

## TECHNICAL TRAINING continued

ADVANCED VIDEO SPECTRAL COMPARATOR (VSC) WORKSHOP
(Honolulu, Hawaii - August 15, 2014)
• Instructed by Foster + Freeman Application Engineers Michael Zontini & F.L. Jim Lee

VIDEO SPECTRAL COMPARATOR (VSC) &
ELECTROSTATIC DETECTION APPARATUS (ESDA) TECHNOLOGY:
EXPLAINING TO THE LAYPERSON WORKSHOP
(San Diego, California - September 1, 2017)
• Instructed by Foster + Freeman Application Engineer Michael Zontini

PIKASO WRITE-ON 3.0 DOCUMENT COMPARISON SOFTWARE WORKSHOP
(Park City, Utah - August 18, 2018)
• Instructed by Pierre Goudreault and Brian Lindblom

## EDUCATION

BACHELOR OF SCIENCE
Criminal Justice
The Pennsylvania State University
University Park, Pennsylvania
2005 - 2009
• Deans List Honors
• From August through December of 2008, I completed a mandatory semester long
  internship with Gus Lesnevich for partial fulfillment of my bachelor's degree in the
  Criminal Justice program at Penn State University.

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887 

Philadelphia, PA
215.800.0120 

www.lesnevich.com 

## SKILLS

Trials
Civil Litigation
Forensic Research
Criminal Prosecution
Criminal Investigations
Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and
signature analysis

electronic signature verification

Non-destructive ink, paper,
and indentation analysis

forensic document examination
and authentication

## CONTINUING EDUCATION

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
64TH ANNUAL SCIENTIFIC MEETING
(Atlanta, Georgia - February 20-25, 2012)
• Workshop/Panel Discussion: Flawed Forensics: Recognizing and Challenging
  Misleading Forensic Evidence and Disingenuous Expert Testimony

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
65TH ANNUAL SCIENTIFIC MEETING
(Washington, D.C. - February 18-23, 2013)
• Workshop: Signature Examination of Healthy and Impaired Writers
        - (Instructed by Michael Caligiuri & Linton Mohammed)
• Workshop: Hyperspectral Imaging - United States Library of Congress
        - (Instructed by Fanella G. France & Joseph C. Stevens)

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
67TH ANNUAL SCIENTIFIC MEETING
(Orlando, Florida - February 16-21, 2015)
• Workshop: Classification of Typewritten Documents
        - (Instructed by Karen J. Nobles & Peter V. Tytell)
• Workshop: Automating Image Production for Forensic Document Examiners
        - (Instructed by Mark Goff)

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
71ST ANNUAL SCIENTIFIC MEETING
(Baltimore, Maryland - February 18-23, 2019)
• Workshop: Deciphering Complex Electrostatic Detection Device (EDD) Impressions
        -(Instructed by Mark Goff)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
69TH ANNUAL MEETING
(Philadelphia, Pennsylvania - August 20-25, 2011)
• Workshop: Printing Process Identification for Forensic Document Examiners
        - (Instructed by Scott Walters & Jeffrey Payne)
• Workshop: Using Adobe Photoshop in a Forensic Document Workflow
        - (Instructed by George Reis)

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887 

Philadelphia, PA
215.800.0120 

www.lesnevich.com

## SKILLS

Trials

Civil Litigation

Forensic Research

Criminal Prosecution

Criminal Investigations

Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and
signature analysis

electronic signature verification

Non-destructive ink, paper,
and indentation analysis

forensic document examination
and authentication

## CONTINUING EDUCATION continued

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
70TH ANNUAL MEETING
(Charleston, South Carolina - August 18-23, 2012)
• Workshop: The Individuality of Inkjet Printing
  - Instructed by Rolf Fauser)
• Workshop: Electrostatic Detection Devices (EDD)
  Theoretical and Operational Considerations
    -(Instructed by Dan C. Purdy, Grant Sperry & Robert Muehlberger)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
71ST ANNUAL MEETING
(Indianapolis, Indiana - August 24-29, 2013)
• Workshop: Conclusion Scales and Logical Inference
    - (Instructed by R. Brent Ostrum)
• Workshop: Forensic Examination of Digital Signatures
    - (Instructed by William Flynn & Kathleen Annunziata Nicolaides)
• Workshop: Challenging Signatures
    - (Instructed by A. Frank Hicks)

