~~TOP SECRET/~~ ▮▮▮ ~~/NOFORN/~~ ▮



House Permanent Select Committee on Intelligence

# Report on Russian Active Measures

March 22, 2018

~~Classified by: 5080041~~
~~Derived from: Multiple Sources~~
~~Declassify on: 20431231~~

rector McCabe about whether the primary purpose of the interview was investigating potentially misleading statements to the Vice President, which the Vice President echoed publicly about the content of those calls;[94] a possible violation of the Logan Act;[95] or a desire to obtain more information as part of the counterintelligence investigation into General Flynn.[96] Director Comey testified to the Committee that "the agents ... discerned no physical indications of deception. They didn't see any change in posture, in tone, in inflection, in eye contact. They saw nothing that indicated to them that he knew he was lying to them."[97] Deputy Director McCabe confirmed the interviewing agent's initial impression and stated that the "conundrum that we faced on their return from the interview is that although [the agents] didn't detect deception in the statements that he made in the interview ... the statements were inconsistent with our understanding of the conversation that he had actually had with the ambassador."[98]

Subsequent to General Flynn's meeting with the FBI, two senior DOJ officials visited the White House on January 25 and January 26 to discuss with White House Counsel Don McGahn the discrepancies between the transcripts of General Flynn's calls and his statements to the FBI.[99] General Flynn resigned on February 13, 2017. Although Deputy Director McCabe acknowledged that "the two people who interviewed [Flynn] didn't think he was lying, [which] was not [a] great beginning of a false statement case,"[100] General Flynn pleaded guilty to one count of making false statements on December 1, 2017.[101]

(U) Finding #23: Executive Branch officials did not notify the Trump campaign that members of the campaign were assessed to be potential counterintelligence concerns.

(U) The Committee found that the Trump campaign was not notified that members of the campaign were potential counterintelligence concerns. This lack of notification meant that the campaign was unable to address the problems with each campaign member and was ignorant about the potential national security concerns. AG Lynch recalled that, during her first meeting with Director Comey and McCabe about Page, "one of the possibilities the three of us discussed was whether or not to provide what is called a defensive briefing to the campaign, wherein there would be a meeting with a senior person with the Trump campaign to alert them to the fact that ... there may be efforts to compromise someone with their campaign."[102]

(U) Such a defensive briefing would not have been unusual. According to Lynch, "[i]t is not an uncommon thing to do ... in intelligence matters."[103] However, the FBI did not provide any such warning about Page, although it was again discussed by the administration's most senior policymakers after Director Comey briefed the National Security Council Principals about the Page information in "late spring" 2016.[104]

TOP SECRET// ▬▬▬▬▬▬▬▬▬ NOFORN

(U) The Trump campaign did not receive a general counterintelligence briefing until August 2016, and even then, it was never specifically notified about Papadopoulos, Page, Manafort, or General Flynn's Russia ties.[105] Further, the counterintelligence briefing provided to Trump and his top advisors did not identify any individuals by name, but rather focused on the general threat posed by adversaries, including Russia and China.

(U) Finding #24: The February 2018 indictment of the Internet Research Agency and Russian nationals exposes Russian actors and their intent to spread distrust towards the candidates and the political system in general.

(U) In mid-February 2018, the Department of Justice charged 12 Russians and the Russia-based Internet Research Agency LLC with interference operations targeting the United States political and electoral processes. The indictment claims that the stated goal of the Russian actors was to "spread distrust towards the candidates and the political system in general" and provides insight into the methods used by the IRA, such as the use of stolen identities, travel to the U.S. for the purpose of collecting intelligence, and the procurement of computer infrastructure to hide the Russian origin of activities.[106] The indictment by Special Counsel Mueller contains assertions that are consistent with information examined by the Committee during its investigation. Specifically, according to an accompanying DOJ announcement, "There is no allegation in the indictment that any American was a knowing participant in the alleged unlawful activity. There is no allegation in the indictment that the charged conduct altered the outcome of the 2016 election."[107]

