| **Expanded Timeline of January-February 2017** ||
|---|---|
| Jan 5, 2017 | Obama, Biden, Rice, Yates, Clapper, Brennan and Comey meet in Oval Office regarding Steele dossier.<br>Link is Grassley's letter and includes Rice letter outlining what occurred at the Jan. meeting<br>https://www.judiciary.senate.gov/imo/media/doc/2018-02-08%20CEG%20LG%20to%20Rice%20(Russia%20Investigation%20Email).pdf?platform=hootsuite |
| Jan. 5, 2017 | **Former CIA director James Woolsey and Trump break ties ahead of major intelligence briefing**<br>https://www.rawstory.com/2017/01/former-cia-director-james-woolsey-and-trump-break-ties-ahead-of-major-intelligence-briefing/ |
| Jan. 6, 2017 | **Comey briefs President-Elect on salacious aspects of the dossier**<br>*https://thefederalist.com/2018/04/20/comeys-memos-indicate-dossier-briefing-of-trump-was-a-setup/*<br> Excerpt: "I said the Russians allegedly had tapes involving him and prostitutes at the Presidential Suite at the Ritz Carlton in Moscow from about 2013," Comey wrote of his conversation with Trump in a classified memo that was released in redacted form late Thursday. "I said I wasn't saying this was true, only that I wanted him to know both that it had been reported and that the reports were in many hands."<br>No media organizations had reported the allegations at the time Comey briefed Trump.<br>"I said media like CNN had them and were looking for a news hook," Comey added in his memo about the briefing |
| Jan. 7, 2017 | Released: Intelligence Community Assessment. The ICA reports Russia helping Trump<br>https://www.dni.gov/files/documents/ICA_2017_01.pdf (dated Jan. 6, 2017)<br>NSA Director Mike Rogers would not sign up to the "high confidence" claims |
| Jan. 10, 2017 | Passing the Baton Ceremony—Susan Rice to Mike Flynn |
| Jan. 10, 2017 | Clapper calls David Ignatius of the Washington Post with instructions to the effect of "take the kill shot" on Flynn |
| Jan. 10, 2017 | **BuzzFeed News publishes Steele Dossier:** *These Reports Allege Trump Has Deep Ties To Russia*<br>https://www.buzzfeednews.com/article/kenbensinger/these-reports-allege-trump-has-deep-ties-to-russia<br>Excerpt: A dossier making explosive — but unverified — allegations that the Russian government has been "cultivating, supporting and assisting" President-elect Donald Trump for years and gained compromising information about him has |

| | |
|---|---|
| | been circulating among elected officials, intelligence agents, and journalists for weeks.<br>CNN reported Tuesday that a two-page synopsis of the report was given to President Obama and Trump.<br>Now BuzzFeed News is publishing the full document so that Americans can make up their own minds about allegations about the president-elect that have circulated at the highest levels of the US government. |
| Jan. 10, 2017 | Peter Strzok/Lisa Page Communications (re "pretext") Source Authority (See Defendant's Reply, filed 10-24-19, at Exhibit 129-6 and https://www.cnn.com/2018/09/14/politics/page-strzok-texts-part-two/index.html)<br><br>Strzok to Page (January 10, 2017) in text government suppressed: "**Sitting with Bill watching CNN.  A TON more out. Hey let me know when you can talk.  We're discussing whether, now that this is out, we use it as a pretext to go interview some people**." |
| Jan 11, 2017, New York City | Pence first Press Conference as V.P.-elect (messaging from Bossert) https://www.alternet.org/2018/09/heres-incriminating-case-against-mike-pence/ |
| Jan. 11, 2017 | Covington sends a letter to the DOJ, need to do FARA registration but unsure about the foreign principal. |
| **Jan. 12, 2017** | **Why did Obama dawdle on Russia's hacking?** David Ignatius<br>*https://www.washingtonpost.com/opinions/why-did-obama-dawdle-on-russias-hacking/2017/01/12/75f878a0-d90c-11e6-9a36-1d296534b31e_story.html*<br><br>Except: "…Retired Lt. Gen. Michael T. Flynn, Trump's choice for national security adviser, cultivates close Russian contacts. He has appeared on Russia Today and received a speaking fee from the cable network, which was described in last week's unclassified intelligence briefing on Russian hacking as "the Kremlin's principal international propaganda outlet." |
| Jan 12, 2017 | BIDEN meets with Pence. Biden reports that they talked about RUSSIA and UKRAINE.<br> https://www.rferl.org/a/us-vice-president-biden-praises-successor-mike-pence-knowledge-russia-tips-on-ukraine-iraq/28230559.html |
| Jan. 12, 2017 | Sir Mark Lyall Grant letter disavowing and discrediting Steele hand-delivered to NSC team |
| Jan. 12, 2017 | Second FISA Renewal:<br>https://www.grassley.senate.gov/sites/default/files/judiciary/upload/2018-02-28%20CEG%20LG%20to%20DOJ%20OIG%20%28referral%29.pdf |

