UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

## NOTICE OF DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files with the Court its most recent discovery correspondence in this case. Earlier today, the government transmitted the attached letter to counsel (Attachment A), which states that this morning the government confirmed that it had misidentified the authorship of the handwritten notes from the January 24, 2017 interview of the defendant. The notes the government had previously identified as Peter Strzok's, are actually the other agent's notes (*see* Surreply, Exhibit 1), and what the government had identified as the other agent's notes are Strzok's notes (*see* Surreply, Exhibit 2).

We are available should the Court have questions, or if the Court would like us to take further corrective action.

        Respectfully submitted,

        JESSIE K. LIU
        U.S. Attorney for the District of Columbia

        By: */s/*                

        Brandon L. Van Grack
        Special Assistant U.S. Attorney
        950 Pennsylvania Ave., NW
        Washington, DC 20530
        (202) 233-0968

        Jocelyn Ballantine
        Assistant United States Attorney
        555 4th Street NW
        Washington, D.C. 20530

Dated: November 5, 2019

**CERTIFICATE OF SERVICE**

    I, Brandon L. Van Grack, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for the defendant on November 5, 2019.

        /s/
Brandon L. Van Grack
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 233-0968

*Attorney for the United States of America*

# ATTACHMENT A



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 5, 2019

**<u>Via Email</u>**
Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

      Re:    *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

      Last evening, we received word that our Surreply may have misidentified the authorship of the handwritten notes from the January 24, 2017 interview of your client. Specifically, we were informed that the notes we had identified as Peter Strzok's, were actually the other agent's notes (*see* Surreply, Exhibit 1), and what we had identified as the other agent's notes were in fact Strzok's notes (*see* Surreply, Exhibit 2).

      This morning, we asked the FBI to re-examine the electronic records from the January 24 interview, and they confirmed that the government mistakenly identified these notes in its March 13, 2018 discovery letter. Strzok's notes are those numbered DOJSCO-700021192—DOJSCO-700021195; and the other agent's notes are those numbered DOJSCO-700021196—DOJSCO-700021198. We understand that this has caused some confusion, and we regret our error. The government has no other corrections to make about the notes.

      In addition to this letter, we will be providing notice to the Court of our mistake.

                              Sincerely,

                              JESSIE K. LIU
                              United States Attorney
           By:      /s/
                              Brandon L. Van Grack
                              *Special Assistant United States Attorney*
                              Jocelyn Ballantine
                              *Assistant United States Attorney*