# ATTACHMENT A



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

November 5, 2019

**<u>Via Email</u>**
Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

    Re:    *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

    Last evening, we received word that our Surreply may have misidentified the authorship of the handwritten notes from the January 24, 2017 interview of your client. Specifically, we were informed that the notes we had identified as Peter Strzok's, were actually the other agent's notes (*see* Surreply, Exhibit 1), and what we had identified as the other agent's notes were in fact Strzok's notes (*see* Surreply, Exhibit 2).

    This morning, we asked the FBI to re-examine the electronic records from the January 24 interview, and they confirmed that the government mistakenly identified these notes in its March 13, 2018 discovery letter. Strzok's notes are those numbered DOJSCO-700021192—DOJSCO-700021195; and the other agent's notes are those numbered DOJSCO-700021196—DOJSCO-700021198. We understand that this has caused some confusion, and we regret our error. The government has no other corrections to make about the notes.

    In addition to this letter, we will be providing notice to the Court of our mistake.

                        Sincerely,

                          JESSIE K. LIU
                          United States Attorney
           By:      /s/
                          Brandon L. Van Grack
                          *Special Assistant United States Attorney*
                          Jocelyn Ballantine
                          *Assistant United States Attorney*