UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

# [PROPOSED] ORDER

On November 26, 2019, the government filed a Joint Motion to Abate Briefing Schedule, in which the parties requested that the Court abate the current briefing schedule for sentencing and vacate the current sentencing date, until further order of the Court.

Upon consideration of the request, and for the reasons stated in the joint motion, it is hereby ORDERED that:

The government's joint motion to abate the briefing schedule and to vacate the sentencing date is hereby GRANTED.

THE COURT will issue a further order at the appropriate time.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge