UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

## ORDER GRANTING MOTION PERMITTING CHRISTMAS TRAVEL

Michael T. Flynn "Mr. Flynn" requested this Court return his passport and grant him leave to travel to the Republic of Korea from December 21, 2019, to January 7, 2020.

Mr. Flynn's motion is GRANTED.

THE COURT ORDERS the return of Mr. Flynn's passport and approves his travel to the Republic of Korea over the Christmas holiday.


Date: _____  _____
The Honorable Emmet G. Sullivan, Jr.
United States District Judge