**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br>　　　　　Defendant. | Crim. Action No. 17-232 (EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Compel the Production of *Brady* Material and for an Order to Show Cause, ECF Nos. 109 & 111, are **DENIED**; and it is further

**ORDERED** that Defendant's Sealed Motion to Compel the Production of *Brady* Material, ECF No. 112, and Sealed Motion for an Order to Show Cause, ECF No. 113, are **DENIED**; and it is further

**ORDERED** that Defendant's Motion to Compel the Production of Newly Discovered *Brady* Evidence, ECF No. 124, is **DENIED**.

　　**SO ORDERED.**

**Signed:　Emmet G. Sullivan
　　　　　United States District Judge
　　　　　December 16, 2019**