UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>**Defendant** | Crim. No. 17-232 (EGS) |

## NOTICE OF DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files with the Court its most recent discovery correspondence in this case.

                                        Respectfully submitted,

                                        JESSIE K. LIU
                                        U.S. Attorney for the District of Columbia

                                        By: */s/*_____

                                        Brandon L. Van Grack
                                        Special Assistant U.S. Attorney
                                        950 Pennsylvania Ave., NW
                                        Washington, DC 20530
                                        (202) 233-0968

                                        Jocelyn Ballantine
                                        Assistant United States Attorney
                                        555 4th Street NW
                                        Washington, D.C. 20530

Dated: December 19, 2019

**CERTIFICATE OF SERVICE**

      I, Jocelyn Ballantine, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for the defendant on December 15, 2019.

                                                                        /s/
                                         Jocelyn Ballantine
                                         Assistant United States Attorney
                                         555 4th Street NW
                                         Washington, D.C. 20530

                                         *Attorney for the United States of America*