

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 15, 2019

**<u>Via Email & FedEx</u>**
Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

Re:   *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

The government is hereby providing defendant Michael T. Flynn with the reports and related materials for his post-January 24, 2017 interviews, which are numbered DOCSCO-700022699 – DOJSCO700023423.  Small portions of these materials are redacted because they contained privileged/deliberative process information. The government is also providing counsel with a copy of defendant Flynn's grand jury transcript, which is protected under Rule 6(e), which is numbered DOJSCO-700023424 – DOJSCO-700023460.  There materials are covered by the Protective Order entered by the Court on February 21, 2018.

        Sincerely,

        JESSIE K. LIU
        United States Attorney

By:    _____
        Brandon L. Van Grack
        *Special Assistant United States Attorney*
        Jocelyn Ballantine
        *Assistant United States Attorney*