**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>　　　　　**Defendant** | **Crim. No. 17-232 (EGS)** |

**GOVERNMENT'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE**

On December 16, 2019, this Court scheduled the sentencing hearing in this case for January 28, 2020 at 11:00 AM. *See* Minute Order of December 16, 2019. In that order, the Court set a briefing schedule for the parties to file their supplemental memorandum of law in aid of sentencing—December 30, 2019 for the government; January 13, 2020 for the defendant. *Id.*

There are multiple individuals and entities who must review and approve the government's submission, including any changes from the government's prior sentencing memorandum and its specific sentencing recommendations. Unfortunately, due to the holidays, the government is not able obtain the necessary review and approval from all such individuals and entities by December 30, 2019. Accordingly, the government respectfully requests that this Court extend the government's deadline to provide its supplemental sentencing memorandum to Monday, January 6, 2020, at 12:00 p.m. So that this extension does not prejudice the defendant, the government also requests that this Court extend the defendant's deadline to provide his supplemental sentencing memorandum January 21, 2019, at 12:00 p.m. The government submits that the proposed deadlines would not necessitate changing the date for the sentencing hearing.

The government has conferred with the defendant, through counsel, who does not oppose this request.

1

Wherefore the government respectfully requests that the Court reset the deadlines associated with the supplemental sentencing memoranda in this case to January 6, 2020, for the government; and January 21, 2020, for the defendant.

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney
        D.C. Bar No. 472845

        By: */s/*_____

        Brandon L. Van Grack
        Special Assistant U.S. Attorney
        U.S. Department of Justice
        950 Pennsylvania Ave., NW
        Washington, DC 20530
        (202) 233-0968

        Jocelyn S. Ballantine
        Assistant United States Attorney
        555 4th Street NW
        Washington, D.C. 20530
        (202) 252-7252

Dated: December 26, 2019

## **CERTIFICATE OF SERVICE**

    I, Jocelyn Ballantine, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for the defendant on December 26, 2019.

                                           /s/
                                    Jocelyn Ballantine
                                    Assistant United States Attorneys
                                    555 4th Street NW
                                    Washington, D.C. 20530
                                    (202) 252-7252

                                    *Attorney for the United States of America*