UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>**Defendant** | Crim. No. 17-232 (EGS) |

## [PROPOSED] ORDER

On December 26, 2019, the government filed an Unopposed Motion to Amend Briefing Schedule, in which the government requested that the Court amend the current briefing schedule for sentencing. Upon consideration of the request, and for the reasons stated in the unopposed motion, it is hereby ORDERED that:

The government's motion to amend the briefing schedule is hereby GRANTED. The government shall file its supplemental memorandum of law in aid of sentencing by no later than January 6, 2020 at 12:00 pm. Mr. Flynn shall file his supplemental memorandum of law in aid of sentencing by no later than January 21, 2020 at 12:00 pm. The sentencing hearing will remain as currently scheduled.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge