**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## GOVERNMENT'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

On December 16, 2019, this Court scheduled the sentencing hearing in this case for January 28, 2020 at 11:00 AM. *See* Minute Order of December 16, 2019. In that order, the Court set a briefing schedule for the parties to file their supplemental memorandum of law in aid of sentencing—December 30, 2019 for the government; January 13, 2020 for the defendant. *Id.*

On December 26, 2019, the government filed an unopposed motion to amend the briefing schedule, permitting the government to file its supplemental memorandum by January 6, 2020, at 12:00 pm, and the defense to file its supplemental sentencing memorandum by January 21, 2020, at 12:00 pm. *See* Government's Unopposed Motion to Amend Briefing Schedule (ECF #148). The Court granted the government's motion. *See* Minute Order of December 27, 2019.

As the government represented in its initial motion, there are multiple individuals and entities who must review and approve the government's submission, including any changes from the government's prior sentencing memorandum and its specific sentencing recommendations. The government has worked assiduously over the holidays to complete this task, but we find that we require an additional 24 hours to do so. The government respectfully requests that this Court extend the government's deadline to provide its supplemental sentencing memorandum to Tuesday, January 7, 2020, at 12:00 p.m.

The government has conferred with the defendant, through counsel, who does not oppose this request. To permit the defense its full two week period to respond, the parties request that the Court also extend the defendant's deadline by 24 hours to January 22, 2020, at 12:00 pm.

Wherefore the government respectfully requests that the Court briefly continue the deadlines associated with the supplemental sentencing memoranda in this case to January 7, 2020, at 12:00 pm, for the government; and January 22, 2020, at 12:00 pm, for the defendant.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: /s/ _____

Brandon L. Van Grack
Special Assistant U.S. Attorney
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 233-0968

Jocelyn Ballantine
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530
(202) 252-7252

Dated: January 4, 2020

## CERTIFICATE OF SERVICE

      I, Jocelyn Ballantine, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for the defendant on January 4, 2020.

                                        /s/
                         Jocelyn Ballantine
                         Assistant United States Attorneys
                         555 4th Street NW
                         Washington, D.C. 20530
                         (202) 252-7252

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

### [PROPOSED] ORDER

On January 4, 2020, the government filed an Unopposed Motion to Amend Briefing Schedule, in which the government requested that the Court briefly continue the deadlines associated with the supplemental sentencing memoranda in this case to January 7, 2020, at 12:00 pm, for the government; and January 22, 2020, at 12:00 pm, for the defendant.

Upon consideration of the request, and for the reasons stated in the joint motion, it is hereby ORDERED that:

The government's unopposed motion to amend the briefing schedule is hereby GRANTED.

IT IS FURTHER ORDERED THAT the government will file its supplemental sentencing memorandum by January 7, 2020, at 12:00 pm.

IT IS FURTHER ORDERED THAT the defendant will file its supplemental sentencing memorandum by January 22, 2020, at 12:00 pm.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge