UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>       Defendant | Crim. No. 17-232 (EGS) |

**[PROPOSED] ORDER**

On January 4, 2020, the government filed an Unopposed Motion to Amend Briefing Schedule, in which the government requested that the Court briefly continue the deadlines associated with the supplemental sentencing memoranda in this case to January 7, 2020, at 12:00 pm, for the government; and January 22, 2020, at 12:00 pm, for the defendant.

Upon consideration of the request, and for the reasons stated in the joint motion, it is hereby ORDERED that:

The government's unopposed motion to amend the briefing schedule is hereby GRANTED.

IT IS FURTHER ORDERED THAT the government will file its supplemental sentencing memorandum by January 7, 2020, at 12:00 pm.

IT IS FURTHER ORDERED THAT the defendant will file its supplemental sentencing memorandum by January 22, 2020, at 12:00 pm.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge