# Attachment 1

**From:**          Bijan Kian <kian@flynnintelgroup.com>
**Sent:**          Wednesday, July 27, 2016 1:40 PM
**To:**            Ekim Alptekin
**Subject:**       Re: All good to go


I had a detailed discussion with my MF last night. We are ready to engage on what needs to be done. Turkey's security and stability is extremely important to world security. RTE can lead the campaign against Radical Islam to protect the image of Islam. No other leader in the world of Islam has the power to lead this campaign.

I just wanted to let you know that we are all on the same page. Please let me know if you would like to talk on Skype. I will make time and it will be my pleasure. Looking forward to working together again. At the right time, I will include our partners in the communications. Perhaps we can connect on Friday to update.

All the best


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com



<u>Notice of Confidentiality</u>
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

On Wed, Jul 27, 2016 at 11:41 AM, Ekim Alptekin <ekimalptekin@gmail.com> wrote:
Hi Bijan - Thats good news. Im seeing the MFA in Ankara tomorrow to confer before their imminent US visit. Anything new we need to discuss tonight before my meeting? If not I will report back tomorrow night.

Best,

Ekim

Sent from Virtru for iPhone

On 27 Tem 2016 18:19, Bijan Kian <bijankian@gmail.com> wrote:

Dear Ekim:

We are ready. I look forward to speaking with you.

All the best

**GOVERNMENT EXHIBIT**

**8B**

**1:18-CR-457**

Bijan

Sent from my iPhone

| | |
|---|---|
| **From:** | Bijan Kian |
| **To:** | Ekim Alptekin |
| **Cc:** | Michael Flynn |
| **Subject:** | Re: Truth |
| **Date:** | Monday, August 08, 2016 2:44:05 PM |

Thank you Ekim for your kind update. This is an important engagement and we will give it priority on our side.

Looking forward to seeing you soon,

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

**703-313-7040** (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com



<u>Notice of Confidentiality</u>
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

On Mon, Aug 8, 2016 at 12:36 PM, Ekim Alptekin <ekimalptekin@gmail.com> wrote:
> Dear Bijan, General Flynn,
>
> I had a long meeting with the Minister of Economy upon the referral of MFA Cavusoglu. I explained what we can offer. He agreed to discuss in general lines at the council of ministers today and subsequently with PM Yildirim in more detail.
>
> I will get back to you shortly.
>
> Best regards,
>
> Ekim
>
> Sent from Virtru for iPhone
>
>
> On 4 Agu 2016 18:22, Bijan Kian <kian@flynnintelgroup.com> wrote:
>> Thank you Ekim.

**GOVERNMENT EXHIBIT**
**14A**
1:18-CR-457

I echo General Flynn's sentiment on the significance of unlocking the facts. It is sometimes natural for complex situations to turn into a Rorschach test of a giant ink blot. Precision investigative work takes off the masks layer by layer until the real picture can emerge from the masked ink blot. Time plays a key factor in such precision work. The longer the time distance between an event and active start of a Special Investigation, the lesser the effect of revealing the "truth". The main event becomes "old news" and the findings less relevant.

Let me give you a real life experience: 1978: A soft spoken  cleric sitting under an apple tree in Neauphle-le-Chateau in France looked so harmless. Spoke of equality and spirituality, declared that if he were to gain power, he will go to a religious shrine and will not get into politics and governance.

Sounds familiar?

Well, the world neglected to take the layers off the ink blot in 1978. One year later,  from the place under the apple tree, The soft spoken spiritual man led the Islamic Revolution in Iran and turned the clock back 1400 years. An ancient country and culture was turned into a Pariah State that Iran is today.

37 years later, "truth" is being revealed page by page, story by story of "what" and "who" helped out the monster dressed as the soft spoken spiritual man. No matter how piercing the facts, too much time has passed. The world has changed. In this information age, we don't need to wait 37 years. 37 minutes can change the world.

The world needs a strong leader with credibility in the Islamic faith to shape a new understanding of the religion and its place in the hearts of the Muslims. The weapon of choice in the Age of Information is the "word" and not the "sword".

General Flynn and I will return with more thoughts shortly. Looking forward to working together on this important engagement. We are arranging key pieces needed for operationalizing our plan.


All the best,

Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity
to whom it is addressed and others authorized to receive it. It may contain confidential or
legally privileged information. If you are not the intended recipient you are hereby notified that
any disclosure, copying, distribution or taking any action in reliance on the contents of this information is
strictly prohibited and may be unlawful. If you have received this communication in error, please notify us
immediately by responding to this email and then delete it from your system.

On Thu, Aug 4, 2016 at 5:11 AM, Ekim Alptekin <ekimalptekin@gmail.com>
wrote:

> Dear Bijan, General Flynn,
>
> First off, I look forward to meeting in person and thrilled at the prospect of
> working together.
>
> Thank you for the eloquent outline. I met with the MFA and explained our
> proposed approach. He is receptive and indicated he would like to meet with
> us during his upcoming visit to DC.
>
> As soon as the visit dates are scheduled and confirmed, I will inform you and
> we can strategize how best to approach the meeting.
>
> PS1: Sec. Kerry appears to be visiting TR on August 21. Do we know anyone
> in his team?
>
> PS2: This article shows the depth of the crisis we are
> facing: http://nyti.ms/2avkkES
>
> Warm regards,
>
> Ekim Alptekin
>
> Sent from Virtru for iPhone
>
>
> On 30 Tem 2016 20:32, Bijan Kian <kian@flynnintelgroup.com> wrote:
>
>> Ekim:
>>
>> It was my pleasure continuing our conversation today. General
>> Flynn and I have discussed broad contours of the "truth"
>> campaign.
>>
>> In brief, we need:
>>
>> PHASE ZERO: DEFINE THE ARENA and THE CHALLENGE

- To secure your active participation in the project.
- Define the opposing force.
- Develop an accurate, objective and reliable account of "Where we are now". (undesired state)
- A clear path to "where we would like to be" (desired state)
- Define dependencies, uncertainties, expected and unexpected consequences.
- Define options from "narrow" and "extremely tactical" to "broad" and "strategic"  with a clear cost/benefit matrix. (Net Assessment)
- Apply the "Expected Value Analysis" model to options.
- Define "possibilities" as distinct from "probabilities" of success and failure.
- Measure second and third order effects on both "possibilities" and "probabilities".

Executing these key 9 steps are essential in defining the arena and measuring the challenge. In the field of opposing forces, the adversary has already set the "intensity and complexity standard". A side by side comparison of the logistics/tools in the arena shows clearly that the adversary has made seriously more superior choices in battle preparations.

We need to discuss a PHASE ZERO execution now at a managed cost and time frame. PHASE ZERO can move to a more expanded design and implementation of selected path forward based on phase Zero within the next 90 days (August, September, October 2016). Please give us your thoughts.

At this time, this conversation shall remain limited to you, General Flynn and myself. Needless to say, these are extremely critical times and our key motivation is to make sure that we do what we can to secure a better future for our grandchildren.

I look forward to resuming our conversation tomorrow.

All the best to you and your family,


Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com



Notice of Confidentiality

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

**Subject:** Re: Truth
**From:** Ekim Alptekin <ekimalptekin@gmail.com>
**Date:** 8/10/2016, 2:55 PM
**To:** Bijan Kian <kian@flynnintelgroup.com>
**CC:** Michael Flynn <flynn@flynnintelgroup.com>

Gentlemen - I just finished in Ankara after several meetings today with Min of Economy Zeybekci and MFA Cavusoglu.

I have a green light to discuss confidentiality, budget and the scope of the contract.

I am flying to LA tomorrow at the request of MFA with ETA 13:35. Can we talk some time early evening EDT tomorrow?

Best regards,

Ekim Alptekin

Sent from Virtru for iPhone


On 8 Ağu 2016 21:44, Bijan Kian <kian@flynnintelgroup.com> wrote:

> Thank you Ekim for your kind update. This is an important engagement and we will give it priority on our side.
>
> Looking forward to seeing you soon,
>
> Bijan
>
> **Hon. Bijan R. Kian**
> *Vice Chairman of the Board of Directors*
> *Flynn Intel Group, Inc.*
>
> 703-313-7040 (office)
> 858-449-8997 (mobile)
> kian@flynnintelgroup.com

<div style="border:2px solid black; background:yellow; text-align:center;">
<strong>GOVERNMENT<br>EXHIBIT</strong><br><strong>16</strong><br><strong>1:18-CR-457</strong>
</div>

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

On Mon, Aug 8, 2016 at 12:36 PM, Ekim Alptekin <ekimalptekin@gmail.com> wrote:

Dear Bijan, General Flynn,

I had a long meeting with the Minister of Economy upon the referral of MFA Cavusoglu. I explained what we can offer. He agreed to discuss in general lines at the council of ministers today and subsequently with PM Yildirim in more detail.

I will get back to you shortly.

Best regards,

Ekim

Sent from Virtru for iPhone


On 4 Ağu 2016 18:22, Bijan Kian <kian@flynnintelgroup.com> wrote:

Thank you Ekim.

I echo General Flynn's sentiment on the significance of unlocking the facts. It is sometimes natural for complex situations to turn into a Rorschach test of a giant ink blot. Precision investigative work takes off the masks layer by layer until the real picture can emerge from the masked ink blot. Time plays a key factor in such precision work. The longer the time distance between an event and active start of a Special Investigation, the lesser the effect of revealing the "truth". The main event becomes "old news" and the findings less relevant.

Let me give you a real life experience: 1978: A soft spoken  cleric sitting under an apple tree in Neauphle-le-Chateau in France looked so harmless. Spoke of equality and spirituality, declared that if he were to gain power, he will go to a religious shrine and will not get into politics and governance.

Sounds familiar?

Well, the world neglected to take the layers off the ink blot in 1978. One year later,  from the place under the apple tree, The soft spoken spiritual man led the Islamic Revolution in Iran and turned the clock back 1400 years. An ancient country and culture was turned into a Pariah State that Iran is today.

37 years later, "truth" is being revealed page by page, story by story of

"what" and "who" helped out the monster dressed as the soft spoken spiritual man. No matter how piercing the facts, too much time has passed. The world has changed. In this information age, we don't need to wait 37 years. 37 minutes can change the world.

The world needs a strong leader with credibility in the Islamic faith to shape a new understanding of the religion and its place in the hearts of the Muslims. The weapon of choice in the Age of Information is the "word" and not the "sword".

General Flynn and I will return with more thoughts shortly. Looking forward to working together on this important engagement. We are arranging key pieces needed for operationalizing our plan.


All the best,

Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com




Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.


On Thu, Aug 4, 2016 at 5:11 AM, Ekim Alptekin <ekimalptekin@gmail.com> wrote:

Dear Bijan, General Flynn,

First off, I look forward to meeting in person and thrilled at the prospect of working together.

Thank you for the eloquent outline. I met with the MFA and explained our proposed approach. He is receptive and indicated he would like to meet with us during his upcoming visit to DC.

As soon as the visit dates are scheduled and confirmed, I will inform you and we can strategize how best to approach the meeting.

PS1: Sec. Kerry appears to be visiting TR on August 21. Do we know anyone in his team?

PS2: This article shows the depth of the crisis we are facing: http://nyti.ms /2avkkES

Warm regards,

Ekim Alptekin

Sent from Virtru for iPhone

On 30 Tem 2016 20:32, Bijan Kian <kian@flynnintelgroup.com> wrote:

> Ekim:
>
> It was my pleasure continuing our conversation today. General Flynn and I have discussed broad contours of the "truth" campaign.
>
> In brief, we need:
>
> PHASE ZERO: DEFINE THE ARENA and THE CHALLENGE
>
> - To secure your active participation in the project.
> - Define the opposing force.
> - Develop an accurate, objective and reliable account of "Where we are now". (undesired state)
> - A clear path to "where we would like to be" (desired state)
> - Define dependencies, uncertainties, expected and unexpected consequences.
> - Define options from "narrow" and "extremely tactical" to "broad" and "strategic"  with a clear cost/benefit matrix. (Net Assessment)
> - Apply the "Expected Value Analysis" model to options.

