# Attachment 2

# Grand Jury Information

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
- - - - - - - - - - - - - x
                          :
In re:                    :
                          :
    GRAND JURY            :
                          :
- - - - - - - - - - - - - x
```

Grand Jury No. 18-2
United States District Court for
the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Tuesday, June 26, 2018

The testimony of MICHAEL FLYNN was taken in the

presence of a full quorum of Grand Jury 18-2, commencing at

9:53 a.m., before:

James P. Gillis
Assistant United States Attorney

Evan N. Turgeon
Special Assistant United States Attorney

# Grand Jury Information

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia 22314
(202) 467-9200

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)        DOJSCO - 700023424

1            P R O C E E D I N G S

2   Whereupon,

3                    MICHAEL FLYNN

4   was called as a witness and, after being first duly sworn

5   by the Foreperson, or Deputy Foreperson, of the Grand Jury,

6   was examined and testified as follows:

7                     EXAMINATION

8        BY MR. TURGEON

9    Q    Can you please tell us your name?

10   A    Michael Flynn.

11   Q    Are you a retired U.S. military officer?

12   A    Yes.

13   Q    What branch did you serve in?

14   A    Army.

15   Q    At what position did you retire from the Army?

16   A    I was a lieutenant general and director of the

17   Defense Intelligence Agency.

18   Q    What is the Flynn Intel Group?

19   A    It's a consulting advisory group.

20   Q    Was the Flynn Intel Group also known as FIG,

21   spelled F-I-G?

22   A    Yes.

23   Q    Who were the people who played the most active

24   part of the business of FIG?

25   A    Myself, Bijan Kian.  There were others but those

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)                    DOJSCO - 700023425

1    were principally the two people that played the most active

2    role.

3        Q    Is Bijan Kian also known or does he also go by

4    the name Bijan Rafiekian?

5        A    Yes.

6        Q    What was your role position with FIG?

7        A    I was the CEO.

8        Q    Was Mr. Rafiekian also an officer of FIG?

9        A    He was.  He was the vice chairman and held a

10   couple of other roles.

11       Q    Are you aware of a project concerning Turkey that

12   FIG performed during the summer and fall of 2016?

13       A    Yes.

14       Q    How did you first become aware of that project?

15       A    Bijan came to me and mentioned that he had an

16   associate that he knew that was interested in using our

17   company to support a project.

18       Q    Who was that associate?

19       A    It was a gentleman by the name of Ekim Alptekin.

20       Q    Who is Ekim Alptekin?

21       A    Ekim is a person I came to know through Bijan.

22   He is a Turkish member of the Turkish-American Business

23   Council.  And I mean, you know -- I mean, he's got some

24   other background but that's pretty much my knowledge of

25   him.

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia  22314
(202) 467-9200

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023426

1    Q    What stage was the project at when Mr. Rafiekian
2    approached you about it?

3    A    It was at the, like, stage zero.  I mean,
4    basically it was initial.

5    Q    During that conversation with Mr. Rafiekian, did
6    Mr. Rafiekian tell you he had already spoken to someone
7    about the project?

8    A    Bijan had mentioned that he had spoken with Ekim.

9    Q    Before the project what relationship if any did
10   Mr. Rafiekian have with Mr. Alptekin?

11   A    I understood that they had a relationship through
12   a commission, the Nalruse Commission, that Bijan is part
13   of.  And I believe that they knew each other from other
14   just previous interaction, but I principally believe that's
15   where they knew each other.

16   Q    Are you aware of Mr. Rafiekian communicating with
17   Mr. Alptekin about the project?

18   A    Yes.

19   Q    How do you know those conversations took place?

20   A    Bijan related to me that he had been engaged or
21   speaking with Ekim about this, you know, like I said, the
22   initial stages and had spoken to him at least a couple of
23   times about it.

24   Q    From the beginning of the project what was your
25   understanding about on whose behalf the work was going to

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023427

1   be performed?

2       A    I think at the -- from the beginning it was

3   always on behalf of elements within the Turkish government.

4       Q    Would it fair to say that the project was going

5   to be principally for the benefit of the government of

6   Turkey or high-ranking Turkish officials?

7       A    Yes, yeah.

8       Q    Where did you get that understanding?

9       A    From conversations I had with Bijan and just

10  various email engagements that we had had early on about

11  whether or not we were going to do this thing.

12      Q    Were Turkish officials involved with the project?

13      A    They were.  They definitely were aware of it and

14  they had acknowledged, or we were told that they had

15  acknowledged that we were involved.  So I guess, I mean you

16  could in terms of rephrasing the question or whatever, but

17  I -- they were definitely aware of the project.  I mean,

18  you know, you asked that they were directly involved but --

19      Q    So do you know who the Turkish government

20  officials were who were involved in the project?

21      A    I met two eventually and I saw names on various

22  emails that Bijan or Ekim had sent.

