# Attachment 3

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____07/19/2018_____

DOCUMENT RESTRICTED TO CASE PARTICIPANTS

This document contains information that is restricted to case participants.


(U//FOUO) On 6/25/2018 MICHAEL T. FLYNN, previously interviewed, was
interviewed at Covington & Burling LLP, 850 10th st NW, Washington, DC
20001. Present for and conducting the interview were Trial Attorney
Counterintelligence and Export Control Section Evan Turgeon, Assistant
United States Attorney (AUSA) James P. Gillis, Senior Assistant Special
Counsel Brandon Van Grack, and Special Agent (SA) Bryan T. Alfredo. FLYNN
was represented by his attorneys Stephen P. Anthony, Rob Kelner, and Roger
Pollack of Covington & Burling LLP. The interview was conducted pursuant
to a signed plea agreement executed on 12/01/2017. After being advised of
the identities of the interviewing Agents and the nature of the interview,
FLYNN provided the following information:

**{Note: FLYNN was shown an email sent from Bijan RAFIEKIAN to Ekim ALPTEKIN
on 7/29/2016}**

(U//FOUO) FLYNN did not recall a conversation pertaining to the email
presented to him.

**{Note: FLYNN was shown an email sent from ALPTEKIN to RAFIEKIAN on 7/29
/2016}**

(U//FOUO) FLYNN came to understand, "MC" listed in the email represented
the Turkish Foreign Minister. Early on when FLYNN worked on Project
Confidence (PC) this was not made clear. RAFIEKIAN started to use initials
for certain names mentioned in emails as PC progressed.

(U//FOUO) When asked if the Turkish government was involved with PC from
the beginning, RAFIEKIAN informed FLYNN early on ALPTEKIN or the Turkish
government would fund PC. FLYNN had knowledge early on in the planning for
PC high level Turkish officials would be involved with the project.
RAFIEKIAN made it clear to FLYNN, ALPTEKIN had high level contacts in the
Turkish government who had knowledge of PC. RAFIEKIAN informed FLYNN PC
would have visibility at the highest levels of the Turkish government.

UNCLASSIFIED//FOUO

| | | | |
|---|---|---|---|
| Investigation on | 06/25/2018 | at | Washington, District Of Columbia, United States (In Person) |

File # ▌▌▌▌▌▌▌▌▌▌▌▌                                      Date drafted  06/25/2018

by  Bryan T. Alfredo

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Interview of Michael T. Flynn , On 06/25/2018 , Page 2 of 4

FLYNN was informed by RAFIEKIAN, ALPTEKIN had connections to senior
members of the Turkish government, all the way up to Turkish President
ERDOGAN. These connections were involved with PC. RAFIEKIAN knew ALPTEKIN
to be head of the American Turkish Council. FLYNN informed agents it would
be fair to say ALPTEKIN was the go-between for Turkey and the FLYNN INTEL
GROUP (FIG) relations which pertained to PC.

**{Note: FLYNN was shown an email sent from RAFIEKIAN to ALPTEKIN and FLYNN
on 8/8/2016, Subject: Truth}**

(U//FOUO) FLYNN stated the email demonstrated ALPTEKIN acted as a go-
between on PC to high level Turkish government officials, such as the
Minister of Foreign Affairs (MFA), listed in the email. FLYNN eventually
met the Turkish Minister of Foreign Affairs.

**{Note: FLYNN was shown an email sent from ALPTEKIN to FLYNN and RAFIEKIAN
on 8/8/2016 Subject: Truth}**

(U//FOUO) FLYNN stated the email depicted Turkey's involvement in PC.

**{Note: FLYNN was shown an email sent from ALPTEKIN to FLYNN and RAFIEKIAN
on 8/10/2016, Subject: Truth. FLYNN was asked about a reference to a
"Green Light"}**

(U//FOUO) The "Green Light" mentioned in the email referenced the Turkish
MFA and Minister of Economics. FLYNN did not know during this time period
if FIG was hired directly by the Turkish government or by ALPTEKIN/INOVO.
FLYNN did know the highest levels of the Turkish government would be
involved with PC. FLYNN knew funds would come from ALPTEKIN or the Turkish
government. FLYNN knew at this time PC was in support of Turkey; with
their understanding and involvement. FLYNN did not know if PC was going to
directly support Turkey. However, FLYNN knew Turkey was absolutely
involved. FLYNN's understood the "Green Light" mentioned in the email
referred to high level Turkish government officials. FLYNN did not care
who was going to pay for PC. FLYNN simply wanted the contract and knew it
was on behalf of the government of Turkey. FLYNN did not give thought to
where the money for PC would come from, either directly from ALPTEKIN
/INOVO or directly from the Turkish government. After the 2016
presidential election, FLYNN recalled ALPTEKIN posted online the money for
PC did not come from the Turkish government. It was clear to FLYNN through
email and conversations with RAFIEKIAN, PC was on behalf or in support of
the Turkish government.

