1

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF VIRGINIA
 2                    ALEXANDRIA DIVISION

 3   UNITED STATES OF AMERICA,   )  Case 1:18-cr-00457
                                 )
 4             Plaintiff,        )
                                 )
 5        v.                     )  Alexandria, Virginia
                                 )  June 13, 2019
 6   BIJAN RAFIEKIAN,            )  10:03 a.m.
     and                         )
 7   KAMIL EKIM ALPTEKIN,        )
                                 )
 8             Defendant.        )
                                 )  Pages 1 - 80
 9   _____)

10           TRANSCRIPT OF MOTIONS HEARING

11       BEFORE THE HONORABLE ANTHONY J. TRENGA

12          UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25    COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
```

Rhonda F. Montgomery   OCR-USDC/EDVA   (703) 299-4599

```
 1  APPEARANCES:

 2  FOR THE PLAINTIFF:

 3       JAMES P. GILLIS, ESQUIRE
         EVAN N. TURGEON, ESQUIRE
 4       OFFICE OF THE UNITED STATES ATTORNEY
         2100 Jamieson Avenue
 5       Alexandria, Virginia  22314
         (703) 299-3700
 6
    FOR DEFENDANT BIJAN RAFIEKIAN:
 7
         ROBERT P. TROUT, ESQUIRE
 8       TROUT, CACHERIS & SOLOMON, PLLC
         1627 I Street, N.W., Suite 1130
 9       Washington, D.C.  20006
         (202) 464-3300
10
         MARK J. MACDOUGALL, ESQUIRE, PRO HAC VICE
11       STACEY H. MITCHELL, ESQUIRE, PRO HAC VICE
         JOHN C. MURPHY, ESQUIRE, PRO HAC VICE
12       SAMANTHA BLOCK, ESQUIRE, PRO HAC VICE
         ADAM A. BERESTON, ESQUIRE, PRO HAC VICE
13       AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
         Robert S. Strauss Building
14       1333 New Hampshire Avenue, N.W.
         Washington, D.C.  20036-1564
15       (202) 887-4000

16  FOR DEFENDANT KAMIL EKIM ALPTEKIN:

17       RODNEY F. PAGE, ESQUIRE
         JENNIFER KIES MAMMEN, ESQUIRE
18       BRYAN CAVE LEIGHTON PAISNER LLP
         1155 F Street, N.W.
19       Washington, D.C.  20004-1357
         (202) 508-6000
20

21

22

23

24

25
```

1 presented; is that right?

2     MR. GILLIS: That's correct.

3     THE COURT: We have it in the briefing and in
4 the indictment.

5     MR. GILLIS: Yes, and in the exhibits that we
6 submitted, Your Honor.

7     THE COURT: Right.

8     MR. GILLIS: That --

9     THE COURT: Let me ask you this. It's not in
10 the indictment. Is the government alleging that
11 Mr. Flynn was part of this conspiracy?

12     MR. GILLIS: We are not, Your Honor.

13     THE COURT: Right. So you're not presenting
14 any statements by him, any testimony -- there would be
15 no evidence from him as to the existence of the
16 conspiracy?

17     MR. GILLIS: Well, Your Honor -- no, Your
18 Honor, as to that. There will certainly be testimony
19 from General Flynn. And from that testimony, the jury
20 could draw a reasonable inference that there was a
21 conspiracy, but we are not -- we do not contend that
22 General Flynn was a part of that conspiracy.

23     THE COURT: All right.

24     MR. GILLIS: With respect to the Kelley
25 declaration, Your Honor, as far as what Ms. Mitchell

```
 1  be arguing in a vacuum if --
 2           THE COURT:  Well, I think it's clear that
 3  their position is that it was the inquiry from the DOJ
 4  that was a sufficient context for the assertion of the
 5  work product privilege.  Again, if you would like to
 6  file anything supplemental on that other than what
 7  you've argued here, you have leave to do that.
 8           MR. GILLIS:  Yes, Your Honor.
 9           THE COURT:  All right.
10           MR. GILLIS:  Thank you.
11           THE COURT:  Anything else?
12      (No response.)
13           THE COURT:  All right.  Thank you.
14           The Court will stand in recess.
15           ----------------------------------
                      Time:  11:48 a.m.
16
17
18
19
20
21
         I certify that the foregoing is a true and
22
     accurate transcription of my stenographic notes.
23
24
                                      /s/
25                            Rhonda F. Montgomery, CCR, RPR
```

Rhonda F. Montgomery    OCR-USDC/EDVA   (703) 299-4599