1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF VIRGINIA
2                         ALEXANDRIA DIVISION

3    UNITED STATES OF AMERICA,    )  Case 1:18-cr-00457
                                  )
4                 Plaintiff,      )
                                  )
5         v.                      )  Alexandria, Virginia
                                  )  July 16, 2019
6    BIJAN RAFIEKIAN,             )  9:09 a.m.
                                  )
7                 Defendant.      )  Day 2
     _____ )  Pages 78 - 206
8

9                        TRANSCRIPT OF TRIAL

10         BEFORE THE HONORABLE ANTHONY J. TRENGA

11             UNITED STATES DISTRICT COURT JUDGE

12                        AND A JURY

13

14

15

16

17

18

19

20

21

22

23

24

25       COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

─────United States v. Rafiekian─────

R. Kelner - Direct

259

1    A.   I don't recall that he did.

2    Q.   Please take a look at Government Exhibit 61, which is

3    another document that was part of FIG's FARA filing.

4    A.   Okay.

5    Q.   On page 4 and entry No. 13, can you please read out loud

6    what's written in the beginning with "On his own initiative"?

7    A.   Okay.

8    Q.   Could you read that out loud, sir.

9    A.   I'm sorry.

10          "On his own initiative Michael T. Flynn published an

11   op-ed in *The Hill* on November 8, 2016 that related to the same

12   subject matters as the Flynn Intel Group work for Inovo BV.

13   Neither Inovo BV nor any other person requested or directed

14   publication of the op-ed."

15   Q.   Does that reflect what the defendant told you?

16   A.   I'm sorry.  Could you put that back up on the screen?

17   Q.   Sure.

18   A.   The whole quote.

19          Partly it reflects what he told us, in that it

20   reflects that General Flynn published the op-ed on his own

21   initiative and that they were not requested to do so by any

22   other person.

23          I would say that the clause that says that the op-ed

24   related to the same subject matter as the Flynn Intel Group

25   worked for Inovo BV was something that -- that we added.

R. Kelner - Cross

1   BY MR. MACDOUGALL:

2   Q.   Do you recall in January -- in January of 2017 receiving

3   a package of e-mails from General Flynn, Kristen Verderame,

4   and Michael that were ten particularly important e-mails?

5   A.   I don't recall whether I received e-mails.  I do recall

6   that our team at Covington and Kristen Verderame received a

7   set of e-mails from Mr. Rafiekian's custodial file and from

8   others.

9   Q.   Would a -- would a piece of correspondence from your firm

10  refresh your recollection as to what you received?

11  A.   It might.

12          MR. MACDOUGALL:  Okay.  Your Honor, with permission,

13  I would like the witness to have a look at Exhibit 102 --

14  Defense Exhibit 102 for identification.

15          THE COURT:  Show that to him.  I have a copy.

16          (A pause in the proceedings.)

17  BY MR. MACDOUGALL:

18  Q.   Does that refresh your recollection, Mr. Kelner?

19  A.   Just give me a second to read it, please.  Thank you.

20  Q.   Sure.

21          (A pause in the proceedings.)

22          THE WITNESS:  It doesn't really change my

23  recollection, which is that our team at Covington, and Kristen

24  Verderame, received certain e-mails early on from

25  Mr. Rafiekian's custodial files, and probably others as well.

─────United States v. Rafiekian─────
R. Kelner - Cross
311

1  I don't know that those went directly to me, which is why my

2  recollection is a little bit fuzzy on the details.

3          MR. MACDOUGALL:  Your Honor, the attachments, I

4  believe, are loaded in the system and the Court has copies of

5  them, as well as the government.  If I could ask -- and I'll

6  do this quickly -- Mr. Kelner to just have a look at each of

7  those e-mails and confirm them?

8          THE COURT:  All right.  Do we have those?  You want

9  to identify them?

10 BY MR. MACDOUGALL:

11 Q.   They'll be on your screen, Mr. Kelner.

12          So I would like you to look quickly at Defense

13 Exhibit 102A, which I'll represent to you was attached to the

14 e-mail from Ms. Langdon.  Did you have that e-mail?

15 A.   Sorry.

16          THE COURT:  It should be taken down.  It's not in

17 evidence.

18          MR. MACDOUGALL:  Yes, it should be taken down, yes,

19 sir.  It should be on the witness' --

20          THE CSO:  Counselor, it only comes up with

21 everything at one time.

