**COVINGTON & BURLING** LLP
DRAFT

*Privileged and Confidential*                                    June 15, 2018

**Memorandum**

---

To:     Flynn File

From:   Alexandra Langton

Re:     June 14, 2018 Interview Notes

On June 14, 2018, General Michael T. Flynn ("MF") participated in an interview with the Special Counsel's Office ("SCO") and prosecutors from the Eastern District of Virginia ("EDVA") at 850 10th Street, NW, Washington, DC from approximately 9:00a.m. to 1:00p.m. pursuant to the cooperation agreement dated November 30, 2017 between MF and the SCO. Robert Kelner ("RK"), Stephen Anthony ("SA"), and Alexandra Langton ("AL") represented MF during the interview. Brandon Van Grack ("BVG") and Mary Gleason ("MG") represented the SCO. James Gillis ("JG") and Brian Alfredo ("BA") represented the EDVA. Evan Turgeon ("ET") represented the National Security Division of the Department of Justice. This memorandum summarizes the discussion at that meeting.

## I.      Osman Burgrahan and Enver Altayli

*Jim Gillis shows MF e-mails sent to Enver and Osman between February and March 2016.*

JG: In the February 21, 2016 e-mail from Burgrahan, he says that "the meeting was great." Can you tell me what meeting that was and when it occurred?

MF: I am trying to think about how I got introduced to this guy. I think it was through Dewey Clarrige and the Oli North crowd. It's likely an e-mail distro list.

JG: When was that in relation to this e-mail?

MF: It was fairly close. At the time I was doing a lot of media on a range of issues, so I was introduced to a lot of different people and I would use them as resources to get a sense of current events. The meetings that I had with this guy . . . there was another guy there, maybe Enver. One was older and one was younger.

JG: Is this the meeting the e-mail refers to? How many times did you meet?

MF: I think I met with them at least once, maybe a couple of times. We met in our offices in Alexandria. I did a "white board session" with them about what was going on in the Middle East. That was really of more interest to me. I don't think we talked about business stuff.

JG: What was the situation as far as it affected Turkey?

MF: It was everything. kind of what I walked you through yesterday. I was fascinated by the kinds of things that they provided. The kinds of problems that were going on. A lot of it would depend on the time period. In early 2016, there had been a lot of things that happened since summer 2015. I know I did at least one Skype session with them.

JG: Were you compensated for your time with them?

MF; No. It's like talking to other people around town that are from other countries. My passion is to get input from different sources. I found these guys of interest. I was being friendly to a friend who introduced him. I did get a note back saying thanks for meeting with them-maybe from Dewey. I found the older gentleman of interest.

JG: Anyone else besides the three of you?

MF: I don't think so. It was kind of like "war game." We did a white board session where I drew a map of the Middle East and talked about how it might evolve.

JG: What was Turkey's role?

MF: They had a lot of insights, but I was getting their sense of where Turkey was. If there's a guy who think he can resurrect the Ottoman Empire, it's Erdogan.

MG: Were they pro-Erdogan?

MF: Yeah, generally. It was an ongoing discourse of what I felt was relevant information. They seemed to have good connections.

JG: With whom?

MF: People in the government and people in the know.

JG: Can you be more specific?

MF: Either they had spoken to Erdogan or people who were advisors to him. The other thing on all of this, there was a period of time when I was doing an enormous amount of media. For me, doing that kind of activity, you need to stay current and fresh. I looked at these interactions as part of that.

KG: They came to you?

MF: Yeah, they were introduced to me. I found them interesting.

JG: You mentioned the trip to Turkey, which was a possible trip to Turkey. Any conversations about who might pay for that trip?

MF: I don't know if we talked about it. Nothing specific.

JG: What was your expectation?

MF: If I were traveling overseas, it depends on the purpose and the role. I would not have done it on my own dime.

JG: You mentioned that you had not been to Turkey. Do you recall if you were planning a time to go to Turkey or if you had no other reason except for this?

MF: I've never visited before, so that was probably part of my thinking on this.

JG : Part of the campaign?

MF: No. I didn't really join the campaign until Trump had really won the primary.

JG: Do you recall any independent reason why you would've gone to Turkey?

MF: I don't. It would have been out of sheer interest and curiosity.

JG: Before you heard of these guys, were you planning a trip to Turley?

MF: None that I remember.

JG: In the March 30, 2016 e-mail from Burgrahan, he mentions a written report, that Erdogan wants to meet you, and that it is important to maintain connections. Reading this, can you tell me anything specific that was discussed at these meetings? Focus on why it was important to maintain connections with you? What was this report about?

