**Brian Smith Notes – 1/2/2017**

AC-WP-PAC

MF

No others

Levichs – W. Coast – Levyx – Iranian American Founder

Brainwave – Bloomberg. Dual member corrections

Action – Advise, consult business development

Introduced Levyx to Verizon

Founder Dr. Reza Sadri – grew up in US

Brainwave science – advisor to the company

Indian American. Krishna Sarha.

US Company in Massachusetts

Train for law enforcement

Trainers of law enforcement – FIG

Founder may have reached out to governments

Business development – sales and revenue

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

Inovo – came from vice chair – Bijan

"Aguim" [Ekim] Alptekin – serves on a Turkish-American Business Council

Nalrouse [Nowruz] Commission – Iranian American new years

They call reps Ambassadors

July/August 2016 – Zihl discussions

Consult for Onovo. Post coup.

Create confidence in Turkish businesses to invest in Turkey

Agreement to cont. to Inovo. August 9.

Advisory consult services to Inovo. Create confidence to

Invest in Turkey

Post-convention – August 9-11 in Texas

Busy w/ campaign and Trump

Busy schedule

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

Bijan – vice chairman 30%         )
Mike owns 35%                     )         remaining have
                                            Small %

Mike has LLC for book and speaking


Bijan – Iranian American – 80s naturalized
        Former member of Ex Im
        Served Bush and Obama
        Econ Devel of state of Cal.

Nalrouse [Nowruz] Commission, VOA, Iranian-American stuff.
Aguim [Ekim] – is Inovo
Bijan brought business to FIG

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical:  0", Relative to: Paragraph, Wrap Around

Conversation on what we would do.
Came to DC. Friday afternoon phone calls to Aguim
Update on our efforts
2x calls 30 minutes each

Conversation on what we would do
Came to DC. Friday afternoon phone calls to Aguim [Ekim]
Update on our efforts
2x calls ~ 30 minutes each

Aguim set up meeting in September.
Ministers of Turkey in NY for UNGA
Met 2 ministers – Transportation and Foreign
me, Woolsey, Aguim, Bijan
30 - 45 minutes

Aguim [Ekim] set up meeting in September
Ministers of Turkey in NY for UNGA
Met 2 ministers – Transportation and Foreign
Me, Woolsey, Aguim [Ekim], Bijan
30-45 minutes

RK – Details?
MF – only in engagement a bit
Laid out for Aguim how we'd do what we do
Heard from them on the challenges they're facing
2 months after coup
Research – how are things in Turkey

RK – Details?
MF – Only in engagement a bit
Laid out for Aguim [Ekim] how we'd do what we do
Heard from them on the challenges they're facing
~ 2 months after coup.
Research – how are things in Turkey

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

RK - Gulan?
MF - They did. Where we are w/ relationship.
RK - Notes?
MF - Don't know of any - Maybe on Turkish side

RK – Gulan?
MF – They did. Where we are w/ relationship.
RK – Notes?
MF – Don't know if any. Maybe on Turkish side.

K - Have emails from Mike's account
~~use~~ use Virtru
MF 2
FIG accounts shut down in December. except MF.
Dackuped me and Bijan
Have file that's backup of Bijan.
Can get the file from him.
Can't access his. Have mine and MF1
Gmail accounts - Virtru on top of certain emails
He has access to them. we don't
Virtru

K – Have emails from Mike's account
Use Virtru

MF2 – FIG accounts shut down in December except MF.
Back uped [backed up] me and Bijan
Have file that's backup of Bijan.
Can get the file from him.
Can't access his. Have mine and MF1.
Gmail accounts – Virtru on top of certain emails
He has access to them, we don't.

Virtru

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

K · Have some emails –

K · weird to sit w/ Turkish ministers?

MF1 – yes had just came from other meeting on campaign side.

Talked about where we were @ that time.

Were not very far.

KV Research into Gulah – Tom Near [struck out], Brian McCauley

↳ Advisor ↘ principal

Project confidence 75 pp report re Gulan. former FBI

Plan for Disseminating on what they found, based on the report

K – Have some emails

K – Weird to sit w/ Turkish ministers?

MF1 – Yes had just came from other meeting on campaign side.
Talked about where we were @ that time.
Were not very far.
KV – Research into Gulan – Tom Near [Neer] > advisor, Brian McCauley > Principal former FBI

Project confidence 75 pp report re Gulan
Plan for disseminating what they found, based on the report

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

Bijan says that report was our idea.

RK - Specific contract. [illegible] of individuals.
Have retained film and production crew

MF1 other emails that show details.
Mike Boston

RK - Findings and criminal referrals.
Sphere Consulting

Bijan says that report was our idea

RK – Specific contract. Laboratory of individuals.
Have retained film and production crew.

MF1 – other emails that show details
Mike Boston

RK – Findings and criminal referrals.
Sphere consulting.

