# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **MICHAEL T. FLYNN,** <br><br> **Defendant.** | **Criminal Action No. 17-232-EGS** |

## [PROPOSED] ORDER

Having considered the Motion for Continuance of Sentencing Date and for Extension of Time to File Defendant's Sentencing Memorandum, it is hereby ORDERED that:

The Sentencing Date be moved to February 27, 2020, and the time for Defendant to file Defendant's Sentencing Memorandum be extended thirty (30) days to be filed on February 21, 2020. The Court will enter a minute order for further deadlines for additional briefing. Mr. Flynn's plea of guilty is hereby withdrawn.

Dated: _____

                                                                        _____
                                                                         Emmet G. Sullivan
                                                                         United States District Judge