UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

### MR. FLYNN'S MOTION TO CONTINUE BRIEFING DEADLINES

On January 14, 2020, Mr. Flynn moved this Court for leave to withdraw his guilty plea and to continue his sentencing. In its minute order today, the Court also set a briefing schedule on Mr. Flynn's motion to withdraw his guilty plea. So as to make sure that the parties have sufficient time to brief the substantive issues involved in Mr. Flynn's forthcoming Supplemental Motion to Withdraw for alternative additional reasons, Mr. Flynn moves the Court to adjust that briefing schedule as follows:

(1) Mr. Flynn's Supplemental Motion to Withdraw for alternative additional reasons to be due by 5:00 pm on January 24, 2020;

(2) the government's response to Mr. Flynn's motion and supplemental motion to be due by 5:00 pm on February 7, 2020; and

(3) Mr. Flynn's reply to be due by February 17, 2020.

Counsel for Mr. Flynn is working diligently every day (and nearly around the clock) to make sure that the substantive and important issues in the Supplemental Motion to Withdraw Guilty Plea are fully briefed. That motion is based largely upon the voluminous set of documents

1

produced to current counsel by former counsel. Moreover, Mr. Flynn's Supplemental Brief in Aid of Sentencing is due on January 22, 2020, which will require a substantial amount of time to prepare. To ensure that the brief completely explains the motion's factual and legal basis, Mr. Flynn seeks two additional days to submit the motion.

Dated: January 16, 2020

Respectfully submitted,

/s/ Sidney Powell
Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd.,
Suite 300
Dallas, Texas 75219
Tel: 214-707-1775
sidney@federalappeals.com
Admitted *Pro Hac Vice*
molly@federalappeals.com
Admitted *Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

/s/ Jesse R. Binnall
Jesse R. Binnall
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
lmckasson@harveybinnall.com
Admitted *Pro Hac Vice*

**CERTIFICATE OF CONFERENCE**

Counsel contacted the government by email on January 16, 2020 regarding the relief requested in this motion. The government defers to the Court on the defendant's requested adjustments to the briefing schedule for the motions to withdraw his guilty plea.

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, a true and genuine copy of Mr. Flynn's Motion to Continue Briefing Schedule was served via electronic mail by the Court's CM/ECF system to all counsel of record, including:

Jessie K. Liu, U.S. Attorney for the District of Columbia
Brandon L. Van Grack, Special Assistant U.S. Attorney
Jocelyn Ballantine, Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

Respectfully submitted,

/s/  Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com