UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | **Criminal Action No. 17-232-EGS** |

### [PROPOSED] ORDER

Upon consideration of Mr. Flynn's Motion to Continue Briefing Deadlines, it is ORDERED that

The parties shall adhere to the following briefing schedule: (1) Mr. Flynn shall file his "Supplemental Motion to Withdraw for alternative additional reasons" by no later than 5:00 PM on January 24, 2020; (2) the government shall file its response to Mr. Flynn's motion and supplemental motion by no later than 5:00 PM on February 7, 2020; and (3) Mr. Flynn shall file his reply brief by no later than 12:00 PM on February 17, 2020.

Dated: _____.     _____
                             Emmet G. Sullivan
                             United States District Judge

1