ed by FLYNN ~~pertaining to Turkey~~ published in *The Hill* on November 8, 2016, was written at his own initiative; and by omitting that officials from the Republic of Turkey provided supervision and direction over the Turkey project. ~~; and (vi) FIG paid Company A $80,000 as "Consultancy" fees.~~ ==~~In truth and in fact, however, FLYNN then and there knew the following~~==~~:~~

    ~~a.    The Government of Turkey was directly involved in FIG's retention on the Turkey project;~~

    ~~b.    The Government of Turkey supervised and directed the Turkey project;~~

    ~~c.    The Turkey project was not in support of Company A's consulting work for an Israeli company;~~

    ~~d.    The Turkey project was not focused on improving U.S. business organizations' confidence regarding doing business in Turkey;~~

    ~~e.    FLYNN published the November 8, 2016 op-ed in support of the project; and~~

    ~~f.~~ 5.    ~~The $80,000 FIG paid to Company A was not for consulting fees.~~

 

                              ROBERT S. MUELLER, III
                              Special Counsel

By:    _____
        Brandon L. Van Grack
        Zainab N. Ahmad
        Senior Assistant Special Counsels
        The Special Counsel's Office