**From:** BVG [mailto:BVG@usdoj.gov]
**Sent:** Monday, November 27, 2017 6:21 PM
**To:** Kelner, Robert <rkelner@cov.com>; Anthony, Stephen <santhony@cov.com>
**Cc:** ZNA <ZNA@usdoj.gov>
**Subject:** Plea Documents

Rob and Steve, after our meeting this morning and subsequent discussions with the Special Counsel, attached is our proposed plea offer. Rather than call you right now to address all of the points you've raised, I'd propose that you first review the documents since they address some of your concerns. That would also give you the opportunity to raise any remaining questions or concerns now that you have the documents in hand. We're available to talk later this evening at your convenience or connect tomorrow at 11:15 (which unfortunately is the earliest we'd be able to talk tomorrow).

Please let us know.
Brandon


Brandon L. Van Grack
The Special Counsel's Office
(202) 514-0529

NOTICE: This email (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient (or the recipient's agent), you are hereby notified that any dissemination, distribution, copying, or use of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender immediately and destroy all copies.

<MF Statement of Facts.pdf><MF Plea Agreement'.pdf><MF Information.pdf>