**From:** Kelner, Robert
**Sent:** Monday, November 27, 2017 6:31 PM
**To:** Langton, Alexandra <ALangton@cov.com>; Smith, Brian <bdsmith@cov.com>; Polack, Roger <RPolack@cov.com>; Chertoff, Michael <mchertoff@cov.com>; DeBold, Joshua <jdebold@cov.com>
**Cc:** Anthony, Stephen <santhony@cov.com>
**Subject:** FW: Plea Documents


Draft plea papers from the SCO.



**Robert Kelner**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com
www.cov.com

<image001.jpg>

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.