# Re: Plea Docs

| | |
|---|---|
| **From:** | "Kelner, Robert" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa01.kelnerrk"> |
| **To:** | BVG <bvg@usdoj.gov> |
| **Cc:** | "Anthony, Stephen" <santhony@cov.com>, ZNA <zna@usdoj.gov> |
| **Date:** | Wed, 29 Nov 2017 19:58:34 -0500 |

Understood. Thanks.

Sent from my iPhone

On Nov 29, 2017, at 7:49 PM, BVG <BVG@usdoj.gov<mailto:BVG@usdoj.gov>>  wrote:

Unfortunately we're not going to be able to send you the signed documents tonight. We're going to aim for first thing tomorrow morning, which for planning purposes is unlikely to be before 9am.

Have a good evening,
Brandon

From: Kelner, Robert [mailto:rkelner@cov.com]
Sent: Wednesday, November 29, 2017 8:57 AM
To: BVG <BVG@jmd.usdoj.gov<mailto:BVG@jmd.usdoj.gov>>; Anthony, Stephen <santhony@cov.com<mailto:santhony@cov.com>>
Cc: ZNA <ZNA@jmd.usdoj.gov<mailto:ZNA@jmd.usdoj.gov>>
Subject: RE: Plea Docs

Thanks, Brandon.  We'll take a look, and we'll see you later today.

Rob


Robert Kelner

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com<mailto:rkelner@cov.com>
www.cov.com<http://www.cov.com>

<image003.jpg>
This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

From: BVG [mailto:BVG@usdoj.gov]
Sent: Wednesday, November 29, 2017 8:55 AM
To: Kelner, Robert <rkelner@cov.com<mailto:rkelner@cov.com>>; Anthony, Stephen <santhony@cov.com<mailto:santhony@cov.com>>
Cc: ZNA <ZNA@usdoj.gov<mailto:ZNA@usdoj.gov>>
Subject: Plea Docs

Rob and Steve, attached are the updated documents. I've attached a pdf with track changes, to help you identify what has changed. As you'll see, the majority of changes are grammatical, stylistic, or intended to help clarify or simplify. You should also see that many of the comments/edits you proposed have been made. I'd propose that this afternoon we discuss the other issues you've raised that are not reflected in the documents, as well as any additional edits or comments you have about these latest versions.

Much appreciated,
Brandon

Brandon L. Van Grack
The Special Counsel's Office
(202) 514-0529


NOTICE:  This email (including any attachments) is intended for the use of the individual or entity to which it is addressed.  It may contain information that is privileged, confidential, or otherwise protected by applicable law.  If you are not the intended recipient (or the recipient's agent), you are hereby notified that any dissemination, distribution, copying, or use of this email or its contents is strictly prohibited.  If you received this email in error, please notify the sender immediately and destroy all copies.

Attachments:
image003.jpg (2 KB)
http://cbentvault01dc.cov.com/EnterpriseVault/ViewMessage.asp?VaultId=127967E82C2BB114CBA93692D726B7D3D1110000cbentvaultsite&SavesetId=201804052934278~20171130005835 0000~Z~81236C632BFF2A6FE5135CEE719B0F11&AttachmentId=1image003.jpg

<TABLE/></BODY></HTML>