ed <ins>by FLYNN</ins><del>pertaining to Turkey</del><del>published</del> in *The Hill* on November 8, 2016<ins>, was written at his own initiative; and by omitting that officials from the Republic of Turkey provided supervision and direction over the Turkey project.</ins> <del>; and (vi) FIG paid Company A $80,000 as "Consultancy" fees.</del>  <del>In truth and in fact, however, FLYNN then and there knew the following</del><del>:</del>

<del>a. The Government of Turkey was directly involved in FIG's retention on the Turkey project;</del>

<del>b. The Government of Turkey supervised and directed the Turkey project;</del>

<del>c. The Turkey project was not in support of Company A's consulting work for an Israeli company;</del>

<del>d. The Turkey project was not focused on improving U.S. business organizations' confidence regarding doing business in Turkey;</del>

<del>e. FLYNN published the November 8, 2016 op-ed in support of the project; and</del>

<del>f.</del><ins>5.</ins>    <del>The $80,000 FIG paid to Company A was not for consulting fees</del>.

 

ROBERT S. MUELLER, III
Special Counsel

By: _____
Brandon L. Van Grack
Zainab N. Ahmad
Senior Assistant Special Counsels
The Special Counsel's Office