# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | Crim. No. 17-232 (EGS) |

## NOTICE OF DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files with the Court its most recent discovery correspondence in this case.

Respectfully submitted,

JESSIE K. LIU
U.S. Attorney for the District of Columbia

By: /s/

Brandon L. Van Grack
Special Assistant U.S. Attorney
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 233-0968

Jocelyn Ballantine
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

Dated: January 20, 2020

## **CERTIFICATE OF SERVICE**

      I, Jocelyn Ballantine, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for the defendant on January 20, 2020.

                                                                                   /s/_____
                                                                Jocelyn Ballantine
                                                                Assistant United States Attorney
                                                               555 4th Street NW
                                                               Washington, D.C. 20530

                                                               *Attorney for the United States of America*