

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 22, 2020

**<u>Via Email & FedEx</u>**
Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

Re:     *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

Enclosed please find the materials that were inadvertently omitted from the December 2019 production:

| | |
|---|---|
| 11/16/2017 | DOJSCO0022699 – DOJSCO0022756 |
| 05/17/2018 | DOJSCO0023173 – DOJSCO0023212 |
| 06/14/2018 | DOJSCO0023247 – DOJSCO0023258 |
| 07/26/2018 | DOJSCO0023267 – DOJSCO0023282 |

These materials are covered by the Protective Order entered by the Court on February 21, 2018.

Sincerely,

JESSIE K. LIU
United States Attorney

By: _____

Brandon L. Van Grack
*Special Assistant United States Attorney*
Jocelyn Ballantine
*Assistant United States Attorney*