UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | **Criminal Action No. 17-232-EGS** |

**DEFENDANT'S SECOND MOTION TO<br>CONTINUE BRIEFING DEADLINES**

Defendant Michael T. Flynn respectfully requests a second short extension in time to file his Supplemental Motion to Withdraw Plea for Alternative Reasons ("Supp. Motion"). This Court previously granted an extension until January 24, 2020, at 12:00 p.m. to file the motion. Counsel has been working diligently since then, well into the night and early morning hours, to complete the Supp. Motion, in addition to the Supplemental Sentencing Brief filed yesterday. Indeed, Mr. Flynn's counsel has been working continuously since before the holidays on this case. Mr. Flynn is requesting another brief extension, however, because he just received another document production today from the government that is material to his forthcoming Supp. Motion. *See* ECF No. 155 (government filing that the documents at issue were inadvertently omitted from an earlier production). Moreover, the Supp. Motion is factually intensive, and counsel is also requesting the brief extension to ensure that the issues are fully briefed for the Court.

The government produced to Mr. Flynn 634 pages of discovery on December 15, 2019. ECF No. 151 at 15. The production was not produced in numerical order, making it confusing to

1

review. *Id.* at n.30. It included FBI 302s for Mr. Flynn's interviews with the government as well as handwritten noted and other related materials. *Id.* Notably, the production was missing the 302s, notes, and related documents for four interview dates – November 16, 2017, May 17, 2018, June 14, 2018, and July 26, 2018. *Id*. This was not apparent by merely reviewing the production. Counsel for Mr. Flynn was only aware that it was missing Bates ranges that were meant to be included in the production based upon the government's cover letter. *Id.* at n.30. Additionally, because the documents were not produced in Bates (numerical) order, it took time to discover what particular Bates ranges were missing, *Id.*

On January 11, 2020, counsel for Mr. Flynn met and conferred with the government regarding the missing pages. The same day, the government produced an index that it thought would cure the problem. Using the index as a reference, counsel for Mr. Flynn put the documents in order and determined that the documents were still in fact missing. On January 21, 2020, counsel for Mr. Flynn conferred with the government again about the missing pages and requested production of those pages. The government responded the next day. It agreed to send the documents by FedEx to arrive at counsel's office the following day. The government also filed a Notice of Discovery Correspondence with this Court. ECF No. 155. That letter confirmed that the materials were "inadvertently omitted from the December 2019 production." The documents arrived at counsel's office at approximately noon today, January 23, 2020.

Additionally, Mr. Flynn's counsel requests a brief extension of time to review, digest, and apply these documents to the known facts and law. In the interest of fairness and good faith, and not for delay, Mr. Flynn requests an extension to file his Supp. Motion. Consequently, Mr. Flynn requests that the Court modify its deadlines as follows (or grant such other extension as the Court finds just and reasonable):

(1) Mr. Flynn shall file his "Supplemental Motion to Withdraw for alternative additional reasons" by no later than 12:00 PM on January 29, 2020;

(2) the government shall file its response to Mr. Flynn's motion and supplemental motion by no later than 12:00 PM on February 12, 2020; and

(3) Mr. Flynn shall file his reply brief by no later than 12:00 PM on February 18, 2020.

This request will not modify the currently scheduled sentencing date of February 27, 2020.

Dated: January 23, 2020              Respectfully submitted,

/s/ Jesse R. Binnall                                   /s/ Sidney Powell
Jesse R. Binnall                                         Sidney Powell
Lindsay R. McKasson                              Molly McCann
Harvey & Binnall, PLLC                          Sidney Powell, P.C.
717 King Street, Suite 300                       2911 Turtle Creek Blvd.,
Alexandria, VA 22314                             Suite 300
Tel: (703) 888-1943                                  Dallas, Texas 75219
Fax: (703) 888-1930                                 Tel: 214-707-1775
jbinnall@harveybinnall.com                   sidney@federalappeals.com
lmckasson@harveybinnall.com             Admitted *Pro Hac Vice*
Admitted *Pro Hac Vice*                         molly@federalappeals.com
                                                                  Admitted *Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

**CERTIFICATE OF CONFERENCE**

Counsel contacted the government by email on January 23, 2020 at 1:15 pm regarding the relief requested in this motion. The government acknowledged receipt of that request but has not responded as to whether they consent to the extension.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2020, a true and genuine copy of Mr. Flynn's Motion to Continue Briefing Deadlines was served via electronic mail by the Court's CM/ECF system to all counsel of record, including:

    Jessie K. Liu, U.S. Attorney for the District of Columbia
    Brandon L. Van Grack, Special Assistant U.S. Attorney
    Jocelyn Ballantine, Assistant U.S. Attorney
    555 4th Street, NW
    Washington, D.C. 20530

    Respectfully submitted,

    /s/ Jesse R. Binnall
    Jesse R. Binnall, VSB# 79272
    HARVEY & BINNALL, PLLC
    717 King Street, Suite 300
    Alexandria, VA 22314
    Tel: (703) 888-1943
    Fax: (703) 888-1930
    jbinnall@harveybinnall.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | Criminal Action No. 17-232-EGS |

## [PROPOSED] ORDER

Having considered the Defendant's Motion to Continue Briefing Deadlines, and for good cause shown, it is hereby ORDERED that:

Mr. Flynn shall file his "Supplemental Motion to Withdraw for alternative additional reasons" by no later than 12:00 PM on January 29, 2020; (2) the government shall file its response to Mr. Flynn's motion and supplemental motion by no later than 12:00 PM on February 12, 2020; and (3) Mr. Flynn shall file his reply brief by no later than 12:00 PM on February 18, 2020. The sentencing hearing shall remain as currently scheduled.

SO ORDERED.

Dated: _____ _____
Emmet G. Sullivan
United States District Judge