UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | Criminal Action No. 17-232-EGS |

**[PROPOSED] ORDER**

Having considered the Defendant's Motion to Continue Briefing Deadlines, and for good cause shown, it is hereby ORDERED that:

Mr. Flynn shall file his "Supplemental Motion to Withdraw for alternative additional reasons" by no later than 12:00 PM on January 29, 2020; (2) the government shall file its response to Mr. Flynn's motion and supplemental motion by no later than 12:00 PM on February 12, 2020; and (3) Mr. Flynn shall file his reply brief by no later than 12:00 PM on February 18, 2020. The sentencing hearing shall remain as currently scheduled.

SO ORDERED.

Dated: _____          _____
                                                                    Emmet G. Sullivan
                                                                    United States District Judge