# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| **v.** | **Criminal Action No. 17-232-EGS** |
| **MICHAEL T. FLYNN,** | |
| **Defendant.** | |

### NOTICE OF GOVERNMENT'S CONSENT TO DEFENDANT'S SECOND MOTION TO CONTINUE BRIEFING DEADLINES

Counsel for Mr. Flynn contacted the government by email on January 23, 2020 p.m. regarding the relief requested in his motion prior to filing (ECF No. 157). The government acknowledged receipt of that request but had not responded at the time of filing.

On January 24, 2020, Ms. Ballantine advised counsel via email that the government would not oppose Mr. Flynn's request for a continuance provided that the subsequent briefing due dates were also continued, as was requested in Mr. Flynn's motion:

1. Defendant's Supplemental Motion to Withdraw: January 29, 2020 (instead of January 24, 2020)

2. Government's Opposition to Defendant's Supplemental Motion to Withdraw: February 12, 2020 (instead of February 7, 2020)

3. Defendant's Reply: February 18, 2020 (instead of February 14, 2020)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24, 2020, a true and genuine copy of Mr. Flynn's

Amended Certificate of Conference to Defendant's Second Motion to Continue Briefing

Deadlines was served via electronic mail by the Court's CM/ECF system to all counsel of record,

including:

> Jessie K. Liu, U.S. Attorney for the District of Columbia
> Brandon L. Van Grack, Special Assistant U.S. Attorney
> Jocelyn Ballantine, Assistant U.S. Attorney
> 555 4th Street, NW
> Washington, D.C. 20530

Respectfully submitted,


<u>/s/</u>  Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com