UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

ERRATA TO THE MOTION
TO WITHDRAW GUILTY PLEA

Michael T. Flynn files this notice to correct an error in his Motion to Withdraw Guilty Plea. ECF No. 151. Counsel for Mr. Flynn incorrectly attributed to Mr. Van Grack comments praising Mr. Flynn's cooperation with the Special Counsel. ECF No. 151 at 20. That was in error. Those statements were made by Mr. Kelner. Ex.1 (extract of Dec. 18. 2018 Hr'g Tr.).

Dated: January 26, 2020    Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
lmckasson@harveybinnall.com
Admitted *Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

/s/ Sidney Powell
Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd.,
Suite 300
Dallas, Texas 75219
Tel: 214-707-1775
sidney@federalappeals.com
Admitted *Pro Hac Vice*
molly@federalappeals.com
Admitted *Pro Hac Vice*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2020, a true and genuine copy of this Errata to the Motion to Withdraw Guilty Plea served via electronic mail by the Court's CM/ECF system to all counsel of record, including:

Jessie K. Liu, U.S. Attorney for the District of Columbia
Brandon L. Van Grack, Special Assistant U.S. Attorney
Jocelyn Ballantine, Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

    Respectfully submitted,

    /s/  Jesse R. Binnall
    Jesse R. Binnall, VSB# 79272
    HARVEY & BINNALL, PLLC
    717 King Street, Suite 300
    Alexandria, VA 22314
    Tel: (703) 888-1943
    Fax: (703) 888-1930
    jbinnall@harveybinnall.com

1   MR. KELNER:  In addition, I would note there have been
2   other high profile cases, one involving a four-star general,
3   General Petraeus.
4       THE COURT:  I don't agree with that plea agreement,
5   but don't --
6       MR. KELNER:  It's a classic --
7       THE COURT:  He pled to a misdemeanor?
8       MR. KELNER:  He was allowed after lying to the FBI --
9       THE COURT:  -- right --
10      MR. KELNER:  -- to plead to a misdemeanor and was
11  sentenced to probation.
12      THE COURT:  All right.  Well, I'm not going to
13  criticize -- I don't know any of the facts about that case, other
14  than what I've read in -- what I've read, so....
15      MR. KELNER:  I'll just briefly highlight those examples.
16  The Sandy Berger case, also involving a former National Security
17  Advisor, also included lies to government officials.  He was also
18  allowed to plead to a misdemeanor and also sentenced to
19  probation.  So there is precedence.  But I want to be clear.  We
20  absolutely take your point.  General Flynn recognizes the
21  obligations that came with high office and that this is a serious
22  offense.  We don't in any way dispute that.
23      But at the same time, knowing that high standard, he made
24  use of it in sending a signal as part of the larger Special
25  Counsel's investigation.

*1*   Your Honor, I would like to also emphasize that our
*2* understanding, and I think it's been reiterated today, is that it
*3* remains the position of the Special Counsel's Office that a
*4* sentence at the low end of the Guidelines range, quote, including
*5* a sentence that does not impose a term of incarceration, is
*6* appropriate and warranted in the government's view, and we've
*7* just reconfirmed that with them.
*8*   I'd like to highlight that General Flynn has held nothing
*9* back, nothing in his extensive cooperation with the Special
*10* Counsel's Office.  He's answered every question that's been
*11* asked.  I believe they feel that he's answered them truthfully,
*12* and he has.  He's complied with every request that's been made,
*13* as has his counsel.
*14*   Nothing has been held back.  That said, it is true that
*15* this EDVA case that was indicted yesterday is still pending, and
*16* it's likely, I would think, that General Flynn may be asked to
*17* testify in that case.  We haven't been told that, but I think
*18* it's likely, and he's prepared to testify.  And while we believe
*19* that the Special Counsel's Office views his cooperation as having
*20* been very largely complete, completed at this point, it is true
*21* that there's this additional modicum of cooperation that he
*22* expects to provide in the EDVA case, and for that reason, we are
*23* prepared to take Your Honor up on the suggestion of delaying
*24* sentencing so that he can eke out the last modicum of cooperation
*25* in the EDVA case to be in the best position to argue to the