1     MR. KELNER:  In addition, I would note there have been
2  other high profile cases, one involving a four-star general,
3  General Petraeus.
4     THE COURT:  I don't agree with that plea agreement,
5  but don't --
6     MR. KELNER:  It's a classic --
7     THE COURT:  He pled to a misdemeanor?
8     MR. KELNER:  He was allowed after lying to the FBI --
9     THE COURT:  -- right --
10    MR. KELNER:  -- to plead to a misdemeanor and was
11 sentenced to probation.
12    THE COURT:  All right.  Well, I'm not going to
13 criticize -- I don't know any of the facts about that case, other
14 than what I've read in -- what I've read, so....
15    MR. KELNER:  I'll just briefly highlight those examples.
16 The Sandy Berger case, also involving a former National Security
17 Advisor, also included lies to government officials.  He was also
18 allowed to plead to a misdemeanor and also sentenced to
19 probation.  So there is precedence.  But I want to be clear.  We
20 absolutely take your point.  General Flynn recognizes the
21 obligations that came with high office and that this is a serious
22 offense.  We don't in any way dispute that.
23    But at the same time, knowing that high standard, he made
24 use of it in sending a signal as part of the larger Special
25 Counsel's investigation.

1   Your Honor, I would like to also emphasize that our
2   understanding, and I think it's been reiterated today, is that it
3   remains the position of the Special Counsel's Office that a
4   sentence at the low end of the Guidelines range, quote, including
5   a sentence that does not impose a term of incarceration, is
6   appropriate and warranted in the government's view, and we've
7   just reconfirmed that with them.
8   I'd like to highlight that General Flynn has held nothing
9   back, nothing in his extensive cooperation with the Special
10  Counsel's Office.  He's answered every question that's been
11  asked.  I believe they feel that he's answered them truthfully,
12  and he has.  He's complied with every request that's been made,
13  as has his counsel.
14  Nothing has been held back.  That said, it is true that
15  this EDVA case that was indicted yesterday is still pending, and
16  it's likely, I would think, that General Flynn may be asked to
17  testify in that case.  We haven't been told that, but I think
18  it's likely, and he's prepared to testify.  And while we believe
19  that the Special Counsel's Office views his cooperation as having
20  been very largely complete, completed at this point, it is true
21  that there's this additional modicum of cooperation that he
22  expects to provide in the EDVA case, and for that reason, we are
23  prepared to take Your Honor up on the suggestion of delaying
24  sentencing so that he can eke out the last modicum of cooperation
25  in the EDVA case to be in the best position to argue to the