**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**MICHAEL T. FLYNN,**

**Defendant.**

**Criminal Action No. 17-232-EGS**

**MR. FLYNN'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION AND BRIEF AND TO FILE 50 MINUTES LATE**

Michael T. Flynn ("Mr. Flynn") respectfully requests leave to file his Supplemental Motion to Withdraw Plea for Alternative Reasons in excess of the page limits specified in Local Criminal Rule 47(e). The motion is very fact intensive and counsel has acted reasonably to reduce the text as much as reasonably possible but believes that the full factual and legal issues cannot be fully presented to the Court in less than fifty (50) pages. Therefore, Mr. Flynn requests that leave be granted to file a combined motion and brief not exceeding fifty (50) pages. Moreover, due to a technical malfunction on counsel's computer, the brief was not filed pursuant to the Court's deadline of 12:00 p.m., for which counsel apologizes to the Court. Counsel requests that the Court consider the motion be timely filed even though it was approximately 50 minutes late. Counsel promptly notified the government when the technical error was discovered. The brief and its exhibits are attached to this motion.

Dated: January 29, 2020 Respectfully submitted,

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

/s/ Sidney Powell
Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd.,
Suite 300
Dallas, Texas 75219
Tel: 214-707-1775
sidney@federalappeals.com
Admitted *Pro Hac Vice*
molly@federalappeals.com
Admitted *Pro Hac Vice*

/s/ Jesse R. Binnall
Jesse R. Binnall
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
lmckasson@harveybinnall.com
Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2020, a true and genuine copy of Mr. Flynn's Motion for Leave to Exceed Page Limits was served via electronic mail by the Court's CM/ECF system to all counsel of record, including:

Jessie K. Liu, U.S. Attorney for the District of Columbia
Brandon L. Van Grack, Special Assistant U.S. Attorney
Jocelyn Ballantine, Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

Respectfully submitted,

/s/  Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com