UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | **Criminal Action No. 17-232-EGS** |

### [PROPOSED] ORDER

Having considered Defendant's Motion for Leave to File Overlength Motion and Brief and File 45 Minutes Late, and for good cause shown, it is hereby ORDERED that:

The motion to Motion for Leave to File Overlength Motion and Brief is granted and Mr. Flynn's Motion and Brief, attached as Exhibit A, and its accompanying exhibits shall be deemed filed by the clerk.

It is FURTHER ORDERED that Defendant's request to file 45 minutes late is granted.

SO ORDERED.

Dated: _____        _____
                                    Emmet G. Sullivan
                                    United States District Judge