# FW: Flynn Intel Group, Inc.

**From:** "Kelner, Robert" <rkelner@cov.com>
**To:** "Langton, Alexandra" <"/o=covington & burling/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=54610707d47f404ba9511efe701f1f09-lang">, "Smith, Brian" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa02.smithbd">
**Date:** Sat, 21 Jan 2017 14:34:41 -0500

Re: below, looking over the questions in her original letter, I think it's going to be easiest to just send a cover letter from me with the registration that responds to her original questions.  I will take a shot at drafting the letter.  We know enough now to answer the questions, though in some instances (namely re the Turkish Government role), we will have to say we do not know for sure.

**Robert Kelner**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Hunt, Heather H. (NSD) [mailto:Heather.Hunt@usdoj.gov]
**Sent:** Friday, January 13, 2017 6:37 PM
**To:** Kelner, Robert
**Cc:** Smith, Brian
**Subject:** Flynn Intel Group, Inc.

Rob –

Thank you for your letter of January 11, 2017, and for your efforts to resolve this matter expeditiously.  Based on your letter and our previous communications, we anticipate that General Flynn and the Flynn Intel Group will be filing a FARA registration statement imminently.  We understand that the registration statement will include answers to the questions we posed in our letter of November 30, 2016.  If the registration statement does not fully respond to our questions, we ask that you provide a supplemental letter.  Please continue to keep us informed regarding your progress.

Best Regards,
Heather

**Heather H. Hunt**
Chief, FARA Registration Unit
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
Washington, DC  20530
(202) 233-0776/0777

Confidential -- Subject to Protective Order

Rafiekian_EDVA_00005204