# Re: Flynn

---

| | |
|---|---|
| **From:** | "Hunt, Heather H. (NSD)" <heather.hunt@usdoj.gov> |
| **To:** | "Kelner, Robert" <rkelner@cov.com> |
| **Date:** | Thu, 19 Jan 2017 22:51:56 -0500 |

---

Thank you for the update.

> On Jan 19, 2017, at 8:50 PM, Kelner, Robert <rkelner@cov.com> wrote:
>
> We are working expeditiously on compiling a registration based on available records.
>
> Rob
>
> Sent from my iPhone
>
>> On Jan 19, 2017, at 4:53 PM, Hunt, Heather H. (NSD) <Heather.Hunt@usdoj.gov> wrote:
>>
>> Rob -
>> Any updates?
>> Heather
>

Confidential -- Subject to Protective Order                                                                                          Rafiekian_EDVA_00010276