# Re: FARA

| | |
|---|---|
| **From:** | "Hunt, Heather H. (NSD)" <heather.hunt@usdoj.gov> |
| **To:** | "Kelner, Robert" <rkelner@cov.com> |
| **Date:** | Sat, 18 Feb 2017 09:46:30 -0500 |

Okay. Thanks. So 2pm on Tuesday and let's talk briefly sometime on Monday. Have a good weekend.

> On Feb 18, 2017, at 8:27 AM, Kelner, Robert <rkelner@cov.com> wrote:
>
> Yes.
>
> Sent from my iPhone
>
>> On Feb 18, 2017, at 8:48 AM, Hunt, Heather H. (NSD) <Heather.Hunt@usdoj.gov> wrote:
>>
>> Does 2pm work for you?
>>
>>> On Feb 18, 2017, at 7:39 AM, Kelner, Robert <rkelner@cov.com> wrote:
>>>
>>> Ok.
>>>
>>> Sent from my iPhone
>>>
>>>> On Feb 18, 2017, at 8:35 AM, Hunt, Heather H. (NSD) <Heather.Hunt@usdoj.gov> wrote:
>>>>
>>>> Thank you for getting back with me on a Saturday morning. I can do 1pm although it might be tight. I will be in touch as I need to coordinate with others.Also, let's talk by phone real quick on Monday if you are able.
>>>>
>>>>> On Feb 18, 2017, at 7:19 AM, Kelner, Robert <rkelner@cov.com> wrote:
>>>>>
>>>>> Would 1pm work for you?
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Feb 18, 2017, at 7:06 AM, Hunt, Heather H. (NSD) <Heather.Hunt@usdoj.gov> wrote:
>>>>>>
>>>>>> Rob -
>>>>>> What time is good on Tuesday afternoon?
>>>>>> Heather
>>>>>>
>>>>>> On Feb 13, 2017, at 12:30 PM, Kelner, Robert <rkelner@cov.com<mailto:rkelner@cov.com>> wrote:
>>>>>>
>>>>>> ok
>>>>>>
>>>>>>
>>>>>> Robert Kelner
>>>>>>
>>>>>> Covington & Burling LLP
>>>>>> One CityCenter, 850 Tenth Street, NW
>>>>>> Washington, DC 20001-4956
>>>>>> T +1 202 662 5503 | rkelner@cov.com<mailto:rkelner@cov.com>
>>>>>> www.cov.com<http://www.cov.com>

```
>>>>>>
>>>>>> <image002.jpg>
>>>>>> This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.
>>>>>>
>>>>>>
>>>>>>
>>>>>> From: Hunt, Heather H. (NSD) [mailto:Heather.Hunt@usdoj.gov]
>>>>>> Sent: Monday, February 13, 2017 1:27 PM
>>>>>> To: Kelner, Robert
>>>>>> Subject: RE: FARA
>>>>>>
>>>>>> Let's tentatively set a call for 3pm, but I may need to make it a few minutes after that.
>>>>>> thanks
>>>>>>
>>>>>> From: Kelner, Robert [mailto:rkelner@cov.com]
>>>>>> Sent: Monday, February 13, 2017 12:43 PM
>>>>>> To: Hunt, Heather H. (NSD) <hhunt@jmd.usdoj.gov<mailto:hhunt@jmd.usdoj.gov>>
>>>>>> Subject: RE: FARA
>>>>>>
>>>>>> I could talk at 3pm today.
>>>>>>
>>>>>> Rob
>>>>>>
>>>>>>
>>>>>> Robert Kelner
>>>>>>
>>>>>> Covington & Burling LLP
>>>>>> One CityCenter, 850 Tenth Street, NW
>>>>>> Washington, DC 20001-4956
>>>>>> T +1 202 662 5503 | rkelner@cov.com<mailto:rkelner@cov.com>
>>>>>> www.cov.com<http://www.cov.com>
>>>>>>
>>>>>> <image003.jpg>
>>>>>> This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.
>>>>>>
>>>>>>
>>>>>>
>>>>>> From: Hunt, Heather H. (NSD) [mailto:Heather.Hunt@usdoj.gov]
>>>>>> Sent: Monday, February 13, 2017 12:29 PM
>>>>>> To: Kelner, Robert
>>>>>> Subject: FARA
>>>>>>
>>>>>> Rob –
>>>>>> Any updates? Are you available for a call after 3pm today?
>>>>>> Thanks,
>>>>>> Heather
```