**Transcription of Brian Smith FARA Unit Meeting Notes from 2/21/2017  2.pm**



KV      Personal counsel – FIG and business

FARA Unit 2/21/17
2pm
Alex Heather Laufmin?
Heather [Hunt]
David Laufman
Wallace
Cliff
Tim [Pugh]
BDS, RK, KV

RK      Answers to Questions – letter

Issues revised – welcome your feedback
Draft with us here



1.      Op Ed – Comm w/ Turkish govt/EA re Op Ed
        Turkey – no contacts we're aware of
        EA – Yes saw before published
        No substantive changes. Technical, spelling, views
        Gen Flynn didn't accept any suggested changes

2. EA/I comm w/ GOT.
not that we're aware of
3. Preparation
Flynn wrote it, Bijan, Business partner, input
Editor Hank Cox. Bijan brought in
Laufman Q FG employee?
KV Not employee.

2. EA/I comm w/ GOT
Not that we're aware of

3. Preparation
Flynn wrote it, Bijan, Business partner, input
Editor Hank Cox. Bijan brought in.

Laufman Q: FG Employee?
KV: Not employee

4. Any direct it be written, involved
No
Built into question EA working for GOT.
As far as we're aware, he's not an official
Unsolicited, received letter from his counsel, Arent Fox
Their justification. in detail not official or agent
So far as we're aware, not an official or agent.

4. So far as we're aware, not an official or agent
Any direct it be written, involved
No
Built into question EA working for GOT
As far as we're aware, he's not an official
Unsolicited, received letter from his counsel, Arent Fox
Their justification In detail not official or agent.

5. Receive copy.
Not aware of govt receiving copy
EA received it. Don't believe he's agent.
TP - Draft?
RK Draft. May have been some changes.

5. Receive Copy
Not aware of govt receiving copy
EA received it. Don't believe he's agent.

TP: Draft?
RK: Draft. May have been some changes.

6. Comp?
No. Subject matter related to work for Inovo; compensation there.
He didn't view it as something he was doing under contract.

6. Comp?
No. Subject matter related to work for Inovo; compensation there.
He didn't view it as something he was doing under contract.

Didn't resolve question on registration
Laughlin – Genesis of op-ed.
RK Issues MF involved for long time
He wanted to write
L – his idea?
RK – his idea not EA suggested. Not suggested by Turkey, other.
A piece of other things written or said
Learning about the topic – from doing work.

Didn't resolve question on registration

Laufman: Genesis of op-ed

RK Issues MF involved for long time
He wants to write

Laufman: His idea?

RK: His idea. Not EA suggested. Not suggested by Turkey, other
Apiece w/ other things written or said
Learning about the topic – from doing work

KV. Muslim Brotherhood reference. Upset. Asked for change
L Why sent?
RK. Doing work on similar subject matter. Projecting
Thinks he may not like. Would need to let him know.
L – Awareness, not approval.
HH Didn't make any changes? KV – Very upset
RK no changes, other than spelling.

RK (Talking points)

KV: Muslim Brotherhood reference. Upset. Asked for change.

Laufman: Why sent?

RK: Doing work on similar subject matter. Projecting.
Thinks he may not like. Would need to let him know.

Laufman: Awareness, not approval

HH: Didn't make any changes?

KV: Very Upset

RK: No changes, other than spelling

RK (Talking points)

| | |
|---|---|
| Laufman | Get my brain around that? |
| RK | Perspective that Gulen is causing all the trouble in Turkey.<br>Trouble stirred up. Investors think things destabilized in Turkey with him there, businesses not investing |
| Laufman | MF or EA? |
| RK | EA's views and FG/Sphere understanding of engagement.<br>Understand not immediately clear.<br>Not living in this narrow world.<br>FIG aware EA talked to GOT about govt engagement<br>Didn't happen (Turkey)<br>So EA decided to engage through his company<br>No funding or direction from GOT – him and his counsel |

KV. his engagement of another company
RK. Right -> after the fact explanation from his counsel.
Russian company w/ Leviathan gas field.
L - FIG aware in touch w/ GOT on FIG engagement. Why not happen?
RK. no detail.
L - Comm bt/ EA and GOT on decision
RK. Understand he was in touch, not privy

KV His engagement w/ another company

RK Right >> after the fact explanation from his counsel
Business copy w/ Leviathan gas field

Laufman FIG aware in touchw/ GOT on FIG engagement. Why not happen?

