Meeting to
                                                Review of draft

HH – Things we saw if filed. Look @ these issues.    2/22/17
       1. Residences addresses. Appreciate why not listed.    noon
          Not @ upon request.
          Put in the filing – redact.

Revise home         Put on the form "Provided separately for DOJ"
Addresses ✓          and submit in letter
Request redaction ✓   Redact in Exhibit C. also.
In Exhibit C
          Leaning toward Registration – principle benefiting Turkey.
          Will give it more thought, the definitive view.


Register –          Pretty much there. Make decision now.
Written? * ✓       Want something in writing?
                 Electing to file in LDA note



        2. Reg
           9 retroactive – put on there
             60 days prior

Add retroactive      10 –
Note to 60
Day look back ✓         Because retroactive, receipts/disbursements, appear on supplemental.

         "to the filing of the statement" – problem



        3. 13-16
          Budget established
          Yes. Attachment –

No on budget     #13   No – no separate budget
check if                 Look again @ Sphere contract – anything specific
info materials
budget or
clarify debt ✓         13 – 16 – check a box – even if "other"

Check "other"
Throughout
Info note

                    Exhibit A
Check Hon Consul           Honorary Consul <u>from</u> Turkey <u>to</u> Albania. ?
To Albania ✓
                          Check.
                  If Turkey, list it
          Meeting w/ officials.
Add mtg                       Add in New York
luncheon
(NY)              Also in #11 of Supp. Statement.
2 spots ✓

          Cliff
          #15     Payments to Inovo of 40
                        <mark>Strange</mark>
               TP Return of something?
                        (<mark>BPI</mark> – note @ top
                              Still looking – not clear)

Sphere
coordinates
filing ✓

Sphere draft. ?

    Reach out to them
        Happy to look @ draft for them tom.
        Same format
*        Coordinate
HH – like to be @ same time.

Exhibit
B   ✓
Gulen -
OK

HH/Cliff – Ex B –   Gulen not mentioned
                 Ok to put in supp.

To Supp -   McCaul meeting date possible?

Date of McCaul
Meeting ✓

Various State governments. ⟶   Date location if possible
                                        governor, legislative

Details on State
Meetings –
Issue for
Sphere ✓

Logistic — file by email
So they can handle the timing and
Publication

Send check for fees — Courier a check

We can idle while Sphere finalizes filing

File by email ✓
Courier the check