From:  Bijan Kian <kian@flynnintelgroup.com>
Sent:  Wednesday, November 2, 2016 10:36 PM
To:  Ekim Alptekin <ekimalptekin@gmail.com>; Bob Kelley <kelley@flynnintelgroup.com>
Subject:  Getting Turkey Wrong
Attach:  GETTING TURKEY WRONG.docx

Ekim:

A promise made is a promise kept. Please see attached 1000 word article.
I appreciate it if you take a look and give me your thoughts at your
earliest convenience. I am not certain how much of the text will survive
review and edits but as you can see, the humble author is not shy.

I am copying Bob as we move forward with executing the plan.

All the best,

Bijan


Hon. Bijan R. Kian
Vice Chairman of the Board of Directors
Flynn Intel Group, Inc.

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com

<https://ci3.googleusercontent.com/proxy/5sJv2UqRFQjfJfxguQ-_N5W0AmT4njw
iSe_1Yuz9lWhk0DXu67-QCYtShVY-rTNfvx4-JKSFFh65easSV_gog66tmx4FRNk5mgheXWj
jds32m8njX-3vwWLzzqGW3XJehiDb7nbmC9IaoU7vWCvTn27O1yAkvIk9q6Zb--MXrbo_a2A
5syObS0-RYM8F5RMS353apAo8PitBoVE=s0-d-e1-ft#https://docs.google.com/uc?e
xport=download&id=0B1UG7lJu76t5N2h5MUVVLTVQS1U&revid=0B1UG7lJu76t5NkEvek
R5TVUzQW41NjM0UWR5S1A3aEN5QWFrPQ>


Notice of Confidentiality
The information contained in this communication is intended solely for
the use of the individual or entity to whom it is addressed and others
authorized to receive it. It may contain confidential or legally
privileged information. If you are not the intended recipient you are
hereby notified that any disclosure, copying, distribution or taking any
action in reliance on the contents of this information is strictly
prohibited and may be unlawful. If you have received this communication
in error, please notify us immediately by responding to this email and
then delete it from your system.


GETTING TURKEY WRONG.docx .tdf (138.5 kb)
<https://www.virtru.com/start/#v=2.0.0&d=https%3A%2F%2Fstorage.virtru.co
m%2Fapi%2Fpolicies%2Fb81dabb3-01d2-4f57-8f9e-ccbe8e2cc9db%2Fdata%2Fmetad
ata&dk=kqQKqmWhrNchheV3gFQN7GX2SFbAj2J85qAdtwBZDl8%3D&di=bSCkUN0kf8IxIzn
cJyOgwg%3D%3D&a=f2060212-c779-479c-a2e2-d6b4b4b641cf>


file:///Matter-EUS/...oduct%20and%20Document%20Collection/Work%20Product/Proffer%20Prep%20Materials/Op-ed/DOC00028721.txt[11/17/2017 9:38:40 AM]