# Re: Flynn

**From:** "Kelner, Robert" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa01.kelnerrk">
**To:** "Hunt, Heather H. (NSD)" <heather.hunt@usdoj.gov>
**Cc:** "Smith, Brian" <bdsmith@cov.com>
**Date:** Fri, 03 Mar 2017 10:19:38 -0500

Looks like Tuesday. Finalizing some things. Expect General to sign Monday. And then we'd file Tuesday, and Sphere would file same day.

Sent from my iPhone

> On Mar 3, 2017, at 10:15 AM, Hunt, Heather H. (NSD) <Heather.Hunt@usdoj.gov> wrote:
>
> Okay. Close as in later today or close as in next week?  Call on my mobile. 202-598-7101.
>
>> On Mar 3, 2017, at 10:10 AM, Kelner, Robert <rkelner@cov.com> wrote:
>>
>> We are not quite ready to file, but close. I'll try to catch you by phone today to discuss status.
>>
>> Rob
>>
>> Sent from my iPhone

Confidential -- Subject to Protective Order

Rafiekian_EDVA_00009723