# Fwd: Flynn Intel Group, Inc.

| | |
|---|---|
| **From:** | "Kelner, Robert" <rkelner@cov.com> |
| **To:** | kverderame@ponderainternational.com |
| **Cc:** | "Smith, Brian" <bdsmith@cov.com>, "Anthony, Stephen" <santhony@cov.com>, "Langton, Alexandra" <alangton@cov.com> |
| **Date:** | Tue, 07 Mar 2017 23:04:11 -0500 |
| **Attachments:** | Unnamed Attachment (68 bytes); image001.png (2.66 kB) |

They are working late at the FARA Unit.

Sent from my iPhone

Begin forwarded message:

> **From:** "Hunt, Heather H. (NSD)" Heather.Hunt@usdoj.gov>
> **Date:** March 7, 2017 at 10:50:18 PM EST
> **To:** "Smith, Brian" bdsmith@cov.com>
> **Cc:** "Kelner, Robert" rkelner@cov.com>
> **Subject: RE: Flynn Intel Group, Inc.**

Brian –

Thank you for your email. This is to advise you that we are in receipt of the FARA filing for Flynn Intel Group, Inc. (6:02pm on March 7, 2017). We will process the filing as quickly as possible, including your request to redact residential addresses and your request to include Rob Kelner's cover letter as part of the public file.

Please contact me if you have any questions or concerns.

Thank you,

Heather

**Heather H. Hunt**

Chief, FARA Registration Unit

Counterintelligence and Export Control Section

National Security Division

U.S. Department of Justice

Washington, DC 20530

(202) 233-0776/0777

heather.hunt@usdoj.gov

---

**From:** Smith, Brian [mailto:bdsmith@cov.com]
**Sent:** Tuesday, March 7, 2017 6:02 PM
**To:** Hunt, Heather H. (NSD) hhunt@jmd.usdoj.gov>

Confidential -- Subject to Protective Order                                                                                          Rafiekian_EDVA_00044172

**Cc:** Kelner, Robert rkelner@cov.com>
**Subject:** Flynn Intel Group, Inc.

Dear Ms. Hunt,

Attached please find a cover letter, registration statement, exhibits, short forms, and terminating supplemental statement of the Flynn Intel Group, Inc. These materials are being provided by e-mail pursuant to our conversations. Additionally pursuant to our conversations, the information below is being provided separately.

We respectfully request that the Registration Unit redact residential addresses that appear on pages 8 and 10 of Exhibit C.

The following residential addresses are being provided to the Department separately:

    Lt. Gen. Michael T. Flynn (Ret.)

    411 North Pitt Street

    Alexandria, VA 22314

    Bijan Rafiekian

    9700 Avenel Farm Dr.

    Rockville, MD 20850

    Philip Oakley

    11400 Quailwood Dr.

    Fairfax Station, VA 23039

A check for $610, for the initial registration and the terminating supplemental statement, will be sent separately by courier to your office.

Further to your conversation with Mr. Kelner, we respectfully request that his attached cover letter be included in the Unit's public file regarding this registration.

Please let us know if you have any questions.

Brian

**Brian D. Smith**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5090 | bdsmith@cov.com
www.cov.com

