# COVINGTON

BEIJING  BRUSSELS  DUBAI  JOHANNESBURG  LONDON
LOS ANGELES  NEW YORK  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

Robert K. Kelner

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503
rkelner@cov.com

December 15, 2017

**BY U.S. MAIL**

General Michael T. Flynn
Flynn Intel Group, Inc.
44 Canal Center Plaza
Alexandria, VA 22314

Re: **Regulatory Advice, Acct. No. 039305.00001**

Dear General Flynn:

Enclosed is our statement for professional services rendered by the firm during the period November 1, 2017 through November 30, 2017, in connection with the above-referenced account. Please feel free to call me if you have any questions.

Best regards.

Sincerely yours,

Robert K. Kelner

Enclosure

Privileged/Attorney Work Product                                                                                                  Flynn_File_Transfer_00010121

# COVINGTON

BEIJING  BRUSSELS  DUBAI  JOHANNESBURG  LONDON
LOS ANGELES  NEW YORK  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

General Michael T. Flynn
Flynn Intel Group, Inc.
44 Canal Center Plaza
Alexandria, VA 22314

December 13, 2017

Invoice: 60783193
Account: 039305.00001
Attorney: Robert K. Kelner

## General Michael T. Flynn

### Re: Regulatory Advice

For professional services rendered in connection with the above referenced matter through November 30, 2017:

| | | |
|---|---|---|
| **Fees:** | $ | 562,122.50 |
| **Disbursements** | $ | 916.43 |
| **Total Fees and Disbursements:** | $ | 563,038.93 |
| **TOTAL AMOUNT DUE:** | USD $ | 563,038.93 |

Privileged/Attorney Work Product

Flynn_File_Transfer_00010122

**General Michael T. Flynn**  
Regulatory Advice  
039305.00001  
Invoice No.:60783193

Page 24

## Outstanding Invoices

| Date | Invoice Number | Fee & Charges | VAT | Total | Credits | Balance |
|---|---|---|---|---|---|---|
| 03/31/17 | 60750975 | 85,656.92 | 0.00 | 85,656.92 | 0.00 | 85,656.92 |
| 05/04/17 | 60754148 | 161,561.56 | 0.00 | 161,561.56 | 0.00 | 161,561.56 |
| 06/30/17 | 60763038 | 680,176.14 | 0.00 | 680,176.14 | 0.00 | 680,176.14 |
| 07/24/17 | 60765642 | 618,299.94 | 0.00 | 618,299.94 | 0.00 | 618,299.94 |
| 08/14/17 | 60769062 | 726,393.94 | 0.00 | 726,393.94 | 0.00 | 726,393.94 |
| 09/21/17 | 60774291 | 501,170.05 | 0.00 | 501,170.05 | 0.00 | 501,170.05 |
| 10/19/17 | 60776641 | 303,965.27 | 0.00 | 303,965.27 | 0.00 | 303,965.27 |
| 11/30/17 | 60780970 | 293,882.85 | 0.00 | 293,882.85 | 0.00 | 293,882.85 |
| **Totals $** | | 3,371,106.67 | 0.00 | 3,371,106.67 | 0.00 | 3,371,106.67 |

# COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

## Remittance Page

| | |
|---|---|
| **Client Name** | General Michael T. Flynn |
| **Matter Name** | Regulatory Advice |
| **Date Of Invoice** | December 13, 2017 |
| **Matter Number** | 039305.00001 |
| **Invoice Number** | 60783193 |
| **Total Amount Due** | $563,038.93 |

**Please Submit Remittance to:**

Covington & Burling LLP
Attention: Accounting Department
One CityCenter
850 Tenth Street N.W.
Washington D.C. 20001
Fed. Id. No. 53-0188411
(202) 662-6000

**Wire Instructions:**

| US Dollar Payments ($) | |
|---|---|
| Citibank N.A<br>1101 Pennsylvania Avenue, N.W.<br>Suite 900<br>Washington, DC 20004 | ABA: 254070116<br>Account No. 9250403781<br>Account Name: Covington & Burling LLP<br>Swift Code: CITIUS33 |

Please reference invoice number

Please send remittance details to collections@cov.com