# Re: call?

---

| | |
|---|---|
| **From:** | MTFLYNN <rpatriot@mailsol.net> |
| **To:** | "Anthony, Stephen" <santhony@cov.com> |
| **Cc:** | "Kelner, Robert" <rkelner@cov.com>, flynnlmmm@mailsol.net |
| **Date:** | Wed, 30 Aug 2017 16:14:27 -0400 |

---

Rob, I assume we're using the conference call number?

Mike

**Michael T Flynn**

**Lt. Gen. (R), U.S. Army
CEO, Resilient Patriot LLC
NYT Bestselling Author, The Field of Fight:
How We Can Win the War Against Radical Islam and Its Allies
https://www.amazon.com/Field-Fight-Global-Against-Radical/dp/1250106222**

On Aug 30, 2017, at 15:54, Anthony, Stephen <santhony@cov.com> wrote:

> Same for me. Or I could start at 4:30.
>
> Sent from my iPhone
>
> On Aug 30, 2017, at 3:52 PM, Kelner, Robert <rkelner@cov.com<mailto:rkelner@cov.com>> wrote:
>
> Would you prefer to talk after dinner?  It's not urgent, but we do need to update you on a development.  I could talk later tonight if easier for you.
>
> Robert Kelner
>
> Covington & Burling LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001-4956
> T +1 202 662 5503 | rkelner@cov.com<mailto:rkelner@cov.com>
> www.cov.com<http://www.cov.com>
>
> <image001.jpg>
> This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.
>
> From: MTFLYNN [mailto:rpatriot@mailsol.net]
> Sent: Wednesday, August 30, 2017 3:49 PM

---

To: Kelner, Robert <rkelner@cov.com<mailto:rkelner@cov.com>>
Cc: Anthony, Stephen <santhony@cov.com<mailto:santhony@cov.com>>;
flynnlmmm@mailsol.net<mailto:flynnlmmm@mailsol.net>
Subject: Re: call?

Rob,

Five is good. We have dinner reservations at 5:30, so we will be in our car if that's okay.

Mike

Michael T Flynn
Lt. Gen. (R), U.S. Army
CEO, Resilient Patriot LLC
NYT Bestselling Author, The Field of Fight:
How We Can Win the War Against Radical Islam and Its Allies
https://www.amazon.com/Field-Fight-Global-Against-Radical/dp/1250106222

On Aug 30, 2017, at 15:31, Kelner, Robert <rkelner@cov.com<mailto:rkelner@cov.com>> wrote:
General, are you free for a call with me and Steve at 5pm today?

Robert Kelner

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com<mailto:rkelner@cov.com>
www.cov.com<http://www.cov.com>

<image001.jpg>
This message is from a law firm and may contain information that is confidential or legally privileged.
If you are not the intended recipient, please immediately advise the sender by reply e-mail that this
message has been inadvertently transmitted to you and delete this e-mail from your system. Thank
you for your cooperation.