# Fwd: Chief Judge Howell's Order re Manafort's FARA Lawyer

**From:** "Anthony, Stephen" <santhony@cov.com>
**To:** "Kelner, Robert" <rkelner@cov.com>, "Polack, Roger" <rpolack@cov.com>, "Chertoff, Michael" <mchertoff@cov.com>, "DeBold, Joshua" <jdebold@cov.com>, "Smith, Brian" <bdsmith@cov.com>, "Langton, Alexandra" <alangton@cov.com>
**Date:** Mon, 30 Oct 2017 21:49:25 -0400

I just had a flash of a thought that we should consider, among many many factors with regard to Bob Kelley, the possibility that the SCO has decided it does not have, wrt Flynn, the same level of showing of crime-fraud exception as it had wrt Manafort. And that the SCO currently feels stymied in pursuing a Flynn-lied-to-his-lawyers theory of a FARA violation. So, we should consider the conceivable risk that a disclosure of the Kelley declaration might break through a wall that the SCO currently considers impenetrable. Much to consider...

Sent from my iPhone

Begin forwarded message:

> **From:** "Anthony, Stephen" <santhony@cov.com>
> **Date:** October 30, 2017 at 9:32:19 PM EDT
> **To:** "Polack, Roger" <RPolack@cov.com>, "Kelner, Robert" <rkelner@cov.com>, "Chertoff, Michael" <mchertoff@cov.com>, "DeBold, Joshua" <jdebold@cov.com>, "Smith, Brian" <bdsmith@cov.com>, "Langton, Alexandra" <ALangton@cov.com>
> **Cc:** "Anthony, Stephen" <santhony@cov.com>
> **Subject: Chief Judge Howell's Order re Manafort's FARA Lawyer**
>
> Attached (if I succeeded in attaching).
>
> <f.pdf>
>
> Sent from my iPhone

Privileged/Attorney Work Product                                                                    Flynn_File_Transfer_00059051