UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

**DECLARATION OF LORI J. FLYNN**

I, Lori J. Flynn, understand the obligations of an oath. Being duly sworn, I state the following:

1. I am a citizen of the United States and more than 18 years old.

2. I am the wife of LTG Michael T. Flynn, U.S. Army, (Ret). We have been happily married for 38 years.

3. In late August of 2017, Mike and I were driving to meet friends for dinner. We were running late. Mike's attorneys at Covington & Burling called us, and we pulled over to the side of the road to take their call.

4. The discussion lasted about 15 minutes, and they relayed to us that Bijan Rafiekian was likely going to be indicted any day. They told us that it was possible that Rob could be called as a witness against Flynn Intel Group, which could pose a conflict of interest for them. They said we could hire a separate firm to represent FIG. I remember thinking we have invested so much time and money with Covington up to this point; the thought of changing law firms or adding another firm at this late date was scary. They assured us that

1

they would represent us zealously. Our impression was that ok, if there was a conflict, our lawyers saw no reason that they couldn't continue to represent us. We left the conversation thinking it was no big deal. Covington could handle it.

5. In early November, Mike and I met with Covington and discussed doing a proffer with the SCO. They said it was our decision, but that it might be a good way for the SCO to "see the real Gen. Flynn." Never did I understand how dangerous such an interview could be, given his imprecise memories during that time, or how detrimental to his case it could be, and never during that meeting did they advise us of any conflict created for the firm regarding FARA. The proffer was always referred to as a positive thing that they recommended would help him in the long run.

6. On November 30, 2017, Mike and I were led to the conference room at C&B to discuss the plea agreement and court appearance on December 1. We spent hours talking about how surreal it all was that we were in this situation because we knew Mike didn't lie to the FBI.

7. Steve Anthony went over a 302 and Steve showed all the statements where the SCO would say Mike lied.

8. Also, Steve said Mike could be charged with FARA charges as well.

9. They told us Mike would have no chance at a fair trial in a D.C. courtroom and that there was a 96% conviction rate.

10. They told us Mike would get the "Manafort" treatment and SCO would indict him the next day if he didn't accept the plea.

11. Most important was the fact that the SCO was considering charging our son Michael if Mike didn't accept the plea. That was unacceptable to us.

12. We had heard a rumor that the FBI agents didn't think Mike lied at all in the interview that occurred on January 24, 2017, so we asked Rob [Kelner] and Steve [Anthony] if there was any way they could call the SCO to specifically call the agents and ask if that was the case. Rob and Steve left the room and came back and said that both agents were sticking with their stories in the 302.

13. They both asked if we wanted some privacy to talk and we agreed. We couldn't believe there was no other way and the pressure we were facing was painful. With the understanding that the agents stood by the 302 and believed Mike lied to them, he accepted the plea agreement.

14. To the best of my recollection, the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 29th day of January, 2020.

*Lori J. Flynn*