# Re: talking points

| | |
|---|---|
| **From:** | "Anthony, Stephen" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa01.anthonysp"> |
| **To:** | "Kelner, Robert" <rkelner@cov.com> |
| **Date:** | Mon, 06 Nov 2017 20:46:59 -0500 |

Prepping a witness but will look at 10 pm. Thanks for doing.

Sent from my iPhone

On Nov 6, 2017, at 8:11 PM, Kelner, Robert <rkelner@cov.com<mailto:rkelner@cov.com>> wrote:

My day got away from me, and I am only now turning to batting out draft talking points for our 9am call with BVG and ZNA tomorrow.  See what you think of the points below:


Good morning.  We have spent a lot of time thinking about our discussions last week and talking the issues through with our client.

We've considered carefully your request to interview General Flynn under a proffer agreement.

To cut to the chase, we are prepared to bring him in to answer your questions.  As you proposed, we would hold questions on the Inovo contract for a subsequent proffer.

We will need some time to get him ready to meet with you, and having time to do that adequately is important to us.  We can talk about timing in a bit.

We do want to make a few things clear.

First, as we said when we met with you recently, General Flynn has always wanted to cooperate with the Special Counsel's investigation, and as Brandon may recall, even before the Special Counsel was appointed, we offered to answer questions about documents we were producing.

Second, we are very, very cognizant of the various risks of bringing a client who has been told he's a target in to be interviewed, with the limited immunity provided in a proffer letter (especially, if we may editorialize briefly, the rather stingy proffer letters currently in use by the Department of Justice....)

We are nonetheless taking those risks, and General Flynn is taking those risks, in the interest of cooperating as fully as we can, but also because we hope and expect that you will emerge from the proffer with a clearer view of the facts, which we believe should weigh heavily against any felony charges against General Flynn.  We want you to have the benefit of the information he can share, as you make the judgments that you need to make.

Finally, just to make sure that you do not misinterpret our decision to let General Flynn participate in the proffer, we do want to reiterate that we are firmly of the view that he did not commit any felony offenses.  There are no circumstances under which he would plea to a felony offense.  Regardless, even without any commitment by the SCO regarding charging decisions, he is prepared to be interviewed.


Robert Kelner

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com<mailto:rkelner@cov.com>
www.cov.com<http://www.cov.com>

<image001.jpg>
This message is from a law firm and may contain information that is confidential or legally privileged. If

you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

Attachments:
image001.jpg (2 KB)
http://cbentvault01dc.cov.com/EnterpriseVault/ViewMessage.asp?VaultId=18A5452219D0EAE4B83DD2B08CB4525721110000cbentvaultsite&SavesetId=201803070462125~201711070147010000~Z~F00B205650F0CAE0C9857BB58E0A5141&AttachmentId=1image001.jpg

<TABLE/></BODY></HTML>