# RE: status

| | |
|---|---|
| **From:** | "Kelner, Robert" <rkelner@cov.com> |
| **To:** | "Anthony, Stephen" <santhony@cov.com> |
| **Date:** | Wed, 15 Nov 2017 15:39:10 -0500 |

I have some thoughts on this. More questions than thoughts.

**Robert Kelner**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com
www.cov.com

## COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

> **From:** Anthony, Stephen
> **Sent:** Wednesday, November 15, 2017 2:44 PM
> **To:** Kelner, Robert <rkelner@cov.com>
> **Subject:** RE: status
>
> Dropping ccs: I was thinking during the BVG call that we (i.e., the general public) may see significant developments before Thanksgiving or the Monday following Thanksgiving.

> **From:** Kelner, Robert
> **Sent:** Wednesday, November 15, 2017 2:41 PM
> **To:** Smith, Brian <bdsmith@cov.com>; Polack, Roger <RPolack@cov.com>; Langton, Alexandra <ALangton@cov.com>; DeBold, Joshua <jdebold@cov.com>
> **Cc:** Anthony, Stephen <santhony@cov.com>; Chertoff, Michael <mchertoff@cov.com>
> **Subject:** status
>
> We finished prepping General Flynn for the proffer tomorrow and Friday.
>
> Steve and I just spoke with Brandon Van Grack. He said that if the proffer tomorrow and Friday "goes well," they likely would want Flynn to come back in Monday to proceed to the proffer on Turkey/Inovo/FARA. We said that we've not yet prepared him for that. Brandon said politely that because of time pressures they have related to something else in their investigation, he wasn't sure, but they might need to tell us to be prepared to do the Turkey proffer Monday. We said we would plan accordingly, and would be ready to prep him this weekend for a proffer session Monday. General Flynn was going to head to RI this weekend but we will tell him he needs to stay here. I will change some weekend travel plans to be ready for this.
>
> Alex and Roger: Because of this, we need to turn asap to pulling together Turkey/Inovo documents. Because that story is complex, I think we need an outline of how we will walk him through the Turkey/Inovo/FARA filing story and associated emails, texts, and documents. Alex, though you will be at the proffer tomorrow, you are probably in the best

position to craft the outline and to help oversee pulling this together, with help from Roger. Can you get started on it today?

Brian, are you around this weekend because if this goes forward, I'd like you to help prep him on Turkey/FARA?

To be clear, this all turns on whether tomorrow and Friday "go well," and they may have a very different idea of what "well" means than we do.

**Robert Kelner**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.