# RE: Brandon/Zainab call

| | |
|---|---|
| From: | "Kelner, Robert" <rkelner@cov.com> |
| To: | "Anthony, Stephen" <santhony@cov.com> |
| Date: | Thu, 16 Nov 2017 10:50:04 -0500 |

Though I would make a pretty good defense witness....

**Robert Kelner**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

> **From:** Anthony, Stephen
> **Sent:** Thursday, November 16, 2017 10:46 AM
> **To:** Kelner, Robert <rkelner@cov.com>
> **Subject:** RE: Brandon/Zainab call
>
> Ah.  I see.

> **From:** Kelner, Robert
> **Sent:** Thursday, November 16, 2017 10:45 AM
> **To:** Anthony, Stephen <santhony@cov.com>
> **Subject:** RE: Brandon/Zainab call
>
> Agree.  My point is that even if they don't try to DQ, we would litigate (likely) calling a Covington lawyer as a fact witness.
>
> **Robert Kelner**
>
> Covington & Burling LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001-4956
> T +1 202 662 5503 | rkelner@cov.com
> www.cov.com
>
> **COVINGTON**
>
> This message is from a law firm and may contain information that is confidential

or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Anthony, Stephen
**Sent:** Thursday, November 16, 2017 10:37 AM
**To:** Kelner, Robert <rkelner@cov.com>
**Subject:** Re: Brandon/Zainab call

Yes, although I don't read it as a threat to move to DQ us; rather, as a punctilious exercise in making sure the SCO isn't later criticized. Like: they are checking that box.

Sent from my iPhone

On Nov 16, 2017, at 10:30 AM, Kelner, Robert <rkelner@cov.com> wrote:

> Got it. Likely, as our client would say. If they raise it again with him there, I am going to repeat my point that we are prepared to litigate that issue aggressively.
>
> Sent from my iPhone
>
> On Nov 16, 2017, at 10:13 AM, Anthony, Stephen <santhony@cov.com> wrote:
>
>> Nothing to worry about. They wanted to ask what they'd previously asked: have we considered and disclosed to the client (a) RK's potentially being a fact witness and (b) Covington's own interest with respect to its prior advice to FIG/MF regarding FARA -- and that the client is OK proceeding with us? Answer: yes. I repeated what we had said in the face-to-face meeting: we are aware of those issues, and, while we are going to keep to ourselves the substance of our discussions with our client and don't waive any A/C privilege, I can assure them the client has been made aware of those matters as well, and that he has knowingly consented to going forward with us as his counsel. I added, with a little acerbity, that you and I are the firm's General Counsels, and that partners come to us for advice on these issues. They chuckled appreciatively. I believe what triggered

this is that a higher-up (Mueller, or maybe Dreeben) told them to make sure they had covered this with us.

Privileged/Attorney Work Product

Flynn_File_Transfer_00097424