# RE: FARA client development

| | |
|---|---|
| **From:** | "Smith, Brian" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa02.smithbd"> |
| **To:** | "Kelner, Robert" <rkelner@cov.com> |
| **Cc:** | "Anthony, Stephen" <santhony@cov.com> |
| **Date:** | Mon, 27 Nov 2017 17:25:09 -0500 |

I agree.  I had a conversation last week with Derek, encouraging him and Zack to take advantage of the environment while you and I are constrained from doing so.  I like the idea of client briefings, coupled with an advisory.  I'm happy to help draft the advisory and update our prior decks, of course.

All that said, I really worry about a press backlash if we launch something right on the heels of a plea.  I agree that the General won't mind, but we could take a beating in the press if it's too close to the plea.

With that in mind, we should definitely include Zack and Derek (to make it less of "Flynn's lawyers").  And I think some space from the plea is wise, notwithstanding the challenge that presents with the holidays and doing events while attention is high.

Honestly, I think the attention will remain high, and you doing an event on FARA will generate a lot of attention itself.


From: Kelner, Robert
Sent: Monday, November 27, 2017 3:32 PM
To: Smith, Brian <bdsmith@cov.com>
Cc: Anthony, Stephen <santhony@cov.com>
Subject: FARA client development

I've been thinking about this.  Assuming we reach a resolution of the Flynn case this week, after that resolution is fully public, including the FARA discussion, I would feel free to issue a meatier client advisory on FARA.  I am trying, as time permits, to work up a draft.  After that goes out, I am thinking we could do a client briefing in DC, one in NY, and one in LA.  We would need to generate a unique slide deck for this, based partly on the advisory.  We could perhaps divide and conquer, pairing with Zack and Derek, so that we could cover more locations quickly.  Just sending out announcements of the events would be good advertising.

This may be a lot to bite off, with the holidays coming up, but we may as well strike when the iron is hot, and I think Flynn would be fine with that, since the chances of our getting paid for his case are looking grim.

Steve, let me know if you see any issues with this.


Robert Kelner

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com<mailto:rkelner@cov.com>
www.cov.com<http://www.cov.com>

[cid:image002.jpg@01D367A3.7A8800E0]
This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

Attachments:
image002.jpg (2 KB)
http://cbentvault01dc.cov.com/EnterpriseVault/ViewMessage.asp?

Privileged/Attorney Work Product

VaultId=1C868D1B9E0E2BE49838A464981CCD7B91110000cbentvaultsite&SavesetId=201803302448300
~201711272225110000~Z~E110873AF19840241A95B58FB1FB5CC1&AttachmentId=1image002.jpg

```
<TABLE/></BODY></HTML>
```

Privileged/Attorney Work Product