# Israel representation

---

**From:** "Kelner, Robert" <rkelner@cov.com>
**To:** "Zakheim, Roger" <rzakheim@cov.com>, "Hindin, Doron" <dhindin@cov.com>, "Hester, Timothy" <thester@cov.com>, "Garland, James" <jgarland@cov.com>, "Anthony, Stephen" <santhony@cov.com>, "Smith, Brian" <bdsmith@cov.com>, "Parks, Zachary" <zparks@cov.com>
**Date:** Sat, 30 Dec 2017 12:59:58 -0500

---

I received a call this week letting me know that the Government of Israel decided not to retain us to provide FARA advice. While our work on the Flynn matter seems to have initially drawn them to us, the Prime Minister's Office apparently saw things differently and decided that our Flynn representation was a minus and not a plus. They were worried about optics. I suspect they may be worried about other things, too. So they will not be engaging us. They asked for references to other firms and I gave them a few names. Just wanted to let you all know.

Rob

Sent from my iPhone

Privileged/Attorney Work Product                                                                 Flynn_File_Transfer_00092103