# FW: Joe Pianka

| | |
|---|---|
| **From:** | "Kelner, Robert" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa01.kelnerrk"> |
| **To:** | BVG <bvg@usdoj.gov>, ZNA <zna@usdoj.gov> |
| **Cc:** | "Anthony, Stephen" <santhony@cov.com> |
| **Bcc:** | "Langton, Alexandra" <alangton@cov.com>, "Chertoff, Michael" <mchertoff@cov.com>, "Smith, Brian" <bdsmith@cov.com> |
| **Date:** | Mon, 29 Jan 2018 21:54:35 -0500 |

Brandon and Zainab:

We just received this rather disturbing email from the New York Times. We'd like to discuss this with you tomorrow.

Rob

**Robert Kelner**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com
www.cov.com

## COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Mark Mazzetti [mailto:mazzetti@nytimes.com]
**Sent:** Monday, January 29, 2018 8:36 PM
**To:** Kelner, Robert <rkelner@cov.com>
**Subject:** Joe Pianka

Can we talk? Tonight or tomorrow AM?
Our understanding is that Joe Pianka interviewed Flynn and went to IG and said he was pressured by McCabe to change 302. It's in IG report and one of the reasons Wray pushed McCabe to leave.
We've been told that Hill has informed Flynn and legal team

Sent from my iPhone