# Re: Plea Documents

**From:** "Kelner, Robert" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa01.anthonysp">
**To:** "Smith, Brian" <bdsmith@cov.com>
**Cc:** "Langton, Alexandra" <alangton@cov.com>, "Polack, Roger" <rpolack@cov.com>, "Chertoff, Michael" <mchertoff@cov.com>, "Anthony, Stephen" <santhony@cov.com>, "DeBold, Joshua" <jdebold@cov.com>
**Date:** Mon, 27 Nov 2017 20:05:52 -0500

Your point about the caveats in the FARA filings is one I made as well (not surprisingly).

Sent from my iPhone

On Nov 27, 2017, at 7:51 PM, Anthony, Stephen <santhony@cov.com<mailto:santhony@cov.com>> wrote:

All good points. Paragraph 2 of the Statement will grab a headline, no?

From: Smith, Brian
Sent: Monday, November 27, 2017 7:50 PM
To: Kelner, Robert <rkelner@cov.com<mailto:rkelner@cov.com>>; Langton, Alexandra <ALangton@cov.com<mailto:ALangton@cov.com>>; Polack, Roger <RPolack@cov.com<mailto:RPolack@cov.com>>; Chertoff, Michael <mchertoff@cov.com<mailto:mchertoff@cov.com>>; DeBold, Joshua <jdebold@cov.com<mailto:jdebold@cov.com>>
Cc: Anthony, Stephen <santhony@cov.com<mailto:santhony@cov.com>>
Subject: RE: Plea Documents

My reactions:

- The double negatives in the Information (and the Statement) are helpful in that they make the false statements hard to comprehend.
- The parts of the Statement that will get the most attention are paragraph 3.c. (conversation with "incoming NSC official") and paragraph 4.b. ("senior official from the Presidential Transition Team directed Flynn...").
- Paragraph 5 of the Statement (regarding FARA) is hardly brief or passing, as they suggested it would be. Several of the "false statements" are contradicted by the caveats or qualifications in the filing. For example, the Statement says "Flynn made" false statements that are, in the filing, attributed to Arent Fox and the accounting records.
- In page 5 of the Plea, he waives the right to be accompanied by counsel at subsequent interviews.

From: Kelner, Robert
Sent: Monday, November 27, 2017 6:31 PM
To: Langton, Alexandra <ALangton@cov.com<mailto:ALangton@cov.com>>; Smith, Brian <bdsmith@cov.com<mailto:bdsmith@cov.com>>; Polack, Roger <RPolack@cov.com<mailto:RPolack@cov.com>>; Chertoff, Michael <mchertoff@cov.com<mailto:mchertoff@cov.com>>; DeBold, Joshua <jdebold@cov.com<mailto:jdebold@cov.com>>
Cc: Anthony, Stephen <santhony@cov.com<mailto:santhony@cov.com>>
Subject: FW: Plea Documents

Draft plea papers from the SCO.

Robert Kelner

Covington & Burling LLP

One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com<mailto:rkelner@cov.com>
www.cov.com<http://www.cov.com>

<image001.jpg>
This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

From: BVG [mailto:BVG@usdoj.gov]
Sent: Monday, November 27, 2017 6:21 PM
To: Kelner, Robert <rkelner@cov.com<mailto:rkelner@cov.com>>; Anthony, Stephen <santhony@cov.com<mailto:santhony@cov.com>>
Cc: ZNA <ZNA@usdoj.gov<mailto:ZNA@usdoj.gov>>
Subject: Plea Documents

Rob and Steve, after our meeting this morning and subsequent discussions with the Special Counsel, attached is our proposed plea offer. Rather than call you right now to address all of the points you've raised, I'd propose that you first review the documents since they address some of your concerns. That would also give you the opportunity to raise any remaining questions or concerns now that you have the documents in hand. We're available to talk later this evening at your convenience or connect tomorrow at 11:15 (which unfortunately is the earliest we'd be able to talk tomorrow).

Please let us know.
Brandon

Brandon L. Van Grack
The Special Counsel's Office
(202) 514-0529


NOTICE:  This email (including any attachments) is intended for the use of the individual or entity to which it is addressed.  It may contain information that is privileged, confidential, or otherwise protected by applicable law.  If you are not the intended recipient (or the recipient's agent), you are hereby notified that any dissemination, distribution, copying, or use of this email or its contents is strictly prohibited.  If you received this email in error, please notify the sender immediately and destroy all copies.

Attachments:
image001.jpg (2 KB)
http://cbentvault01dc.cov.com/EnterpriseVault/ViewMessage.asp?VaultId=1C868D1B9E0E2BE49838A464981CCD7B91110000cbentvaultsite&SavesetId=201803302448307~201711280105540000~Z~E110813DB8751FA1BABE8C543E53FAD1&AttachmentId=1image001.jpg

<TABLE/></BODY></HTML>