UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| v. | **Criminal Action No. 17-232-EGS** |
| **MICHAEL T. FLYNN,** | |
| **Defendant.** | |

**[PROPOSED] ORDER**

Having considered Defendant's Motion to Dismiss, and for good cause shown, it is hereby ORDERED that:

This case is dismissed, with prejudice.

SO ORDERED.

Dated: _____                              _____
                                                                                                 Emmet G. Sullivan
                                                                                                 United States District Judge