UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>**Defendant** | Crim. No. 17-232 (EGS) |

### [PROPOSED] ORDER

On February 9, 2020, the government filed a Motion to Amend Briefing Schedule with Respect to the Defendant's Motion to Withdraw Plea of Guilty, in which the government requested that the Court amend the current briefing schedule for the defendant's motion to withdraw.

Upon consideration of the request, and for the reasons stated in the government's motion, it is hereby ORDERED that the current briefing schedule on the motion to withdraw is suspended.

It is further ORDERED that the government will file a status report with the Court no later than February 20, 2020, at 12 p.m.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge