# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | **Criminal Action No. 17-232-EGS** |

### MR. FLYNN'S RESPONSE AND NOTICE OF CONSENT TO THE GOVERNMENT'S MOTION TO STAY THE SCHEDULE

This morning, Sunday, February 9, 2020, the government filed two motions with this Court: First, a Motion to Amend Briefing Schedule, ECF No. 165; and, Second, a Motion for an Order Confirming Waiver of Attorney Client Privilege, ECF No. 164 ("Motion to Confirm Waiver"). Both the relief requested and the reasons underlying the government's Motion to Amend have changed since it conferred with the defense earlier last week. Given the government's Motion to Confirm Waiver, which raises issues the government did not mention previously, Michael T. Flynn ("Mr. Flynn") does not oppose the Court granting a stay of the briefing schedule with a status report due from the parties by February 20, 2020. However, it is imperative that Mr. Flynn have time to brief the issues raised by the government's new motion regarding the attorney-client privilege.

Pursuant to D.C. Local Criminal Rule 47, and because of the importance and complexity of the issues surrounding the attorney-client privilege, Mr. Flynn advises the Court and the government that he will file a response to the government's Motion to Confirm Waiver within the fourteen (14) days afforded him under this Court's rules. LCrR47(b). Furthermore, Mr. Flynn may

1

also request a meaningful opportunity to meet and confer with the government on the issues it has raised in its Motion regarding the Waiver of the Attorney-Client Privilege as it may be possible to resolve it by agreement. It will be February 17 or 18 before counsel for Mr. Flynn could arrange to attend such a meeting.

For these reasons, Mr. Flynn agrees and requests that the schedule be abated or stayed until further briefing by the parties and order of this Court.

Dated: February 9, 2020

Respectfully submitted,

/s/ Sidney Powell
Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd.,
Suite 300
Dallas, Texas 75219
Tel: 214-707-1775
sidney@federalappeals.com
Admitted *Pro Hac Vice*
molly@federalappeals.com
Admitted *Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

/s/ Jesse R. Binnall
Jesse R. Binnall
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
lmckasson@harveybinnall.com
Admitted *Pro Hac Vice*

Case 1:17-cr-00232-EGS   Document 166   Filed 02/09/20   Page 3 of 3


## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2020, a true and genuine copy of Mr. Flynn's Response to and Agreement with the Government's Motion to Stay was served by CM/ECF system to all counsel of record, including:

Timothy Shea, U.S. Attorney for the District of Columbia
Jocelyn Ballantine, Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

Respectfully submitted,

/s/  Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com