# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. No. 17-232 (EGS)** |
| **MICHAEL T. FLYNN,** | |
| **Defendant** | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE

The United States of America, by and through the U.S. Attorney for the District of Columbia, and Michael T. Flynn, through his counsel, file this joint status report to provide the Court with the current status of this matter and to seek a continuance for the filing of the parties' joint proposal confirming that, when he filed his Supplemental Motion to Withdraw claiming that Covington & Burling LLP's representation was constitutionally ineffective, the defendant waived the attorney-client privilege with respect to matters relating to his ineffectiveness claims. Counsel are working together to set forth terms that are necessary, ethical, and appropriate to enable the government to communicate with Covington & Burling LLP and address issues as to which Mr. Flynn waived the attorney-client privilege.

On February 10, 2020, the Court ordered the government to file a status report by no later than 12:00 PM on February 20, 2020, informing the Court of the status of the government's evaluation of the ineffective assistance of counsel claims in Mr. Flynn's Supplemental Motion to Withdraw his Plea of Guilty and proposing briefing deadlines.

On February 10, 2020, the Court also ordered the parties to meet and confer concerning the government's motion for an Order from this Court confirming the waiver of the attorney-client privilege with respect to Mr. Flynn's ineffective assistance of counsel claims against the law firm of Covington & Burling LLP. The Court further ordered the parties to file a joint

proposed order setting forth the terms of the waiver of the attorney-client privilege and the authorization of disclosure of information with respect to Mr. Flynn's ineffective assistance of counsel claims by no later than 12:00 PM on February 24, 2020.

The government and counsel for Mr. Flynn met on Tuesday, February 18, 2020, to confer about the waiver of attorney-client privilege. Prior to the meeting, the government drafted and shared with defense counsel a proposed order confirming the waiver of attorney-client privilege. The defense, in turn, drafted and shared with the government a proposed stipulation regarding claims of ineffective assistance of counsel, which, under the defense proposal, would be accompanied by a Court order.

Based on that meeting, the parties are optimistic that they will be able to reach an agreement as to a joint proposal by Friday, March 6, 2020. However, based on the issues before the Court, the parties believe additional time is necessary to, among other things, meet and confer to resolve any remaining disagreements as to the joint proposal.

Should the parties be unable to reach complete agreement at that time, we anticipate that we will be able to file a joint pleading with the Court setting forth the areas where we have reached agreement, and delineating the areas where we are unable to reach agreement for review by the Court. In the interest of permitting the parties time to reach a joint agreement, the parties jointly request that the Court continue the deadline for the parties to file its joint proposal to Friday, March 6, 2020, at 12:00 PM.

The government further requests that the Court extend its deadline to provide the Court with a proposed briefing schedule to permit the government to confer with attorneys from Covington & Burling LLP once the Court has confirmed the waiver of the attorney-client privilege with respect to the contested issues raised in the defendant's motion to withdraw his

guilty plea.  The government anticipates that it will be able to provide a status report to the Court concerning proposed briefing deadlines no later than March 20, 2020 at 12:00 PM.

    Wherefore the parties request that the Court continue the deadline for submission of a joint proposal regarding attorney-client privilege waiver no later than Friday, March 6, 2020, at 12:00 PM.  The government further requests that the Court extend the deadline by which the government must provide the Court with a status report concerning proposed briefing deadlines until Friday, March 20, 2020, at 12:00 PM.

                        Respectfully submitted,

| | |
|---|---|
| */s/ Jocelyn Ballantine* | */s/ Sidney Powell* |
| TIMOTHY J. SHEA | SIDNEY POWELL |
| U.S. Attorney for the District of Columbia | JESSE BINNALL |
| | Attorneys for Defendant |
| JOCELYN BALLANTINE | |
| Assistant United States Attorney | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>       **Defendant** | **Crim. No. 17-232 (EGS)** |

### [PROPOSED] ORDER

On February 20, 2020, the parties filed a joint status report and motion to continue the certain deadlines pertaining to the defendant's motion to withdraw.

Upon consideration of the request, and for the reasons stated in the parties' joint motion, it is hereby ORDERED that parties will file their joint proposal regarding attorney-client privilege waiver no later than Friday, March 6, 2020, at 12:00 PM.

IT IS FURTHER ORDERED that the government will file a status report concerning proposed briefing deadlines no later than Friday, March 20, 2020, at 12:00 PM.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge