UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## [PROPOSED] ORDER

On February 20, 2020, the parties filed a joint status report and motion to continue the certain deadlines pertaining to the defendant's motion to withdraw.

Upon consideration of the request, and for the reasons stated in the parties' joint motion, it is hereby ORDERED that parties will file their joint proposal regarding attorney-client privilege waiver no later than Friday, March 6, 2020, at 12:00 PM.

IT IS FURTHER ORDERED that the government will file a status report concerning proposed briefing deadlines no later than Friday, March 20, 2020, at 12:00 PM.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge