UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>                    **Defendant** | Crim. No. 17-232 (EGS) |

## STATUS REPORT

The United States of America, by and through the U.S. Attorney for the District of Columbia, files this status report. On February 27, 2020, the Court ordered the parties to file a joint proposed order setting forth the terms of the waiver of the attorney-client privilege and the authorization of disclosure of information with respect to Mr. Flynn's ineffective assistance of counsel claims by no later than 12:00 PM on March 6, 2020. On March 6, the parties filed a Joint Stipulation and submitted a joint proposed Order, consistent with the District of Columbia Rules of Professional Conduct Rule 1.6, proposing that Covington and Burling, LLP ("Covington") be ordered to take all actions reasonably necessary to respond to defendant Flynn's specific allegations of ineffective assistance of counsel. The Court issued this Order on the afternoon of March 6, 2020.

Government counsel shared this Order with Covington on the afternoon of March 6, 2020. Since that time, as required by the Order, Covington has been reviewing its files and determining whether the information it has identified is "reasonably necessary" to respond to the "specific allegations" made by the defendant in his motions to withdraw his plea. The government has recently received a production of partially-redacted documents relevant to this inquiry from Covington (which have been shared with defense counsel, who is already in possession of

unredacted versions previously produced to them by Covington), and expects to receive additional documents and materials over the next two weeks.

On February 27, 2020, the Court ordered the government to provide a status report concerning proposed briefing deadlines no later than 12 p.m. on March 20, 2020. In light of the preventative measures that the government and Covington are taking in response to the COVID-19 pandemic, and the government's expectation that it will receive additional relevant materials from Covington in the next two weeks, the government respectfully asks this Court to allow the government two additional weeks to provide a further status update or, if feasible, a proposed briefing schedule.

Wherefore the government asks this Court to order it to provide a further status update or, if feasible, a proposed briefing schedule, no later than 12 p.m. on April 3, 2020.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar 437437

By: /s/ Jocelyn Ballantine
Jocelyn Ballantine
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

Dated: March 20, 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

### [PROPOSED] ORDER

On March 20, 2020, the government filed a status report, in which the government requested that the Court direct the government to provide a further status update or, if feasible, a proposed briefing schedule, no later than 12 p.m. on April 3, 2020.

Upon consideration of the request, it is hereby ORDERED that the government will provide a further status update or, if feasible, a proposed briefing schedule, no later than 12 p.m. on April 3, 2020.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge