**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MICHAEL T. FLYNN,** <br><br> **Defendant** | **Crim. No. 17-232 (EGS)** |

## STATUS REPORT

The United States of America, by and through the U.S. Attorney for the District of Columbia, files this status report. On February 27, 2020, the Court ordered the parties to file a joint proposed order setting forth the terms of the waiver of the attorney-client privilege and the authorization of disclosure of information with respect to Mr. Flynn's ineffective assistance of counsel claims by no later than 12:00 PM on March 6, 2020. On March 6, the parties filed a Joint Stipulation and submitted a joint proposed Order, consistent with the District of Columbia Rules of Professional Conduct Rule 1.6, proposing that Covington and Burling, LLP ("Covington") be ordered to take all actions reasonably necessary to respond to defendant Flynn's specific allegations of ineffective assistance of counsel. The Court issued this Order on the afternoon of March 6, 2020.

Government counsel shared this Order with Covington on the afternoon of March 6, 2020. As required by the Order, Covington has provided timely and substantial productions "reasonably necessary" to respond to the "specific allegations" made by the defendant in his motions to withdraw his plea. To date, the government has received multiple productions of partially-redacted documents relevant to this inquiry from Covington (which have been shared with defense counsel, who is already in possession of unredacted versions previously produced to them by Covington). These documents are voluminous, span numerous topics that arose during Covington's 30-month

representation of Mr. Flynn, and include many pages of sometimes difficult-to-decipher handwritten notes. The government needs additional time to digest this information and any additional information that Covington may provide.

On March 27, 2020, the Court ordered the government to provide a status report informing the Court of the status of the production from Covington & Burling LLP or, if feasible, proposing a briefing schedule, by no later than 12 p.m. on April 3, 2020. The government is working diligently to review the materials provided to it by Covington. The government also anticipates at least one additional production of materials from Covington next week. In order to allow the government adequate time to review the materials that have been produced and to request, receive, and review any follow-up information or documents, the government respectfully asks this Court to allow the government three additional weeks to provide a further status update and, if feasible, a proposed briefing schedule.

Wherefore the government asks this Court to order it to provide a further status update and, if feasible, a proposed briefing schedule, no later than 12 p.m. on April 24, 2020.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar 437437

By: /s/ Jocelyn Ballantine
Jocelyn Ballantine
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

Dated: April 3, 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## [PROPOSED] ORDER

On April 3, 2020, the government filed a status report, in which the government requested that the Court direct the government to provide a further status update or, if feasible, a proposed briefing schedule, no later than 12 p.m. on April 24, 2020.

Upon consideration of the request, it is hereby ORDERED that the government will provide a further status update or, if feasible, a proposed briefing schedule, no later than 12 p.m. on April 24, 2020.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge