UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>MICHAEL T. FLYNN,<br><br>    Defendant | Crim No.: 17-232 (EGS) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL NOTICE
REGARDING TRANSFER OF CASE FILE TO SUCCESSOR COUNSEL**

Covington & Burling LLP, former counsel to Defendant Michael T. Flynn, respectfully requests leave to file a Supplemental Notice Regarding Transfer of Case File to Successor Counsel. The proposed Notice, which is attached, provides information to the Court regarding Covington's transfer of its file of its representation of Mr. Flynn.

April 8, 2020

Respectfully submitted,

_____
Robert K. Kelner (D.C. Bar No. 466880)
Stephen P. Anthony (D.C. Bar No. 426536)
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of April 2020, I caused the foregoing to be sent by electronic mail to the following:

Jocelyn S. Ballantine
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7252
jocelyn.ballantine2@usdoj.gov

Jesse R. Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
(703) 888-1943
jbinnall@harveybinnall.com

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, FL 32163
(352) 399-0531
wwh@hodeslaw.com

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd. #300
Dallas, TX 75219
(214) 707-1775
sidney@federalappeals.com

/s/ Robert K. Kelner

Robert K. Kelner
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> *v.* <br><br> **MICHAEL T. FLYNN,** <br><br> **Defendant** | **Crim No.: 17-232 (EGS)** |

### [PROPOSED] ORDER

Upon consideration of Covington & Burling LLP's Motion for Leave to File Supplemental Notice Regarding Transfer of Case File to Successor Counsel, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Covington & Burling LLP's Supplemental Notice Regarding of Transfer of Case File to Successor Counsel is deemed filed in the above-captioned proceeding.

SO ORDERED.

_____, 2020

_____
The Honorable Emmet G. Sullivan
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MICHAEL T. FLYNN,**<br><br>        **Defendant** | **Crim No.: 17-232 (EGS)** |

**COVINGTON & BURLING LLP'S SUPPLEMENTAL NOTICE
REGARDING TRANSFER OF CASE FILE TO SUCCESSOR COUNSEL**

     Covington & Burling LLP ("Covington") submits this Supplemental Notice to provide information to the Court about the transfer of the case file to successor counsel. On July 25, 2019, Covington & Burling LLP filed a Notice Regarding Transfer of Case File to Defendant's New Counsel (Doc. 99). That Notice informed the Court that Covington had transferred its working case file in this case to new counsel within days of the termination of its representation of Mr. Flynn, and that we had then turned to identifying, collecting and transferring a large body of emails, text messages, handwritten notes, time records, voicemails, hard copy documents, and other records that were not maintained in that working case file during the ordinary course of business. Having finished that process, we stated that "the firm's transfer of its case file to General Flynn's new counsel is now complete."

     In reviewing materials in response to the Court's March 6, 2020 Order (Doc. 174) to respond to Mr. Flynn's specific allegations in his Supplemental Motion to Withdraw Plea of Guilty (Doc. 160), however, we have found emails and two pages of handwritten notes that were not previously transferred to successor counsel. With respect to the emails, this appears to have resulted from errors in the process of collecting and searching electronic materials that were not

contained in the working case file. The two pages of notes appear to have been inadvertently missed during the file transfer process. Today, we made a supplemental transfer to Mr. Flynn's current counsel of the emails and notes identified to date as not having been transferred previously. We are in the process of working with our information technology personnel, as expeditiously as possible, to determine what other materials were not captured by the prior electronic searches and to collect and transfer them promptly to Mr. Flynn's current counsel. We will apprise the Court when this is completed and will provide any further information that the Court requires.

April 8, 2020                                          Respectfully submitted,

                                                       /s/ RLK
                                                       _____
                                                       Robert K. Kelner (D.C. Bar No. 466880)
                                                       Stephen P. Anthony (D.C. Bar No. 426536)
                                                       Covington & Burling LLP
                                                       One City Center
                                                       850 Tenth Street, NW
                                                       Washington, DC 20001-4956
                                                       (202) 662-6000