## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **MICHAEL T. FLYNN,** | **Crim. No. 17-232 (EGS)** |
| **Defendant** | |

### STATUS REPORT

The United States of America, by and through the U.S. Attorney for the District of Columbia, files this status report.  On February 27, 2020, the Court ordered the parties to file a joint proposed order setting forth the terms of the waiver of the attorney-client privilege and the authorization of disclosure of information with respect to Mr. Flynn's ineffective assistance of counsel claims by no later than 12:00 PM on March 6, 2020.  On March 6, the parties filed a Joint Stipulation and submitted a joint proposed Order, consistent with the District of Columbia Rules of Professional Conduct Rule 1.6, proposing that Covington and Burling, LLP ("Covington") be ordered to take all actions reasonably necessary to respond to defendant Flynn's specific allegations of ineffective assistance of counsel.  The Court issued this Order on the afternoon of March 6, 2020.  On April 3, 2020, the Court ordered the government to provide a status report informing the Court of the status of the production from Covington & Burling LLP or, if feasible, proposing a briefing schedule, by no later than 12 p.m. on April 24, 2020.

As required by the Court's Order of March 6, Covington has provided to the government five timely and substantial productions of documents "reasonably necessary" to respond to the "specific allegations" made by the defendant in his motions to withdraw his plea.  On April 23, 2020, Covington provided the government with signed declarations from four Covington attorneys.  The government promptly produced these declarations to defense counsel; in total, the

declarations comprise more than 100 pages of text and more than 500 pages of partly-redacted exhibits.[1]

The declarations are detailed, and span numerous topics that arose during Covington's 30-month representation of Mr. Flynn. The government needs additional time to review these declarations and to determine whether it needs to conduct any interviews of Covington personnel or to seek additional declarations or supporting documents. Should any issues arise that the government and Covington are unable to resolve, the government will file a motion with the Court, along with any relevant declarations and exhibits, for resolution.

In order to allow the government adequate time to review the declarations and exhibits that have been produced by Covington and to conduct any additional inquiries, the government respectfully asks this Court to allow the government two additional weeks to provide a further status update and, if feasible, a proposed briefing schedule.

Wherefore the government asks this Court to order it to provide a further status update and, if feasible, a proposed briefing schedule, no later than 12 p.m. on May 8, 2020.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar 437437

By: */s/ Jocelyn Ballantine*
Jocelyn Ballantine
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

Dated:  January 24, 2020

---

[1]     The government anticipates that these declarations and exhibits will become part of the record in this case in the course of the pending litigation. If the Court wishes to review these materials *in camera* prior to any such filing, the government would promptly produce them upon request.