UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

### [PROPOSED] ORDER

On April 24, 2020, the government filed a status report, in which the government requested that the Court direct the government to provide a further status update or, if feasible, a proposed briefing schedule, no later than 12 p.m. on May 8, 2020.

Upon consideration of the request, it is hereby ORDERED that the government will provide a further status update or, if feasible, a proposed briefing schedule, no later than 12 p.m. on May 8, 2020.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge