# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## NOTICE OF DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files with the Court its most recent discovery correspondence in this case.

           Respectfully submitted,

           TIMOTHY J. SHEA
           United States Attorney
           D.C. Bar 437437

           By: */s/ Jocelyn Ballantine*
           Jocelyn Ballantine
           Assistant United States Attorney
           555 4th Street NW
           Washington, D.C. 20530

Dated: April 24, 2020
*Enclosure*