UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | Criminal Action No. 17-232-EGS |

**SUPPLEMENT TO MR. FLYNN'S MOTION TO DISMISS
FOR EGREGIOUS GOVERNMENT MISCONDUCT**

On January 29, 2020, Michael T. Flynn ("Mr. Flynn") submitted his Motion to Dismiss for Egregious Government Misconduct and in the Interest of Justice. ECF No. 162. Mr. Flynn now files this brief Supplement to his Motion to Dismiss for Government Misconduct. This afternoon, the government produced to Mr. Flynn stunning *Brady* evidence that proves Mr. Flynn's allegations of having been deliberately set up and framed by corrupt agents at the top of the FBI. It also defeats any argument that the interview of Mr. Flynn on January 24, 2017 was material to any "investigation." The government has deliberately suppressed this evidence from the inception of this prosecution—knowing there was no crime by Mr. Flynn.

In addition, Mr. Flynn's counsel has found further evidence of misconduct by Mr. Van Grack specifically. Not only did he make baseless threats to indict Michael G. Flynn, he made a side deal not to prosecute Michael G. Flynn as a material term of the plea agreement, but he required that it be kept secret between himself and the Covington attorneys expressly to avoid the requirement of *Giglio v. United States*, 405 U.S. 150 (1972). Exs. 1, 2.

1

Since August 2016 at the latest, partisan FBI and DOJ leaders conspired to destroy Mr. Flynn. These documents show in their own handwriting and emails that they intended either to create an offense they could prosecute or at least get him fired. Then came the incredible malfeasance of Mr. Van Grack's and the SCO's prosecution despite their knowledge there was no crime by Mr. Flynn. All this new evidence, and the government has advised there is more to come, proves that the crimes were committed by the FBI officials and then the prosecutors. The government's misconduct in this case is beyond shocking and reprehensible. It mandates dismissal.

Furthermore, this Court should order the government immediately to provide the defense with unredacted copies of the documents in Exhibit 3, filed under seal. Those documents were filed under seal solely in an abundance of caution because the government produced them under the protective order, and we request that they be unsealed. Consequently, Mr. Flynn is filing Exhibit 3 to this Supplement contemporaneously and asks that the Court promptly unseal the document.

This case is a shameful blight on the American justice system. "The first duties of the officers of the law are to prevent, not to punish crime. It is not their duty to incite to and create crime for the sole purpose of prosecuting and punishing it. . . [I]t is unconscionable, contrary to public policy, and to the established law of the land to punish a man for the commission of an offense of the like of which he had never been guilty, either in thought or in deed, and evidently never would have been guilty of if the officers of the law had not inspired, incited, persuaded, and lured him to attempt to commit it." *Sorrells v. United States*, 287 U.S. 435, 444-45 (1932) (quoting *Butts v. United States*, 273 F. 35, 38 (8th Cir. 1921)).

For the reasons above, and those previously briefed, this Court must dismiss this concocted prosecution of General Flynn in full recognition of the travesty of justice that it is.

Dated: April 20, 2020                    Respectfully submitted,

/s/ Jesse R. Binnall                                       /s/ Sidney Powell
Jesse R. Binnall                                            Sidney Powell
Lindsay R. McKasson                                Molly McCann
Harvey & Binnall, PLLC                            Sidney Powell, P.C.
717 King Street, Suite 300                         2911 Turtle Creek Blvd.,
Alexandria, VA 22314                                Suite 300
Tel: (703) 888-1943                                      Dallas, Texas 75219
Fax: (703) 888-1930                                    Tel: 214-707-1775
jbinnall@harveybinnall.com                      sidney@federalappeals.com
lmckasson@harveybinnall.com                Admitted *Pro Hac Vice*
Admitted *Pro Hac Vice*                           molly@federalappeals.com
                                                                        Admitted *Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020 a true and genuine copy of this Motion to Seal and Unseal was served via electronic mail by the Court's CM/ECF system to all counsel of record, including:

Timothy J. Shea, U.S. Attorney for the District of Columbia
Brandon L. Van Grack, Special Assistant U.S. Attorney
Jocelyn Ballantine, Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

    Respectfully submitted,

    /s/  Jesse R. Binnall
    Jesse R. Binnall, VSB# 79272
    HARVEY & BINNALL, PLLC
    717 King Street, Suite 300
    Alexandria, VA 22314
    Tel: (703) 888-1943
    Fax: (703) 888-1930
    jbinnall@harveybinnall.com