# Exhibit 1

Agenda for tomorrow ███████████████

---

**From:** "Kelner, Robert" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa01.kelnerrk">
**To:** "Anthony, Stephen" ███████████
**Date:** Mon, 19 Mar 2018 21:58:44 -0400

---

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████ We have a lawyers' unofficial understanding that they are unlikely to charge Junior in light of the Cooperation Agreement. ████████████████████████
███████████████████████████████████████

**Robert Kelner**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the