# Exhibit 2

# RE: Memo to MTF

| | |
|---|---|
| **From:** | "Kelner, Robert" ▮▮▮▮▮ |
| **To:** | "Anthony, Stephen" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa01.anthonysp"> |
| **Cc:** | "Smith, Brian" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa02.smithbd">, "Langton, Alexandra" <"/o=covington & burling/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=54610707d47f404ba9511efe701f1f09-lang"> |
| **Date:** | Tue, 27 Mar 2018 13:23:10 -0400 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Robert Kelner**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | ▮▮▮▮▮
www.cov.com

## COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

---

**From:** Anthony, Stephen
**Sent:** Tuesday, March 27, 2018 12:19 PM
**To:** Kelner, Robert ▮▮▮▮▮
**Cc:** Langton, Alexandra ▮▮▮▮▮ ; Smith, Brian ▮▮▮▮▮
**Subject:** RE: Memo to MTF
**Importance:** High

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The only exception is the reference to Michael Jr.  The government took pains not to give a promise to MTF regarding Michael Jr., so as to limit how much of a "benefit" it would have to disclose as part of its Giglio disclosures to any defendant against whom MTF may one day testify. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