UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim No.: 17-232 (EGS)** |

**MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL NOTICE
REGARDING TRANSFER OF CASE FILE TO SUCCESSOR COUNSEL**

Covington & Burling LLP, former counsel to Defendant Michael T. Flynn, respectfully requests leave to file a Second Supplemental Notice Regarding Transfer of Case File to Successor Counsel. The proposed Notice, which is attached, provides further information to the Court regarding Covington's transfer of its file of its representation of Mr. Flynn.

April 28, 2020

Respectfully submitted,

_____
Robert K. Kelner (D.C. Bar No. 466880)
Stephen P. Anthony (D.C. Bar No. 426536)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of April 2020, I caused the foregoing to be sent by electronic mail to the following:

Jocelyn S. Ballantine
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7252
jocelyn.ballantine2@usdoj.gov

Jesse R. Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
(703) 888-1943
jbinnall@harveybinnall.com

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, FL 32163
(352) 399-0531
wwh@hodeslaw.com

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd. #300
Dallas, TX 75219
(214) 707-1775
sidney@federalappeals.com

/s/ Robert K. Kelner

Robert K. Kelner
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000