UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim No.: 17-232 (EGS)** |

## [PROPOSED] ORDER

Upon consideration of Covington & Burling LLP's Motion for Leave to File Second Supplemental Notice Regarding Transfer of Case File to Successor Counsel, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Covington & Burling LLP's Second Supplemental Notice Regarding Transfer of Case File to Successor Counsel is deemed filed in the above-captioned proceeding.

SO ORDERED.

_____, 2020

_____
The Honorable Emmet G. Sullivan
United States District Judge