

U.S. Department of Justice

Timothy J. Shea
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 29, 2020

<u>*Via Email*</u>

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

        Re:    *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

      As we disclosed by letter dated April 24, 2020, beginning in January 2020, at the direction of Attorney General William P. Barr, the United States Attorney for the Eastern District of Missouri ("USA EDMO") has been conducting a review of the Michael T. Flynn investigation.  The enclosed documents were obtained and analyzed by USA EDMO in March and April 2020, and are provided to you as a result of this ongoing review; additional documents may be forthcoming.[1]  These materials are covered by the Protective Order entered by the Court on February 21, 2018.

                                             Sincerely,

                                             TIMOTHY J. SHEA
                                             United States Attorney
                      By:     /s/
                                             Jocelyn Ballantine
                                             *Assistant United States Attorney*

Enclosures

---

[1]    Note that the enclosed spreadsheet (DOJSCO-700023473 – DOJSCO700023475), which contains messages between and among various Bureau personnel, is an index and another detailed version of these messages is forthcoming.