UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

**SECOND SUPPLEMENT TO MOTION TO DISMISS
FOR EGREGIOUS GOVERNMENT MISCONDUCT**

On April 29, 2020, the government produced to the defense a second tranche comprised of eleven pages, including emails and additional Strzok-Page text messages. *See Brady v. Maryland*, 373 U.S. 83 (1963) and this Court's standing order, ECF No. 10.  The second production bears Bates labeled as DOJSCO – 700023465 through DOJSCO – 700023475. The government then produced to Mr. Flynn a redacted version of those documents, agreed as suitable for filing upon the public docket ("Redacted Production"). These documents further support Mr. Flynn's Motion to Dismiss for Egregious Government Misconduct and in the Interest of Justice. ECF No. 162. The Redacted Production is attached in its entirety as Exhibit 1.

Dated: April 30, 2020            Respectfully submitted,

/s/ Jesse R. Binnall                    /s/ Sidney Powell
Jesse R. Binnall                        Sidney Powell
Lindsay R. McKasson                     Molly McCann
Harvey & Binnall, PLLC                  Sidney Powell, P.C.
717 King Street, Suite 300              2911 Turtle Creek Blvd.,
Alexandria, VA 22314                    Suite 300
Tel: (703) 888-1943                     Dallas, Texas 75219
Fax: (703) 888-1930                     Tel: 214-707-1775

| | |
|---|---|
| jbinnall@harveybinnall.com<br>lmckasson@harveybinnall.com<br>Admitted *Pro Hac Vice* | sidney@federalappeals.com<br>Admitted *Pro Hac Vice*<br>molly@federalappeals.com<br>Admitted *Pro Hac Vice* |

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2020 a true and genuine copy of this Second Supplement to Motion to Dismiss for Egregious Government Misconduct and in the Interest of Justice was served via electronic mail by the Court's CM/ECF system to all counsel of record, including:

Timothy J. Shea, U.S. Attorney for the District of Columbia
Brandon L. Van Grack, Special Assistant U.S. Attorney
Jocelyn Ballantine, Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

>Respectfully submitted,
>
>/s/  Jesse R. Binnall
>Jesse R. Binnall, VSB# 79272
>HARVEY & BINNALL, PLLC
>717 King Street, Suite 300
>Alexandria, VA 22314
>Tel: (703) 888-1943
>Fax: (703) 888-1930
>jbinnall@harveybinnall.com