

U.S. Department of Justice

Timothy J. Shea
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 29, 2020

<u>*Via Email*</u>

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

        Re:    *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

        As we disclosed by letter dated April 24, 2020, beginning in January 2020, at the direction of Attorney General William P. Barr, the United States Attorney for the Eastern District of Missouri ("USA EDMO") has been conducting a review of the Michael T. Flynn investigation. The enclosed documents were obtained and analyzed by USA EDMO in March and April 2020, and are provided to you as a result of this ongoing review; additional documents may be forthcoming.[1] These materials are covered by the Protective Order entered by the Court on February 21, 2018.

                                              Sincerely,

                                              TIMOTHY J. SHEA
                                              United States Attorney
                        By:      <u>  /s/                 </u>
                                              Jocelyn Ballantine
                                              *Assistant United States Attorney*

Enclosures

---

[1]     Note that the enclosed spreadsheet (DOJSCO-700023473 – DOJSCO700023475), which contains messages between and among various Bureau personnel, is an index and another detailed version of these messages is forthcoming.

**EC for review** ███████████

**From:** ███████████████████████████████
**To:**
**Date:** Wed, 04 Jan 2017 13:49:46 -0500
**Attachments:** Closing_Communication.pdf (106.65 kB)

███████████████████████████████████
███████████████████████████████████

==================================================

TRANSITORY RECORD
███

<<...>>

==================================================
████████████████

SUBJECT TO PROTECTIVE ORDER                                          DOJSCO - 700023465

FD-1057 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** ▓▓▓ Closing Communication        **Date:** 01/04/2017

**From:** WASHINGTON FIELD
   ▓▓▓
        **Contact:** ▓▓▓

**Approved By:** ▓▓▓

**Drafted By:** ▓▓▓

**Case ID #:** ▓▓▓    ▓▓▓ CROSSFIRE RAZOR
FOREIGN AGENTS REGISTRATION ACT - RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** ▓▓▓ To document the closing of captioned case.

▓▓▓

**Details:**

▓▓▓ The FBI opened captioned case based on an articulable factual basis that CROSSFIRE RAZOR (CR) may wittingly or unwittingly be involved in activity on behalf of the Russian Federation which may constitute a federal crime or threat to the national security. The FBI predicated the investigation on predetermined criteria set forth by the CROSSFIRE HURRICANE (CH) investigative team based on an assessment of reliable lead information received during the course of the investigation. Specifically, CR was cited as an adviser to then Republican presidential candidate DONALD J. TRUMP for foreign policy issues since February 2016; CR had ties to various state-affiliated entities of the Russian Federation, as reported by open source information; and CR traveled to Russia in December 2015, as reported by open source information. Additionally, CR has an active TS/SCI clearance.

▓▓▓

Title: ▮▮▮▮▮ Closing Communication
Re: ▮▮▮▮▮, 01/04/2017

▮▮▮▮ The goal of the investigation was to determine whether the captioned subject, associated with the Trump campaign, was directed and controlled by and/or coordinated activities with the Russian Federation in a manner which is a threat to the national security and/or possibly a violation of the Foreign Agents Registration Act, 18 U.S.C section 951 *et seq*, or other related statutes.

▮▮▮▮ Following the initiation of captioned case, the CH Team conducted a check of logical databases for any derogatory information on CROSSFIRE RAZOR. No derogatory information was identified in FBI holdings.

▮▮▮▮ The FBI requested that ▮▮▮▮▮▮▮▮▮▮▮▮ for any derogatory information on CROSSFIRE RAZOR. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ The ▮▮ found no derogatory information in their holdings on CROSSFIRE RAZOR.

▮▮▮▮ In addition to ▮▮▮▮, the FBI requested that ▮▮ conduct a search of its holdings for any derogatory information on CROSSFIRE RAZOR. No derogatory information was reported back to the FBI.

