**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| *v.* | **Crim No.: 17-232 (EGS)** |
| **MICHAEL T. FLYNN,** | |
| **Defendant** | |

**[PROPOSED] ORDER**

Upon consideration of Covington & Burling LLP's Motion for Leave to File Notice of

Compliance with the Court's April 28, 2020 Minute Order, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Covington & Burling LLP's Notice of Compliance with the Court's

April 28, 2020 Minute Order is deemed filed in the above-captioned proceeding.

SO ORDERED.


_____, 2020                    _____
                                          The Honorable Emmet G. Sullivan
                                          United States District Judge