UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

[PROPOSED] ORDER

This matter is before the Court on Michael Flynn's Motion to Compel and Response to Covington & Burling's Discovery Certification.  For the reasons stated therein, Mr. Flynn's motion is GRANTED and Covington & Burling, LLP is again directed that it shall forthwith produce to Mr. Flynn's successor counsel all documents or communications concerning the firm's previous representation of Mr. Flynn.

So ordered.

Dated: _____                    _____
                                          Emmitt G. Sullivan
                                          United States District Judge