UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

### NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Brandon L. Van Grack as counsel for the government in the above-captioned matter.

Respectfully submitted,

/s/ Brandon L. Van Grack

Brandon L. Van Grack
Chief, FARA Unit
National Security Division
950 Pennsylvania Ave., NW
Washington, DC 20530

May 7, 2020