**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>          **Defendant** | **Crim. No. 17-232 (EGS)** |

## [PROPOSED] ORDER

On May 7, 2020, the government filed a Motion to Dismiss the Criminal Information Against the Defendant Michael T. Flynn, in which the government moved to dismiss with prejudice the criminal information filed in this case pursuant to Federal Rule of Criminal Procedure 48 and as an exercise of its prosecutorial discretion.

Upon consideration of the request, and for the reasons stated in the government's motion, the government's motion is hereby GRANTED.

It is further ORDERED that criminal information filed in this case will be dismissed with prejudice.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge