# EXHIBIT 2

FD-1057 (Rev. 5-8-10)


OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** ███ Opening of the CROSSFIRE RAZOR Investigation.  **Date:** 08/16/2016

**From:** NEW YORK
      **Contact:** ███

**Approved By:** ███
STRZOK PETER P II

**Drafted By:** ███

**Case ID #:** ███  ███ CROSSFIRE RAZOR
FOREIGN AGENTS REGISTRATION ACT - RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** ███ Opening EC for the CROSSFIRE RAZOR investigation.



**Full Investigation Initiated:** 08/16/2016

**Details:**
███ The FBI is opening a full investigation based on an articulable factual basis that reasonably indicates that CROSSFIRE RAZOR (CR) may wittingly or unwittingly be involved in activity on behalf of the Russian Federation which may constitute a federal crime or threat to the national security. The FBI is predicating the investigation on predetermined criteria set forth by the CROSSFIRE HURRICANE investigative team based on an assessment of reliable lead information received during the course of the investigation. Specifically, CR has been cited as an adviser to the Trump team on foreign policy issues February 2016; he has ties to various state-affiliated entities of the Russian

Declassified by FBI - C58W88B61
on 5/4/2020
This redacted version only

Title: ███████ Opening of the CROSSFIRE RAZOR investigation.
Re: ███████, 08/16/2016

Federation, as reported by open source information; and he traveled to Russia in December 2015, as reported by open source information. Additionally, CR has an active TS/SCI clearance.

███████ The goal of the investigation is to determine whether the captioned subject, associated with the Trump Team, is being directed and controlled by and/or coordinating activities with the Russian Federation in a manner which may be a threat to the national security and/or possibly a violation of the Foreign Agents Registration Act, 18 U.S.C section 951 *et seq*, or other related statutes.

███████ As the captioned subject is prominent in a domestic political campaign, the FBI has categorized this investigation as a sensitive investigative matter (SIM) and considered the factors set forth in DIOG 10.1.3. Based on the facts and circumstances provided to date, the FBI believes that opening this investigation on captioned subject is the least intrusive method to addressee the serious national security risk posed by the activities alleged.

♦♦