## code section at question

**From:** "\"page\" < >,\"lisa c. \"\" < >"
**To:** Baker <-@->, James A. <james.baker@▮▮▮▮▮▮>
**Date:** Wed, 04 Jan 2017 09:43:45 -0500

18 USC 953

**SUBJECT TO PROTECTIVE ORDER**                         **DOJSCO - 700023476**

# [No Subject]

| | |
|---|---|
| From: | "\"strzok\" < >,\"peter p. \"\" < peter.strzok@█████>" |
| To: | Page <-@->, Lisa C. <lisa.page@█████> |
| Date: | Wed, 04 Jan 2017 09:52:37 -0500 |
| Attachments: | RL33265.pdf (254.22 kB) |

18 USC 953
Any citizen of the United States, wherever he may be, who, without authority of the United States, directly or indirectly commences or carries on any correspondence or intercourse with any foreign government or any officer or agent thereof, with intent to influence the measures or conduct of any foreign government or of any officer or agent thereof, in relation to any disputes or controversies with the United States, or to defeat the measures of the United States, shall be fined under this title or imprisoned not more than three years, or both.

This section shall not abridge the right of a citizen to apply, himself or his agent, to any foreign government or the agents thereof for redress of any injury which he may have sustained from such government or any of its agents or subjects.

(June 25, 1948, ch. 645, 62 Stat. 744; Pub. L. 103–322, title XXXIII, § 330016(1)(K), Sept. 13, 1994, 108 Stat. 2147.)

And because I am awesome, an excellent CRS piece on the Logan Act from 2015. All the legislative history they cite does not involve incoming administrations. Of note,
"The discussion of whether the act is currently viable may hinge on the fact that, despite its having been law for more than 200 years, no one has been prosecuted for violating it. Its viability may
also involve constitutional issues, such as freedom of speech and right to travel, mentioned above, since these constitutional issues appear not to have been litigated with respect to the Logan Act."

**SUBJECT TO PROTECTIVE ORDER**

**DOJSCO - 700023477**

**RE:**

**From:** "\"page\" < >,\"lisa c. \"\" < >"
**To:** Strzok <-@->, Peter P. <peter.strzok@▮▮▮>
**Date:** Wed, 04 Jan 2017 09:59:01 -0500

You are awesome. Thank you.

-----Original Message-----
From: Strzok, Peter P. (CD) (FBI)
Sent: Wednesday, January 04, 2017 9:53 AM
To: Page, Lisa C. (OGC) (FBI) <Lisa.Page@▮▮▮>
Subject:

18 USC 953
Any citizen of the United States, wherever he may be, who, without authority of the United States, directly or indirectly commences or carries on any correspondence or intercourse with any foreign government or any officer or agent thereof, with intent to influence the measures or conduct of any foreign government or of any officer or agent thereof, in relation to any disputes or controversies with the United States, or to defeat the measures of the United States, shall be fined under this title or imprisoned not more than three years, or both.

This section shall not abridge the right of a citizen to apply, himself or his agent, to any foreign government or the agents thereof for redress of any injury which he may have sustained from such government or any of its agents or subjects.

(June 25, 1948, ch. 645, 62 Stat. 744; Pub. L. 103-322, title XXXIII, § 330016(1)(K), Sept. 13, 1994, 108 Stat. 2147.)

And because I am awesome, an excellent CRS piece on the Logan Act from 2015. All the legislative history they cite does not involve incoming administrations. Of note, "The discussion of whether the act is currently viable may hinge on the fact that, despite its having been law for more than 200 years, no one has been prosecuted for violating it. Its viability may also involve constitutional issues, such as freedom of speech and right to travel, mentioned above, since these constitutional issues appear not to have been litigated with respect to the Logan Act."

SUBJECT TO PROTECTIVE ORDER

DOJSCO - 700023478

# Logan Act

From: "\"page\" < >,\"lisa c. \"\" < >"
To: amg.dd@
Date: Wed, 04 Jan 2017 12:27:36 -0500

Here's the text of the Logan Act:

18 U.S. Code § 953 – Private correspondence with foreign governments
Any citizen of the United States, wherever he may be, who, without authority of the United States, directly or indirectly commences or carries on any correspondence or intercourse with any foreign government or any officer or agent thereof, with intent to influence the measures or conduct of any foreign government or of any officer or agent thereof, in relation to any disputes or controversies with the United States, or to defeat the measures of the United States, shall be fined under this title or imprisoned not more than three years, or both.
This section shall not abridge the right of a citizen to apply, himself or his agent, to any foreign government or the agents thereof for redress of any injury which he may have sustained from such government or any of its agents or subjects.
(June 25, 1948, ch. 645, 62 Stat. 744; Pub. L. 103–322, title XXXIII, § 330016(1)(K), Sept. 13, 1994, 108 Stat. 2147.)

**SUBJECT TO PROTECTIVE ORDER**

**DOJSCO - 700023479**