# EXHIBIT 9

From: "\"strzok\" < >,\"peter p. \"\" < ppstrzok          >"
To: PRIESTAP <-@->, E. W. <jcboone@           >, MOFFA <-@->, JONATHAN C. <mfvaracalli@           >,
    MOYER <-@->, SALLY ANNE <jtrhule@           >, AUTEN <-@->, BRIAN J. <jpientka@           >
Cc: CORSI <-@->, DINA M. <dmcorsi@           >
Date: Sat, 21 Jan 2017 19:13:31 -0500

CROSSFIRE TYPHOON:

CROSSFIRE RAZOR: Provide a defensive briefing to him about CROSS WIND and
 Beyond that, I am not certain. I think my preference would be to provide him a defensive briefing about         put him
on notice, and see what he does with that. If that's not possible, then continue to monitor. We need to discuss what
happens if DOJ directs us, or directly tells, VPOTUS or anyone else about the              specifically w/r/t what we do
directly with him. I think it will be very difficult not to do some sort of overt step with him, a defensive briefing or interview
under light "defensive briefing" pretext, unless WH specifically directs us not to.
CROSS WIND:

CROSSFIRE TYPHOON:

SUBJECT TO PROTECTIVE ORDER

**RE:** -- ▮▮▮▮▮▮▮▮▮▮

**From:** "\"moyer\" < >,\"sally anne \"\" < samoyer▮▮▮▮▮▮▮▮>"
**To:** STRZOK <-@->, PETER P. <jcmoffa▮▮▮▮▮▮>, PAGE <-@->, LISA C. <lcpage▮▮▮▮▮▮>
**Date:** Sun, 22 Jan 2017 09:23:06 -0500

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**TYPHOON:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**RAZOR:** Based on his position, would we usually tell him about Wind and ▮▮▮▮▮▮? I'd be interested in letting that play out a bit before he tells them and the whole thing goes underground. But if we usually tell the WH, then I think we should do what we would normally do. At the very least, I think we need to debrief or interview Razor (unless told not to). I think ▮▮▮ will get to him regardless so we should try to frame them in a way we want.

Good with the plan for CROSS WIND and ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

-----Original Message-----
From: STRZOK, PETER P. (CD) (FBI)
Sent: Saturday, January 21, 2017 7:30 PM
To: MOFFA, JONATHAN C. (CD) (FBI); MOYER, SALLY ANNE (OGC) (FBI); PAGE, LISA C. (OGC) (FBI)
Subject: FW: -- ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To the Magnificent Three, I of course hope you comment/support/disparage all of this as you see fit.

-----Original Message-----
From: STRZOK, PETER P. (CD) (FBI)
Sent: Saturday, January 21, 2017 7:14 PM
To: PRIESTAP, E. W. (CD) (FBI) <EWPRIESTAP▮▮▮▮▮▮>; BOONE, JENNIFER C. (CD) (FBI) <JCBOONE▮▮▮▮▮▮>; MOFFA, JONATHAN C. (CD) (FBI) <JCMOFFA▮▮▮▮▮▮>; VARACALLI, MICHAEL F. (CD) (FBI) <MFVARACALLI▮▮▮▮▮▮>; MOYER, SALLY ANNE (OGC) (FBI) <SAMOYER▮▮▮▮▮▮>; RHULE, JEFFREY T. (WF) (FBI) <JTRHULE▮▮▮▮▮▮>; AUTEN, BRIAN J. (CD) (FBI) <BJAUTEN▮▮▮▮▮▮>; PIENTKA, JOE (WF) (FBI) <JPIENTKA▮▮▮▮▮▮
Cc: CORSI, DINA M. (CD) (FBI) <DMCORSI▮▮▮▮▮▮>
Subject: -- ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**CROSSFIRE TYPHOON:** ▮▮▮▮▮▮▮▮▮▮

SUBJECT TO PROTECTIVE ORDER

CROSSFIRE RAZOR: Provide a defensive briefing to him about CROSS WIND and ▮▮▮▮ Beyond that, I am not certain. I think my preference would be to provide him a defensive briefing about ▮▮▮, put him on notice, and see what he does with that. If that's not possible, then continue to monitor. We need to discuss what happens if DOJ directs us, or directly tells, VPOTUS or anyone else about the ▮▮▮▮▮▮ specifically w/r/t what we do directly with him. I think it will be very difficult not to do some sort of overt step with him, a defensive briefing or interview under light "defensive briefing" pretext, unless WH specifically directs us not to.

CROSS WIND: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CROSSFIRE TYPHOON: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

===============================================
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

===============================================
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

===============================================
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Potential Qs for DD's call** 

From: "\"strzok\" < >,\"peter p. \"\" <
To: 
Cc: BAKER <-@->, JAMES A. <
Date: Tue, 24 Jan 2017 06:46:58 -0500

I'm sure he's thought through these, but for DD's consideration about how to answer in advance of his call with Flynn:

Am I in trouble?

Am I the subject of an investigation?

Is it a criminal investigation?

Is it an espionage investigation?

Do I need an attorney?

Do I need to tell Priebus? The President?

Will you tell Priebus? The President?

Will you tell the WH what I tell you?

What happens to the information/who will you tell what I tell you?

Will you need to interview other people?

Will our interview be released publically? Will the substance of our interview be released?

How long will this take (depends on his cooperation – I'd plan 45 minutes)?

Can we do this over the phone?

I can explain all this right now, I did this, this, this [do you shut him down? Hear him out? Conduct the interview if he starts talking? Do you want another agent/witness standing by in case he starts doing this?]

Thanks,

Pete

# RE: Question regarding 1001

**From:** ███████████████████
**To:** Page <-@->, Lisa C. <peter.strzok███████
**Date:** Mon, 23 Jan 2017 22:04:41 -0500

I haven't read the policy lately, but if I recall correctly, you can say it at any time. I'm 90 percent sure about that, but I can check in the am.

--

-------- Original message --------
From: "Page, Lisa C. (OGC) (FBI)" <█████████████>
Date: 01/23/2017 9:30 PM (GMT-05:00)
To: ████████(OGC) (FBI)" <███████████████, "Strzok, Peter P. (CD) (FBI)" <███████████████
Subject: Question regarding 1001

███, I have a question for you. Could the admonition re 1001 be given at the beginning at the interview? Or does it have to come following a statement which agents believe to be false? Does the policy speak to that? (I feel bad that I don't know this but I don't remember ever having to do this! Plus I've only charged it once in the context of lying to a federal probation officer).

It seems to be if the former, then it would be an easy way to just casually slip that in. "Of course as you know sir, federal law makes it a crime to..."

## Question regarding 1001

| | |
|---|---|
| From: | "\"page\" < >,\"lisa c. \"\" ▮" |
| To: | ▮ <peter.strzok▮ |
| Date: | Mon, 23 Jan 2017 21:30:41 -0500 |

▮, I have a question for you. Could the admonition re 1001 be given at the beginning at the interview? Or does it have to come following a statement which agents believe to be false? Does the policy speak to that? (I feel bad that I don't know this but I don't remember ever having to do this! Plus I've only charged it once in the context of lying to a federal probation officer).

It seems to be if the former, then it would be an easy way to just casually slip that in. "Of course as you know sir, federal law makes it a crime to..."

**SUBJECT TO PROTECTIVE ORDER**

**DOJSCO - 700022701**