# EXHIBIT 12

1430

4 subjects

2 calls ① TRUMP - PUTIN CALL SET-UP
② Exchange HOLIDAY GREETINGS
③ Offering condolences for lives lost RUSSIAN plane crash
④ SYRIA conference on ISIS

DIA 1st invited inside GRU Headquarters OPD. All approved. 4 day trip. Summer 2013
Kislyak - I don't know if I met with him. Very appreciative. Sergun - GRU Dir - in uniform. Set-up visit
big visit him to come to US. 28th Feb 2014. Went to Crimea - $more to def.
Next time. Trip to Russia so much press unbelievable. Never paid by media.
Did RT, Alzajeera, Sky, NBC etc. Speakers Bureau LAI. Requests to speak
in Moscow @ RT. At RT 10th Anniversary. I was paid for that. Speakers Bureau paid
me. They took 25%. I may have. Sergun heart attack in Lebanon. He was like me.
Similar background. Sons. Heard daily - send condolences. Really wasn't part of
Campaign. Really thought Sergun was okay we could work with. Connection fight
Terrorism, Chechnya combat scars. Talked @ Afghanistan. Turkish Ambassador killed
4+1       20 Jan - up to probably spoken to 30 countries. Multiple people in countries
Chum     Only Russia Kislyak. Direction
w/
Russia    Common partner in these things. I know Trump/Putin get along. Figure out
Iran      paths work with Russia. Russia and Turk. Syria. Common problem. That was it.
ISIS     Before Christmas. Mid December. Called next day. He said his family love. Christmas
→        day - plane crash. Russian USO. Cyber stash @ my dinner. Took opportunity
         to pass condolences. Trying to keep relationship. CJ'S - Kept conversation.

DOJSCO-700021196

No offense Russia - Kislyak (counterpart)   Vacay Dom Republic
28th Dec Tuesday - he sends me a text. Can you call me? I don't see it.
24 hours later. Call you in 15-20 mins. I took ahead Dom Republic.
Asked me. Set-up VTC Putin/Trump - 21st. Have him good into
Conference in Astana, Kazakh, Russia, Turkey, Iran, opposition groups
Sent U sends poison. Ø got back to him. Probably only this post week.
Make decision for representation - FRI/SAT. Obscure.
Russia wants lead role for Mid East peace. US. Turkey under wing.
Lack of engagement. Email - meet in person. Met in NY post election.
Closed door meeting Jared Kushner.
Been to Rosens - before I went to speak at Spoken Bureau
DIA briefing prior. Intel courtesy to see Ambo 30-45 mins. Son w/ TT
Late midpart of day. Ambassador, University Club. NY meet in Nov
Maybe before Thanksgiving. He was in NY. Relatively sensitive meeting JK &
Sensitive - countries Ø want White House to know. No personal relationship Trump Tower
Set expectations - set YKU for countries.                                       w/ h.
UN vote - settlements - US good/view: under. Yeah so 22nd December. Litany countries
got Susie  where stood on that vote. UK. Several. Egypt, Israel, Maybe France. Maybe Kislyak
Get a Strong abstain, veto, abstain. This very
More where they stand. I Ø believe we would change anything. There
needed to be so many to abstain. 14 countries permanent council 5+9.
Only US abstain. US.        wasn't Hey if you do this it will be that
Senegal came up - how much    Kind of thing, Hey where do
                                      you stand.
Ø please consider voting this way?
    No. Where do you stand? What's position
    Egypt. Ø like it. Other channels. Do/ayou on own accord.
DRILL Exercise - how fast can you get someone on the line - BATTLE DRILL.
    NK - how do we act? How respond?
Mar-Lago - Friday or Thursday, right before Christmas. Board us in.
                                                                DOJSCO-700021197

Transition of Govt. Policy

Kislyak - RoPP? 29th spoke. Don't. The conversation was on VTC, Astana. Think, I had no TV, My Govt Blackberry

Ø recollection? Not really, I don't remember. Hey don't do anything. Total surprise. I didn't know about it until media.

