UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

**MICHAEL FLYNN'S MOTION TO
WITHDRAW PENDING MOTIONS**

In consideration of the Government's Motion to Dismiss Case, ECF No. 198, and pursuant to counsel's conference with counsel for the United States, Mr. Flynn moves this Court to withdraw all of his motions currently pending before this Court, without prejudice to his refiling for any reason, specifically:

- Mr. Flynn's Motion to Withdraw Plea of Guilty filed on January 14, 2020, ECF Nos. 151, and his supplements to that motion filed on January 17 and 29, 2020. ECF Nos. 154, 160.

- Mr. Flynn's Motion to Dismiss for Egregious Government Misconduct and in the Interest of Justice. ECF No. 162, filed on January 29, 2020, and the supplements to that motion filed on April 24 and 30, 2020. ECF Nos. 181, 188-190.

- Mr. Flynn's Motion to Compel and Response to Covington & Burling's Discovery Certifications. ECF No. 194, 195.

Dated: May 7, 2020                           Respectfully submitted,

/s/ Jesse R. Binnall                         /s/ Sidney Powell
Jesse R. Binnall                             Sidney Powell
Lindsay R. McKasson                          Molly McCann
Harvey & Binnall, PLLC                       Sidney Powell, P.C.

| | |
|---|---|
| 717 King Street, Suite 300 | 2911 Turtle Creek Blvd., |
| Alexandria, VA 22314 | Suite 300 |
| Tel: (703) 888-1943 | Dallas, Texas 75219 |
| Fax: (703) 888-1930 | Tel: 214-707-1775 |
| jbinnall@harveybinnall.com | sidney@federalappeals.com |
| lmckasson@harveybinnall.com | Admitted *Pro Hac Vice* |
| Admitted *Pro Hac Vice* | molly@federalappeals.com |
| | Admitted *Pro Hac Vice* |

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2020 a true and genuine copy of this Motion to Compel and Response to Notice was served via electronic mail by the Court's CM/ECF system to all counsel of record, including:

Timothy J. Shea, U.S. Attorney for the District of Columbia
Brandon L. Van Grack, Special Assistant U.S. Attorney
Jocelyn Ballantine, Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

It was served by email to nonparty Covington & Burling, LLP at the following:

Robert K. Kelner
Covington & Burling, LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
rkelner@cov.com

Respectfully submitted,

/s/  Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com