UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MICHAEL T. FLYNN,** <br><br> **Defendant.** | **Criminal Action No. 17-232-EGS** |

**[PROPOSED] ORDER**

This matter is before the Court on Michael Flynn's Motion to Withdraw All Pending Motions. The Motion is GRANTED and the following motions are withdrawn, without prejudice:

- Mr. Flynn's Motion to Withdraw Plea of Guilty filed on January 14, 2020, ECF Nos. 151, and his supplements to that motion filed on January 17 and 29, 2020. ECF Nos. 154, 160.

- Mr. Flynn's Motion to Dismiss for Egregious Government Misconduct and in the Interest of Justice. ECF No. 162, filed on January 29, 2020, and the supplements to that motion filed on April 24 and 30, 2020. ECF Nos. 181, 188-190.

- Mr. Flynn's Motion to Compel and Response to Covington & Burling's Discovery Certifications. ECF No. 194, 195.

So ordered.

Dated: _____                    _____
                                          Emmitt G. Sullivan
                                          United States District Judge