**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## ERRATA TO CORRECT SIGNATURE BLOCK

The United States hereby files this errata to correct the signature block on the Government's Motion to Dismiss the Criminal Information Against the Defendant Michael T. Flynn, filed on May 7, 2020. ECF No. 198. After reviewing the filed pleading, government counsel observed that that the D.C. Bar number for United States Attorney Timothy J. Shea was incorrect. Mr. Shea's correct D.C. Bar number is 437437. The undersigned can aver that the error was not intentional.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar 437437

By: */s/* Jocelyn Ballantine
Jocelyn Ballantine
Assistant United States Attorney
CA Bar No. 208267
555 4th Street NW
Washington, D.C. 20530

Dated: May 11, 2020