UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

**Michael Flynn's Consent to**
**Government's Motion to Dismiss**

On May 7, 2020, the Government filed its Motion to Dismiss the Criminal Information Against the Defendant Michael T. Flynn. ECF No. 198. Mr. Flynn agrees that the dismissal of this case meets the interests of justice and requests that this matter be dismissed immediately, with prejudice.

Dated: May 12, 2020

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
lmckasson@harveybinnall.com
Admitted *Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32163
Tel: (352) 630-5788
Admitted *Pro Hac Vice*

/s/ Sidney Powell
Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd.,
Suite 300
Dallas, Texas 75219
Tel: 214-707-1775
sidney@federalappeals.com
Admitted *Pro Hac Vice*
molly@federalappeals.com
Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020 a true and genuine copy of the foregoing was served via electronic mail by the Court's CM/ECF system to all counsel of record, including:

Jocelyn Ballantine, Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

          Respectfully submitted,

          /s/  Jesse R. Binnall
          Jesse R. Binnall, VSB# 79272
          HARVEY & BINNALL, PLLC
          717 King Street, Suite 300
          Alexandria, VA 22314
          Tel: (703) 888-1943
          Fax: (703) 888-1930
          jbinnall@harveybinnall.com