The below chart contains identical relevant docket entries.

| 11 | 12/13/2017 | "LEAVE TO FILE DENIED-Motion to Intervene/Friend of the Court/Amicus Brief" Signed by Judge Emmet G. Sullivan on 12/13/2017 as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. (hsj) |
|----|------------|---|
| 12 | 12/13/2017 | "LEAVE TO FILE DENIED-Motion to Intervene/Friend of the Court/Amicus Brief (Fruit of the Poisonous Tree) of a Sitting President and His Family" Signed by Judge Emmet G. Sullivan on 12/13/2017 as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing.. (hsj) |
| 13 | 12/13/2017 | "LEAVE TO FILE DENIED-Supplemental Motion to Intervene/Friend of the Court Brief/Amicus Brief" Signed by Judge Emmet G. Sullivan on 12/13/2017 as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. (hsj) |
|    | 12/20/2017 | MINUTE ORDER. This Court has received several motions to intervene/file an amicus brief along with letters in support from a private individual who is neither a party to this case nor counsel of record for any party. The Federal Rules of Criminal Procedure do not provide for intervention by third parties in criminal cases. The Court recognizes that the movant sincerely believes that he has information to share that bears on this case, and that, understandably, he wishes to be heard. Options exist for a private citizen to express his views about matters of public interest, but the Court's docket is not an available option. The docket is the record of official proceedings related to criminal charges brought by the United States against an individual who has pled guilty to a criminal offense. For the benefit of the parties in this case and the public, the docket must be maintained in an orderly fashion and in accordance with court rules. The movant states that he disagrees with the similar Minute Order issued by Judge Berman Jackson in Criminal Case Number 17-201, but the contrary legal authority on which he relies is neither persuasive nor applicable. Therefore, the Clerk is directed not to docket additional filings submitted by the would-be intervenor. If the individual seeks relief from this Court's rulings, he must appeal the rulings to the United States Court of Appeals for the District of Columbia Circuit. Signed by Judge Emmet G. Sullivan on 12/20/2017. (lcegs3) (Entered: 12/20/2017) |
| 14 | 12/20/2017 | "LEAVE TO FILE DENIED" by Judge Emmet G. Sullivan on 12/20/2017, letter regarding Special Counsel Robert Mueller |

|    |            | as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. (hsj) |
|----|------------|---|
| 15 | 12/20/2017 | LEAVE TO FILE DENIED by Judge Emmet G. Sullivan on 12/20/2017, Notice of Appeal Dated 12/15/2017 as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. (hsj) |
| 17 | 01/15/2018 | LEAVE TO FILE DENIED- Vast Right-Wing United Way Cabal Infiltrating & Undermining Trump Law & Order Cabinet as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 1/15/18. (tl) |
| 23 | 03/16/2018 | LEAVE TO FILE DENIED- Letter Regarding Censorship and Violations of the Constitution as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/16/2016. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/16/2018. (hsj) |
| 24 | 03/16/2018 | LEAVE TO FILE DENIED-Epiphany as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/16/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/16/2018. (hsj) |
| 25 | 03/16/2018 | LEAVE TO FILE DENIED-Letter Regarding the Plea as to MICHAEL T. FLYNN. "Leave to File Denid" by Judge Emmet G. Sullivan on 3/16/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/16/2018. (hsj) |
| 26 | 03/16/2018 | LEAVE TO FILE DENIED-Letter Regarding Two New York Times as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/16/2018. This document is unavailable as the Court denied its filing..Signed by Judge Emmet G. Sullivan on 3/16/2018. (hsj) |
| 27 | 03/16/2018 | LEAVE TO FILE DENIED-Motion for Reconsideration as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/16/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/16/2018. (hsj) |
| 28 | 03/19/2018 | LEAVE TO FILE DENIED- Mankind's Death Certificate was Signed on October 12, 2050 with not so much asa Whimper. as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/19/2018. This document is |

| | | |
|---|---|---|
| | | unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/19/2018. (hsj) |
| 29 | 03/19/2018 | LEAVE TO FILE DENIED- Three Quotes from Supreme Court Justices as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/19/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/19/2018. (hsj) |
| 30 | 03/19/2018 | LEAVE TO FILE DENIED- Quote From Judge Kurt Engelhardt's Order and Reasons as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/19/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/19/2018. (hsj) |
| 31 | 03/20/2018 | LEAVE TO FILE DENIED-Letter Regarding the Passing of Stephen Hawking as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/20/2018. This document is unavailable as the Court denied its filing.. Signed by Judge Emmet G. Sullivan on 3/20/2018. (hsj) |
| 32 | 03/20/2018 | LEAVE TO FILE DENIED- Emergency Moton to Intervene Filed on Behalf of all Americans as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/20/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/20/2018. (hsj) |
| 33 | 03/20/2018 | LEAVE TO FILE DENIED-Letter Regarding I Kings 23 as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/20/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/20/2018. (hsj) |
| 34 | 03/23/2018 | LEAVE TO FILE DENIED- Letter Regarding the Actions of Andrew McCabe, General Mike Flynn and Robert Mueller as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/23/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/23/2018. (hsj) |
| 67 | 01/18/2019 | LEAVE TO FILE DENIED-Motion to Dismiss Indictment for Lack of Subject Matter Jurisdiction and Supplemental Defense Sentencing Memorandum as to MICHAEL T. FLYNN This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Emmet G. Sullivan on 1/18/2019. (hsj) |
| 68 | 01/18/2019 | LEAVE TO FILE DENIED-Motion for Leave of Court to File Amicus Curiae Brief as Sentencing Memorandum in Support |

|   |   | of Defendant MICHAEL FLYNN as to MICHAEL T. FLYNN This document is unavailable as the Court denied its filing. "Leave to File Denied Signed by Judge Emmet G. Sullivan on 1/18/2018. (hsj) |
|---|---|---|
| 69 | 02/13/2019 | LEAVE TO FILE DENIED-Amicus Curiea Brief Supporting Dismissal Due to Want of Federal Jurisdiction as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Emmet G. Sullivan on 2/13/2019. (hsj) |
| 70 | 03/06/2019 | LEAVE TO FILE DENIED- Friend of Court Petition Certificate of Service as to MICHAEL T. FLYNN This document is unavailable as the Court denied its filing. "Leave to File is Denied" by Judge Emmet G. Sullivan. Signed by Judge Emmet G. Sullivan on 3/6/2019. (hsj) |
| 139 | 11/16/2019 | LEAVE TO FILE DENIED-Amicus Curiae Brief Supporting Lack of Subject Matter Jurisdiction as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. "Leave to File is Denied" Signed by Judge Emmet G. Sullivan on 11/16/2019. (hsj) |
| 184 | 04/26/2020 | LEAVE TO FILE DENIED-Request for Perserving Claim of Error as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Emmet G. Sullivan on 4/26/2020. (Attachments: # (1) Envelope) (zhsj) |