# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | Criminal Action No. 17-232-EGS |

## [PROPOSED] ORDER

Having considered Mr. Flynn's Opposition to and Motion to Strike Notice of Intent to File Motion for Leave to File Amicus Brief, and for good cause shown, it is hereby ORDERED that:

Leave to file the Notice of Intent to File Motion for Leave to File Amicus Brief is denied.

SO ORDERED.

Dated: _____            _____
                                                                               Emmet G. Sullivan
                                                                               United States District Judge