# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MICHAEL T. FLYNN,**<br><br>        **Defendant** | **Crim No.: 17-232 (EGS)** |

## COVINGTON & BURLING LLP'S NOTICE OF APPEARANCE PURSUANT TO THE COURT'S MAY 7, 2020 MINUTE ORDER

By a Minute Order on May 7, 2020 (Dkt. 196) ("Minute Order"), the Court directed the Clerk of Court to add Covington & Burling LLP ("Covington") as an interested party in this matter and directed counsel for Covington to file a notice of appearance on behalf of Covington as an interested party. Undersigned counsel provides this notice of appearance on behalf of Covington, in accordance with the Minute Order.

Dated: May 14, 2020                     Respectfully submitted,

                                                      /s/ John E. Hall
                                                      John E. Hall (D.C. Bar No. 415364)
                                                      Covington & Burling LLP
                                                      One CityCenter
                                                      850 Tenth Street, NW
                                                      Washington, DC 20001-4956
                                                      (202) 662-5104

                                                      *Counsel for Covington & Burling LLP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of May 2020, I caused the foregoing to be sent by electronic mail to the following:

Jocelyn S. Ballantine
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7252
jocelyn.ballantine2@usdoj.gov

Jesse R. Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
(703) 888-1943
jbinnall@harveybinnall.com

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, FL 32163
(352) 399-0531
wwh@hodeslaw.com

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd. #300
Dallas, TX 75219
(214) 707-1775
sidney@federalappeals.com

/s/ John E. Hall
John E. Hall (D.C. Bar No. 415364)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5104