**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>        v.<br><br>MICHAEL T. FLYNN,<br><br>        *Defendant.* | Criminal Action No. 17- 232 (EGS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion of John Gleeson made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, the Court grants attorney John Gleeson *pro hac vice* admission to this Court.

UPON CONSIDERATION of the Motion of John Gleeson to be conferred full privileges to file and receive papers through the Court's CM/ECF system in this proceeding and be excused from the requirement of Local Civil Rule 83.2(c)(1) that papers he files must join and be signed by a member of the Bar of this Court, the Motion is GRANTED.

IT IS, this is _____ day of May, 2020, SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge