# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>**Defendant** | Crim. No. 17-232 (EGS) |

## NOTICE OF DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files with the Court its most recent discovery correspondence in this case.

        Respectfully submitted,

        TIMOTHY J. SHEA
        United States Attorney
        D.C. Bar 437437

        By: */s/ Jocelyn Ballantine*
        Jocelyn Ballantine
        Assistant United States Attorney
        555 4th Street NW
        Washington, D.C. 20530

Dated: May 18, 2020
*Enclosure*



U.S. Department of Justice

Timothy J. Shea
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 18, 2020

<u>*Via Email*</u>

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

        Re:    *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

      As we disclosed by letter dated April 24, 2020, beginning in January 2020, at the direction of Attorney General William P. Barr, the United States Attorney for the Eastern District of Missouri ("USA EDMO") conducted a review of the Michael T. Flynn investigation. Enclosed is a report documenting a May 5, 2020 interview of Edward William Priestap, the former assistant director of the FBI's counterintelligence division, which was conducted by the USA EDMO. This document is covered by the Protective Order entered by the Court on February 21, 2018.

                                        Sincerely,

                                        TIMOTHY J. SHEA
                                        United States Attorney
                    By:     /s/_____
                                        Jocelyn Ballantine
                                        *Assistant United States Attorney*

Enclosures