

U.S. Department of Justice

Timothy J. Shea
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 18, 2020

<u>*Via Email*</u>

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

       Re:   *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

       As we disclosed by letter dated April 24, 2020, beginning in January 2020, at the direction of Attorney General William P. Barr, the United States Attorney for the Eastern District of Missouri ("USA EDMO") conducted a review of the Michael T. Flynn investigation. Enclosed is a report documenting a May 5, 2020 interview of Edward William Priestap, the former assistant director of the FBI's counterintelligence division, which was conducted by the USA EDMO. This document is covered by the Protective Order entered by the Court on February 21, 2018.

                        Sincerely,

                        TIMOTHY J. SHEA
                        United States Attorney
         By:     /s/
                        Jocelyn Ballantine
                        *Assistant United States Attorney*

Enclosures