# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-5143**            **September Term, 2019**

1:17-cr-00232-EGS-1

**Filed On:** May 21, 2020

In re: Michael T. Flynn,

    Petitioner

**BEFORE:**    Henderson, Wilkins, and Rao, Circuit Judges

### ORDER

Upon consideration of the emergency petition for a writ of mandamus, it is

**ORDERED**, on the court's own motion, that within ten days of the date of this order the district judge file a response addressing petitioner's request that this court order the district judge to grant the government's motion to dismiss filed on May 7, 2020 (ECF No. 198). See Fed. R. Crim. P. 48(a); United States v. Fokker Services B.V., 818 F.3d 733 (D.C. Cir. 2016). The government is invited to respond in its discretion within the same ten-day period.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

BY:    /s/
        Laura Chipley
        Deputy Clerk