## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                      )
UNITED STATES OF AMERICA              )
                                      )
   v.                                 )        No. 17-cr-00232 (EGS)
                                      )
MICHAEL T. FLYNN,                     )
                                      )
          Defendant.                  )
_____)

**NOTIC OF ENTRY OF APPEARANCE FOR PROPOSED *AMICI CURIAE***

Please kindly enter the appearance of undersigned counsel as attorney of record for proposed *amici curiae*, Federal Practitioners.

                                                   Respectfully submitted,

                                                   _____/s/_____
                                                   Leslie McAdoo Gordon, #456781
                                                   McAdoo Gordon & Associates, P.C.
                                                   1140 19th Street, N.W.
                                                   Suite 602
                                                   Washington, DC 20036
                                                   (202) 293-0534
                                                   leslie.mcadoo@mcadoolaw.com