# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 17-cr-00232 (EGS) |
| | ) | |
| MICHAEL T. FLYNN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION
## FOR LEAVE TO FILE *AMICUS* BRIEF

Upon consideration of the motion of the "Federal Practitioners" to file an *amicus* brief in this matter, and the Court being fully apprised of the premises, it is hereby **ORDERE**D that:

1. The Motion for Leave to File *Amicus* Brief is GRANTED.

2. The Clerk is directed to file the Brief of *Amicus Curiae* submitted with the Motion as of the date of this Order.

**SO ORDERED**.

DATED: _____, 2020.

_____
EMMET G. SULLIVAN
United States District Judge