# APPENDIX
## List of *Amici Curiae*

| | |
|---|---|
| Dan Backer | Federal trial and appellate lawyer |
| Roy Barrera, Jr. | Federal trial and appellate lawyer |
| Robert J. Bittman | Federal trial and Appellate lawyer |
| | Former Deputy Independent Counsel – Whitewater |
| John Stuart Bruce | Federal trial and appellate lawyer |
| | Former (The) United States Attorney, EDNC |
| Jackie Bennett | Federal trial lawyer |
| | Former Deputy Independent Counsel – Whitewater |
| | Former DOJ Attorney (Public Integrity Section) |
| | Former Assistant United States Attorney, SDIN |
| Margot Cleveland | Retired career federal law clerk (7th Circuit) |
| Ronald D. Coleman | Federal trial and appellate lawyer |
| Eric Evenson | Former Assistant United States Attorney, EDNC |
| | Former Chief – Organized Crime/Drug Enforcement Tas Force, EDNC |
| Jack C. Frels | Former Assistant United States Attorney, SDTX |
| | Former Chief – Criminal Division, SDTX |
| | Former Assistant United States Attorney, WDTX |
| | Former Chief OCDETF/Narcotics Section, WDTX |
| Chris K. Gober | Federal trial lawyer |

1

| | |
|---|---|
| Steven D. Gordon | Federal trial and appellate lawyer |
| | Former Assistant United States Attorney, DDC |
| | Former Chief of Felony Trial, DDC |
| Trey Gowdy | Former Assistant United States Attorney, DSC |
| Robert Harvey | Federal trial and appellate attorney |
| | Former Judge Advocate General, USN |
| Kenneth Julian | Federal criminal trial attorney |
| | Former Assistant United States Attorney, CDCA |
| | Former Deputy Chief, CDCA |
| Joseph T. Knott, III | Federal trial and appellate lawyer |
| | Former Assistant United States Attorney, EDNC |
| Douglas McCullough | Retired Judge, NC Court of Appeals |
| | Former Assistant United States Attorney, EDNC |
| | Former Acting United States Attorney, EDNC |
| Marina Medvin | Career criminal defense attorney |
| John M. Reeves | Federal trial and appellate lawyer |
| | Former Missouri Assistant Attorney General |
| Wayne A. Rich, Jr. | Former (The) United States Attorney, SDWV |
| | Former Principal Deputy Director of the Executive Office of the United States Attorneys |
| | Former Military Judge, Col USMCR (ret.) |

| | |
|---|---|
| John P. Rowley, III | Federal trial and appellate lawyer |
| | Former Assistant United States Attorney, EDVA |
| Kevin H. Sharp | Federal trial and appellate lawyer |
| | Former United States District Judge, MDTN |
| William Shipley | Federal criminal trial and appellate lawyer |
| Matthew H. Simmons | Federal trial and appellate lawyer |
| Kenneth W. Starr | Former Solicitor General of the United States |
| | Former Independent Counsel – Whitewater |
| Carla Kerr Stearns | Federal trial and appellate lawyer |
| William A. "Bill" Webb | Mediator |
| | Former United States Magistrate Judge, EDNC |
| | Former (The) Public Defender, EDNC |
| | Former Chief, OCDETF, EDNC |
| | Former Assistant United States Attorney, EDNC |
| | Former Assistant United States Attorney, WDPA |
| Solomon L. Wisenberg | Federal trial and appellate lawyer |
| | Former Deputy Independent Counsel – Whitewater |
| | Former Assistant United States Attorney, WDTX |
| | Former Chief -Financial Institution Fraud, WDTX |
| | Former Assistant United States Attorney, EDNC |

| | |
|---|---|
| Ronald G. Woods | Former (The) United States Attorney, SDTX |
| | Former Assistant United States Attorney, SDTX |
| | Former Special Agent, FBI |