UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

**JOINT STATUS REPORT**

Michael T. Flynn and Covington & Burling, LLP ("Covington") file this joint status report pursuant to the Court's May 7, 2020 Minute Order. ECF No. 196. By the Minute Order, the Court ordered Mr. Flynn and Covington to seek to resolve the dispute regarding Mr. Flynn's Motion to Compel and Response to Covington & Burling's Discovery Certification ("Motion to Compel"). ECF No. 194. The Government subsequently moved to dismiss the information against Michael Flynn ("Motion to Dismiss") on May 7, 2020. ECF No. 198. That same day, Mr. Flynn, in consideration of the Motion to Dismiss, moved to withdraw all of his pending motions—including the Motion to Compel—without prejudice ("Motion to Withdraw"). Mr. Flynn's Motion to Withdraw is pending.

Wherefore, Mr. Flynn and Covington, having conferred, jointly request that the Court order them to provide a further status update within 21 days of a ruling on the Motion to Withdraw.

Dated: May 29, 2020                                    Respectfully submitted,

/s/                                                                          /s/
Sidney Powell                                           John E. Hall (D.C. Bar No. 415364)
Molly McCann                                          Covington & Burling, LLP
Sidney Powell, P.C.                                   One CityCenter
2911 Turtle Creek Blvd.,                           850 Tenth Street, NW
Suite 300                                                   Washington, DC 20001-4956
Dallas, Texas 75219                                  (202) 662-5104
Tel: 214-707-1775
sidney@federalappeals.com              *Counsel for Covington & Burling LLP*
molly@federalappeals.com
Admitted *Pro Hac Vice*

Jesse R. Binnall
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandra, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
lmckasson@harveybinnall.com
Admitted *Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

*Counsel for Defendant Michael T. Flynn*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020 a true and genuine copy of Michael T. Flynn and Covington & Burling, LLP's Joint Status Report was served via electronic mail by the Court's CM/ECF system to all counsel of record, including:

Michael Sherwin, U.S. Attorney for the District of Columbia
Jocelyn Ballantine, Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

>Respectfully submitted,
>
>/s/ Jesse R. Binnall
>Jesse R. Binnall, VSB# 79272
>HARVEY & BINNALL, PLLC
>717 King Street, Suite 300
>Alexandria, VA 22314
>Tel: (703) 888-1943
>Fax: (703) 888-1930
>jbinnall@harveybinnall.com