UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>Defendant. | **Criminal Action No. 17-232-EGS** |

## [PROPOSED] ORDER

Upon consideration of the Joint Status Report of Michael T. Flynn and Covington & Burling LLP ("Covington"), it is hereby ORDERED that Mr. Flynn and Covington shall file a further status update no later than twenty-one (21) days after the Court issues a ruling on Mr. Flynn's Motion to Withdraw Pending Motions. ECF No. 199.

SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge