**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 17-cr-00232 (EGS) |
| MICHAEL T. FLYNN, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING MOTION**
**FOR LEAVE TO FILE *AMICUS* BRIEF**

Upon consideration of the motion of Mr. Kamil Ekim Alptekin to file an *amicus* brief in this matter, and the Court being fully apprised of the premises, it is hereby **ORDERED** that:

1. The Motion for Leave to File *Amicus* Brief is GRANTED.
2. The Clerk is direct to file the Brief of *Amicus Curiae* submitted with the Motion as of the date of this Order.

**SO ORDERED.**

DATED: _____, 2020                    _____

                                           EMMET G. SULLIVAN
                                           United States District Judge