## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Case No.: 17-cr-00232**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| Vs. | ) |
| MUCHAEL FLYN | ) |
| Defendant[s], | ) |

_____/

## ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF AN AMICUS CURIAE

**COME NOW** Amicus Curiae Vets for Trump, Julio Martinez, _____, and _____

The Court having been informed of the issues and in the interest of justice the Court GRANTS_____ DENIES_____

Movants motion for leave to file an Amicus Curiae brief.

In chambers, this _____ day of _____ 2020

_____

**Emmet G. Sullivan**
U.S. District Judge