IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>  Defendant. | Crim. No. 1:17-cr-00232 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion of the National Association of Criminal Defense Lawyers for Leave to File *Amicus Curiae* Brief in Support of Defendant Michael T. Flynn, it is, this ___ day of _____, 2020:

ORDERED that motion for leave to file is hereby is GRANTED; and

FURTHER ORDERED that the Clerk of the Court shall file the *amicus curiae* brief of the National Association of Criminal Defense Lawyers in the above-captioned case.

_____
United States District Judge