## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Crim. No. 17-232 (EGS)** |
| v. | |
| MICHAEL T. FLYNN, | |
| Defendant. | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JEROME C. ROTH

Pursuant to Criminal Local Rule 44.1(d) of the Local Rules of this Court, Elaine J. Goldenberg, undersigning sponsor counsel, respectfully moves this Court for the admission *pro hac vice* of Attorney Jerome C. Roth, of Munger, Tolles & Olson LLP, to represent *amici curiae* The Steady State and Former National Security Officials in the above-captioned case.  The movant, Elaine J. Goldenberg, is a member in good standing of the United States District Court for the District of Columbia and has entered her appearance in this matter.

This motion is accompanied by a declaration from Mr. Roth, attached hereto as Exhibit A, providing the information required by Rule 44.1(d).  A [Proposed] Order is attached hereto as Exhibit B.

DATED:  June 10, 2020                      Respectfully submitted,

*/s/ Elaine J. Goldenberg*
Elaine J. Goldenberg (DC Bar No. 478383)
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Seventh Floor
Washington DC, 20004
Tel.: (202) 220-1100
Fax: (202) 220-2300
elaine.goldenberg@mto.com

*Attorneys for Amici Curiae The Steady State and
Former National Security Officials*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2020, I electronically filed the foregoing **MOTION**

**FOR ADMISSION *PRO HAC VICE* OF JEROME C. ROTH** with the Clerk of the Court

using the CM/ECF system which will send notification of such filing to all registered

participants.


*/s/ Elaine J. Goldenberg*
Elaine J. Goldenberg