# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>    Defendant. | **Crim. No. 17-232 (EGS)** |

**DECLARATION OF JEROME C. ROTH IN SUPPORT OF MOTION FOR ADMISSION**
*PRO HAC VICE*

I, Jerome C. Roth, declare the following:

1. My full name is Jerome C. Roth. I am an attorney with the law firm of Munger, Tolles & Olson LLP.

2. My business address is:

> Munger, Tolles & Olson LLP
> 560 Mission Street, 27th Floor
> San Francisco, CA 94105
> Tel.: (415) 512-4000
> Fax: (415) 512-4077
> jerome.roth@mto.com

3. I am a member in good standing of the State Bars of California (Bar Number 159483) and New York. Additionally, I have been admitted to practice in the following courts: (a) United States District Court for the Northern District of California, (b) United States District Court for the Eastern District of California, (c) United States District Court for the Central District of California, (d) United States District Court for the Southern District of California, (e) United States District Court for the Southern District of New York, (f) United States District Court for the Eastern District of New York, (g) United States Court of Appeals for the First Circuit, (h) United States Court of Appeals for the Second Circuit, (i) United States Court of

Appeals for the Fourth Circuit, (j) United States Court of Appeals for the Fifth Circuit, (k) United States Court of Appeals for the Sixth Circuit, (l) United States Court of Appeals for the Seventh Circuit, (m) United States Court of Appeals for the Ninth Circuit, (n) United States Court of Appeals for the Tenth Circuit, and (o) Supreme Court of the United States.

4. I have not been disciplined by the bar of any state or court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not engaged in the practice of law from an office located within the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending with the District of Columbia Bar.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 10, 2020                    Respectfully submitted,

*[signature: Jerome C. Roth]*

Jerome C. Roth
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel.: (415) 512-4000
Fax: (415) 512-4077
jerome.roth@mto.com

*Attorneys for Amici Curiae The Steady State and Former National Security Officials*