**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>        Defendant. | **Crim. No. 17-232 (EGS)** |

**DECLARATION OF DAVID H. FRY IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE***

      I, David H. Fry, declare the following:

      1.      My full name is David H. Fry.  I am an attorney with the law firm of Munger, Tolles & Olson LLP.

      2.      My business address is:

> Munger, Tolles & Olson LLP
> 560 Mission Street, 27th Floor
> San Francisco, CA 94105
> Tel.: (415) 512-4000
> Fax: (415) 512-4077
> david.fry@mto.com

      3.      I am a member in good standing of the State Bar of California (Bar Number 189276).  Additionally, I have been admitted to practice in the following courts: (a) United States District Court for the Northern District of California, (b) United States District Court for the Eastern District of California, (c) United States District Court for the Central District of California, (d) United States District Court for the Southern District of California, (e) United States District Court for the District of Colorado, (f) United States District Court for the Eastern District of Michigan, (g) United States Court of Appeals for the Second Circuit, (h) United States Court of Appeals for the Third Circuit, (i) United States Court of Appeals for the Sixth Circuit,

(j) United States Court of Appeals for the Ninth Circuit, and (k) United States Court of Appeals for the Tenth Circuit.

    4.    I have not been disciplined by the bar of any state or court.

    5.    I have not been admitted *pro hac vice* in this Court within the last two years.

    6.    I am not engaged in the practice of law from an office located within the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending with the District of Columbia Bar.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 10, 2020        Respectfully submitted,

*/s/ David H. Fry*
David H. Fry
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel.: (415) 512-4000
Fax: (415) 512-4077
david.fry@mto.com

*Attorneys for Amici Curiae The Steady State and Former National Security Officials*