# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>MICHAEL T. FLYNN,<br><br>    Defendant. | Crim. No. 17-232 (EGS) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID H. FRY

On the Motion of Elaine J. Goldenberg, counsel for *amici curiae* The Steady State and Former National Security Officials, for an order admitting David H. Fry to appear *pro hac vice*, and for good cause shown;

IT IS HEREBY ORDERED, that the Motion for Admission *Pro Hac Vice* is GRANTED and that David H. Fry is admitted *pro hac vice* to appear and participate in the above-captioned case.

DATED this _____ day of _____, 2020

_____
The Honorable Emmet G. Sullivan
United States District Court Judge