**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>        Defendant. | **Crim. No. 17-232 (EGS)** |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW CATH RUBENSTEIN**

Pursuant to Criminal Local Rule 44.1(d) of the Local Rules of this Court, Elaine J. Goldenberg, undersigning sponsor counsel, respectfully moves this Court for the admission *pro hac vice* of Attorney Andrew Cath Rubenstein, of Munger, Tolles & Olson LLP, to represent *amici curiae* The Steady State and Former National Security Officials in the above-captioned case. The movant, Elaine J. Goldenberg, is a member in good standing of the United States District Court for the District of Columbia and has entered her appearance in this matter.

This motion is accompanied by a declaration from Mr. Rubenstein, attached hereto as Exhibit A, providing the information required by Rule 44.1(d). A [Proposed] Order is attached hereto as Exhibit B.

DATED:  June 10, 2020	Respectfully submitted,

*/s/ Elaine J. Goldenberg*
Elaine J. Goldenberg (DC Bar No. 478383)
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Seventh Floor
Washington DC, 20004
Tel.: (202) 220-1100
Fax: (202) 220-2300
elaine.goldenberg@mto.com

*Attorneys for Amici Curiae The Steady State and Former National Security Officials*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2020, I electronically filed the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW CATH RUBENSTEIN** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

*/s/ Elaine J. Goldenberg*
Elaine J. Goldenberg

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>       Defendant. | **Crim. No. 17-232 (EGS)** |

## DECLARATION OF ANDREW CATH RUBENSTEIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Andrew Cath Rubenstein, declare the following:

1. My full name is Andrew Cath Rubenstein. I am an attorney with the law firm of Munger, Tolles & Olson LLP.

2. My business address is:

> Munger, Tolles & Olson LLP
> 560 Mission Street, 27th Floor
> San Francisco, CA 94105
> Tel.: (415) 512-4000
> Fax: (415) 512-4077
> andrew.rubenstein@mto.com

3. I am a member in good standing of the State Bar of California (Bar Number 295116). Additionally, I have been admitted to practice in the following courts: (a) United States District Court for the Northern District of California, (b) United States District Court for the Eastern District of California, (c) United States District Court for the Central District of California, (d) United States District Court for the Southern District of California, and (e) United States Court of Appeals for the Ninth Circuit.

4. I have not been disciplined by the bar of any state or court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6.     I am not engaged in the practice of law from an office located within the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending with the District of Columbia Bar.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  June 10, 2020                                        Respectfully submitted,

*[signature]*

Andrew Cath Rubenstein
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel.: (415) 512-4000
Fax: (415) 512-4077
andrew.rubenstein@mto.com

*Attorneys for Amici Curiae The Steady State and Former National Security Officials*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Crim. No. 17-232 (EGS)** |
| v. | |
| MICHAEL T. FLYNN, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW CATH RUBENSTEIN**

On the Motion of Elaine J. Goldenberg, counsel for *amici curiae* The Steady State and Former National Security Officials, for an order admitting Andrew Cath Rubenstein to appear *pro hac vice*, and for good cause shown;

IT IS HEREBY ORDERED, that the Motion for Admission *Pro Hac Vice* is GRANTED and that Andrew Cath Rubenstein is admitted *pro hac vice* to appear and participate in the above-captioned case.

DATED this _____ day of _____, 2020

_____
The Honorable Emmet G. Sullivan
United States District Court Judge