**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>    Defendant. | **Crim. No. 17-232 (EGS)** |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW CATH RUBENSTEIN**

On the Motion of Elaine J. Goldenberg, counsel for *amici curiae* The Steady State and Former National Security Officials, for an order admitting Andrew Cath Rubenstein to appear *pro hac vice*, and for good cause shown;

IT IS HEREBY ORDERED, that the Motion for Admission *Pro Hac Vice* is GRANTED and that Andrew Cath Rubenstein is admitted *pro hac vice* to appear and participate in the above-captioned case.

DATED this _____ day of _____, 2020

_____
The Honorable Emmet G. Sullivan
United States District Court Judge