**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA.,<br><br>　　　　v.<br><br>MICHAEL T. FLYNN,<br><br>　　　　　Defendant. | **Crim. No. 17-232 (EGS)** |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

Upon consideration of the Motion for Leave to File Brief of *Amici Curiae* The Steady State and Former National Security Officials in Opposition to the Department of Justice's Motion to Dismiss, and for good cause shown;

IT IS HEREBY ORDERED, that the Motion for Leave is GRANTED and that the aforementioned Brief of *Amici Curiae* is deemed filed with this Court upon entry of this Order.

DATED this _____ day of _____, 2020

_____

The Honorable Emmet G. Sullivan
United States District Court Judge