# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>                Defendant. | Case No. 17-cr-232 (EGS) |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

*Amicus curiae* John Gleeson moved for an order seeking leave to submit a brief not exceeding 73 pages.

It is ORDERED that the motion is GRANTED.


Date:  _____        _____
                                                                                                The Honorable Emmet G Sullivan, Jr.
                                                                                                 United States District Judge