# EXHIBIT 8

CBS News / CBS Evening News / CBS This Morning / CTM Saturday / 48 Hours / 60 Minutes / Sunday Morning / **Face The Nation** / CBSN Originals

Home | Local Listings | Transcripts | Full Episodes | About Us | Sunday Line-up

Search

**CBS NEWS** / *January 15, 2017, 2:06 PM*

# Face the Nation transcript January 15, 2017: Pence, Manchin, Gingrich

f Share / 🐦 Tweet / 🔴 Reddit / 🏳 Flipboard / ✉ Email



Vice President-elect Pence with John Dickerson, host of CBS "Face the Nation" in Washington, DC Sunday January 15, 2017. Photo: Chris Usher/CBS © 2017 CBS Broadcasting Inc. All rights reserved. / **CHRIS USHER, CHRIS USHER/ CBS NEWS**

JOHN DICKERSON, CBS NEWS: Today on FACE THE NATION: With just five days until the inauguration of Donald Trump, a new era dawns in Washington.

After a contentious press conference, his first in 168 days.

(BEGIN VIDEO CLIP)

DONALD TRUMP (R), PRESIDENT-ELECT: I think it was disgraceful, disgraceful that the intelligence agencies allowed any information that turned out to be so false and fake out. I think it is a disgrace. And that is something that Nazi Germany would have done and did do.

(END VIDEO CLIP)

DICKERSON: President-elect Donald Trump prepares to take the oath of office. We will ask vice president-elect Mike Pence about the latest investigation into Russian meddling, Donald Trump`s relationship with the intelligence community and the press.

(BEGIN VIDEO CLIP)

TRUMP: No, I am not going to give you a question. You are fake news.

## CBSN: 24/7 Live Stream

WATCH



## Follow Us

**Tweets** by @FaceTheNation

**Face The Nation**
@FaceTheNation

SUNDAY: We talk reopening efforts in major cities across the country with fmr @DHSgov Sec. Michael Chertoff

 On TV, radio, and streaming online at cbsn.ws/2LV8TsU, don't miss @FaceTheNation this Sunday



16h

**Face The Nation**
@FaceTheNation

SUNDAY: How does the tourism industry recover after the #coronavirus pandemic? We get insight with @WyndhamHotels CEO Geoffrey Ballotti

 On TV, radio, and streaming online at cbsn.ws/2LSGKTq, don't miss @FaceTheNation

Embed                           View on Twitter

## Popular On CBS News

(END VIDEO CLIP)

DICKERSON: Then we will turn to West Virginia Democrat Joe Manchin and the Senate`s investigation into Russia`s cyber-espionage.

Plus, more insight into America`s 45th president from a top Trump transition adviser, Newt Gingrich.

A deep dive into the ties between the new Trump staff and the Russians.

And our weekly political panel.

It`s all ahead on FACE THE NATION.

JOHN DICKERSON: Good morning. And welcome to Face the Nation. I'm John Dickerson. Vice-president-elect Mike Pence starts off our broadcast this morning. Welcome, Mr. Vice-president-elect--

MIKE PENCE: Thank you, John.

JOHN DICKERSON: Five days from now, you will be the vice-president. Let's start with some news. The Republican chairman of the Senate Intelligence Committee has decided to investigate Russian meddling in the election. That includes any possible contact between the Russians trying to meddle and the Trump campaign. What's your reaction to that?

MIKE PENCE: Well, I think the president-elect and I both welcome the Congress doing its oversight work in this and any other area. And we look forward to the results of their inquiry. But make no mistake about it. I think they'll find what the publicly released intelligence report showed before, is that there's no evidence of any impact on voting machines. Donald Trump won this election fair and square. 30 out of 50 states. More counties than any Republican candidate since Ronald Reagan. And so while we certainly respect the right of the Congress to provide oversight, to make inquiries where they deem them appropriate, this-- the American people spoke in this election. And the peaceful transition of power that'll take place this coming Friday on a platform where our president-elect will take the oath of office surrounded by four of the five living presidents is a testament to our democracy. And I'm incredibly humble to be a part of it, John.

