# EXHIBIT 6

# THE TRUMP PRESIDENTIAL TRANSITION TEAM HOLDS A NEWS BRIEFING VIA TELECONFERENCE

CQ Transcriptions

January 13, 2017 Friday

Copyright  2017 CQ-Roll Call, Inc     All Rights Reserved

All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ Transcriptions. You may not alter or remove any trademark, copyright or other notice from copies of the content.

## Body

**EVENT DATE:** January 13, 2017

**TYPE:** NEWS BRIEFING

**SPEAKER:** THE TRUMP PRESIDENTIAL TRANSITION TEAM

**OPERATOR**:  Please stand by.  Good day, ladies and gentlemen, and welcome to the Transition Daily Briefing Conference Call.  Today's call is being recorded.

   At this time, I'd like to turn the floor over to Sean Spicer.

**SPICER**:  Hey.  Good morning.  We are officially one week out from Inauguration Day, get excited.

   Yesterday, the president-elect spoke with president of Portugal who congratulated on his historic victory. Today, the president-elect and the vice president-elect have now spoken with over 75 world leaders.  The office of National Engagement which is part of the transition office is now engaged with over 1,000 organizations and groups since Election Day to discuss the issues that are most important to the American people.

   I know we've talked a lot about the preparations that have gone into the cabinet hearings that have started to occur on the (inaudible) this week, just a quick update on those.We've had over 35 mock hearings that today for Cabinet nominees with 4,712 questions being asked and an average of 124 questions per hearing.

   Over 75 hours of hearing have been conducted with 4,560 minutes spent in these hearing preparations, each lasting up to two hours.On average we've had nine individuals participating in the role of Senator and each hearing with a total of 342 individual volunteers sitting behind the dais to play the role; Senators can get these highly qualified individuals prepared for their confirmation hearing.

   The recap yesterday, I mentioned on the call the president-elect announced that former Mayor Rudy Giuliani will be leading up a new Cyber Security Committee.  In this role Mayor Giuliani will lead, lend his insight and expertise concerning private sector security, cyber security problems and emerging solutions.Developing in the private sector, Mister Giuliani was asked to initiate this process because of the long-standing successful government career in law enforcement and 16 years providing security solutions in the private sectors.

   Yesterday afternoon, the president-elect announced his intention to appoint Dina Powell as the assistant to the president and senior counselor for economic initiatives.In this role she will build new efforts around entrepreneurship, small business growth and economic empowerment of women.

   The president released the following statement regarding Ms. Powell's appointment.  "Dina Powell is a tremendous talent and has a stellar record of public service, as well a great career in the private sector.  She has been recognized for her strategic oversight, key programs and initiatives and is a leader in both economic growth

THE TRUMP PRESIDENTIAL TRANSITION TEAM HOLDS A NEWS BRIEFING VIA TELECONFERENCE

and the crucial empowerment of women in various aspects of business development and entrepreneurial endeavors.  I'm proud to have her serve as the senior counselor in my administration where I know she will produce great results working with highly respected team of experts that we have assembled".

Yesterday, a quick recap of the individual meetings, she met with Randall Stephenson, the chairman and CEO of AT&T.  Just as a recap, I know I've got some incoming questions on this, just to be clear that the eight -- the pending merger between AT&T and Time Warner was not discussed.  AT&T did put out a statement to reflect this and as I've noted, some of them have also called; the meeting as most of this meetings of CEO primarily dealt with job creation and regulatory impact that companies like AT&T have on the ability to create jobs and spur further economic growth.

He also met with Martin Silverstein, former U.S. ambassador to Uruguay; Mr. Mark Green, former ambassador to Tanzania; and then I'm going to read this one again, so I don't say incorrectly.  B-A-L-A-J- I, last name capital S-R-I-N-I-V-A-S-A-N who is CEO and co-founder of 21.Co, and a partner at Andreessen Horowitz; Jim O'Neill, the managing director of Natural (ph) Capital Management and former principal deputy associate, deputy-- excuse me, principal associate deputy at the Department of HSS.

Regarding the president (sic) schedule today,he received just -- daily intelligence briefing.  He then is meeting with Mr. Richard Trumka, T-R-U-M-K-A, who serves as the president of the American Federation of Labor and Congress of Industrial Organizations, better known as AFLCIO; following this he will meet with Marillyn Hewson, the CEO of Lockheed Martin for the second time.  As many of you may recall, their first meeting was in December at Trump Tower where they had a productive session about cost of military aircraft for U.S. and allies.

After that he will have some brief interviews with the London Times, The Build Newspaper of Germany; and then the president-elect will meet with William Happer, H-A-P-P-E-R, an accomplished physicists who previously served as director of the Office of Energy in the U.S. Department of Energy under George H.W. Bush.

He will then meet with Mr. Steve Harvey, H-A-R-V-E-Y.  He will then meet with Mr. Steve Roth, R-O-T-H, who is the chairman and CEO of Brando Realty Trust.  The president-elect's final meeting today will be with Senator Mrs. Blunt to discuss the upcoming week of historic inaugural events, as you know, for the -- or you may know, Senator Blunt is the point person for the Joint Congressional Committee on inaugural; so the swearing in and as such the logistics for that are within his purview and that's going to be the focus of their discussion.

