| | | Time | |
|---|---|---|---|
| PS-outgoing | 1/3/17 | 06:30 | Our material in the report is much better now. Don't like an annex, but is what it is. Did you follow the drama over the PDB last week? |
| PS-incoming | 1/3/17 | 06:31 | Yup. Don't know how it ended though. |
| PS-outgoing | 1/3/17 | 06:34 | They didn't include any of it and Bill didn't want to dissent. |
| PS-incoming | 1/3/17 | 06:36 | Wow. Bill should make sure Andy knows about that, since he was consulted numerous times about whether to include the reporting. |
| PS-outgoing | 1/3/17 | 07:45 | Oh good. Hopefully portends well for daycare today. What time is AM brief this morning? Haven't heard Bill. And I need to go now.... |
| PS-outgoing | 1/3/17 | 19:54 | Check Gmail. Also, had a good conversation with Bill, just about work. It was nice because it got past some of the awkward that I was feeling. |
| PS-outgoing | 1/3/17 | 19:55 | Check Gmail. Also, had a good conversation with Bill, just about work. It was nice because it got past some of the awkward that I was feeling. |
| PS-incoming | 1/3/17 | 20:27 | I wrote you back. Glad you talked with bill. About case stuff or other? |
| PS-outgoing | 1/3/17 | 20:27 | Ha. Literally just pulled this out |
| PS-outgoing | 1/3/17 | 20:28 | Case stuff. Big picture not at ease with outcome of mye, and need for all of us to step back and be strategic in action/engagement |
| PS-outgoing | 1/3/17 | 20:29 | He, like us, is concerned with over sharing. Doesn't want Clapper giving CR cuts to WH. All political, just shows our hand and potentially makes enemies. |
| PS-incoming | 1/3/17 | 20:51 | Yeah, but keep in mind we were going to put that in the doc on friday, with potentially larger distribution than just the dni. |
| PS-outgoing | 1/3/17 | 20:53 | The question is should we, particularly to the entirety of the lame duck usic with partisan axes to grind. |
| PS-outgoing | 1/3/17 | 21:49 | 🙂 you dropping off..m |
| PS-incoming | 1/3/17 | 21:49 | Sorry, am reading a twitter filing for a mtg tomorrow. |