| Corrected Date | Corrected Time | Sender | Recipient | Content/Notes |
|---|---|---|---|---|
| 4-Jan-17 | 2:11 PM | Strzok | ▮ | Hey if you havent closed ▮ don't do it yet |
| 4-Jan-17 | 2:12 PM | Strzok | ▮ | Sorry, RAZOR |
| 4-Jan-17 | 2:14 PM | Strzok | ▮ | Hey if you havent closed RAZOR, don't do so yet |
| 4-Jan-17 | 2:15 PM | ▮ | Strzok | Okay |
| 4-Jan-17 | 2:15 PM | Strzok | ▮ | Still open, right? |
| 4-Jan-17 | 2:15 PM | Strzok | ▮ | And youre case agent? Going to send you ▮ for the file |
| 4-Jan-17 | 2:15 PM | ▮ | Strzok | I have not closed it, I'll double check to see if ▮ had done it. |
| 4-Jan-17 | 2:17 PM | ▮ | Strzok | Still open and I'm still listed as the Case Manager (had to double check) |
| 4-Jan-17 | 2:18 PM | Strzok | ▮ | Rgr. I couldn't raise ▮ earlier. Pls keep it open for now |
| 4-Jan-17 | 2:17 PM | ▮ | Strzok | Will do |
| 4-Jan-17 | 2:19 PM | Strzok | Page | Razor still open. :@ but serendipitously good, I guess. You want those chips and oreos? |
| 4-Jan-17 | 2:19 PM | Page | Strzok | phew. |
| 4-Jan-17 | 2:20 PM | Page | Strzok | But yeah, that's amazing that he is still open. Good, I guess. |
| 4-Jan-17 | 2:20 PM | Strzok | Page | Yeah, our utter incompetence actually helps us. 20% of the time, I'm guessing :) |
| 4-Jan-17 | 2:21 PM | ▮ | Strzok | Anything I can help with? |
| 4-Jan-17 | 2:21 PM | Strzok | ▮ | Just need to relay to him not to close RAZOR yet. I talked with ▮ |
| 4-Jan-17 | 2:22 PM | ▮ | Strzok | Oh, OK |
| 4-Jan-17 | 2:22 PM | ▮ | Strzok | What's up? |
| 4-Jan-17 | 2:22 PM | Strzok | ▮ | Need to decide what to do with him w/r/t the ▮ |
| 4-Jan-17 | 2:22 PM | Strzok | ▮ | 7th floor involved |
| 4-Jan-17 | 2:23 PM | ▮ | Strzok | I heard that might be the case yesterday. Did DD send that material over? |
| 4-Jan-17 | 2:23 PM | ▮ | Strzok | ▮ has been handling RAZOR's closure -- do you want me to reach out to him? |

**SUBJECT TO PROTECTIVE ORDER**

DOJSCO - 700023473

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 4-Jan-17 | 2:24 PM | Strzok | ▮ | Yes |
| 4-Jan-17 | 2:24 PM | ▮ | Strzok | Will do |
| 4-Jan-17 | 2:24 PM | Strzok | ▮ | Hey don't close RAZOR |
| 4-Jan-17 | 2:24 PM | Strzok | ▮ | actually, just got him on Lync |
| 4-Jan-17 | 2:24 PM | Strzok | ▮ | Has he been doing the bulk of the work on him?> |
| 4-Jan-17 | 2:25 PM | ▮ | Strzok | He's been doing some of the stuff more recently |
| 4-Jan-17 | 2:25 PM | Strzok | ▮ | Actually, his green bubble just turned yellow, pls do try and reach him |
| 4-Jan-17 | 2:25 PM | ▮ | Strzok | Will do |
| 4-Jan-17 | 2:27 PM | ▮ | Strzok | ok |
| 4-Jan-17 | 2:28 PM | ▮ | Strzok | should I be concerned? |
| 4-Jan-17 | 2:28 PM | Strzok | ▮ | Possibly. Will know more in a bit |
| 4-Jan-17 | 2:29 PM | Strzok | ▮ | I'll lync you in 10-15 |
| 4-Jan-17 | 2:29 PM | ▮ | Strzok | ok |
| 4-Jan-17 | 3:59 PM | ▮ | ▮ | have you seen the latest ▮ ? |
| 4-Jan-17 | 3:59 PM | ▮ | ▮ | on the yellow side? yes ... ▮ |
| 4-Jan-17 | 3:59 PM | ▮ | ▮ | to give you a thumb nail i heard pete say, "Andy and ▮ will interview...." |
| 4-Jan-17 | 3:59 PM | ▮ | ▮ | yep |
| 4-Jan-17 | 3:59 PM | ▮ | ▮ | lemme get more clarity before i give you more |
| 4-Jan-17 | 4:00 PM | ▮ | ▮ | ▮ meaning Preistep, correct? |
| 4-Jan-17 | 4:08 PM | ▮ | ▮ | nope - ▮ |
| 23-Jan-17 | 6:37 AM | Strzok | Page | We'll see, about Bill. He was pretty adamant about what Andy it said with regard to that. And he mentioned on Saturday that he had several conversations |
| 23-Jan-17 | 6:37 AM | Strzok | Page | with Andy. Bill sense with it and he wanted to know why we had to go aggressively doing these things, openly. I worry Bill isn't getting the underlying d |
| 23-Jan-17 | 6:37 AM | Strzok | Page | istinction that I think is clear. But maybe I'm wrong. |

**SUBJECT TO PROTECTIVE ORDER**

DOJSCO - 700023474

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 24-Jan-17 | 6:46 AM | Strzok | ▮ | Hi - sorry I missed you yesterday. About to email you questions for Andy to think about in advance of his call with Flynn. I'm sure he's thought of them already, but just in case |
| 24-Jan-17 | 9:27 AM | Strzok | Page | ☹☹☹☹ Bill just told ▮ and me that he brought up - again, th |
| 24-Jan-17 | 9:27 AM | Strzok | Page | is time in front of D - ▮. Didn't know he was going to d |
| 24-Jan-17 | 9:27 AM | Strzok | Page | o that. |
| 24-Jan-17 | 9:29 AM | Page | Strzok | Yeah, dd is frustrated. Going into mtg. |
| 24-Jan-17 | 9:29 AM | Page | Strzok | Don't repeat |
| 24-Jan-17 | 9:30 AM | Strzok | Page | I won't. Bill said D started going one way and DD cut him off. I'd be frustrated too |
| 10-Feb-17 | 5:37 PM | Page | Strzok | This document pisses me off.? You didn't even attempt to make this cogent and readable.? This is lazy work on your part. |
| 10-Feb-17 | 10:10 PM | Strzok | Page | Lisa, you didnt see it before my edits that went into what I sent you. I was 1) trying to completely re-write the thing so as to save ▮ voice and 2) get it out to you for general review and comment in anticipation of needing it soon. I greatly appreciate your time in reviewing and your edits. I incorporated them. Thank you. |
| 10-Feb-17 | 10:11 PM | Strzok | Page | shoudl say 1) trying to not completely re-write.... |
| 10-Feb-17 | 10:11 PM | Strzok | Page | should |
| 10-Feb-17 | 10:11 PM | Strzok | Page | f*ck. |
| 10-Feb-17 | 10:11 PM | Strzok | Page | I did the edits better than I'm IMing |

SUBJECT TO PROTECTIVE ORDER

DOJSCO - 700023475