## Exhibit List

**Exhibit 1**     Page and Strzok Text Messages Never Produced to the Defense.

**Exhibit 2**     New Page and Strzok Text Messages Produced in the
Government's Motion to Dismiss, ECF No. 198, Ex. 7.

**Exhibit 3**     The Government's Two-Page Motion to Dismiss the Prosecution
of the African Sting Trial Defendants Who Pleaded Guilty and
Subsequent Court Orders.

**Exhibit 4**     The Government's Two-Page Motion to Dismiss the Prosecution
of Ted Stevens.