IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal Action No. 1:17-cr-00232 (EGS)** |
| **MICHAEL T. FLYNN,** | |
| **Defendant.** | |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Jesse R. Binnall, moves for the admission and appearance of attorney Abigail C. Frye *pro hac vice* in the above-entitled action. This motion is supported by the attached Declaration of Abigail C. Frye. As set forth in Ms. Frye's declaration, she is admitted and is an active member in good standing with the following courts and bars: the Georgia State Bar and the United States District Court for the Northern District of Georgia. This motion is supported and signed by Jesse R. Binnall, an active and sponsoring member of the Bar of this Court.

Dated this 18th day of June, 2020.

Respectfully submitted,

/s/ Jesse R. Binnall
———————————————
Jesse R. Binnall, VSB #79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 18th day of June 2020, true and genuine copies of Motion to Appear *Pro Hac Vice* on behalf of Defendant Michael T. Flynn and Declaration of Abigail C. Frye were served via electronic mail by the Court's CM/ECF system to the following:

Jocelyn Ballantine
Assistant U.S. Attorney
555 4th Street, NW Washington, D.C. 20530

          Respectfully submitted,

          */s/*  Jesse R. Binnall
          Jesse R. Binnall, VSB# 79272
          HARVEY & BINNALL, PLLC
          717 King Street, Suite 300
          Alexandria, VA 22314
          Tel: (703) 888-1943
          Fax: (703) 88-1930
          jbinnall@harveybinnall.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>    Defendant. | Criminal Action No. 1:17-cr-00232<br>                                    (EGS) |

**DECLARATION OF ABIGAIL C. FRYE IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

I, Abigail C. Frye, hereby declare:

1. My name, office address, and telephone number are as follows:

   Abigail C. Frye
   Harvey & Binnall, PLLC
   717 King Street, Suite 300
   Alexandria, VA 22314
   Tel: (703) 888-1943

2. I am admitted to the following courts and bars:

   Georgia State Bar, Georgia State Bar # 975681
   U.S. District Court for the Northern District of Georgia

3. I am currently in good standing with all states, courts, and bars in which I am

   admitted, and I have never been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed this

18th day of June 2020.

        Respectfully submitted,

        <u>/s/Abigail C. Frye.</u>
        Abigail C. Frye
        Harvey & Binnall, PLLC
        717 King Street, Suite 300
        Alexandria, VA 22314
        Tel: (703) 888-1943
        Fax: (703) 888-1940
        afrye@harveybinnall.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>    Defendant. | Criminal Action No. 1:17-cr-00232<br>(EGS) |

ORDER GRANTING MOTION FOR ADMISSION
OF ATTORNEY ABIGAIL C. FRYE *PRO HAC VICE*

    The Court has reviewed the Defendant's Motion for Admission of ABIGAIL C. FRYE *pro hac vice*. Upon consideration of that motion, the Court grants attorney ABIGAIL C. FRYE *pro hac vice* admission to this Court.

SO ORDERED.

DATED: _____

                                                          Emmet G. Sullivan Jr.
                                                          United States District Judge