IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **MICHAEL T. FLYNN,** <br><br> **Defendant.** | **Criminal Action No. 1:17-cr-00232 (EGS)** |

## ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ABIGAIL C. FRYE *PRO HAC VICE*

The Court has reviewed the Defendant's Motion for Admission of ABIGAIL C. FRYE *pro hac vice*. Upon consideration of that motion, the Court grants attorney ABIGAIL C. FRYE *pro hac vice* admission to this Court.

SO ORDERED.

DATED: _____

_____
Emmet G. Sullivan Jr.
United States District Judge