UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## NOTICE OF DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files with the Court its most recent discovery correspondence in this case.

    Respectfully submitted,

    MICHAEL R. SHERWIN
    United States Attorney
    NY Bar No. 4444188

    By: */s/ Jocelyn Ballantine*
    Jocelyn Ballantine
    Assistant United States Attorney
    CA Bar No. 208267
    555 4th Street NW
    Washington, D.C. 20530

Dated: June 23, 2020
*Enclosure*



U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 23, 2020

<u>Via Email</u>

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

        Re:    *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

    As we have previously disclosed, beginning in January 2020, the United States Attorney for the Eastern District of Missouri has been conducting a review of the Michael T. Flynn investigation. The enclosed document was obtained and analyzed by USA EDMO during the course of its review. This page of notes was taken by former Deputy Assistant Director Peter Strzok. While the page itself is undated; we believe that the notes were taken in early January 2017, possibly between January 3 and January 5. These materials are covered by the Protective Order entered by the Court on February 21, 2018; additional documents may be forthcoming.

        Sincerely,

        MICHAEL R. SHERWIN
        Acting United States Attorney

        By:    /s/
        Jocelyn Ballantine
        *Assistant United States Attorney*

Enclosure