UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

### GENERAL FLYNN'S SUPPLEMENT TO HIS CONSENT TO GOVERNMENT'S MOTION TO DISMISS AND HIS OPPOSITION TO AMICUS

In his Brief in Opposition to Amicus, General Flynn explained why the recently uncovered exculpatory evidence justified the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). ECF 228 at 19-29. He also consented to the Government's Motion to Dismiss. ECF No. 199. Yesterday, the Government produced further stunning and exculpatory evidence, previously withheld from General Flynn, showing that Director Comey himself and the highest levels of the Obama Administration had the transcripts of Flynn's phone calls with officials of other countries and knew General Flynn's calls were lawful and proper.

Strzok's notes believed to be of January 4, 2017, reveal that former President Obama, James Comey, Sally Yates, Joe Biden, and apparently Susan Rice discussed the transcripts of Flynn's calls and how to proceed against him. Mr. Obama himself directed that "the right people" investigate General Flynn. This caused former FBI

1

Director Comey to acknowledge the obvious: General Flynn's phone calls with Ambassador Kislyak "appear legit." According to Strzok's notes, it appears that Vice President Biden personally raised the idea of the Logan Act. That became an admitted pretext to investigate General Flynn. The notes are attached as Exhibit 1.

Dated: January 24, 2020                        Respectfully submitted,

/s/ Jesse R. Binnall                           /s/ Sidney Powell
Jesse R. Binnall                               Sidney Powell
Lindsay R. McKasson                            Molly McCann
Harvey & Binnall, PLLC                         Sidney Powell, P.C.
717 King Street, Suite 300                     2911 Turtle Creek Blvd.,
Alexandria, VA 22314                           Suite 300
Tel: (703) 888-1943                            Dallas, Texas 75219
Fax: (703) 888-1930                            Tel: 214-707-1775
jbinnall@harveybinnall.com                     sidney@federalappeals.com
lmckasson@harveybinnall.com                    Admitted *Pro Hac Vice*
Admitted *Pro Hac Vice*                        molly@federalappeals.com
                                               Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2020 I electronically filed the foregoing brief with the Clerk of Court using the CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

        Respectfully submitted,

        */s/* Jesse R. Binnall
        Jesse R. Binnall, VSB# 79272
        HARVEY & BINNALL, PLLC
        717 King Street, Suite 300
        Alexandria, VA 22314
        Tel: (703) 888-1943
        Fax: (703) 888-1930
        jbinnall@harveybinnall.com