NSA - D - DAG: Flynn calls. Other countries
D-AG: Leon forward on useless
VP: "Logan Act"
P: These are unusual times
P: I've been set on the intel centre for ten years and I never
P: Make sure you look at things + have the right people on it
P: Is there anything I shouldn't be telling transition team?
D: Flynn → Kislyak calls but appear legit

Apples - Happy New Year - Yeah right

Declassified by FBI-C58W88B61
on 6/23/2020
This redacted version only
DOJSCO - 700023486