UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>               Defendant. | Case No. 17-cr-232 (EGS) |

**ORDER GRANTING REQUEST FOR CLARIFICATION AND
MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

*Amicus curiae* John Gleeson moved for an order for extension of time to file reply brief.

It is ORDERED that the motion is GRANTED, and that the time to file is extended until the Court clarifies whether the reply brief should be filed.

Date: _____

                                                                 _____
                                                                 The Honorable Emmet G. Sullivan, Jr.
                                                                 United States District Judge