# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-5143**                          **September Term, 2019**

FILED ON: JUNE 24, 2020

IN RE: MICHAEL T. FLYNN,
        PETITIONER

On Emergency Petition for a Writ of Mandamus

Before: HENDERSON, WILKINS and RAO, *Circuit Judges*.

### O R D E R

Upon consideration of the emergency petition for a writ of mandamus, the responses thereto, and the reply, the briefs of amici curiae in support of the parties, and the argument by counsel, it is

**ORDERED** that Flynn's petition for a writ of mandamus be granted in part; the District Court is directed to grant the government's Rule 48(a) motion to dismiss; and the District Court's order appointing an amicus is hereby vacated as moot, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                             BY:     /s/
                                             Daniel J. Reidy
                                             Deputy Clerk

Date: June 24, 2020

Opinion for the court filed by Circuit Judge Rao.
Opinion dissenting in part filed by Circuit Judge Wilkins.