UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

## NOTICE OF DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files with the Court its most recent discovery correspondence in this case.

Respectfully submitted,

MICHAEL R. SHERWIN
United States Attorney
NY Bar No. 4444188

By: */s/ Jocelyn Ballantine*
Jocelyn Ballantine
Assistant United States Attorney
CA Bar No. 208267
555 4th Street NW
Washington, D.C. 20530

Dated: July 7, 2020
*Enclosure*



U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 7, 2020

<u>Via Email</u>

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

   Re: *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

  As we have previously disclosed, beginning in January 2020, the United States Attorney for the Eastern District of Missouri has been conducting a review of the Michael T. Flynn investigation.  The enclosed documents were obtained and analyzed by USAO EDMO during the course of its review.  The documents include handwritten notes of former Deputy Assistant Attorney General Tashina Gauhar from a January 25, 2017 meeting (23487-80), notes of former Deputy Assistant Director Peter Strzok from that same meeting (23491-92), an internal DOJ document dated January 30, 2017 (23493-97), and handwritten notes of then Acting Attorney General Dana Boente, dated March 30, 2017 (23498-500).  These materials are covered by the Protective Order entered by the Court on February 21, 2018; additional documents may be forthcoming.

           Sincerely,

           MICHAEL R. SHERWIN
           Acting United States Attorney

         By: ____/s/_____
           Jocelyn Ballantine
           *Assistant United States Attorney*

Enclosure