Lead out from FBI.   Wed. 1/25/17
  of meeting w/ F

- Baker           NSD - Mary
- Priestap              625
- Strzok               5th W
- [redacted]      OGC - Tasha
                          [redacted] Scott

Investigation:
  ① Q → influence; unsub investigation
      looked at numerous, F being 1. opened P.I.
      started last summer.
    as summer progressed —
      • had not seen things to point to initial issue
      • Nov. → looking to close F as agent 1st named
        • then received calls.
      • NOV - DEC → calls.
         • requests to foreign partners
           info came back → legit/maybe
      • Media leaks - re intercepts
          investigation in the open → changed the dynamic.
          need to resolve. Completed non-alerting investigative steps.

  ✱ Decision to Interview →
      • 12:30 outreach - asked to Interview - w/ coyote agents
             to talk about news.   ✱ said to the DD -
                                        you have the calls
      • (2:30) Just F. Did not ask for any parameters.
        (per Baker - if want someone else, must let us know)

      • F. said spoke to D.D.
        told there to talk about comms prior to inaug.
He said      • DIA - interaction w/ GRU
should start • Discussion of paid speech through Speakers Bureau.
w/ history   • went through various calls
               - Discussion of what had been in news
                     - meetings; experience; calls re condolences,
               - Maintain + Establish relationships
                 + Need Dialogue.

SUBJECT TO PROTECTIVE ORDER                                      DOJSCO - 700023487

* 4+1 → if can take on off the table, he wants to.
* Key - fight radical Islam
        sculpted his ~~whole~~ conversation.

Q: Gameplan going in?
A: ~~Goal~~ → use to determine if clandestine or agency relationships.
        to inform that understanding.
        - Ask + see what he would say about them
        - Decided not to show the cuts.
            - objective appearance that not leaning in either direction
            - try to "jog" his memory -
            - Get a sense → being forthright ~~clear about~~

Q: ~~Sanstro~~ Sonstro?
A: No false stmt or intro that under investigation.
    Ready to do so if needed, but didn't
    Started w/ thanks for voluntarily meeting + knew busy.
    Didn't ask about investigation.

Q: Timing - why yesterday?
A: B/c what was in the press.
    Discussion by administration.

- ~~Thanksgiving~~ timeframe - March  } Did not
- Post - Russian Sanctions           } tell either of these.

SUBJECT TO PROTECTIVE ORDER       DOJSCO - 700023488



- Said doing exercise to reach out to other countries. Called 30 or more countries w/ multiple individuals. Said only K. w/ Russia.
    FBI → says checked + is consistent w/ tech cuts.

- FBI asked of 2
    1) Do you recall convo about UN vote re resolution re Israel.
        - Yes, thank you for reminding me. recalled + calling.
        - Did you ask any country to do anything?
            Ⓐ NO
        - Did you ask for delay?
            Ⓐ NO. He said referenced Egypt.
        - Did ask for vote/outcome?
            Ⓐ NO.
            ↳ then decided to move on.
            - FBI assessed - yes false + inaccurate. But believe that F. Believes that what he said was true.

    2) Recall call about expulsion of + closing ▓▓▓
        Ⓐ NO.
        Recall call about escalation + tit for tat (his words)
        Ⓐ NO - b/c didn't know about it + saw on the news.
        Recall where you got a call where they are moderate
        Ⓐ NO.
        ↳ then third time, is possible But don't remember + wouldn't have done that.

SUBJECT TO PROTECTIVE ORDER    DOJSCO - 700023489

- Concluded with housekeeping. 

• Asked # of calls
• Didn't remember the #,

→ Did not ask about stmts made on the press.
  Decision to keep about FS comp w/k

[1st stmts 13th + 15th]

FBI - largely telling truth as Believed it
  even though contradictory?

  - Know him wts
  - have set up immediately
  - Didn't have anyone w/him
  - So affirmative in answer
    ↳ So focused on Radical Islam.

FBI - CI Defensive Briefings

• CI → Do not think Agent, But need to verify
• CRIME → not willing to say at this point now.
• Compromise → Defensive Briefing



SUBJECT TO PROTECTIVE ORDER            DOJSCO - 700023490



11:30: Mary, George, Stu, Scott Schools, Trish, JB, ▓▓ Bill

George: who (appropriate to tell WH to stop making false statements

Declassified by FBI-C58W88B61
on 7/1/2020
This redacted version only

SUBJECT TO PROTECTIVE ORDER                              DOJSCO - 700023491

Is his rendition accurate since we didn't confirm/correct it

George: no reasonable pros do longer fct

SUBJECT TO PROTECTIVE ORDER            DOJSCO - 700023492



Draft-work product

January 30, 2017

TPs: Summary and Timeline regarding General Flynn Contacts/Discussions with Russian Officials



SUBJECT TO PROTECTIVE ORDER

DOJSCO - 700023493

Draft-work product



4. After additional articles came out and Secretary Spicer gave his press conference on January 23, FBI decided to interview General Flynn on January 24th. During this interview the FBI asked General Flynn about his contacts with the Ambassador. General Flynn recalled a conversation about Israel after prompting by the FBI, but denied having conversations about sanctions. FBI advised that based on this interview, they did not believe General Flynn was acting as an agent of Russia. FBI also advised that although they recognized the statements were inconsistent with the FISA collection, they believed that Flynn believed what he was telling them. FBI did not confront Flynn with the communications during the interview.



SUBJECT TO PROTECTIVE ORDER                                DOJSCO - 700023494



Draft-work product

SUBJECT TO PROTECTIVE ORDER

DOJSCO - 700023495



Draft-work product

- Wednesday, January 25, 2017: FBI briefs NSD and ODAG staff on their interview. FBI advised that the purpose of the interview was to determine if General Flynn was acting as an agent of Russia. FBI advised that General Flynn was very open and forthcoming. When asked about his contacts with the Ambassador, General Flynn responds with the same four topics described by Press Secretary Spicer. FBI asks General Flynn if he has had any conversations regarding the Israeli vote. He thanks the FBI for reminding him and states that the calls around that time were done in "table-top exercise" fashion to ensure that they had the correct contacts and that Russia was one of many calls. FBI then asked General Flynn if he had any conversations about the sanctions. Flynn denied having the conversation and stated he would not have that type of a conversation. FBI prompted Flynn with language used during the call and he still denies having the conversation. FBI advised that they believed Flynn believed what he was saying was true. FBI recognized the discrepancy between the statements and the actual calls, but determined that Flynn was not acting as an agent of Russia. FBI advised that the decision was made by FBI leadership not to confront Flynn with the actual tech cuts.

Draft-work product

Acting AG Yates advises FBI that she will advise WHCO and sets up a meeting for the next day. FBI does not object to the notification and agrees it needs to be done.



SUBJECT TO PROTECTIVE ORDER                                             DOJSCO - 700023497



SUBJECT TO PROTECTIVE ORDER                    DOJSCO - 700023498



SUBJECT TO PROTECTIVE ORDER   DOJSCO - 700023499

[redacted]

Michael Flynn
- couple of
- pulling SF-86.
- preserved equip. etc. N3 where.
- do not view as source
of collusion.
- logm /tr
- FMRA

[redacted]