UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

## [PROPOSED] ORDER

On September 4, 2020, the government and counsel for General Michael T. Flynn filed a joint status report and a motion to expedite. Prior to filing this motion, the parties consulted with the Court-appointed amicus curiae, who concurred in the proposed expedited schedule.

Upon consideration of these requests, and for the reasons stated in the joint motion, it is hereby ORDERED that the Court-appointed amicus curiae shall file his reply brief, on September 11, 2020.

It is further ORDERED that the filing of the reply brief on September 11, 2020, shall complete the briefing on the government's motion to dismiss.

It is further ORDERED that oral argument on the government's motion to dismiss is hereby scheduled for September __, 2020.

IT IS SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Judge