UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

## NOTICE OF COMPLIANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that it has complied with the Court's September 6, 2020 Minute Order by delivering three bound and indexed copies of [198], the Government's motion to dismiss, and [227], the Government's response to Court-appointed amicus curiae to the Courthouse loading dock located at the corner of 3rd and C Streets, N.W.

Respectfully submitted,

MICHAEL R. SHERWIN
United States Attorney
NY Bar No. 4444188

By: */s/ Jocelyn Ballantine*
Jocelyn Ballantine
Assistant United States Attorney
CA Bar No. 208267
555 4th Street NW
Washington, D.C. 20530

Dated: September 10, 2020