UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | Criminal Action No. 17-232-EGS |

### NOTICE OF COMPLIANCE

Pursuant to this Court's September 6, 2020 Minute Order, Michael T. Flynn submits three bound and indexed courtesy copies of [228] Mr. Flynn's brief in opposition to amicus, [231] Mr. Flynn's supplement, and [237] Mr. Flynn's second supplement. Additionally, to complete the record and for the Court's convenience, Mr. Flynn is filing herewith and submitting courtesy copies of his filings made in the in the United States Court of Appeals for the D.C. Circuit, Case No. 20-5143.

These filings further explain this Court's legal obligation to grant the Government's motion to dismiss with prejudice, its obligation to recuse itself from further involvement in this case no later than its investment in continuing the prosecution by the unprecedented step of petitioning the Court of Appeals for rehearing en banc, and why no amicus involvement is allowed in this matter. Mr. Flynn continues to preserve his arguments on these important issues. Mr. Flynn's index to the bound courtesy copies is also attached to this notice.

1

2

| Dated: September 10, 2020 | Respectfully submitted, |
|---|---|
| /s/ Jesse R. Binnall | /s/ Sidney Powell |
| Jesse R. Binnall | Sidney Powell |
| Lindsay R. McKasson | Molly McCann |
| Abigail C. Frye | Sidney Powell, P.C. |
| Harvey & Binnall, PLLC | 2911 Turtle Creek Blvd., |
| 717 King Street, Suite 300 | Suite 300 |
| Alexandria, VA 22314 | Dallas, Texas 75219 |
| Tel: (703) 888-1943 | Tel: 214-707-1775 |
| Fax: (703) 888-1930 | sidney@federalappeals.com |
| jbinnall@harveybinnall.com | Admitted *Pro Hac Vice* |
| lmckasson@harveybinnall.com | molly@federalappeals.com |
| Admitted *Pro Hac Vice* | Admitted *Pro Hac Vice* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, a true and genuine copy of this Notice of Compliance was served via electronic mail by the Court's CM/ECF system to all counsel of record.

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com