UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>            Defendant | Crim. No. 17-232 (EGS) |

## NOTICE OF COMPLIANCE

John Gleeson hereby notifies the Court that he has complied with its September 6, 2020 Minute Order by delivering three courtesy copies of the Court-appointed *amicus curiae*'s brief filed on June 10, 2020, at Docket No. 225, and accompanying exhibits, to this Court's Chambers.

/s/ John Gleeson
John Gleeson[1]
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
jgleeson@debevoise.com

*Court-appointed* Amicus Curiae

---

[1] On May 18, 2020, the Court ordered that I be admitted pro hac vice to appear in this matter, be conferred full privileges to file and receive papers through the Court's CM/ECF system in this proceeding, and be excused from the local counsel requirement of Local Criminal Rule 44.1(c)(1). *See* Minute Order of May 18, 2020.