UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>           Defendant | Crim. No. 17-232 (EGS) |

### NOTICE OF COMPLIANCE

John Gleeson hereby notifies the Court that he has complied with its September 6, 2020 Minute Order by delivering three courtesy copies of the Reply Brief for the Court-Appointed *Amicus Curiae* filed on September 11, 2020, at Docket No. 243, to this Court's Chambers.

/s/ John Gleeson
John Gleeson[1]
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
jgleeson@debevoise.com

*Court-appointed* Amicus Curiae

---

[1] On May 18, 2020, the Court ordered that I be admitted pro hac vice to appear in this matter, be conferred full privileges to file and receive papers through the Court's CM/ECF system in this proceeding, and be excused from the local counsel requirement of Local Criminal Rule 44.1(c)(1). *See* Minute Order of May 18, 2020.