UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. No. 17-232 (EGS)** |
| **MICHAEL T. FLYNN,** | |
| **Defendant** | |

NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney Kenneth C. Kohl is entering his appearance on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
UNITED STATES ATTORNEY
N.Y. Bar No. 4444188

By: _____/s/_____
KENNETH C. KOHL
D.C. Bar No. 476-236
Acting Principal Assistant U.S. Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Ken.Kohl@usdoj.gov
(202) 252-7793