UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Hashim M. Mooppan, Counselor to the Solicitor General, is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar No. 4444188

By: */s/ Hashim M. Mooppan*

HASHIM M. MOOPPAN
D.C. Bar No. 981758
Counselor to the Solicitor General
950 Pennsylvania Ave. NW # 5143
Washington, DC   20530
202-514-2201
hashim.mooppan@usdoj.gov