UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

## Motion to Withdraw Counsel

Pursuant to Local Rule of Criminal Procedure 44.5 (d), Lt. General Michael T. Flynn (Ret.) hereby requests that the Court allow the withdrawal of William H. Hodes and Lindsay McKasson. Mr. Hodes and Ms. McKasson were admitted Pro Hac Vice. In light of the Government's Motion to Dismiss and current status of the case, General Flynn by his signature hereon authorizes Mr. Hodes' and Ms. McKasson's withdrawal. Undersigned counsel and General Flynn assure the court this will cause no delay, no prejudice to any party, and General Flynn is fully and ably represented by current counsel who have briefed all the issues before the court. The Government has no objection to this motion.

Dated: September 23, 2020

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Abigail Frye
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314

/s/ Sidney Powell
Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd.,
Suite 300

1

Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
afrye@harveybinnall.com
Admitted *Pro Hac Vice*

Dallas, Texas 75219
Tel: 214-707-1775
sidney@federalappeals.com
Admitted *Pro Hac Vice*
molly@federalappeals.com
Admitted *Pro Hac Vice*

_____ 9/23/2020
Michael T. Flynn

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020 I electronically filed the foregoing brief with the Clerk of Court using the CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system. The motion was also hand delivered to Lt. Gen. Michael T. Flynn, pursuant to Local Rule of Criminal Procedure 44.5 (d).

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant.** | Criminal Action No. 17-232-EGS |

**[PROPOSED] ORDER**

Upon consideration of Lt. General Michael T. Flynn's (Ret.) Motion to Withdraw Counsel and for good cause shown, it is ORDERED that William Hodes and Lindsay McKasson are hereby withdrawn as counsel for General Flynn.

Dated: _____      _____

                                                                                             Emmet G. Sullivan
                                                                                             United States District Judge