## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| MICHAEL T. FLYNN, | Criminal Action No. 17-232-EGS |
| Defendant. | |

## [PROPOSED] ORDER

Upon consideration of Lt. General Michael T. Flynn's (Ret.) Motion to

Withdraw Counsel and for good cause shown, it is ORDERED that William Hodes

and Lindsay McKasson are hereby withdrawn as counsel for General Flynn.

Dated: _____                    _____

                                             Emmet G. Sullivan
                                             United States District Judge