## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **MICHAEL T. FLYNN,** | **Criminal Action No. 17-232-EGS** |
| **Defendant.** | |

### THIRD SUPPLEMENT IN SUPPORT OF AGREED DISMISSAL

On May 7, 2020, the Government moved to dismiss with prejudice the prosecution of General Flynn. ECF No. 198. Until this case is dismissed with prejudice, the Government has a continuing obligation to provide to the defense all evidence that is exculpatory of General Flynn, establishes misconduct by the Government in its many capacities that contributed to this wrongful prosecution, or otherwise is favorable to the defense. *Brady v. Maryland*, 373 U.S. 83 (1963). The defense has a continuing obligation to make a record that mandates this dismissal—especially in view of this court's unprecedented procedures and position.

Late last night, the Government produced yet another tranche of documents—its fifth production of exculpatory evidence since April of 2020, and its third since filing its massive Motion to Dismiss. ECF Nos. 198, 231, 237. According to the Government's production correspondence: "The documents include

handwritten notes of former Deputy Assistant Director Peter Strzok (23501 & 23503) and former Deputy Director Andrew McCabe (23502); and internal text messages between FBI analysts who worked on the Flynn matter (23504- 23516); . . . additional text messages between former DAD Strzok and Lisa Page (23516-23540)." The 41 pages of additional evidence demonstrate (i) his innocence; (ii) the absence of any crime; (iii) government misconduct in the investigation of General Flynn; and (iv) continuing prosecutorial misconduct in the suppression of evidence favorable to the defense in violation of *Brady v. Maryland* and this Court's *Brady* order.  ECF No. 20.

These documents provide information long known to the agents and others at the highest levels of the Department of Justice and the FBI; information long concealed by the Special Counsel and FBI.  This evidence shows outrageous, deliberate misconduct by FBI and DOJ—playing games with the life of a national hero.  It negates multiple essential elements required for the prosecution of a false statement offense and any "offense" even considered in relationship to Flynn Intel Group's review of open source information regarding Fethullah Gulen and the Muslim Brotherhood.

This remarkable new production shows that in August of 2016, the FBI analysts discussed the preference of some agents for a Clinton Presidency—a known quantity—"instead of a wild card like [T]rump."

| 8/11/2016 | 19:30:05 | | doing all this election research - i think some of these guys want a clinton presidency |
|---|---|---|---|
| 8/11/2016 | 19:30:20 | | they seem to respect that they know what they are gonna get |
| 8/11/2016 | 19:30:25 | | haha, really |
| 8/11/2016 | 19:30:36 | | instead of a wild card like trump |

In messages exchanged on the FBI's "Lync" messaging system in October of 2016, FBI employees exchanged messages about the "Crossfire Road Show," stating that they were "interested to see how this all plays out."  They knew exactly how bad it was: "I'm telling man, if this thing ever gets FOIA'd, there are going to be some tough questions asked."

| 10/13/2016 | 17:02:04 | | haha, so now ███ is trying to work a trip to South Africa |
|---|---|---|---|
| 10/13/2016 | 17:02:16 | | the Crossfire Road show |
| 10/13/2016 | 17:03:20 | | I'm interested to see how this all plays out. |
| 10/13/2016 | 18:50:29 | | I'm telling man, if this thing ever gets FOIA'd, there are going to be some tough questions asked |
| 10/13/2016 | 18:51:02 | | and a great deal of those will be related to Brian having a scope way outside the boundries of logic |
| 10/13/2016 | 18:51:07 | | ███ is one of the worst offenders of the rabbit holes and conspiracy theories |
| 10/13/2016 | 18:51:47 | | This guy traveled with that guy, who put down 3rd guy as his visa sponsor. 3rd guy lives near a navy base, therefore............ |

Notably, the "investigation" of General Flynn was first closed by November 8, 2016.  The FBI agents write: "he said shut down Razor" and "so glad they're closing Razor."  However [redacted] "was silent though, so who knows what he will want." Was that Andy [McCabe]?[1]

---

[1]  General Flynn has a Sixth Amendment right to a public exoneration regarding the proceedings against him, and the American people have a right to know the truth about the nefarious conduct and the people who committed it.  The defense objects to any redactions and demands that the Government file these documents unredacted on the public record.

