| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 8/11/2016 | 19:30:05 | | doing all this election research - i think some of these guys want a clinton presidency |
| 8/11/2016 | 19:30:20 | | they seem to respect that they know what they are gonna get |
| 8/11/2016 | 19:30:25 | | haha, really |
| 8/11/2016 | 19:30:36 | | instead of a wild card like trump |

Declassified by FBI - C58W88B61
on 9/22/2020
This redacted version only

| 8/11/2016 | 19:30:55 | | however, i think they would have a better chance at influencing trump |
|---|---|---|---|
| 8/11/2016 | 19:30:58 | | I don't know man, the hooks Russia has into big T are pretty deep |
| 8/11/2016 | 19:31:20 | | all this financial stuff that's been coming out in the press |
| 8/11/2016 | 19:31:26 | | Bayrock group |
| 8/11/2016 | 19:32:05 | | OBAMA FOUNDED ISIS!!!! |
| 8/11/2016 | 19:32:21 | | hahaa, I saw that, I haven't watched the clip yet |
| 8/11/2016 | 19:32:48 | | just watched the Putin presser though....anouncing "war games" along the border |
| 8/11/2016 | 19:33:05 | | Washington Post byline is great: |
| 8/11/2016 | 19:33:54 | | Despite Donald Trump's repeated assertions- last night at a rally in Florida and again on this morning in an interview with CNBC - President Obama is not the founder of the Islamic State |
| 8/11/2016 | 19:34:12 | | hahaha, that is awesome |

DOJSCO - 700023506

| Date | UTC | Conversation Participants | Content Text |
|------|-----|--------------------------|--------------|
| 10/13/2016 | 17:02:04 | | haha, so now ▮▮▮ is trying to work a trip to South Africa |
| 10/13/2016 | 17:02:16 | | the Crossfire Road show |
| 10/13/2016 | 17:03:20 | | I'm interested to see how this all plays out. |
| 10/13/2016 | 18:50:29 | | I'm tellying man, if this thing ever gets FOIA'd, there are going to be some tough questions asked |
| 10/13/2016 | 18:51:02 | | and a great deal of those will be related to Brian having a scope way outside the boundries of logic |
| 10/13/2016 | 18:51:07 | | ▮▮▮ is one of the worst offenders of the rabbit holes and conspiracy theories |
| 10/13/2016 | 18:51:47 | | This guy traveled with that guy, who put down 3rd guy as his visa sponsor. 3rd guy lives near a navy base, therefore............ |

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 11/2/2016 | 14:50:02 | ███████████ | lol its probably for the best i wasnt there |
| 11/2/2016 | 14:50:08 | ███████████ | my RBF is out of control these days |
| 11/2/2016 | 14:50:52 | ███████████ | haha....yeah, mine was...I was a bit punchy so I was probably more direct than I would normally have been |
| 11/2/2016 | 14:51:05 | ███████████ | lol how did they take it |
| 11/2/2016 | 14:51:39 | ███████████ | I believe I called the ████ reporting garbage, lol.....I got some push back, it was defintely a conversation/debate |
| 11/2/2016 | 14:51:55 | ███████████ | yeah i agree with you on that |
| 11/2/2016 | 14:52:24 | ███████████ | don't really know what the conclusion of the whole thing was....Kate is working on some timeline and talking points of everything |
| 11/2/2016 | 14:52:34 | ███████████ | good for her |
| 11/2/2016 | 14:52:44 | ███████████ | is ████ back in ny yet? |
| 11/2/2016 | 14:52:51 | ███████████ | im just salty about all of this |
| 11/2/2016 | 15:32:40 | ███████████ | honestly I have no idea what we are supposed to be doing right now....there was talk about going back through the ████ stuff and doing "fact matrix" on everything |
| 11/2/2016 | 15:40:33 | ███████████ | OH GEEZ |
| 11/2/2016 | 15:40:37 | ███████████ | waste of time |

