1715   SISC WWT Prep

Flynn -
- Open: nothing
- Closed: everything
- Blackmail: theoretically possible, not the strongest theory

5/10/17