Re Unclass EC

POTUS - Jeh : declass infrastructure (critical assets) not EC

POTUS - VP - NSA - D - DAG : Do cases w/ right people

NSA - D - DAG : Flynn calls. Other countries

D - DAG : lean forward on unclass

VP : "Logan Act"

P : These are unusual times

VP : I've been on the intel cmte for ten years and I never

P : Make sure you look at things + have the right people on it

P : Is there anything I shouldn't be telling transition team?

D : Flynn → Kislyak calls but appear legit

Apples - Happy New Year - Yeah right

1/4-5/17

Declassified by FBI-C58W88B61
on 9/17/2020
This redacted version only