

3/28/17

Thurs you Unmasking

7/9p: DoJ re Gulen — Paul Sworts, George, [redacted] Lisa

Turkey/Gulen: AG met w/ Turk foreign minister last week + spoke w/ Turk Minister of [Justice?]

All docs rel[eased]

Turks + Flynn — why hired + what doing 951?

Effects to influence

Satisfied registration obligation

No indication of willfulness

[redacted]

Opposition research everyone re Gulen
Movo as cover — could they have $500k or simply pass thru?
El Keptin's tweets all about Gulen

[redacted]

Boente: Subpoenas for Flynn Intel group + more

Declassified by FBI -
C58W88B61 on 9/21/2020
This redacted version only

DOJSCO - 700023501