UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

### NOTICE OF COMPLIANCE

Pursuant to this Court's September 6, 2020 Minute Order, Michael T. Flynn has submitted to the Court three bound and indexed courtesy copies of his Third Supplement in Support of Agreed Dismissal, ECF No. 198.

Dated: September 25, 2020

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Abigail C. Frye
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
afrye@harveybinnall.com
Admitted *Pro Hac Vice*

/s/ Sidney Powell
Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd.,
Suite 300
Dallas, Texas 75219
Tel: 214-707-1775
sidney@federalappeals.com
Admitted *Pro Hac Vice*
molly@federalappeals.com
Admitted *Pro Hac Vice*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2020, a true and genuine copy of this Notice of Compliance was served via electronic mail by the Court's CM/ECF system to all counsel of record.

Respectfully submitted,

/s/  Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com