

3/6/2017

SUBJECT TO PROTECTIVE ORDER DOJSCO - 700023558

2

* Flynn case was on path to closure until Kislyak conversation
* → false statement + Logan Act both likely ~~to be dismissed~~

SUBJECT TO PROTECTIVE ORDER DOJSCO - 700023559

Close-Hold
3/29/17 – Case update

SUBJECT TO PROTECTIVE ORDER DOJSCO - 700023560

FLYNN -

- SF86 + security materials

want the approach to determine if need to interview

- No longer a target for collusion
- Logan Act / FARA ] 2 things.

SUBJECT TO PROTECTIVE ORDER DOJSCO - 700023561






(2)

1/19/18

Flynn – 1/2 day today, re-interviewing a Team 600 issue. Have Brady order from J. Sullivan. Probably refer.

- Still being interviewed.
- Bad memory, doesn't remember small details. How useful he will be is a big issue.

SUBJECT TO PROTECTIVE ORDER DOJSCO - 700023562