

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 23, 2020

**<u>Via Email</u>**

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

      Re:    *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

      As we have previously disclosed, beginning in January 2020, the United States Attorney for the Eastern District of Missouri has been conducting a review of the Michael T. Flynn investigation.  The enclosed documents were obtained and analyzed by USAO EDMO during the course of its review.  The documents include handwritten notes of former Deputy Assistant Director Peter Strzok (23501 & 23503) and former Deputy Director Andrew McCabe (23502); and internal text messages between FBI analysts who worked on the Flynn matter (23504-23516).

      We are also providing you with additional text messages between former DAD Strzok and Lisa Page (23516-23540).  As you know, some of these messages were originally made available to Flynn's former attorneys on March 13, 2018 through a publicly available link to a Senate webpage.  On June 24, 2018, the government provided a link to a second website that contained additional text messages.  In an abundance of caution, we are providing you additional text messages in this production; please note that purely personal messages have been deleted from this production.

These materials are covered by the Protective Order entered by the Court on February 21, 2018.

Sincerely,

MICHAEL R. SHERWIN
Acting United States Attorney

KENNETH C. KOHL
Acting Principal Assistant United States Attorney

By:  /s/
Jocelyn Ballantine
*Assistant United States Attorney*

Enclosure