

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 24, 2020

**<u>Via Email</u>**

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

    Re:  *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

  As we have previously disclosed, beginning in January 2020, the United States Attorney for the Eastern District of Missouri has been conducting a review of the Michael T. Flynn investigation. The enclosed documents were obtained and analyzed by USAO EDMO during the course of its review. Attached hereto is a summary of the National Security Letters issued by the FBI (23541-42) and a related email (23543-44).

  These materials are covered by the Protective Order entered by the Court on February 21, 2018.

          Sincerely,

          MICHAEL R. SHERWIN
          Acting United States Attorney

          KENNETH C. KOHL
          Acting Principal Assistant United States Attorney

      By:   /s/
          Jocelyn Ballantine
          *Assistant United States Attorney*

Enclosures