

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 24, 2020

<u>*Via Email*</u>

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

Re:   *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

As we have previously disclosed, beginning in January 2020, the United States Attorney for the Eastern District of Missouri has been conducting a review of the Michael T. Flynn investigation.  On September 17, 2020, United States Attorney Jeffery Jenson conducted an interview of Special Agent William J. Barnett.  A copy of the report of that interview is attached to this letter.  The government is filing a redacted version of this report of interview as an attachment to its supplemental motion to dismiss tonight.

The unredacted version of the report of interview is covered by the Protective Order entered by the Court on February 21, 2018, and is designated "sensitive."

Sincerely,

MICHAEL R. SHERWIN
Acting United States Attorney

KENNETH C. KOHL
Acting Principal Assistant United States Attorney

By:   _____/s/_____

Jocelyn Ballantine
*Assistant United States Attorney*