**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MICHAEL T. FLYNN,**<br><br>**Defendant** | **Crim. No. 17-232 (EGS)** |

## NOTICE OF COMPLIANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that it has complied with the Court's September 6, 2020 Minute Order by delivering to the Court three bound and indexed copies of [249], the Government's supplement to its motion to dismiss, and [227].

Respectfully submitted,

MICHAEL R. SHERWIN
United States Attorney
NY Bar No. 4444188

KENNETH C. KOHL
Acting Principal Assistant U.S. Attorney
D.C. Bar. No. 476236

By: */s/ Jocelyn Ballantine*
Jocelyn Ballantine
Assistant United States Attorney
CA Bar No. 208267
555 4th Street NW
Washington, D.C. 20530

Dated: September 28, 2020