**Start Here ---** ▮

From: "\"clinesmith\" < >,\"kevin e. \"\" < ▮ "
To: ▮
Date: Fri, 23 Dec 2016 12:13:40 -0500



- **CROSSFIRE HURRICANE**

▮

o   No further NSLs are authorized for Razor.

▮

SUBJECT TO PROTECTIVE ORDER   DOJSCO - 700023543



Kevin E. Clinesmith

Assistant General Counsel

National Security & Cyber Law Branch

Counterintelligence Law Unit I

This message is transmitted to you by the Office of the General Counsel of the Federal Bureau of Investigation. This message, along with any other attachments, may be confidential and legally privileged. If you are not the intended recipient of this message, please destroy it promptly without further retention or dissemination (unless otherwise required by law). Please notify the sender of the error by a separate e-mail or by calling

===================================================