

**Leave to file GRANTED**
*Emmet G. Sullivan*
United States District Judge
9-28-2020

Aitan D. Goelman
PARTNER
Zuckerman Spaeder LLP
AGoelman@zuckerman.com
202.778.1999

September 28, 2020

**VIA E-MAIL**

Honorable Emmet G. Sullivan
333 Constitution Avenue N.W.
Washington D.C. 20001

    Re:    *United States v. Michael T. Flynn*, Case No. 17-CR-232

Dear Judge Sullivan,

    I write on behalf of my client, former FBI Special Agent Peter Strzok. On September 24, 2020, in the case of *United States v. Michael T. Flynn*, No. 17-CR-232, counsel for defendant Michael T. Flynn filed a supplement to a previously filed Motion to Dismiss. The attachments to this filing included both notes written by Mr. Strzok as well as text messages sent or received by Mr. Strzok.

    Some of Mr. Strzok's notes included in this attachment appear to have been altered. On at least two occasions, there were handwritten additions, not written by Mr. Strzok, inserting dates, apparently designed to indicate the date or dates on which the notes were written. On at least one occasion, the date added is wrong and could be read to suggest that a meeting at the White House happened before it actually did. I'm attaching to this letter a copy of these two pages of notes, with highlighting to indicate the handwritten notations that Mr. Strzok did not write.

    I also note that the texts of Mr. Strzok's that were attached to the defendant's pleadings include portions that had not previously been released and have nothing to do with the Flynn case or, more broadly, with the Department of Justice.

    Finally, Mr. Flynn's filing appears to violate the Court's Order not to file any additional supplements to pending motions until the government's "*Brady*" production is complete.

    Respectfully submitted,

    Aitan D. Goelman

Ntl checkos ??         intel issue
issues - Jeh : cyber infrastructure not ??
POTUS - VP - D - DAG : in cases of right people
DAG - Flynn calls other countries
D - DAG : Logan [?] on useless
" Logan Act "
? These are unusual times
D: I've been on the ntl cntr for ten years and I ???
P: Make sure you look at thing - have the right people on it
P: Is there anything I shouldn't be telling transition team?
D: Flynn → Kislyak calls but appear legit



Apples - Happy New Year - Yeah right

4-5/17

Declassified by FBI-C58W88B61
on 9/17/2020
This redacted version only

DOJSCO - 700023503



3/28/17

Thurs 4th Unmasking

Gulen, Paul Sperry, George .!

Turkey/Gulen - MG met w/ Turk foreign minister last week + justice + Turk Minister of Turk. Flynn - why bad - what doing 951?

Efforts to influence
Subsided registration obligation
No indication of ___ illness

Expensive research everyone re Gulen
Inovo as cover. Don't they have $600k or empty pass thru?
Kislyak: knows all about Gulen

Pence: Subpoenas or Flynn Intel Group + more

Declassified by FBI -
C58W88B61 on 9/21/2020
This redacted version only

DOJSCO - 700023501