# Exhibit A

1715  SISC WWT Prep

[redacted]

Flynn -
- Open: nothing
- Closed: everything
- blackmail: Theoretically possible, not the strongest theory

[redacted]

SUBJECT TO PROTECTIVE ORDER    DOJSCO - 700023502