# Exhibit B

Ał Unclass in intel asse(s)
POTUS - Jeh: declan infrastructure not in
POTUS - VP - NSA - D - DAG: Do cases - w/ right people
DSA - D - DAG: Flynn calls. Other countries
D - DAG: Lean forward on unclass
VP: "Logan Act"
P: These are unusual times
VP: I've been on the intel cmte for ten years and I never
P: Make sure you look at things — have the right people on it
P: Is there anything I shouldn't be telling transition team?
D: Flynn → Kislyak calls but appear legit

Apples - Happy New Year - Yeah right

Declassified by FBI-C58W88B61
on 9/17/2020
This redacted version only

SUBJECT TO PROTECTIVE ORDER        DOJSCO - 700023503