# Exhibit C

[REDACTED]

Thurs 9:00 Unmasking

9:30: DoJ re Flynn Paul Swartz, George [REDACTED] Lisa

Turkey/Gulen: AG met w/ Turk foreign minister last week + spoke w/ Turk Minister of —
All docs rel'd
Turks + Flynn — why hired + what doing
957?
Effects to influence
Satisfied registration obligation
No indication of willfulness

[REDACTED]

opposition research everyone re Gulen
Movo as cover. Would they have $500k or simply pass thru?
Al Kaplin's tweets all about Gulen

[REDACTED]

Comey: Subpoenas to Flynn Intel group + more

Declassified by FBI -
C58W88B61 on 9/21/2020
This redacted version only

[REDACTED]