# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

## NOTICE OF DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files with the Court its most recent discovery correspondence in this case.

Respectfully submitted,

MICHAEL R. SHERWIN
United States Attorney
NY Bar No. 4444188

KENNETH C. KOHL
Acting Principal Assistant U.S. Attorney

By: */s/ Jocelyn Ballantine*
Jocelyn Ballantine
Assistant United States Attorney
CA Bar No. 208267
555 4th Street NW
Washington, D.C. 20530

Dated: October 7, 2020
*Enclosures*