

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 1, 2020

<u>*Via Email*</u>

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

      Re:    *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

      As we have previously disclosed, beginning in January 2020, the United States Attorney for the Eastern District of Missouri has been conducting a review of the Michael T. Flynn investigation.  On September 23, 2020, the government disclosed handwritten notes of former Deputy Assistant Director Peter Strzok (23501 & 23503) that were obtained and analyzed by USAO EDMO during the course of its review.  During the review, agents for EDMO placed a single yellow sticky note on each page of the notes with estimated dates (the notes themselves are undated).  Those two sticky notes were inadvertently not removed when the notes were scanned.

      I am providing replacement versions of these documents, and ask that you destroy the prior versions provided to you.  We have determined, and confirmed with counsel for Peter Strzok, that the content of the notes was not otherwise altered.

      These materials are covered by the Protective Order entered by the Court on February 21, 2018.

                                    Sincerely,

                                    MICHAEL R. SHERWIN  
                                    Acting United States Attorney

                                  KENNETH C. KOHL  
                                  Acting Principal Assistant United States Attorney

                      By:      /s/  
                                  Jocelyn Ballantine  
                                  *Assistant United States Attorney*

Enclosure