

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 6, 2020

<u>*Via Email*</u>

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

       Re:    *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

      As we have previously disclosed, beginning in January 2020, the United States Attorney for the Eastern District of Missouri has been conducting a review of the Michael T. Flynn investigation.  On September 23, 2020, the government disclosed handwritten notes of former Deputy Director Andrew McCabe (23502) that were obtained and analyzed by USAO EDMO during the course of its review.  At some point during the course of the review of this page of notes, government agents placed a clear sticky notes (with a colored tab) on this page of notes.  On the clear portion of this tab was written the date of 5/10/2017.  This sticky note was inadvertently not removed when the notes were scanned.

      I am providing a replacement version of this document, and ask that you destroy the prior version provided to you.  The content of the notes was not otherwise altered.

      These materials are covered by the Protective Order entered by the Court on February 21, 2018.

                                          Sincerely,

                                          MICHAEL R. SHERWIN
                                          Acting United States Attorney

                                          KENNETH C. KOHL
                                          Acting Principal Assistant United States Attorney

                            By:       /s/
                                          Jocelyn Ballantine
                                          *Assistant United States Attorney*

Enclosure