

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 7, 2020

**<u>Via Email</u>**

Sidney Powell
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314

        Re:    *United States v. Michael T. Flynn*, 17-cr-00232 (EGS)

Dear Counsel:

      As we have previously disclosed, beginning in January 2020, the United States Attorney for the Eastern District of Missouri has been conducting a review of the Michael T. Flynn investigation.  The enclosed document was obtained and analyzed by USAO EDMO during the course of its review.  It is a single page of handwritten notes, dated January 25, 2017, taken by an attorney with the FBI's Office of General Counsel.

      These materials are covered by the Protective Order entered by the Court on February 21, 2018.

                                                   Sincerely,

                                               MICHAEL R. SHERWIN
                                               Acting United States Attorney

                                               KENNETH C. KOHL
                                               Acting Principal Assistant United States Attorney

                          By:     <u>   /s/                  </u>
                                               Jocelyn Ballantine
                                               *Assistant United States Attorney*

Enclosure