# Exhibit Index

| Exhibit A | Random Sample of Tweets of Citizens in Response to the September 29, 2020 Hearing |
|---|---|
| Exhibit B | Watergate Prosecutors' Email, Notice of Intent to File as Amicus Curiae, and Statement of Interest |
| Exhibit C | September 29, 2020 Ratcliffe Letter |
| Exhibit D | Additional Supporting Information Declassified by Ratcliffe on October 6, 2020 |
| Exhibit E | Andrew McCabe Notes |
| Exhibit F | Chart of Beth Wilkinson's August 11, 2020 Assurances Pertaining to Any Hearing Judge Sullivan May Conduct |
| Exhibit G | Andrew McCabe Counsel Correspondence |