# Exhibit A

**Undercover Huber** @JohnWHuber · Sep 29
Judge **Sullivan** isn't stupid. He's just trying to delay and run out the clock until a Biden administration in the hope **Flynn** can be prosecuted

It's that simple. Filter everything he does through that lens and his actions are 100% consistent

💬 431          ↻ 4.5K          ♡ 9.9K          ⬆

**Kyzasosa** @Kyzasosa2 · Sep 30
Judge **Sullivan** should have been RECUSED during Gen. Flynn First **Hearing**...he personally went after Flynn and said he violated the Logan Act ...what?  **Bias**...from Day One with **Sullivan**!

💬          ↻          ♡          ⬆

**rodger frego** @rfrego · Sep 29
Replying to @CBS_Herridge and @CBSNews
I listed to the entire **hearing** and was ashamed of Judge **Sullivan**. No judge should behave like he did. He obviously is carrying Obama's water and should be removed for political **bias**. He is an embarassment.

💬          ↻          ♡          ⬆

**Gary Haubold** @GaryHaubold · Sep 29
Replying to @McAdooGordon @WesfromF and 3 others
IMHO, there wasn't any additional **bias** shown in the **hearing** today that was "above & beyond"* what **Sullivan** has already shown in this case.

* NOT a legal term

💬          ↻          ♡          ⬆

**𝓛𝓮𝓪𝓱 🇺🇸❤𝓣𝓻𝓾𝓶𝓹 2𝓠20** @LeahR77 · Sep 29
Judge Emmet **Sullivan** needs to be Impeached!
He's persecuting General **Flynn** to cover his own ass !

💬 130          ↻ 3.1K          ♡ 6.4K          ⬆

1



**Double-Wide Dreaming** @2xwide_dreaming · Sep 29
I'm done listening to General **Flynn**'s hearing...

It was clear that Judge **Sullivan** was appointing a proxy-prosecutor before; today, he's acting as one (himself).

His credibility is destroyed, as is the DC Appeals court... which allowed this to happen.

Out of Control.

💬 10     ↻ 92     ♡ 172     ↑



**Murray** 🇺🇸 @Rothbard1776 · Sep 29
1. Judge **Sullivan** might be tipping his hand here by emphasizing his position on 48A. Even if correct, that rule is not the only argument in favor of dismissal. The ACTUAL EVIDENCE of wrongdoing by the FBI, rogue prosecutors and LACK of evidence against **Flynn** is crystal clear!!!

💬 90     ↻ 1.2K     ♡ 3.1K     ↑



**Kevin Corke** ✓ @kevincorke · Sep 29
#new More delays from Judge **Sullivan**:

Judge #Sullivan is asking parties to submit briefs by October 7 indicating he will likely not rule on the #Flynn case until sometime after that date. See below order:

> **Docket Text:**
> **MINUTE ORDER as to MICHAEL T. FLYNN. In view of the discussion at today's motion hearing, the government, Mr. Flynn, and the Court-appointed amicus curiae shall file any additional motions or supplemental materials regarding [198] the government's motion to dismiss the criminal information against Mr. Flynn by no later than October 7, 2020. Signed by Judge Emmet G. Sullivan on 9/29/2020. (lcegs3)**

💬 414     ↻ 1.7K     ♡ 1.9K     ↑

2









4















