# Exhibit D



- We're going additional insight into Russian activity [redacted]
- Cite alleged approval by Hillary Clinton on 26 July of a proposal from one of her foreign policy advisors to vilify Donald Trump by stirring up a scandal claiming interference by the Russian security services.

HC06201

(6)

Central Intelligence Agency



Washington, D.C. 20505

07 September 2016

MEMORANDUM FOR: Director
Federal Bureau of Investigation

ATTENTION: Peter P. Strzok, II
Deputy Assistant Director for
 Operations Branch I,
Counterintelligence Division

SUBJECT: ▅▅▅▅▅ CROSSFIRE HURRICANE:
▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

REFERENCE: None

1. ▅▅▅▅▅ **Action Required**: The following information is provided for the exclusive use of your Bureau for background, investigative action, or lead purposes, as appropriate. Please provide a copy of this memorandum to FBI Special Agent [FBI officer information redacted].

2. ▅▅▅▅▅ **Restrictions on Use: This memorandum contains sensitive information that could be source revealing.** It should be handled with particular attention to compartmentation and need-to-know. To avoid the possible compromise of the source, any investigative action taken in response to the information



Classified By:
Derived From:
Declassify On:

DOJ-KEQ-000136

SUBJECT: ███ CROSSFIRE HURRICANE: ███

below should be coordinated in advance with Chief, Counterintelligence Mission Center, Legal (C/CIMC/LGL). It may not be used in any legal proceeding – including FISA applications – without prior approval, nor can it be included in any electronic database, study or briefing, or as the basis for requirements for any other asset or source, without approval of C/CIMC/LGL. While the information may be shared with necessary investigative components of your organization, it should not be released in any form to any other organization or CIA component with prior approval of C/CIMC/LGL. **This information may not be uploaded into any SIPRNET or JWICS based system, irrespective of the classification level of the system.**

3. ███ Per FBI verbal request, CIA provides the below examples of information the CROSSFIRE HURRICANE fusion cell has gleaned to date [Source revealing information redacted]:

   a. ███ An exchange ███ discussing US presidential candidate Hillary Clinton's approval of a plan concerning US presidential candidate Donald Trump and Russian hackers hampering US elections as a means of distracting the public from her use of a private email server. ███

   ███ According to open sources, Guccifer 2.0 is an individual or group of hackers whom US officials believe is tied to Russian intelligence services. Also per open sources, Guccifer 2.0 claimed credit for hacking the Democratic National Committee (DNC) this year.

   b. ███



2

DOJ-KEQ-0000137

SUBJECT: ███ CROSSFIRE HURRICANE: ███

c. 

4. ███ Please address all correspondence concerning this matter to the Counterintelligence Mission Center, Attention: ███

FOR THE ASSISTANT DIRECTOR/CIA FOR COUNTERINTELLIGENCE

███ /s/

3