# Exhibit E

1715  SISC WWT prep

[redacted]

Flynn –
- Open: nothing
- Closed; everything
- blackmail: Theoretically possible, not the strongest theory

[redacted]