# Exhibit F

Beth Wilkinson Assurances regarding
Sullivan Hearing in Oral Argument Transcript August 11, 2020

| 128: 4-7 | Of course the Court would follow the law, which starts with a very narrow scope of any argument or hearing on a Rule 48(a) motion in these circumstances. |
|---|---|
| 128: 9-11 | Nowhere has the trial judge said that he's going to collect evidence or require affidavits |
| 128: 11-15 | He (Gleeson) pointed out where some of these issues are, but there's nothing that suggests he's going to do other, anything other than have a hearing where the lawyers argue the motion. There can be follow-up questions by him on the motion, and he'll decide the motion. |
| 128: 18-20 | [T]here is no signaling to them that there are going to be these onerous or invasive questions |
| 132: 4 | We are not forecasting anything. |
| 132: 6-9 | All the district court has done is ensure adversarial briefing and an opportunity to ask questions about a pending motion. That's all the Court has planned to do. That's all the Court plans to do. |
| 132: 20- 133: 2 | And in our initial briefing, we pointed out that when the Government signed the motion to dismiss, it was only the acting US Attorney. We did not say that therefore there needs to be some and there's going to be any requirement. Again, the parties are speculating, and I think even said this might turn in, they suspect it will become a circus. There's absolutely no basis for that. |
| 133: 3-7 | There's nothing in anything that the court has done below or has done in its pleading to suggest it will do anything [other] than follow the law and listen to the arguments of the parties, ask any follow-up questions, and rule on the motion to dismiss. |
| 133: 19-20 | [Gleeson] said he's not requesting any fact-finding |
| 134: 22- 135:1 | There's no reason to believe the Court won't ask anything but what's narrowly prescribed in this hearing, which is listening to the arguments and asking any follow-up questions to those arguments |
| 142: 6-12 | There is no reason to believe that this judge who has over 25 years of experience on the district court would do anything but follow the law |
| 144: 3-9 | I think the Government should attend the hearing, and if there's anything inappropriate about the hearing, they should refuse to present witnesses, if that's what they are being asked for… |
| 146:25- 147:2 | The court should go as fast as possible. And here, there's no suggestion that there was any delay |
| 149: 20-22 | Of course, the court cannot second-guess the prosecutorial decision made by the Government |

| 150: 2-4 | So it would be fact specific, but it certainly doesn't include second-guessing the prosecutorial decisions |
| --- | --- |
| 155: 3-7 | Well, Your Honor, if we suggested in our pleadings specifically what the questions would be, then that's my error. There is no basis to believe that there [are] any specific questions that are contemplated yet. |
| 155: 9-13 | It's not clear that that's true, but again if that happens or if it had happened based on the briefing, the Government can make that point to the Court, and the Court could say, okay, I'm not going to pursue those questions any further. |
| 155: 19-21 | But again, if the Government believes that questions by the Court somehow invade or usurp their power, that's all they need to say. |
| 156: 21-22 | There's a presumption that the district court will do its job and follow the law |
| 161: 1-2 | [I'll start with the first question of] whether any instructions are necessary for the district court. They are not. |
| 161: 9-18 | I certainly don't see any reason to think that there's going to be this invasive questioning. There is nothing in the record, as I stated earlier, to suggest any question that Judge Sullivan intends to ask. But certainly there's been no request for evidence. There's been no request for declarations or affidavits or witnesses or any of these things that were kind of weaved into some of the parties' pleadings to suggest that the judge was somehow going to go beyond the narrow scope of a legal hearing on a motion to dismiss. |
| 162: 16-25 | If you just start with where we were a couple weeks ago before Mr. Gleeson filed his brief, there was speculation, oh, there's going to be a request for evidence and fact-finding. And then when we waited or, you know, we came to the point where Mr. Gleeson filed his brief, and he said he's not requesting any fact-finding. So I think it's, I think the general scope would be narrow, but it may be even, an even thinner read or a smaller list of questions when all of the briefing is finished. And that's just hard to predict. |