1/25/17 RAZOR - DOJ - NSD + ODAG
- ✓ DR travel    McCord, Toscas, Stu    Baker, Bill/■
                 Tash + Matt A.
- tolls - did he talk to admin first
- Logan Act - "no reasonable prosecutor"
    - uphill battle
    - other transition teams
    - first time to use it
- Baker - How do you assess §1001 when you
  wouldn't prosecute underlying crime?
- we know truth of something being falsely stated
  to public
    - Russians know this - use this against us
    - also - Toscas          willingly to lie about facts
      we left Razor in position to not correct record
      b/c we didn't confront him
- disclose ████████████████████████
  Stu/Tash - ████████████████████
  ██████████████████████████████████
  ████████████████████████████████
- assessment of whether Razor is a covert relationship
  w/ Russia → No, probably not based on facts to date
  and interview

Declassified by FBI-C58W88B61
on 10/06/2020
This redacted version only

FBI-DOJ 2019 CFH 005772

SUBJECT TO PROTECTIVE ORDER                    DOJSCO - 700023563