UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Criminal Action No. 17-232-EGS |

**[PROPOSED] ORDER**

Having considered General Flynn's Motion to Strike Ex Parte Communications and to Foreclose Filings of Any Other Non-Parties, it is hereby ORDERED that:

All non-party filings are be stricken from the record.

It is FURTHER ORDERED that the request of any non-party seeking leave to file is denied.

SO ORDERED.


Dated: _____          _____
                                                                  Emmett G. Sullivan
                                                                  United States District Judge