AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cr-00232-EGW |
| Michael T. Flynn ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Curiae Uniformed Services League

Date: 06/10/2020

*Attorney's signature*

Jonathon A. Moseley  VSB #41058
*Printed name and bar number*

3823 Wagon Wheel Lane
Woodbridge, Virginia 22192

*Address*

Contact@Moseley.com
*E-mail address*

(703) 656-1230
*Telephone number*

*FAX number*