Leave to file GRANTED

*Emmet C. Sullivan*
United States District Judge
9-28-2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 17-232 (EGS) |
| v. | |
| MICHAEL T. FLYNN | Assigned to Judge |
| Defendant | Emmet G. Sullivan |

## MOTION FOR ATTORNEY ADMISSION *PRO HAC VICE*

Pursuant to Local Rule Criminal Rule 44.1(d), Jonathan Mosely, Esquire moves for the admission and acceptance of attorney Todd M. Mosser *pro hac vice* in the above titled action. Mr. Mosely has entered his appearance on behalf of the Uniformed Services League which has requested permission to file an Amicus brief in this matter. The instant Motion is accompanied by the attached Declaration of Todd M. Mosser. As set forth in Mr. Mosser's declaration, he is admitted and an active member in good standing with the following courts and bars: the Pennsylvania State Bar; the United States Supreme Court; the Court of Appeals for the Third Circuit; and the federal district court for the Eastern and Middle Districts of Pennsylvania. This Motion is supported and signed by Jonathan Mosely, Esquire an active and sponsoring member of this Court.

Dated:   June 1, 2020               Respectfully submitted,


*Jonathon Moseley*
*Local Counsel*
*Virginia State Bar # 41058*
*Admitted to this Court*
*3823 Wagon Wheel Lane*
*Woodbridge, Virginia 22192*
*Email Contact@JonMoseley.com*
*Phone number (703) 656-1230*
*On behalf of the Uniformed Services League*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing motion and proposed brief will be delivered electronically on June 2, 2020, to counsel for Defendant and the Government through the District's Electronic Case Filing system, by electronic mail, and by physical mail by the U.S. Postage Service, first class mail, postage prepaid.

TIMOTHY J. SHEA
United States Attorney
D.C. Bar 437437

Jocelyn Ballantine
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530
jocelyn.ballantine2@usdoj.gov

Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd.,
Suite 300
Dallas, Texas 75219
Tel: 214-707-1775
sidney@federalappeals.com
Admitted Pro Hac Vice
molly@federalappeals.com
*Admitted Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531

Fax: (352) 240-3489
Admitted Pro Hac Vice

Jesse R. Binnall
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
lmckasson@harveybinnall.com
Admitted Pro Hac Vice