IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN<br><br>Defendant | Crim. No. 17-232 (EGS)<br><br>Assigned to Judge<br>Emmet G. Sullivan |

# DECLARATION OF TODD M. MOSSER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Todd M. Mosser, Esquire, do hereby declare:

1. My name, Pennsylvania Bar number; address, telephone number and email address are as follows:

   Todd M. Mosser
   PA Bar # 87534
   Mosser Legal, PLLC
   448 North 10th Street
   Philadelphia PA 19123
   215-567-1220
   todd@mosserlegal.com

2. I am admitted to the following courts and bars:

   Pennsylvania State Bar;
   United States Supreme Court;
   Court of Appeals for the Third Circuit;
   Federal District court for the Eastern District of Pennsylvania; and,
   Federal District Court for the Middle Districts of Pennsylvania.

3. I am currently in good standing with each of the bars and courts within which I am admitted, and I have never been disciplined by any bar or court.

4. I have not been previously admitted *pro hac vice* in this Court.

5. I do not have an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing information is true and correct.

        Respectfully submitted,

        /s/ Todd M. Mosser
        Todd M. Mosser
        PA Bar # 87534
        Mosser Legal, PLLC
        448 North 10th Street
        Philadelphia PA 19123
        215-567-1220
        todd@mosserlegal.com