IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN<br><br>Defendant | Crim. No. 17-232 (EGS)<br><br>Assigned to Judge<br>Emmet G. Sullivan |

# [PROPOSED] ORDER ADMITTING ATTORNEY TODD M. MOSSER TO APPEAR *PRO HAC VICE*

The Court has reviewed the Jonathan Mosely's Motion for Admission of Attorney Todd M. Mosser *pro hac vice*. Upon consideration of that Motion, the Court GRANTS attorney Todd M. Mosser *pro hac* admission to this Court in the above captioned matter.

**IT IS SO ORDERED**

Dated:

_____

Emmett G. Sullivan, Jr.

United States District Court Judge