UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>*Defendant.* | Case No. 17-cr-00232 (EGS)<br><br>**Leave to file GRANTED**<br><br>*Emmet G. Sullivan*<br>United States District Judge<br>9-28-2020 |

## NOTICE OF APPEARANCE

Jonathan S. Massey, a member of the Bar of this Court, hereby enters an appearance on behalf of *Amici Curiae* of Separation of Powers Scholars Laurence H. Tribe, Philip Bobbitt, Lee C. Bollinger, Lea Brilmayer, Erwin Chemerinsky, George T. Conway III, Michael C. Dorf, Bruce Fein, Joshua A. Geltzer, Jeannie Suk Gersen, David M. Golove, Oona A. Hathaway, Harold Hongju Koh, Martha Minow, Richard W. Painter, Robert Post, Trevor Potter, Judith Resnik, Geoffrey R. Stone, and David A. Strauss, Supporting Denial of the Government's Motion to Dismiss.

Respectfully submitted.

*/s/ Jonathan S. Massey*

Jonathan S. Massey
D.C. Bar 457593
Massey & Gail LLP
1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
(202) 652-4511
jmassey@masseygail.com

Dated: May 22, 2020

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May 2020, I caused a true and correct copy of the foregoing to be electronically mailed to the following:

Jocelyn S. Ballantine
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7252
jocelyn.ballantine2@usdoj.gov

Jesse R. Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
(703) 888-1943
jbinnall@harveybinnall.com

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, FL 32163
(352) 399-0531
wwh@hodeslaw.com

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd. #300
Dallas, TX 75219
(214) 707-1775
sidney@federalappeals.com

John E. Hall
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5104
jhall@cov.com

/s/ *Jonathan S. Massey*
Jonathan S. Massey

2