# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



UNITED STATES OF AMERICA

v.

MICHAEL T. FLYNN,

*Defendant.*

Case No. 17-cr-00232 (EGS)

**Leave to file GRANTED**

_____
United States District Judge

9-28-2020

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned as sponsoring member of the Bar of this Court and pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Laurence H. Tribe to appear and participate in the proceedings in this Court in the above-referenced action as counsel for Amici Curiae Separation of Powers Scholars Laurence H. Tribe, et al. The grounds for this motion are set forth in the signed declaration of Mr. Tribe, which is incorporated herein and filed herewith.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia and will be associated with Mr. Tribe, who is a law professor at Harvard Law School, for this case.

WHEREFORE, for these and other reasons, we respectfully request that the Court grant this motion and enter the order for admission *pro hac vice*.

Respectfully submitted this 22nd day of May, 2020.

/s/ *Jonathan S. Massey*

Jonathan S. Massey
D.C. Bar 457593
Massey & Gail LLP
1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
(202) 652-4511
jmassey@masseygail.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May 2020, I caused a true and correct copy of the foregoing to be electronically mailed to the following:

Jocelyn S. Ballantine
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7252
jocelyn.ballantine2@usdoj.gov

Jesse R. Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
(703) 888-1943
jbinnall@harveybinnall.com

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, FL 32163
(352) 399-0531
wwh@hodeslaw.com

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd. #300
Dallas, TX 75219
(214) 707-1775
sidney@federalappeals.com

John E. Hall
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5104
jhall@cov.com

/s/ *Jonathan S. Massey*
Jonathan S. Massey