UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>*Defendant.* | Case No. 17-cr-00232 (EGS) |

DECLARATION OF LAURENCE H. TRIBE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

I, LAURENCE H. TRIBE, declare and certify the following:

1. My full name is Laurence Henry Tribe.

2. My address and telephone number are:

   Harvard Law School
   1575 Massachusetts Avenue
   Cambridge, MA 02138
   T: 617-495-1767
   F: 617-496-4947

3. I have been admitted to practice in the courts listed on the attached Schedule A.

4. I am in good standing with all of the courts listed in Schedule A and have not been disciplined by any bar.

5. Within the past two years, I have been admitted *pro hac vice* in one prior case in this Court: *Committee on Ways and Means, U.S. House of Representatives v. U.S. Department of Treasury*, No. 1:19-cv-1974 (TNM).

6. I am law professor at Harvard Law School.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted this 22nd day of May, 2020.

/s/ Laurence H. Tribe
Laurence H. Tribe, California Bar No. 39441
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138
T: 617-495-1767
F: 617-496-4947
larry@tribelaw.com

*Counsel for Amici Curiae*

## Schedule A

| | |
|---|---|
| Supreme Court of the United States | 10/2/78 |
| State of California | 12/23/66 |
| Supreme Judicial Court of Massachusetts | 8/13/78 |
| U.S. District Court: | |
|     Massachusetts | 9/25/78 |
| U.S. Court of Appeals for: | |
|     1st Circuit | 11/03/80 |
|     2nd Circuit | 09/14/82 |
|     3rd Circuit | 07/10/91 |
|     4th Circuit | 10/07/93 |
|     5th Circuit | 04/29/97 |
|     6th Circuit | 06/23/98 |
|     7th Circuit | 10/08/99 |
|     8th Circuit | 06/22/98 |
|     9th Circuit | 05/31/79 |
|     10th Circuit | 04/14/98 |
|     11th Circuit | 06/23/98 |
|     DC Circuit | 11/30/77 |
|     Federal Circuit | 12/7/93 |