IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No. 17-232-EGS |
| MICHAEL T. FLYNN, | : |
| Defendant. | : |

**[PROPOSED] ORDER**

Upon consideration of the motion of nonparty Opening Arguments Media, LLC for leave to file an *amicus* brief in this matter, and any response(s) thereto, it is hereby

**ORDERED** that the motion is GRANTED, and it is further

**ORDERED** that the Clerk is directed to file the Brief of *Amicus Curiae* of Opening Arguments Media, LLC submitted therewith as of the date of this Order.

So **ORDERED**.


Date: _____


                                                                        Hon. Emmet G. Sullivan
                                                                         United States District Court Judge