IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 17-cr-00232

UNITED STATES OF AMERICA )
       Plaintiff, )
       Vs. )
MUCHAEL FLYN )
       Defendant[s], )

**Leave to file GRANTED**
*Emmet G. Sullivan*
United States District Judge
9-28-2020

## MOTION FOR LEAVE TO FILE OF AN AMICUS CURIAE BRIEF

**COMES NOW,** Julio Martinez, Joshua Macias, Vadimir Lements, indivially and as directors of We Who Served-VSO, a nonprofit Association organized under the Laws of the Commonwealth of Virginia, Vets for Trump, an unincorporated national association with chapters in all 50 states, jointly and with approximately over 1,000,000 members, pursuant to Local Rule 7(o) and the general order of the court, under docket # 211 file the instant motion for leave to file an Amicus Curiae Brief. In support the appearing parties state and pray as follows:

### GROUNDS FOR RELIEF

1. The court has granted by way of docket # 211, MICHAEL T. FLYNN granting 209 Motion to File Amicus Brief. The court has issued a briefing

schedule, the instant motion for leave to file Amicus Curiae Brief attempts to satisfy the briefing schedule in all regards.

2. The movants are a nonprofit organization of veterans, and individuals that have sworn support the United States its constitution and the code of military justice, as retired members of the armed forces of the United States. The individual movants are all former military veterans that have served the United States and have sworn to protect defend the constitution of the United States.

3. The matters asserted herein are relevant to the disposition of the case insofar as the court has issued an order to accept Amicus Curiae Brief.

4. The appearing parties respectfully pray to brief the court on the following issues: A) whether or not to consider criminal contempt as against defendant General Michael T. Flynn; B) Whether the court should grant defendant's Flynn's motion to set aside the plea agreement; C) whether the court should grant the United States motion to dismiss the case.

**WHEREFORE** the appearing parties respectfully pray to this Honorable Court to grant leave to file the attached Amicus Curiae brief in support of dismissing the case.

Respectfully submitted,

**NAVARRRO\ McKOWN**

\_\_\_\_/S./_____
**Lorenzo J. Palomares, Esq.
DC BAR 503044
Luis Navarro, Esq
Managing Member
Navarro | McKown
Attorneys at Law**
Palolaw2@gmail.com
lou@nmbesq.com
*Counsel for Amicus Curiae*