IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 17-cr-00232

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| Vs. | ) |
| MUCHAEL FLYN | ) |
| Defendant[s], | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

**LCvR7.1**

In all civil or agency cases where a corporation is a party or intervenor, counsel of record for that party or intervenor shall file a certificate listing any parent, subsidiary or affiliate of that parties or intervenor. We Who Served-VSO is a nonprofit organization organized under the laws of the Commonwealth of Virginia, Vets for Trump is an unincorporated organization organized under the laws of the Commonwealth of Virginia, neither has a parent or associated corporation or parent organization. The remaining movants are all individual citizens of the Commonwealth of Virginia and the State of Florida, they are all veterans of the United States Armed Forces, having all served with distinction.

Page 9

**NAVARRO/ McKOWN**
**66 W. Flagler St, 6th Floor**
**Miami Fl 33130 Tel. 305-447-8707**

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

## LCvR 26.1

I, the undersigned, counsel of record for Who Served-VSO a nonprofit organization organized under the laws of the Commonwealth of Virginia and Vets for Trump an unincorporated organization organized under the laws of the Commonwealth of Virginia, certify that to the best of my knowledge and belief, the are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Vets for Trump which have any outstanding securities in the hands of the public.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of filing the undersigned filed the motion for leave to file Amicus Brief to:

Deborah A. Curtis
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6920
Email: deborah.curtis@usdoj.gov
TERMINATED: 09/27/2019
Designation: Assistant U.S. Attorney

Jocelyn S. Ballantine
U.S, ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Suite 11-445
Washington, DC 20001
(202) 252-7252
Email: jocelyn.ballantine2@usdoj.gov
ATTORNEY TO BE NOTICED
Designation: Assistant U.S. Attorney

**NAVARRO/ McKOWN**
66 W. Flagler St, 6th Floor
Miami Fl 33130 Tel. 305-447-8707

Jesse R. Binnall, Esq.
HARVEY & BINNALL, PLLC
717 King Street
Suite 300
Alexandria, VA 22314
(703) 888-1943
Email: jbinnall@harveybinnall.com
Molly McCann : mccann.mol@gmail.com
Jesse R. Binnall jbinnall@harveybinnall.com
tricia@federalappeals.com
LEAD ATTORNEY

**NAVARRRO\ McKOWN**

\_\_\_\_/S./_____
**Lorenzo J. Palomares, Esq.
DC BAR 503044**