UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Leave to file GRANTED**

*/s/ Emmet G. Sullivan*
United States District Judge
9-28-2020

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Case No. 17-cr-00232 (EGS)<br>) |
| MICHAEL T. FLYNN, | )<br>) |
| Defendant. | )<br>) |

**NOTICE OF ENTRY OF APPEARANCE FOR PROPOSED *AMICUS CURIAE***

Please kindly enter the appearance of undersigned counsel as attorneys of record for proposed *amicus curiae*, Mr. Kamil Ekim Alptekin.

June 5, 2020

Respectfully submitted,

/s/ Scott M. Dinner
Scott M. Dinner (D.C. Bar No. 1021879)
NIXON PEABODY LLP
799 Ninth Street, NW, Suite 500
Washington, D.C. 20001-4501
(202) 585-8000 (telephone)
(202) 585-8080 (facsimile)
sdinner@nixonpeabody.com

4