UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.   ) <br> ) <br> MICHAEL T. FLYNN, ) <br> ) <br> Defendant.   ) <br> ) | Case No. 17-cr-00232 (EGS) |

**ORDER GRANTING MOTION
FOR LEAVE TO FILE *AMICUS* BRIEF**

Upon consideration of the motion of Mr. Kamil Ekim Alptekin to file an *amicus* brief in this matter, and the Court being fully apprised of the premises, it is hereby **ORDERED** that:

1. The Motion for Leave to File *Amicus* Brief is GRANTED.

2. The Clerk is direct to file the Brief of *Amicus Curiae* submitted with the Motion as of the date of this Order.

**SO ORDERED.**

DATED: _____, 2020

_____
EMMET G. SULLIVAN
United States District Judge