**Leave to file GRANTED**

*Emmet G. Sullivan*

United States District Judge

10-16-2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> v. <br><br> MICHAEL T. FLYNN, <br><br> Defendant. | Crim. No. 17-232 (EGS) |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

Upon consideration of the Motion for Leave to File Brief of *Amici Curiae* The Steady State and Former National Security Officials in Opposition to the Department of Justice's Motion to Dismiss, and for good cause shown;

IT IS HEREBY ORDERED, that the Motion for Leave is GRANTED and that the aforementioned Brief of *Amici Curiae* is deemed filed with this Court upon entry of this Order.

DATED this _____ day of _____, 2020

_____
The Honorable Emmet G. Sullivan
United States District Court Judge