Leave to file GRANTED

*Emmet G. Sullivan*
United States District Judge
10-16-2020

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL T. FLYNN, )<br>)<br>Defendant. )<br>) | No. 17-cr-00232 (EGS) |

**NOTIC OF ENTRY OF APPEARANCE FOR PROPOSED *AMICI CURIAE***

Please kindly enter the appearance of undersigned counsel as attorney of record for proposed *amici curiae*, Federal Practitioners.

Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon, #456781
McAdoo Gordon & Associates, P.C.
1140 19th Street, N.W.
Suite 602
Washington, DC 20036
(202) 293-0534
leslie.mcadoo@mcadoolaw.com