IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL T. FLYNN,<br>                      *Defendant.* | Case No. 17-cr-00232 (EGS) |

## [PROPOSED] ORDER

Upon consideration of the motion of the Chairman and Members of the Committee on the Judiciary of the U.S. House of Representatives for leave to file a brief as amici curiae in support of neither party, it is this ____ day of _____, 2020:

ORDERED that the motion for leave to file is hereby GRANTED; and

FURTHER ORDERED that the Clerk of the Court shall file the amici curiae brief of the Chairman and Members of the Committee on the Judiciary of the U.S. House of Representatives in the above-captioned case.

_____<br>
United States District Judge