UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>*Defendant.* | Case No. 17-cr-00232 (EGS) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF *AMICI CURIAE***

This matter having come before the Court upon the motion of Separation of Powers Scholars Laurence H. Tribe, Philip Bobbitt, Lee C. Bollinger, Lea Brilmayer, Erwin Chemerinsky, George T. Conway III, Michael C. Dorf, Bruce Fein, Joshua A. Geltzer, Jeannie Suk Gersen, David M. Golove, Oona A. Hathaway, Harold Hongju Koh, Martha Minow, Richard W. Painter, Robert Post, Trevor Potter, Judith Resnik, Geoffrey R. Stone, and David A. Strauss, to file a Brief *Amici Curiae* Supporting Denial of the Government's Motion to Dismiss pursuant to this Court's Minute Order of May 19, 2020 and LCv7(o) of the Rules of the United States District Court for the District of Columbia, the Court, having considered the Motion, any responses thereto, and the other papers and pleadings on file in this case, ORDERS as follows:

The motion for leave to file is hereby GRANTED, and the proposed brief is filed.

ENTERED THIS \_\_\_\_\_ DAY OF _____ 2020.

_____
The Honorable Emmett G. Sullivan
United States District Judge
