UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 17-232 (EGS) |
| MICHAEL T. FLYNN, | ) |
| | ) |
| *Defendant.* | ) |

ORDER

On consideration of the motion of Lawyers Defending American Democracy, Inc. ("LDAD") for leave to file a brief as *amicus curiae* in opposition to the Government's motion to dismiss, it is, by the Court, this ____ day of ____, 2020,

ORDERED that LDAD's motion for leave be, and the same hereby is GRANTED.

Emmet G. Sullivan
United States District Judge