UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant. | Crim. No. 17-232 (EGS) |

### [PROPOSED] ORDER

On consideration of the Motion of Watergate Prosecutors for Leave to File Brief as *Amici Curiae* in Support of Neither Party, it is hereby

**ORDERED** that the motion is granted. The Clerk is directed to docket the Watergate Prosecutors' proposed *amicus* brief.

Dated: _____

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE