IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>*Defendant*. | Case No. 17-cr-00232 (EGS) |

### [PROPOSED] ORDER

Upon consideration of the motion of criminal law professors for leave to file their proposed *amici curiae* brief in support of neither party, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____           _____

EMMET G. SULLIVAN
United States District Judge