UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL T. FLYNN, | ) Crim Number 17-232 (EGS) |
| Defendant. | ) |

**Leave to file GRANTED**

*Emmet G. Sullivan*
United States District Judge
9-28-2020

# MOTION FOR LEAVE TO FILE AMICUS BRIEF FOR THE STATES OF OHIO, ALABAMA, ALASKA, ARKANSAS, FLORIDA, GEORGIA, INDIANA, LOUISIANA, MISSISSIPPI, MISSOURI, OKLAHOMA, SOUTH CAROLINA, TEXAS, UTAH AND WEST VIRGINIA IN SUPPORT OF THE UNITED STATES

DAVE YOST
Attorney General of Ohio

BENJAMIN M. FLOWERS
Ohio Solicitor General
30 E. Broad St., Floor 17
Columbus, OH 43215
Tel: 614.466-43215
Email: bflowers@ohioattorneygeneral.gov

## MOTION FOR LEAVE TO FILE

The States of Ohio, Alabama, Alaska, Arkansas, Florida, Georgia, Indiana, Louisiana, Mississippi, Missouri, Oklahoma, South Carolina, Texas, Utah, and West Virginia move for leave to file an *amicus* brief supporting the federal government's motion to dismiss this case. The proposed amicus brief along with a proposed order are attached.

## MEMORANDUM IN SUPPORT

The *amici* States respectfully move for leave to file an *amicus* brief. On May 12, 2020, the Court announced that it would accept *amicus* briefs in this matter. As the States' *amicus* brief explains, State Attorneys General have significant experience with, and great familiarity with the importance of, prosecutorial discretion. Based on that experience and understanding, they wish to file a brief explaining why the Department of Justice's exercise of prosecutorial discretion must be allowed. In other words, the *amicus* brief explains why this Court should grant the federal government's motion to dismiss the information against General Flynn. The *amici* States expeditiously prepared this brief so as to maximize this Court's ability to consider it, and so as to ensure others have a chance to respond.

It is unclear whether this Court requires States to seek leave before filing an *amicus* brief in a criminal case—it does not require leave in civil cases. *See* Local Civil Rule 7(o)(1). But in an abundance of caution, the *amici* States hereby move for leave to file an *amicus* brief.

Counsel for General Flynn informed the *amici* States that they take no position on this motion. The *amici* States attempted, but were unable, to ascertain the position of the United States.

May 18, 2020

STEVE MARSHALL
Attorney General of Alabama

KEVIN G. CLARKSON
Attorney General of Alaska

LESLIE RUTLEDGE
Attorney General of Arkansas

ASHLEY MOODY
Attorney General of Florida

CHRISTOPHER M. CARR
Attorney General of Georgia

AARON NEGANGARD
Chief Deputy Attorney General of Indiana

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

ERIC SCHMITT
Attorney General of Missouri

MIKE HUNTER
Attorney General of Oklahoma

Respectfully submitted,

DAVE YOST
Attorney General of Ohio

*/s/ Benjamin M. Flowers*
BENJAMIN M. FLOWERS
Ohio Solicitor General
30 E. Broad St., Floor 17
Columbus, OH 43215
Tel: 614.466-43215
Email: bflowers@ohioattorneygeneral.gov

ALAN WILSON
Attorney General of South Carolina

KEN PAXTON
Attorney General of Texas

SEAN D. REYES
Attorney General of Utah

PATRICK MORRISEY
Attorney General of West Virginia

## CERTIFICATE OF SERVICE

I hereby certify that, on May 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-mail system and copied parties to the case.

Jesse R. Binnall
HARVEY & BINNALL, PLLC
717 King Street
Suite 300
Alexandria, VA 22314
(703) 888-1943
Email: jbinnall@harveybinnall.com

Robert K. Kelner
COVINGTON & BURLING LLP
850 Tenth Street, NW
One City Center
Washington, DC 20001
(202) 662-5503
Fax: (202) 778-5503
Email: rkelner@cov.com

W. William Hodes
THE WILLIAM HODES LAW FIRM
3658 Conservation Trail
The Villages, FL 32163
(352) 399-0531
Fax: (352) 240-3489
Email: wwh@hodeslaw.com

Lindsay R. McKasson
HARVEY & BINNALL, PLLC
717 King Street
Suite 300
Alexandria, VA 22314
(703)888-1943
Email: lmckasson@harveybinnall.com

Molly McCann
SIDNEY POWELL, PC
2911 Turtle Creek Boulevard
Suite 300
Dallas, TX 75219
(214)707-1775

Zainab Naeem Ahmad
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Room B-103
Washington, DC 20530
(202) 616-0800
Email: zna@usdoj.gov

Deborah A. Curtis
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6920
Email: deborah.curtis@usdoj.gov

Jocelyn S. Ballantine
U.S, ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Suite 11-445
Washington, DC 20001
(202) 252-7252
Email: jocelyn.ballantine2@usdoj.gov

John Edward Hall
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
202-662-5104
Fax: 202-778-5104
Email: jhall@cov.com

Email: mccann.mol@gmail.com

Sidney Powell
SIDNEY POWELL, P.C.
2911 Turtle Creek Blvd
Ste 300
Dallas, TX 75219
214-707-1775
Email: sidney@federalappeals.com

*/s/ Benjamin M. Flowers*
BENJAMIN M. FLOWERS
Ohio Solicitor General
30 E. Broad St., Floor 17
Columbus, OH 43215
Tel: 614.466-43215
Email: bflowers@ohioattorneygeneral.gov