UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL T. FLYNN, | ) |
| | ) **Crim Number 17-232 (EGS)** |
| Defendant. | ) |
| | ) |
| | ) |

**PROPOSED ORDER**

DAVE YOST
Attorney General of Ohio

BENJAMIN M. FLOWERS
Ohio Solicitor General
30 E. Broad St., Floor 17
Columbus, OH 43215
Tel: 614.466-43215
Email: bflowers@ohioattorneygeneral.gov

**ORDER**

The States of Ohio, Alabama, Alaska, Arkansas, Florida, Georgia, Indiana, Louisiana, Mississippi, Missouri, Oklahoma, South Carolina, Texas, Utah, and West Virginia have moved the Court for leave to file an amicus brief in this case. For good cause shown,

**IT IS ORDERED** that the motion for leave to file an amicus brief is granted. The Clerk shall file the proposed brief previously lodged.

**IT IS SO ORDERED.**

Date:_____          _____

                                              UNITED STATES DISTRICT JUDGE