# Exhibit A – Government Exhibits

| Document | Exhibit | Description | Author | Date | Authentication Source | Authentication Category |
|---|---|---|---|---|---|---|
| Government Motion to Dismiss (198) | 198-2 | Draft closing communication (Crossfire Razor) | SA ███ | 1/4/2014 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-3 | Opening Electronic Communication (Crossfire Razor) | DAD Peter Strzok | 8/16/2016 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-4 | FD-302 of the interview of Mary McCord, Acting Assistant Attorney General for the National Security Division | SA ███ SA ███ | 7/17/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-5 | FD-302 of the interview of Sally Q. Yates, Deputy Attorney General | SA ███ SA ███ | 8/15/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-6 | Transcript of the Testimony of James Comey, Director, Federal Bureau of Investigation, before the U.S. House of Representatives Permanent Select Committee on Intelligence | N/A (Court Reporter Transcription) | 3/2/2017 | FBI | True and correct copy of a select pages of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-7 | Draft FD-302 of the interview of Michael T. Flynn | DAD Peter Strzok, SSA ███ | 2/14/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-8 | Text messages and electronic messages | DAD Peter Strzok SSA ███ SSA ███ Lisa Page (OGC) SIA ███ | 1/4/2017- 2/10/2017 | EDMO-USAO | Truly and correctly reflects information contained in documents and records maintained by the FBI, pursuant to the applicable records |

## Exhibit A – Government Exhibits

| Document | Exhibit | Description | Author | Date | Authentication Source | Authentication Category |
|---|---|---|---|---|---|---|
| | | | SA ▮▮▮▮▮<br>SA ▮▮▮▮▮ | | | retention policy that were provided to EDMO[1] |
| Government Motion to Dismiss (198) | 198-9 | Emails about the Logan Act | Lisa Page (OGC)<br>James Baker (OGC)<br>DAD Peter Strzok<br>DD Andrew McCabe | 1/4/2017 | FBI | True and correct copies of documents or records maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-10 | Emails about providing briefings | DAD Peter Strzok<br>▮▮▮▮▮ (OGC) | 1/21/2017 | FBI | True and correct copies of documents or records maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-10 | Email of questions Flynn might ask re interview | DAD Peter Strzok | 1/24/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-10 | Emails re 1001 warnings | ▮▮▮▮▮ (OGC)<br>Lisa Page (OGC) | 1/23/2017 | FBI | True and correct copies of a documents or records maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-11 | Handwritten Notes | AD E.W. Priestap | 1/24/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-12 | DD Andrew McCabe write-up documenting 1/24/2017 call with Michael T. Flynn | DD Andrew McCabe | 1/24/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |

---

[1]    The government and the declarant, AUSA Sayler Fleming, agree that there is a single typographical error in this exhibit. A single message ("Will do.") from DAD Peter Strzok, sent on 4-Jan-17, is incorrectly identified as having been sent at 2:17 PM; the message was actually sent at 2:18 PM. This message appears on the page bearing Bates No. 23473.

## Exhibit A – Government Exhibits

| Document | Exhibit | Description | Author | Date | Authentication Source | Authentication Category |
|---|---|---|---|---|---|---|
| Government Motion to Dismiss (198) | 198-13 | Handwritten notes of the interview of Michael T. Flynn | DAD Peter Strzok SSA [redacted] | 1/24/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Government Motion to Dismiss (198) | 198-14 | FD-302 of the interview of DAD Peter Strzok | SA [redacted] | 7/19/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Government Supp. Motion to Dismiss (249) | 249-1 | Report of the Interview of SA William Barnett | SA Keith Kohne SA [redacted] | 9/17/2020 | FBI-EDMO | True and correct copy of the report of that interview. |