## Exhibit B – Discovery Documents

| Document | Exhibit | Description | Author | Date | Authentication Source | Authentication Category |
|---|---|---|---|---|---|---|
| Flynn Brief in Opp. to Amicus (228) | 228-3 | Text messages and electronic messages (identical to 198-8) | DAD Peter Strzok SSA ▮ SSA ▮ Lisa Page (OGC) SIA ▮ SA ▮ SA ▮ | 1/4/2017-2/10/2017 | EDMO-USAO | Truly and correctly reflects information contained in documents and records maintained by the FBI, pursuant to the applicable records retention policy that were provided to EDMO.[1] |
| Flynn Supplement to MTD (231) | 231-1 | Handwritten Notes | DAD Peter Strzok | Undated (~1/5/2017) | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Flynn Second Supplement to MTD (237) | 237-1 | Handwritten Notes (Bates No. 23487-90) | ADAG Tashina Gauhar | 1/25/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Flynn Second Supplement to MTD (237) | 237-1 | Handwritten Notes (Bates No. 23491-92) | DAD Peter Strzok | 1/25/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Flynn Second Supplement to MTD (237) | 237-1 | Executive summary of the Flynn investigation (Bates No. 23493-97) | ADAG Tashina Gauhar | 1/30/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |

---

[1] The government and the declarant, AUSA Sayler Fleming, agree that there is a single typographical error in this exhibit. A single message ("Will do.") from DAD Peter Strzok, sent on 4-Jan-17, is incorrectly identified as having been sent at 2:17 PM; the message was actually sent at 2:18 PM. This message appears on the page bearing Bates No. 23473.

## Exhibit B – Discovery Documents

| Document | Exhibit | Description | Author | Date | Authentication Source | Authentication Category |
|---|---|---|---|---|---|---|
| Flynn Second Supplement to MTD (237) | 237-1 | Handwritten Notes | DAG Dana Boente | 3/30/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Flynn Third Supplement to MTD (248) | 248-2 (259-1) | Handwritten Notes | DD Andrew McCabe | Undated | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy (ECF 259-1 version) |
| Flynn Third Supplement to MTD (248) | 248-3 (259-2) | Handwritten Notes | DAD Peter Strzok | Undated (likely 1/5/2017) | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy (ECF 259-2 version) |
| Flynn Third Supplement to MTD (248) | 248-4 (259-3) | Handwritten Notes | DAD Peter Strzok | Undated | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy (ECF 259-3 version) |
| Flynn Fourth Supplement to MTD (251) | 251-1 | Handwritten Notes  (Bates No. 23558-59) | ADAG James Crowell | 3/6/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Flynn Fourth Supplement to MTD (251) | 251-1 | Handwritten Notes (Bates No. 23560-61) | ADAG Tashina Gauhar | 3/29/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |
| Flynn Fourth Supplement to MTD (251) | 251-1 | Handwritten Notes (Bates No. 23562) | ADAG Scott Schools | 1/19/2018 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |

## Exhibit B – Discovery Documents

| Document | Exhibit | Description | Author | Date | Authentication Source | Authentication Category |
|---|---|---|---|---|---|---|
| Flynn Fifth Supplement to MTD (257) | 257-1 | Email regarding National Security Letters | Kevin Clinesmith (OGC) | 12/26/2016 | FBI | True and correct copies of documents or records maintained by the FBI pursuant to the applicable records retention policy |
| Flynn Fifth Supplement to MTD (257) | 257-2 | Summary Substitution of NSLs issued in Crossfire Razor | AUSA Jocelyn Ballantine | 09/24/2020 | FBI | Truly and correctly summarizes the underlying classified information provided by the FBI and maintained by the FBI pursuant to the applicable records retention policy |
| Flynn Fifth (sic) Supplement to MTD (264) | 264-1 | Handwritten Notes | ███████ (OGC) | 1/25/2017 | FBI | True and correct copy of a document or record maintained by the FBI pursuant to the applicable records retention policy |

3