## DECLARATION OF KEITH KOHNE

I, Keith Kohne, hereby declare, pursuant to 28 U.S.C. § 1746, that the document attached as Exhibit 1 to the Government's Supplemental Filing in Support of Motion to Dismiss in *United States v. Michael T. Flynn,* Crim. No. 17232 (EGS), and docketed as ECF 249-1, is a true and correct copy of the report of the interview of William J. Barnett conducted on September 17, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2020

*Keith Kohne*

Keith Kohne
Special Agent