**Notes of Assistant Director of Counterintelligence E.W. Priestap**
Dated 01/24/2017
Document ECF 198-11

DD

[REDACTED]

- We have a case on Flynn+ Russians
- Our goal is to resolve case
- Our goal is to determine if Mike Flynn is going to tell the truth @ his relationship w/Russians
- Can quote [REDACTED]
- Shouldn't [REDACTED]

[REDACTED]

Review on stand-alone

EP
1/23/2017
[4 written over the 3 in pen]

- Admins
- Economic emphasis – could be good for CI efforts [U/I] CP

Afterwards

I.

- Interview
- I agreed yesterday that we shouldn't show Flynn [REDACTED] if he didn't admit
- I thought @ it last night, + I believe we should rethink this
- What's our goal? Truth/Admission or to get him to lie so we can prosecute him or get him fired?
- We regularly show subjects evidence, with the goal of getting them to admit their wrongdoing
- I don't see how getting someone to admit their wrongdoing is going easy on him
- If we get him to admit to breaking the Logan Act, give facts to DOJ and have them decide
- Or, if he initially lies, then we present him [REDACTED] + he admits it, document for DOJ, + let them decide how to address it.
- If we're seen as playing games, WH will be furious
- Protect our institution by not playing games.

[REDACTED]