**Transcription of Notes of SSA** [REDACTED]
Dated 1/24/2017
Document ECF 198-13

1430

[REDACTED]

                        4 subjects
2 calls   (1) TRUMP-PUTIN call set-up
           (2) Exchange HOLIDAY GREETINGS
           (3) Offering condolences for lives lost
                                    Russian
                                    plane crash
           (4) SYRIA conference on ISIS

---

DIA 1st invited [U/I] GRU. Leadership OPD. All approved. 4day trip. Summer 2013
Kislyak – I don't know if I met him then. Very appreciative visit. Sergey – GRU. UTC – in uniform. Set-up
Big visit him to come to US. 28th Feb, 2014. Went to Crimea. Ø more to that.
Next time. Trip to Russia. Some EU press unbelievable. Never paid by media.
Did RT. Al Jazeera, [U/I]. Speakers Bureau LAI. Request to speak
In Moscow @ ME. At RT 10th anniversary. I was paid for that. <u>Speaker's Bureau PAID</u>
Me. They took 25%. I may have. Sergey heart attack in Lebanon. He was like me.
Similar background. Sons. Heard [U/I] – Send condolences. Really wasn't part of
[U/I]. Really thought Sergey was okay we could work with. Connection FIGHT
TERRORISM. Chechnya Combat scares. Talked @ Afghanistan. Turkish Ambassador Killed
20 Jan – up to probably spoken to 30 countries. Multiple people in countries.
[Margin 4+1 China [U/I] Russia Iran ISIS]
Only Russia Kislyak. Direction.
Common partner in these [U/I]. Ø know Trump/POTUS for [U/I] out
POTUS work with Russia. Russia Amb. Turk. Sorry. Common Problem. That was it.
Before Christmas. Mid December. Called next day. He said his family love. Christmas
Day – place crash. Russian USO. Choir sang @ my dinner. Took opportunity
to pass condolences. Trying to keep relationship. CJS – next conversation.

No affinity Russia – Kislyak counterpart.  Vacay Dom Republic

28th Dec. a Tuesday – he sends me a text.  Can you call me?  I didn't see it.

24 hours later.  Call you 15-20 mins.  1 hour ahead Dom Republic.

[U/I] me. Set-up VTC Putin/Trump – 21st.  Have him qued into

Conference in Astand, Kazaky, Russia, Turkey, Iran, Opposition groups

Sent US Emb person. Ø  get back to him.  Probably only this past week.

Make decision for representation – FRI/SAT.  Observer.

Russia wants to lead race for mid east peace. US. Turkey under wing.

Lack of engagement. Email – meet in person.  Met in NY post election.

Closed door meeting  Jared Kushner.

Been to Rus Amb.- before I went to speak at Speaker Bureau

Did briefing prior.  Intel courtesy to see AMBO.  30-45 minutes.  Son with me.

Late middle of day.  AMBos Res. University Club.  NY meet in Nov.

Maybe before Thanksgiving.  He was in NY.  Relatively sensitive meeting JK

Sensitive – Countries Ø want White House to know. No personal WH relationship. Trump Tower

Set expectations – set high for countries

UN vote – Settlements – yes good reminder.  Yeah so 22nd December. Litany countries.

Get sense wherestood on that vote. UK. Senegal. Egypt. Israel.  Maybe France.  Maybe Kislyak

Get a sense abstain, VETO, This very

More where they stand. I Ø believe we would change anything.  There

Needed to be so many to abstain.  14 countries permanent course | 5+9

Only US abstain. U.S.     Wasn't hey if you do this it will be that.

Senegal came up – how much         kind of thing, hey where do you

Ø please consider voting this way?      you stand.

No. Where do you stand?  What's position

Egypt. Ø like it.  Other channels.  Delayed on own accord.

Drill Exercise – how fast can you get someone on the line – battle drill.

NK – how to we act?  How respond?

Mar Lago – Friday or Thursday.  Right before Christmas.  Boxed us in.

Transition Ø good. Policy

Kislyak – Repp? 29th spoke.  I don't  The conversation was on

VTC, Astana thing, I had no TVu, my govt Blackberry

Ø recollection? Not really..I don't remember.  Hey don't do anything.

