**Transcription of Notes of Associate Deputy Attorney General Tashina Gauhar**
Dated 1/25/2017
Document ECF 237-1

|  |  |
|---|---|
| -Baker | NSD - Mary |
| - Priestap | GZT |
| - Strzok | Stu |
| - [REDACTED] |  |
|  | ODAG- Tash |
|  | Scott |
|  | [REDACTED] |

Read out from FBI    Wed. 1/25/17.
   of meeting w/F.
Investigation:
  (1) Q → influence; unsub investigation
      looked at numerous, F being 1. opened P.I.
    started last summer.
    as summer progressed –
- had not seen things to point to initial issue
- Nov. → looking to close F. as agent 1st [U/I]
  - then recovered calls
- Nov-Dec → calls.
  - requests to foreign partners
    info came back → legitimate
- Media leaks- re intercepts
  investigation in the open → changed the dynamic.
  need to resolve. Completed non-alerting investigative steps.

  *Decision to Interview →
- 12:30 outreach – Asked to Interview – w/couple agents
  to talk about news. * said to DD – you have the calls
- (2:30) Just F. Did not ask for any parameters.
  (per Baker – if want someone else, just let us know)
- F said spoke to D.D.
  told there to talk about coms prior to inaug.

He said should   - DIA- interaction w/ GRU
start w/ history   - Discussion of paid speech through Speakers Bureau.
- went through various calls.
  - Discussion of what had been in news
    - meeting; conference; calls re condolences,
  - Maintain + Establish relationships
  + Need Dialogue

*4 + 1 → if can take on off the table, he wants to.
*Key – fight radical Islam
       sculpted his conversation.

Q: Gameplan going in?
A: Goal → use to determine if clandestine or agency relationship
       to inform that understanding.
- Ask + see what he would say about them
- Decided NOT to show the cuts.
  - objective appearance that not leaning in other direction
  - try to "jog" his memory –
  - Get a sense → being forthright
  - [U/I]

Q: Intro?
A: No False stmt or intro that under investigation.
    Ready to do so if needed, but didn't
    Started w/thanks for voluntarily meeting + know busy.
    Didn't ask about investigation.

Q: Timing – why yesterday?
A: B/C what was in the press.
    Discussion By administration.

- timeframe – Israel } Did not
- Post – Russian Sanctions } tell either of these.

- Said doing exercise to reach out to other countries.
  Called 30 or more countries w/ multiple individuals.
  Said only K. w/Russia.
    FBI → says checked + is consistent w/ tech cuts.

- FBI asked of 2
  1) Do you recall convo about UN vote re resolution re Israel.
     - Yes, thank you for reminding me. recalled + calling.
     - Did you asked any country to do anything?
       (A) NO
     - Did you ask for delay?
       (A) NO [U/I] referenced Eygpt.
     - Did ask for vote/outcome?
       (A) NO

       →then decided to move on.
         - FBI assesed – yes false + inaccurate
           But believe that F. Believes
           that was he said was true.

  2) Recall call about expulsion of + closing
     (A) NO.
     Recall call about escalation + tit for tat (using his words)
     (A) NO – B/C didn't know about it +
        saw on the news.
     Recall where you got a call where they are moderate
     (A) NO.
     →then third time, is possible But don't
        remember + wouldn't have done that.

- Concluded with housekeeping

- Asked # of calls
- Didn't remember the #,

→ Did not ask about stmts made on the press.
   Decision to keep about F's comms w/K.

[1st stmts 13th + 15th]

FBI – largely telling truth as believed it
   Even though contradicting?

- Know have cuts
- Have set up immediately
- Didn't have anyone w/him
- So affirmative in answer
   → So focused on Radical Islam

FBI – CI Defensive Briefings

- CI → Do not think agent, but need to verify
- CRM → not willing to say at this point now.
- Compromise → Defensive Briefing

**Transcription of Notes of DAD Peter Strzok**
Undated (but likely 1/25/2017)
Document ECF 237-1

[ ]

[REDACTED]

$11^{30}$: Mary, George, Stu, Scott Schools, Tash, JB, [REDACTED], Bill

[REDACTED]

[] [REDACTED]

George: who/appropriate to tell WH to stop making

     false statements

Is his recollection accurate since we didn't

    confirm/correct it

George: No reasonable pros do Logan Act

**Notes of Deputy Attorney General Dana Boente**
Dated 03/30/17
Document ECF 237-1

NSD/CES Russia/ MAR 30, 2017

[REMAINDER OF PAGE REDACTED]

[ENTIRE PAGE REDACED]

[REDACTED]

Michael Flynn

- couple of
- pulling SF-86.
- preserved equip as NS advisor.
- do not view as source of collusion.
- Logan Act
- FARA.