**<u>Transcription of Notes of Deputy Director Andrew McCabe</u>**
Undated
Document ECF 248-2; replaced by ECF 259-1

1715 SISC WWT Prep

[REDACTED]

Flynn-

      - Open: nothing

      - Closed: everything (crossed out)

      - blackmail: theoretically possible, not the strongest theory