**Transcription of Notes of DAD Peter Strzok**
Undated (but likely dated 1/5/2017)
Document ECF 248-3, replaced by ECF 259-2

*Note that counsel for Strzok, Aitan Goelman, reported to the DC-USAO on 10/23/2020, that these notes were taken by his client at an FBI meeting and that they reflect Director James Comey's account of a meeting that had taken place earlier on the day of 1/5/2017 at the White House.*

Pel Unclass [U/I]

POTUS – JEH: election infrastructure initial asses not [U/I]

    UR

POTUS – ABA – D – DAG: Do cases w/right people

NSA-D-DAG: Flynn cuts.  Other countries

D-DAG: team found on unclass

VP: "Logan Act"

P: These are unusual times

VP: I've been on the intel committee for ten years

    and I never

P: Make sure you look at things & have the right people on it

P: Is there anything I shouldn't be telling transition

    team?

D: Flynn → Kislyak calls but appear legit

[U/I] Happy New Year.  Yeah right


[Remainder of page REDACTED]