**Transcription of Notes of DAD Peter Strzok**
Undated (possibly 3/28/2017)
Document ECF 248-4, replaced by ECF 259-3

Thurs $4^{00}$ [U/I]

$9^{30}$ : DOJ re Gulen   Bruce Swartz, George,

   [REDACTED] Lisa

Turkey/Gulen:  AG met w/ Turke foreign minister

      last week + spoke w/ Turk Minister of

All docs added

Turks + Flynn: why hired + what doing

951?

      Efforts to influence

      Satisfied registration obligation

          No indication of willfulness

[REDACTED]


Opposition research enterprise re Gulen

Inovo as cover.  Would they have $500K or

      simply pass thru?

Altepkin's tweets all about Gulen

[REDACTED]

Bruce: Subpoena for Flynn Intel group + more