**Transcription of Notes of Associate Deputy Attorney General James Crowell**
Dated 3/6/2017
Document ECF 251-1

[REDACTED]                     Jim
                               C.
                               [3/6/3017]

                               FBI/McCabe/Baker/
                               Rybicki/Pete/Toscas
                               Scott/Tash/McCord
                               Dana/

[Remainder of page REDACTED]

2/

- \* Flynn case was on path to closure until Kislyak conversation
- \*→ false statement & <u>Logan Act</u> both likely to be declined

[Remainder of page REDACTED]

**Transcription of Notes of Associate Deputy Attorney General Tashina Gauhar**
Dated 3/29/2017
Document ECF 251-1

        Close-Hold
3/29/17       - Case update

[Remainder of page REDACTED]

[REDACTED]

FLYNN-
- SF86 + security Materials
  wait + see approach to determine if
  need to interview

    - No longer looking for collusion
    - Logan Act  )  2 things
      FARA        )

[Remainder of page REDACTED]

**Trasncription of Notes of Associate Deputy Attorney General Scott Schools**
Dated 1/19/2018
Document ECF 251-1

1/19/18 (2)

<u>Flynn</u>-
    In ofc today, re-interviewing re Team 600 issue. Have Brady order from J. Sullivan. Probably refer.
    - Still being interviewed
    - Bad memory doesn't remember small details. How useful he will be is a big issue.

[remainder of page REDACTED]