**Transcription of Notes of FBI OGC Attorney** [redacted]
Dated 1/25/2017
Document ECF 264-1

1/25/17 <u>RAZOR-DOJ</u>- NSD & ODAG

- √ DR travel      McCord, Toscas, Stu            Baker, Bill/[redacted]
  Tash & Matt A.
- tolls- did he talk to admin first
- Logan Act- "no reasonable prosecutor"
  - uphill battle
  - other transition teams
  - first time to use it
- Baker- How do you assess §1001 when you wouldn't prosecute underlying crime?
- we know truth of something being falsely stated to public
  - Russians know this            -use this against us
  - also- Toscas                       willingly to lie about facts
    we left Razor in position to not correct record
    b/c we didn't confront him
- disclose [redacted]
  Stu/Tash- [redacted]
  [redacted]
- assessment of whether Razor is a covert relationship w/ Russia→ No, probably not based on facts to date and interview