# Executive Grant of Clemency

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

## MICHAEL T. FLYNN

### A FULL AND UNCONDITIONAL PARDON

for the charge of making false statements to Federal investigators, in violation of Section 1001, Title 18, United States Code, as charged in the Information filed under docket number 1:17-CR-00232-EGS in the United States District Court for the District of Columbia; for any and all possible offenses arising from the facts set forth in the Information and Statement of Offense filed under that docket number or that might arise, or be charged, claimed, or asserted, in connection with the proceedings under that docket number; for any and all possible offenses within the investigatory authority or jurisdiction of the Special Counsel appointed on May 17, 2017, including the initial Appointment Order No. 3915-2017 and subsequent memoranda regarding the Special Counsel's investigatory authority; and for any and all possible offenses arising out of facts and circumstances known to, identified by, or in any manner related to the investigation of the Special Counsel, including, but not limited to, any grand jury proceedings in the United States District Court for the District of Columbia or the United States District Court for the Eastern District of Virginia.

**IN TESTIMONY WHEREOF,** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this twenty-fifth day of November in the year of our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
**President**