```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>         Defendant. | Crim. Action No. 17-232 (EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the government's motion to dismiss pursuant to Rule 48(a), ECF No. 198, is **DENIED AS MOOT**; and it is further

**ORDERED** that the government's consent motion to dismiss this case as moot, ECF No. 308, is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED AS MOOT**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          December 8, 2020**