JOINT ANNUAL MEETING OF THE AMERICAN SOCIETY OF QUESTIONED
DOCUMENT EXAMINERS (ASQDE - 72ND) AND THE AUSTRALASIAN SOCIETY OF
FORENSIC DOCUMENT EXAMINERS (ASFDE)
(Honolulu, Hawaii - August 11-15, 2014)
• Workshop: Skillful Freehand Signature Simulation
    - (Instructed by Lloyd Cunningham & Linton Mohammed
• Workshop: Adobe, Digital Media and Evidence
    - (Instructed by John Penn II of Adobe)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
73RD ANNUAL MEETING
(Toronto, Ontario - August 9-13, 2015)
• Workshop: Characteristics of Fountain Pen Writing and Aqueous Ink Analysis
    - (Instructed by Lloyd Cunningham, Valery Aginsky, Linton Mohammed &
      William Flynn)
• Workshop: Principles of Forensic Examination of Arabic Signatures
    - (Instructed by Mohammed Aloyoni & Dr. Abdulaziz Alkahtani)

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/ khody-r-detwiler 

7550 Woodbury Pike Roaring Spring, PA 16673 

Roaring Spring, PA 814.793.2377 

Pittsburgh, PA 412.430.3887 

Philadelphia, PA 215.800.0120 

www.lesnevich.com 

## SKILLS

Trials

Civil Litigation

Forensic Research

Criminal Prosecution

Criminal Investigations

Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and signature analysis

electronic signature verification

Non-destructive ink, paper, and indentation analysis

forensic document examination and authentication

## CONTINUING EDUCATION continued

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE) 75TH ANNUAL MEETING
(San Diego, California - August 28 through September 1, 2017)
• Workshop: Forensic Science Research: Your Mission to Propose, Innovate and Collaborate
    - (Instructed by Heather Waltke, Gerald LaPorte, Lisa Hanson & Melissa Taylor)
• Workshop: Preparing a Digital Signature File for Forensic Analysis
    - (Instructed by Kathleen Annunziata Nicolaides & William Flynn)
• Workshop: Chinese Handwriting and Signatures: Hanzi through the Eyes of the Forensic Document Examiner
    - (Instructed by Chiew Yung Yang & Chin Chin Lim)
• Workshop: Write or Wrong? Bias, Decision-Making and the use of Contextual Information in Forensic Document Examination
    - (Instructed by Niki Osborne, Lloyd Cunningham & Jane Lewis )

JOINT ANNUAL MEETING OF THE AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE - 76TH ANNUAL MEETING) AND THE SOUTHWEST ASSOCIATION OF FORENSIC DOCUMENT EXAMINERS (SWAFDE)
(Park City, Utah - August 19-23, 2018)
• Workshop: Mark Hofmann – Master Forger and Murderer
    - (Instructed by George Throckmorton, William Flynn & Lloyd Cunningham)
• Workshop: Latin American Writing
    - (Instructed by Manuel Gonzales, Eric Cedeno & Leydis Gonzalez)

DOCUMENT SECURITY ALLIANCE (DSA) MEETING
(Washington, D.C. - October 20, 2011)
• Discussion: Document security before and after September 11th 2001

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887 

Philadelphia, PA
215.800.0120 

www.lesnevich.com 

## SKILLS

Trials
Civil Litigation
Forensic Research
Criminal Prosecution
Criminal Investigations
Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and
signature analysis