TOP SECRET// ▬▬▬▬▬▬▬▬▬ NOFORN

PROPERTY OF THE U.S. HOUSE OF REPRESENTATIVES

~~TOP SECRET/~~ ▓▓▓▓▓▓▓▓▓▓▓▓ ~~/NOFORN~~

1. HPSCI, "Russian Active Measures Investigation", Mar. 20, 2017.
2. HPSCI, "Russian Active Measures Investigation", Mar. 20, 2017.
3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
6. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
7. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
9. HPSCI, Executive Session Interview of Jake Sullivan, Dec. 21, 2017.
10. HPSCI, "Russian Active Measures Investigation", Mar. 20, 2017.
11. HPSCI, "Russia Investigative Task Force Hearing with Former Secretary of Homeland Security Jeh Johnson," June 21, 2017.
12. HPSCI, "Russia Investigative Task Force Hearing with Former Secretary of Homeland Security Jeh Johnson," June 21, 2017.
13. DHS, *Readout of Secretary Johnson's Call With State Election Officials About Cybersecurity*, https://www.dhs.gov/news/2016/08/15/readout-secretary-johnsons-call-state-election-officials-cybersecurity, Aug. 15, 2016.
14. FBI, *FBI Flash: Targeting Activity Against State Board of Election Systems*, Aug. 18, 2016.
15. FBI, *FBI Flash: Targeting Activity Against State Board of Election Systems*, Aug. 18, 2016.
16. FBI, *FBI Flash: Targeting Activity Against State Board of Election Systems*, Aug. 18, 2016.
17. DHS, *Statement by Secretary Johnson Concerning the Cybersecurity of the Nation's Election Systems*, http://www.dhs.gov/news/2016/09/16/statement-secretary-johnson-concerning-cybersecurity-nation's-election-systems, Sept. 16, 2016.
18. DHS, *Statement by Secretary Johnson Concerning the Cybersecurity of the Nation's Election Systems*, http://www.dhs.gov/news/2016/09/16/statement-secretary-johnson-concerning-cybersecurity-nation's-election-systems, Sept. 16, 2016.
19. Paul D. Ryan, Nancy Pelosi, Mitch McConnell, Harry Reid, *Letter to Todd Valentine*, Sept. 28, 2016.
20. DHS, *Statement by Secretary Johnson About Election Systems' Cybersecurity*, http://www.dhs.gov/news/2016/10/01/statement-secretary-johnson-about-election-systems-cybersecurity, Oct. 1, 2016.
21. DHS, *Joint Statement from the Department of Homeland Security and Office of the Director of National Intelligence on Election Security*, https://www.dhs.gov/news/2016/10/07/joint-statement-department-homeland-security-and-office-director-national, Oct. 7, 2016.
22. DHS, *Update by Secretary Johnson On DHS Election Cybersecurity Services*, https://www.dhs.gov/news/2016/10/10/update-secretary-johnson-dhs-election-cybersecurity-services, Oct. 10, 2016.
23. HPSCI, "Russia Investigative Task Force Hearing with Former Secretary of Homeland Security Jeh Johnson," June 21, 2017.
24. HPSCI, "Russia Investigative Task Force Hearing with Former Secretary of Homeland Security Jeh Johnson," June 21, 2017.
25. The Office of Secretary of State of Georgia, Letter to Secretary Jeh Johnson, Dec. 8, 2016.
26. DHS, Statement by Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector, https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical, Jan. 6, 2017.
27. HPSCI, Executive Session Interview of Loretta Lynch, Oct. 20, 2017.
28. "The Global Digital Challenge Initiative – Keynote Address," Bipartisan Policy Center video, 38:29, http://bcove.me/zff9r4pq, May 18, 2016.
29. HPSCI, Executive Session Interview of Loretta Lynch, Oct. 20, 2017.
30. HPSCI, Executive Session Interview of Loretta Lynch, Oct. 20, 2017; The Principals Committee, convened and chaired by the National Security Advisor, is a Cabinet-level interagency forum for considering policy issues that affect the national security interests of the United States. Regular attendees of the Principals Committee include: the Secretary of State, the Secretary of the Treasury, the Secretary of Defense, the Attorney General, the Secretary of Energy, the Chief of Staff to the President, the Director of National Intelligence, the Chairman of the Joint Chiefs of Staff, the Director of the Central Intelligence Agency, the National Security Advisor, the Homeland Security Advisor, and the Representative of the United States to the United Nations.
31. HPSCI, "Russian Active Measures During the 2016 Election Campaign," May 23, 2017.
32. The Gang of 8 is comprised of the Speaker of the House of Representatives, the Minority Leader of the House of Representatives, the Chairman and Ranking Member of the Permanent Select Committee on Intelligence of the House of Rep-