| | |
|---|---|
| Jan. 15, 2017 | Pence Says He Is Unaware of Flynn's Discussions: Face the Nation – Pence Full Interview<br>https://www.cbsnews.com/video/full-interview-mike-pence-january-15/ |
| Jan. 19, 2017 | **U.S. counterintelligence officials are examining possible ties between Russia and Trump associates**<br>https://www.washingtonpost.com/world/national-security/us-counterintelligence-officials-are-examining-possible-ties-between-russia-and-trump-associates/2017/01/19/7e10f31c-debd-11e6-918c-99ede3c8cafa_story.html<br><br>Excerpt: U.S. counterintelligence officials are sifting through intercepted communications and financial data as part of a wider look at possible ties between the Russian government and associates of President-elect Donald Trump, officials said.<br>But while it has been clear for months that a broad investigation is underway, what remains murky — even to lawmakers receiving closed briefings — is its scope and target. It is unclear if the intercepts being examined have any connection to the Trump campaign. |
| Jan. 20, 2017 | Inauguration Day |
| Jan. 20, 2017 | Rice "By the Book" Email to Self (names Jan. 5 meeting attendees – Obama, Rice, Biden, Yates, Comey)<br>Link is letter from Grassley, which includes Rice "by the book" email to self:<br>https://www.judiciary.senate.gov/imo/media/doc/2018-02-08%20CEG%20LG%20to%20Rice%20(Russia%20Investigation%20Email).pdf?platform=hootsuite |
| Jan. 22, 2017 | Mike Flynn sworn in as NSA Director |
| Jan. 22, 2017 | **U.S. Eyes Michael Flynn's Links to Russia** (NOTE: Appeared in the Jan. 23, 2017, print edition as **'U.S. Looks at Flynn's Russian Links.'**)<br>*Counterintelligence agents have investigated communications by President Trump's national security adviser, including phone calls to Russian ambassador in late December*<br>https://www.wsj.com/articles/u-s-eyes-michael-flynns-links-to-russia-1485134942 |
| Jan. 23, 2017 | **FBI reviewed Flynn's calls with Russian ambassador but found nothing illicit**<br>https://www.washingtonpost.com/world/national-security/fbi-reviewed-flynns-calls-with-russian-ambassador-but-found-nothing-illicit/2017/01/23/aa83879a-e1ae-11e6-a547-5fb9411d332c_story.html<br><br>Excerpt: Although Flynn's contacts with Russian Ambassador Sergey Kislyak were listened to, Flynn himself is not the active target of an investigation, U.S. officials |

| | |
|---|---|
| | said. The Wall Street Journal reported Sunday that U.S. counterintelligence agents had investigated the communications between Flynn and Kislyak.<br>McCabe, Strzok, Page, Bowdich, General Counsel Baker and others met to plan interview of Flynn to keep him "relaxed" |
| Jan. 24, 2017 | **Comey says "Screw it" to longstanding protocols and tells McCabe to send agents to White House as planned.**<br>**Strzok & Agent2 interview Mike**; Strzok briefed McCabe and redacted. McCabe briefed Comey. Strzok was aware that redacted later argued about the FBI's decision to interview Flynn.<br>• Agents reported back they believed Flynn was not lying. |
| Jan. 24, 2017 | **FBI clears Michael Flynn in probe linking him to Russia**<br>https://nypost.com/2017/01/24/fbi-clears-michael-flynn-in-probe-linking-him-to-russia/ |
| Jan. 26, 2017 | Yates and McCord knew what the FBI knew when she raced over to the White House to warn Trump's general counsel that Flynn was "compromised." |
| Jan. 27-28, 2017 | [image of text message log between Lisa Page and Peter Strzok dated 2017-01-27 and 2017-01-28, referencing "It begins…" and NYTimes article "Russian Charged With Treason Worked in Office Linked to Election Hacking"]<br><br>**Russians Charged With Treason Worked in Office Linked to Election Hacking**<br>https://www.nytimes.com/2017/01/27/world/europe/russia-hacking-us-election.html |
| Jan, 27, 2017 | Yates goes to White House again to talk with McGahn |
| Jan. 30, 2017 | <u>DOJ internal memo exonerates Flynn of being an agent of Russia—still not produced to defense</u> |
| Feb. 8, 2017 | Comey in WH – Preibus asks if "there's a FISA on Flynn" – Comey Memos Link: https://www.documentcloud.org/documents/4442900-Ex-FBI-Director-James-Comey-s-memos.html<br><br>[excerpt from Comey memo: "I went to the White House today for a 4 pm 'meet and greet' with COS Reince Priebus. As I walked in from West Exec, I saw and briefly chatted with Bill Priestap and Jen Boone, who were there to do a defensive briefing[redacted]<br>As I waited in the West Wing lobby, Mike Flynn stopped by and sat down. We chatted for about five minutes about his new job, the challenges in building a staff, and working with folks who had never been in government before, how he maintains fitness, etc. There was no mention by either of us of [redacted]<br>COS Priebus's assistant came and got me and took me to his office. He greeted me and we sat with his desk between us. He explained that this was a chance to get acquainted, and he guided the conversation in a variety of directions."] |