- Define "possibilities" as distinct from "probabilities" of success and failure.
- Measure second and third order effects on both "possibilities" and "probabilities".

Executing these key 9 steps are essential in defining the arena and measuring the challenge. In the field of opposing forces, the adversary has already set the "intensity and complexity standard". A side by side comparison of the logistics/tools in the arena shows clearly that the adversary has made seriously more superior choices in battle preparations.

We need to discuss a PHASE ZERO execution now at a managed cost and time frame. PHASE ZERO can move to a more expanded design and implementation of selected path forward based on phase Zero within the next 90 days (August, September, October 2016). Please give us your thoughts.

At this time, this conversation shall remain limited to you, General Flynn and myself. Needless to say, these are extremely critical times and our key motivation is to make sure that we do what we can to secure a better future for our grandchildren.

I look forward to resuming our conversation tomorrow.

All the best to you and your family,


Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com


Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the

intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

# Background and Talking Points

FOR FLYNN INTEL PRINCIPALS ONLY

## January 1978

In 1978, a soft spoken, gray beard elderly Shia cleric sat under an apple tree in Neauphle-Le-Chateau near Paris. He claimed that he is a man of God,  set out to topple a dictator. He said he has no intention of taking over the government. He spoke of love and compassion. He said his goal is to go to the mosque and pray. He said he will lead the people to topple a dictator.

**A perfect picture of peace and harmony aimed at liberating the oppressed.**
**The elderly cleric's name was Ayatollah Ruhollah Khomeini.**

Washington believed the Ayatollah. On January 23, 1979, New York Times reported that Ramsey Clark, former U.S.A. Attorney General visited this old cleric on January 22, in France. Mr. Clark returned to Washington with a message repeating the Ayatollah's words.  "This is a courageous man opposed to a dictator. He has the backing of the Iranians". Washington's policies were shaped based on such feedback. On January 7th, 1979, President Carter had dispatched U.S. Air Force General Robert E. Huyser to Tehran. General Huyser's mission was to deliver a message to the Iranian Armed Forces leaders to stand down and accept "The will of the people". Ayatollah Khomeini became the leader of the Islamic Revolution in Iran and the founder of the Islamic Republic which is today the top state sponsor of terrorism in the world. Mr. Clark and others supporting his position on the Ayatollah neglected to see the Ayatollah for who he really was. A terrible mistake that has raised the cost of international security for good and has given rise to an intensified growth in radical Islam. The Islamic Republic's role in Iraq and Syria is what provided the main impetus behind the rise of ISIS. Iranian Quds Force partnered with Shia government in Iraq to massacre the Sunni population of Iraq. Disguised as a "Republic", Iran is one of the most active promoters of Radical Islam and the top State sponsor of terror in the world. One of Iran's key allies in the region is The Hezbollah. Syria provides the transport and logistical route to Hezbollah for Iran. Leaders in Iran have declared that "Bashar Assad" of Syria is their "Red Line". Had Washington studied Ayatollah Khomeini closer before becoming an **"echo chamber"** of repeating his claims (as if they were facts), U.S. policies would have taken a different shape and direction and the world will be in an entirely different shape.

## September 18, 2016

A soft spoken, gray haired, elderly Muslim cleric lives in a secluded compound in Poconos, Pennsylvania. He claims to be a man of peace. He encourages devout Muslims to build schools and not mosques. He publicly promotes the ideas of tolerances and denounces violence. According to close observers, his followers jump if he orders them to jump. What his staff and followers do not deny is that his "movement" runs 130 or more publicly funded charter schools in 26 states all over the United States with at least 36 of such charter schools in Texas. The schools don't teach Islamic studies. Their focus is on math and science.

**A perfect picture of Peace and harmony aimed at liberating the oppressed.**
**The Elderly Cleric's name is Fetullah Gulen.**

GOVERNMENT
EXHIBIT
**26B**
1:18-CR-457

## QUESTIONS

**Is Washington about to buy two copies of the same Newspaper?**

**Is Washington acting as an "echo chamber" repeating the claims of Mr. Gulen about the peaceful intentions of the movement?**

**Does a radicalized person need directions to commit an act of terror? Can they be simply "inspired" to take a terrorist action?**

1. Is Mr. Gulen another Ayatollah Khomeini with a long term plan for Muslim domination?

2. What are the true intentions and long term goals of Mr. Gulen and his movement? Does he follow Hasan Al Banna's edict or a version of it? "Islam is the basis of all legislation".  Hasan Al Banna. Founder of Muslim Brotherhood in 1928. Is this an obfuscated operation to lead to Sharia Law at the "right" time?

3. Do American Tax payers need to finance 130 charter schools where teachers are imported from Turkey?

4. Are American teachers so inadequately trained that these charter schools have to import math and science teachers from Turkey?

5. Does a teacher have to teach Islam in order to capture the hearts and minds of the  American youth in these charter schools? Can a teacher just develop a mentor/mentee relationship with students?

6. Why do the schools ask for visas for "English" teachers from Turkey to teach American students? ( An interview with one of the teachers from Turkey reveals a thick, almost unintelligible English accent).

7. How does the Gulen movement obtain public funding for 130 charter schools in the U.S.? Is there any undue influence involved?

8. Do some or all of the teachers from Turkey pay a significant portion of their salaries back to the "Gulen Movement"? (40% in one case). What are the legal implications of such paybacks? On what basis does the Gulen Movement collect such paybacks from the teachers?

9. Does the Gulen Movement perform a different function other than educating American kids? What are the possibilities? What does Mr. Gulen mean when he refers to "Sleeping Soldiers"? (VIDEO)

10. Is there a possibility of immigration fraud committed by the charter schools?

11. Why is it that Mr. Gulen never visits any of the charter schools? Does he not wish to be associated with them? Why?

12. What is the relationship of Mr. Gulen's supporters with elected officials in the United States? Non Profit entities?

13. Are there (or have there been) any illegal political contributions made to campaigns by Mr. Gulen or his supporters?

14. Are the movement supporters encouraged to donate to political campaigns? Any violations of the United States campaign contribution laws?

15. What are the characteristics of four stages of "Jihad"? Any signs of the early stages of Jihad in the "movement"? Is the movement in the first stage of Jihad? (Long preparation for the subsequent stages)

16. Is Mr. Fetullah Gulen the next Ayatollah Khomeini?

17. What are the direct and indirect contributions of the movement to instability around the world?

18. Does the movement capitalize on capturing the hearts and minds of the youth around the world in preparation for control?

19. What is the relationship of the movement with the 2016 U.S. elections?

20. Does the movement have (now or ever) an indirect or direct relations with any of the presidential candidates?

---

- Who is the most qualified leader in the Muslim World to combat and defeat Radical Islam?

- What are such qualifications?

- Who has the power, credibility and the political will of their people behind them to win the fight against death and destruction of DAESH.

NOTE: U.S. Chairman of the Joint Chiefs and General Akar, Chief of Staff of the Turkish Armed Forces have met and agreed to join forces in combatting ISIS.

**Subject:** Congressional Outreach
**From:** "Michael Boston" <boston@flynnintelgroup.com>
**Date:** 10/12/2016, 1:25 AM
**To:** "'Graham Miller'" <graham@sphereconsulting.com>, "'Bijan Kian'" <kian@flynnintelgroup.com>
**CC:** "'BRIAN MCCAULEY'" <fb1mccauley@gmail.com>, <emalee@whitecanvasgroup.com>

Graham:

In reference to your question about congressional outreach and coordination, I am including Bijan in this thread, since he has already met with the National Security Advisor in Chairman McCaul's office.  He suggests we prepare a detailed brief and get scheduled with them in the next couple of weeks.

**CONGRESSIONAL OUTREACH** - I think we have determined Chairman McCaul is our first and primary contact.  We have informally reached out to our contacts close with the office to make sure we have the best contact there.  However, since other members of the team are approaching (or have already) the office, we want to make sure that outreach is coordinated.  Do you know the nature of that contact to date?

Brian and Emalee:  Information you respectively want to submit will be included in the brief.

Best,
Mike

**GOVERNMENT EXHIBIT**

**30A**

**1:18-CR-457**

Subject:   **mid-week update**
From:      jgrahammiller@gmail.com
To:        boston@flynnintelgroup.com
Date:      Wednesday, Oct 12, 2016 - 7:10pm

Virtru Encrypted Message

Mike,
I wanted to provide a mid-week update and use the opportunity to send through some of the draft materials
we have been working on.
-GM


**Housekeeping:**

**1) LDA Registration** - I spoke with Bob Kelly and we are in sync on LDA registration. We can put this to bed
now.

**2) How Sphere/SGR represents ourselves/client to policymakers and media** - We have been vague to
date. Barring any concerns, we will avoid the issue but when it comes up we say we are working with a
European company with interests in the economic and political stability of Turkey. As a last resort, we will
disclose that the client is Inovo.

**Activity:**

**3) Ohio Complaint** - While it was disappointing the complaint was released before we could get it to
journalists, I don't think we could have realistically competed with Amsterdam's team given their ability to
hold a press conference, speak on the record about the complaint, and provide detailed commentary on
their findings. As I mentioned last week, we thought this would largely be covered by state level media. The
publications and many of the journalists we identified and circulated on Monday were indeed the ones that
covered the complaint. Ultimately, this adds to the growing national narrative, but I'm not convinced that it is
enough for an new expose by itself, given recent investigative pieces such as the Wall Street Journal.
Nevertheless, we have engaged:
**Drudge Report** and have followed up with several different articles and angles.  (Clinton foundation
connections, etc.)  Drudge Report has an unprecedented active readership and even if they don't use this
development, I am confident our outreach this week will serve as a strong foundation for future coverage.
**Politico Morning Education** - We have also compiled this week's coverage of both Ohio and California (LA
TIMES (http://www.latimes.com/local/education/la-me-edu-magnolia-turkish-teachers-20161011-snap-
story.html)) coverage in hopes of inclusion in tomorrow (Thursday) morning's daily email.  Politico is a leading
policy outlet and the "Morning Education" email is a subscription based news aggregator received by top
education policy influencers in DC and the around the country.

GOVERNMENT
EXHIBIT

**30B**

1:18-CR-457

US_v_Kian_00034976

automatic resistance to all things charter. So while Homeland Security messaging might be on the homeland security front, the education/teachers angle could be a valuable flank that appeals to Democratic policymakers, whereas Homeland Security might appeal more to Republicans. As such I initiated contact today with:

**Gene Bruskin**, formerly of the American Federation of Teachers and author of "The Story Behind the Gulen Charter Schools and Their Reclusive Founder" (https://dianeravitch.net/2016/09/06/gene-bruskin-the-story-behind-the-gulen-charter-schools-and-their-reclusive-founder/). I have requested a phone meeting to compare notes and gauge his interest in participating in and assisting with the organization of an effort to coalesce issue experts in his field to persuade policy makers to take action. I will update you with developments on this front as I get them.

**5) Gulenopoly** - I am attaching both a draft "wireframe" version of the board and a citation document that provides public record of the "accusations" within the board. We welcome any and all feedback and will continue working to build out a more "produced" version with graphics, etc.

**6) Policymaker Fact Sheet** - Per this morning's emails, Sphere is producing a briefing document ahead of a policymaker meetings and will circulate a draft by midday Thursday. Attaching **incomplete draft** for reference.

**7) High Ranking State Level Elected Official** - Sphere has engaged in conversation with a high ranking elected official in a state with multiple Gulen Charter Schools. He is "extremely interested" and we are briefing him soon, but wish to keep this outreach confidential at the moment per his wishes. Happy to discuss in more detail over the phone or in person.