23      Q    Who were the two that you met?

24      A    I met the Minister of Foreign Affairs and I met

25  -- and I don't know exactly what his ministry was, but he

Diversified Reporting Services, Inc.
1426 Duke Street
Alexandria, Virginia 22314
(202) 467-9200

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023428

1    was the son in law of Erdogan, the president.

2        Q    Did he hold a ministry-level position in the
3    Turkish government?

4        A    I believe he did.  Yeah, I believe he did.  I
5    believe he did.

6        Q    Do you know whether Mr. Alptekin had any
7    relationship with those Turkish officials?

8        A    I believe that he did, just based on information
9    that Bijan had provided me as well as just emails that I
10   had seen about his engagement with senior government
11   officials in Turkey.

12       Q    In connection with the project did Mr. Alptekin
13   have any role in interacting with these Turkish government
14   officials?

15       A    Yes, he did.

16       Q    How do you know that?

17       A    Again from same sort of a -- the various
18   interactions, his feedback to us.  And some of it was
19   relayed to me via Bijan, others were, you know, emails that
20   I saw where he had been -- he had just recently spoken to
21   or met with senior government officials, you know, about
22   this project.

23            MR. TURGEON:  Would you and Mr. Alptekin --

24            BY MR. GILLIS:

25       Q    Sorry.  And what was it that he would relate in

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**            **DOJSCO - 700023429**

1  connection with these discussions with Turkish officials?

2      A    Yeah.   Their awareness, their acknowledgement

3  that we were engaged, that we were involved with this, that

4  we were looking at conducting the project.  I would even

5  say at least at that point they seemed satisfied.

6          BY MR. TURGEON:

7      Q    Would you and Mr. Alptekin have regular calls

8  about the project?

9      A    We set up conference calls with our group and Mr.

10 Alptekin.

11     Q    What was the purpose of those calls?

12     A    They were basically for us to provide updates to

13 him, where we were, various aspects of things that we were

14 doing on behalf of the project, and also he would give us

15 feedback.

16     Q    What sort of feedback did Mr. Alptekin provide?

17     A    Based on what he had, you know, what was going

18 on, h is feedback was acknowledging where we were at but

19 also providing us insight into, you know, the sense of the

20 senior officials of the Turkish government, how they viewed

21 it and how things were going.

22     Q    So you did mention you did discuss Turkish

23 government officials --

24     A    Yeah.  Oh, yeah, on those --

25     Q    -- on those calls?

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia  22314
(202) 467-9200

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**          **DOJSCO - 700023430**

1      A      Yeah, there was a couple.  There was, you know,

2  three or four calls that we had over a period of probably

3  two months.

4      Q      Was Mr. Rafiekian always a part of those calls?

5      A      Yeah.  He usually set them up.

6      Q      During your initial conversation with Mr.

7  Rafiekian about the project what did you understand the

8  principal focus on the project to be?

9      A      The principal focus was really about, you know,

10  sort of at the high-level it was about the relationship

11  between the United States and the government of Turkey.  It

12  was about the climate between the two countries, kind of.

13  We'd always talk about Gulen as sort of a sharp point, I

14  guess if you will, between that relationship.  There was

15  some discussion about business climate as well.

16      Q      Who is Fethullah Gulen?

17      A      He is a Turkish cleric who currently lives in the

18  United States.

19      Q      Are you aware of an attempted military coup in

20  Turkey in the summer of 2016?

21      A      Yes.

22      Q      What history if any does the government of Turkey

23  have with Mr. Gulen related to that attempted coup?

24      A      Well I think in that respect they, the government

25  of Turkey, you know, put the blame on Gulen's movement

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)                    DOJSCO - 700023431

1    inciting that coup.

2         Q     Who was the president of Turkey at the time of

3    that attempted coup?

4         A     Erdogan.

5         Q     Is Mr. Erdogan still the president of Turkey?

6         A     He is, yep.

7         Q     What was the principle focus of the work product

8    that FIG did produce on the project?

9         A     The eventual work product or products that we had

10   come up with was really focusing on Gulen.

11        Q     Was any work done on researching the state of the

12   business climate in Turkey?

13        A     Not that I'm aware of or none that I recall.

14        Q     Were there any meetings held with U.S. businesses

15   or business associations?

16        A     None that I'm aware of.

17        Q     Was there any work done regarding business

18   opportunities and investment in Turkey?

19        A     None that I'm aware of.

20        Q     During the project did you ever hear of the

21   country of Israel mentioned in connection with the project?

22        A     I don't.  I don't recall that in any of the

23   conversations we had.  I mean I, you know, it may have come

24   up but I don't recall it.

25             BY MR. GILLIS:

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023432

1    Q    Well let's, just to be clear, General, we don't

2  want you to guess or speculate.

3    A    Yeah, no, and I really don't recall any

4  conversations about Israel coming up.

5         BY MR. TURGEON:

6    Q    During the project did you ever hear that an

7  Israeli company would benefit from the project?

8    A    I don't.

9    Q    Did Mr. Rafiekian provide updates to you about

10  the project either by email or orally?