(U//FOUO) FLYNN did not recall a mid-August 2016 meeting for PC.

**SUBJECT TO PROTECTIVE ORDER**
UNCLASSIFIED//FOUO

**DOJSCO - 700023260**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of ___(U//FOUO) Interview of Michael T. Flynn___ , On _06/25/2018_ , Page _3 of 4_

(U//FOUO) FLYNN was aware RAFIEKIAN and FIG utilizing VIRTRU, an iCloud service provider. FLYNN could not get the VIRTRU application to open on his iPhone. RAFIEKIAN informed FLYNN that VIRTRU was a secure way of communicating.

**{Note: FLYNN was shown two emails dated 8/11/2016 subject: Operation Confidence and 7/30/2016 subject: Truth}**

(U//FOUO) FLYNN indicated the two emails depicted Operation Confidence and the Truth Campaign were synonymous. It was not made clear to FLYNN during this timeframe if funding for PC was going to come from ALPTEKIN's Dutch company [INOVO] or the Turkish government. The goal and direction of PC did not change regardless of who funded PC. The goal of PC was to restore confidence in the government of Turkey and improve relations with the U.S. There was no change to PC once the DUTCH company became involved and Turkey continued to benefit from PC. FLYNN stated, it was clear ALPTEKIN was not Dutch.

(U//FOUO) Fetullah GULEN was constantly discussed throughout PC. All aspects of PC, what FLYNN was aware of and what FIG provided dealt with GULEN. As the project progressed, GULEN was the focus. GULEN was a component of PC from the beginning.

**September 2016 New York City (NYC) Meeting**

(U//FOUO) During the September 2016 NYC meeting between FIG and members of the Turkish government, ALPTEKIN attempted to demonstrate to the Turkish government officials he had the right people involved for PC. ALPTEKIN tried to gain the satisfaction from the Turkish government officials present at the meeting. ALPTEKIN appeared to have a good relationship with President ERDOGAN'S son-in-law who was present at the meeting. The Turkish government officials who were present at the meeting looked satisfied at what FIG was able to provide on PC. RAFIEKIAN and Brian MCCAULEY [employed by FIG] took a train to NYC for the meeting. James WOOLSEY was already in NYC for reasons other than the meeting. Prior to the meeting and before the Turkish government officials arrived, FLYNN, RAFIEKIAN, WOOLSEY and MCCAULEY talked about how the meeting should go. PC was FIG's opportunity to present PC to Turkish ministers and update two senior Turkish government officials. This was the first major project for FIG.

(U//FOUO) FLYNN did not recall ever having heard about an Israeli company mentioned in discussions regarding PC.

**{Note: FLYNN was shown his Statement of the Offense form}**

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Interview of Michael T. Flynn ___, On 06/25/2018 , Page 4 of 4

(U//FOUO) FLYNN informed agents he had read the Statements of Offense. FLYNN agreed the information he had provided to investigators regarding FIG and INOVO's contract on PC was the basis for paragraph five of the Statements of Offense.

**{Note: FLYNN was shown FIG's Foreign Agents Registration Act (FARA) filing which depicted two payments of $40,000 each to INOVO BV}**

(U//FOUO) FLYNN was not aware of the payments to INOVO as having been associated with public relations or lobbying.

## Opinion editorial (op-ed)

(U//FOUO) FLYNN recalled FIG should post the op-ed while "The Iron was hot." FLYNN did not consider himself, ALPTEKIN or RAFIEKIAN to be the "Iron". FLYNN considered the "Iron" to be the environment. FLYNN did not remember brainstorming or drafting the op-ed on GULEN with RAFIEKIAN. FLYNN stated the focus of PC was aimed at GULEN.

## FARA Statements

(U//FOUO) When asked if he informed Covington that PC was kept informed of or done on behalf of the Turkish government, FLYNN informed investigators he did not inform Covington, "in these words." FLYNN did not believe he informed Covington that Turkey provided feedback on PC. FLYNN and RAFIEKIAN did not go over the FARA filing together. FLYNN did see FIG's FARA application prior to it being filed. FLYNN was only aware of one project and was not aware of a second project being worked by FIG during this time.

**SUBJECT TO PROTECTIVE ORDER**
UNCLASSIFIED//FOUO
**DOJSCO - 700023262**