22          MR. MACDOUGALL:  Oh.

23          THE COURT:  Can you provide hard copies to him?

24          MR. MACDOUGALL:  I can.  Yes, Your Honor.

25          THE COURT:  All right.

──────United States v. Rafiekian──────

1          THE WITNESS:  Thank you.

2   BY MR. MACDOUGALL:

3   Q.   So, Mr. Kelner, I'm just going to go through these very

4   quickly.  There's 13 of them.  Defense Exhibit 102A, do you

5   recognize that as something you had?

6   A.   Uhm, I don't question that we had it, but I'm not sure I

7   remember having it.

8   Q.   Okay.  You don't specifically remember?

9   A.   No.

10  Q.   Let's go to 102B.  E-mail dated July 30, 2016.

11  A.   Okay.

12  Q.   Do you remember having that?

13  A.   I have seen this before.  I don't recall when we obtained

14  it.

15  Q.   Okay.  102C, please.

16  A.   I would say the same thing.  I have seen this before; I

17  don't recall when we obtained it.

18  Q.   Okay.  102D.

19  A.   I have seen this before, and I do recall this is one of

20  the ones that we obtained, I believe, in that initial set of

21  e-mails.

22  Q.   102E.

23  A.   I don't remember this one as clearly.

24  Q.   Do you question that it was included?

25  A.   I don't question it, but I don't actually remember.

United States v. Rafiekian

1   Q.   102F.

2         There are multiple copies in each folder, so.

3   A.   I see.  Okay.

4         I've seen this before, but I don't recall exactly

5   when.

6   Q.   102G.

7   A.   I've seen this and this is one of the ones that we

8   obtained very early on.

9   Q.   And I take it the prior one you don't dispute you

10   obtained them early on, you just don't recall as you're

11   sitting here today?

12   A.   That's correct.

13   Q.   102H, please.

14   A.   I recall this one.

15   Q.   102I.  A couple more.

16   A.   It's vaguely familiar, but I'm not sure.

17   Q.   Defense Exhibit 102J.

18   A.   I do recall seeing this before.

19   Q.   102K.  Two more.

20   A.   I'm not certain.

21   Q.   You don't dispute it, though?

22   A.   I don't dispute it, but I don't particularly remember

23   this one.

24   Q.   102L.

25   A.   I recall this one.

─────United States v. Rafiekian─────
R. Kelner - Cross
314

1   Q.   You do.  And 102M.

2   A.   Uhm, I don't clearly recall this one.

3   Q.   So reaching the least common denominator, subject the

4   limitations you place on each of these, you don't dispute, as

5   reflected in the length of this e-mail, that you had all of

6   these in January?

7   A.   I don't dispute, but I'm not -- I don't have a certain

8   recollection of it.

9   Q.   I would like you to turn, please, to Defense Exhibit 91,

10  and which I believe is in evidence.  We looked at that

11  earlier.

12  A.   Okay.

13  Q.   You are a licensed to practice law in the District of

14  Columbia?

15  A.   District of Columbia and Maryland.

16  Q.   And your office is in the District of Columbia that's

17  your principal place of practice, is that right?

18  A.   Yes.

19  Q.   Just like me?

20  A.   Yes.

21  Q.   And as such you are subject to the D.C. Code of

22  Professional Responsibility?

23  A.   Yes.

24  Q.   And that's really important because that's the law that

25  governs all of us lawyers?

1                    CERTIFICATE OF REPORTER

2

3            I, Tonia Harris, an Official Court Reporter for

4    the Eastern District of Virginia, do hereby certify that I

5    reported by machine shorthand, in my official capacity, the

6    proceedings had and testimony adduced upon the Jury trial

7    in the case of the **UNITED STATES OF AMERICA versus BIJAN**

8    **RAFIEKIAN**, Criminal Action No. 1:18-CR-457, in said court

9    on the 16th day of July, 2019.

10           I further certify that the foregoing 157 pages

11   constitute the official transcript of said proceedings, as

12   taken from my machine shorthand notes, my computer realtime

13   display, together with the backup tape recording of said

14   proceedings to the best of my ability.

15           In witness whereof, I have hereto subscribed my

16   name, this July 17, 2019.