MF: I think, to me, I remember the white board session we had was extensive. I laid out what I thought was going to happen and how that would play out. They may have relayed some of that back. I don't recall him telling me that, but he may have. My views were generally that we, the US, had to pay greater attention to the immigration problem. The immigration problem was rearing its ugly head.

JG: Syrian refugees?

MF: Yeah. My views at the time were how we should be working with Turkey because Turkey was fighting in north Syria. Our interactions with the Turks has always been a little neglected and then all of a sudden, we need them . We've neglected these relationships to our detriment over time. I don't remember where he said, here is the summary of the meeting.

JG: What was the situation with Gulen at that point?

MF: I think he's always been there. Gulen was someone we were dealing with when I was in the military.

MG: Didn't Erdogan grow up in Gulen schools?

MF: Oh yeah.

JG: Was the threat of military coup "true" during this time period?

MF: Yeah. it is a constant tensions with the government and the military. There were a fair number of general officers that were thrown in jail. The Gulenist movements, I believe, fuels some of that tension inside of Turkey.

JG: Were you on record having said that around this time?

MF: I'm not sure if I was on record. I'd have to look at documents.

JG: So, the thing that I'm serious about, for the president of turkey to come to see you and set up this meeting is a pretty high level meeting. it seems that it might be more than just General situation in Turkey. Why did it call for such a high level meeting?

MF: I don't know. I think it depends on the relationship those two gentleman had with him.

JG: What kind of relationship did they have?

MF: I understand that they knew him personally.

JG: How did you know that?

MF: What they told me. I saw it as a potential opportunity. I had certainly testified about Turkey. I had worked with the Turks.

JG: The testimony, tell me about it.

MF: Various congressional testimonies on the nuclear deal.

RK: Meaning you had prominence that may have caught Erdogan's attention?

MF: Yeah. I don't recall any formal article or testimony where I said anything formal about Gulen, although I definitely had my views.

JG: Would you agree that having a meeting with the President of Turkey was a high-level meeting?

MF: Yeah, I would. Sometimes those meetings are like that. I met a lot of very senior people prior to that when I was at DNI or DIA. I'm not enamored by that.

SA: You're not star struck?

MF: Right.

JG: What I was getting at, from Erdogan's perspective?

MF: I don't think he was coming in just to see me.

JG: Given his schedule, I would imagine that it would be important meeting to block out time to see you?

MF: Yeah, I would say so. I probably would've prepped differently if I was going to meet with him.

JG: Meeting never came about?

MF: Right.

JG: In that context, do you recall any specific topic or area that Erdogan was interested in?

MF: In general, I believe he wanted to know what are the views of people in the United States.

JG: He can get that from underlings?

MF: Not necessarily. I think the views of others are important to senior officials.

JG: Interested in same white board presentation?

MF: I think my views on what was happening in the Middle East and the direction things were going were not necessarily the views of the current administration. I was very clear in 2011 and 2012 about what would happen. At the strategic level, those things happened. Our relationship in the Middle East were rotten.

JG: In a March 30, 2016 e-mail to Burgrahan, you say that you look forward to meeting with President and his team members.

MF: I'm being polite and maintaining a relationship.

JG: By this time, you were already working with Bijan Kian?

MF: I was. We had formed our FIG Inc.

JG: Do you recall whether you discussed these meetings with Bijan?

MF: I recall that Bijan and I spoke about this interaction. I don't believe the was ever in the meeting. I'm pretty certain we spoke about this interaction.

JG:  And the possibility of meeting with Erdogan?

MF: I'm not sure if we talked about that.  You're scraping at cobwebs. I told Bijan that I had this conversation going on. I don't know what depth I discussed with him. I think I took a photo.

JG: Of the white board?

MF: Yeah.

JG: And you may have sent that to Bijan?

MF: Yeah, maybe.

JG: As far as whether you told him about meeting with Erdogan, you don't remember one way or the other?

MF: I don't remember, but I can't imagine not telling him.

JG: We understand general interest in Turkey. Was it in your mind also that this could present significant business opportunity.

MF: I would say yes. The idea of potential business opportunity was always there with things we were doing. It was more of a very interesting ongoing conversation. There are different reasons why I would do that. Part of it, was I was trying to be relevant.

JG: The last communication that you have with them before the coup is March 30, 2016.

MF: Yeah, usually they would e-mail me.

JG: Do you remember that communications dropping?