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

MF1 · Investigation we conducted.
RK - network in US.
MF1 - Sphere brought in by Bijan.
To create video, story, Turkey [illegible] to invest in.
Confidence in the country to invest.
RK. oped and sleeper networks, plus criminal referrals
Changes context

MF1 – investigation we conducted.

RK – network in US

MF1 – Sphere brought in by Bijan.
To create video, story, Turkey to invest in.
Confidence in the country to invest.

RK – Op Ed and sleeper networks, plus criminal referrals
Changes context

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

MF1 – Left the details to Bijan

RK – Bob Kelly – on LDI [LDA]

MFI – Sept/August – Abundance of caution
Bob Kelly – register – don't know what that is
We'll be doing work for this make up.
Out of my depth
Kelly didn't work on underlying work.

RK – Kelly listed not you

MF1 – Yes.

KV – Asked Bob. Dutch company.
Bijan told me it was Dutch company
Bob is atty

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

Mike Boston responsible to oversee
Bijan gave pieces to everyone
MF1 – I wasn’t involved in day to day.
Conference calls and meetings
Contract is for 90 days.
Decided not to continue.

RK – Captain Ahenim [Ekim]?
MF1 – Don’t know.

KV – Bijan has answers. Contradicted by emails.
Inovo services company Aguim [Ekim] is consultant.
Bijan said it’s to look smart in meetings.

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

KV. Ekim – emails show Turkey
Mike copied on many the emails
MF1 My calendar is jammed packed – few hours only.
KV. Akin → Bijan and MF1 – August 4.
Money from Ministy

KV – Ekim – emails show Turkey
Mike copied on many of the emails.

MF1 – My calendar is jammed packed – few hours only

KV – Alpetkin > Bijan and MF1 – August 4.
Money from ministry

Bob Kelly. Solo practicioner. Counsel outside "to the project"
Government behind it, and Mike copied.

RK – Call from someone in August.
FARA advice – referred to other lawyer.

Bob Kelly. Solo practitioner. Counsel outside "to the project"
Government behind it, and Mike copied.

RK – Call from someone in August.
FARA advice – referred to other lawyer.

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

MF1 July 19 - Convention -
Did some speeches on LLC

MF2 - This project. Comm w/ Bijan on wire transfers.
To FIG out to Ekim
Accepted payments from Inovo
Ekim paid

MF1 – July 19 Convention.
Did some speeches on LLC

MF2 – This project. Comm w/ Bijan on wire transfers.
To FIG out to Ekim.
Accepted payments from Inovo
Ekim paid

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

KV –   Contract 3 x 200K
      Second was 185
      Then another for 185
      Bijan said no PR or lobbying so sent their money back.
      Hired Ekim as consultant.

MF2 – Never asked or doubted.

KV –   Trusted Bijan
      FIG shut down Nov 30.

MF2 – He has the back up zip file. His FIG materials.

KV – Notice to preserve w/o alerting for inquiry.

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical:  0", Relative to: Paragraph, Wrap Around

MF2 - Bijan acknowledged.
KV - Shut down. Dont delete. end of November.

RK. Where is it?
MF2. Google business. Archive data. - yes
It sends you an email w/ links
BDS - Google may still have it? Paid up?
MF2 - yes paid by MF1 still has email.

MF2 – Bijan acknowledged.

KV – Shut down. Don't delete. End of November.

RK – Where is it?

MF2 – Google business. Archive data. – yes
It sends you an email w/ links

BDS – Google may still have it? Paid up?

MF2 – Yes paid by MF1 still has email.

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

RK – Do everything humanly possible.
Stroz [Strzok]?
MF2 – Have access to his email. Send terms, names.
Searched as many as I could.
61 pp emails.

KV – Lots of emails say Mike in charge.
Lied in meeting w/ us.

MF2 – He didn't bring computer to meeting

---

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

RK - oped.

MF1 - Wanted it to go before the election. Shopped and
Hill picked it up
I've been very strong on Islam. Tax payer funded charter schools
Russia trying to drive wedge,
Friend in need is friend indeed - my title
Political motivations on my part. Admin losing our ally - NATO
losing to Russia
Gulen was creating tension

RK – Op Ed

MF1 – Wanted it to go before the election. Shopped and
Hill picked it up
I've been very strong on Islam. Taxpayer funded charter schools
Russia trying to drive wedge.
Friend in need is a friend indeed - my title.
Political motivations on my part. Admin losing our ally - NATO
losing to Russia.
Gulen was creating tension

RK - Connection to Inovo?
MF1 - Paying closer attention to it. Job got me thinking
Bush tour in Texas. Ron White.
Irving texas Mayor - August - Challenges w/ Gulen charter schools
Book on July 12 -
Wrote several op eds

RK – Connection to Inovo?

MF1 – Paying closer attention to it. Job got me thinking
Bush tour in Texas. Ron White
Irving Texas mayor – August – challenges w/ Gulen charter schools.
Book on July 12 –
Wrote several op eds.