RK No detail

Laufman Comm bt/ EA and GOT on decision

RK Understand he was in touch, not privy

L - EA own reason to engage FIG. Not proxy
RK - EA told FG, his counsel tells us/counsel after the fact
Don't have evidence to the contrary
(TPs) - Contract August.
Public source research Gulen.
Develop adverse information about Gulen. Case developed.
Criminal referrals mentioned in contract
PR firm and develop video on Gulen and network
FIG retained contractors

L EA own reason to engage FIG. Not proxy.

RK EA told FG. His counsel tells us/counsel after the fact
Don't have evidence to the contrary
(TPs) – contract August
Public source research Gulen
Develop adverse information about Gulan. Case developed.
Criminal referrals mentioned in contract
PR firm and develop video on Gulen and network

FIG retained contractors

L - Employees?
KV - MF, Bijan, Oakley. Bunch of colleagues brought in
Reference in contract to team, some brought in, some not.
HH - LDA - Kelly.
RK - He's general counsel.
KV - Brought in to look @
RK (cut off) no privilege
KV Brought in to do LDA

| | |
|---|---|
| Laufman | Employees? |
| KV | MF, Bijan, Oakley. Bunch of colleagues brought in<br>Reference in contract to team, some brought in, some not |
| HH | LDA – Kelly |
| RK | He’s general counsel |
| KV | Brought in to look @ |
| RK | (cut off) no privilege |
| KV | Brought in to do LDA |

RK - Engaged Sphere. Consulting
KV - SGR - Trade name Sphere
RK Engaged in Fed and State Lobbying type outreach
TP - Lobbying type?
RK - Lobbying.
Met McCaul
UH - Sphere?
RK. Joint Bijan and Sphere Talked re Gulen
TP - Client?

| | |
|---|---|
| RK | Engaged Sphere consulting |
| KV | SGR – Trade name Sphere |
| RK | Engaged in Fed and State lobbying type outreach |
| TP | Lobbying type? |
| RK | Lobbying<br>Met McCaul |
| UKNOWN | Sphere? |
| RK | Joint Bijan and Sphere. Talked re Gulen |
| TP | Client? |

RK — Inovo > FIG > Sphere
State level contacts

HH — Pennsylvania

AM — Texas

Laufman — What transpired @ McCaul meeting?

RK — Loosley. No email or summary

Laufman — Bijan, talked

RK — Yes. Discussed broader national security and Gulen

L. Sought to raise the issue?
RK - Bijan would say no. Broader issues. Sphere was there.
Bijan wouldn't say set up meeting for Inovo, under contract
L - Set up by FIG/Sphere side?
RK yes. Part of his relationship with staff.
L. Any documents brought or left?
RK Not that we have found.
Level set At time of letter, before, shut down.

| | |
|---|---|
| Laufman | Sought to raised the issue? |
| RK | Bijan would say no. Broader issues. Sphere was there.<br>Bijan wouldn't say set up meeting for Inovo, under contract |
| Laufman | Set up by FIG/Sphere side? |
| RK | Yes. Part of his relationship with staff |
| Laufman | Any documents brought or left? |
| RK | Not that we have found<br>Level set At time of letter, before, shut down |

L. Server records down, or not preserved.
RK. not a server. Various services. Some encrypted.
Resurrected accounts open encrypted emails
Don't believe all emails that existed could be recovered.
Don't have access to every independent contractor.
TP - Because small?
RK - Like new PR firms. Build by various people contributing.
MF never went back to the office
MF2 happened to go back to the office.
RK. Atmospherics. All happening in height of campaign. He's
flying @ 30,000 feet. Bijan handling. He'd dive in for meeting
L. Flynn sign?
BDS - yes

| | |
|---|---|
| Laufman | Server records down, or not preserved |
| RK | Not a server. Various services. Some encrypted.<br>Resurrected accounts open encrypted emails<br>Don't believe all emails that existed could be recovered<br>Don't have access to every independent contractor |
| TP | Because small? |
| RK | Like new PR firms. Build by various people contributing.<br>MF never went back to the office<br>MF2 happened to go back to the office |
| RK | Atmospherics. All happening in height of campaign.<br>He's flying @ 30,000 feet. Bijan handling. He'd dive in for meeting. |
| Laufman | Flynn sign? |
| BDS | Yes |

RK Gulenopoly. Asked to create game.
L Get out of jail free?