▮▮▮▮ The CH investigative team also addressed this investigation through CHS reporting CROSSFIRE RAZOR for any derogatory or lead information. As such CH contacted an established FBI CHS to query about CR. During the debriefing the CHS relayed an incident s/he witnessed when CROSSFIRE RAZOR (CR) spoke at the ▮▮▮▮▮▮ in the ▮▮▮▮▮▮. The CHS was unsure of the date, but noted that CROSSFIRE RAZOR was still in his/her position within the USIC. [Writer's note: per open source, CR spoke at ▮▮▮▮▮▮ on ▮▮▮▮▮.] The CHS advised that after CR spoke and socialized with members of ▮▮▮▮▮▮▮▮ at dinner and over drinks, members of ▮▮ ▮▮▮▮▮▮ got CR a cab to take CR to the train station to bring

SUBJECT TO PROTECTIVE ORDER                              DOJSCO - 700023467

Title: ███████ Closing Communication
Re: ███████ 01/04/2017

him/her to ████. The CHS stated that a ████████████████ surprised everyone and got into CR's cab and joined CR on the train ride to ████. The CHS stated that s/he was somewhat suspicious of ██████, as ██ has been affiliated with several prominent members of ████████████. The CHS believes that ████████ father may be a Russian Oligarch living in ████████. The CHS could not provide further information on CR and ████████ trip.

████████ The CH investigative team checked ████████ name through available FBI databases for any derogatory information with negative results. A formal ████████████████████ was submitted to ██████ for any derogatory information. ████████ reported no derogatory information in its holdings.

████████ Analysis was conducted on known CR travel. This analysis utilized records ████████████████████████████████ as well as ████ and ████ records. In addition to historical travel analysis, the FBI initiated surveillance on a certain Russian subject ████████████ ████████████████████████████████████████████████ to determine if there was contact between him and CROSSFIRE RAZOR. No contact between the two individuals was observed by the surveillance teams covering the event.

████████ In addition to CHS reporting, ████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████

████████ Following the compilation of the above information, the CH team determined that CROSSFIRE RAZOR was no longer a viable candidate as part of the larger CROSSFIRE HURRICANE umbrella case. A review of logical ████████████████ databases did not yield any information on which to predicate further investigative efforts. While a CHS provided some information on CR's interaction with ████████ the absence of derogatory information on ████ limited the investigative value of the information. The writer notes that since CROSSFIRE RAZOR was not specifically named as an agent of a foreign power by the original

3

Title: ██████ Closing Communication
Re: ██████, 01/04/2017

CROSSFIRE HURRICANE predicated reporting, the absence of any derogatory information or lead information from these logical sources reduced the number of investigative avenues and techniques to pursue. Per the direction of FBI management, CROSSFIRE RAZOR was not interviewed as part of the case closing procedure.

██████ The FBI is closing this investigation. If new information is identified or reported to the FBI regarding the activities of CROSSFIRE RAZOR, the FBI will consider reopening the investigation if warranted.

♦♦



4

From: "\"strzok\" < >,\"peter p. \"\" < ppstrzok         >"
To: PRIESTAP <-@->, E. W. <jcboone@        >,                                <          >,
Cc: CORSI <-@->, DINA M. <dmcorsi@        >
Date: Sat, 21 Jan 2017 19:13:31 -0500

CROSSFIRE TYPHOON:

CROSSFIRE RAZOR: Provide a defensive briefing to him about CROSS WIND and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
Beyond that, I am not certain. I think my preference would be to provide him a defensive briefing about ▓▓▓▓, put him on notice, and see what he does with that. If that's not possible, then continue to monitor. We need to discuss what happens if DOJ directs us, or directly tells, VPOTUS or anyone else about the ▓▓▓▓▓▓▓ specifically w/r/t what we do directly with him. I think it will be very difficult not to do some sort of overt step with him, a defensive briefing or interview under light "defensive briefing" pretext, unless WH specifically directs us not to.
CROSS WIND

CROSSFIRE TYPHOON:

**RE:** -- █████

From: █████
To: STRZOK <-@->, PETER P. <jcmoffa█████>, PAGE <-@->, LISA C. <lcpage█████>
Date: Sun, 22 Jan 2017 09:23:06 -0500

█████

----------------------------------------------======

TYPHOON: █████

RAZOR: Based on his position, would we usually tell him about Wind and █████? I'd be interested in letting that play out a bit before he tells them and the whole thing goes underground. But if we usually tell the WH, then I think we should do what we would normally do. At the very least, I think we need to debrief or interview Razor (unless told not to). I think █████ will get to him regardless so we should try to frame them in a way we want.

Good with the plan for CROSS WIND and █████ █████

█████

-----Original Message-----
From: STRZOK, PETER P. (CD) (FBI)
Sent: Saturday, January 21, 2017 7:30 PM
To: MOFFA, JONATHAN C. (CD) (FBI); █████ (OGC) (FBI); PAGE, LISA C. (OGC) (FBI)
Subject: FW: -- █████

█████

----------------------------------------------======

To the Magnificent Three, I of course hope you comment/support/disparage all of this as you see fit.