Cyber Briefing - Decision. What

Kislyak - start off on good foot. Looking forward to relationship.
  I wouldn't understand it. I can understand pub of exe.
  Start good relationship. Move forward.
  I Ø remember making 4-5 calls if I did lousy place to call.
  Ø long drawn out about don't do something.

Ezra

I person here. Approached Hope Hicks - Someone introduced.
Close to Trump.

Hope Hicks, John McEntee, Dan Scavino
  Leak of Govt Classified Handling, Electronic devices,
  Real world examples, here is what is in play. Threat
  Maybe we take adversarial.

Contact w/ GOP Trump campaign thru many
W/K thru GOP contact
Who, purpose, form
  In person?
  Email?
  Phone?
Calls: Approx how many? Logs

1st to be invited GRU HQ GRD Summer '13 4 day trip
Rishyde knew not sure if then
Sergun GRU head wc
28 Feb '14 visit to US but then Crimea cancelled

Most trips to Russia
  Doing media stuff but not paid
  RT on several times + Al Jazeera Skyy + many others
CAI Speakers bureau : speak in Moscow re ME —
  RT 10th anniv
  1-1 panel discussion    CAI set up + paid him
                                            Contracted + hotel fee $75k
Heard Sergun had heart attack @ Lebanon

Died in Lebanon + called Kislyak to send condolences around death

Not part of Sergeun - felt us could work w/ him

Common fighting Terr scors Chechnya + AF

Nerd fire Turk Ambo killed post-election

Up to 20 Jan spoke easily 30 different countries + multiple people w/in countries

Kislyak only person in Russia

4 + 1   PRC DPRK Iran Russia ISIS

If cannon partner

Short call: Sorry it happened, common enemy, in radical Islam, that was it — before Xmas mid-Dec day after assassination

(Xmas day airplane crash USO equiv)

Called w/ condolences for crash + that was it

Goal: keep relationship going

Xmas day vacation to Dom Rep 5 days

28th (Tues): Kislyak sends text: Can you call
didn't see text till 29th not checking

29th I'll call 15-20 min

K asked: Can we set up VTC btwn A-T for 1/15?
Conference in Astana: Rus (sent us some), Turk Iran, oppo groups (from Damb)
My level? No, someone lower
will get back, but didn't until this past night

Didn't decide until this Fri-Sat to attend

Rus wants lead in ME peace   we want Turkey

in Nov early on before Thanksgiving
Grads of more admin
Met in NY post-election, came to Trump Tower w/
Jared Kushner
Been to Trump before speaking
Did due diligence prep, then saw Ambo &
~~Ends~~ prior Amb rus.
~~30~~-45 min courtesy call

Kislyak in NY mtg w/ UN Ambo & + JK @ Trump Tower

Treasury sanctions still ~~voting~~. Treasury action

He wasn't aware of mtg, sounded like

← That's a good reminder

22 Dec UN                          Egypt Is.
Called a bunch of ppl  UK          Senegal
Don't know it called R  maybe I did  Israel

14 total 5 + x need to abstain

What is your position
No: hey if you do this...

# Any   vote this way, slow down
  No
Egypt didn't like, was able to delay 1 day
Appreciate you reminding me that was another convo

Night: Thurs-Fri. Anti-tr [?] flues, had been @
4 of hours
Did flynn GSA compare it

Spoke on 24th

No relation to J&L
Explain sanctions

4/31

4) "calls all day" if so, don't remember. If so, busy
place to make phone calls.

Nothing flynn knew not that to do something

Q8?: flynn
        John Mattis
        [?]           after not active

==

Who cheated Obama: Examples

Exs: Russia has inserted themselves to Syria
        [?]   were excluded from the call w/
        things in Syria

Mullen Iran