JOHN DICKERSON: Last week before that intelligence briefing, the president-elect said he felt like all these questions were part of a witch hunt. He's now had some new information. There's now the Senate Intelligence Committee. So does-- he no longer thinks this is a witch hunt, this investigation into Russian meddling. Is that fair to say?

MIKE PENCE: Well, I think that there frankly has just been an effort by many in the national media, present company excepted, since this election to essentially demean and question the legitimacy of this incoming administration. And talk of that, sources within the intelligence community that have been attributed with sharing that information, public officials. I think it's a real disservice to our democracy. As I've said, Donald Trump won a landslide American. The American people spoke decisively. They wanted change. And I promise them come noon this coming Friday, change really begins. And we're going to make America great again.

JOHN DICKERSON: But there's a distinction between that feeling about the press and legitimate inquiry, as you say, that the Senate Intelligence Committee is doing. Just to button up one question, did any advisor or anybody in the Trump campaign have any contact with the Russians who were trying to meddle in the election?

MIKE PENCE: Of course not. And I think to suggest that is to give credence to some of these bizarre rumors that have swirled around the candidacy. And the fact that a few news organizations, not this one, actually trafficked in a memo that was

**01**  Biden says black voters considering Trump over him "ain't black"
270437 *views*

**02**  Biden asks Amy Klobuchar to undergo vetting as possible running mate
182437 *views*

**03**  Scores feared dead as passenger jet crashes in Pakistan
141686 *views*

**04**  Man who recorded Ahmaud Arbery shooting charged with murder
67238 *views*

**05**  Areas bordering New York City could reopen next week, Cuomo says
57210 *views*



Ad

## Erika Classic Gunmetal

PAID CONTENT BY RAY BAN

**Watch CBS News Live**

*Watch CBS News anytime, anywhere with the our 24/7 digital news network. Stream CBSN live or on demand for FREE on your TV, computer, tablet, or smartphone.*

Watch Now

produced as opposition research and associated that with intelligence efforts I think could only be attributed to media bias. And as I said this week at a press conference, John, the American people are tired of it. We're coming into this week with a great sense of optimism. The American people know that we can have government in Washington, D.C. as good as our people. We can get this economy moving again. We can rebuild our military.

JOHN DICKERSON: Let me move on--

MIKE PENCE: We can be standing tall in the world again. And those are the reasons why Donald Trump's going to take that oath of office--

JOHN DICKERSON: Let's--

MIKE PENCE: --on Friday.

JOHN DICKERSON: Let's move to the world. What does Donald Trump feel about Vladimir Putin and Russia?

MIKE PENCE: Well, I think in the president-elect you have someone who is willing to approach this terrible relationship the United States has with Russia today with fresh eyes and to at least be open to a better relationship with Vladimir Putin and with Russia. Look, we have some common interests that would be well served if we were able to improve our relationship with Russia. Most notably the battle to defeat radical Islamic terrorism and to defeat I.S.I.S. at its source. But I think the president-elect also made it clear this week, John, that while a better relationship with Russia would be a good thing, I think he's realistic about the possibility of that. And I think when you see the cabinet that he's assembled--

JOHN DICKERSON: I want to ask you about that.

MIKE PENCE: --General Mattis, and Senator Coats, and Mike Pompeo, we're coming at this--

JOHN DICKERSON: But--

MIKE PENCE: --with realistic expectations.

JOHN DICKERSON: Well, I mean--

MIKE PENCE: But the president-elect is determined to re-engage the world, put America first, and see if we can make progress for the security and peace of the world.

JOHN DICKERSON: Let me ask you about that. Because the picture that Donald Trump put forward about his view of Russia seems quite different than the gentlemen you mentioned. Incoming Secretary of Defense Mattis and then also Secretary of State Tillerson. Mr. Tillerson said Russia poses a danger. He called Russia an adversary. He said there are a number of areas where America is going to have to confront Russia. That's not an opinion. That's confrontational. Mr. Mattis said the most important thing to recognize is that Putin is trying to break the North Atlantic Alliance. My question is: If the American people are listening to Mr. Trump and listening to those men and, more importantly, countries overseas are listening, who's driving the bus? Mr. Trump or those two men?