And it's obviously -- it's the committee tasked with planning and swearing in of the president-elect and the vice president-elect, one week from today.

Today, the vice president-elect is headed to Indianapolis for a finance event followed by some transition meetings before returning to D.C.  Also today of note, the incoming senior White House staff of the Trump administration will be going over to the White House to meet with the current senior staff in what is considered a transition exercise in briefing to help ensure the continued peaceful transfer of power and a design of how our democracy works for the rest of the world to admire.

Looking ahead to next week, there are eight Senate confirmation scheduled hearing schedules-- there are eight confirmation hearing scheduled for next week including Education Secretary Designate, that (inaudible) and Secretary Designate, Congressman Ryan Zinke; U.N. Ambassador Designate, Governor Nikki Haley; Commerce Secretary Designate, Wilbur Ross; HHS Secretary Designate, Congressman Dr.  Tom Price; EPA Administrator Designate,Attorney General Scott Pruett;Energy Secretary Designate, Governor Rick Perry; and Treasury Secretary Designate, Steven Mnuchin.

On Wednesday morning we'll hold just for logistics purposes, for planning purposes, next week.  It is our intention to have this call at the PTT offices here at 1800 E.Street, and that will be an off- camera gag (ph), the call will still happen so if you can't logistically be here and obviously space is very limited; so the call will still happen, you can -- as normal we'll do that and then we will have the -- on Thursday morning, this call will be in person on camera; again,we'll have the phone option but we will be moving it to 9 A.M.  on next Thursday.  That will be on camera, the Wednesday one will be off-camera.

THE TRUMP PRESIDENTIAL TRANSITION TEAM HOLDS A NEWS BRIEFING VIA TELECONFERENCE

Again, I will continue to provide further details later this week as far as where we're headed.

With that I'd be glad to take few of your questions.

**OPERATOR**: Thank you.  Ladies and gentlemen, if you would like to ask a question, please press star one.

We'll go first to Brian Schwartz of FOX Business.

**QUESTION**: Hi, good morning.

So Sean, I know you said that the Time Warner merger was not discussed with AT&T -- with the AT&TCEO but just to clarify here.  So Time Warner was not brought up at all at any capacity -- even regarding job creation, anything like that -- none of it was discussed at all?  Just a question.

**SPICER**:  I think I asked and answered, the merger was not discussed.  It was focused on job creation and the regulatory impact that is currently inhibiting additional job creation for AT&T specifically.And again, I would refer you to AT&T statement that very clearly discussed these.

**OPERATOR**: We'll go to Karen Hart (ph) with Red River Reform Network.

**QUESTION**:  Thanks for taking my question.  The ex-Secretary position has yet to be named and I was curious as to why President- elect Donald Trump has yet to name the position and when he intends to release that information?

**SPICER**:  Well, two things.

Number one, I think I've addressed this a bunch of times.  Both the pick for V.A. and agriculture were ones that he not -- that he didn't take -- the other one is extremely seriously, but he has met with several candidates, he understands the importance, particularly the (inaudible) to and pray for that matter to job creation and economic growth in our country.

And he wants to make sure that he met with the candidate and understood how to implement his agenda to achieve those goals.  He has met with several people that you have seen throughout the last couple of months, frankly; all very highly talented and it's -- I would expect an announcement on that sometime soon.

**OPERATOR**:  (Inaudible) with Washington Examiner.

**QUESTION**:  Thanks for taking my question.

Sean, earlier today the president-elect tweeted that Hillary Clinton is guilty as hell and related relation to her private email server; is this a change in feeling about possibly appointing a special prosecutor as the president-elect said he would during the campaign and then he kind of backed off that after the election.  Has that the changed at all or is this just a statement this morning?

**SPICER**:  No, I think his position is stands.  I think he want to make it very clear,I think this is the position that expressed in that tweet or something; he expressed on the campaign trail as well that her use of a private server and the storage or improper storage of classified information, sharing there (inaudible) violated the law. He has been very consistent about that.

**OPERATOR**:  Ever Sanders (ph) of Las Vegas Review Journal, your line is open.

**QUESTION**:  Hi, Sean.  What is the president-elect -- what does he have to do in his inaugural address?  Is he going to try to reach out to people who didn't support him and how is he going to handle hackers?

**SPICER**:  Well, I think the speech -- you know, he continues to work on it.  He will continue,I think the theme that he had had since he took the stage there at New York at about three a.m. on that Wednesday morning of uniting and bringing all Americans together.

THE TRUMP PRESIDENTIAL TRANSITION TEAM HOLDS A NEWS BRIEFING VIA TELECONFERENCE

I think he has demonstrated through the people that he has met with and interviewed for jobs to come into his administration, but then appointed in staff level that his goal is to bring the best and the brightest individuals together to advance an agenda.