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 11/8/2016 | 17:38:33 | ███████ | I went an joined the ops pow wow.....looks like next friday is the end |
| 11/8/2016 | 17:38:44 | ███████ | yeah |
| 11/8/2016 | 17:39:07 | ███████ | we have some loose ends to tie up, and we all need to meet to discuss what to do with each case (he said shut down Razor) |
| 11/8/2016 | 17:39:28 | ███████ | ████ was silent though, so who knows what he will want |
| 11/8/2016 | 17:42:19 | ███████ | so glad they're closing Razor |

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 11/21/2016 | 20:05:06 | ████████ | that the decision to nsl finances for razor bought him time |
| 11/21/2016 | 20:05:19 | ████████ | speaking of - are these NSLs immediate?  If not lets do that |

FBI employees noted "that the decision to nsl [national security letter] finances for razor bought him time."  This shows their recognition that the issuance or request for national security letters for General Flynn's financial information was a ruse to get more time to keep the "investigation" against him open.  These Stalinist tactics mandate immediate dismissal of this case.

Analysts recognized by December 5, 2016, it was not even a "logical investigative step" to seek General Flynn's financial records at that time and that "this is a nightmare."

| 12/5/2016 | 15:03:35 | | what do we expect to get from an nsl |
|-----------|----------|---|---|
| 12/5/2016 | 15:03:46 | | he sat next to putin in dec |
| 12/5/2016 | 15:03:51 | | their relationship is overt |
| 12/5/2016 | 15:04:11 | | i did think at the time and i do now it was thr right call to do them |
| 12/5/2016 | 15:04:17 | | Agreed. We didn't find anything else from the investigation about him. |
| 12/5/2016 | 15:04:18 | | its a logical investigative step |
| 12/5/2016 | 15:04:28 | | but now it is not |
| 12/5/2016 | 15:04:55 | | we put out traces, tripwires to community and nothing |
| 12/5/2016 | 15:04:58 | | bingo |
| 12/5/2016 | 15:05:08 | | so whats an nsl going to do - no content |
| 12/5/2016 | 15:05:29 | | anyways - hope you had a good thanksgiving |
| 12/5/2016 | 15:05:38 | | hahah this is a nightmare |

On that same day, analysts discussed NSLs as a pretext to buy time that also increased the risk of leaks.  They also noted it was a topic that "makes no sense" since the argument was made back in August.  **"If we're concerned about sensitivity/leaks, might not want to send NSLs that we don't really intend on using."**  "Exactly that makes no sense. We'd have to read in more people/field offices."  "Again—the argument you guys made to me in [A]ug[ust]."

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 12/5/2016 | 15:01:00 | ███████████████ | then there were discussions on whats done/outstanding on razor |
| 12/5/2016 | 15:01:13 | | i tell AD - waiting on 2 nsls resulst |
| 12/5/2016 | 15:01:22 | | ██ calls ██ dn learns they didnt send |
| 12/5/2016 | 15:01:24 | | f |
| 12/5/2016 | 15:01:27 | | twas a show |
| 12/5/2016 | 15:01:44 | | so do we close without nsls? |
| 12/5/2016 | 15:01:51 | | do we send nsls now? |
| 12/5/2016 | 15:01:53 | | ugh taht's fucking stupid |
| 12/5/2016 | 15:01:59 | | what do we really expect to get |
| 12/5/2016 | 15:02:02 | | yep |
| 12/5/2016 | 15:02:16 | | and im traveling with ███████ |
| 12/5/2016 | 15:02:17 | | If we're concerned about sensitivity/leaks, might not want to send NSLs that we don't really intend on using. |
| 12/5/2016 | 15:02:24 | | yeah |
| 12/5/2016 | 15:02:31 | | thats what i want to say |
| 12/5/2016 | 15:02:55 | | If we're working to close down the cases, I'm not sure what NSL results would do to help |
| 12/5/2016 | 15:02:58 | | i mean i cant get di people but we have some mope in jacksonville, miaimi, newark running nsls and fisa 2ndaries |
| 12/5/2016 | 15:03:03 | | Other than "check the box" |
| 12/5/2016 | 15:03:11 | | yeah |
| 12/5/2016 | 15:03:18 | | exactly that makes no sense. we'd have to read in more people/field offices |
| 12/5/2016 | 15:03:28 | | again - the argumant you guys made to me in aug |

FBI employees discussed the January 5, 2017, briefing of Obama: "What's the word on how O's briefing went"? asked one employee, to which the other replied, "Don't know but people here are scrambling for info to support certain things and it's

a mad house."   "Trump was right. Still not put together…why do we do this to ourselves. What is wrong with these people."