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 11/8/2016 | 17:38:33 | ■■■■■ | I went an joined the ops pow wow.....looks like next friday is the end |
| 11/8/2016 | 17:38:44 | | yeah |
| 11/8/2016 | 17:39:07 | | we have some loose ends to tie up, and we all need to meet to discuss what to do with each case (he said shut down Razor) |
| 11/8/2016 | 17:39:28 | | ■■■ was silent though, so who knows what he will want |
| 11/8/2016 | 17:42:19 | | so glad they're closing Razor |

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 11/21/2016 | 20:05:06 | | that the decision to nsl finances for razor bought him time |
| 11/21/2016 | 20:05:19 | | speaking of - are these NSLs immediate?  If not lets do that |

| Date | UTC | Conversation Participants | Content Text |
|---|---|---|---|
| 12/5/2016 | 15:01:00 | █████████ | then there were discussions on whats done/outstanding on razor |
| 12/5/2016 | 15:01:13 | | i tell AD - waiting on 2 nsls resulst |
| 12/5/2016 | 15:01:22 | | ██ calls ██ dn learns they didnt send |
| 12/5/2016 | 15:01:24 | | f |
| 12/5/2016 | 15:01:27 | | twas a show |
| 12/5/2016 | 15:01:44 | | so do we close without nsls? |
| 12/5/2016 | 15:01:51 | | do we send nsls now? |
| 12/5/2016 | 15:01:53 | | ugh taht's fucking stupid |
| 12/5/2016 | 15:01:59 | | what do we really expect to get |
| 12/5/2016 | 15:02:02 | | yep |
| 12/5/2016 | 15:02:16 | | and im traveling with ███████ |
| 12/5/2016 | 15:02:17 | | If we're concerned about sensitivity/leaks, might not want to send NSLs that we don't really intend on using. |
| 12/5/2016 | 15:02:24 | | yeah |
| 12/5/2016 | 15:02:31 | | thats what i want to say |
| 12/5/2016 | 15:02:55 | | If we're working to close down the cases, I'm not sure what NSL results would do to help |
| 12/5/2016 | 15:02:58 | | i mean i cant get di people but we have some mope in jacksonville, miaimi, newark running nsls and fisa 2ndaries |
| 12/5/2016 | 15:03:03 | | Other than "check the box" |
| 12/5/2016 | 15:03:11 | | yeah |
| 12/5/2016 | 15:03:18 | | exactly that makes no sense. we'd have to read in more people/field offices |
| 12/5/2016 | 15:03:28 | | again - the argumant you guys made to me in aug |

| 12/5/2016 | 15:03:35 | | what do we expect to get from an nsl |
|---|---|---|---|
| 12/5/2016 | 15:03:46 | | he sat next to putin in dec |
| 12/5/2016 | 15:03:51 | | their relationship is overt |
| 12/5/2016 | 15:04:11 | | i did think at the time and i do now it was thr right call to do them |
| 12/5/2016 | 15:04:17 | | Agreed. We didn't find anything else from the investigation about him. |
| 12/5/2016 | 15:04:18 | | its a logical investigative step |
| 12/5/2016 | 15:04:28 | | but now it is not |
| 12/5/2016 | 15:04:55 | | we put out traces, tripwires to community and nothing |
| 12/5/2016 | 15:04:58 | | bingo |
| 12/5/2016 | 15:05:08 | | so whats an nsl going to do - no content |
| 12/5/2016 | 15:05:29 | | anyways - hope you had a good thanksgiving |
| 12/5/2016 | 15:05:38 | | hahah this is a nightmare |

| Date | UTC | Conversation Participants | Content Text |
|------|-----|--------------------------|--------------|
| 1/5/2017 | 14:51:02 | | So razor is going to stay open??? |
| 1/5/2017 | 14:51:13 | | yep |
| 1/5/2017 | 14:51:22 | | crimes report being drafteed |
| 1/5/2017 | 14:51:28 | | F |
| 1/5/2017 | 18:02:04 | | what's the word on how O's briefing went |
| 1/5/2017 | 18:03:37 | | who is O |
| 1/5/2017 | 18:04:19 | | obama |
| 1/5/2017 | 18:04:25 | | our president |
| 1/5/2017 | 18:04:45 | | do you like justin beiber |
| 1/5/2017 | 18:07:59 | | Dont know but people here are scrambling for info to support certain things and its a mad house |
| 1/5/2017 | 18:12:35 | | jesus |
| 1/5/2017 | 18:13:03 | | trump was right. still not put together....why do we do this to ourselves. what is wrong with these people |