Total surprise.  I didn't know about it until media.

Cyber briefing – decision. What

Kislyak – start off on good foot.  Looking forward to relationship.

    I wouldn't understand it.  I can understand PU5 of one

Start good relationship.  Move forward.

I Ø remember making 4-5 calls if I did lousy place to call.

Ø long drawn out about don't do something.

EZRA

1 person here.  Approached Hope Hicks – someone introduced.

Close to Trump.

Hope Hicks. John [U/I]. Dan Scautno

Leak OIGOID classified [U/I] Electronic [U/I]

Real world examples. Here is what is in play.  [U/I]

Maybe we take [U/I]

**Transcription of Notes of DAD Peter Strzok**
Dated 1/24/2017
Document ECF 198-13

Contact w/ GOR Trump campaign thru inaug
Walk thru GOR contact
Who, purpose, form
      In person?
      Email?
      Phone?
Calls: Approx how many? Logs

[REDACTED]

1ST to be invited GRU HO   OPD   Summer'13   4 day trip
      Kislylak knew not sure if there
      Surgey GRU head VTC
28 Feb 14 visit to US but then Crimea
            Cancelled

Next trip to Russia
      Doing media stuff but not paid
      RT couple times + Al Jazeera   Sergey + many allies
LAI Speaker's Bureau : spoke in Moscow re ME
      RT 10th [U/I]
      1-1 panel discussion   LAT set up + paid him
            Contracted + [U/I] fee ~75%
Heard Sergey had heart attack @ Lebanon

[U/I] Lebanon + called Kislyak to send condolences
    Around death
    Not part of Sergey = felt we US could work w/ him
    Common fighting terr  scars Chechnya + AF
Next time Turk AMBO killed post-election
Up to 20 Jan spoke easily 30 different countries
    + multiple people w/in countries
Kislyak only person in Russia
    4+1 PRC, DPRK, Iran Russia, ISIS
    If common partner
Short call:  Sorry it happened.  [U/I] in
    Radical Islam.  That was it ~ before Xmas
    Mid-Dec day after assassination
    (Xmas day airplane crash USO equiv)
Called w/condolences for crash + that was it
Goal: keep relationship going

Xmas day vacation to Dom Rep 5 days
28th (Tues): Kislyak sends text: Can you call
    Didn't see text till 29th not checking
29th I'll call 15-20 min
K asked: Can we set up VTC btwn P + T for 21st
    Conference in Astana : Rus (sent US someone from AMB)
    Turk, Iran, Oppo groups
    My level?  No.  someone lower
Will get back.  But didn't until this past
  week.
Didn't decide until this fri-sat to attend
Rus wants lead in ME peace we want Turkey

       In Nov early or before Thanksgiving
               [U/I] of future advisor
Met in NY post-election, came to Trump Tower w/
       Jared Kushner
Been to Emb before speaking
       DIA due diligence prep, then saw Ambo @
       Prior Amb. res.
       30-45 min courtesy call
//
Kislyak in NY mtg w/UN Ambo  F+JK @ Trump
   Tower

Treasury sanctions still working.  Treasury action

He wasn't aware of mtg, arrived late

// That's a good reminder
22 Dec UN
Called a bunch [U/I]
Don't know if called K  maybe I did        UK       Egypt, Is, Senegal, France

14 total 5+ x need to abstain

What is your position
No: hey if you do this…
Any votes this way, slow down
No
Egypt didn't like. nos able to delay 1 day
Appreciate you reminding me that was another comm

Maybe Thurs-Fri prior to xmas, had been @
  Fl w/ POTUS
  Did from GSA campaign [U/I]

Spoke on 29th
Expectations                                    No recollection of that
Surprise

    Still

4 or 5 calls that day?  If so, don't remember.  If so, lousy
  place to make phone calls.

Nothing long drawn out don't do something

NY:   Hope
      John [LNU]
      Dan [LNU]  other than me

//
[U/I] classified setting:    Examples
                                 Things in play
                                 More substantial now than Cold War

Ezra:  Someone known introduced themselves to Hicks

Mahar [U/I]