electronic signature verification

Non-destructive ink, paper,
and indentation analysis

forensic document examination
and authentication

## CONTINUING EDUCATION continued

MEASUREMENT SCIENCE & STANDARDS IN FORENSIC
HANDWRITING ANALYSIS CONFERENCE
(Gaithersburg, Maryland - June 4-5, 2013)
• National Institute of Standards and Technology Campus (NIST)
• In collaboration with the following organizations:
  - American Academy of Forensic Sciences - QD Section (AAFS)
  - American Board of Forensic Document Examiners (ABFDE)
  - American Society of Questioned Document Examiners (ASQDE)
  - Federal Bureau of Investigation Laboratory (FBI)
  - National Institute of Justice (NIJ)
  - Scientific Working Group for Forensic Document Examination (SWGDOC)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
ANNUAL MEETING
(State College, Pennsylvania - May 19-23, 2014)
• Attended various presentations sponsored by the Questioned Documents Section.
• Some of the topics of discussion included the following:
  - Thermal Ribbon Analysis and the Thermal Ribbon Analysis Platform (TRAP)
  - The Use of Photoshop Macros to Simplify the Creation of Working Charts
  - Spectral Analysis of Documents Subjected to Latent Print Examinations
    utilizing the Video Spectral Comparator (VSC)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS) QUESTIONED
DOCUMENTS SECTION (QD) FALL WORKSHOP: "VALUABLE SIGNATURES AND
MEMORABILIA" NATIONAL BASEBALL HALL OF FAME
(Cooperstown, New York - November 12, 2015)
• Instructed by the following individuals:
  - Michael Posner - Manager of Major League Baseball's Authentication Program
  - Special Agent, Brian Brusokas - Art Crime Team (FBI)
  - Special Agent, John Iannuzzi - Interstate Robbery Apprehension Team (FBI)
  - Gregg Mokrzychi - Forensic Document Examiner (FBI)
  - Peter J. Belcastro, Jr. - Forensic Document Examiner (FBI)
• National Baseball Hall of Fame and Museum Panel Discussion:
  - Erik Strohl - VP of Exhibitions and Collections -National Baseball HOF
  - Jim Gates - Library Director -National Baseball HOF
  - Sue MacKay - Director of Collections -National Baseball HOF

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120 

www.lesnevich.com

## SKILLS

Trials
Civil Litigation
Forensic Research
Criminal Prosecution
Criminal Investigations
Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and
signature analysis

electronic signature verification

Non-destructive ink, paper,
and indentation analysis

forensic document examination
and authentication

## CONTINUING EDUCATION continued

**MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
ANNUAL MEETING**
(Cambridge, Maryland - May 18-22, 2015)
• Workshop: Forensic Examination of Biometrically Captured e-Signatures
   - (Instructed by William Flynn & Kathleen Annunziata Nicolaides)

**MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS) ANNUAL
MEETING**
(Richmond, Virginia - May 17-20, 2016)
• Workshop: The Application of QD Examinations of the Analysis of Fine Art and Other
Antiques
   - (Instructed by Gregg Mokrzycki)
• Workshop: Identification Science
   - (Instructed by Stephen McKasson)

**MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
ANNUAL MEETING**
(Pittsburgh, Pennsylvania - May 23-26, 2017)
• Workshop: The Examination of Questioned Documents with Complicated Specimens
Requiring Multiple Examination Types
   - (Instructed by Nadeem-Ul-Hassan Khan)
• Workshop: Covert Communications and Concealment Techniques
   - (Instructed by Gregg Mokrzycki)

**MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS) QUESTIONED
DOCUMENTS SECTION (QD) FALL WORKSHOP: "QUESTIONED DOCUMENTS
EXPERT TESTIMONY WORKSHOP"
VIRGINIA DEPARTMENT OF FORENSIC SCIENCES**
(Manassas, Virginia - December 5, 2017)
• In addition to myself, this workshop was instructed by the following individuals:
   - (Joseph Stevens, Michael Wallace, Kenneth E. Melson, Ted Burkes, Kathleen
      Storer & Kelly Pearson)

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

www.lesnevich.com 

## SKILLS

Trials
Civil Litigation
Forensic Research
Criminal Prosecution
Criminal Investigations
Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and
signature analysis

electronic signature verification

Non-destructive ink, paper,
and indentation analysis

forensic document examination
and authentication

## CONTINUING EDUCATION continued

**MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS) ANNUAL MEETING**
(Hunt Valley, Maryland - May 15-18, 2018)
• Workshop: VSC & ESDA Technology: Explaining to the Layperson
- (Instructed by Allyce McWhorter & Rebecca Walls of Foster + Freeman)
• Workshop: Handwriting Examination of Signatures
- (Instructed by Ronald N. Morris)
• Workshop: Charred and Water Soaked Documents
- (Instructed by Gregg Mokrzycki & Peter J. Belcastro, Jr.)

**MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS) ANNUAL MEETING**
(Morgantown, West Virginia - May 7-10, 2019)
• Workshop: Examining Writing on Unusual Surfaces
- (Instructed by Gregg Mokrzycki & Peter J. Belcastro, Jr.)
• Workshop: Examination of Torn/Cut Edges
- (Instructed by Lorie Cousin & Peter J. Belcastro, Jr.)
• Workshop: How Chemical Examinations of Inks and Paper Can Corroborate and Supplement Forensic Document Examinations
- (Instructed by Gerald M. LaPorte)

**NORTHEASTERN ASSOCIATION OF FORENSIC SCIENTISTS (NEAFS) 40TH ANNUAL MEETING**
(Hershey, Pennsylvania - November 3-6, 2014)
• Workshop: Ethics in the Practice of Forensic Science
- (Instructed by Robin Bowen of West Virginia University)

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887 

Philadelphia, PA
215.800.0120 

www.lesnevich.com 

## SKILLS

Trials

Civil Litigation

Forensic Research

Criminal Prosecution

Criminal Investigations

Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and
signature analysis

electronic signature verification

Non-destructive ink, paper,
and indentation analysis

forensic document examination
and authentication

## CONTINUING EDUCATION continued

3RD INTERNATIONAL WORKSHOP ON
AUTOMATED FORENSIC HANDWRITING ANALYSIS (AFHA)
(Honolulu, Hawaii - August 9-10, 2014)
• This particular workshop explored a variety of automated systems which may be used
to assist in the examination of both "online" and "offline" signatures and writings.
Some of the specific topics of discussion included the following:
- Overview of handwriting pattern recognition systems
• Kinematic approaches to signature analysis
• Mathematical approaches to signature complexity and stability
- Endorsed by the following organizations:
• German Research Centre for Artificial Intelligence (DFKI)
• Netherlands Forensic Institute - Ministry of Security and Justice (NFI)
• American Society of Questioned Document Examiners (ASQDE)

MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS (MAFS)
44TH ANNUAL MEETING
(Mackinac Island, Michigan - September 20-25, 2015)
• Workshop: Forensic Examination of Electronic Signatures
- (Instructed by William Flynn & Kathleen Annunziata Nicolaides)
• Workshop: Getting the Most Out of Your Visual Spectral Comparator
- (Instructed by David Tobin & Michael Zontini of Foster + Freeman USA)
• Workshop: The Examination of Documents Requiring a Multi-Faceted Approach
- (Instructed by Brian Lindblom)
• Workshop: Evaluating Signatures: What Matters?
- (Instructed by A. Frank Hicks)
• Workshop: The Application of Questioned Document Examinations to the Analysis of
Valuable Signatures & Other Antiques
- (Instructed by Peter J. Belcastro, Jr. & Gregg Mokrzycki)

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/ khody-r-detwiler 

7550 Woodbury Pike Roaring Spring, PA 16673 

Roaring Spring, PA 814.793.2377 

Pittsburgh, PA 412.430.3887 

Philadelphia, PA 215.800.0120

www.lesnevich.com 

## SKILLS

Trials

Civil Litigation

Forensic Research

Criminal Prosecution

Criminal Investigations

Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and signature analysis

electronic signature verification

Non-destructive ink, paper, and indentation analysis

forensic document examination and authentication

## CONTINUING EDUCATION continued

THE SOUTHWESTERN ASSOCIATION OF FORENSIC DOCUMENT EXAMINERS (SWAFDE) ANNUAL MEETING
(Denver, Colorado - October 11-13, 2019)
• Workshop: A Behind the Scenes (and under the covers) Tour of PDF's from Adobe's PDF Architect
    - (Instructed by Leonard Rosenthol of Adobe)
• Workshop: How Chemical Examinations of Inks and Paper Can Corroborate and Supplement Forensic Document Examinations
    - (Instructed by Gerald M. LaPorte)
• Workshop: Dispelling the Myths about the Forensic Examination of Handprinting
    - (Instructed by Lloyd Cunningham and Linton Mohammed)

## INTERNATIONAL EXPERIENCE

Since beginning my career in the field of Forensic Document Examination, I have conducted a wide variety of forensic examinations on thousands of individual documents and signatures involved in various litigations throughout the United States and abroad. My international casework has required extensive travel throughout Europe, South America and the Middle East. In addition, I have also been retained on numerous international matters that have not required international travel.