~~TOP SECRET/~~ ▓▓▓▓▓▓▓▓▓▓▓▓ ~~/NOFORN~~

~~TOP SECRET//~~ ▮▮▮▮▮▮▮▮ ~~NOFORN~~

resentatives, the Majority and Minority Leaders of the U.S. Senate, and the Chairman and Vice Chairman of the Select Committee on Intelligence of the U.S. Senate.
33. HPSCI, Executive Session Interview of Susan Rice, Sep. 8, 2017.
34. HPSCI, "Russian Active Measures During the 2016 Election Campaign," May 23, 2017.
35. HPSCI, "Russian Active Measures During the 2016 Election Campaign," May 23, 2017.
36. HPSCI, Executive Session Interview of Loretta Lynch, Oct. 20, 2017.
37. HPSCI, Executive Session Interview of Susan Rice, Sep. 8, 2017.
38. DHS, *Joint Statement from the Department of Homeland Security and Office of the Director of National Intelligence on Election Security*, https://www.dhs.gov/news/2016/10/07/joint-statement-department-homeland-security-and-office-director-national, Oct. 7, 2016.
39. HPSCI, "Russia Investigative Task Force Hearing with Former Secretary of Homeland Security Jeh Johnson," June 21, 2017.
40. HPSCI, Executive Session Interview of John Podesta, June 27, 2017.
41. HPSCI, "Russia Investigative Task Force Hearing with Former Secretary of Homeland Security Jeh Johnson," June 21, 2017.
42. HPSCI, "Russia Investigative Task Force Hearing with Former Secretary of Homeland Security Jeh Johnson," June 21, 2017.
43.  in September 2016 ▮▮▮ shared similar information in a one-on-one meeting with FBI General Counsel James Baker. HPSCI, Executive Session of ▮▮▮, Dec. 18, 2017. Around the same time as his meeting with FBI, ▮▮▮ shared the information with journalists, including ▮▮▮ of Slate, who published an article at the end of October. HPSCI, Executive Session of ▮▮▮ Dec. 18, 2017; ▮▮▮ "Was a Trump Server Communicating With Russia?," Slate, Oct. 31, 2016. Candidate Clinton promoted the ▮▮▮ article to her social media followers the same day it was published. Twitter, @HillaryClinton, Oct. 31, 2016, 4:32 PM.
44. White House, *Statement by the President on Actions in Response to Russian Malicious Cyber Activity and Harassment*, Dec. 29, 2016.
45. DHS, *Statement by Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector*, https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical, Jan. 6, 2017.
46. ODNI, *Assessing Russian Activities and Intentions in Recent US Elections*, Jan. 6, 2017.
47. ODNI, *Intelligence Community Directive 203: Analytic Standards*, Jan. 2, 2015.
48. HPSCI, Executive Session Interview of Mary McCord, Nov. 1, 2017.
49. HPSCI, Executive Session Interview of Andrew McCabe, Dec. 19, 2017.
50. U.S. v. George Papadopoulos (1:17-cr-182, District of Columbia).
51. U.S. v. George Papadopoulos (1:17-cr-182, District of Columbia).
52. U.S. v. George Papadopoulos (1:17-cr-182, District of Columbia).
53. Post Opinions Staff, "A transcript of Donald Trump's meeting with The Washington Post editorial board," *Washington Post*, Mar. 21, 2016.
54. U.S. v. George Papadopoulos (1:17-cr-182, District of Columbia).
55. U.S. v. George Papadopoulos (1:17-cr-182, District of Columbia); Email from George Papadopoulos to ▮▮▮, "Re: Meeting with Russian leadership—including Putin," Mar. 24, 2016 [DJTFP00010111].
56. U.S. v. George Papadopoulos (1:17-cr-182, District of Columbia); Email from George Papadopoulos to ▮▮▮ ▮▮▮ Fwd: [Russian Outreach]," May 4, 2016 [DJTFP00011405].
57. U.S. v. George Papadopoulos (1:17-cr-182, District of Columbia).
58. U.S. v. George Papadopoulos (1:17-cr-182, District of Columbia).
59. U.S. v. George Papadopoulos (1:17-cr-182, District of Columbia).
60. ▮▮▮
61. ▮▮▮
62. ▮▮▮
63. ▮▮▮