| | |
|---|---|
| | He then asked me if this was a "private conversation." I replied that it was. He then said he wanted to ask me a question and I could decide whether it was appropriate to answer. He then asked, "Do you have a FISA order on Mike Flynn?" I paused for a few seconds and then said that I would answer here, but that this illustrated the kind of question that had to be asked and answered through established channels. I said the answer [redacted] I then explained that the normal channel was from DOJ leadership to the WH counsel about such things. [redacted] I would normally make sure the AG and DAG were aware and they would likely inform the WH Counsel and he could decide whether to inform the COS. I explained that it was important that communications about any particular case go through that channel to protect us and to protect the WH from any accusations of improper influence. |
| Feb. 8, 2017 | Text message table: 2017-02-08 19:02:37, Outgoing, "Just heard from [redacted], he said he went 'up to Flynn's office' and was unable to get valu��n��3 %�"<br><br><span style="color:red">Person in White House goes up to Flynn's office, reports to Strzok that he was unable to get valuable intel</span> |
| Feb. 9, 2017 | **National security adviser Flynn discussed sanctions with Russian ambassador, despite denials, officials say**<br>https://www.washingtonpost.com/world/national-security/national-security-adviser-flynn-discussed-sanctions-with-russian-ambassador-despite-denials-officials-say/2017/02/09/f85b29d6-ee11-11e6-b4ff-ac2cf509efe5_story.html<br><br>Excerpt: Flynn "indicated that while he had no recollection of discussing sanctions, he couldn't be certain that the topic never came up." |
| Feb. 9, 2017 | HEATHER HUNT of FARA division further pressures Covington to file Flynn's FARA registration |
| Feb. 10, 2017 | Multiple Clips of Spicer and Pence |
| Feb. 10, 2017 | Text messages:<br>PS-outgoing 2/10/17 18:02 — Hey I was considering what you said, please just drop off what you have, I will incorporate it tonight /tomorrow and email back out to you. Thanks for yo<br>PS-outgoing 2/10/17 18:02 — ur time on it.<br>PS-incoming 2/10/17 19:09 — It's fine. Unrelated, but you need to finalize that asap. I wouldn't be surprised if following this evening's events that a request comes in to see it.<br>PS-outgoing 2/10/17 19:11 — A) I don+M1625't believe you. And I love you. B) thank yiu. I'm going back in tonight to do so<br>PS-incoming 2/10/17 19:12 — I gave my edits to Bill to put on your desk.<br>PS-outgoing 2/10/17 21:50 — Bill didn't leave your edits in my office. I found them in his, so pls let me know if you're not ok with my grabbing them (ie, you told me you gave them<br>PS-outgoing 2/10/17 21:50 — to him). And thank you. I appreciate your time.<br>PS-incoming 2/10/17 22:32 — Yes, it's no problem. You can say I emailed you to tell you I left them with him.<br>PS-outgoing 2/10/17 22:36 — I made your edits, and sent them to Joe. I also emailed you an updated 302. I'm not asking you to edit it this weekend, I just wanted to send it to you.<br>PS-outgoing 2/10/17 22:37 — And hopefully it doesn't need much more editing. I will polish it this weekend, and have it ready for Monday. I really appreciate your time and edits.<br><br>Strzok/Page Texts (SEE Defendant's Reply, Exhibit 129-4) |