    **Gulenopoly Board.pdf.tdf (745.6 kb)**


    **Gulenopoly Citations.docx.tdf (244.5 kb)**


    **Gulen Briefing Sheet.docx.tdf (142.1 kb)**


Virtru respects your privacy. Learn more about Virtru's privacy benefits. (http://www.youtube.com/watch?v=sErf3VCeaHE)

US_v_Kian_00034977

| Start Time: Date | Participants | Source | From | Body |
|---|---|---|---|---|
| 10/22/2016 | Michael Boston<br>8441<br>0435<br>8997 Bijan Kian<br>3146 Michael Flynn<br>5428 Doe John | iMessage: michaelbostor | 3146 Michael Flynn | Team, Overall a Very good call. I may be meeting with him early next week during an American Turkish conference in WDC. We discussed the long term effort, as well as the tax issue that Mike B and I discussed this morning. I walked him through the social media analysis which he found very interesting and worth talking to the FM about as well as all other talking points (thank you for pulling those together). Regarding RA...he felt a phone call between Us would work best. We can discuss who is best to do that call, between Brian and Mike but this is something we should do. I mentioned that if a parallel effort I'm okay. We don't want to trip over each other however. I also walked him through the monopoly and its status as well as the videos. He was happy to hear where those efforts are at.<br><br>Next strategic step: We need to put together an initial formal assessment / report w attachments and initial videos (if they're ready) nlt next weekend. Let me know if this is doable. Seems to me we have all the info to put together a solid assessment with facts, assumptions, our analysis, data backing up what we've learned and initial conclusions and recommendations. Among the recommendations is to take this effort to a long term relationship. We discussed the business side of what we're doing and I told him we have many irons in the fire and at some point very soon I need a commitment beyond the initial 90 days. He agreed.<br><br>Bottom line, a good call and we are on the right track.<br><br>Mike |

Team, Overall a Very good call. I may be meeting with him early next week during an American Turkish conference in WDC. We discussed the long term effort, as well as the tax issue that Mike B and I discussed this morning. I walked him through the social media analysis which he found very interesting and worth talking to the [Turkish Minister #1] about as well as all other talking points (thank you for pulling those together). Regarding RA. .. he felt a phone call between Us would work best. We can discuss who is best to do that call, between Brian and Mike but this is something we should do. I mentioned that if a parallel effort I'm okay. We don't want to trip over each other however. I also walked him through the monopoly and its status as well as the videos. He was happy to hear where those efforts are at.

Next strategic step: We need to put together an initial formal assessment/ report w attachments and initial videos (if they're ready) nlt next weekend. Let me know if this is doable. Seems to me we have all the info to put together a solid assessment with facts, assumptions, our analysis, data backing up what we've learned and initial conclusions and recommendations. Among the recommendations is to take this effort to a long term relationship. We discussed the business side of what we're doing and I told him we have many irons in the fire and at some point very soon I need a commitment beyond the initial 90 days. He agreed.

Bottom line, a good call and we are on the right track.

Mike

**GOVERNMENT EXHIBIT**

**40**

**1:18-CR-457**

| | |
|---|---|
| **From:** | Bijan Kian <kian@flynnintelgroup.com> |
| **Sent:** | Wednesday, November 2, 2016 10:36 PM |
| **To:** | Ekim Alptekin <ekimalptekin@gmail.com>; Bob Kelley <kelley@flynnintelgroup.com> |
| **Subject:** | Getting Turkey Wrong |
| **Attach:** | GETTING TURKEY WRONG.docx |

Ekim:

A promise made is a promise kept. Please see attached 1000 word article. I appreciate it if you take a look and give me your thoughts at your earliest convenience. I am not certain how much of the text will survive review and edits but as you can see, the humble author is not shy.

I am copying Bob as we move forward with executing the plan.

All the best,

Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com

 FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

GETTING TURKEY WRONG.docx .tdf (138.5 kb)

**GOVERNMENT EXHIBIT**

**45A**

**1:18-CR-457**

## GETTING TURKEY WRONG

United States needs to understand Turkey's unique position not just as an important NATO ally but also as a key player in maintaining balance of power in a region enflamed in conflict. We will ignore this fact at our own peril. The U.S. needs to show Turkey that we understand the importance of keeping our alliance in the interest of regional and global security. Sadly, This administration is doing the opposite. President Obama's administration continues to give refuge to Fetulah Gulen, a shady cleric who President Clinton calls "his friend" in a well circulated video. Gulen has allegedly called the United States "the number one enemy". He has publicly boasted about his "soldiers" waiting for his order to do whatever he directs them to do. For those of us who have closely studied Seyed Qutb and Hasan Al Bana, the founder of Muslim Brotherhood, these words sound very familiar. Much similar to Gulen, Seyed Qutb was the author of 24 books on education and the arts. Much like Gulen, Qutb's inner circle consisted of influential politicians, intellectuals, poets and literary figures. Contrary to this well masked façade, Qutb's writings



**GOVERNMENT EXHIBIT**

**45B**

**1:18-CR-457**

FIG_EDVA_00005473

US_v_Kian_00001326

provided the inspiration for violent terrorist groups like Al-Qaeda.

To professionals in the Intelligence Community, the stamp of terror is all over Mullah Gulen's statements. Hasan Al Bana defined the first phase of pre-emptive Jihad as a long and quiet process that can take as long as a quarter of a century to prepare the forces for a decisive strike. Al Bana famously declared that the only acceptable form of legislation is Sharia Law. Gulen's vast, global network has all the right markings to fit the description of a dangerous sleeper terror network. From Turkey's point of view, Washington is harboring Turkey's Usama Bin Laden. Washington's silence speaks volumes when we hear the incredulous claim that the democratically elected president of Turkey staged a military coup, bombed his own parliament and killed the confidence in Turkey's strong economy just so that he could purge his political opponents. This ridiculous claim places the intelligence of its promoters in serious question. It is also a dark reminder of the vicious rumors spread by our enemies that 9/11 was an inside job by the American Intelligence apparatus as an excuse to invade Muslim lands to grab their oil! To add

insults to injury, American tax payers are financing Fettulah Gulen's 160 charter schools in the United States. His charter schools have been granted more H1B visas than Google. It is inconceivable to imagine that our visa officers have approved thousands of visas for English teachers whose English is incomprehensible. A CBS 60 Minutes program documented a conversation with one such imported English teacher from Turkey whose English was impossible to understand. Several law suits including some in Ohio and Texas point to irregularities in the operation of said schools. However, as money is no object for Gulen's network, hired legal guns and influential charitable organizations keep the lucrative source of income for Gulen and his network. Influential charities such as Cosmos Foundation continue their support for Gulen's charter schools. Incidentally, Cosmos Foundation is a major donor to Clinton Foundation. No wonder President Clinton calls Mullah Gulen "his friend". It is now no secret that Ms. Huma Abedin, Secretary Clinton's close aide and confidant worked for 12 years as the associate editor for a journal published by the London based Institute of Minority Muslim Affairs. The institute has promoted the

thoughts of radical Muslim thinkers such as Seyed Qutb and Qaradawi.

The American public is lulled into believing that this elder cleric is a Sufi scholar who promotes the teachings of Rumi, the Persian poet, works to expand interfaith dialogue and does a great job by providing American youth great education in math and science as well as English. Voices of concern about this shady Mullah are quickly muffled by his vast network of public relations and legal professionals. He has established a false façade that he is a freedom fighter set to topple Turkey's autocratic leader. This image is a stark reminder of another era and a great American mistake that has raised the cost of international security forever. We all remember another quiet bearded elder cleric who sat under an apple tree in Neauphle-Le-Chateau in the suburbs of Paris in 1978. He claimed to be a man of God who wanted to topple a dictator and return the power to the people. Washington believed him. Sadly, shortly after his rise to power through the Iranian revolution, we watched in horror as our diplomats were taken hostage for 444 days as we betrayed one of our strongest allies in the Middle East. The world has never been the same

since that irreversible mistake. Ayatollah Khomeini, the quiet man of God under the apple tree created the world's top sponsor of terror. His revolutionary guards created Hezbollah, the world's famous Lebanon based terror organization. Ayatollah's terrorists killed American servicemen, slaughtered Iraqi Sunnis by the thousands and his brutal Quds Force killed innocent Sunni civilians in Syria. Ultimately, ISIS became the radical Sunni's response to the mayhem caused by our friendly Mullah under the apple tree. History does not repeat itself without people repeating the mistakes of the past. It is time we take a fresh look at the importance of Turkey and place our priorities in proper perspective. It is unconscionable to militate against Turkey, our NATO ally as Washington is hoodwinked by this masked source of terror and instability nestled comfortably in our own backyard in Pennsylvania. We need to adjust our foreign policy to place Turkey as a priority. We need to see the world from Turkey's perspective. What would we do if right after 9/11 we heard the news that Usama Bin Laden lives in a nice villa at a Turkish resort while running 160 charter schools funded by the Turkish tax payers? Time to end our romanticized foreign policy

directives written by fiction writers and echo chamber specialists by their own blatant confessions.

----------------------------------------------------------------------------------------
--

**1002 Words.**

CONFIDENTIAL

| | |
|---|---|
| **From:** | Bijan Kian <kian@flynnintelgroup.com> |
| **Sent:** | Thursday, November 03, 2016 3:55 PM |
| **To:** | LTG R Mike Flynn |
| **Subject:** | Re: Tim Kaine congratulates Gülenists in a letter - Ragıp Soylu - Daily Sabah |

Thank you Mike. I asked Hank Cox to review and edit my 1000 word draft to make sure it is tight before I send it out to you. The plan is to go out with the piece on Monday. When we get a chance to talk, I will explain. Please expect the piece in an hour or two.

Had a good meeting with Sphere this morning.

See you soon!

Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com

 FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.


On Thu, Nov 3, 2016 at 2:21 PM, LTG R Mike Flynn <flynn@flynnintelgroup.com> wrote:
FYI.



*NEW YORK TIMES BESTSELLER*

*"The Field of Fight, How We Can Win the Global War Against Radical Islam and Its Allies"*

-Lt. General Michael T Flynn and Michael Ledeen

-St. Martin's Press

**ORDER TODAY!!**

**Individual Orders**

http://bit.ly/FieldofFightAmazon

1

**GOVERNMENT EXHIBIT**

**47**

**1:18-CR-457**



# Our ally Turkey is in crisis and r our support

BY LT. GEN. MICHAEL T. FLYNN (R), CONTRIBUTOR - 11/08/16 05:46 PM EST

**2,348** SHARES                                    SHARE          TWE

## Just In...

**Sarah Sanders denies Trump walk-out was premeditated**
ADMINISTRATION — 4M 18S AGO

**Samantha Bee slams 2020 Democrats who go on Fox News**
CAMPAIGN — 4M 52S AGO

**Poll: Women move up the leader board in Democratic primary**
CAMPAIGN — 6M 36S AGO

**Indictment of Massachusetts judge invades state court independence**
OPINION — 6M 37S AGO

**Trump Jr. slams Republican committee chairman: 'Too weak to stand up to the Democrats'**
ADMINISTRATION — 14M 55S AGO

**Swalwell becomes second 2020 candidate to accept cryptocurrency donations after Yang**
TECHNOLOGY — 15M 29S AGO

**George Conway contrasts Trump denying 'cover-ups' with check to Michael Cohen**
BLOG BRIEFING ROOM — 17M 35S AGO

**Buttigieg: Trump faked being disabled to get out of Vietnam**
CAMPAIGN — 21M 5S AGO



© Getty Images

It is fair to say that most Americans don't know exactly what to make of our ally Turkey these days, as it endures a prolonged political crisis that challenges its long-term stability. The U.S. media is doing a bang-up job of reporting the Erdoğan government's crackdown on dissidents, but it's not putting it into perspective.

We must begin with understanding that Turkey is vital to U.S. interests. Turkey is really our strongest ally against the Islamic State in Iraq and Syria (ISIS), as well as a source of stability in the region. It provides badly needed cooperation with U.S. military operations. But the Obama administration is keeping Erdoğan's government at arm's length — an unwise policy that threatens our long-standing alliance.