11    A    He did.

12    Q    Did he ever mention to you that the project had

13  significantly changed in any way?

14    A    He did not, no.  No, we pretty much stayed on the

15  same track.

16    Q    Did he ever mention to you that the principal

17  beneficiary of the project had changed?

18    A    He did not.  He did not, no.

19         BY MR. GILLIS:

20    Q    The principal beneficiary --

21    A    Well I mean, early on there was a discussion --

22    Q    Let me finish --

23    A    Sorry.

24    Q    Let me finish the question if you would, General.

25  So would it be fair to say, as you testified earlier, that

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**          **DOJSCO - 700023433**

1    the principal beneficiary was the government of Turkey?

2         A    Yes.

3         Q    Or these high-government officials?

4         A    Yeah.

5         Q    Did he ever mention to you that that principal

6    beneficiary or those principal beneficiaries had changed

7    throughout the project?

8         A    No, no.

9              BY MR. TURGEON:

10        Q    How high up in the Turkish government did Mr.

11   Alptekin have connections?

12        A    I believe he had connections all the way up to

13   the president.

14        Q    And that's Mr. Erdogan?

15        A    Yes.

16        Q    How do you know that?

17        A    My -- well the relationship, at least that I saw

18   he had with Erdogan's son in law, so I observed that, and

19   then I would just say in the back and forth communications

20   that we had, that I just assumed that.

21             BY MR. GILLIS:

22        Q    Is that son in law the minister that you were

23   mentioning earlier?

24        A    Yeah, yep.

25             BY MR. TURGEON:

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia  22314
(202) 467-9200

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023434

12

1     Q    Who provided the initial approval for the

2 project?

3     A    In terms of what?  I mean approval from like

4 whether or not we were going to do it?  Or whether or not

5 it was going to happen?  I mean, the approval really came

6 finally from Ekim through an email, and what I recall is

7 that he had been, you know -- he had been given the go

8 ahead or the green light if you will, and as I remember it,

9 it seemed like that came from the government of Turkey.

10     Q    So is it fair to say that the project was taken

11 with the understanding and involvement of Turkish

12 government officials?

13     A    Yes.

14     Q    Were Turkish government officials involved

15 throughout the project?

16     A    Yes, yes.

17     Q    What if anything did Mr. Rafiekian tell you

18 during the project about how Mr. Alptekin's connections in

19 the Turkish government were involved in the project?

20     A    Say that again.

21     Q    Do you recall Mr. Rafiekian ever telling you

22 anything during the project about how Mr. Alptekin's

23 connections in the Turkish government were involved in the

24 project?

25     A    Yeah, Bijan would talk about how he -- that this,

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)                **DOJSCO - 700023435**

1   you know, Ekim is talking about this all the way at the

2   highest levels of the Turkish government.  So Bijan would

3   tell me that.  He would relay that to me.

4        Q    Is it fair to say that Mr. Alptekin acted as a

5   go-between between FIG and Turkish government officials?

6        A    Yes.

7        Q    I'm showing you what's been marked as Exhibit No.

8   2.  Have you seen that email before?

9        A    I have, yeah.

10       Q    Do you see the first line where Mr. Alptekin

11  says, "I met with M.C. and explained.  They are likely to

12  travel to D.C. next week"?

13       A    Mm-hmm.

14       Q    "He is interested in exploring this seriously and

15  it is likely he will want to meet with you and M.F."

16       A    Mm-hmm.

17       Q    Based upon your involvement in the project do you

18  know who M.C. refers to?

19       A    Yeah, that's the Minister of Foreign Affairs.

20       Q    Are those his initials?

21       A    Yeah.

22       Q    Who is M.F.?

23       A    That's me.

24       Q    Do you see the next paragraph?

25       A    Mm-hmm.

Diversified Reporting Services, Inc.
1426 Duke Street
Alexandria, Virginia 22314
(202) 467-9200

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023436

1    Q    Which reads, "We agreed to meet again before he

2  leaves to D.C. and he asked me to formulate what kind of

3  output we can generate on the short and midterm as well as

4  an indicate budget."

5    A    Mm-hmm.

6    Q    Is that email an example of the involvement of

7  high-level Turkish government officials in the early stages

8  of the project?

9    A    Yep, sure is.

10   Q    I'm showing you what's been marked as Exhibit No.

11  3.  Have you seen that email before?

12   A    I have, yep.

13   Q    Do you see on the third line where Mr. Alptekin

14  says, "I met with the M.F.A. and explained our proposed

15  approached.  He is receptive and indicated he would like to

16  meet with us during his upcoming visit to D.C."?

17   A    Yep.

18   Q    Based upon your involvement in the project do you

19  know who the M.F.A. is?

20   A    That's the Minister of Foreign Affairs.

21   Q    So is this email an example of Alptekin acting as

22  a go-between on the project between FIG and Turkish

23  government officials?