17

18

19

20

21                                _____
                                  Tonia M. Harris, RPR
22                                Official Court Reporter

23

24

25

                                                              363

# Request

| | |
|---|---|
| **From:** | "Langton, Alexandra" <alangton@cov.com> |
| **To:** | zulutym@mailsol.net, Michael Flynn <mgflynn83@gmail.com>, "Kristen Neller Verderame (kverderame@ponderainternational.com)" <kverderame@ponderainternational.com> |
| **Cc:** | "Kelner, Robert" <rkelner@cov.com>, "Anthony, Stephen" <santhony@cov.com>, "Smith, Brian" <bdsmith@cov.com>, flynnlmmm@mailsol.net |
| **Date:** | Wed, 26 Apr 2017 16:33:22 -0400 |
| **Attachments:** | Key Docs.zip (640.84 kB); 2017-01-02 Packet of E-mails.pdf (9.27 MB) |

*Privileged and Confidential*
*Attorney Work Product*
*Attorney-Client Communication*

General Flynn, Kristen, and Michael,

We have a time-sensitive request that we hope you can help us with.

In January, you gave us a .pdf packet of e-mails (attached for your reference). I have separately included 10 of these e-mails in the zipped folder attached. We need to get .msg versions of these 10 e-mails that are not encrypted (basically an original copy from Gen. Flynn's mailbox). Could you please assist us in getting these .msg copies as soon as possible (and hopefully not later than tomorrow afternoon)?

We're happy to discuss in more detail or answer any questions.

Best,

**Alexandra Langton***

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5915 | alangton@cov.com
www.cov.com

## COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

*Member of the Maryland Bar. District of Columbia bar application is pending; supervised by principals of the Firm.

```
DEFENDANTS'
EXHIBIT
102
1:18-cr-457
```

Rafiekian_EDVA_00009434

DX0102-0001

SECURE READER

Subject:  **Re: Truth**
From:     kian@flynnintelgroup.com
To:       ekimalptekin@gmail.com & flynn@flynnintelgroup.com
Date:     Thursday, Aug 4, 2016 - 11:22am

Virtru Encrypted Message

Thank you Ekim.

I echo General Flynn's sentiment on the significance of unlocking the facts. It is sometimes natural for complex situations to turn into a Rorschach test of a giant ink blot. Precision investigative work takes off the masks layer by layer until the real picture can emerge from the masked ink blot. Time plays a key factor in such precision work. The longer the time distance between an event and active start of a Special Investigation, the lesser the effect of revealing the "truth". The main event becomes "old news" and the findings less relevant.

Let me give you a real life experience: 1978: A soft spoken cleric sitting under an apple tree in Neauphle-le-Chateau in France looked so harmless. Spoke of equality and spirituality, declared that if he were to gain power, he will go to a religious shrine and will not get into politics and governance.

Sounds familiar?

Well, the world neglected to take the layers off the ink blot in 1978. One year later, from the place under the apple tree, The soft spoken spiritual man led the Islamic Revolution in Iran and turned the clock back 1400 years. An ancient country and culture was turned into a Pariah State that Iran is today.

37 years later, "truth" is being revealed page by page, story by story of "what" and "who" helped out the monster dressed as the soft spoken spiritual man. No matter how piercing the facts, too much time has passed. The world has changed. In this information age, we don't need to wait 37 years. 37 minutes can change the world.

The world needs a strong leader with credibility in the Islamic faith to shape a new understanding of the religion and its place in the hearts of the Muslims. The weapon of choice in the Age of Information is the "word" and not the "sword".

General Flynn and I will return with more thoughts shortly. Looking forward to working together on this important engagement. We are arranging key pieces needed for operationalizing our plan.


All the best,

Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*     Reply                                    Reply All

Confidential -- Subject to Protective Order

DEFENDANTS'
EXHIBIT
**102C**
1:18-cr-457

Rafiekian_EDVA_00009448

DX0102C-0001

SECURE READER

| | |
|---|---|
| Subject: | **Re: Truth** |
| From: | ekimalptekin@gmail.com |
| To: | flynn@flynnintelgroup.com & kian@flynnintelgroup.com |
| Date: | Monday, Aug 8, 2016 - 12:36pm |

Virtru Encrypted Message

Dear Bijan, General Flynn,

I had a long meeting with the Minister of Economy upon the referral of MFA Cavusoglu. I explained what we can offer. He agreed to discuss in general lines at the council of ministers today and subsequently with PM Yildirim in more detail.