MF: I think there was a gap. Why, I couldn't tell you. I mean, if someone wasn't bothering me, I was probably ok with that. My tendency is to interact and relationships and respect. I have a tough time saying no, I don't have the time. If there was a gap, I couldn't really define that.

JG: Just for context, and you're not copies on this e-mail, this is  Bijan reaching out to Alptekin about this contact. Were you aware Bijan made this outreach?

MF: No, I had no idea.

JG: The next one is the July 15, 2016 e-mail, on the day of the coup at 5:37. DO you remember that one?

MF: I had this relationship with him and it was almost like he was giving me tactical updates. There were some things on TV. I don't know whether it was him or someone else of their version of Congress. It was like he was giving me "sit reps." I know that I was going on media, so I was relaying current information.

JG: He gives you response and references "land, air, and navy forces acting together." It says Erdogan was accusing Gulensit movement. This seems to be the first time Gulen comes up in your discussion with Burgrahan. Was there much follow on discussion about Gulen with Burgrahan.

MF: No. There was a lot written about what was going on and who was behind it.

JG: A lot of discussion in the media about Gulen's potential involvement?

MF: Oh yeah, there was quite a bit. I would probably have reached out to friends in the military to get their sense.

JG; On July 17, 2016, you sent Osman a telephone number. Whose number is that?

MF: That's an old number of mine.

JG: Just giving that to him to keep in contact?

MF: Yeah.

JG; Here is an "unclassified" Turkish document addressed to Ekim Alptekin on July 26, 2016. Do you know if Alptekin was a board member of DEIK?

MF: I have no idea. This is the first time I had seen this. My knowledge of Ekim was skin deep. Bijan always called him a captain, so I don't know if he was in the military. This DEIK think was not something I was aware of.

JG: Are you aware of any official connection between the Turkish American Council and government of Turkey?

MF: I don't believe that I am, but I would say in a multiple choice test, yes. I would say they have people who are quasi-government officials or actual government officials on that council.

JG: There is this document from July 30, 2016 that starts " I just talked with Enver" and you ask to talk with Burgrahan. Do you recall what this e-mail is about?

MF: I'd have to look at current events at the time.

JG: It is the very day that Bijan sends Ekim Alptekin, copying you regarding the "Truth" campaign. That say, you send an e-mail expressing a sense of "urgency" for the project. There's this convergence of things that happen at the same time. Do you have any recollection as to why it happened at the same time?

MF: I don't remember having any conversations with the Osman guy about business with Ekim. I was using them to a degree to get information. The world they [Turkey] is small. The circle of pro-Erdogan people is pretty small. Ekim comes on the stage. if Ekim presents to the Turks some proposal and Flynn's name is involved and Erdogan's involved, he'd be like, yeah, that's a guys we know that believes in a good U.S.-Turley relationship.

JG: But it wasn't a topic of conversation?

MF: It wasn't. The likelihood of those guys knowing each other is probably yes.

JG: based on discussions you had, you were aware that Osman and Enver were putting your name in front of Erdogan?

MF: Yeah, I think that's fair.

JG: Then comes the engagement with Alptekin that you're on.

MF: Yes.

JG: Did you hear of any effort to obtain from the U.S. the extradition of Gulen before the coup?

MF: I likely had heard about it. He was a person that the Turks were interested in. There was a falling out. That was clear on open source stuff.

JG: Aware whether there were any charges leveled against Gulen before the coup?

MF: I can't say that I was. I don't recall that. I'm just thinking about things I read or was aware of.

JG: Awareness from open sources?

MF: Yeah, just from reading and seeing things in various sources. I don't recall having a conversation with anyone specifically about that.

JG: Do you recall hearing about any meetings that took place between DOJ and Turkish Ministry of Justice seeking Gulen's extradition in the first half of 2016?

MF: I don't recall that at all. As I sit here today, I don't have a recollection of someone saying there is going to be a meeting. If someone sent me something, that would be a significant thing for me to read.

JG: Do you recall in these conversations with Enver and Osman, and potential for business opportunity that took place before Bijan started talking to you about Alptekin, was there any discussion of FIG doing something similar to this project confidence?

MF: Another effort similar to it?

JG: Right?

MF: Not with those guys. I don't believe I had any conversations with those guys about it.

JG: Focus of effort with Alptekin was the government of turkey overseeing it and Gulen being the focus. Nothing like that with the other two guys?

MF: No. Back to your question about going over Turkey, I would have been thinking about how to leverage those relationship into a speaking arrangement or something along those lines. I would have been thinking about that certainly.