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

RK - Whose idea
MF1 - Jointly to do it. I crafted ideas - He had other people edit
RK. First draft
MF1 - He did.
Talked about ways to do project confidence project.
MF2. Ekim isn't comfortable -
KV. Given doc to review and edit
MF1 - Ekim says didn't like article.
KV Hank Cox, Sphere Consulting - had role in edits
Sphere did the shopping of op ed.

RK – Whose idea

MF1 – Jointly to do it. I crafted ideas – He had other people edit

RK – First draft

MF1 – He did.
Talked about ways to do project confidence project.

MF2 – Ekim isn't comfortable.

KV – Given doc to review and edit

MF1 – Ekim says didn't like article

KV – Hank Cox. Sphere Consulting – had role in edits
Sphere did the shopping of op ed.

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

(Have 3pm meeting @ GSA building.

1:07

Break to read documents

1:35

(Have 3pm meeting @ GSA building)

1:07

Break to read documents

1:35

RK – Client? Control of FIG

KV – 35% MF.

Outstanding Shares.

30% BA.

25% Oakley formerly

0.5% Dr. Abahi

1.0% Dark shore

MF1 – Bijan is aware of letter

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

RK - Sphere registered. November.
Documents - Gulen, op research, not commercial.

Sphere do?
KV - Clippings, consulting - Positioned for the documentary.
RK - State lobbying?
RK - Counsel?
Chinese Wall - PI.

Outreach Targets email

Oct 19 - met w/ state officials

RK – Sphere registered. November.
Documents – Gulen, op research, not commercial.

Sphere do?

KV – clippings, consulting. Positioned for the documentary.

RK – State lobbying?

RK – Counsel?
Chinese wall – PI.

Outreach Targets email

Oct 19 – Met w/ State officials

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

RK – PEOTUS?

MF1 – Show McGahn the letter

---

Brian McCauley
Bijan
Mike Boston – only talked to Ekim ~ 2x
Paul Bechart > LAB

---

MF1 – Spoke w/ Ekim a handful of times

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

MF1 Spoke w/ Ekim a handful of times

MF1 Notes prepared for updates we gave.
TP1 - prepared for calls by Bijan

RK - Physical office. MF2 - Cleared it out.
MF2 - Laptops were own issue.

MF1 – Spoke w/ Ekim a handful of times

MF1 – Notes prepared for updates we gave.
TPs – prepared for calls by Bijan

RK – Physical office. MF2 – Cleared it out

MF2 – Laptops were own issue.

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

RK - RT -
MF1 - on my own. not Flynn Intel - paid speaking
Speaking thru LLC - RT anniversary
RK - Anything in US.
MF1 - No.
Briefed and debriefed DIA.
Other TV is all on my own
RK - Speaking in Turkey while contract in place
MF1 No

RK – RT

MF1 – On my own. Not Flynn Intel – paid speaking
Speaking through LLC – RT anniversary.

RK – Anything in US.

MF1 – No.
Briefed and debriefed DIA.
Other TV is all on my own

RK – Speaking in Turkey while contract in place

MF1 – No.

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

RV. Culman International. Spec'l forces transport people
> worked w/ FIG Aviation
Did LOI.
Head of FIG Aviation. Flew to Georgia to
consider HUB.
DIA – clearance – issues.
meeting w/ Foreign Nationals -
MF1 Anything to consider / concern.
Person: Mike Landrigon. @ DIA Head of security.
Updated clearance in Spring 2016

DOD to DOJ for clearance.
All done

RV – Culman International > worked w/ FIG Aviation, Special forces transport people
Did LOI.
Head of FIG Aviation. Flew to Georgia to
consider HUB.
DIA – clearance – issues
Meeting with foreign nationals.

MF1 – Anything to consider/concern.
Person: Mike Landrigon @ DIA head of security.
Updated clearance in Spring 2016.

DOD to DOJ for clearance.
All done.

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

All done
KV · 30 days afterwards to disclose. OGE,
Transition · 2 other docs. to come

RK · Bijan documents?

MF1 - Retroactive

RK · Next steps

Virtru started after August/September.
He uses Skype a lot

All done
KV – 30 days afterwards to disclose. OGE.
Transition - 2 other docs. to come

RK – Bijan Documents?

MF1 – Retroactive

RK – Next steps

Virtru started after August/September
He uses Skype a lot

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around

RK – Draft notice to employees/Bijan

BS – Scott Bilbray - Tech people @ FIG – go to Google for FIG Docs
-Grab all the data.

RK – RK call Cliff.

MF1 – MF1 – to Don McGahn

RK – Jan Barron – Call?

KV – KV> Bijan

RK – RK – Fagan [and or ask] FCPA Fagell

RK – Lichtenbaum OFAC/FIG advice

**Formatted:** Position: Horizontal: Center, Relative to: Margin, Vertical: 0", Relative to: Paragraph, Wrap Around