RK They created and give to FIG. and EA
No evidence that Sphere or FIG disseminated
See online and hashtag.
Don't know how it got out.

| | |
|---|---|
| RK | Gulenopoly. Asked to create game. |
| Laufman | Get out of jail free? |
| RK | They created and give to FIG. And EA<br>No evidence that Sphere or FIG disseminated<br>See online and hashtag<br>Don't know how it got out |
| HH | Copy given to EA |

RK yes could speculate he did it.
Still drilling down on dissemination
3-month, option to extend
Work on getting it out into the world
Nov 15, clear he's going in to Admin
A lot they were planning wasn't done
Video done some interviews,
Some research, game, Hill meeting, media, states
Asked Sphere to distribute op-ed
Placed in Hill
Don't have perfect visibility.
Those are things identified
Lots of ideas of things they could do.

RK Yes could speculate he did it
Still drilling down on dissemination
3-month, option to extend
Work on getting it out into the world
Nov 15, clear he's going in to Admin
A lot they were planning wasn't done
Video done some interviews
Some research, game, Hill meeting, media, states
Asked Sphere to distribute Op Ed
Placed in Hill
Don't have perfect visibility
Those are things identified
Lots of ideas of things they could do

HH - Brain storming
RK - Ideas that could be implemented later on
Things ~~id~~ identified here, were the things done
as best we can tell
HH Flynn dive in for what? Hill meeting
RK - Calls w/ client on emails. Maybe not reading
L - EA emails

HH Brain storming

RK Ideas that could be implemented later on
Things identified here were the things done as best we can tell

HH Flynn dive in for what? Hill meeting

RK Calls w/ client on emails. Maybe not reading

Laufman EA Emails

RK EA and internal
Meeting in September Turkish officials in ~~Fa~~ NY, Flynn in NY
~~Arr~~ Arranged late night meeting.
TP - Ambassadors?
RK - 2 Ministers. MFA and Energy
EA wanted MFA to meet them understand what was
going on in Turkey.
And talked about Gulen.
No ~~I~~ indication they gave any direction or order
on the project. But Gulen ~~was~~ discussed

RK EA and internal
Meeting in September Turkish officials in NY, Flynn in NY
Arranged late night meeting

TP Ambassadors?

| | |
|---|---|
| RK | 2 Ministers. MFA and Energy<br>EA wanted MF to meet them and understand what was going on in Turkey<br>And talked about Gulen<br>No indication they gave any directions or order on the project. But Gulen discussed |

TP – Timing of coup.
L – memos memorializing the meeting?
RK – Not that we're located
KV – just emails scheduling the meeting
RK – w/ these facts:
Bona fide commercial enterprise
Stated business purpose
Commercial funding, not govt.
Activities in US tie to purpose

| | |
|---|---|
| TP | Timing w/ coup |
| Laufman | memos memorializing the meeting? |
| RK | Not that we've located |
| KV | Just emails scheduling the meeting |
| RK | w/ these facts:<br>Bona fide commercial enterprise<br>Stated business purpose<br>Commercial funding, not govt<br>Activities in US tie to purpose |

L. Commercial purpose? Why?
RK - Logically difficult to accept position that Gulen is source of Turkey
econ problems. Stated reason from EA and
after the fact explanation - contract w/ Israeli company
Interest in Turkey economy.
Other hand:
meeting w/ GOT officials
Since coup, principal policy focus in Gulen extradition
Direction or control from GOT. Don't really have evidence
Contract and funding, representation
Beneficiary - Gulen focus overlap

Laufman Commercial purpose? Why?