-----Original Message-----
From: STRZOK, PETER P. (CD) (FBI)
Sent: Saturday, January 21, 2017 7:14 PM
To: PRIESTAP, E. W. (CD) (FBI) <EWPRIESTAP█████>; BOONE, JENNIFER C. (CD) (FBI) <JCBOONE█████>; MOFFA, JONATHAN C. (CD) (FBI) <JCMOFFA█████>; █████ (CD) (FBI) █████
Cc: CORSI, DINA M. (CD) (FBI) <DMCORSI█████>
Subject: -- █████

█████

==========

CROSSFIRE TYPHOON: █████

SUBJECT TO PROTECTIVE ORDER   DOJSCO - 700023471

CROSSFIRE RAZOR: Provide a defensive briefing to him about CROSS WIND and ▓▓▓▓. Beyond that, I am not certain. I think my preference would be to provide him a defensive briefing about ▓▓▓, put him on notice, and see what he does with that. If that's not possible, then continue to monitor. We need to discuss what happens if DOJ directs us, or directly tells, VPOTUS or anyone else about the ▓▓▓▓ specifically w/r/t what we do directly with him. I think it will be very difficult not to do some sort of overt step with him, a defensive briefing or interview under light "defensive briefing" pretext, unless WH specifically directs us not to.

CROSS WIND: ▓▓▓▓

CROSSFIRE TYPHOON: ▓▓▓▓

==================================================
▓▓▓▓

==================================================
▓▓▓▓

==================================================
▓▓▓▓

SUBJECT TO PROTECTIVE ORDER

| Corrected Date | Corrected Time | Sender | Recipient | Content/Notes |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 4-Jan-17 | 2:11 PM | Strzok | ▮ | Hey if you havent closed ▮ don't do it yet |
| 4-Jan-17 | 2:12 PM | Strzok | ▮ | Sorry, RAZOR |
| 4-Jan-17 | 2:14 PM | Strzok | ▮ | Hey if you havent closed RAZOR, don't do so yet |
| 4-Jan-17 | 2:15 PM | ▮ | Strzok | Okay |
| 4-Jan-17 | 2:15 PM | Strzok | ▮ | Still open, right? |
| 4-Jan-17 | 2:15 PM | Strzok | ▮ | And youre case agent? Going to send you ▮ for the file |
| 4-Jan-17 | 2:15 PM | ▮ | Strzok | I have not closed it, I'll double check to see if ▮ had done it. |
| 4-Jan-17 | 2:17 PM | ▮ | Strzok | Still open and I'm still listed as the Case Manager (had to double check) |
| 4-Jan-17 | 2:18 PM | Strzok | ▮ | Rgr. I couldn't raise ▮ earlier. Pls keep it open for now |
| 4-Jan-17 | 2:17 PM | ▮ | Strzok | Will do |
| 4-Jan-17 | 2:19 PM | Strzok | Page | Razor still open.  :@ but serendipitously good, I guess. You want those chips and oreos? |
| 4-Jan-17 | 2:19 PM | Page | Strzok | phew. |
| 4-Jan-17 | 2:20 PM | Page | Strzok | But yeah, that's amazing that he is still open.  Good, I guess. |
| 4-Jan-17 | 2:20 PM | Strzok | Page | Yeah, our utter incompetence actually helps us.  20% of the time, I'm guessing :) |
| 4-Jan-17 | 2:21 PM | ▮ | Strzok | Anything I can help with? |
| 4-Jan-17 | 2:21 PM | Strzok | ▮ | Just need to relay to him not to close RAZOR yet.  I talked with ▮ |
| 4-Jan-17 | 2:22 PM | ▮ | Strzok | Oh, OK |
| 4-Jan-17 | 2:22 PM | ▮ | Strzok | What's up? |
| 4-Jan-17 | 2:22 PM | Strzok | ▮ | Need to decide what to do with him w/r/t the ▮ |
| 4-Jan-17 | 2:22 PM | Strzok | ▮ | 7th floor involved |
| 4-Jan-17 | 2:23 PM | ▮ | Strzok | I heard that might be the case yesterday.  Did DD send that material over? |
| 4-Jan-17 | 2:23 PM | ▮ | Strzok | ▮ has been handling RAZOR's closure -- do you want me to reach out to him? |