MIKE PENCE: Well, the great thing about being around Donald Trump is you never have any confusion about who's driving the bus, and where the buck stops, and who will make the final decision. I think as you hear the testimony of Rex Tillerson, of General Mattis, and Mike Pompeo, I think the American people will be greatly encouraged by the fact that the president-elect is assembling around him people of extraordinary background and capability who will bring their own experience and their own perspective to inform the president's decisions. And ultimately-- (OVERTALK)





*75* **PHOTOS**
Behind the Scenes

CBSN Promo - CBS News



**Watch CBS News Live**

*Stream CBSN Live or on demand for FREE on your TV, computer, tablet, or smartphone.*

Watch Now

MIKE PENCE:--the president will make the best decision in the best interests of the American people. But I can-- (OVERTALK)

JOHN DICKERSON:--have Mattis and Tillerson saying, "Confront Russia." Donald Trump doesn't sound like a guy who wants to confront Russia.

MIKE PENCE: Well, you know, if you listen carefully to that press conference this week, and I was standing just alongside of him at the time, that he said it'd be good if we had a better relationship with Russia--

JOHN DICKERSON: But does-- (OVERTALK)

MIKE PENCE: --I hope it's get better. But he said, "Maybe not."

JOHN DICKERSON: But, does Donald Trump demand that Russia get out of eastern Ukraine? That would be a confrontation that people-- certainly Mattis and Tillerson would-- in the context of what they said, it sounds like that's what they want. Does Donald Trump want Russians out of eastern Ukraine?

MIKE PENCE: Well, let's be very clear that whether it be eastern Ukraine or Crimea, that the action by the Russians has demonstrated the absence of American leadership over the last eight years--

JOHN DICKERSON: We have new leadership. What does the new leadership want to do?

MIKE PENCE: Well, I think-- I think America is going to be more respected in the world the very moment that Donald Trump takes the oath of office as the 45th president of the United States. And he'll work through these issues, John. I think what the country--

JOHN DICKERSON: Let me--

MIKE PENCE: --should be encouraged by is whether it be Rex Tillerson as our secretary of state, Nikki Haley going to the United Nations, General Mattis, is that he is surrounding himself with a group of men and women that are going to bring the broadest range of experience, inform his decisions. And he'll take the kind of actions and make the kind of decisions that'll put America first.

JOHN DICKERSON: Mr. Tillerson said he hadn't had a conversation about Russia with Donald Trump. How can that be?

MIKE PENCE: Well, I think in the context of these confirmation hearings, the president-elect has made a point to talk to each of the various candidates for these positions. And the nature of those conversations is usually wide ranging. And so I-- (OVERTALK)

JOHN DICKERSON: But not wide ranging to get Russia in there.

MIKE PENCE: Well--

JOHN DICKERSON: I guess the point is if Donald Trump's driving the bus, shouldn't his secretary of state know where the bus is going?

MIKE PENCE: I think Rex Tillerson will have and has no confusion about who will be making the decisions in the Trump administration. And that's true of all of us. I mean, what-- (OVERTALK)  --what's so encouraging to be around Donald Trump and to literally be sitting side by side with him during the course of this transition. He's done hundreds of interviews and made decisions, attracted men and women of extraordinary caliber to this cabinet, I think we may well have the entire cabinet named before the inauguration, is to see a leader who is decisive. He asks incisive questions. He gets straight to the point. He knows what he's looking for. And when he sees it, he makes a decision.

JOHN DICKERSON: Let me ask you about it was reported by David Ignatius that the incoming national security advisor Michael Flynn was in touch with the Russian ambassador on the day the United States government announced sanctions for Russian interference with the election. Did that contact help with that Russian kind of moderate response to it? That there was no counter-reaction from Russia. Did the Flynn conversation help pave the way for that sort of more temperate Russian response?

MIKE PENCE: I talked to General Flynn about that conversation and actually was initiated on Christmas Day he had sent a text to the Russian ambassador to express not only Christmas wishes but sympathy for the loss of life in the airplane crash that took place. It was strictly coincidental that they had a conversation. They did not discuss anything having to do with the United States' decision to expel diplomats or impose censure against Russia.