The elections behind us and he wants to continue to talk about issues and areas where he can unite the country, bring it together and as one country and restore the pride in our nation and putting more Americans back to work; you continue to hear those themes echo and I'd think you're going to hear a lot of that in the inaugural address.  It will be very visionary and layout where he wants to take the country in the world, that he sees every American play in making the country better.

So I think he will continue to do that.  Well, as we get closer to Inauguration Day, I think we'll probably be able to readout a little bit more of the speech but it's a work in progress, you've continued to meet with his team to layout additional thoughts and goals and refine some the text.So as we get closer to the next few days we might be able to give you a little bit further guidance on that.

**OPERATOR**:  We'll hear from Arlett Sans (ph) with ABC News.

**QUESTION**:  Hi, Sean.

Does President-elect Trump support the continuation of the FBI's investigation into the unsubstantiated allegations contained in that 35-page dossier?  And then also the Washington Post has reported that Michael Flynn spoke with the Russian ambassador several times.  Can you confirm that they have spoken in fact -- if they did in fact speak, what did he communicate in those conversation?

**SPICER**:  Thanks, Arlett (ph), a couple things.

So as far as the president-elect does the unsubstantiated document that was irresponsibly posted on the internet, I'll check it later.  I think the president forcibly address the inaccuracy of that reporting in several areas where -- which is patently false at the press conference.And I don't think anything has changed on that, it was your responsibility to put out there, unsubstantiated to begin with; and there is really nothing that's changed on that.

And second, with respect to General Flynn, just to give tick-tock on this.  On a Christmas Day, General Flynn reached out to the ambassador, send him a text and it said, you know, I want to wish you a Merry Christmas and a Happy New Year.  I look forward to touching base with you and working with you, and I wish you all the best.The ambassador texted him back wishing him a Merry Christmas as well and then subsequently on the 28th of December, texted him and said I'd like to give you a call, may I?

He then took that call on the 28th and the call centered around the logistics of setting up a call with the President of Russia and the president-elect after he was sworn-in and they exchanged logistical information on how to initiate and schedule that call. That was it, plain and simple.  I believe even an atheist will print a -- I don't want to call it -- I don't -- an update to be more accurate to affect the events of that day.

Now that he has been provided the information to clarify how that tick-tock went down but that was it, plain and simple.  I hope that answered your question, Arlett (ph).

Well, I'm sure it does.  So thank you.  Next question?

**OPERATOR**:  Shannon (ph) with Bloomberg.

**QUESTION**:  Hi, thanks for taking my question.

I had a question about trade, that I was just hoping if you could give a little clarity on -- so obviously a lot of talk has been about the border tax with regard to Mexico but a far greater number of cars are imported from -- into the U.S. from Canada.  So I just wanted to get some clarity on whether the President-elect's position on our border tax also applies to cars imported from Canada?  And if you can give it a sense why Canada hasn't really been brought up more?

THE TRUMP PRESIDENTIAL TRANSITION TEAM HOLDS A NEWS BRIEFING VIA TELECONFERENCE

**SPICER**:  Well, I think -- you know Shannon, what the president- elect has been very clear about consistently whether it's cars or any other elements or a manufacturing basis that when a company that's in the U.S. moves to a place whether it's Canada or Mexico or any other country; seeking to put U.S. workers at a disadvantage, out them out of work in order to go to a place outside of this country where they will pay less for labor but then seek to repay benefit by selling that product back into America; he is going to do everything he can to deter that.So the first step is ensuring that they understand that there will be a penalty for reimporting that which they had initially put in the U.S.

And second of all, that can create a more favorable regulatory intact climate, so that will be something that wouldn't even consider in the future.  So I think it's not so much a targeted at one particular country or one particular industry, this is something that he believes is crucial to reviving our American manufacturing base and ensuring that hard-working Americans don't get this advantage because a company that was based in the U.S. to begin with chose to go somewhere else only to seek a more favorable tax climate and then sell back that same product here.

**OPERATOR**:  And with that I'll turn it back over to Mr. Spicer for any additional or closing remarks.

**SPICER**:  Hey, guys.

As of right now, Monday is a federal holiday for MLK Day.  We do not intend to do a call on Monday.  I will give any read outs by the pool and obviously I will continue to provide updates that you might need and if you do need anything in the interim please email the site as we've talked about before media at PTT.gov.  If you would like to register for either one of the Wednesday or Thursday press events that will take place here in person,use the same email that we used for the Trump Tower which is credentials at media -- excuse me, credentials at PTT.gov.

I want to emphasize very clearly that space is going to be at a premium in the PTT spaces.  Additionally, because it is a government building and because of the individuals who come out of -- in and out of this building, security will be heightened.  I would urge you to make sure that you leave appropriate amount of time for both of those event if you choose to come in person (inaudible).

Anyway, thank you very much.  I hope you have a great weekend and we look forward to talk in future.  Bye.

**OPERATOR**:  Thank you.  That does conclude today's conference. Thank you all again for your participation.

END

**Load-Date:** January 13, 2017

---

**End of Document**