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 1/5/2017 | 14:51:02 | | So razor is going to stay open??? |
| 1/5/2017 | 14:51:13 | | yep |
| 1/5/2017 | 14:51:22 | | crimes report being drafteed |
| 1/5/2017 | 14:51:28 | | F |
| 1/5/2017 | 18:02:04 | | what's the word on how O's briefing went |
| 1/5/2017 | 18:03:37 | | who is O |
| 1/5/2017 | 18:04:19 | | obama |
| 1/5/2017 | 18:04:25 | | our president |
| 1/5/2017 | 18:04:45 | | do you like justin beiber |
| 1/5/2017 | 18:07:59 | | Dont know but people here are scrambling for info to support certain things and its a mad house |
| 1/5/2017 | 18:12:35 | | jesus |
| 1/5/2017 | 18:13:03 | | trump was right. still not put together….why do we do this to ourselves. what is wrong with these people |

Five days later, on January 10, 2017, **FBI analysts knew it was so bad that they "all went and purchased professional liability insurance."**  The same employees worried that "**the whole thing is pretty ugly**…we shall see how things pan out" and "[t]he concern when we got it was that there was a big leak at DOJ and the NYT among others was going to do a piece."  Further, "the new AG might have some questions…then yada yada yada…we all get screwed."  Exhibit A (emphasis added).

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 1/10/2017 | 19:57:10 | ███████████████████ | we all went and purchased professional liability insurance |
| 1/10/2017 | 19:57:20 | | holy crap |
| 1/10/2017 | 19:57:23 | | all the analysts too? |
| 1/10/2017 | 19:57:25 | | yep |
| 1/10/2017 | 19:57:33 | | do they help reimburse you? |
| 1/10/2017 | 19:57:36 | | all the folks at the Agency as well |
| 1/10/2017 | 19:57:45 | | that really, really sucks |
| 1/10/2017 | 19:57:57 | | the BU will pay half, but only after you have been in the system for 6 months |
| 1/10/2017 | 19:58:12 | | yeah....the whole thing is pretty ugly....we shall see how things pan out. |
| 1/10/2017 | 19:59:08 | | can i ask who are the most likely litigators? |
| 1/10/2017 | 19:59:20 | | as far as potentially suing y'all |
| 1/10/2017 | 20:03:31 | | haha, who knows....I think he concern when we got it was that there was a big leak at DOJ and the NYT among others was going to do a piece |
| 1/10/2017 | 20:04:08 | | the thought was if that piece comes out, and Jan 20th comes around...the new AG might have some questions....then yada yada yada...we all get screwed |
| 1/10/2017 | 20:04:49 | | don't think it will happen now, but just in case....this could be a very very unpredictable 4 years |
| 1/10/2017 | 20:06:20 | | omg |

On January 13, 2017, FBI employees messaged that "someone leaked the Flynn calls with Kislyak to the WSJ." In a response reeking with sarcasm, an FBI employee messaged "I'm so sorry to hear that. I'll resume my duties as Chief Morale Officer and rectify that."

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 1/13/2017 | 14:32:41 | | FYI - someone leaked the Flynn calls with Kislyak to the WSJ. |
| 1/13/2017 | 14:32:50 | | I'm sorry to hear that. I'll resume my duties as Chief Morale Officer and rectify that. |
| 1/13/2017 | 14:32:52 | | |
| 1/13/2017 | 14:33:16 | | Oh shit. Did that go out yet, or is that a soft approach from WSJ at this time? |
| 1/13/2017 | 14:33:31 | | Published this morning by Ignatius. |
| 1/13/2017 | 14:33:35 | | It's got to be someone on the staff. |
| 1/13/2017 | 14:33:38 | | PDB staff. |
| 1/13/2017 | 14:33:52 | | Or WH seniors. |

Newly produced notes of Andrew McCabe show that at 5:15 p.m. on May 10, 2017, McCabe briefed the Senate Select Committee on Intelligence.  They were trying very hard to pin something on General Flynn.  Exhibit B.