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 1/10/2017 | 19:57:10 | | we all went and purchased professional liability insurance |
| 1/10/2017 | 19:57:20 | | holy crap |
| 1/10/2017 | 19:57:23 | | all the analysts too? |
| 1/10/2017 | 19:57:25 | | yep |
| 1/10/2017 | 19:57:33 | | do they help reimburse you? |
| 1/10/2017 | 19:57:36 | | all the folks at the Agency as well |
| 1/10/2017 | 19:57:45 | | that really, really sucks |
| 1/10/2017 | 19:57:57 | | the BU will pay half, but only after you have been in the system for 6 months |
| 1/10/2017 | 19:58:12 | | yeah....the whole thing is pretty ugly....we shall see how things pan out. |
| 1/10/2017 | 19:59:08 | | can i ask who are the most likely litigators? |
| 1/10/2017 | 19:59:20 | | as far as potentially suing y'all |
| 1/10/2017 | 20:03:31 | | haha, who knows....I think he concern when we got it was that there was a big leak at DOJ and the NYT among others was going to do a piece |
| 1/10/2017 | 20:04:08 | | the thought was if that piece comes out, and Jan 20th comes around...the new AG might have some questions....then yada yada yada...we all get screwed |
| 1/10/2017 | 20:04:49 | | don't think it will happen now, but just in case....this could be a very very unpredictable 4 years |
| 1/10/2017 | 20:06:20 | | omg |
| 1/10/2017 | 20:06:26 | | it's a rough time to be in the IC |
| 1/10/2017 | 20:06:40 | | or as we're now labeled, "intelligence" |

DOJSCO - 700023514

| | | | |
|---|---|---|---|
| 1/10/2017 | 20:07:51 | | at this point are you still looking to transfer to our sister agencies or would you rather just leave the IC completely? |
| 1/10/2017 | 20:09:17 | | haha, I feel like I have too much time in to leave completely....it would all be a waste.....I'd still prefer to go OPs with the Agency |
| 1/10/2017 | 20:09:40 | | but we may be heading for a major hiring freeze across the Gov, so I might get screwed in that regard |
| 1/10/2017 | 20:20:49 | | the way money's looking i think elsewhere lol. right now i'm interviewing in the corporate world but i also have some apps in DOD branches if they start hiring again |
| 1/10/2017 | 20:22:30 | | haha, I hear yeah. Good luck to you....I know how irritating filling out all those apps is |
| 1/10/2017 | 20:25:30 | | oh yes lol thanks man. good luck to your peeps too come january 20th. i heard fun things were going down on your side of the house at WFO |
| 1/10/2017 | 20:25:43 | | following the ripples from the 30+ leaving |
| 1/10/2017 | 20:26:12 | | haha, yeah, if that all doesn't get reversed on the 20th I'll be very surprised |
| 1/10/2017 | 20:26:24 | | wow that would look really bad |

| Date | UTC | Conversation Participants | Content Text |
|------|-----|---------------------------|--------------|
| 1/13/2017 | 14:32:41 | | FYI - someone leaked the Flynn calls with Kislyak to the WSJ. |
| 1/13/2017 | 14:32:50 | | I'm sorry to hear that. I'll resume my duties as Chief Morale Officer and rectify that. |
| 1/13/2017 | 14:32:52 | | |
| 1/13/2017 | 14:33:16 | | Oh shit. Did that go out yet, or is that a soft approach from WSJ at this time? |
| 1/13/2017 | 14:33:31 | | Published this morning by Ignatius. |
| 1/13/2017 | 14:33:35 | | It's got to be someone on the staff. |
| 1/13/2017 | 14:33:38 | | PDB staff. |
| 1/13/2017 | 14:33:52 | | Or WH seniors. |