## TESTIMONY EXPERIENCE

I have been received as an expert, and have presented expert evidence, on numerous occasions in both state and federal courts throughout the United States, and internationally. A complete testimony list is available upon request.

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887 

Philadelphia, PA
215.800.0120 

www.lesnevich.com 

## SKILLS

Trials
Civil Litigation
Forensic Research
Criminal Prosecution
Criminal Investigations
Courtroom Demonstratives

## SERVICES

forensic consulting

handwriting and
signature analysis

electronic signature verification

Non-destructive ink, paper,
and indentation analysis

forensic document examination
and authentication

## PROFESSIONAL AFFILIATIONS

INTERNATIONAL ASSOCIATION FOR IDENTIFICATION (IAI)
Regular Member

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
Associate Member

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
Regular Member | Currently Serving as Questioned Document Section Chair

NORTHEASTERN ASSOCIATION OF FORENSIC SCIENTISTS (NEAFS)
Associate Member

MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS, INC. (MAFS)
Regular Member

ASTM INTERNATIONAL: COMMITTEE E30 - FORENSIC SCIENCE (ASTM)
Voting Member

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
Provisional Member

AAFS AMERICAN STANDARDS BOARD (ASB)
Forensic Document Examination Consensus Body | Currently serving as Vice Chair

# EXHIBIT 2

## THE (Q-1) NOTATIONS

KBO

[redacted black boxes]

4 subjects

2 calls ① TRUMP - PUTIN call SET-UP

② Exchange HOLIDAY GREETINGS

③ Official condolances for his lost RUSSIAN plane crash visit

④ SYRIA conference on ISIS

Dia 1st invited inside GRU Lubyanka, p 600. All approved. 4 day trip. Summer 2013
Kisyak - I don't know if last written. Very appreciative. Sergon - GRU DTC - in uniform. Set-up visit
big visit hints to come to US. 28th Feb 2014. Want to Crimea - ② more looked.
Next time. Trip to Russia Somuch press unbelievable. Never paid by media.
Did RT, Aljazeera, Sky, MSNBC, Speakers Bureau LAI. Request to speak
in Moscow ③ ME. At RT 10th Anniversary. I was asked for that. Speakers Bureau and
me. They took 25%. I may have. Sergon went other in Lebanon. He was like me.
Similar Background. SORS. Heard really - sent condolences. Really wasn't part of
Campaign. Really thought Sergon was a guy we could work with. Connections FIGHT
Terrorism, Chechnya combat SORS. Talked @ Afghanistan. Turkish Ambassador Kilic

4 +1          20 Jan - up to probably spoken to 30 countries. Multiple people in countries
Chum
n <          Only Russia Kisyak. Direction
Russia
Iran         Common partner in these things. ① know Trump / Putin for a long L. Figure out
ISIS         paths work with Russia. Russia and Turk. Syria, Common problem. That was IT.
             Before Christmas. No December. Called next Day. He said his family loop. Christmas
   →         Day - plane crash. Russia USO. Chgir Sesf @ my drawer. Took opportunity
             to pass condolences. Trying to keep relationship. C.S. - kept conversation.