~~TOP SECRET//~~ ▮▮▮ ~~NOFORN~~

TOP SECRET// ~~[REDACTED]~~ //NOFORN ~~[REDACTED]~~

64. [REDACTED]
65. [REDACTED]
66. [REDACTED]
67. [REDACTED]
68. U.S. v. Evgeny Buryakov, a/k/a "Zhenya," [REDACTED], and [REDACTED], U.S. Southern District of New York, January 23, 2015; [REDACTED], "Russian Spies Tried to Recruit Carter Page Before He Advised Trump," *The New York Times*, Apr. 4, 2017; DOJ, Foreign Intelligence Surveillance Court Application, Oct. 21, 2016, which was made available for review by HPSCI members and staff on March 17, October 31, November 2, December 14, December 15, and December 18, 2017.
69. [REDACTED]
70. [REDACTED]
71. [REDACTED]
72. [REDACTED]
73. [REDACTED]
74. U.S. v. Paul J. Manafort, Jr. and Richard W. Gates III (1:17-cr-201, District of Columbia).
75. HPSCI, "FBI Counterintelligence Investigations," Mar. 2, 2017.
76. [REDACTED]
77. [REDACTED]
78. [REDACTED]
79. Michael G. Flynn, Email messages to Russian Embassy in United States, Flynn Intel Group Production, FLYNN_HPSCI_00000500, 00007542.
80. Michael G. Flynn, Email message to Russian Embassy in United States, Flynn Intel Group Production, FLYNN_HPSCI_00000500, 00007542.
81. [REDACTED]
82. HPSCI, "FBI Counterintelligence Investigations," Mar. 2, 2017.
83. HPSCI, Executive Session Interview of Andrew McCabe, Dec. 19, 2017.
84. U.S. v. Michael T. Flynn (1:17-cr-232, District of Columbia).
85. U.S. v. Michael T. Flynn (1:17-cr-232, District of Columbia).
86. U.S. v. Michael T. Flynn (1:17-cr-232, District of Columbia).
87. U.S. v. Michael T. Flynn (1:17-cr-232, District of Columbia).
88. Barack Obama, "FACT SHEET: Actions in Response to Russian Malicious Cyber Activity and Harassment," *The White House*, Dec. 29, 2016.
89. U.S. v. Michael T. Flynn (1:17-cr-232, District of Columbia).
90. U.S. v. Michael T. Flynn (1:17-cr-232, District of Columbia).
91. [REDACTED]
92. U.S. v. Michael T. Flynn (1:17-cr-232, District of Columbia).
93. HPSCI, "FBI Counterintelligence Investigations," Mar. 2, 2017.
94. HPSCI, Executive Session Interview of Sally Yates, Nov. 3, 2017.
95. HPSCI, "FBI Counterintelligence Investigations," Mar. 2, 2017; HPSCI, Executive Session Interview of Sally Yates, Nov. 3, 2017.

TOP SECRET// ~~[REDACTED]~~ NOFORN

96. HPSCI, Executive Session Interview of Andrew McCabe, Dec. 19, 2017.
97. HPSCI, "FBI Counterintelligence Investigations," Mar. 2, 2017.
98. HPSCI, Executive Session Interview of Andrew McCabe, Dec. 19, 2017.
99. HPSCI, Executive Session Interview of Sally Yates, Nov. 3, 2017, p. 57, 71; HPSCI, Executive Session Interview of Mary McCord, Nov. 1, 2017.
100. HPSCI, Executive Session Interview of Andrew McCabe, Dec. 19, 2017
101. U.S. v. Michael T. Flynn (1:17-cr-232, District of Columbia).
102. HPSCI, Executive Session Interview of Loretta Lynch, Oct. 20, 2017.
103. HPSCI, Executive Session Interview of Loretta Lynch, Oct. 20, 2017.
104. HPSCI, Executive Session Interview of Loretta Lynch, Oct. 20, 2017.
105. HPSCI, Staff meeting with Bill Priestap, FBI Assistant Director, Head of the Counterintelligence Division, Oct 31, 2017.
106. U.S. v. Internet Research Agency, et al. (1:18-cr-32, District of Columbia).
107. DOJ, "Grand Jury Indicts Thirteen Russian Individuals and Three Russian Companies for Scheme to Interfere in the United States Political System," Feb. 16, 2018.