| | |
|---|---|
| Feb. 11, 2017 | Mifsud was interviewed by the FBI in the US during a conference. He left the U.S. on Feb. 11 and apparently has not been seen since.<br>https://www.washingtontimes.com/news/2019/oct/20/joseph-mifsud-identity-called-trump-russia-probe-o/ |
| Feb. 11, 2017 | **When it comes to his contacts with Russia, Michael Flynn has bigger problems than the Logan Act**<br>https://www.washingtonpost.com/blogs/post-partisan/wp/2017/02/11/when-it-comes-to-his-contacts-with-russia-michael-flynn-has-bigger-problems-than-the-logan-act/ |
| Feb. 12, 2017 | **As Flynn falls under growing pressure over Russia contacts, Trump remains silent**<br>https://www.washingtonpost.com/politics/as-flynn-falls-under-growing-pressure-over-russia-contacts-trump-remains-silent/2017/02/12/2b58f31e-f15e-11e6-b9c9-e83fce42fb61_story.html |
| Feb. 12, 2017 | Flynn advised the President that he may have forgotten details of his calls with Ambassador Kislyak, but he did not lie. |
| <span style="color:red">Feb. 13, 2017</span> | **Justice Department warned White House that Flynn could be vulnerable to Russian blackmail, officials say**<br>https://www.washingtonpost.com/world/national-security/justice-department-warned-white-house-that-flynn-could-be-vulnerable-to-russian-blackmail-officials-say/2017/02/13/fc5dab88-f228-11e6-8d72-263470bf0401_story.html<br><br><span style="color:red">Flynn resigned</span> |
| Feb. 13, 2017 | **David Laufman of NSD/FARA Division personally calls Covington & Burling to pressure filing the FARA registration** |
| Feb. 13-14, 2017 | <span style="color:red">Strzok, Page and McCabe launch Flynn 302</span><br><br>[Image of recovered Lisa Page-Peter Strzok text messages showing entries dated 2017-02-13 and 2017-02-14, including "Sure. Call dek��", "I'm done if you want to call back.", "Nevermind I'm making calls.", "Also, is Andy good with F 302?", "Fyi, have wrap at 345. Done at 430", "Launch on f 302.", "K thank you."] |
| Feb. 14, 2017 | **The Political Assassination of Michael Flynn**<br>https://www.bloomberg.com/opinion/articles/2017-02-14/the-political-assassination-of-michael-flynn |

6

| | |
|---|---|
| Feb. 14, 2017 | Former Director Comey and President Trump discuss Mike Flynn.  Former Director Comey uses the purported details of this conversation in a memo to allege obstruction of justice against President Trump despite all undisclosed internal reports Flynn had been cleared.<br>See Comey Memo 4 discussed in detail by DOJ OIG Report Comey (August 2019) and see entire report   https://oig.justice.gov/reports/2019/o1902.pdf and also see  Defendants Reply Exhibits 129-3 and 129-10 |
| Feb. 14, 2017 | *Hillary Clinton @HillaryClinton tweet: "Philippe's got his own way of saying things, but he has a point about the real consequences of fake news… twitter.com/philippereines…" quoting Philippe Reines @PhilippeReines: "Dear Mike Flynn & Mike Flynn Jr., What goes around COMETS around. And given your pizza obsession…jobs.dominos.com/dominos-career… xo Philippe" — 93.8K likes, 1:41 AM - Feb 14, 2017, 35.4K people are talking about this* |
| Feb. 15, 2017 | McCabe-approved FLYNN 302 entered in Sentinel |
| Feb. 19, 2017 | Stefan Halper pushes the smear against Flynn.  CHRISTOPHER ANDREWS, The Sunday Times (UK Media) "Impulsive General Misha shoots himself in the foot" https://www.thetimes.co.uk/article/impulsive-general-misha-shoots-himself-in-the-foot-l7gfpbghr |
| May 17, 2017 | Robert Mueller named Special Counsel<br><br>Strzok texts:<br>2017-05-17 16:59:00 From: [redacted] Peter P. II Outgoing Read  Good luck…..<br>2017-05-17 17:05:00 Strzok Tel: [redacted] Outgoing  I think he should say I was not thinking of Flynn in that context, there was the interaction the D had.<br>2017-05-17 18:02:00 Tel: [redacted] Outgoing  News announcing Mueller<br>2017-05-17 18:18:00 From: [redacted] Peter P. II Outgoing Read  You could go work with Aaron for him…you heard it from me first… ;)<br>2017-05-17 18:30:00 From: Strzok [redacted] Peter P. II Outgoing Read  And you go to Wilmer when it's done |