The primary bone of contention between the U.S. and Turkey is Fethullah Gülen, a shady Islamic mullah residing in Pennsylvania whom former President Clinton once called his "friend" in a well circulated video.

GOVERNMENT
EXHIBIT
**50**
1:18-CR-457

VIEW ALL



Bill Clinton: Fethullah Gulen's Contribution to the World, T...

Related News     by     |



Drivers who switch to
Progressive save an...
Sponsored | Progressive



Trump jokingly suggests
serving as many as five...



Coke bringing back 'New
Coke' campaign in



Schwarzenegger won't
press charges against...

Gülen portrays himself as a moderate, but he is in fact a radical Islamist. He has publicly boasted about his "soldiers" waiting for his orders to do whatever he directs them to do. If he were in reality a moderate, he would not be in exile, nor would he excite the animus of Recep Tayyip Erdoğan and his government.



Gülen says his soldiers are 'sleeping', awaiting an order to...

For those of us who have closely studied the careers of Seyed Qutb and Hasan al Bana, the founders and followers of the Muslim Brotherhood, Gülen's words and activities are very familiar.

The late Seyed Qutb in particular was very much in the Gülen mold. The author of 24 books on education and the arts, he assembled an inner circle of intellectuals and influential politicians. But contrary to this well-masked façade, Qutb's writings provided the inspiration for terrorist groups like Al-Qaeda. Qutb was hanged in 1966 in Egypt for instigating rebellion.

Likewise, Hasan al Bana, an Egyptian who died in 1949, defined the first phase of pre-emptive jihad as a long and quiet process that can take as long as a quarter of a century, to prepare the forces for a decisive strike. Al Bana famously declared that the only acceptable form of law is Sharia.

To professionals in the intelligence community, the stamp of terror is all over Mullah Gülen's statements in the tradition of Qutb and al Bana. Gülen's vast global network has all the right markings to fit the description of a dangerous sleeper terror network. From Turkey's point of view, Washington is harboring Turkey's Osama bin Laden.

Washington's silence on this explosive topic speaks volumes when we hear the incredulous claim that the democratically elected president of Turkey staged a military coup, bombed his own parliament and undermined the confidence in Turkey's strong economy, just so that he could purge his political opponents.

This baseless claim is a dark reminder of the vicious rumors spread by our enemies that 9/11 was an inside job by the American intelligence apparatus as an excuse to invade Muslim lands to grab their oil!

To add insult to injury, <u>American taxpayers are helping finance</u> Gülen's 160 charter schools in the United States. These schools have been granted <u>more H1-B visas than Google</u>. It is inconceivable that our visa officers have approved thousands of visas for English teachers whose English is incomprehensible. A CBS "60 Minutes" program documented a conversation with one such imported English teacher from Turkey. Several <u>lawsuits</u>, including some in Ohio and Texas, point to irregularities in the operation of these schools.



However, funding seems to be no problem for Gülen's network. Hired attorneys work to keep the lucrative government source of income for Gülen and his network going. Influential charities such as Cosmos Foundation <u>continue their support</u> for Gulen's charter schools.

Incidentally, <u>Cosmos Foundation is a major donor to Clinton Foundation</u>. No wonder <u>Bill Clinton</u> calls Mullah Gülen "his friend." It is now no secret that Huma Abedin, <u>Hillary Clinton</u>'s close aide and confidante, worked for 12 years as the <u>associate editor</u> for a journal published by the London-based Institute of Minority Muslim Affairs. This institute has promoted the thoughts of radical Muslim thinkers such as Qutb, al Bana and others.

The American public is being lulled into believing that Gülen is a Sufi scholar who promotes the teachings of Rumi, the Persian poet, works to expand interfaith dialogue and does a great job of providing American youth high-quality education in math and science as well as English.

Voices of concern about this shady character are quickly muffled by his vast network of public relations and legal professionals. He has established a false façade that he is a moderate at odds with Turkey's autocratic leader.

This image is a stark reminder of a great American mistake from another era — one that has raised the cost of international security forever. We all remember another <u>quiet, bearded, elder cleric who sat under an apple tree in Neauphle-le-Château in the suburbs of Paris in 1978</u>.

He claimed to be a man of God who wanted to topple a dictator and return the power to the people. Washington believed him. Sadly, shortly after his rise to power through the <u>Iranian revolution,</u> we watched in horror as our diplomats were taken <u>hostage for 444 days</u> in what was once one of our strongest allies in the Middle East.

The world has never been the same since that irreversible mistake. Ayatollah Khomeini, the quiet man of God under the apple tree, created the world's top sponsor of terror. His revolutionary guards created Hezbollah, the famous Lebanon-based terror organization.

The Ayatollah's terrorists have killed American servicemen and slaughtered Iraqi Sunnis by the thousands, and his brutal Quds Force killed innocent Sunni

civilians in Syria. Ultimately, ISIS became the radical Sunni's response to the mayhem caused by our friendly mullah under the apple tree.

History repeats itself when people repeat the mistakes of the past. It is time we take a fresh look at the importance of Turkey and place our priorities in proper perspective. It is unconscionable to militate against Turkey, our NATO ally, as Washington is hoodwinked by this masked source of terror and instability nestled comfortably in our own backyard in Pennsylvania.

We need to adjust our foreign policy to recognize Turkey as a priority. We need to see the world from Turkey's perspective. What would we have done if right after 9/11 we heard the news that Osama bin Laden lives in a nice villa at a Turkish resort while running 160 charter schools funded by the Turkish taxpayers?

The forces of radical Islam derive their ideology from radical clerics like Gülen, who is running a scam. We should not provide him safe haven. In this crisis, it is imperative that we remember who our real friends are.

*Lt. Gen. Michael T. Flynn (ret.) is the former director of Defense Intelligence Agency and the author of New York Times Bestseller "The Field of Fight."*

---

*The views expressed by contributors are their own and not the views of The Hill.*

TAGS  **HILLARY CLINTON   BILL CLINTON**

SHARE            TWEET

## Get the latest from The Hill

Sign up for our daily email

| YOUR EMAIL |

**Sign Up**



**THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX**
**THE CONTENTS OF THIS SITE ARE ©2019 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.**

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

| | |
|---|---|
| **U.S. Department of Justice** | **Registration Statement** |
| Washington, DC 20530 | **Pursuant to the Foreign Agents Registration Act of 1938, as amended** |

## I—REGISTRANT

1. Name of Registrant

   Flynn Intel Group, Inc.

2. Registration No. (To Be Assigned By the FARA Registration Unit)

   6406

3. Principal Business Address

   44 Canal Center Plaza, Alexandria VA 22314

4. If the registrant is an individual, furnish the following information:

   (a) Residence address(es)

   (b) Other business address(es), if any

   (c) Nationality

   (d) Year of birth

   (e) Present citizenship

   (f) If present citizenship not acquired by birth, state when, where and how acquired

   (g) Occupation

5. If the registrant is not an individual, furnish the following information:

   (a) Type of organization: Committee ☐     Association ☐     Partnership ☐     Voluntary group ☐

         Corporation ☒     Other *(specify)* _____

   (b) Date and place of organization  Delaware Secretary of State, June 12, 2015

   (c) Address of principal office  44 Canal Center Plaza, Alexandria VA 22314

   (d) Name of person in charge  Michael T. Flynn and Bijan Rafiekian

   (e) Locations of branch or local offices  N/A

   (f) If a membership organization, give number of members  N/A

**GOVERNMENT EXHIBIT**

**56**

**1:18-CR-457**

FORM NSD-1
Revised 03/14

US_v_Kian_00000368

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 2)

(g) List all partners, officers, directors or persons performing the functions of an officer or director of the registrant.

| Name | Residence Address(es) | Position | | Nationality |
|---|---|---|---|---|
| Michael T. Flynn | Provided separately to the | Chairman and CEO | U.S. | |
| Bijan Rafiekian | Department of Justice. | Vice-Chairman, Director, Secretary, and Treasurer | U.S. | |
| Philip Oakley | | President | U.S. | |

(h) Which of the above named persons renders services directly in furtherance of the interests of any of the foreign principals?
Michael T. Flynn, Bijan Rafiekian

(i) Describe the nature of the registrant's regular business or activity.
Flynn Intel Group is a consulting firm that provided intelligence research and advisory services.

(j) Give a complete statement of the ownership and control of the registrant.
Ownership as of November 31, 2016, was as follows: Michael T. Flynn (350,000 shares), Bijan Rafiekian (300,000 shares), Philip Oakley (250,000 shares), Dr. Payman Arabshahi (5,000 shares), Darkshore LLC (1,000 shares). The corporation acts pursuant to its bylaws, under which the Board of Directors governs the organization. Directors include Michael T. Flynn, Bijan Rafiekian, and Philip Oakley.

6. List all employees who render services to the registrant directly in furtherance of the interests of any of the foreign principals in other than a clerical, secretarial, or in a related or similar capacity.

| Name | Residence Address(es) | Nature of Services |
|---|---|---|
| Michael T. Flynn | Provided separately to the Department | Director, consulting |
| Bijan Rafiekian | of Justice. | Director, consulting |

US_v_Kian_00000369

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 3)

## II--FOREIGN PRINCIPAL

7. List every foreign principal[1] for whom the registrant is acting or has agreed to act.

| Foreign Principal | Principal Address(es) |
|---|---|
| Inovo BV | 47 Adireaanstraat, 3581 SC Ultrecht, The Netherlands |

## III--ACTIVITIES

8. In addition to the activities described in any Exhibit B to this statement, will you engage or are you engaging now in activity on your own behalf which benefits any or all of your foreign principals?     Yes ☒     No ☐

If yes, describe fully.

Because this is filed retrospective to activity under this engagement, we note that during the course of the engagement and thereafter, Flynn Intel Group officials (particularly Michael T. Flynn, in his capacity as a public figure separate from Flynn Intel Group) frequently wrote, spoke, or provided interviews relating to national security. Although not undertaken at the direction of any foreign principal, including but not limited to Inovo, it is possible that such activities may have had an indirect benefit to Inovo BV.

## IV--FINANCIAL INFORMATION

9. (a) **RECEIPTS-MONIES**

During the period beginning 60 days prior to the date of your obligation to register[2] to the time of filing this statement, did you receive from any foreign principal named in Item 7 any contribution, income, or money either as compensation or for disbursement or otherwise?     Yes ☐     No ☒

If yes, set forth below in the required detail and separately for each such foreign principal an account of such monies.[3]

| Foreign Principal | Date Received | Purpose | Amount |
|---|---|---|---|
|  |  | Because this is a retroactive registration, receipts appear on the supplemental statement filed concurrently. |  |

Total

---

1 The term "foreign principal," as defined in Section 1(b) of the Act, includes a foreign government, foreign political party, foreign organization, foreign individual and, for the purpose of registration, an organization or an individual any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual.

2 An agent must register within ten days of becoming an agent, and before acting as such.

3 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, moneys, or other things of value for a foreign principal, as part of a fundraising campaign. There is no printed form for this exhibit. (See Rule 201(e), 28 C.F.R. § 5.201(e)).