24   A    Mm-hmm, yep.  Definitely at that time, yep.

25   Q    I'm going to show you another email which is

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia  22314
(202) 467-9200

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)

DOJSCO - 700023437

1    marked as Exhibit 4.  Have you seen that email before?

2        A    I have.

3        Q    Do you see the first paragraph where Mr. Alptekin

4    says, "I had a long meeting with the Minister of Economy

5    upon the referral of M.F.A. Cavusoglu.  I explained what we

6    can offer.  He agreed to discuss in general lines at the

7    Council of Ministers today and subsequently with P.M.

8    Yildirin in more detail."

9        A    Mm-hmm.

10       Q    Who is M.F.A. Cavusoglu?

11       A    He is the Minister of Foreign Affairs.

12       Q    And who is P.M. Yildirin?

13       A    Prime minister, so he's the number two.

14       Q    In the Turkish government?

15       A    Mm-hmm.

16       Q    Is this email another example about Alptekin

17   acting as a go-between on the project between FIG and

18   Turkish government officials?

19       A    Yes.  Yep, sure is.

20       Q    I'm going to show you another email marked as

21   Exhibit 5.  Have you seen that email before?

22       A    I have, yep.

23       Q    Do you see at the beginning of the email where

24   Mr. Rafiekian says, "Ekim, it was my pleasure continuing

25   our conversations today.  General Flynn and I have

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**          **DOJSCO - 700023438**

1   discussed broad contours of The Truth Campaign"?

2        A    Mm-hmm.

3        Q    Was that email about the Turkey project?

4        A    Yes.

5        Q    Was the Turkey project sometimes known as The

6   Truth Campaign and sometimes known as The Confidence

7   Project or Project Confidence?

8        A    Yeah, yeah.  I mean -- yes.  Yes, it became

9   Project Confidence.

10        Q    Do those terms refer to the same project?

11        A    Yes, yep.

12        Q    Early in the project were there any discussions

13   between you and Mr. Rafiekian about potential deliverables

14   for the project?

15        A    Yes.  I mean, we talked about the types of

16   assessments and things that we could do.

17        Q    What deliverables did you discuss?

18        A    We discussed --

19             BY MR. GILLIS:

20        Q    Just if you could, I'm sorry, what does

21   "deliverable" mean to you?

22        A    It means to me what in a 90-day period of time

23   for this consulting agreement, what we could actually do,

24   the things that we could actually provide to them.

25        Q    Okay, thank you.

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)                    DOJSCO - 700023439

1    A    At the end of it, yeah.  So it ranged from videos

2    to articles, to -- news articles to, you know, attending

3    meetings, and also providing early on, providing some type

4    of assessment of what we were being asked to look at, a

5    written assessment.

6         BY MR. TURGEON:

7    Q    You mentioned news articles; did you also discuss

8    op-eds?

9    A    Mm-hmm.  Sure did.

10   Q    I want to show you what's been marked as Exhibit

11   6.  Have you seen that email before?

12   A    I have, yep.

13   Q    Do you see the first part of the email where Mr.

14   Alptekin says, "Gentlemen, I just finished in Ankara after

15   several meetings today with Min. of Economy Zeybekci and

16   M.F.A. Cavusoglu.  I have a green light to discuss

17   confidentiality, budget, and the scope of the contract"?

18   A    Mm-hmm.

19   Q    Is this email an example of how Turkish

20   government officials provided the initial approval for the

21   project?

22   A    Sure is.

23   Q    Originally what was the planned source of funding

24   for the project?

25   A    Initially I was told that the Turkish government

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023440

1   would likely -- you know, may fund it.  And then it changed

2   when that came back that they would not fund it, that it

3   would be funded, you know, via different means -- by Ekim's

4   business, basically.

5       Q    Who told you that the Turkish government may fund

6   the project originally?

7       A    Bijan.  Conversations we had.

8       Q    Do you recall the name of Mr. Alptekin's company?

9       A    Inovo.

10      Q    Where is Inovo based?

11      A    It's based in the Netherlands, I believe.  It's a

12  Dutch company.

13      Q    When the source of funding changed, what else

14  about the project changed?

15      A    I mean, I'm not sure much changed.  It sort of

16  stayed on track.  Pretty much, it pretty much stayed the

17  same.

18      Q    How did the focus on the project change?

19      A    From my perspective in the early conversations,

20  you know, from a business climate bank to really focus in

21  on Gulen and Gulen's status, I think that it pretty much

22  stayed the same.

23          BY Mr. GILLIS:

24      Q    So general, if I may.  So I think we're asking is

25  as a result, first of all, did you care where the funding

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023441

1    was coming from?

2        A    No, no.

3             BY MR. TURGEON:

4        Q    To the best of your knowledge did the amount of

5    that you were to be paid for this project change as a

6    consequence of exchanging from the government of Turkey to

7    Alptekin?

8        A    I don't believe it ever changed, yeah.

9        Q    So as a consequence of that change in payment,

10   not over time but just as a consequence of that change and

11   who was going to pay, was there any change to the project?