I will get back to you shortly.

Best regards,

Ekim

Sent from Virtru (http://www.virtru.com) for iPhone

On 4 Ağu 2016 18:22, Bijan Kian <kian@flynnintelgroup.com (mailto:<kian@flynnintelgroup.com)> wrote:

This is a secure email

Enter your reply here.

Reply                                                Reply All

Confidential -- Subject to Protective Order

**DEFENDANTS'
EXHIBIT
102D
1:18-cr-457**

Rafiekian_EDVA_00009449

DX0102D-0001

SECURE READER

| | |
|---|---|
| Subject: | **Re: Truth** |
| From: | ekimalptekin@gmail.com |
| To: | flynn@flynnintelgroup.com & kian@flynnintelgroup.com |
| Date: | Thursday, Aug 4, 2016 - 5:11am |

Virtru Encrypted Message

Dear Bijan, General Flynn,

First off, I look forward to meeting in person and thrilled at the prospect of working together.

Thank you for the eloquent outline. I met with the MFA and explained our proposed approach. He is receptive and indicated he would like to meet with us during his upcoming visit to DC.

As soon as the visit dates are scheduled and confirmed, I will inform you and we can strategize how best to approach the meeting.

PS1: Sec. Kerry appears to be visiting TR on August 21. Do we know anyone in his team?

PS2: This article shows the depth of the crisis we are facing: http://nyti.ms/2avkkES (http://nyti.ms/2avkkES)

Warm regards,

Ekim Alptekin

Sent from Virtru (http://www.virtru.com) for iPhone

On 30 Tem 2016 20:32, Bijan Kian <kian@flynnintelgroup.com (mailto:<kian@flynnintelgroup.com)> wrote:

This is a secure email

Reply                                                                       Reply All

*Enter your reply here.*

Confidential -- Subject to Protective Order

DEFENDANTS'
EXHIBIT
**102F**
1:18-cr-457

Rafiekian_EDVA_00009447

DX0102F-0001

SECURE READER

| | |
|---|---|
| Subject: | **Re: Truth** |
| From: | **ekimalptekin@gmail.com** |
| To: | **flynn@flynnintelgroup.com & kian@flynnintelgroup.com** |
| Date: | Wednesday, Aug 10, 2016 - 2:55pm |

Virtru Encrypted Message

Gentlemen - I just finished in Ankara after several meetings today with Min of Economy Zeybekci and MFA Cavusoglu.

I have a green light to discuss confidentiality, budget and the scope of the contract.

I am flying to LA tomorrow at the request of MFA with ETA 13:35. Can we talk some time early evening EDT tomorrow?

Best regards,

Ekim Alptekin

Sent from Virtru (http://www.virtru.com) for iPhone

On 8 Ağu 2016 21:44, Bijan Kian <kian@flynnintelgroup.com (mailto:<kian@flynnintelgroup.com)> wrote:

This is a secure email

Enter your reply here.

Reply                                             Reply All

Confidential -- Subject to Protective Order

DEFENDANTS'
EXHIBIT
**102G**
1:18-cr-457

Rafiekian_EDVA_00009451

DX0102G-0001

SECURE READER

| | |
|---|---|
| Subject: | **Action update** |
| From: | bijankian@gmail.com |
| To: | ekimalptekin@gmail.com & flynn@flynnintelgroup.com |
| Date: | Thursday, Aug 25, 2016 - 1:15pm |

Virtru Encrypted Message

Ekim:

Thank you for informing us of your decision to engage Flynn Intel Group on Operation "CONFIDENCE" .

We appreciate the opportunity to work with you on this important engagement.

General Flynn and I have activated our "FIG LAB", placed our principal team members in formation and engaged the film crew in preparation for launching this engagement.

General Flynn has decided to lead this engagement personally.

We are targeting the following schedule of actions:

Send draft engagement letter between your company in the Netherlands and Flynn Intel Group (Please send us the full legal name of your Dutch entity and address). We will send you our draft engagement letter by no later than Sunday August 28, 2016. The brief engagement agreement will not entail operational details for obvious reasons.

Finalize the allocation of cost for Sphere ($50K or $30K per month for 3 months) and let us know at your earliest convenience so that we can prepare the engagement letter accordingly.