## II.    LDA

ET: Conversations before FIG filed under the LDA on September 30, 2016?

MF: When Bijan raised this business about filing, y whole thing was "is this the right thing to do?" and he acknowledged that?

RK: You don't remember him mentioning an alternative?

MF: No. I never remember hearing about FARA until I got the letter from DOJ.

RK: That you remember?

MF: Right. On LDA, I recall Bijan saying that Bob had reviewed this and that this is the approach we should take.

ET: Do you mean LDA or approach generally.

MF: I assumed Bob Kelley was briefed by Bijan on what was going on. Fast forward, I learned that Bijan had called here [Covington] to ask about FARA filing. I didn't know about that. He asked a couple of stupid questions that had nothing to do with FARA, but just political nonsense. I didn't find out about that until later on. Number one, that irritated me because he thought about that. He knew what FARA was. I've never talked to him about this. Other sticking the document I got from DOJ in his chest was one of the last times I spoke to him. I was irritated that he had called up about FARA. For the cost of 10K to file FARA we're now sitting here.

BVG: The incident where you shoved the letter in his chest, walk us through that.

MF: I went to this Christmas party at my old office, I hadn't been there in a while. When I get there, we were having a Christmas party, I pick up a stack of mail. I found this litter from the DOJ, and I say, "what the fuck is this?" The next day, I went in to the transition headquarters and I went and made a copy. Bijan was working with the IC transition team. I had the letter in my hand. I went over to him and I said "here, you need to take a look at this thing" and "what's up with that."

ET: Did he respond?

MF: I basically said, there's this thing called FARA that they are asking about and this is kind of a subpoena for things about Ekim.

SA: What these guys would like is to see if you can remember Bijan's reaction.

MF: I'm trying to see if I recall if there was a follow up from him.

RK: Focus on immediate interaction. Bijan is a very chatty guy. I'm imagining he would have said something to reassure you.

MF: It would have been brief. part of it, was "you need to read this."

RK: Remember shortly thereafter, you went on vacation. Your then counsel, Kristen is dealing with this while you are away.

MF: I don't recall if I had another follow on from him. When I gave him that copy of that document, he knew I was upset about it in a "wtf" kind of thing.

BVG: There were a number of article that occurred in November around the op-ed that raised the allegation of FARA. Did you read any of that news media or have conversations with Bijan about it.

MF: I read some of that. We even coordinated on a statement regarding our work with Ekim's group. There was an article about Ekim doing the work for an Israeli company.

BVG: Did you interact with Bijan about those stories?


MF: I'm trying to remember if Bijan said "don't worry about it" or "we're covered. In that period of time, I got no indication from Bijan that he was worried about what we had done. I didn't have an indication from Bijan before or right after I gave him that letter that he was worried that we had done something out of school. He would typically let me know about certain things that were going on. If he was worried about an incorrect filing, he didn't let me in on it.

JG: Did he ever express to you that he had gotten a legal opinion and that's why it was ok. Did he mention a lawyer?

MF: I go back to what I just said. he did not seemed concerned. I'm pretty comfortable because we had filed this thing about the LDA. That was before I saw the letter about FARA.

BVG: Did you talk to anyone else from FIG during this period of time about FARA vs. LDA?

JG: When did you go on vacation?

MF: Left on Christmas day.

JG: So after you got the letter?

MF: Right.

BVG: At this time, do you speak to other people with FIG about LDA/FARA.

MF: Yes. Brian mentioned to me that he or a group of our team had spoken to Bijan about it.

BVG: Who is they?

MF: McCauley and whoever was there at that meeting.

BVG: This was during the project?

MF: Yes.

BVG: What was substance of conversation.

MF: That they had talked about it. Brian said that he had a conversation with Bijan.

JG: After the FARA letter and your shoving it in Bijan's chest, you had a conversation with Brian McCauley in which he told you he had spoken to Bijan bout FARA. Was he telling you the conversation occurred before the FARA letter?

MF: Before.

BVG: What was the gist of what McCauley conveyed.

MF: His interaction with Bijan and a couple of others had talked about FARA. It was either Bijan telling Brian "we don't have to do it" or that Bijan was relaying that "we're ok."

ET: How did you find out about conversation?

MF: I don't know, I think news stories that were coming out.

BVG: You recall Bijan, Brian, and others had a conversation in the context of this project.

MF: Yes.

BVG: Anyone else?