RK Logically difficult to accept position that Gulen is source of Turkey econ problems. Stated reason from EA and after the fact explanation – contract w/ Israeli company interest in Turkey economy
Other hand:
Meeting w/ GOT officials
Since coup, principal policy focus in Gulen extradition
Direction or control from GOT. Don't really have evidence
Contract and funding, representation
Beneficiary – Gulen focus overlap

Argument for registration. If subject matter, principal beneficiary.
Reason it's taken so long. We thought we'd find dispositive
evidence. Haven't
Thin reed - subject overlapping. Principal beneficiary
and LDA regulation
L. EA. How he regarded benefit to Turkey.
RK No indication

RK cont'd Argument for registration. If subject matter, principal beneficiary
Reason it's taken so long. We thought we'd find dispositive evidence. Haven't.
Thin reed – subject overlapping. Principal beneficiary and LDA regulation

Laufman EA. How he regarded benefits to Turkey.

RK No indication

BDS – Counsel would say he doing for own reason – the inverse
RK – Important Counsel.
HH. No connection w/ GOT
RK Didn't say that. Not official. Clearly has relation.
Arranged meeting – Black Box
We don't know relationship. Was in touch. Procured meeting.
L. TAIK – Some connection to govt.
HH According to his counsel, not an agent
RK Yes

BDS Counsel would say he doing for own reason – the inverse

RK Important counsel

HH No connection w/ GOT

RK Didn't say that. Not official. Clearly has relation.
Arranged meeting – black box
We don't know relationship. Was in touch. Procured meeting.

Laufman TAIK – some connection to govt

HH According to his counsel, not an agent

RK Yes

KV Some connection to govt. quasi under law

RK Clear relation. Question whether agent under this project. Counsel says he's not agent at all.

TP Primarily funded by Turkey?

KV TAIK and business counsel. Conclusion that he's not agent/official

HH He went to govt. They said no. He still wants to do himself through his business.

RK What he tells us/Bijan. They weren't prepared to retain FIG

HH They said you do it

RK Can't rule that out. Not that we're aware.

KV Not our impression

RK Bijan would say that's not the case

RK Not crazy to file under LDA.
Subject overlap – principal beneficiary

RK : Have draft. Couple things to drill down.
HH – Registration on determination of principal beneficiary.
RK – Under statute, exempt
under reg. still true, unless principal beneficiary.
w/o PB – LDA would be sufficient
TP – Sphere register?
RK Under LDA.

| | |
|---|---|
| RK | Have draft. Couple things to drill down. |
| HH | Registration on determination of principal beneficiary |
| RK | Under statute, exempt<br>Under reg, still true unless principal beneficiary<br>w/o PB – LDA would be sufficient |
| TP | Sphere register? |
| RK | Under LDA |

HH – FIG as client
not for foreign
RK/BDS – Double check.
TP – Leviathan – Turkey / Israel.
RK – not an expert. In Israel, others working on deals
for access.
L. Factual words Part as EA generally viewed scope of work
hired FIG. Commercial, dual purpose? Benefit govt.
Don't have sufficient visibility.

| | |
|---|---|
| HH | FIG as client<br>Not for foreign |
| RK/BDS | Double check |

TP — Leviathan – Turkey/Israel

RK — Not an expert. In Israel. Others working on deals for access

Laufman — Factual voids info on EA genuinely viewed scope of work
Hired FIG. Commercial, dual purpose? Benefit govt
Don't have sufficient visibility

RK - Lengthy letter from counsel. Strong case.
L - Available
RK - No. Strong case. Israel.
After the fact
FIG told @ time – confidence in Turkish economy and
Gulen is obstacle to that. Deal w/ him
HH - Op-ed MF 100% deciding
RK - MF and others spoken to. No ~~oth~~ indication otherwise
in documents and interviews.
Natural. Research being done about Gulen
EA didn't request and wasn't thrilled
Muslim Brotherhood. Sensitive
mentioning it, he not happy

RK — Lengthy letter from counsel. Strong case.