SUBJECT TO PROTECTIVE ORDER

DOJSCO - 700023473

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 4-Jan-17 | 2:24 PM | Strzok | ▮ | Yes |
| 4-Jan-17 | 2:24 PM | ▮ | Strzok | Will do |
| 4-Jan-17 | 2:24 PM | Strzok | ▮ | Hey don't close RAZOR |
| 4-Jan-17 | 2:24 PM | Strzok | ▮ | actually, just got him on Lync |
| 4-Jan-17 | 2:24 PM | Strzok | ▮ | Has he been doing the bulk of the work on him?> |
| 4-Jan-17 | 2:25 PM | ▮ | Strzok | He's been doing some of the stuff more recently |
| 4-Jan-17 | 2:25 PM | Strzok | ▮ | Actually, his green bubble just turned yellow, pls do try and reach him |
| 4-Jan-17 | 2:25 PM | ▮ | Strzok | Will do |
| 4-Jan-17 | 2:27 PM | ▮ | Strzok | ok |
| 4-Jan-17 | 2:28 PM | ▮ | Strzok | should I be concerned? |
| 4-Jan-17 | 2:28 PM | Strzok | ▮ | Possibly. Will know more in a bit |
| 4-Jan-17 | 2:29 PM | Strzok | ▮ | I'll lync you in 10-15 |
| 4-Jan-17 | 2:29 PM | ▮ | Strzok | ok |
| 4-Jan-17 | 3:59 PM | ▮ | ▮ | have you seen the latest ▮ ? |
| 4-Jan-17 | 3:59 PM | ▮ | ▮ | on the yellow side? yes ... ▮ |
| 4-Jan-17 | 3:59 PM | ▮ | ▮ | to give you a thumb nail i heard pete say, "Andy and ▮ will interview...." |
| 4-Jan-17 | 3:59 PM | ▮ | ▮ | yep |
| 4-Jan-17 | 3:59 PM | ▮ | ▮ | lemme get more clarity before i give you more |
| 4-Jan-17 | 4:00 PM | ▮ | ▮ | ▮ meaning Preistep, correct? |
| 4-Jan-17 | 4:08 PM | ▮ | ▮ | nope - ▮ |
| 23-Jan-17 | 6:37 AM | Strzok | Page | We'll see, about Bill. He was pretty adamant about what Andy it said with regard to that. And he mentioned on Saturday that he had several conversations |
| 23-Jan-17 | 6:37 AM | Strzok | Page | with Andy. Bill sense with it and he wanted to know why we had to go aggressively doing these things, openly. I worry Bill isn't getting the underlying d |
| 23-Jan-17 | 6:37 AM | Strzok | Page | istinction that I think is clear. But maybe I'm wrong. |

SUBJECT TO PROTECTIVE ORDER

DOJSCO - 700023474

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 24-Jan-17 | 6:46 AM | Strzok | ▮ | Hi - sorry I missed you yesterday. About to email you questions for Andy to think about in advance of his call with Flynn. I'm sure he's thought of them already, but just in case |
| 24-Jan-17 | 9:27 AM | Strzok | Page | ☹☹☹☹ Bill just told ▮ and me that he brought up - again, th |
| 24-Jan-17 | 9:27 AM | Strzok | Page | is time in front of D - ▮. Didn't know he was going to d |
| 24-Jan-17 | 9:27 AM | Strzok | Page | o that. |
| 24-Jan-17 | 9:29 AM | Page | Strzok | Yeah, dd is frustrated. Going into mtg. |
| 24-Jan-17 | 9:29 AM | Page | Strzok | Don't repeat |
| 24-Jan-17 | 9:30 AM | Strzok | Page | I won't. Bill said D started going one way and DD cut him off. I'd be frustrated too |
| 10-Feb-17 | 5:37 PM | Page | Strzok | This document pisses me off.? You didn't even attempt to make this cogent and readable.? This is lazy work on your part. |
| 10-Feb-17 | 10:10 PM | Strzok | Page | Lisa, you didnt see it before my edits that went into what I sent you. I was 1) trying to completely re-write the thing so as to save ▮ voice and 2) get it out to you for general review and comment in anticipation of needing it soon. I greatly appreciate your time in reviewing and your edits. I incorporated them. Thank you. |
| 10-Feb-17 | 10:11 PM | Strzok | Page | shoudl say 1) trying to not completely re-write.... |
| 10-Feb-17 | 10:11 PM | Strzok | Page | should |
| 10-Feb-17 | 10:11 PM | Strzok | Page | f*ck. |
| 10-Feb-17 | 10:11 PM | Strzok | Page | I did the edits better than I'm IMing |

**SUBJECT TO PROTECTIVE ORDER**

**DOJSCO - 700023475**