JOHN DICKERSON: So did they ever have a conversation about sanctions ever on those days or any other day?

MIKE PENCE: They did not have a discussion contemporaneous with U.S. actions on--

JOHN DICKERSON: But what about after--

MIKE PENCE: --my conversation with General Flynn. Well, look. General Flynn has been in touch with diplomatic leaders, security leaders in some 30 countries. That's exactly what the incoming national security advisor--

JOHN DICKERSON: Absolutely.

MIKE PENCE: --should do. But what I can confirm, having spoken to him about it, is that those conversations that happened to occur around the time that the United States took action to expel diplomats had nothing whatsoever to do with those sanctions.

JOHN DICKERSON: But that still leaves open the possibility that there might have been other conversations about the sanctions.

MIKE PENCE: I don't believe there were more conversations.

JOHN DICKERSON: Okay. Okay. Okay. Let's move on. Okay. Got it--

MIKE PENCE: I can confirm those elements were not a part of that discussion.

JOHN DICKERSON: Congressman John Lewis, who you served with, Democrat, told on Meet the Press that he did not consider Donald Trump a legitimate president. Your reaction to that?

MIKE PENCE: Well, look. Donald Trump won this election fair and square. 30 out of 50 states including Georgia. More counties than any Republican candidate since Ronald Reagan. And to hear John Lewis, a man that I served with, that I respect question the legitimacy of the election and to say that Donald Trump will not be a legitimate president is deeply disappointing to me. And also to hear that he was not going to attend the inauguration this Friday. I hope he reconsiders both statements. But look. This is a time when we're facing real challenges at home and abroad. And I believe the inauguration ceremony itself and this moment in history would greatly benefit if we set aside these baseless assertions about the legitimacy of the election and we look for ways to come together, to work together. And the president-elect actually in a tweet late last night invited Congressman Lewis to work with us to bring more prosperity, better schools, more safety to our cities around the country.

JOHN DICKERSON: Let me ask you about a tweet he sent before that tweet in which he defended himself. Famous counter-puncher Donald Trump said that John Lewis was all talk and no action. I got a question. He has every right to

defend himself. Let me ask you about the wisdom of defending himself. For five years, Donald Trump questioned the legitimacy of Barack Obama, that he wasn't born in America, he was really the chief advocate of this so-called birther idea. Given that history, given that he's about to be president, why swing at this pitch? Couldn't he have just let it go by, be the bigger man, let John Lewis do his thing, move on? He's about to be president of the United States. As you say, all those challenges. Bringing the country together. Why swing at this pitch?

MIKE PENCE: Well, as you said, Donald Trump has every right to defend himself. And to have someone--

JOHN DICKERSON: But he did--

JOHN DICKERSON: Well-- (OVERTALK)

JOHN DICKERSON: --the legitimacy of President Obama. So why-- (OVERTALK)

MIKE PENCE: Well-- (OVERTALK)

MIKE PENCE: --someone like John Lewis. Look. I served with John. I disagree with him on most issues, but I had tremendous respect for him. Actually, my family and I walked across the Edmund Pettus Bridge with him on the 65th anniversary of Bloody Sunday. You know, we honor the sacrifice that he made. But part of the result of what happened on Bloody Sunday and the courage that he showed was the Voting Rights Act. And so for someone of his stature not just in the civil rights movement but in voting rights to make a comment that he did not consider Donald Trump to be a legitimate president I think is deeply disappointing. Look, I attended both of Barack Obama's inaugurations, one as a congressman and one as a governor, because I believe inaugurations are a moment when we should come together around that individual who has been elected to be president of the United States of America. Donald Trump said it on election night, John, that he's determined to be president of all of the people of this country. And I do hope that John Lewis will reconsider his statement but also will reconsider attending the inauguration, will join us so that we can come together to take on the intractable problems facing Americans, particularly too many families in our inner cities who are beset by unsafe streets, failing schools, and a lack of jobs and opportunities.

JOHN DICKERSON: One final question. Esquire has a report that the Trump administration is thinking of moving the press out of White House. Is that a logistical move or a punitive move?