"Flynn –

- Open: nothing

- Closed: everything

- Blackmail: theoretically possible, not the strongest theory.



9

Newly produced notes of Peter Strzok show: Strzok met with Bruce Schwartz, Lisa, and George at DOJ on March 28, 2017, where he noted Flynn Intel Group "satisfied the registration obligation" and "no evidence of any willfulness." Nonetheless, "Bruce" decided to issue subpoenas to Flynn Intel Group "and more." Exhibits C, D.

The new Strzok-Page text messages show that Strzok played games with the FBI Sentinel serialization system and entry of 302s, Strzok and Page were pulling talking points from a *Lawfare* article, and "F'in Pamela Brown knows there were two phone call memos." Further, these text message reinforce how zealously Strzok and Page were working to oppose Trump's election and subvert the peaceful transfer of power. Exhibit E. The following are a sample of some of the conversations reflected in Exhibit E.

| 2016-07-31 23:10:23, Sun | | INBOX | | 97F-HQ-25126529, Full, opened 07/31/2016.\n\nI'm certain I f ed up serialization somehow but we'll sort that out later |
|---|---|---|---|---|
| 2016-07-31 23:11:30, Sun | | INBOX | | And damn this feels momentous. Because this matters. The other one |
| 2016-07-31 23:11:30, Sun | | INBOX | | did, too, but that was to ensure we didn't F something up. This mat |
| 2016-07-31 23:11:30, Sun | | INBOX | | ters because this MATTERS.  So super glad to be on this voyage wit |
| 2016-07-31 23:11:31, Sun | | INBOX | | h you. ☺ |
| 2016-07-31 23:12:06, Sun | | INBOX | | Roger thanks |
| 2016-07-31 23:13:52, Sun | | INBOX | | Thanks for doing that... |
| 2016-07-31 23:14:59, Sun | | INBOX | | Well wait a minute. Sentinel now shows 97F-HQ-2063661. Go with this one |
| 2016-07-31 23:19:58, Sun | | OUTBOX | | I know. Me too. ☺ |

| 2016-10-20 1:15:42, Thu | | INBOX | | I am riled up. Trump is a fucking idiot, is unable to provide a coherent answer. |
|---|---|---|---|---|
| 2016-10-20 1:16:27, Thu | | OUTBOX | | Please. I honestly don't want to know. |
| 2016-10-20 1:22:34, Thu | | INBOX | | I CAN'T PULL AWAY. WHAT THE FUCK HAPPENED TO OUR COUNTRY, LIS?!??!?! |
| 2016-10-20 1:24:18, Thu | | OUTBOX | | I don't know. But we'll get it back. We're America. We rock. |
| | | | | |
| 2016-11-02 0:37:06, Wed | | INBOX | | Like I said, see ██ and ny convo. ... |
| | | | | This response, from ██ ...and considering we haven't shared any facts, those certainly aren't factoring into decisionmaking. We should |
| 2016-11-02 0:45:42, Wed | | INBOX | | essentially have |
| 2016-11-02 0:45:42, Wed | | INBOX | | no reason for contact with NYO going forward in this. |
| 2016-11-02 0:46:15, Wed | | OUTBOX | | I know. Which is what I tried to impose. |
| | | | | God, this makes me very very angry. I honestly think I should bow out rather than find out things, be unable to tell Andy, and powerless |
| 2016-11-02 0:47:01, Wed | | OUTBOX | | to stop them. |
| | | | | No. Need you on the inside now more than ever. Truly. And no bs, your country needs you now.   We are going to have to be very wise |
| 2016-11-02 0:48:22, Wed | | INBOX | | about all of this. |
| 2016-11-02 0:49:00, Wed | | INBOX | | The only thing wrong in your statement is your powerlessnes: |
| 2016-11-02 0:49:08, Wed | | OUTBOX | | I am going to have to use Jim Baker a lot to get to the D. But I don't trust that he can convey details accurately |
| 2016-11-02 0:49:25, Wed | | OUTBOX | | I'm not sure I agree with you there |
| 2016-11-02 0:50:12, Wed | | INBOX | | Not just JB. And this is a finite thing. I want to be done before the inauguration. |