No affinity Russia - Kislyak    counterpart.    Vacay Dom Republic
28th Dec Tuesday - he sends me a text. Can you call me? I never see it.
24 hours later. Call you 15 - 20 mins. I took off/left Dom Republic.
Asked me. Set-up UTC Putin/Trump - 21st. Have him gued into
Conference in Astana, Kazakh, Russia, Turkey, Iran, opposition groups
Sent Usama person. Ø got back to him. Probably only this post week.
Make decision for representation - Fri/Sat. Observer.
Russia wants lead role for Mid East peace. US. Turkey under wing.
Lack of engagement. Email - meet in person. Met in NY post election.
Closed door meeting Jared Kushner.
Been to Rosens - Before I went to speak at Spanish Board.
DIA briefing person. Intel courtesy to see Ambo   30-45 mins. Saw w/77
Late in APT of day. Ambas Res. University Club.   NY meet in Nov
Maybe Before Thanksgiving. He was in NY. Routinely sensitive meeting like this
Sensitive - countries Ø want White House takeover. No personal relationship Trump/Tower w/K.
Set expectations - Set view for countries.
UN vote - Settlements - Yes good view/under. Israel SO 22nd December, Literally countries
get sense  who stood on that vote. UK. Several. Egypt, Israel, Maybe France. Maybe Kislyak
Get a sense abstain, veto, abstain. This very
More where they stand. I Ø believe we would change anything. There
needed to be so many to abstain. 14 countries  permanent council 5 T9.
only US abstain. US.    wasn't hey if you do this I will be that
Surgel came up - how much        Kind of thing, hey where do
Ø please consider voting this way?       you stand.
   No. Where do you stand? Whats position
   Egypt. Ø like it. Other channels. Delayed on own accord.
drill  Exercise - how fast can you get someone on the line - Battle Drill.
   NK - how do we act? How respond?
NDR info - Friday or Thursday, Right Before Christmas. Loved us in.

TRANSITION @ ROOM. POLICY

KISLYAK - ROPP? 29th SPOKE. I DON'T. THE CONVERSATION WAS ON
UTC, ASKING THING. I HAVE NO TV. MY GOVT BLACKBERRY
@ RECOLLECTION? NOT REALLY, I DON'T REMEMBER. THEY DON'T DO ANYTHING.
TOTAL SURPRISE. I DIDN'T KNOW ABOUT IT UNTIL MEDIA.

CYBER BRIEFING - DECISION. WHAT

KISLYAK - START OFF ON GOOD FOOT.     LOOKING FORWARD TO RELATIONSHIP.
    I WOULDN'T UNDERSTAND IT. I CAN UNDERSTAND POS OF ONE.

    START GOOD RELATIONSHIP. MOVE FORWARD.
    I @ REMEMBER MAKING 4-5 CALLS IF I DID LOUSY PLACE TO CALL.
    @ LOOK AROUND OUT ABOUT DON'T DO SOMETHING.

EZRA

I PERSON HERE. APPROACHED HOPE HICKS - SOMEONE INTRODUCED.

CLOSE TO TRUMP.

HOPE HICKS, JOHN MCATEE, DAN SCAVINO

    LEAK OF GOOD CLASSIFIED HANDLING, ELECTRONIC DEVICES,
    REAL WORLD EXAMPLES, HERE IS WHAT IS IN PLAY. TO THAT
    MAYBE WE TAKE ADVANTAGE.

# EXHIBIT 3

PRODUCT BROCHURE:

*FOSTER + FREEMAN VSC®6000/HS*

# VSC®6000/HS

## The advanced examination system for detecting altered and counterfeit security documents

*The new VSC®6000/HS - a high resolution imaging system for authenticating passports, visas, ID cards and many other security documents that provides facilities for examining...*



- UV activated luminescent features under short, medium and long wave UV.
- Tampering and photo-substitution under high magnification.
- Anti-Stokes security features using intense IR lighting.
- Retro-reflective features with coaxial lighting.
- Surface features under oblique lighting.
- Watermarks with transmitted lighting.
- OVDs using multi-angled lighting.
- Suspected alterations using differential infrared absorption and luminescence properties of inks.
- Embedded Invisible Personal Information *(IPI)* and Invisible Constant Images *(ICI)*.
- ICAO coded data.
- e-Passports.
- Multiple laser images.
- Latent images.
- Birefringent security features
- Taggants.
- 1D and 2D barcodes.

*Below:* OVDs viewed with angled lighting.



*Below:* OVDs revealed with LED illumination.



**Below:** Security features viewed with incident UV lighting showing fluorescence.







**Above:** Differences in infrared absorption (upper image) and differences in infrared fluorescence .



**Above:** Zoom magnification is essential for scrutinising fine detail and to identify possible tampering or alterations.