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

US_v_Kian_00000370

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 4)

**(b) RECEIPTS-THINGS OF VALUE**

During the period beginning 60 days prior to the date of your obligation to register[4] to the time of filing this statement, did you receive from any foreign principal named in Item 7 anything of value[5] other than money, either as compensation, or for disbursement, or otherwise?          Yes ☐          No ☒

If yes, furnish the following information:

| Foreign Principal | Date Received | Thing of Value | Purpose |
|---|---|---|---|

---

10. **(a) DISBURSEMENT-MONIES**

During the period beginning 60 days prior to the date of your obligation to register[6] to the time of filing this statement, did you spend or disburse any money in furtherance of or in connection with your activities on behalf of any foreign principal named in Item 7?          Yes ☐          No ☒

If yes, set forth below in the required detail and separately for each such foreign principal named including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|---|---|---|---|
| | | Because this is a retroactive registration, disbursements appear on the supplemental statement filed concurrently. | |

---

**(b) DISBURSEMENTS-THINGS OF VALUE**

During the period beginning 60 days prior to the date of your obligation to register[7] to the time of filing this statement, did you dispose of any thing of value[8] other than money in furtherance of or in connection with your activities on behalf of any foreign principal named in Item 7?          Yes ☐          No ☒

If yes, furnish the following information:

| Date | Recipient | Foreign Principal | Thing of Value | Purpose |
|---|---|---|---|---|

---

**(c) DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During the period beginning 60 days prior to the date of your obligation to register[9] to the time of filing this statement, did you, the registrant, or any short form registrant, make any contribution of money or other thing of value from your own funds and on your own behalf in connection with an election to any political office or in connection with any primary election, convention, or caucus held to select candidates for any political office?          Yes ☐          No ☒

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|---|---|---|---|

---

4, 6, 7 and 9  See Footnote 2, on page 3.

5 and 8  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks", and the like.

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

US_v_Kian_00000371

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 5)

# V—INFORMATIONAL MATERIALS[10]

11. Will the activities of the registrant on behalf of any foreign principal include the preparation or dissemination of informational materials?          Yes ☒          No ☐

IF YES, RESPOND TO THE REMAINING ITEMS IN THIS SECTION V.

12. Identify each such foreign principal.
Inovo BV.

13. Has a budget been established or specified sum of money allocated to finance your activities in preparing or disseminating informational materials?          Yes ☐          No ☒

If yes, identify each such foreign principal, specify amount and for what period of time.
See attachment.

14. Will any public relations firms or publicity agents participate in the preparation or dissemination of such informational materials?
Yes ☒          No ☐

If yes, furnish the names and addresses of such persons or firms.
See attachment.

15. Activities in preparing or disseminating informational materials will include the use of the following:

☐ Radio or TV broadcasts     ☐ Magazine or newspaper     ☐ Motion picture films     ☐ Letters or telegrams
☐ Advertising campaigns       ☐ Press releases              ☐ Pamphlets or other publications  ☐ Lectures or speeches
☒ Other (specify) __See attachment.__

**Electronic Communications**
☐ Email
☐ Website URL(s): _____
☐ Social media website URL(s): _____
☒ Other (specify) __See attachment.__

16. Informational materials will be disseminated among the following groups:

☐ Public officials              ☐ Civic groups or associations
☐ Legislators                   ☐ Libraries
☐ Government agencies           ☐ Educational groups
☐ Newspapers                    ☐ Nationality groups
☐ Editors                       ☒ Other (specify) __See attachment.__

17. Indicate language to be used in the informational materials:
☒ English                       ☐ Other (specify) _____

10  The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

US_v_Kian_00000372

(PAGE 6)

## VI--EXHIBITS AND ATTACHMENTS

18. (a) The following described exhibits shall be filed with an initial registration statement:

*Exhibit A-*     This exhibit, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal named in Item 7.

*Exhibit B-*     This exhibit, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

(b) An Exhibit C shall be filed when applicable. This exhibit, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, constitution, and bylaws of a registrant that is an organization. A waiver of the requirement to file an Exhibit C may be obtained for good cause shown upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530. (See Rule 201(c) and (d)).

(c) An Exhibit D shall be filed when applicable. This exhibit, for which no printed form is provided, sets forth an account of money collected or received as a result of a fundraising campaign and transmitted for a foreign principal. (See Rule 201 (e)).

## VII--EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)        (Print or type name under each signature or provide electronic signature[11])

March 07, 2017            /s/ Michael T. Flynn        eSigned

[11] This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

US_v_Kian_00000373

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

*Flynn Intel Group, Inc., Registration Statement*

## Attachment

*Items 11-17*

Pursuant to the contract between Flynn Intel Group and Inovo BV, the parties anticipated that Flynn Intel Group would engage a public relations firm, Sphere Consulting, and engage a film production crew for the creation of a video. The public relations firm (S.G.R. LLC Government Relations and Lobbying) was engaged but the video was not completed or disseminated, to the best of our understanding. The budget for these activities was reflected in the engagement contract with S.G.R. LLC Government Relations and Lobbying; no separate budget related to informational materials. Because this is a retroactive registration prepared after Flynn Intel Group had already begun to close operations, this registration is based on documentation currently available to Flynn Intel Group. If additional relevant information is later identified, Flynn Intel Group will amend its registration.

US_v_Kian_00000374

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

| | |
|---|---|
| **U.S. Department of Justice** | **Exhibit A to Registration Statement** |
| Washington, DC 20530 | **Pursuant to the Foreign Agents Registration Act of 1938, as amended** |

INSTRUCTIONS. Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently. The filing of this document requires the payment of a filing fee as set forth in Rule (d)(1), 28 C.F.R. § 5.5(d)(1). Compliance is accomplished by filing an electronic Exhibit A form at http://www.fara.gov.

Privacy Act Statement. The filing of this document is required by the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide this information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: http://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: http://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .49 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterespionage Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name and Address of Registrant | 2. Registration No. |
|---|---|
| Flynn Intel Group, Inc. <br> 44 Canal Center Plaza, Alexandria, VA 22314 | 6406 |

| 3. Name of Foreign Principal <br> Inovo BV | 4. Principal Address of Foreign Principal <br> 47 Adriaanstraat, 3581 SC Utrecht, The Netherlands |
|---|---|

5. Indicate whether your foreign principal is one of the following:
- ☐ Government of a foreign country [1]
- ☐ Foreign political party
- ☒ Foreign or domestic organization: If either, check one of the following:
  - ☐ Partnership ☐ Committee
  - ☒ Corporation ☐ Voluntary group
  - ☐ Association ☐ Other *(specify)*
- ☐ Individual-State nationality _____

6. If the foreign principal is a foreign government, state:
   a) Branch or agency represented by the registrant

   b) Name and title of official with whom registrant deals

7. If the foreign principal is a foreign political party, state:
   a) Principal address

   b) Name and title of official with whom registrant deals

   c) Principal aim

<div style="border: 2px solid black; background: yellow;">
GOVERNMENT
EXHIBIT
**58**
1:18-CR-457
</div>

1 "Government of a foreign country," as defined in Section 1(e) of the Act, includes any person or group of persons exercising sovereign de facto or de jure political jurisdiction over any country, other than the United States, or over any part of such country, and includes any subdivision of any such group and any group or agency to which such sovereign de facto or de jure authority or functions are directly or indirectly delegated. Such term shall include any faction or body of insurgents within a country assuming to exercise governmental authority whether such faction or body of insurgents has or has not been recognized by the United States.

FORM NSD-3
Revised 03/14

US_v_Kian_00000316

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

8. If the foreign principal is not a foreign government or a foreign political party:

    a) State the nature of the business or activity of this foreign principal.

        See attachment.

    b) Is this foreign principal:

| | | |
|---|---|---|
| Supervised by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
| Owned by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
| Directed by a foreign government, foreign political party, or other foreign principal  **See attachment.** | Yes ☐ No ☒ |
| Controlled by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
| Financed by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |
| Subsidized in part by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☒ |

9. Explain fully all items answered "Yes" in Item 8(b). *(If additional space is needed, a full insert page must be used.)*

10. If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.

    See attachment.

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit A to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit A | Name and Title | Signature | |
|---|---|---|---|
| March 07, 2017 | Michael T. Flynn, Chairman and CEO | /s/ Michael T. Flynn | eSigned |

US_v_Kian_00000317

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

*Flynn Intel Group, Inc., Registration Statement, Exhibit A*

## Attachment

*Items 8-10*

Inovo BV ("Inovo") is a Dutch company incorporated in 2005 to provide business consultancy services. Flynn Intel Group understands the sole owner of Inovo BV to be Mr. Ekim Alptekin.

According to Arent Fox, LLP, counsel to Mr. Alptekin:

1. Inovo is a privately owned company that has not received, directly or indirectly, funds or financial support from any government during the course of its engagement of Flynn Intel Group Inc., including the Republic of Turkey.

2. At the time Inovo hired Flynn Intel Group, Inovo represented a private sector company in Israel that sought to export natural gas to Turkey, and it was for support of its consulting work for this client that Inovo engaged Flynn Intel Group, specifically to understand the tumultuous political climate at the time between the United States and Turkey so that Inovo could advise its client regarding its business opportunities and investment in Turkey.

3. Mr. Alptekin is a businessman who holds a number of positions in international business organizations, such as Honorary Counsul to the Republic of Albania, and Chairman of the Turkish-American Business Council. Mr. Alptekin and any organization in which he participates are not agents of the government of the Republic of Turkey.

Flynn Intel Group does not know whether or the extent to which the Republic of Turkey was involved with its retention by Inovo for the three-month project. Flynn Intel Group is aware that Mr. Alptekin consulted with officials of the Republic of Turkey regarding potential work by Flynn Intel Group, and Mr. Alptekin introduced officials of the Republic of Turkey to Flynn Intel Group officials at a meeting on September 19, 2016, in New York.

US_v_Kian_00000318

OMB No. 1124-0004; Expires April 30, 2017

**U.S. Department of Justice**

Washington, DC 20530

# Exhibit B to Registration Statement
## Pursuant to the Foreign Agents Registration Act of 1938, as amended

INSTRUCTIONS. A registrant must furnish as an Exhibit B copies of each written agreement and the terms and conditions of each oral agreement with his foreign principal, including all modifications of such agreements, or, where no contract exists, a full statement of all the circumstances by reason of which the registrant is acting as an agent of a foreign principal. Compliance is accomplished by filing an electronic Exhibit B form at http://www.fara.gov .

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: http://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: http://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterespionage Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant | 2. Registration No. |
|---|---|
| Flynn Intel Group, Inc. | 6406 |

3. Name of Foreign Principal

Inovo BV

---

### Check Appropriate Box:

4. ☒ The agreement between the registrant and the above-named foreign principal is a formal written contract. If this box is checked, attach a copy of the contract to this exhibit.

5. ☐ There is no formal written contract between the registrant and the foreign principal. The agreement with the above-named foreign principal has resulted from an exchange of correspondence. If this box is checked, attach a copy of all pertinent correspondence, including a copy of any initial proposal which has been adopted by reference in such correspondence.

6. ☐ The agreement or understanding between the registrant and the foreign principal is the result of neither a formal written contract nor an exchange of correspondence between the parties. If this box is checked, give a complete description below of the terms and conditions of the oral agreement or understanding, its duration, the fees and expenses, if any, to be received.

7. Describe fully the nature and method of performance of the above indicated agreement or understanding.

See attached contract.

FORM NSD-4
Revised 03/14

US_v_Kian_00000319

8.  Describe fully the activities the registrant engages in or proposes to engage in on behalf of the above foreign principal.

Flynn Intel Group was tasked to perform investigative research for a specified scope of work using its laboratory team of senior defense, diplomacy, development, and intelligence professionals over a three-month period. Flynn Intel Group was to retain an experienced filming and production crew in order to develop a short film piece on the results of its investigation, and a public affairs firm to utilize for public affairs as needed. Flynn Intel Group held weekly calls with the client to report engagement progress.

9.  Will the activities on behalf of the above foreign principal include political activities as defined in Section 1(o) of the Act and in the footnote below?   Yes ☒      No ☐

If yes, describe all such political activities indicating, among other things, the relations, interests or policies to be influenced together with the means to be employed to achieve this purpose.

See response to item 8.