12       A    I don't believe so.  Yeah, I don't believe there

13   was any change to the project.  It pretty much stayed from

14   our initial discussions all the way through to the end, you

15   know, the period of time that we had the contract for

16   didn't change.

17       Q    At any point before or during the project did you

18   hear anything about FIG performing a separate project

19   involving the government of Turkey?

20       A    None.

21       Q    At any point before or during the project did you

22   hear anything about FIG performing a separate project

23   involving Mr. Alptekin or Inovo?

24       A    Not that I'm aware of.

25       Q    At any point before or during the project did you

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**          **DOJSCO - 700023442**

1    hear anything about FIG performing a separate project

2    involving radical Islam?

3        A    I am not aware of that.

4        Q    At any point before or during the project did you

5    hear anything about FIG refunding money to Mr. Alptekin for

6    lobbying or PR, public relations work, that had not been

7    performed?

8        A    I do not, no.

9        Q    At any point during the project did you hear

10   anything about FIG refunding money to anyone in connection

11   with the project?

12       A    No.

13       Q    At some point during the project did you become

14   aware that two payments, each for $40,000, were made from

15   FIG to Mr. Alptekin's company, Inovo?

16       A    I do.  Yeah, I do remember that.

17       Q    Were those payments refunds for lobbying or PR

18   work that had not been performed?

19       A    Now that I'm aware of.

20       Q    Were those payments refunds for anything?

21       A    Well they were for what I believe were services

22   that he provided as a, essentially, advisor to us during

23   this project.

24       Q    Were those payments refunds?

25       A    I don't believe that they were refunds.  I mean,

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)                    DOJSCO - 700023443

1    they were payments to him based on the contract that we had

2    signed with him.

3         Q    I'm showing you what's been marked as Exhibit 7.

4         A    Yep.

5         Q    Have you seen that email before?

6         A    I have, yep.

7         Q    Do you see right at the beginning of the email

8    where Mr. Rafiekian says, "We are about to be engaged by a

9    Dutch client for the above campaign"?

10        A    Mm-hmm.

11        Q    What does "the Dutch client" refer to in that

12   email?

13        A    That's referring to Ekim -- Inovo.

14        Q    Inovo?

15        A    Yeah, yeah.

16        Q    So this is about the same Turkey project we've

17   been discussing?

18        A    Yes, yep.

19        Q    Attached to that email is a budget --

20        A    Okay.

21        Q    -- on the back or on page 2.  Do you see that?

22        A    I do.

23        Q    Is that a draft budget that you received for the

24   project?

25        A    I believe it is, yep.  Yep.

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**              **DOJSCO - 700023444**

1       Q    Are you aware of a meeting for the project that

2  took place in New York City on September 19, 2016?

3       A    Yes, yeah.

4       Q    Was that meeting related to the Turkey project?

5       A    Yes, yeah.

6       Q    Who attended that meeting?

7       A    So this is the one where Ekim had worked with

8  Bijan to set up a meeting between FIG principals and senior

9  members of the Turkish government.

10      Q    Can you name some of the attendees?

11      A    Yeah.  On our side it was Brian McCauley, myself,

12  Bijan, and Jim Woolsy.  On the other side it was Ekim, the

13  son in law who I just don't recall his name, but -- and

14  then the Minister of Foreign Affairs.  And I believe there

15  was another individual that was with them but I think he

16  was more of a security person.  But that was principally,

17  those were the principal members of that meeting.

18      Q    Do you recall having met Mr. Alptekin in person

19  prior to that meeting?

20      A    I don't.  I don't.

21      Q    What was the purpose --

22      A    I mean, I may have, but I don't recall.

23      Q    What was the purpose of the meeting?

24      A    The purpose of the meeting was to -- for Ekim to

25  introduce our, you know, FIG principal group to the

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023445

1  leadership of Turkey that was represented in that room;

2  provide an overview from us to them as kind of what we were

3  doing, what we were involved in; and basically just a meet

4  and greet.  And I think that from Ekim's perspective it was

5  also to show that he was -- you know, he had the right

6  people doing this project.

7      Q    Who did most of the talking at the meeting on the

8  Turkish side?

9      A    The son in law did most of the talking.

10     Q    What was the focus of the conversation?

11     A    It was, initially it was sort of high level and

12  then as it went on -- and it was probably a 20 to 30 minute

13  meeting -- it was about, you know, the son in law was

14  talking about Gulen in general.

15     Q    What was the goal of the Turkish officials

16  regarding Gulen?

17     A    They were clearly anti-Gulen.  I think their

18  desire was to figure out a way to, basically to you know,

19  get the United States to understand that this is a bad guy,

20  he's affecting the relationship, and that they wanted to

21  get him back.