Along with the draft engagement agreement, we will issue an invoice for the first month in the amount of $180K or $200K (depending on the allocation for Sphere) payable at the execution of the engagement letter (target execution/launch date of September 1, 2016).

General Flynn and I welcome and appreciate your active participation and counsel on this engagement and have allocated 20% of $150K per month as the advisory support cost provided by your firm. As we agreed, if you decide to allocate $50K for

Confidential -- Subject to Protective Order

**DEFENDANTS' EXHIBIT**

**102H**

1:18-cr-457

Rafiekian_EDVA_00009452

DX0102H-0001



LTG R Mike Flynn <flynn@flynnintelgroup.com>

---

## Advisory Agreement (General Scope) for Ekim Alptekin
3 messages

**Bijan Kian** <kian@flynnintelgroup.com>                                    Mon, Sep 12, 2016 at 4:32 PM
To: Michael Flynn <flynn@flynnintelgroup.com>
Cc: Michael Flynn <mgf@flynnintelgroup.com>

Mike:

Attached to this email, please find a general scope advisory agreement for Ekim Alptekin. The agreement is composed in
a way that is not specific so that it can be operationalized with task orders. We need this to create an audit trail on
properly documenting the relationship.

Please review, make any changes you see necessary, sign and return to me and Michael.

All the best

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com

FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is
addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the
intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on
the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error,
please notify us immediately by responding to this email and then delete it from your system.



Ekim Advisory Agreement BK 9122016.docx   → *Available*
132K                                          *upon*
                                              *request ☺*

**LTG R Mike Flynn** <flynn@flynnintelgroup.com>                            Mon, Sep 12, 2016 at 4:53 PM
To: Bijan Kian <kian@flynnintelgroup.com>
Cc: Michael Flynn <mgf@flynnintelgroup.com>
Bcc: flynn@flynnintelgroup.com

I'll have it back this evening. Thanks.

Mike

## *NEW YORK TIMES BESTSELLER*

Confidential -- Subject to Protective Order

DEFENDANTS'
EXHIBIT
**102J**
1:18-cr-457

Rafiekian_EDVA_00009462

DX0102J-0001

| SECURE READER

| Subject: | **Wire Transfer to INOVO BV** | |
| --- | --- | --- |
| From: | bijankian@gmail.com | *EKIM* |
| To: | mgf@flynnintelgroup.com (+3) | *Flynn* |
| Date: | Tuesday, Oct 11, 2016 - 7:37pm | |

Virtru Encrypted Message

Michael:

Please initiate and execute a wire transfer in the amount of $40,000 (Forty Thousand dollars) From Flynn Intel Group, Inc. account to the order of INOVO as soon as Mr. Alptekin sends us an invoice for consulting services that he is providing to FIG on the Confidence project.

I am copying Mr. Alptekin on this email with a request for his kind action on sending us the invoice.

Thank you,

BK

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com (mailto:kian@flynnintelgroup.com)

 FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

*Enter your reply here.*

Reply                                                      Reply All

Confidential -- Subject to Protective Order

DEFENDANTS'
EXHIBIT
**102L**
1:18-cr-457

Rafiekian_EDVA_00009472

DX0102L-0001

| SECURE READER

Subject:  **Fwd: Inivo**
From:     bijankian@gmail.com
To:       mgf@flynnintelgroup.com (+2) — *Flynn*
Date:     Friday, Oct 14, 2016 - 9:50am   *c Kim*

Virtru Encrypted Message

Michael:

The attached forwarded invoice is approved as presented. Please initiate and execute a wire transfer today.

Thank you,

BK

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com (mailto:kian@flynnintelgroup.com)

 FLYNN INTEL GROUP INC.

*☆ Attachment available upon request ☆*

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

---------- Forwarded message ----------
From: **Bijan Kian** <bijankian@gmail.com (mailto:<bijankian@gmail.com)>
Date: Fri, Oct 14, 2016 at 8:02 AM
Subject: Inivo
To: Bijan Kian <bijankian@gmail.com (mailto:<bijankian@gmail.com)>

Reply                                                          Reply All

Confidential -- Subject to Protective Order

**DEFENDANTS'
EXHIBIT
102M
1:18-cr-457**

Rafiekian_EDVA_00009479

DX0102M-0001