MF: I don't think so. With respect to the letter itself, I gave Kristen a copy and Bijan a copy. I relayed it to Don McGahn that I had gotten this letter to inform the transition team. I spoke to him on the phone per advice of Kristen at that time. His answer to me was basically, "don't worry about it." Kristen also contacted him.

ET: Who was your lawyer at the time?

MF: Kristen Verderame.

RK: It was actually I who reached out to Kristen.

BVG: In terms of creation of FIG, Alptekin were not the only foreign clients FIG sought to do business with. In context of setting up FIG and parameters of legal issues, did you or Bijan have a conversation about lobbying or registration requirements?

MF: No. The naïve side of my business acumen for that kind of stuff was a lesson learned. For the cost of filing a FARA, we wouldn't even be talking about this. I probably should have told Trump about it, but I didn't. I did tell the transition's lawyer.

ET: In September 2016, any conversations with anyone else at FIG whether to file under LDA/FARA.

MF: No.

ET: Kelley?

MF: He came into the office at one point. I don't remember any conversations about LDA or FARA filings.

ET; Tom Spencer.

MF: I maybe have met Tom spencer, but I couldn't tell you who he is.

ET: Discuss LDA/FARA on weekly calls with Ekim.

MF: I don't think we did.

ET: Did FIG have outside counsel?

MF: Bob Kelley.

ET: Was he inside or outside counsel?

MF: Bob was not someone who was very expensive. Bob came on as someone who was inexpensive to give us legal advice.

BVG: When did you first meet him?

MF: Ballparks summer/fall of 2016. He was presented to me by Bijan as someone who wouldn't be that expensive.

BVG: Any lawyer look other contracts for you?

MF: Bob Kelley. Other contracts I would always give them to Kristen.

BVG: This [the Inovo project] was the first work that Bob Kelley looked at for FIG Inc.?

MF: As far as I know.

ET: In one Skype chat between Ekim and Bijan, Bijan said that he had "hired a law firm and they are reviewing for compliance." What does that refer to?

MF: I should know. It is probably Bob Kelley. That's a good bullshit line by Bijan.

ET: Before the LDA was filed, did you ever discuss with Ekim anything about how this would be reported in the US?

MF: I don't remember discussing anything about that aspect of this business project. As I understood it, we were a consulting firm representing this company, with involvement of Turkish government, as we discussed yesterday.

ET: Did you ever talk to Graham Miller about whether Sphere would register under the LDA?

MF: I know they registered. I don't believe they did, but they registered later.

ET: Do you know if Bijan did?

MF: I don't know.

ET: Who was involved in drafting the LDA?

MF: Bijan and Bob Kelley.

ET: Why is that your understanding?

MF:  I don't really know, but I assume.

ET: Did you personally provide anyone information to use in that filing?

MF: No.

ET: Did you see that document before it was filed?

MF: I don't know whether I did or not. I remember seeing it digitally. Whether that was before or after, I couldn't tell you. I probably reviewed it before, but I don't know for sure.

ET: Communications with Kelley?

MF: No.

ET: Any other attorneys about that document around the time it was filed?

MF: No.

ET: Did you know if anyone reviewed that document with attorneys?

MF: No, just Bijan and Bob Kelley.

ET: Did Bijan tell you he was talking to Kelley?

MF: I recall Bijan telling me about this.

ET: In the context of him reaching out to you for your approval?

MF: I don't think he was asking for my approval. It was just "we need to do this" and "this is the right thing to do."

ET: Did he say that or did you say that?

MF: We interacted on that. He acknowledged to me we were doing this. He said Kelley was involved. I said "ok."

JG: You didn't direct Bijan or Kelley to file it?

MF: No.

JG: Bijan said, "this is what we have to do."

MF: Right.

ET: Had you done LDA or FARA filing for other projects?

MF: I wish I had. No.

ET; Anyone raising questions or suggesting corrections to the filing?

MF: No.

ET: Line 12 of LDA references two Senate Bills. Have you ever heard of those?

MF: No.

ET: Did anyone discuss those with you?

MF: No.

ET: Do you know what those are, apart from what you have heard from counsel?

MF: No.

JG: Your lobbying issues had nothing to do with some senate bill, right?

MF: Yeah, that's all legalese to me.

JG: But your work had nothing to do with a Senate or House bill?

MF: I don't remember that being part of it. Nothing like that.

JG: What about the statement in the LDA that FIG was not working for a foreign government? Based on what you've told us, would it be fair to say that this is also false?

MF: Yes.