Laufman — Available

RK — No. Strong case. Israel
After the fact
FIG told @ time – confidence in Turkish economy and
Gulen is obstacle to that. Deal w/ him

HH — Op-ed MF 100% deciding

RK — MF and others spoken to. No indication otherwise in documents and interviews
Natural. Research being done about Gulen.
EA didn't request and wasn't thrilled
Muslim brotherhood. Sensitive.
Mentioning it, he not happy

TP - economic reason or political
RK - Don't know the particulars
L. Commentary that positions in Nov 8 oped are contrary to prior positions
RK - Recall seeing that claim. not explored. Could ask General
Lots of changes on ground. Months leading up to it
Haven't asked general
views evolve

TP Economic reason or political

RK Don't know the particulars

Laufman Commentary that positions in Nov 8 op-ed are contrary to prior positions

RK Recall seeing that claim. Not explored. Could ask General
Lots of changes on ground. Months leading up to it
Haven't asked General
Views evolve

L. One possibility. Views espoused by client
RK - As writer, where do things come from
From general's view, he had things to say
Election day – no rhyme or reason.
No request from client to publish on election day.
Simply he wanted to write. No one asked for it.
L. He disavowed oped - not true?
RK - NO Have to look @ his stmt
Suggested changes, not accepted.

Laufman One possibility. Views espoused by client

RK As writer, where do things come from
From general's view, he had things to say
Election day – no rhyme or reason
No request from client to publish on election day

| | |
|---|---|
| | Something he wanted to write. No one asked for it |
| Laufman | He disavowed op-ed – not true? |
| RK | No.<br>Have to look @ his statement<br>Suggested changes, not accepted |

HH - - Flynn - meeting on Hill? Not @ Sphere meetings
KV/RK - Not @ meeting
HH - Internal?
RK. Knew they were working on it. September meeting
KV - He personally did very little.
L. Reason for Sept meeting
BDS - Get to know one another.

| | |
|---|---|
| HH | Flynn – meeting on Hill? Not @ Sphere meetings |
| KV/RK | Not @ meeting |
| HH | Internal? |
| RK | Knew they were working on it. September meeting |
| KV | He personally did very little |
| Laufman | Reason for Sept meeting? |
| BDS | Get to know one another |
| Laufman | Topic/reason |
| BRS | Didn't specify |

| | |
|---|---|
| TP | UNGA |
| BRS | Yes |
| AM | negotiate representation |
| RK | No<br>Could have presented and said not needed to register |

| | |
|---|---|
| Laufman | After registration but not sure it's necessary<br>51%? |
| RK | Useful exercise. Gather the facts. What would it look like<br>Internal debates – not slam dunk either way |

My view: credible basis – subtle judgment of PB
P is strong word
After the fact business justification
Not inconsistent w/understanding @ time
Confidence business interest
Explanation goes further
But have inquiry from you. He wants to get things right.
Wouldn't want to decide on our own.

HH · Looks like
RK - Prepared to show
HH - Who?
Registrant FIG
Principal Inovo
HH Sphere?
RK Have their own counsel. Belief that if conclude, your advice,
they'd file their own.
TP - FIG incorporated, Ex C

| | |
|---|---|
| HH | Looks like |
| RK | Prepared to show |
| HH | Who? Registrant FIG<br>Principal Inovo |
| HH | Sphere? |
| RK | Have their own counsel. Belief that if conclude, your advice<br>They'd file their own |
| TP | FIG incorporated, Ex C |

| | |
|---|---|
| KV | Yes. Will dissolve when this is all done |
| Laufman | Reopen |
| KV | No, his own LLC. This is one business w/ Bijan |
| HH | Detailed activities? |
| RK | Similar to described orally. Hill, video, opoly, state contacts.<br>Few paragraph summary of detail that we have |
| HH | Statement regarding LDA |
| RK | Yes note of previous LDA. Address any issues, overlap subjecting<br>Register. Best efforts to reconstruct facts w/ counsel |

| | |
|---|---|
| TP | Time? |
| RK | August to Nov. |
| HH | Supp |

RK Yes early supp
To answer question, prefer not to file, everything else going on
Recognize thin line

TP – Kelly?
RK – No role,
HH. why Kelly.
Not a subject expert
HH He has own FARA registration – Kelly law group registered
AM McBree new name
Signed group -

| | |
|---|---|
| TP | Kelly? |
| RK | No role |
| HH | Why Kelly<br>Not a subject expert |
| HH? | He has own FARA registration – Kelly law group registered |
| AM | McBree new name<br>Signal group |

TP 'Video' tasked to do - Same one?
KH - Video not completed.
RK Kelly - registered? New to me.