MIKE PENCE: I think no decisions have been made on that yet. As you know, having been in this town a lot longer than me, the White House is actually 18 acres. And I think what the team told me is there is such a tremendous amount of interest in this incoming administration that they're giving some consideration to finding a larger venue on the 18 acres in the White House complex to accommodate the extraordinary interest. The White House press room, which you've served in, John, is actually a pretty small room. And I think the interest of the team is to make sure that we accommodate the broadest number of people who are interested and media from around the country and around the world. But we're working that out in a way that'll reflect our commitment to transparency, to a free and independent press. And we look forward to those days. (OVERTALK)

JOHN DICKERSON: And if you get rid of the press briefing room, you can create more room for the daily press guys who have to be there every day. So you got more room there for more of them. Thank you.

MIKE PENCE: I'll pass that along.

JOHN DICKERSON: Thank you very much, Mr. Vice-president-elect. We really appreciate it.

MIKE PENCE: Thank you, John.

JOHN DICKERSON: And we'll be back in one minute with Democratic Senator Joe Manchin. Stay with us.

(COMMERCIAL BREAK)

JOHN DICKERSON: Joining us now from Charleston, West Virginia, is Democratic Senator Joe Manchin, who serves on the Senate Intelligence Committee. Senator, I want to ask you about the Committee. Senator Burr, who is the chairman of the Intelligence Committee said, quote, "We don't have anything to do with political campaign," when asked if the Committee was going to investigate this idea of Russians trying to affect the election. But then that opinion was changed, and the Intelligence Committee is now going to look into that issue and whether there were any connections with the Russians and the Trump campaign. So what happened between when he said that, and now the decision to actually hold hearings?

JOE MANCHIN: Well, Senator Warner's our ranking member on the Committee. I'm brand new on the committee, and I'm very proud to be on this Committee, and I'm learning an awful lot. But I think that Richard Burr, Senator Burr, my dear friend, saw the interest that we all have, and basically, seeing the interest of the American people, that we want to find out the intent of the Russians, and to what extent the Russians are involved. And the American people need to know, our colleagues need to know. We believe and I believe now that the committee that we have, the Intelligence Committee, is the best Committee to do that. And we can do, John, quite a bit of open meetings there, in that Committee also, once we get to the classified status, and then we have to go into our closed meetings. So we can do better, I think, and quicker to get people informed. The Committee is professionally staffed. They know what they're doing. And I have an awful lot of faith and confidence in them. And we're going to get to the bottom of this very quickly. And I am glad they changed the direction. I am happy for the statements that both Senator Burr and Senator Warner have made now. We're working together, and that's a great committee with people who really care. And we're going to take politics out. It's about the security of our nation, not the politics of our nation.

JOHN DICKERSON: There is a spectrum of responses to the Russian actions. On the one hand, some intelligence officials say this is an unprecedented effort to try to influence the U.S. election. On the other hand, incoming Chief of Staff Reince Priebus and the Trump team says, you know, this is a pattern. The Russians have been doing this for 50 years. Which seems to suggest this is just not a new thing. Where do you put yourself on that spectrum?

JOE MANCHIN: Well, first of all, both statements are correct, John. The Soviets back in the '60s and '70s have been involved, we know they've been involved and they've been trying to be involved in many ways. Whether it be advertising or support, and trying to change those, who they thought would be harmful to the Kremlin. And now with Russia taking it to an unprecedented level, we're seeing, and everything has been reported in an unclassified way, that they have been involved more direct than any time in the past. So it's very troubling to find out what level and to the extent they've gone to, and where that's come from. That's what we're going to find out. That's what the American people want to know, and it's what my colleagues should know, so we know basically their true intent, and we cannot let them be involved in basically altering our political process.

JOHN DICKERSON: Let me ask you about the incoming Trump administration. You've met with the President-elect. You've met also with Mike Pence. What is your message to Democrats who are nervous about the incoming administration?

JOE MANCHIN: Well, I mean, I would approach this as I would anything else. I'm very appreciative they've reached out to me. And knowing that I'm a centrist and moderate, dead in the center, if you will, where I think most Americans are. That means we have to work together. They're willing to cross over in the aisle. They're