| | | | |
|---|---|---|---|
| 2017-02-14 20:19:25, Tue | INBOX | | You saw nyt has us interviewing F |
| 2017-02-14 20:19:38, Tue | OUTBOX | | Yes. Just flagged for dd and d. |
| 2017-02-14 20:19:44, Tue | OUTBOX | | Will explain why later. |
| 2017-02-14 20:20:06, Tue | INBOX | | We need to talk Mike was talking to them |
| 2017-02-14 20:20:50, Tue | OUTBOX | | Oh really. |
| 2017-02-14 20:22:59, Tue | INBOX | | Done |

| | | | |
|---|---|---|---|
| 2017-02-16 2:18:10, Thu | OUTBOX | | Has typh. 302 been finalized? |
| 2017-02-16 2:21:46, Thu | INBOX | | No, we recorded it so it stands as it is (302 will simply say it was recorded). And there are multiple.   Why? (And do you mean razr? |
| 2017-02-16 2:21:59, Thu | INBOX | | And sent, elsewhere |
| 2017-02-16 2:23:22, Thu | OUTBOX | | Ah. No, meant what I asked. |
| 2017-02-16 2:24:45, Thu | OUTBOX | | Note the bcc. |
| 2017-02-16 2:24:59, Thu | INBOX | | K |

| | | | |
|---|---|---|---|
| 2017-05-18 11:21:01, Thu | INBOX | | I disagree with the Gaeta decision, though I know that counts for nothing.  It won't end with him. It will have a chilling effect on others  It won't eng |
| 2017-05-18 11:21:01, Thu | INBOX | | ender any of the happylovetimes goodwill with staff that seem to be oozing from burr and warner.  I hope we're at least going to have  him cone back here |
| 2017-05-18 11:21:01, Thu | INBOX | | to prep and have [ ]/others with him, rather than enabling a needless Rome boondoggle as well¡ |
| 2017-05-18 11:28:44, Thu | INBOX | | Lisa, I probably wouldn't. But we had a lot of discussion in exactly the same setting and context. Nothing changed They MEAN that  earnestness. But they'r |
| 2017-05-18 11:28:44, Thu | INBOX | | e Senators. And this is their game, their rules. We assume its ours, but its not. Andy is the Director and he decides. Period. But  undertand this isn't " |
| 2017-05-18 11:28:44, Thu | INBOX | | Monday morning quarterbacking" - I felt strongly about the play well in advance of the game.  All these people we're about to give  them access to aren't |
| 2017-05-18 11:28:44, Thu | INBOX | | as polished and smart and thoughtful as Andy |

The Government provided copies of the production with all necessary redactions for public dissemination.  These documents evidence stunning government misconduct that mandates the immediate dismissal of this wrongful prosecution.  The Government's redacted production of last evening, September 23, 2020, is attached hereto as Exhibits A-E.

## CONCLUSION

There was no case against General Flynn.  There was no crime.  The FBI and the prosecutors knew that.  This American hero and his entire family have suffered for four years from public abuse, slander, libel, and all means of defamation at the hands of the very government he pledged his life to defend.

For these reasons and all those previously briefed, the Government's Motion to Dismiss should now be granted with prejudice *instanter* for multiple violations of

*Brady* and the wrongful prosecution of General Flynn when the agents and prosecutors knew there was no crime. This hideous abuse of power and travesty of justice has only been exacerbated by the unprecedented and baseless rulings of this court, and it should not continue another day.


Dated: September 24, 2020                    Respectfully submitted,

/s/ Jesse R. Binnall                         /s/ Sidney Powell
Jesse R. Binnall                             Sidney Powell
Abigail C. Frye                              Molly McCann
Harvey & Binnall, PLLC                       Sidney Powell, P.C.
717 King Street, Suite 300                   2911 Turtle Creek Blvd.,
Alexandria, VA 22314                         Suite 300
Tel: (703) 888-1943                          Dallas, Texas 75219
Fax: (703) 888-1930                          Tel: 214-707-1775
jbinnall@harveybinnall.com                   sidney@federalappeals.com
afrye@harveybinnall.com                      Admitted *Pro Hac Vice*
Admitted *Pro Hac Vice*                      molly@federalappeals.com
                                             Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2020, I electronically filed the foregoing Supplement with the Clerk of Court using the CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

Respectfully submitted,

/s/  Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