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit B to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit B | Name and Title | Signature | |
|---|---|---|---|
| March 07, 2017 | Michael T. Flynn, Chairman and CEO | /s/ Michael T. Flynn | eSigned |

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

US_v_Kian_00000320

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

# Independent Advisory Services Agreement

This agreement is executed by and between INOVO BV, an entity organized and operating under the laws of the Netherlands with its principal offices located at 47, Adriaanstraat, 3581 SC Utrecht, The Netherlands (VAT NL8146.45.756B02) hereinafter referred to as "client" and, Flynn Intel Group, Inc., an entity registered in the State of Delaware in the United States with its principal offices located at 44 Canal Center Plaza, Suite 400, Alexandria, Virginia, 22314 hereinafter referred to as the "advisor". Together, the client and the advisor shall be referred to as the "parties" in this agreement.

### Recitals

The client is desirous of engaging the advisor for a specified scope of work aimed at design and delivery of a series of results in discovery, analysis, packaging and presentation of findings in a credible, durable and easy to disseminate format over a period of three months from the execution of this agreement. The advisor is uniquely qualified to accept this task and has a clear understanding of the requirements of this independent study and investigation engagement.

The advisor is an entity led by senior defense, diplomacy, development and intelligence professionals. Further, the advisor has assembled a team of experts with specific background and expertise required by the scope of this engagement. A complete list of Professionals carefully selected for this assignment has been presented and approved by the client. The client expects and the advisor is prepared to deliver findings and results including but not limited to making criminal referrals if warranted and supported by the findings. The advisor's team dedicated to this engagement includes Sphere Consulting, a top tier public affairs and strategic reputation management firm based in Washington DC with global reach.

### Nature of the relationship between the client and the advisor

The advisor is not an employee or an agent of the client. The advisor is an independent contractor engaged for specific purpose of providing advice relating to assisting the client with accomplishing the objectives of this engagement. The client expects the advisor to act with complete objectivity in the design and execution of its investigative mission pertaining to this engagement. Further, the client is by no means dictating to the advisor a specific pre-determined outcome or a particular result. The advisor acts in good faith and on the basis of best effort to obtain the goals of the engagement. The parties to this agreement recognize that the advisor is not in a position to guarantee results in matters outside of the advisor's control.

### Scope of services

The advisor will activate its investigative laboratory comprised of its most senior principals including but not limited to former Director of United States Central Intelligence Agency, Former Director of the United States Defense Intelligence Agency, Former chairman of the Audit Committee of the Export Import Bank of the United States, former Director of Intelligence for the Joint Chiefs of Staff, Former Special Operations (Green Beret) investigator and intelligence officer, former Deputy Assistant Director of Federal Bureau of Investigations of the United States, Former senior legal counsel to the United States Senate Committee on Intelligence, two senior former FBI specialist Investigators, Chairman of the Asymmetric Institute of the Department of Military Studies at Johns Hopkins University and the head of Flynn Intel Group's Special Operations Cyber Force. The advisor has also retained an experienced filming and

US_v_Kian_00000321

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

production crew with top quality experience with outlets such as Reuters, Aljazeera, CNN, France 24 and other major media outlets. The advisor shall hold weekly calls throughout the engagement over the period of ninety days to report engagement progress to the client. The advisor's Public Affairs unit will continue its specialized work throughout the engagement period. Lieutenant General Michael T. Flynn, Ret. U.S. Army, former Director of Defense Intelligence Agency shall lead this engagement.

### Term and termination

The initial term of this agreement is for ninety days effective as of August 15, 2016 and shall continue to November 15, 2016. The agreement may be extended for another year on terms mutually agreed upon and can be subsequently terminated with a 30-day advance written notice by either party. Notifications may be made through electronic mail addressed to each party's respective electronic email address. The term of this agreement may be extended by mutual consent of the parties in writing (email notification is sufficient to authorize extension).

### Compensation

Compensation for advisor's professional services is a firm, fixed price of $600,000 (Six hundred thousand dollars) comprised of three payments of $200,000 (Two hundred thousand dollars) following the schedule below:

- *First installment of $200,000 (two hundred thousand dollars) due at the time of the execution of this agreement.*

- *Second installment of $200,000 (two hundred thousand) due on October 1st, 2016.*

- *Third installment of $200,000 (two hundred thousand dollars (due on November 1st, 2016.*

### Engagement Expenses

The above compensation figures do not include any travel, lodging and per diem expenses. If travel is deemed necessary by the client, estimated expenses shall be presented to the client in advance for approval by the client and amendment to this agreement if necessary. The advisor shall not incur any additional expenses to the above total fixed costs without a prior written approval for specific expenses deemed necessary by the client (email notification is sufficient).

### Confidentiality

The terms and conditions of this agreement shall remain confidential. Parties agree to maintain each other's information in strict confidence throughout the course of this engagement and after its termination. The advisor agrees to return all such confidential material to the client at the end of the engagement. Further, parties agree that no public announcement of the scope or details of this engagement shall be made without written approval of both parties during the course of the engagement. Parties agree to strict compliance with this clause since both parties understand that disclosing the details of this engagement will adversely impact the quality of the investigations.

Signed by:

INOVO BV (The Netherlands)  
Capt. Ekim Alptekin  
Chairman and CEO

Flynn Intel Group, Inc.  
Lieutenant General Michael T. Flynn  
Chairman and CEO

2

US_v_Kian_00000322

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

MICHAEL T. FLYNN

The Client
Date: 03/03/2016

The Adviser
Date: 3/9/2016

3

US_v_Kian_00000323

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

OMB No. 1124-0002; Expires April 30, 2017

| | |
|---|---|
| **U.S. Department of Justice** | **Supplemental Statement** |
| Washington, DC 20530 | **Pursuant to the Foreign Agents Registration Act of 1938, as amended** |

For Six Month Period Ending <u>Nov. 30, 2016</u>

(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant                    (b) Registration No.

   Flynn Intel Group, Inc.                    6406

   (c) Business Address(es) of Registrant
   44 Canal Center Plaza, Alexandria, VA 22314

2. Has there been a change in the information previously furnished in connection with the following?

   (a) If an individual:

   | | | |
   |---|---|---|
   | (1) Residence address(es) | Yes ☐ | No ☐ |
   | (2) Citizenship | Yes ☐ | No ☐ |
   | (3) Occupation | Yes ☐ | No ☐ |

   (b) If an organization:

   | | | |
   |---|---|---|
   | (1) Name | Yes ☐ | No ☒ |
   | (2) Ownership or control | Yes ☐ | No ☒ |
   | (3) Branch offices | Yes ☐ | No ☒ Flynn Intel Group's sole office closed in November 2016. |

   (c) Explain fully all changes, if any, indicated in Items (a) and (b) above.
   Flynn Intel Group, Inc. suspended activities in November 2016.

---

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐     No ☒

   If yes, have you filed an amendment to the Exhibit C?     Yes ☐     No ☐

   If no, please attach the required amendment.

---

<div style="text-align: right;">

**GOVERNMENT EXHIBIT**

**61**

**1:18-CR-457**

</div>

1 The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (A waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530.)

FORM NSD-2
Revised 03/14

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

US_v_Kian_00000347

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 2)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?

Yes ☐     No ☒

If yes, furnish the following information:

| Name | Position | Date Connection Ended |
|------|----------|----------------------|
|      |          |                      |

(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?

Yes ☐     No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|-------------------|-------------|----------|--------------|
|      |                   |             |          |              |

5. (a) Has any person named in Item 4(b) rendered services directly in furtherance of the interests of any foreign principal?

Yes ☐     No ☐

If yes, identify each such person and describe the service rendered.

(b) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?     Yes ☐     No ☒

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|-------------------|-------------|----------|--------------|
|      |                   |             |          |              |

(c) Have any employees or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting period?     Yes ☒     No ☐

If yes, furnish the following information:

| Name | Position or Connection | Date Terminated |
|------|------------------------|-----------------|
|      | Flynn Intel Group, Inc. suspended activities in November 2016. | |

(d) Have any employees or individuals, who have filed a short form registration statement, terminated their connection with any foreign principal during this 6 month reporting period?     Yes ☒     No ☐

If yes, furnish the following information:

| Name | Position or Connection | Foreign Principal | Date Terminated |
|------|------------------------|-------------------|-----------------|
|      |                        | The contract between Inovo BV and Flynn Intel Group ended by its terms on November 15, 2016. | |

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(b) of the supplemental statement?

Yes ☐     No ☐

If no, list names of persons who have not filed the required statement.

US_v_Kian_00000348

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 3)

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?      Yes ☒      No ☐
   If yes, furnish the following information:

   Foreign Principal                                                               Date of Termination

   Inovo BV                                                                        November 15, 2016

---

8. Have you acquired any new foreign principal(s)[2] during this 6 month reporting period?      Yes ☐      No ☒
   If yes, furnish th following information:

   Name and Address of Foreign Principal(s)                                        Date Acquired

---

9. In addition to those named in Items 7 and 8, if any, list foreign principal(s)[2] whom you continued to represent during the 6 month reporting period.

---

10. (a) Have you filed exhibits for the newly acquired foreign principal(s), if any, listed in Item 8?

    Exhibit A[3]          Yes ☐           No ☐
    Exhibit B[4]          Yes ☐           No ☐

    If no, please attach the required exhibit.

    (b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you
        represented during this six month period?                    Yes ☐          No ☒
        If yes, have you filed an amendment to these exhibits?        Yes ☐          No ☐

        If no, please attach the required amendment.

---

2  The term "foreign principal" includes, in addition to those defined in Section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly
   supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual.
   (See Rule 100(a) (9)).  A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he
   is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)
3  The Exhibit A, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal.
4  The Exhibit B, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the
   foreign principal.

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

US_v_Kian_00000349

Case 1:17-cr-00232-EGS   Document 150-1   Filed 01/07/20   Page 53 of 72
Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 4)

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, or 9 of this statement?      Yes ☒      No ☐

   If yes, identify each foreign principal and describe in full detail your activities and services:

   See attachment.

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?
   Yes ☒      No ☐

   If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose.  If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places of delivery, names of speakers and subject matter.

   See attachment.

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits your foreign principal(s)?      Yes ☒      No ☐

   If yes, describe fully.

   Because of its expertise, Flynn Intel Group officials frequently write, speak, and give interviews on issues related to national security.  Although not undertaken at the direction or control of a foreign principal, it is possible that such activities may have an indirect benefit to a principal.  On his own initiative, Michael T. Flynn published an op-ed in The Hill on November 8, 2016, that related to the same subject matters as the Flynn Intel Group work for Inovo BV.  Neither Inovo BV, nor any other person requested or directed publication of the op-ed.

---

5 "Political activity," as defined in Section 1(o) of the Act, means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

US_v_Kian_00000350

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 5)

## IV - FINANCIAL INFORMATION

14. (a)  **RECEIPTS-MONIES**
During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?     Yes ☒     No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|
| See attachment. | | | |

Total _____

(b)  **RECEIPTS - FUNDRAISING CAMPAIGN**
During this 6 month reporting period, have you received, as part of a fundraising campaign[7], any money on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?     Yes ☐     No ☒

If yes, have you filed an Exhibit D[8] to your registration?     Yes ☐     No ☐

If yes, indicate the date the Exhibit D was filed.     Date _____

(c)  **RECEIPTS-THINGS OF VALUE**
During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal?
Yes ☐     No ☒

If yes, furnish the following information:

| Foreign Principal | Date Received | Thing of Value | Purpose |
|-------------------|---------------|----------------|---------|
| | | | |

---

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, moneys, or other things of value for a foreign principal, as part of a fundraising campaign. (See Rule 201(e)).

8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fundraising campaign and transmitted for a foreign principal.

9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

US_v_Kian_00000351

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 6)

15. (a)   **DISBURSEMENTS-MONIES**

During this 6 month reporting period, have you

(1)   disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?   Yes ☒          No ☐

(2)   transmitted monies to any such foreign principal?          Yes ☐          No ☐

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|
| See attachment. | | | |

Total _____

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

US_v_Kian_00000352

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 7)

(b) **DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?