22     Q    They wanted him to be brought back to Turkey?

23     A    Yeah.  I mean they work in various ways to

24  understand how to get him back.

25          BY MR. GILLIS:

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023446

24

1      Q    I'm sorry.  Do you know, General, whether up

2    until that point the United States government had taken a

3    position with Turkey about whether they were going to send

4    him back or not?

5      A    I believe we did.  You know, I mean I don't have

6    the specifics, but I believe there was a -- there was a

7    certainly discussion about it.

8      Q    So before this meeting there had been discussion

9    with the United States government and the Turkish

10   government?

11     A    I believe so, yeah.  Yeah.

12     Q    Sorry, just to clarify.

13     A    Yeah, because when the coup occurred there was

14   all this noise about Gulen certainly in the media so I -- I

15   mean, I'm going to make an assumption that there was a --

16     Q    Don't make an assumption.

17     A    -- there was a position.

18     Q    Okay.

19     A    Well I mean, what I'm saying is it was known that

20   he was somebody that the Turkish government wanted back.

21   That was pretty clear.

22          BY MR. TURGEON:

23     Q    Other than the project, what business or

24   potential business was discussed at that meeting?

25     A    That's really it.  I mean, just kind of an

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**                    **DOJSCO - 700023447**

1   overview of what we were doing.

2        Q    I'm showing you what's been marked as Exhibit 8.

3   Have you seen that email before?

4        A    I have.

5        Q    What is the subject line of the email?

6        A    September 19th of 20th.

7        Q    Do you see where Mr. Rafiekian says, "We don't

8   have the details but we'll have it from the client shortly.

9   The duration will not exceed on hour.  As I mentioned, the

10  meeting is with high-level audience, cabinet plus level

11  related to confidence"?

12       A    Yep.

13       Q    Does that email concern the New York City meeting

14  on September 19, 2016 --

15       A    Yes.

16       Q    -- that you just discussed?

17       A    Yes, yep.

18       Q    After that meeting what conversations did you

19  have with Mr. Alptekin about the project?

20       A    I mean, I think just in general how things were

21  going, that he was running it at that point.  The various

22  things that we were talking about doing, were they moving

23  forward, were things moving in the right direction, and was

24  the client -- in this case, was Ekim satisfied that

25  everything was moving along.

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**                    **DOJSCO - 700023448**

1      Q     How did those conversations take place?

2      A     Emails with me.  It was either email contact,

3  phone calls with Bijan, and then from about that point we

4  started, you know -- we did these Friday afternoon, you

5  know, conference calls with Ekim.

6      Q     How often were those conference calls?

7      A     They were, I think we probably had three, you

8  know, ish.  At least three I think we had usually on a

9  Friday afternoon.

10     Q     Who else from FIG participated in these calls?

11     A     Usually it would be Bijan.  He would set it up,

12 myself, and there was sometimes three or four, or five or

13 six.  It depended on their people's availability.  I mean,

14 people like Mike Boston, Ryan McCauley.  Paul Becker was

15 there a couple times.  So, yeah.

16     Q     What was the purpose of these calls?

17     A     It was an update.  Update calls.

18     Q     Update about what?

19     A     About the status of the -- of what we were

20 involved in, what we were doing.  You know, we -- there

21 would usually be a set of talking points that Bijan would

22 prepare.  We'd go through the talking points.  Ekim would

23 give us feedback from wherever he was at.  Sometimes he was

24 overseas it seemed, and he would give us feedback on his

25 conversations with Turkish government officials.

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**                    **DOJSCO - 700023449**

1     Q     About the project?

2     A     Mm-hmm.

3     Q     What was the subject matter of the work that FIG

4  was performing on the project?

5     A     Primarily it was about Gulen.  I mean, it was

6  this -- we did a game.  There was talk about the video

7  production that seemed to take, you now, too long actually,

8  and then just other things that people had been doing in

9  their own areas.

10         So each person would provide, you know, if they

11  had done something in that period of time between

12  conference calls, they would talk about what actions they

13  had taken.

14    Q     Was all of that work product about Gulen?

15    A     For the most part I think, yeah.  I'd say yes,

16  for the most part.

17    Q     What work product do you know of that was not

18  about Gulen?

19    A     I don't think there was anything that we had done

20  that had anything to do with, you know, anything else like

21  business climates or stuff like that.

22    Q     What did Mr. Alptekin say he was doing with the

23  information you provided him on those calls?

24    A     He was providing it back to his contacts in the

25  Turkish government.

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia  22314
(202) 467-9200

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**                    **DOJSCO - 700023450**

1    Q    To which contacts?

2    A    Same ones we've been talking about.  He would

3  mention names or he would mention -- but pretty much the

4  same set of characters that we've been discussing.  That

5  seemed to be his conduit backed into basically the senior

6  levels of the Turkish government.