ET: Next document is a periodic lobbying report. Do you know who was involved in drafting that lobbying report?

MF: I don't.

ET: Do you remember any discussions with anyone about further reporting under the LDA?

MF: No.

ET: Did you provide any information to be used in the LDA?

MF: No.

ET: Do you know anyone else who did provide information?

MF: No.

ET: Any conversations with Kelley or Spencer about this?

MF: Nope.

ET: Do you recall hearing from Bijan about communication between Bijan and Kelley?

MF: I don't know.

JG: Did you know it was being filed?

MF: No.

ET: In line 11 of the LDA filing, it says that no lobbying occurred. You said that Bijan, on behalf of FIG, had contact with Miles Taylor about the project?

MF: Yes, I believe that he had met with Miles.

ET: And that Bijan had visited Rohrabacher about the project?

MF: Yes.

ET: Do you consider this statement that no lobbying occurred accurate?

MF: I do not.

RK: There is also line 17.

ET: Line 17 is checked, is that accurate?

MF: No. Also, 18 not filled out.

ET: What do you believe is inaccurate about the fact that there is no information in line 18?

MF: I would say Bijan did lobbying.

RK: I would note that the definition of a lobbyist is a legal term of art that General Flynn might not know.

BVG: Colloquially.

JG: This first filing under the LDA, under "lobbyists" only Bob Kelley is listed. He wasn't going to be doing any knowledge, was he?

MF: Not to my knowledge. No expectation that he was going to be "our lobby face."

## III.    FARA Filing

ET: This is your electronic filing on this document?

MF: Yes.

ET: You said before you talked to Bijan about gathering information?

MF: Right.

ET: What did you say?

MF: I didn't really talk to Bijan about this.

ET: Who drafted the FARA filing.

MF: I reviewed it. I am assuming he did.

ET; But who wrote it?

MF: Covington.

ET; Who provide information?

MF: Me and Bijan.

ET: Anyone else?

MF: No.

ET: Did you provide information directly to lawyer?

MF;  Yes.

ET: What about Bijan?

MF: Yes, he provided information directly to the lawyers.

ET: What information did Bijan provide?

MF: I'd be guessing.

ET; Communications with Bijan about filing?

MF: I think zero. I'm trying to think.

ET: Did you ever reach out to Bijan about providing information to lawyers?

MF: I don't know whether I did or if these guys did on my behalf.

BVG: At the time, Covington represented FIG, in the context of talking to another member of FIG, did you have any conversations on the minutia on preparing for this FARA filing.

MF: I don't think I spoke with anybody other than these guys [Covington] and Kristen.

ET: Any contact with Bijan's lawyers?

MF; No.

ET: Do you know who his lawyers are?

MF: No.

JG: Bumping into him was the last time you saw him?

MF: Yes.

ET: Do you know if Robert Kelley had any role in providing information for this filing?

MF: I don't.

ET: With regard to information to Covington lawyers, to whom did you provide information?

MF: The team that you see here [Robert Kelner, Stephen Anthony, Alexandra Langton].

RK: Brian Smith?

MF: Yeah.

ET: In December 2016, do you remember calling Robert Kelley and Bijan and asking that they reach out to another lawyer at Jones Day?

MF: I don't remember. The guy I remember that worked there was Don McGhan.

ET: But that was for transition business?

MF: Yes.

ET: In one of your previous interviews, you talked to Bijan about JPCOA. Anything that would lead you to suspect that Bijan provided Iran deal-related documents to a foreign citizen or foreign government?

MF: I don't know anything about that.

ET: Are you aware of Bijan breaking rules regarding safeguarding of information?

MF: I am not.

JG: You'll recall the convergence of e-mails on July 30, 2016 regarding Turkey. July 30 appears to be when Enver/Osman communications stop. Was there any reason, for example client conflict, that prompted you to drop them?

MF: None that I'm aware of.

JG: You mentioned that you used notebooks and 3x5 cards to help you with your memory. Are those things that we have?

RK: To the extent that we had them, they've been produced.

JG: We have your calendars, right?

RK: Yeah.

ET: Did you have communications with Enver and Osman beyond e-mail conversations?

MF: Skype. Maybe one or two times.

ET: Whose idea was it to use Skype?

MF: I think it was on their end.

JG: You had mentioned that Friday phone calls with Alptekin usually took place using Bijan's cell phone.

MF: Usually, yeah.

JG: Did he call him on Skype, WhatsApp, or on his normal cell phone number?

MF: I don't know.

ET: Voice communication?

MF: Yes.