L- Time to study draft
RK- Don't want to surrender custody.
Available in our conf room. Day or 2

| | |
|---|---|
| TP | Video tasked to do – same one? |
| KV | Video not completed |
| RK | Kelly – registered? News to me |
| Laufman | Time to study draft |
| RK | Don't want to surrender custody<br>Available in our conf room. Day or 2 |

KV- Lots going on w/ Gen Flynn. His answer = do the right thing.
L. Peculiar w/ him more free. Can't get access to documents
emails.
RK - Can get back on details
Cloud services, Virtru
KV- Account for FIG - used for its business
RK. Some of it was still available.
Hard to reconstruct.
KV- on phone w/ CEO

| | |
|---|---|
| KV | Lots going on w/ Gen Flynn. His answer – do the right thing |
| Laufman | Peculiar w/ him more free. Can't get access to documents emails |
| RK | Can get back on details<br>Cloud services, Virtru |
| KV | Account for FIG – used for its business |
| RK | Some of it was still available<br>Hard to reconstruct |
| KV | On phone w/ CEO |

L - Exist on his hard drive before sent to cloud.
RK - Haven't imaged HD, There are no FIG Hard drives
L - How cooperative? Bijan
RK Cooperative Handed over information
L. Dependent on EA lawyer and his representation
RK yes, That's the usual case. Don't have access to someone client
mental state.

Laufman Exist on his hard drive before sent to cloud

RK Haven't imaged HDs, there are no FIG hard drives

Laufman How cooperative? Bijan

RK Cooperative. Handed over information

Laufman Dependent on EA lawyer and his representation

RK Yes, that's the usual case. Don't have access to someone client
Mental state

L - Seek documentary evidence from your client to see internal emails
RK - Usual to ask them to make representations
Not ask for internal documents
Usually look @ representations and public information.
L. Depend on the accounts provided to you, and then to us.
RK Don't normally have access to 3rd Party documents.
Putting back in time. Ask for representations. Don't ask for
internal emails / G&T.
L. [illegible] Puts you in tough spot
RK. Some of it's the smell test
L -

Laufman Seek documentary evidence from your client to see internal emails

RK Usual to ask them to make representations
Not ask for internal documents

| | |
|---|---|
| | Usually look @ representations and public information |
| Laufman | Depend on the accounts provided to you, and then to us |
| RK | Don't normally have access to 3rd party documents.<br>Putting back in time. Ask for representations. Don't ask for internal emails w/ GOT |
| Laufman | Puts you in tough spot |
| RK | Some of it's the smell test |
| Laufman | (blank line) |

RK - Two: 1. Turkey funding/directing. Don't know EA → Turkey
2. GoT is PB — There we have as much as we know.
Emails wouldn't shed light.
HH - When it become to be, EA hanging hat on commercial end. to MF
RK Yes Bijan and MF consistent This was EA's commercial
interest and Gulen irritant to economic relation.
? Leviathan.
RK No one @ FIG. First mention in media interview
Then details from Arent Fox

| | |
|---|---|
| RK | Two: (1) Turkey funding/directing. Don't know EA > Turkey<br>(2) GOT is PB - there we have as much as we know. Emails wouldn't shed light |
| HH | When it comes to be, EA hanging hat on a connection end. to MF |
| RK | Yes Bijan and MF consistent this was EA's commercial<br>Interest and Gulen irritant to economic relation |
| Leviathan | |
| RK | No one @ FIG. First mention in media interview<br>Then details from Arent Fox |

RK. could imagine his own business purposes.
Client may tell you just what need to know.
True - didn't know until later.
L. See copy of agreement? Things typically ask for.

TP- Kelly registration. Iraqi

| | |
|---|---|
| RK | Could imagine his own business purpose<br>Client may tell you just what need to know<br>True – didn't know until later |
| Laufman | See copy of agreement? Things typically ask for |
| TP | Kelly registration. Iraqi |