Yes ☐          No ☒

If yes, furnish the following information:

| Date | Recipient | Foreign Principal | Thing of Value | Purpose |
|------|-----------|-------------------|----------------|---------|
|      |           |                   |                |         |

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☒          No ☐

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|------|--------------------------|-------------------------------------|-------------------|
| Rafiekian 10/31/16 | $250 | Trump Make American Great Again Committee | |
| Rafiekian * | * | Zinke For Congress | |

* Mr. Rafiekian is searching for records of the date and amount of the contribution, which he believes he made, and will amend this report when the information is located.

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

US_v_Kian_00000353

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

(PAGE 8)

## V - INFORMATIONAL MATERIALS

16. (a) During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials?[12]
       Yes ☒       No ☐

   If Yes, go to Item 17.

   (b) If you answered No to Item 16(a), do you disseminate any material in connection with your registration?
       Yes ☐       No ☐

   If Yes, please forward the materials disseminated during the six month period to the Registration Unit for review.

17. Identify each such foreign principal.
    Inovo BV.

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?       Yes ☐       No ☒

    If yes, identify each such foreign principal, specify amount, and indicate for what period of time.
    See attachment.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

    ☐ Radio or TV broadcasts        ☐ Magazine or newspaper        ☐ Motion picture films        ☐ Letters or telegrams
    ☐ Advertising campaigns         ☐ Press releases                ☐ Pamphlets or other publications  ☐ Lectures or speeches
    ☒ Other *(specify)*  See attachment.

    **Electronic Communications**

    ☐ Email
    ☐ Website URL(s): _____
    ☐ Social media websites URL(s): _____
    ☒ Other *(specify)*  See attachment.

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

    ☐ Public officials          ☐ Newspapers              ☐ Libraries
    ☐ Legislators               ☐ Editors                 ☐ Educational institutions
    ☐ Government agencies       ☐ Civic groups or associations   ☐ Nationality groups

    ☒ Other *(specify)*  See attachment.

21. What language was used in the informational materials:
    ☒ English          ☐ Other *(specify)* _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?       Yes ☐       No ☐   See attachment

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
    Yes ☐       No ☐   See attachment.

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

US_v_Kian_00000354

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

## VI - EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                          (Print or type name under each signature or provide electronic signature[13])

March 07, 2017                               /s/ Michael T. Flynn                          eSigned

_____                      _____

_____                      _____

_____                      _____

---

13 This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

US_v_Kian_00000355

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

*Flynn Intel Group, Inc., Supplemental Statement*

## Attachment

*Items 11-12*

---

Note: In September 2016, the Flynn Intel Group filed a registration under the Lobbying Disclosure Act for its representation of Inovo BV ("Inovo"). Upon further review, and to eliminate any potential doubt, the Flynn Intel Group is electing to file a registration and supplemental statement under the Foreign Agents Registration Act in lieu of its prior LDA registration. Although the Flynn Intel Group was engaged by a private firm, Inovo BV, and not by a foreign government, because of the subject matter of the engagement, Flynn Intel Group's work for Inovo could be construed to have principally benefitted the Republic of Turkey. The Department's regulations provide that the LDA exemption from FARA registration is not available if a foreign government or political party is the principal beneficiary. *See* 28 C.F.R. § 5.307. This retroactive supplemental statement is being filed after the Flynn Intel Group closed its operations in November 2016, and the supplemental statement is therefore based on information that is currently available to Flynn Intel Group, to the best of its knowledge, after undertaking due diligence with the assistance of counsel.

---

In August 2016, Flynn Intel Group entered into a contract with Inovo, a consulting firm based in the Netherlands. The contract provided that Flynn Intel Group would perform research, engage a public relations firm and a filming and production crew to potentially distribute the results of its research, and hold weekly calls with the client to discuss progress on the project. Flynn Intel Group understood the engagement to be focused on improving U.S. business organizations' confidence regarding doing business in Turkey, particularly with respect to the stability of Turkey and its suitability as a venue for investment and commercial activity. Inovo has represented, through its counsel, that no part of the fees paid to Flynn Intel Group by Inovo was provided by any foreign government.

Under the contract, Flynn Intel Group conducted open-source research for Inovo and at Inovo's direction. The research, which was conducted by independent contractors retained for this purpose, focused on Mr. Fethullah Gülen and charter schools in the United States that are associated with, or allegedly associated with, Mr. Gülen. The results of Flynn Intel Group's research were provided to Inovo, and to S.G.R. LLC Government Relations and Lobbying, the public relations firm engaged by Flynn Intel Group. Flynn Intel Group and the public relations firm developed various materials and documents related to this research for potential dissemination. Because the project was terminated early, the full scope of the contract was not performed, and to the best of Flynn Intel Group's knowledge, none of the research materials prepared by the Flynn Intel Group were disseminated to third parties.

In early September 2016, Flynn Intel Group was invited by Mr. Alptekin to meet with a group of government officials from Turkey for the purpose of understanding better the political climate in Turkey at the time, as background for the project. Officials of the Republic of Turkey

US_v_Kian_00000356

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

attending this meeting on September 19, 2016, in New York, were the Minister of Foreign Affairs and the Minister of Energy, to the best of Flynn Intel Group's current understanding.

Mr. Rafiekian met with Miles Taylor, National Security Advisor to the House Committee on Homeland Security, on two occasions in approximately October 2016, at Mr. Taylor's office and at Flynn Intel Group's office. A representative of S.G.R. LLC Government Relations and Lobbying attended the meeting at Flynn Intel Group's office. Over the course of the discussions, Mr. Rafiekian raised the firm's representation of Inovo and issues related to the research conducted for Inovo concerning Mr. Gülen and Turkey. Flynn Intel Group also oversaw outreach, which was conducted by the public relations firm, to a state government official in Arkansas.

Pursuant to its contract with Inovo, Flynn Intel Group informally engaged a group of individuals (independent contractors) to form a film and production crew for the purposes of producing a video documentary based on its research associated with Mr. Gülen. The activities included a couple of videotaped interviews and other initial development of content. Because the contract was not extended, the full scope of anticipated work was not performed and, to the best of Flynn Intel Group's current knowledge, the video was neither finished nor disseminated to any third parties. S.G.R. LLC Government Relations and Lobbying created a Gulen-themed monopoly graphic at the direction of Flynn Intel Group. To the best of its knowledge, Flynn Intel Group did not disseminate this document or associated research (other than to Inovo).

In late October and early November 2016, Gen. Flynn of Flynn Intel Group developed an op-ed article based, in part, on the research conducted by Flynn Intel Group under the Inovo engagement. The op-ed was not written or published at the request of, or under the direction or control of, Inovo, the Republic of Turkey, or any other party. No compensation was received for the publication of the op-ed. In addition to Gen. Flynn, Bijan Rafiekian and an editor, Hank Cox, participated in the drafting. Inovo, Mr. Alptekin, and the Republic of Turkey did not participate in the drafting. Nonetheless, the op-ed addresses subject matter related to the research that Flynn Intel Group conducted for Inovo, and a draft of the op-ed was shared with Inovo in advance of publication. No changes, other than technical edits, were made to the op-ed based on feedback from Inovo. To the best of our knowledge, Inovo did not communicate with the Republic of Turkey regarding the op-ed or provide the draft op-ed to the government. S.G.R. LLC Government Relations and Lobbying assisted Flynn Intel Group with placement of the op-ed with *The Hill* publication.

*Item 14*

Payments received by Flynn Intel Group in connection with the project and purpose based on information contained in Flynn Intel Group's general ledger and accounting records.

| Date Received | Foreign Principal | Purpose | Amount |
|---|---|---|---|
| 09/09/2016 | Inovo BV | Consulting | $200,000.00 |
| 10/11/2016 | Inovo BV | Consulting | $185,000.00 |
| 11/14/2016 | Inovo BV | Consulting | $145,000.00 |

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

US_v_Kian_00000357

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

*Item 15*

Disbursements by Flynn Intel Group in connection with the project and purpose based on information contained in Flynn Intel Group's general ledger and accounting records.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|
| 10/14/2016 | Bob Kelley | Consultancy Fee | $2,500.00 |
| 10/31/2016 | Bob Kelley | Consultancy Fee | $2,500.00 |
| 11/21/2016 | Bob Kelley | Consultancy Fee | $5,000.00 |
| 10/04/2016 | Brian McCauley | Consultancy Fee | $5,000.00 |
| 10/13/2016 | Brian McCauley | Consultancy Fee | $3,000.00 |
| 11/14/2016 | Brian McCauley | Consultancy Fee | $5,000.00 |
| 12/05/2016 | Brian McCauley | Consultancy Fee | $15,000.00 |
| 09/19/2016 | Carl Pilgram | Administrative Support | $ 4,000.00 |
| 10/25/2016 | Carl Pilgram | Administrative Support | $4,000.00 |
| 11/16/2016 | Carl Pilgram | Administrative Support | $4,000.00 |
| 10/11/2016 | David Enders | Videography | $1,700.00 |
| 10/11/2016 | David Enders | Videography | $850.00 |
| 12/02/2016 | David Enders | Videography | $850.00 |
| 12/02/2016 | Hank Cox | Editing | $300.00 |
| 9/13/2016 | Inovo BV | Consultancy Fee | $40,000.00 |
| 10/17/2016 | Inovo BV | Consultancy Fee | $40,000.00 |
| 09/13/2016 | Michael G. Flynn | Administrative Support | $4,000.00 |
| 10/21/2016 | Michael G. Flynn | Administrative Support | $4,000.00 |
| 11/22/2016 | Michael G. Flynn | Administrative Support | $4,000.00 |
| 10/11/2016 | Mike Boston | Consultancy Fee | $ 8,000.00 |
| 10/14/2016 | Mike Boston | Consultancy Fee | $8,000.00 |
| 11/21/2016 | Mike Boston | Consultancy Fee | $8,000.00 |
| 11/10/2016 | Operational Behavioral Services | Consultancy Fee | $20,000.00 |
| 10/13/2016 | Paul Becker | Consultancy Fee | $1,500.00 |
| 11/22/2016 | Paul Becker | Consultancy Fee | $6,000.00 |
| 10/12/2016 | Rudi Bakhtiar | Interview | $1,200 |
| 10/11/2016 | SGR LLC | Public Affairs | $15,000.00 |
| 10/24/2016 | SGR LLC | Public Affairs | $10,000.00 |
| 11/16/2016 | SGR LLC | Public Affairs | $15,000.00 |
| 10/05/2016 | White Canvas Group | Public open source research | $7,500.00 |
| 12/16/2016 | White Canvas Group | Public open source research | $7,500.00 |

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

*Items 16-23*

Pursuant to the contract between Flynn Intel Group and Inovo BV, the parties anticipated that Flynn Intel Group would engage a public relations firm, Sphere Consulting, and engage a film production crew for the creation of a video. The public relations firm (S.G.R. LLC Government Relations and Lobbying) was engaged but the video was not completed or disseminated, to the best of our understanding. The budget for these activities was reflected in the engagement contract with S.G.R. LLC Government Relations and Lobbying; no separate budget related to informational materials. Because this is a retroactive registration prepared after Flynn Intel Group had already begun to close operations, this registration is based on documentation currently available to Flynn Intel Group. If additional relevant information is later identified, Flynn Intel Group will amend its registration.