7    Q    What feedback did you receive during those calls?

8    A    I mean generally, my concern was were we -- you

9  know, were we moving along, was the project moving along,

10  and were they generally satisfied.  And that's what I was

11  looking for, because they were paying us.

12    Q    When you say, "Were they generally satisfied,"

13  who do you mean by "they"?

14    A    Primarily Ekim because he was the conduit.  He

15  was the person that was sort of the direct client, the face

16  of the client.  But I think also the Turkish government.

17         BY MR. GILLIS:

18    Q    He was the conduit for the Turkish government?

19  Is that what --

20    A    Yeah, it seemed like that.  It seemed like his

21  conversations with us, you know, his feedback, his

22  interactions were always about how he was talking back to

23  the Turkish, to senior members of the Turkish government,

24  and then he would give us their sense of what they felt.

25  You know?

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia  22314
(202) 467-9200

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)             **DOJSCO - 700023451**

1          And I never go the impression that we were moving

2     in the wrong direction, and that was really my thing was

3     sort of pop in, get an update, and as long as we're moving

4     in the right direction  and they were happy, then I was

5     okay.

6          BY MR. TURGEON:

7     Q     I'm showing you what's been marked as Exhibit 9.

8     A     Yep.

9     Q     Have you seen that before?

10    A     I have, yep.

11    Q     Is that a text message that you sent on October

12    22nd, 2016?

13    A     Yep.

14    Q     In the first line do you see where you said,

15    "Overall a very good call"?

16    A     Mm-hmm.

17    Q     "I may be meeting with him early next week during

18    an American-Turkish conference in W.D.C."?

19    A     Mm-hmm.

20    Q     Is that a reference to one of the update calls

21    you had with Mr. Alptekin about the project?

22    A     I believe it is.  I believe that this is a

23    response to, you know, our call.

24    Q     Do you see a few lines down in the text message

25    where you state, "I walked him through the social media

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**          **DOJSCO - 700023452**

1    analysis which he found very interesting and worth talking

2    to the F.M. about"?

3         A    Yep.

4         Q    Who is the F.M.?

5         A    Foreign Minister, I believe.

6         Q    Is that an example of Mr. Alptekin telling you

7    that he was passing information about the project to

8    Turkish government officials?

9         A    Yes, yep.  Yep.

10        Q    What written opinion pieces, or op-eds, were

11   published as part of the project?

12        A    An op-ed that was published on Gulen

13   specifically.

14        Q    I'm showing you what's been marked as Exhibit 10;

15   do you recognize that?

16        A    Yep.

17        Q    What is it?

18        A    It's an op-ed on kind of what the title says on

19   Gulen, and the crisis going on in Turkey.

20        Q    What was the title of the op-ed?

21        A    The title of the op-ed is, "Our ally Turkey is in

22   crisis and needs our support."

23        Q    Where was that op-ed published?

24        A    I mean it was published in The Hill here but I

25   think it also was published in a couple other, you know,

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**          **DOJSCO - 700023453**

1   publications, but principally The Hill.

2        Q    When was it published?

3        A    It was published on I believe November 9th.

4   Right?  Yeah, I think it was November 9th.  It was the day

5   of the election.

6        Q    Do you see the byline of the article?

7        A    Yep, I do, yeah.

8        Q    What publication date --

9        A    The 8th, the 8th, yeah.

10       Q    Whose name is listed as the author of the op-ed?

11       A    My name.

12       Q    How did you first find out that this op-ed was in

13  the works?

14       A    Bijan had sent me a draft of it a couple of days

15  prior, maybe about a week prior.

16       Q    How did he send you that draft?

17       A    He sent it to me in an email I believe.

18       Q    What conversations did you and Mr. Rafiekian have

19  about writing this op-ed before you received that email

20  with a draft of the op-ed?

21       A    We really didn't have any conversations about

22  this op-ed.  We talked in general that op-eds would be a

23  potential product that we would provide, but we never had

24  any conversations about this specific one.

25       Q    Did you sketch out specific ideas for this

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)                    DOJSCO - 700023454

1    particular op-ed with him before you saw the draft?

2         A    No.

3              BY MR. GILLIS:

4         Q    And General, was this op-ed one of the

5    deliverables for this project?

6         A    I felt it was.  I felt it was one of the things

7    that we needed to show that we had done something, because

8    we really hadn't done much by that point.

9              BY MR. TURGEON:

10        Q    I'm showing you what's been marked as Exhibit No.

11   11.  Do you recognize that?

12        A    I do.  Yep, I do.

13        Q    What is it?

14        A    It's a lobbying registration document.

15        Q    Is that a lobbying registration document under

16   the Lobbying Disclosure Act of 1995?

17        A    Yeah, yep.  Looks like it, yep, LB1, yeah.

18        Q    On page 2 what is the date of the registration?

19        A    September 30th, 2016.  Is that the date you're

20   looking for here?