US_v_Kian_00000359

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

OMB No. 1124-0005; Expires April 30, 2017

| | |
|---|---|
| **U.S. Department of Justice** | **Short Form Registration Statement** |
| Washington, DC 20530 | **Pursuant to the Foreign Agents Registration Act of 1938, as amended** |

INSTRUCTIONS. Each partner, officer, director, associate, employee, and agent of a registrant is required to file a short form registration statement unless he engages in no activities in furtherance of the interests of the registrant's foreign principal or unless the services he renders to the registrant are in a secretarial, clerical, or in a related or similar capacity. Compliance is accomplished by filing an electronic short form registration statement at http://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 et seq., for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: http://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public and online at: http://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .429 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterespionage Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| | |
|---|---|
| 1. Name<br><br>Lt. Gen Michael T. Flynn (Ret.) | 2. Registration No.<br><br>6406 |
| 3. Residence Address(es)<br>Provided separately to the Department of Justice. | 4. Business Address(es)<br>44 Canal Center Plaza, Alexandria, VA 22314 |

| | |
|---|---|
| 5. Year of Birth  1958<br><br>Nationality   U.S.<br><br>Present Citizenship  U.S. | 6. If present citizenship was not acquired by birth, indicate when, and how acquired. |

GOVERNMENT EXHIBIT

64

1:18-CR-457

7. Occupation  Consultant

8. What is the name and address of the primary registrant?
Name  Flynn Intel Group, Inc.        Address  44 Canal Center Plaza, Alexandria, VA 22314

9. Indicate your connection with the primary registrant:

☐ partner       ☒ director       ☐ employee       ☐ consultant
☐ officer       ☐ associate      ☐ agent          ☐ subcontractor
☐ other (specify)_____

10. List every foreign principal to whom you will render services in support of the primary registrant.
Inovo BV

11. Describe separately and in detail all services which you will render to the foreign principal(s) listed in Item 10 either directly, or through the primary registrant listed in Item 8, and the date(s) of such services. *(If space is insufficient, a full insert page must be used.)*
See attachment.

FORM NSD-6
Revised 03/14

US_v_Kian_00000363

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

12. Do any of the above described services include political activity as defined in Section 1(o) of the Act and in the footnote below?

        Yes ☒        No ☐

If yes, describe separately and in detail such political activity.
See response to item 11.

---

13. The services described in Items 11 and 12 are to be rendered on a

    ☐ full time basis        ☒ part time basis        ☐ special basis

14. What compensation or thing of value have you received to date or will you receive for the above services?

    ☐ Salary: Amount $ _____ per _____    ☐ Commission at _____ % of _____

    ☒ Salary: Not based solely on services rendered to the foreign principal(s).

    ☐ Fee: Amount $ _____        ☐ Other thing of value _____

15. During the period beginning 60 days prior to the date of your obligation to register to the time of filing this statement, did you make any contributions of money or other things of value from your own funds or possessions and on your own behalf in connection with any election to political office or in connection with any primary election, convention, or caucus held to select candidates for any political office?    Yes ☐    No ☒

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|------|--------------------------|-------------------------------------|-------------------|
|      |                          |                                     |                   |

---

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

March 07, 2017                /s/ Michael T. Flynn        eSigned

*(Date of signature)*                    *(Signature)*

---

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

US_v_Kian_00000364

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

*Flynn Intel Group, Inc., Short Form (Flynn)*

**Attachment**

*Item 11*

      Flynn Intel Group was tasked to perform investigative research for a specified scope of work using its laboratory team of senior defense, diplomacy, development, and intelligence professionals over a three-month period. Flynn Intel Group was to retain an experienced filming and production crew in order to develop a short film piece on the results of its investigation, and a public affairs firm to utilize for public affairs as needed. Flynn Intel Group held weekly calls with the client to report engagement progress.

US_v_Kian_00000365

Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM

OMB No. 1124-0005; Expires April 30, 2017

| U.S. Department of Justice | **Short Form Registration Statement** |
|---|---|
| Washington. DC 20530 | **Pursuant to the Foreign Agents Registration Act of 1938, as amended** |

INSTRUCTIONS. Each partner. officer, director, associate. employee, and agent of a registrant is required to file a short form registration statement unless he engages in no activities in furtherance of the interests of the registrant's foreign principal or unless the services he renders to the registrant are in a secretarial, clerical, or in a related or similar capacity. Compliance is accomplished by filing an electronic short form registration statement at http://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement. short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: http://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public and online at: http://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .429 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit. Counterespionage Section, National Security Division, U.S. Department of Justice, Washington. DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name<br>Bijan Rafiekian | 2. Registration No.<br>6406 |
|---|---|
| 3. Residence Address(es)<br>Provided separately to the Department of Justice. | 4. Business Address(es)<br>44 Canal Center Plaza, Alexandria, VA 22314 |
| 5. Year of Birth  1952<br><br>Nationality   U.S.<br><br>Present Citizenship  U.S. | 6. If present citizenship was not acquired by birth, indicate when, and how acquired. |

**GOVERNMENT EXHIBIT**

**65**

**1:18-CR-457**

7. Occupation  Consultant

8. What is the name and address of the primary registrant?
Name  Flynn Intel Group, Inc.            Address  44 Canal Center Plaza, Alexandria, VA 22314

9. Indicate your connection with the primary registrant:
- ☐ partner
- ☒ director
- ☐ employee
- ☐ consultant
- ☐ officer
- ☐ associate
- ☐ agent
- ☐ subcontractor
- ☐ other *(specify)*_____

10. List every foreign principal to whom you will render services in support of the primary registrant.
Inovo BV

11. Describe separately and in detail all services which you will render to the foreign principal(s) listed in Item 10 either directly, or through the primary registrant listed in Item 8, and the date(s) of such services.  *(If space is insufficient, a full insert page must be used.)*
See attachment.

FORM NSD-6<br>Revised 03/14

US_v_Kian_00000360

12. Do any of the above described services include political activity as defined in Section 1(o) of the Act and in the footnote below?

        Yes ☒    No ☐

If yes, describe separately and in detail such political activity.
See response to item 11.

13. The services described in Items 11 and 12 are to be rendered on a

    ☐ full time basis    ☒ part time basis    ☐ special basis

14. What compensation or thing of value have you received to date or will you receive for the above services?

    ☐ Salary: Amount $ _____ per _____    ☐ Commission at _____ % of _____

    ☒ Salary: Not based solely on services rendered to the foreign principal(s).

    ☐ Fee: Amount $ _____    ☐ Other thing of value _____

15. During the period beginning 60 days prior to the date of your obligation to register to the time of filing this statement, did you make any contributions of money or other things of value from your own funds or possessions and on your own behalf in connection with any election to political office or in connection with any primary election, convention, or caucus held to select candidates for any political office?    Yes ☐    No ☒

If yes, furnish the following information:

Date    Amount or Thing of Value    Political Organization or Candidate    Location of Event

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

March 07, 2017    /s/ Bijan Rafiekian    eSigned
*(Date of signature)*    *(Signature)*

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

US_v_Kian_00000361

*Flynn Intel Group, Inc., Short Form (Rafiekian)*

**Attachment**

*Item 11*

Flynn Intel Group was tasked to perform investigative research for a specified scope of work using its laboratory team of senior defense, diplomacy, development, and intelligence professionals over a three-month period. Flynn Intel Group was to retain an experienced filming and production crew in order to develop a short film piece on the results of its investigation, and a public affairs firm to utilize for public affairs as needed. Flynn Intel Group held weekly calls with the client to report engagement progress.

US_v_Kian_00000362

 Alptekin, Ekim

👥 2 Participants

September 8, 2016

Hi Bijan                                                          5:21 PM

will send the agreement                                          5:21 PM

just left pm's office                                            5:22 PM

Thank you Ekim. MF and I are going to meet in 30 minutes at 1400.   5:23 PM

**GOVERNMENT EXHIBIT**

**67J**

**1:18-CR-457**

**U.S. Department of Justice**
National Security Division

*Counterintelligence and Export Control Section*          *Washington, DC 20530*

November 30, 2016

**BY FEDEX**
LTG (Ret.) Michael T. Flynn
Flynn Intel Group, Inc.
44 Canal Center Plaza
Alexandria, VA  22314-2231

Re:   Possible Obligation to Register Under the Foreign Agents Registration Act

Dear General Flynn:

The Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.* ("FARA" or the "Act"), is a statute requiring the registration of "agents of foreign principals" who are engaged in "political activities" or other covered activities and who are not exempt from the Act's registration requirements. In addition, the Act requires non-exempt agents to conspicuously label "informational materials" transmitted (or caused to be transmitted) in the United States for or in the interests of a foreign principal, and to make periodic public disclosure of their identities, agencies, activities, receipts, and disbursements. Such conspicuous labeling and disclosure facilitates evaluation by the government and the American people of the statements and activities of such persons in light of their status as foreign agents.

The FARA Registration Unit of the Counterintelligence and Export Control Section of the National Security Division is responsible for the administration and enforcement of the Act. In carrying out our responsibilities, we routinely review a wide range of publicly available information for indications of activities by entities or individuals that may require registration under the Act. Where such information suggests that a registration obligation may exist, we send a letter advising the entity or person of the existence of FARA and the possible obligations thereunder, and seek additional information to evaluate whether a registration obligation exists.

Consistent with this longstanding practice, we note that numerous media reports have suggested that you or your firm, Flynn Intel Group, Inc., may have engaged in activities on behalf of the Government of Turkey through your firm's affiliation with Kamil Ekim Alptekin, principal in Inovo BV and Chairman of the Turkish–American Business Council, or through other means, that may require registration under FARA. Most notably, these reports contain allegations that your November 8, 2016, opinion editorial ("op-ed") in *The Hill* was activity on behalf of the Turkish Government. If such allegations are true, you may be required to register under the Act.

GOVERNMENT
EXHIBIT
**90**
1:18-CR-457

US_v_Kian_00038798

LTG (Ret.) Michael T. Flynn
November 30, 2016
Page 2

To assist us in determining whether you, the Flynn Intel Group, and/or other individuals or entities have an obligation to register under FARA, we request the following information and documents: (1) a copy of any written agreement(s) or, in the absence of a written agreement, a full description of the terms and conditions of any oral agreement(s), between you (or Flynn Intel Group) and the Government of Turkey, Kamil Ekim Alptekin, the Turkish–American Business Council, and/or Inovo BV; (2) a description of the activities, if any, that you and/or Flynn Intel Group have engaged in or the services, if any, you and/or Flynn Intel Group have provided to the Government of Turkey, Kamil Ekim Alptekin, the Turkish–American Business Council or Inovo BV; and (3) copies of emails and other communications, if any, between you (or anyone else at Flynn Intel Group) and the Government of Turkey, Kamil Ekim Alptekin, the Turkish–American Business Council, and/or Inovo BV in connection with your November 8, 2016, op-ed in *The Hill.*

In addition to the information requested above, please respond to the following questions:

1) At any time prior or subsequent to the November 8, 2016, op-ed in *The Hill*, did you or anyone else at Flynn Intel Group have any communications with any official in the Turkish Government or Mr. Alptekin regarding the op-ed? If yes, please describe the nature and content of such communications.

2) To your knowledge, at any time prior or subsequent to publication of the op-ed, did Mr. Alptekin or anyone else associated with Inovo BV have any communications with any official in the Turkish Government regarding the op-ed?

3) Other than yourself, who was involved in the preparation of the op-ed?

4) Did any official in the Turkish Government, or anyone acting on behalf of the Turkish Government, ask or direct that the op-ed be written, or have any involvement in the preparation of the op-ed? If yes, please explain.

5) Did the Turkish Government, or anyone acting on its behalf, receive a copy of the op-ed (or a draft thereof) prior to its publication?

6) Did you, or any other person or entity, receive any compensation for writing the op-ed? If so, who was the source of that compensation?

The information and documents requested above will assist in informing our determination of whether you or other parties are required to register pursuant to FARA. If you possess any additional correspondence, notes, emails, or other documents pertinent to the questions above, or otherwise pertinent to our assessment of whether you or other parties are required to register under FARA, please provide us with such information.

US_v_Kian_00038799

LTG (Ret.) Michael T. Flynn
November 30, 2016
Page 3


If you have any questions, or would like to meet to discuss this matter, please contact me at (202) 233-0777/0776.  A response is requested within 30 days of the date of this letter.  We look forward to your prompt and thorough response to our inquiry.

Sincerely,

Heather H. Hunt
Chief, FARA Registration Unit

cc:     Robert K. Kelley
        General Counsel
        Flynn Intel Group, Inc.