21        Q    The date the registration was signed.

22        A    Yeah, so 9-30-2016, yep.

23        Q    How did you first come to see this registration?

24        A    I believe that this was sent to me by Bijan.

25        Q    In line 10 of the registration --

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          **DOJSCO - 700023455**

1     A     Okay.

2     Q     Who is listed as the lobbyist for FIG?

3     A     Robert Kelly.

4     Q     What role did Robert Kelly have at FIG?

5     A     Robert Kelly was the lawyer that we used for this

6   project.

7     Q     Did Robert Kelly ever do any lobbying on the

8   project for FIG?

9     A     None that I'm aware of.

10         BY MR. GILLIS:

11    Q     Being as involved in the project as you were, at

12  any point did you have any discussion with him about doing

13  lobbying?

14    A     Lobbying Bob Kelly, no, no, no.

15    Q     Did you have any discussion with Rafiekian about

16  Bob Kelly doing any lobbying in connection with this

17  project?

18    A     I don't believe I ever did, nope.  No.

19         BY MR. TURGEON:

20    Q     Do you see at line 12 which asks about specific

21  lobbying issues, current and anticipated?

22    A     Yep.

23    Q     What is listed in line 12?

24    A     "The registrant will advise client on U.S.

25  domestic and foreign policy, F-1635 and the house

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia  22314
(202) 467-9200

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**                    **DOJSCO - 700023456**

1  counterpart, HR-1735, and the Senate counterpart."

2       Q     Do you know what those bills are?

3       A     No idea.

4       Q     Did the project have anything to do with pending

5  legislation?

6       A     Not that I'm aware of.

7       Q     Do you recall any discussions with anyone at FIG

8  about pending legislation in relation to the project?

9       A     I don't, no.

10       BY MR. GILLIS:

11       Q     General, if I could ask you to take a look at

12  Grand Jury Exhibit 13.

13       A     Okay.

14       Q     Have you seen that before?

15       A     I have.

16       Q     Do you recall before this meeting with the

17  Turkish officials in New York Bijan Rafiekian sending out

18  talking points regarding what was to take place there?

19       A     Yes, yep.

20       Q     By the way, was that typical for him to do in

21  connection with these calls or other meetings that he would

22  have?

23       A     Yeah, he normally did.  He normally did.  He

24  would send, you know, for the calls that I've talked about

25  already he would have an orange sheet sort of set of bullet

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)                    DOJSCO - 700023457

1  talking points.

2      Q    Okay.  If you'd turn the page there and actually

3  just look through.  I know you've recently had a chance to

4  look at this but if you would just turn the pages there to

5  look through those several numbered paragraphs.

6      A    Okay.

7      Q    Okay.  To the best of your recollection is that

8  what that meeting in New York was about?

9      A    Yes.

10     Q    If I could show you -- I'm going to show you

11  Exhibit -- I'm going to withdraw that question, general.

12     A    Okay.

13          MR. GILLIS:  If I could have one moment.

14          BY MR. GILLIS:

15     Q    Do you recall there being a discussion about the

16  Turkish officials' expectations of FIG being higher than

17  what you might be able to provide?

18     A    I do recall an exchange with Bijan about that.

19     Q    Tell us about --

20     A    This was after this meeting.

21     Q    After the New York meeting?

22     A    Yeah, I believe that was.

23     Q    Tell us what you recall about that.

24     A    That I think that they, what they expected us to

25  do in a short period of time was unrealistic.

Diversified Reporting Services, Inc.
1426 Duke Street
Alexandria, Virginia  22314
(202) 467-9200

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)           DOJSCO - 700023458

1          Q      "They" being the Turkish?

2          A      They being the Turkish government officials,

3    yeah.

4                 MR. GILLIS:   General, if we could ask you to step

5    outside.

6                 THE WITNESS:   Okay.

7                 MR. GILLIS:   But before we do let me just have a

8    look here.   You can come up to the door.

9                 THE WITNESS:   See you.

10                (Whereupon, the witness was excused.)

11                (Whereupon, at 10:38 a.m., the taking of the

12   testimony in the presence of a full quorum of the Grand

13   Jury was concluded.)

14                          *   *   *   *   *

15

16

17

18

19

20

21

22

23

24

25

**SUBJECT TO PROTECTIVE ORDER and FRE 6(e)**                **DOJSCO - 700023459**

C-E-R-T-I-F-I-C-A-T-E

I, Isaac Lewandowski, the reporter for the United States Attorney's Office, do hereby certify that the witness whose testimony appears in the foregoing pages was first duly sworn by the Foreperson or the Deputy Foreperson of the Grand Jury when there was a full quorum of the Grand Jury present; that the testimony of said witness was taken by me and thereafter reduced to typewritten form; and that the transcript is a true record of the testimony given by said witness.

_____
Isaac Lewandowski, Official Reporter

_____
Juliet Hooper, Transcriber

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia 22314
(202) 467-9200

SUBJECT TO PROTECTIVE ORDER and FRE 6(e)          DOJSCO - 700023460